UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN SIMS, ET AL | Civil Action No. 08-612-RET-SCR |
| VERSUS | Chief Judge Ralph E. Tyson |
| THE DOW CHEMICAL COMPANY, ET AL. | Mag. Judge Stephen C. Riedlinger |

### O R D E R

Considering the foregoing Motion to Substitute as Parties Plaintiff filed by JoAnne Sims and Brent Sims, record document number 11;

IT IS HEREBY ORDERED that the Motion to Substitute as Parties Plaintiff filed by JoAnne Sims and Brent Sims is hereby GRANTED and that, as beneficiaries under Louisiana Civil Code Article 2315 of John Sims, they be substituted as parties plaintiffs in the above-captioned matter.

Baton Rouge, Louisiana, November 4, 2008.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE