**Exhibit 76:  6/22/1983 (CCR 001174 – 001178)**

Conoco IOC (Grumbles to Chester) enclosing German EPI article on VCM and PVC
workers demonstrating hugely increased statistically significant rates of BC, lymphoma
and various other cancers (the MCA had lamented were under no one – in industries –
"control")

(cor co)  ~~Jim~~ ~~Zye~~ - RF

XF: Pvc

# Interoffice Communication

To      Dr. Chester

From    Tom Grumbles

Date    June 22, 1983

Subject

Bill Broddle recently forwarded the German article on an epidemiology
study of PVC and VCM workers. The cover page and summary is enclosed.
Unfortunately only the summary is in English. Based on the summarized
results, do you feel we should have the entire article translated. It
appears the information in the summary does reveal some excess incidences
not reported in U. S. literature to date.

Please call to discuss.

Thomas G. Grumbles

ajo

Enclosure

cc  J. R. Drumwright w/o att.

CCR 000001174

Case 3:08-cv-00612-RET-SCR    Document 68    01/01/10    Page 3 of 173

*[handwritten notes:] ... compared to the mortality of none-exposed chemical industry workers and PVC workers*

# Vinylchlorid-Exposition und Mortalität deutscher Chemiearbeiter im Vergleich zur Mortalität nichtexponierter Chemiearbeiter und PVC-Verarbeiter

RECEIVED
JUN 0 9 1983
MEDICAL DIV.

RECEIVED
JUN 0 9 1983
MEDICAL DIV.

Protected as material may be by copyright (Title 17 U.S. Code) law

*[handwritten:] Duesseldorf D1*

von E. Greiser/ W. Reinl/ H. Weber

CCR 000001175

## 1. Einleitung

Im Jahre 1974 berichteten CREECH und JOHNSON über Beobachtungen von drei Hämangiosarkomen der Leber bei Arbeitern in der US-amerikanischen Polyvinylchlorid-(PVC)-Industrie. Im gleichen Jahre wurden in der Bundesrepublik Deutschland zwei Fälle von Leberangiosarkomen bei Arbeitern einer PVC-Fabrik ermittelt. (In der Zwischenzeit sind in der Bundesrepublik 18 Arbeiter der PVC-Industrie an den Folgen dieser Erkrankung verstorben, ein weiterer Patient mit einem Hämangiosarkom der Leber lebt noch. Weltweit wurden bis Mai 1980 85 Fälle registriert. (Allerdings liegen keine Informationen über das Vorkommen dieser Erkrankung in der UDSSR und in China vor.)

Die Ergebnisse tierexperimenteller Untersuchungen durch VIOLA et al. (1971) und MALTONI et al. (1974) deuteten auf ein karzinogenes Potential von Vinylchlorid-Monomer (VCM) hin. Diese Untersuchungen zeigten die Entstehung von Malignomen verschiedener Organe und u. a. bei Ratten schon bei relativ niedriger Konzentration der Atemluft (50 ppm) das Vorkommen von Leberangiosarkomen.

Schließlich waren in der Bundesrepublik seit 1972 165 Krankheitsfälle durch VCM gemeldet worden. Bis zum 30. 9. 1980 war diese Zahl auf 320 angestiegen, davon waren als Berufserkrankung anerkannt worden 106 Fälle.

Diese Befunde rechtfertigen die Durchführung einer epidemiologischen Untersuchung zur Aufklärung eines möglicherweise durch die Exposition gegenüber VCM entstehenden Krankheits- und Mortalitätsrisikos bei Arbeitern der chemischen Industrie.

Veranlaßt wurden die im folgenden beschriebenen Untersuchungen durch den Minister für Arbeit, Gesundheit und Soziales des Landes Nordrhein-Westfalen in Abstimmung mit dem Bundesminister für Arbeit und Sozialordnung und der Berufsgenossenschaft der Chemischen Industrie.

Die Untersuchungen wurden in Zusammenarbeit mit den Betriebsärzten der betroffenen Betriebe durchgeführt.

Da es in diesem Falle nicht darum ging, das möglicherweise erhöhte Risiko einer einzigen Erkrankung (Hämangiosarkom der Leber) aufzuklären, sondern allgemein der Verdacht eines erhöhten Tumorrisikos bestand, schied die Möglichkeit der Durchführung einer Fall-Kontroll-Studie von vornherein aus. Eine solche Studie wäre angesichts der außerordentlichen Seltenheit von Angiosarkomen der Leber und der Problematik einer korrekten Diagnose dieser Erkrankung vermutlich kaum methodisch einwandfrei durchführbar gewesen.

Deshalb wurde die Methode der historisch prospektiven Kohorten-Studie ausgewählt. Bei diesem epidemiologischen Studientyp wird eine durch ein gemeinsames Charakteristikum (in diesem Fall: Exposition gegenüber VCM) eindeutig definierbare Gruppe (Kohorte) von Menschen von einem in der Vergangenheit liegenden Zeitpunkt an in ihrem Schicksal bis zu einem definierten Endpunkt verfolgt. Das Erkrankungs- bzw. Mortalitätsrisiko dieser Kohorte wird dann mit dem entsprechenden Risiko einer Vergleichsgruppe (meist der Gesamtbevölkerung) verglichen. Da für die Beurteilung des Krankheitsrisikos der Bevölkerung in der Bundesrepublik noch keine brauchbaren Datenquellen zur Verfügung stehen, war die Beschränkung auf eine Mortalitätsstudie notwendig.

Es wurden im Rahmen unserer Untersuchungen drei Kohorten von Arbeitnehmern mit ihrem Mortalitätsrisiko analysiert:

Case 3:08-cv-00612-RET-SCR    Document 47-8    06/03/2009    Page 3 of 173

von malignen Tumoren und der zwischenzeitlich stark angestiegenen Anzahl von Hämangiosarkomen der Leber (BRD 1974: 4, 1980: 18 Fälle) als Todesursache ist eine weitere Verfolgung der exponierten Population dringend erforderlich.

## Summary

1. In a historic prospective mortality study the fate of all of the male employees of the chemical industry in West Germany engaged in the production of vinyl chloride monomer and polyvinyl chloride as well (11 factories). Employees of German and Austrian nationality only have been included in the analysis (N = 7.021). For various reasons, the data of 882 foreigners (6 of whom deceased) were excluded.

2. The fate of 4.007 employees of the PVC-processing industry (2 factories) and of 4.910 employees of the chemical industry without exposition to VCM/PVC has been analysed in identical manner.

3. Follow-up rate came to about 90 % at the endpoint of the study (12/31/1974). Resulting person years came to 7    4 (VCM/PVC exposed), 52.896 (PVC processing), and 76.029 (without exposure to VCM/PVC) respectively.

4. Using the male population of West Germany within the respective calendar years as reference, the standardized mortality ratio (SMR) of employees exposed to VCM/PVC or engaged in PVC processing failed to demonstrate any „healthy worker effect".

5. SMR for malignant tumors of the liver (ICD-8 155) shows an extraordinary, dose-dependent elevation for VCM/PVC-exposed workers. A relatively small increase for ICD-8 155 is also to be found in nonexposed workers.

6. SMR for malignancies of lymphatic and hematopoietic tissues (ICD-8 200-209) is considerably increased in VCM/PVC exposed workers.

7. SMR for malignancies of the brain (ICD-8 191) is elevated in employees of PVC-processing factories.

8. All of the three cohorts analysed demonstrate an elevated SMR for ischemic heart-diseases (ICD-8 410-414).

9. Considering the long latency periods for malignant tumors and the increasing number of observations of hemagiosarcomas of the liver (West Germany 1974: 4 cases, 1980: 18 cases) as well, further follow-up studies of the population exposed to VCM/PVC seems to be highly advisable.

## Literatur

[1]. BERRY, G., ROSSITER, C. E.: Vinyl chloride and mortality? (Letter to the editor). Lancet II: 416, 1976

[2]. CREECH, J. L., JOHNSON, M. N.: Angiosarcoma of the liver in the manufacture of polyvinyl chloride. JOM 16: 150-151, 1974.

[3]. DUCK, B. W., CARTER, J. T., COOMBES, E. J.: Mortality study of workers in a polyvinyl chloride

[4]. EQUITABLE ENVIRONMENTAL HEALTH, Inc.: Epidemiologic Study of Vinyl Chloride Workers. Final Report. Xerocopy, Rockville. Maryland 20852, 1978

[5]. FOX, A. J.: Vinyl chloride and mortality? (Letter to the editor). Lancet II: 416-417, 1976.

[6]. FOX, A. J., COLLIER, P. F.: Mortality experience of workers exposed to vinyl chloride monomer in the manufacture of polyvinyl chloride in Great Britain. Br. J. Ind. Med. 34: 1-10, 1977.

[7]. FRENTZEL-BEYME, R., SCHMITZ, T., THIESS, A. M.: Mortalitätsstudie bei VC-/PVC-Arbeitern der BASF Aktiengesellschaft, Ludwigshafen am Rhein. Arbeitsmed., Sozialmed., Präventivmed. 13: 218-228, 1978.

[8]. KEY, M. M., HENSCHEL, A. F., BUTLER, J., LIGO, R. N., TABERSHAW, I. R. (Hg.): Occupational Diseases. A Guide to Their Recognition. US Department of Health, Education, and Welfare — PHS, Center for Disease Control, National Institute for Occupational Safety and Health. DHEW (NIOSH) Publication No. 77-181, Washington, D. C., 1977, S. 219-221.

[9]. MALTONI, C., LEFEMINE, G.: Carcinogenicity bioassays of vinyl chloride. J. Research plan and early results. Environment. Res. 7: 387-405, 1974

[10]. OTT, M. G., HOLDER, B. B., LANGENER, R. R.: Determinants of mortality in an industrial population. jom 18: 171-177, 1976.

[11]. REINL, W., WEBER, H., GREISER, E.: Investigations into the Mortality of Workers, exposed to Vinyl Chloride, in the Federal Republic of Germany, S. 194-204 in: HINE, C., KILIAN, D. J. (Hg.): Proceedings of the fifth International Conference medichem — Occupational Health in the Chemical Industry, San Francisco, September 1977.

[12]. REINL, W., WEBER, H., GREISER, E.: The mortality of German vinyl chloride (VC) and polyvinyl chloride (PVC) workers. Arh. hig. rada toksikol. 30: Suppl. 399-402, 1979.

[13]. TABERSHAW, I. R., GAFFEY, W. R.: Mortality study of workers in the manufacture of vinyl chloride and its polymers. jom 16: 509-518, 1974.

[14]. VIOLA, P., BIGOTTI, A., CAPUTO, A.: Oncogenic response of rat skin, lungs, and bones to vinyl chloride. Cancer Res. 31: 516-522, 1971.

[15]. WAGONER, J. K., INFANTE, P. F., SARACCI, R.: Vinyl chloride and mortality? (Letter to the editor). Lancet II: 194-195, 1976.

[16]. DUCK, B. W., CARTER, J. T.: Answer to the letter of WAGONER et al. Lancet II: 195, 1976.

[17]. Sonderbericht des Staatlichen Gewerbearztes Düsseldorf: Erkrankungen durch Vinylchlorid, S. 299-309 in: Ministerium für Arbeit, Gesundheit und Soziales des Landes NW: Jahresbericht 1975 der Gewerbeaufsicht des Landes Nordrhein-Westfalen.

[18]. Sonderbericht des Staatlichen Gewerbearztes Düsseldorf: Erkrankungen durch Vinylchlorid, S. 287-299 in: Ministerium für Arbeit, Gesundheit und Soziales des Landes NW: Jahresbericht 1976 der Gewerbeaufsicht des Landes Nordrhein-Westfalen.

[19]. Sonderbericht des Staatlichen Gewerbearztes Düsseldorf: Erkrankungen durch Vinylchlorid, S. 305-324 in: Ministerium für Arbeit, Gesundheit und Soziales des Landes NW: Jahresbericht 1977 der Gewerbeaufsicht des Landes Nordrhein-Westfalen.

[20]. Sonderbericht des Staatlichen Gewerbearztes Düsseldorf: Erkrankungen durch Vinylchlorid, S. 347-377 in: Ministerium für Arbeit, Gesundheit und Soziales des Landes NW: Jahresbericht 1978 der Gewerbeaufsicht des Landes Nordrhein-Westfalen.

*Anschrift des Verfassers:*

CCR 000001176



**Conoco Chemicals Company**
A Division of Conoco Inc.
15990 North Barker's Landing Road
P.O. Box 19029
Houston, TX 77224

June 20, 1983        •

Mr. Vernon Rose
School of Public Health
University of Alabama/Birmingham
Birmingham, AL   35294

SUBJECT:  By-Law Amendment

Dear Vern:

If the full text sent by Bob is to be published, the background language
needs to be changed to clearly note, as in Article X, Section 1, that a
change is approved by "2/3 of the membership returning ballots".
Enclosed is a copy with those sections needing clarification indicated.

Sincerely,

Thomas G. Grumbles, C.I.H.
Director, Industrial Hygiene

ajo

Enclosure

CCR 000001177

DRAFT 1

Proposed Amendment to the
AIHA Bylaws, Article X, Section 2

At the annual AIHA business meeting in Philadelphia, attending
members approved an Audit Committee motion that the following
proposed amendment to the national Bylaws be submitted to the
membership by letter ballot.

"That Article X, Section 2, of the bylaws be amended from:
'The Board of Directors by majority vote may propose and
adopt new bylaws or amend or repeal existing bylaws' to
read:  'The Board of directors by majority vote may
propose new bylaws or changes to existing bylaws.  Such
proposals or amendments shall be submitted to the mem-
bership for approval according to Article X, Section 1."

Vote for one only:

__ approve

__ disapprove

The Audit Committee by this motion calls for a vote of the member-
ship for a bylaw change which would eliminate the Board of
Directors' power to amend the bylaws without the approval of
its membership.  A survey conducted by the Local Sections
Council in 1981, indicated that Local Section officers (70%)
supported such a change in bylaws advocating Bylaw changes
only when approved by 2/3 of the membership by written ballot.

The Audit Committee has reviewed the bylaws of the
American Conference of Governmental Industrial Hy-
gienists (ACGIH), the American Academy of Industrial
Hygiene (AAIH), the American Society of Safety Engineers
(ASSE), the American Academy of Occupational Medicine
(AAOM), and the American Public Health Association (APHA).
For all of these organizations, the Board of Directors
does not have the authority to change the bylaws.  In
most cases, a two-thirds vote of the membership by mailed
ballot is required in a manner identical to the procedure
in Article X, Section 1, of the AIHA bylaws.  APHA and
ASSE (for some sections only) allow bylaws to be changed
by approval of governing bodies composed of representatives
of local section, equivalent to the AIHA Local Sections
Council.

The Audit Committe believes that any change to the bylaws should
be approved by the membership, and not unilaterally by the Board
of Directors.

CCR 000001178

## Exhibit 77:  10/1/1983 (DOW 000387 – 000392)

Article - "Toxicity of Vinyl Chloride and Poly(vinyl chloride): A Critical Review" by Joseph
K. Wagoner

*Environmental Health Perspectives*
Vol. 52, pp. 61-66, 1983

# Toxicity of Vinyl Chloride and Poly(vinyl Chloride): A Critical Review

## by Joseph K. Wagoner*

In 1974, vinyl chloride (VC) was first reported in the open scientific literature to induce angiosarcoma of the liver both in humans and in animals. Additional research has now demonstrated the carcinogenicity of VC to other organs and at lower concentrations. The target organs for VC now clearly include the liver, brain and the lung, and probably the lymphohematopoietic system.

The evidence for a carcinogenic risk has been extended to jobs associated with poly(vinyl chloride) exposure. Cases of liver angiosarcoma have been reported among individuals employed in PVC fabrication facilities and an epidemiological study has demonstrated a significant association between exposure to PVC dust and the risk of lung cancer mortality. Cases of angiosarcoma of the liver also have been reported among individuals living in near proximity to vinyl chloride-poly(vinyl chloride) plants.

An association between PVC dust and pneumoconiosis also has been demonstrated. On the basis of findings, prudent control of PVC dust in the industrial setting is indicated.

## Laboratory Bioassay

In 1971, 44 years after vinyl chloride was introduced into American commerce [1], 24 years after vinyl chloride was shown to cause cardiac arrhythmia in experimental animals [2], 22 years after vinyl chloride was reported to be associated with hepatic abnormalities in workers in a Russian plastic factory [3], 14 years after toxic angioneuropathy was noted among workers exposed to vinyl chloride below the then Russian maximum allowable concentration of 390 ppm [4], 11 years after the vinyl chloride production process was associated with a severe neurologic disorder in Minamata, Japan [5], 10 years after vinyl chloride at concentrations down to 200 ppm were reported to cause centrilobular granular degeneration of the liver [6] and 5 years after vinyl chloride was shown to induce acro-osteolysis in workers cleaning reactor vessels [7], Viola et al. [8] reported the induction of tumors of the skin, lung and bone in rats exposed by inhalation to 30,000 ppm of vinyl chloride. These oncogenic findings have been interpreted by some to have elicited little response because the testing was conducted only at unrealistically high dosages bordering on the lower explosive limit of vinyl chloride [9]. In reality, however, such was not the case. In May of 1971, Viola had presented to several U.S. companies unpublished findings of an increased incidence of tumors in rats exposed to vinyl chloride concentrations down to and including 500 ppm [10]. Additional ongoing studies involving vinyl chloride exposures of 20,000, 10,000, 5,000, 2,000, 500 and less than 500 ppm were also described to those same companies. In like manner, Maltoni, in 1972, upon noting angiosarcoma of the liver and cancer of other sites in rats exposed by inhalation to vinyl chloride at lower concentrations, also had transmitted his findings to the Manufacturing Chemists Association in the United States and to several chemical companies in Europe [11]. Government, labor and the independent research community were first informed of the expanding carcinogenic properties of vinyl chloride in January of 1974, when representatives of industry announced having found liver angiosarcoma in three workers who had cleaned reactor vessels as part of their employment at a single vinyl chloride polymerization facility in the United States. Almost simultaneously, findings of the induction of liver angiosarcoma in rats exposed to vinyl chloride were made public.

*Consulting Epidemiologist, 512 Cameron Parkway, Springfield, VA 22152.

DCW 387

000025



62                                  J. K. WAGONER

The carcinogenic properties of vinyl chloride were further clarified in 1974, when Caputo et al. (12) reported an increasing incidence of liver angiosarcoma with an increasing dosage of vinyl chloride. Among rats exposed to vinyl chloride by inhalation, the incidence of liver angiosarcoma was 3% at 500, 5% at 1,000, 6% at 5,000, 8% at 10,000 and 12% at 20,000 ppm. Among controls not exposed to vinyl chloride, liver angiosarcoma was not found. In that same year Maltoni and Lefemine (13) also reported the induction of tumors in mice, hamsters and rats exposed to vinyl chloride by inhalation. The spectrum of induced tumors included angiosarcomas of the liver, adenomas and adenocarcinomas of the lung, neuroblastomas of the brain, lymphomas and carcinomas of other sites. Vinyl chloride in that study was shown to induce liver angiosarcoma in rats at 50 ppm of exposure. Keplinger et al. (14) in that same year also reported the induction of liver angiosarcoma in mice exposed to 50 ppm of vinyl chloride by inhalation. Subsequently, Holmberg et al. (15) reported the induction of hepatic and extrahepatic angiosarcoma in mice following inhalation exposure to vinyl chloride at 50 ppm. Shortly thereafter Maltoni (16) extended the carcinogenicity of vinyl chloride to lower levels of exposure. Vinyl chloride administered by inhalation was shown to induce tumors at a variety of sites, including liver angiosarcoma at 25 ppm and mammary carcinomas at 25, 10, 5 and 1 ppm. Recently Maltoni (17) reported the induction of hepatic and extrahepatic angiosarcoma at 10 ppm of vinyl chloride.

## Epidemiology
### Occupational Exposure: Vinyl Chloride Production or Polymerization

In 1974, the same year that the public was first informed that vinyl chloride induced liver angiosarcoma and cancers of other sites by way of experimental bioassay, epidemiological studies also were reported demonstrating an excess of cancer of multiple organs among workers occupationally exposed to vinyl chloride. Tabershaw and Gaffey (18) reported that cancers of the buccal cavity and pharynx, digestive tract (primarily liver angiosarcoma), respiratory tract, central nervous system (primarily brain) and the lymphatic system were excessive among workers in the United States having been employed for at least one year in plants producing and/or polymerizing vinyl chloride. Monson et al. (19) in that same year reported the results of a proportionate

mortality analysis of 161 deceased workers having been employed at one of two plants in the United States producing and polymerizing vinyl chloride. The specific sites of cancer with the greatest excess were the liver and biliary tract with an 11-fold excess; the brain, with a 4-fold excess; the digestive tract and the lung.

In 1975, Nicholson et al. (20) published a study of cancer mortality among 257 individuals occupationally exposed to vinyl chloride for at least 5 years, with the initial exposure having occurred more than 10 years in the past during employment in a U.S. plant polymerizing vinyl chloride. A 2.3-fold excess in deaths from cancer of all sites combined was demonstrated with three deaths due to hemangiosarcoma of the liver. In that same year, Ott et al. (21) reported the mortality experience of 549 individuals occupationally exposed to vinyl chloride—polyvinyl chloride). Whereas no angiosarcomas of the liver were found, an excess of all malignancies combined was reported among those workers classified as having been highly exposed when contrasted with workers of all other exposure intensities. Among the nine cancer deaths in the highly exposed group of workers, four were due to lung cancer. In a discussion of the limitations of the study, the investigators noted that the majority of workers in the category "other than highly exposed" had less than one year of work experience in departments with exposure to vinyl chloride-polyvinyl chloride.

Duck et al. (22) in 1975 reported that a study of 2100 employees of a vinyl chloride polymerization plant in the United Kingdom revealed no excess of total or cause-specific mortality. In addition to reporting no excess of cancer mortality. The investigators reported an inverse relation between vinyl chloride exposure and cancer mortality, i.e., as the duration of exposure to vinyl chloride–polyvinyl chloride increased, the risk of cancer decreased. The results and conclusions of that study were adjudged by Wagoner et al. (23) to be spurious and due to the use of faulty analytical methodology. Upon reanalysis of the data in that study. Duck and Carter (24) reported an increased risk of cancer of the digestive system among workers observed 15 years or more after onset of exposure to vinyl chloride–polyvinyl chloride).

Subsequently. Waxweiler et al. (25) reported the results of a retrospective study of mortality among a cohort of 1294 workers occupationally exposed to vinyl chloride in the United States. Since occupationally induced cancers often take years to become clinically manifest following exposure to carcinogens. the study was restricted to

64                                                                 *J. K. WAGONER*

also showed that 7 months after their initial exposure. both species exhibited granulomatous changes. with fine granules observed intracellularly. Agarwal et al. [35] in 1978 demonstrated that intratracheal administration of poly(vinyl chloride) dust in rats resulted in an increase in the activity of lysomal enzymes. interstitial fibrosis and granulomatous lesions surrounded by fibroblasts. reticulin and collagen fibers. Pulmonary disorders possibly associated with exposure to poly(vinyl chloride) resins produced by the emission process might by expected. as dust samples taken by NIOSH during the bagging of poly(vinyl chloride) resin have shown concentrations ranging from less than 1 up to 19 mg m³. with about 90% of the particles being smaller than 2.5 μm and 100% smaller than 7 μm in diameter.

In 1978. Arnaud et al. [36] reported a case of pneumoconiosis in a 53-year-old man who had been exposed to poly(vinyl chloride) in the bagging area of a VC polymerization plant. This patient presented with exertional dyspnea. pulmonary function changes, and chest radiographic abnormalities. Electron microscopy of lung tissue obtained by drill biopsy showed foreign particles in the macrophages that were identical to poly(vinyl chloride) powder viewed under the electron microscope. *In vitro* incubation of poly(vinyl chloride) powder with human lung macrophages showed that the macrophages engulfed the powder to give an appearance similar to that seen *in vivo*. The authors noted that the histological lesions in this patient were identical to those recorded by Szende et al. [37], who diagnosed advanced pneumoconiosis in a 31-year-old man secondary to the inhalation of poly(vinyl chloride) dust. Szende et al. also reported that microscopic examination of poly(vinyl chloride) dust particles showed them to be morphologically similar to particles found in the patient's lungs.

Results of epidemiologic studies by Vertkin and Hamontov [38] and by Mastrangelo et al. [39] further support the role of poly(vinyl chloride) in the etiology of pneumoconiosis. A total of 1216 employees of a poly(vinyl chloride) production factory in Italy underwent chest X-ray examinations. Of 731 examined individuals with exposure to poly(vinyl chloride) dust. 20 were diagnosed as having pneumoconiosis. All of these individuals had worked 5 years or more in departments classified as having poly(vinyl chloride) dust pollution. No cases of pneumoconiosis were observed among the 485 examined individuals who worked in areas free of poly(vinyl chloride) dust.

The effects of vinyl chloride–poly(vinyl chloride) exposure on the respiratory system of exposed workers seem to indicate a pattern of non neoplastic effects. a granulomatous reaction to poly(vinyl chloride) dust, with inclusion of poly(vinyl chloride) particles in macrophages and his tocytes, and associated interstitial fibrosis.

The long-term carcinogenic effect. with a significant increase in lung cancer also is of concern In 1978. Waxweiler et al. [40] reported the results of a study of lung cancer at a single vinyl chloride–poly(vinyl chloride) facility. One objective of this study was to determine whether there was an excess risk of lung cancer of a particular histological type at the plant. A case control study showed a clear excess of type 3 (adenocarcinoma) and type 4 (large-cell undifferentiated) lung cancers in cases occurring among plant employees as compared to other lung cancer cases from the same hospital of diagnosis. matched for age and calendar period of diagnosis. The authors noted that adenocarcinomas of the lung. accounting for a minor proportion of this excess risk. have been shown to be at most only weakly related to cigarette smoking: some studies have shown no association at all. The authors also noted that large-cell differentiated carcinoma of the lung. accounting for the vast majority of the excess lung cancer risk. is the only major histological type that has never been related to cigarette smoking by epidemiologic study. Thus. they concluded that cigarette smoking was not a major confounding variable in the study.

A further study was made by Waxweiler et al. to test whether one or more chemicals used at the plant were responsible for the excess of lung cancer of types 3 and 4 or for the excess of only type 4. A model was specifically developed for this purpose. The sensitivity and specificity of the model was demonstrated by its confirmation of the relationship between angiosarcoma of the liver and direct vinyl chloride exposure. The authors reported that of all 19 chemicals used at the plant. poly(vinyl chloride) dust was the only chemical for which they found a statistically significant association with lung cancer mortality and specifically with large-cell undifferentiated lung cancer.

The studies mentioned above suggest that the excess lung cancer risk in the vinyl chloride–poly(vinyl chloride) industry is related to exposure to poly(vinyl chloride) dust. That the dust itself or as a carrier of residual vinyl chloride monomer is a factor in the etiology of lung cancer seems biologically plausible. Poly(vinyl chloride) dust particles are known to be often in the respirable range—that is. less than 10 um in diameter. Almost all poly(vinyl chloride) particles produced by the emulsion system. one of the systems

DOW 390

at the facility studied by Waxweiler et al., are in the respirable range. These particles could easily settle in the lung and conceivably by themselves cause lung cancer. However, it is known that vinyl chloride monomer becomes entrapped in poly(vinyl chloride) dust and can be released slowly over time. Thus it is also possible that poly(vinyl chloride) dust particles in the lung could slowly release vinyl chloride monomer to small adjacent areas of the tissue, prolonging the contact time of that chemical with tissue.

On the basis of these findings, one must seriously question the safety of the current OSHA standard for poly(vinyl chloride) dust, i.e., a standard which treats poly(vinyl chloride) as a nuisance dust.

## Community Exposure to Vinyl Chloride

Christine et al. (30) reported two cases of hepatic angiosarcoma in Connecticut having a probable residential exposure to vinyl chloride. One individual with hepatic angiosarcoma lived within 2 miles of the plant producing poly(vinyl chloride)-coated wire, while the second individual lived within 0.5 miles of a plant producing vinyl shapes. Each of these two plants also had a case of hepatic angiosarcoma among its labor force. Neither of these residential cases was known to have had occupational exposure to vinyl chloride or arsenic or diagnostic exposure to thorium dioxide, the only three agents known to cause hepatic angiosarcoma in humans. Baxter et al. (31), in 1977 reported another case of liver angiosarcoma in Great Britain who had lived for 6 years within half a mile of a plant manufacturing poly(vinyl chloride). On the basis of these observations, Brady et al. (41) in 1977 undertook a study in New York State of 26 confirmed cases of hepatic angiosarcoma. Controls comprised of individuals who had an internal malignant tumor other than primary liver cancer were matched with index cases on the basis of age at diagnosis, race, sex, place of residence and vital status. This study showed a statistically significant association between angiosarcoma of the liver and direct occupational or therapeutic exposure to arsenic (two cases), vinyl chloride (three cases) and thorium dioxide (two cases). In addition, this study demonstrated that of ten female cases of liver angiosarcoma (no direct occupational or therapeutic exposure to vinyl chloride, arsenic or thorium dioxide) one lived within 1700 ft of a vinyl chloride polymerization plant and four lived from 500 to 4500 ft of a poly(vinyl chloride) fabrication plant. In contrast, none of their matched controls lived

within 1 mile of any facility polymerizing vinyl chloride or fabricating poly(vinyl chloride). These study findings are supportive of the role of indirect modes of vinyl chloride exposure in the etiology of liver angiosarcoma.

## Summary

Adenomas and adenocarcinomas of the lung, angiosarcomas of the liver and of other sites, lymphomas, mammary carcinomas, neuroblastomas of the brain, in addition to various other tumors have been induced in mice, rats and hamsters exposed by inhalation to vinyl chloride. In addition vinyl chloride when administered by inhalation has been found to induce hepatic and extrahepatic angiosarcomas at concentrations as low as 10 ppm and mammary carcinomas at even lower concentrations, i.e., 5 and 1 ppm.

Several mutually confirmatory studies, using the retrospective cohort method, have shown an increased risk of liver angiosarcoma and cancer of other sites among employees of vinyl chloride polymerization facilities. The full magnitude of this site-specific cancer risk among employees of vinyl chloride polymerization plants will only be determined following full lifetime observation. Nevertheless, studies already have shown that for liver angiosarcoma the excess risk is approximately 11 to 16 times that of the general population. For brain cancer the excess risk is 4-fold.

The role of indirect modes of exposure to vinyl chloride has now been shown to be associated with an excess risk of cancer. Several cases of liver angiosarcoma have been reported among individuals living in close proximity (less than 2 miles) to facilities polymerizing vinyl chloride or fabricating poly(vinyl chloride). A recent epidemiological study has demonstrated that 50% of females with liver angiosarcoma (5/10) lived within 1 mile of such industrial facilities, whereas none of their matched control did so.

Experimental bioassay and epidemiological studies have shown a high concordance for the carcinogenicity of vinyl chloride, specifically for liver angiosarcoma. This excess of liver angiosarcoma has been shown to persist from the polymerization of vinyl chloride to the residence in near proximity to such facilities.

Both experimental and epidemiological data indicate that PVC dust is probably associated with respiratory effects, both neoplastic and non-neoplastic in nature.

### REFERENCES

1  U S Tariff Commission Census of Dyes and of Other Synthetic Organic Chemicals 1927 Tariff Information

DOW 391

66                                    *J. K. WAGONER*

Series No. 37. U.S. Government Printing Office. Washington, DC, 1928. p. 139

2. Oster, R. H.. Carr. C. J.. and Krantz. J. C. Anesthesia. Narcosis with vinyl chloride. Anesthesiology 8: 359 (1947).

3. Tribukh, S. R.. Tikhomirova, V. A . and Koslov. L. A. Working conditions and measures for their sanitation in the production and utilization of vinyl chloride plastics. Gigiena Sanit. 10: 38 (1949).

4. Filatova. V. S . Balahonova. L. L.. and Gronsberg. E. S. Hygienic characteristics of vinyl chloride. Gigiena Truda Prof. Zaboievaniya. 2: 6 (1958).

5. Kurland, L. T.. Faro. S. N.. and Siedler. H. Minamata disease. World Neurology 1: 370 (1960).

6. Torkelson. T. R.. Oyen. R. F.. and Rowe. V. K. The toxicity of vinyl chloride as determined by repeated exposure of laboratory animals. Am. Ind. Hyg. Assoc. J. 22: 354 (1961).

7. Cordier, J. M.. Fievez, C.. Lefevre. M. J.. and Sevrin. A. Acroosteolysis combined with skin lesions in 2 workers exposed in cleaning autoclaves. Cahiers Med. Travail. 4: 14 (1966).

8. Viola. P. L.. Bigotti, A.. and Caputo. A. Oncogenic response or rat skin. lungs and bones to vinyl chloride. Cancer Res. 31: 516-522 (1971).

9. Heckman. J. H. Symposium presentation. 1980.

10. Wheeler. R. N.. Jr Personal communication. 1971.

11. Maltoni. C. Predictive value of carcinogenesis bioassays. Ann. N.Y. Acad. Sci. 271: 431-443 (1976).

12. Caputo. A.. Viola. P. L.. and Bigotti. A. Oncogenicity of vinyl chloride at low concentrations in rats and rabbits. Int. Res. Communs. 2: 1582 (1974).

13. Maltoni. C.. and Lefemine. G. Carcinogenicity bioassay of vinyl chloride: current results. Ann. N.Y. Acad. Sci. 246: 195-218 (1975).

14. Keplinger, M. L., Goode. J. W. Gordon, D. E.. and Calandra, J. C. Interim results of exposure of rats, hamsters. and mice to vinyl chloride. Ann. N.Y. Acad. Sci. 246: 219-224 (1975).

15. Holmberg, B.. Kronevi. T., and Winell. M The pathology of vinyl chloride exposed mice. Acta Vet. Scand. 17: 328-342 (1976).

16. Maltoni. C. Vinyl chloride carcinogenicity: an experimental model for carcinogenesis studies. In: Origins of Human Cancer, Book A (H. H. Hiatt, J D. Watson, and J A. Winsten. Eds.), Cold Spring Harbor Laboratory, 1977 p. 119.

17. Maltoni. C. Carcinogenicity bioassays of vinyl chloride monomer: a model of risk assessment on experimental basis. NIEHS NIOSH OSHA conference to Re-evaluate Toxicity of Vinyl Chloride. Polyvinyl Chloride and Structural Analogues, Bethesda, Maryland (1980).

18. Tabershaw. I. R., and Gaffey. W R. Mortality study of workers in the manufacture of vinyl chloride and its polymers. J. Occup. Med. 16 509-518 (1974).

19. Monson, R. R.. Peters. J. M.. and Johnson. M. N Proportional mortality among vinyl-chloride workers. Lancet 2: 397-398 (1974).

20. Nicholson. W J.. Hammond. E. C . Seidman. H.. and Selikoff. I. J Mortality experience of a cohort of vinyl chloride-polyvinyl chloride workers Ann. N Y Acad. Sci 246. 225-230 1975.

21. Ott. M. G.. Langner. R R.. and Hoider. B B Vinyl chloride exposure in a controlled industrial environment. a long-term mortality experience in 594 employees Arch. Environ. Health 30: 333-339 (1975).

22. Duck. B. W. Carter. J T. and Coombes. G J Mortality study of workers in a polyvinyl-chloride production plant. Lancet 2: 1197-1199 (1975).

23. Wagoner. J. K.. Infante. P. F.. and Saracci. R. Vinyl chloride and mortality. Lancet 1 194-195 (1976).

24. Duck. B. W.. and Carter. J T. Vinyl chloride and mortality? Lancet 2: 195 (1976).

25. Waxweiler, R. J.. Stringer. W. Wagoner. J. K.. Jones. J., Falk. H.. and Carter. C. Neoplastic risk among workers exposed to vinyl chloride. Ann. N.Y. Acad. Sci. 271 40-48 (1976).

26. Byren, D.. Engholm. G.. Englund. A . and Westerholm. P. Mortality and cancer morbidity in a group of Swedish VCM and PVC production workers. Environ. Health Perspect. 17: 167-170 (1976).

27. Reinl, W.. Weber. H.. and Greiser. E. Epidemiological study on mortality of VC-exposed workers in the Federal Republic of Germany. Medichem. 23 (Sept. 1977).

28. Fox. A.. J.. and Collier. P. F.. Mortality experience of workers exposed to vinyl chloride monomer in the manufacture of polyvinyl chloride in Great Britain. Brit. J. Ind. Med. 34. 1-10 (1977).

29. IARC. Evaluation of Carcinogenic Risk of Chemicals to Humans. Some Monomers. Plastics. and Synthetic Elastomers. and Acrolein. IARC. Lyon. 1979. pp. 378-438.

30. Christine. B. W.. Barrett. H. S.. and Lloyd. D. S. Angiosarcoma of the liver—Connecticut. Morbidity and Mortality Weekly Report 23. 210 (1974).

31. Baxter. P. J.. Anthony. P. P.. MacSween, R. N. M.. and Scheuer. P. J. Angiosarcoma of the liver in Great Britain, 1963-73 Brit. Med. J. 2: 919-921 (1977).

32. Lilis. R.. Anderson, H.. Nicholson, W. J.. Daum. S. Fishbein, A. S.. and Selikoff. I. J. Prevalence of disease among vinyl chloride and polyvinyl chloride workers. Ann. N.Y. Acad. Sci. 246: 22-41 (1975).

33. Miller. A.. Teirstein, A. S.. Chuang. M.. Selikoff. I. J.. and Warshaw. R. Changes in pulmonary function in workers exposed to vinyl chloride and polyvinyl chloride. Ann. N.Y. Acad. Sci. 246: 42-52 (1975).

34. Fronga. N. Spinazzola. A.. and Bucarelli. A. Experimental lung damage from prolonged inhalation of airborne PVC dust. Med. Lav. 65: 321-342 (1974).

35. Agarwal, D. K.. Kaw. J L.. Srivastava. S. P . and Seth. P. K. Some biochemical and histopathological changes induced by polyvinyl chloride dust in rat lung. Environ. Res. 16: 333-341 (1978).

36. Arnaud. A.. Pommier de Santi. P . Garbe. L.. Payan. H.. and Charpin. J. Polyvinyl chloride pneumoconiosis. Thorax 33: 19-25 (1978).

37. Szende. B.. Lapis. K . Nemes. A . and Pinter. A. Pneumoconiosis caused by the inhalation of polyvinyl chloride dust. Med. Lav. 61: 433-436 (1970).

38. Vertkin. Y. I.. and Mamontov. Y. R. On the state of the bronchopulmonary system in workers engaged in the manufacture of articles made of polyvinyl chloride. Gigienz Truda Prof Zaboievaniya. 19: 29 (1970).

39. Mastrangelo, G.. Manno. M.. Marier. G. Bartolucci. G. B . Gemignani. C . Saladine. G.. Simonato. L.. and Saia. B Polyvinyl chloride pneumoconiosis. epidemiological study of exposed workers. J. Occup. Med. 21: 540-545 1979.

40. Waxweiler. R. J.. Smith. A. H. Tyroier. H. A.. and Falk. H An epidemiologic investigation of an excess lung cancer risk in a synthetic chemicals plant. Paper presented at International Congress on Occupational Health. Dubrovnik. Yugoslavia. 1978.

41. Brady. J S . Likeratore. F . Harper. P.. Greenwald. R.. Burnett. W.. Davies. J N P.. Bishop. M.. Polan. A.. and Vianna. N Angiosarcoma of the liver an epidemiologic survey J. Natl. Cancer Inst. 59: 1383-1385 (1977).

Dow 392

## Exhibit 78:  12/8/1983 (CCR 011378 – 011379)

Conoco IOC (T.J. Chester, M.D. to Grumbles) re: Review of German Paper on Mortality Among Vinyl Chloride Workers and PVC fabrication workers demonstrating hugely increased statistically significant rates of BC, lymphoma, and various other cancers



## Interoffice Communication

To        T. G. Grumbles

From      T. J. Chester, M.D., M.P.H.

Date      December 8, 1983

Subject   REVIEW OF GERMAN PAPER ON MORTALITY AMONG VINYL CHLORIDE WORKERS

As you requested, I have reviewed the translation of the paper "Vinyl Chloride Exposure and Mortality of German Chemical Industry Workers Compared to the Mortality of Non-Exposed Chemical Industry Workers and PVC Workers" by E. Grieser, W. Reinl and H. Weber in Zentralbl. Arbeitsmed. Arveitsschutz. 32, no.2:44-62 (1982). This is a historical cohort study involving three cohorts. The three cohorts are workers exposed to vinyl chloride monomer, workers in PVC fabrication and a control group of chemical industry workers not exposed to vinyl chloride monomer or PVC. Each cohort was compared to the 1968 standard West German population, using standardized mortality ratios (SMR). No direct statistical comparison was performed comparing the exposed and unexposed cohorts.

The study reports three significant results which may be of interest to Conoco. Malignant tumors of the liver showed a fifteen-fold increase in VCM workers when compared to the standard West German population. The PVC workers and the unexposed chemical workers showed an approximate four-fold increase in malignant liver tumors, compared to the West German population. The marked increase in VCM workers is entirely consistent with the well known fact that VCM causes angiosarcoma of the liver. A slight increase in malignant tumors of the digestive system can also be entirely explained by the marked increase in tumors of the liver.

The study reports a two-fold increase in malignancies of lymphatic and hematopoetic tissues in VCM workers when compared to the standard West German population and no corresponding increase in PVC workers or unexposed chemical workers. No such increases in leukemias and lymphomas were shown in previous epidemiologic studies of VCM workers.

The current study finds a five-fold increase in malignancies of the brain among PVC workers but not among VCM workers or unexposed chemical workers. Since there are some references in the literature concerning lead and other heavy metals possibly causing brain tumors, I would suspect that this increase is more likely due to exposure to these or other substances which are found in the PVC fabricating process, rather than exposure to VCM or PVC.

As with all epidemiologic studies we must be cautioned that this study shows only associations and does not demonstrate a cause and effect relationship. Furthermore, this study as with many studies using this type of methodology suffers from problems of multiple testing effect and other methodologic problems. This study also must contend with problems with the methods of death reporting and coding of death certificates in West Germany. Nevertheless, I would suggest that we give some consideration to the

CCR 000011378

T. G. Grumbles
Page 2
December 8, 1983

proposition that VCM may be causally related to some lymphatic and
hematopoetic malignancies.

In view of the fact that we already control VCM exposures because of its
known causal relationship to angiosarcoma of the liver, I do not believe
that any additional control is necessary, based on the information provided
by this paper. Of course you have a greater expertise in this area than I
do and I defer to you on this matter. In view of the possibility of VCM
being associated with lymphatic and hematopoetic malignancies, I would
suggest that we consider adding white blood count and differential to the
officially required tests in the VCM annual and six month interim medical
examinations. Since these tests are currently routinely performed as part
of these examinations, this will not create any additional expense for the
company. I have discussed this matter with Drs. Whetstone and Drumwright
and they concur in this recommendation.

I hope that this review has provided useful information for you. If you
have any questions, please do not hesitate to contact me.

Thomas J. Chester, M.D., M.P.H.
Director
Health Information Systems

mw

cc: W. D. Broddle, Ph.D.
    E. L. DeWhitt, Ph.D.
    J. R. Drumwright, M. D.
    J. L. Riddle, Ph.D.
    C. L. Whetstone, M.D.

CCR 000011379

## Exhibit 79: 2/21/1984 (R&S 002490 – 002496)

ICI (Bennett) to Dow (Torkelson) re: "Toxicity of Vinyl Chloride and Polyvinyl Chloride: A
Critical Review" by Wagoner (formerly NIOSH) who not only repeated the previous
consensus in the independent medical community that VCM caused BC as well as
numerous other cancers but actually accused the American Vinyl Industry of concealing
and misrepresenting the hazards of VCM

R&S 002490

Hillhouse Site
PO Box No 4 Thornton – Cleveleys
Blackpool FY5 4QD
Telephone: Cleveleys (STD Code 0253) 856161
Telex 67483 Iciplast Clvlys

Imperial
Chemical
Industries
PLC

·Dr T R Torkelson, Sc.D
Toxicology/Medical Liaison
Health and Environmental Sciences
Dow Chemical USA
1803 Building
MIDLAND
Michigan 48640
U S A

| Your ref | Our ref | BB/MO | Tel ext | 332 | Date | 21 Feb 84 |

Dear Dr. Torkelson,

'TOXICITY OF VINYL CHLORIDE AND POLYVINYL CHLORIDE : A CRITICAL REVIEW'
– WAGONER

I have recently received this Wagoner Paper.   I felt you might like to
have a copy, in case you have not already seen it.

I am also enclosing a copy of Dr. Paddle's critique on the Paper, and at
present, I agree with Geoff that we should make no move towards refuting it.

Yours sincerely,

B BENNETT
Site Medical Adviser

enc

HH 2004

.anifest,
rs, that
go in to
n right
s one of
file no

ie risks

rogram
putting
discus-
schizo-
hen, if
expect-
public
eld ex-
recog-
would

estion
ncern-
loubly
think
iently
ical—
—rela-
to oc-
es up,
. So I
ologi-

*Environmental Health Perspective*
Vol. 52, pp. 61-66, 1983

# Toxicity of Vinyl Chloride and Poly(vinyl Chloride): A Critical Review

## by Joseph K. Wagoner*

R&S 002491

In 1974, vinyl chloride (VC) was first reported in the open scientific literature to induce angiosarcoma of the liver both in humans and in animals. Additional research has now demonstrated the carcinogenicity of VC to other organs and at lower concentrations. The target organs for VC now clearly include the liver, brain and the lung, and probably the lymphohematopoietic system.

The evidence for a carcinogenic risk has been extended to jobs associated with poly(vinyl chloride) exposure. Cases of liver angiosarcoma have been reported among individuals employed in PVC fabrication facilities and an epidemiological study has demonstrated a significant association between exposure to PVC dust and the risk of lung cancer mortality. Cases of angiosarcoma of the liver also have been reported among individuals living in near proximity to vinyl chloride-poly(vinyl chloride) plants.

An association between PVC dust and pneumoconiosis also has been demonstrated. On the basis of findings, prudent control of PVC dust in the industrial setting is indicated.

## Laboratory Bioassay

In 1971, 44 years after vinyl chloride was introduced into American commerce (1), 24 years after vinyl chloride was shown to cause cardiac arrhythmia in experimental animals (2), 22 years after vinyl chloride was reported to be associated with hepatic abnormalities in workers in a Russian plastic factory (3), 14 years after toxic angioneuropathy was noted among workers exposed to vinyl chloride below the then Russian maximum allowable concentration of 390 ppm (4), 11 years after the vinyl chloride production process was associated with a severe neurologic disorder in Minamata, Japan (5), 10 years after vinyl chloride at concentrations down to 200 ppm were reported to cause centrilobular granular degeneration of the liver (6) and 5 years after vinyl chloride was shown to induce acro-osteolysis in workers cleaning reactor vessels (7), Viola et al. (8) reported the induction of tumors of the skin, lung and bone in rats exposed by inhalation to 30,000 ppm of vinyl chloride. These oncogenic findings have been interpreted by some to have elicited little response because the testing was conducted only at unrealistically high dosages bordering on the lower explosive limit of vinyl chloride (9). In reality, however, such was not the case. In May of 1971, Viola had presented to several U.S. companies unpublished findings of an increased incidence of tumors in rats exposed to vinyl chloride concentrations down to and including 500 ppm (10). Additional ongoing studies involving vinyl chloride exposures of 20,000, 10,000, 5,000, 2,000, 500 and less than 500 ppm were also described to those same companies. In like manner, Maltoni, in 1972, upon noting angiosarcoma of the liver and cancer of other sites in rats exposed by inhalation to vinyl chloride at lower concentrations, also had transmitted his findings to the Manufacturing Chemists Association in the United States and to several chemical companies in Europe (11). Government, labor and the independent research community were first informed of the expanding carcinogenic properties of vinyl chloride in January of 1974, when representatives of industry announced having found liver angiosarcoma in three workers who had cleaned reactor vessels as part of their employment at a single vinyl chloride polymerization facility in the United States. Almost simultaneously, findings of the induction of liver angiosarcoma in rats exposed to vinyl chloride were made public.

*Consulting Epidemiologist, 8310 Carrleigh Parkway, Springfield, VA 22152.

62                                             J. K. WAGONER

The carcinogenic properties of vinyl chloride were further clarified in 1974, when Caputo et al. (12) reported an increasing incidence of liver angiosarcoma with an increasing dosage of vinyl chloride. Among rats exposed to vinyl chloride by inhalation, the incidence of liver angiosarcoma was 3% at 500, 5% at 1,000, 6% at 5,000, 8% at 10,000 and 12% at 20,000 ppm. Among controls not exposed to vinyl chloride, liver angiosarcoma was not found. In that same year Maltoni and Lefemine (13) also reported the induction of tumors in mice, hamsters and rats exposed to vinyl chloride by inhalation. The spectrum of induced tumors included angiosarcomas of the liver, adenomas and adenocarcinomas of the lung, neuroblastomas of the brain, lymphomas and carcinomas of other sites. Vinyl chloride in that study was shown to induce liver angiosarcoma in rats at 50 ppm of exposure. Keplinger et al. (14) in that same year also reported the induction of liver angiosarcoma in mice exposed to 50 ppm of vinyl chloride by inhalation. Subsequently, Holmberg et al. (15) reported the induction of hepatic and extrahepatic angiosarcoma in mice following inhalation exposure to vinyl chloride at 50 ppm. Shortly thereafter Maltoni (16) extended the carcinogenicity of vinyl chloride to lower levels of exposure. Vinyl chloride administered by inhalation was shown to induce tumors at a variety of sites, including liver angiosarcoma at 25 ppm and mammary carcinomas at 25, 10, 5 and 1 ppm. Recently Maltoni (17) reported the induction of hepatic and extrahepatic angiosarcoma at 10 ppm of vinyl chloride.

## Epidemiology

### Occupational Exposure: Vinyl Chloride Production or Polymerization

In 1974, the same year that the public was first informed that vinyl chloride induced liver angiosarcoma and cancers of other sites by way of experimental bioassay, epidemiological studies also were reported demonstrating an excess of cancer of multiple organs among workers occupationally exposed to vinyl chloride. Tabershaw and Gaffey (18) reported that cancers of the buccal cavity and pharynx, digestive tract (primarily liver angiosarcoma), respiratory tract, central nervous system (primarily brain) and the lymphatic system were excessive among workers in the United States having been employed for at least one year in plants producing and/or polymerizing vinyl chloride. Monson et al. (19) in that same year reported the results of a proportionate

mortality analysis of 161 deceased workers having been employed at one of two plants in the United States producing and polymerizing vinyl chloride. The specific sites of cancer with the greatest excess were the liver and biliary tract, with an 11-fold excess; the brain, with a 4-fold excess; the digestive tract and the lung.

In 1975, Nicholson et al. (20) published a study of cancer mortality among 257 individuals occupationally exposed to vinyl chloride for at least 5 years, with the initial exposure having occurred more than 10 years in the past during employment in a U.S. plant polymerizing vinyl chloride. A 2.3-fold excess in deaths from cancer of all sites combined was demonstrated with three deaths due to hemangiosarcoma of the liver. In that same year, Ott et al. (21) reported the mortality experience of 549 individuals occupationally exposed to vinyl chloride–poly(vinyl chloride). Whereas no angiosarcomas of the liver were found, an excess of all malignancies combined was reported among those workers classified as having been highly exposed when contrasted with workers of all other exposure intensities. Among the nine cancer deaths in the highly exposed group of workers, four were due to lung cancer. In a discussion of the limitations of the study, the investigators noted that the majority of workers in the category "other than highly exposed" had less than one year of work experience in departments with exposure to vinyl chloride-polyvinyl chloride.

Duck et al. (22) in 1975 reported that a study of 2100 employees of a vinyl chloride polymerization plant in the United Kingdom revealed no excess of total or cause-specific mortality. In addition to reporting no excess of cancer mortality. The investigators reported an inverse relation between vinyl chloride exposure and cancer mortality, i.e., as the duration of exposure to vinyl chloride-poly(vinyl chloride) increased, the risk of cancer decreased. The results and conclusions of that study were adjudged by Wagoner et al. (23) to be spurious and due to the use of faculty analytical methodology. Upon reanalysis of the data in that study, Duck and Carter (24) reported an increased risk of cancer of the digestive system among workers observed 15 years or more after onset of exposure to vinyl chloride–poly(vinyl chloride).

Subsequently, Waxweiler et al. (25) reported the results of a retrospective study of mortality among a cohort of 1294 workers occupationally exposed to vinyl chloride in the United States. Since occupationally induced cancers often take years to become clinically manifest following exposure to carcinogens, the study was restricted to

R&S 002492

those individuals with 5 years or more of employment in departments and jobs directly involving vinyl chloride exposure and with 10 years or more elapsed time since onset of initial exposure. Specific jobs and departments with vinyl chloride exposure were determined following a walk-through survey and review of the manufacturing process, engineering controls and air-sampling data for the plants studied. When analyses were based on the total study cohort, only two major causes of death were in excess: nonneoplastic respiratory disease (6 observed vs. 3.4 expected) and all malignant neoplasms combined (35 observed vs. 23.4 expected). The latter excess was statistically significant at $p = 0.05$. When analyses were made according to site of malignancy and latency (interval since onset of exposure), an excess cancer mortality was found for four organ systems, i.e., central nervous system, respiratory system, hepatic system and lymphatic and hematopoietic system. The excessive mortality was statistically significant for three of the four organ systems, i.e., cancer of the central nervous, the respiratory and the hepatic systems, among workers who had been observed 15 years or more since onset of exposure. During the course of the study by Waxweiler et al., an evaluation was made of the pathologic data underlying each neoplasm identified. Of the 14 cases of liver cancer identified, 11 were diagnosed as angiosarcoma. Of ten cases of brain cancer identified, nine were shown to be glioblastoma multiforme in type. Furthermore, of eight lung cancer cases histologically confirmed, all were large cell undifferentiated or adenocarcinoma in type.

Byren et al. (26) in 1976 also reported a statistically significant excess of liver-pancreatic and brain cancer deaths among 771 workers employed in a Swedish vinyl chloride/poly(vinyl chloride) production plant. These investigators reported that this excess appeared within the first 5 years after onset of exposure to vinyl chloride.

In 1977, von Reinl et al. (27) reported the results of a study of cancer mortality among 7021 males employed in the production and polymerization of vinyl chloride. When compared to the mortality experience of the West German male population, vinyl chloride–poly(vinyl chloride) exposed workers experienced an excess of cancer of multiple organs, i.e., liver, lung, brain and the lympatic and hematopoietic system. Fox and Collier (28) in 1977 also reported the results of the study of cancer mortality patterns among 7561 males who, at some time between 1940 and 1974, were employed at one of four plants producing poly(vinyl chloride). An excess mortality from

liver cancer was shown for each group of workers whether exposure to vinyl chloride was judged to have been high, medium or low. The authors commented that, although there were no data from the study to support an excess mortality from cancers other than of the liver, the period of follow-up of the workers was too short to permit a clear evaluation of those carcinogenic effects at that time.

Epidemiological investigations have now clearly demonstrated that laboratory bioassay findings were predictive not only for the carcinogenicity of vinyl chloride, but also for several of the target organs. On the basis of these results, the IARC (29) in 1979 concluded "Vinyl chloride is a human carcinogen. Its target organs are the liver, brain, lung and haemo-lymphopoietic system."

## Occupational Exposure: Poly(vinyl Chloride) Packing and Fabricating

Christine et al. in 1974 reported (30) two histopathologically confirmed cases of hepatic angiosarcoma in Connecticut among individuals who had been employed in industrial facilities that used poly(vinyl chloride). One of these individuals, a 47-year-old man, had worked for the previous 10 years as an accountant in a factory producing vinyl sheets and processing poly(vinyl chloride) resins. This individual had frequently visited the plant's production area. The second individual, a 61-year-old man, had spent 25 years in an electrical plant operating a machine that applied poly(vinyl chloride)-containing plastic to wires. In 1977, Baxter et al. (31), in a review of 14 cases of hepatic angiosarcoma diagnosed in Great Britain during 1963–73, noted one case who had worked on a process which used poly(vinyl chloride) as a raw material.

In 1975, Selikoff wrote to NIOSH suggesting that appropriate precautions be taken to avoid the inhalation of poly(vinyl chloride) dust, both in the packaging and transport and in its handling during the manufacture of poly(vinyl chloride) products. Selikoff based his suggestion on the results of studies by Lilis et al. (32) and Miller et al. (33) showing radiographic and pulmonary function changes among vinyl chlorides–poly(vinyl chloride) workers and on the findings of a poly(vinyl chloride) inhalation toxicologic study by Frongia et al. (34). This latter investigation showed that rats and guinea pigs, exposed in the same occupational setting as workers who were employed in filling sacks with poly(vinyl chloride) powder, subsequently developed alveolar reactions and septal thickening. This investigation

R&S 002493

64                                                    J. K. WAGONER

R&S 002494

also showed that 7 months after their initial exposure, both species exhibited granulomatous changes, with fine granules observed intracellularly. Agarwal et al. (35) in 1978 demonstrated that intratracheal administration of poly(vinyl chloride) dust in rats resulted in an increase in the activity of lysomal enzymes, interstitial fibrosis and granulomatous lesions surrounded by fibroblasts, reticulin and collagen fibers. Pulmonary disorders possibly associated with exposure to poly(vinyl chloride) resins produced by the emission process might by expected, as dust samples taken by NIOSH during the bagging of poly(vinyl chloride) resin have shown concentrations ranging from less than 1 up to 19 mg/m³, with about 90% of the particles being smaller than 2.5 μm and 100% smaller than 7 μm in diameter.

In 1978, Arnaud et al. (36) reported a case of pneumoconiosis in a 53-year-old man who had been exposed to poly(vinyl chloride) in the bagging area of a VC polymerization plant. This patient presented with exertional dyspnea, pulmonary function changes, and chest radiographic abnormalities. Electron microscopy of lung tissue obtained by drill biopsy showed foreign particles in the macrophages that were identical to poly(vinyl chloride) powder viewed under the electron microscope. *In vitro* incubation of poly(vinyl chloride) powder with human lung macrophages showed that the macrophages engulfed the powder to give an appearance similar to that seen *in vivo*. The authors noted that the histological lesions in this patient were identical to those recorded by Szende et al. (37), who diagnosed advanced pneumoconiosis in a 31-year-old man secondary to the inhalation of poly(vinyl chloride) dust. Szende et al. also reported that microscopic examination of poly(vinyl chloride) dust particles showed them to be morphologically similar to particles found in the patient's lungs.

Results of epidemiologic studies by Vertkin and Hamontov (38) and by Mastrangelo et al. (39) further support the role of poly(vinyl chloride) in the etiology of pneumoconiosis. A total of 1216 employees of a poly(vinyl chloride) production factory in Italy underwent chest X-ray examinations. Of 731 examined individuals with exposure to poly(vinyl chloride) dust, 20 were diagnosed as having pneumoconiosis. All of these individuals had worked 5 years or more in departments classified as having poly(vinyl chloride) dust pollution. No cases of pneumoconiosis were observed among the 485 examined individuals who worked in areas free of poly(vinyl chloride) dust.

The effects of vinyl chloride–poly(vinyl chloride) exposure on the respiratory system of ex-

posed workers seem to indicate a pattern of nonneoplastic effects, a granulomatous reaction to poly(vinyl chloride) dust, with inclusion of poly(vinyl chloride) particles in macrophages and histocytes, and associated interstitial fibrosis.

The long-term carcinogenic effect, with a significant increase in lung cancer also is of concern. In 1978, Waxweiler et al. (40) reported the results of a study of lung cancer at a single vinyl chloride–poly(vinyl chloride) facility. One objective of this study was to determine whether there was an excess risk of lung cancer of a particular histological type at the plant. A case control study showed a clear excess of type 3 (adenocarcinoma) and type 4 (large-cell undifferentiated) lung cancers in cases occurring among plant employees as compared to other lung cancer cases from the same hospital of diagnosis, matched for age and calendar period of diagnosis. The authors noted that adenocarcinomas of the lung, accounting for a minor proportion of this excess risk, have been shown to be at most only weakly related to cigarette smoking; some studies have shown no association at all. The authors also noted that large-cell differentiated carcinoma of the lung, accounting for the vast majority of the excess lung cancer risk, is the only major histological type that has never been related to cigarette smoking by epidemiologic study. Thus, they concluded that cigarette smoking was not a major confounding variable in the study.

A further study was made by Waxweiler et al. to test whether one or more chemicals used at the plant were responsible for the excess of lung cancer of types 3 and 4 or for the excess of only type 4. A model was specifically developed for this purpose. The sensitivity and specificity of the model was demonstrated by its confirmation of the relationship between angiosarcoma of the liver and direct vinyl chloride exposure. The authors reported that of all 19 chemicals used at the plant, poly(vinyl chloride) dust was the only chemical for which they found a statistically significant association with lung cancer mortality and specifically with large-cell undifferentiated lung cancer.

The studies mentioned above suggest that the excess lung cancer risk in the vinyl chloride–poly(vinyl chloride) industry is related to exposure to poly(vinyl chloride) dust. That the dust itself or as a carrier of residual vinyl chloride monomer is a factor in the etiology of lung cancer seems biologically plausible. Poly(vinyl chloride) dust particles are known to be often in the respirable range—that is, less than 10 μm in diameter. Almost all poly(vinyl chloride) particles produced by the emulsion system, one of the systems

at the facility studied by Waxweiler et al., are in the respirable range. These particles could easily settle in the lung and conceivably by themselves cause lung cancer. However, it is known that vinyl chloride monomer becomes entrapped in poly(vinyl chloride) dust and can be released slowly over time. Thus it is also possible that poly(vinyl chloride) dust particles in the lung could slowly release vinyl chloride monomer to small adjacent areas of the tissue, prolonging the contact time of that chemical with tissue.

On the basis of these findings, one must seriously question the safety of the current OSHA standard for poly(vinyl chloride) dust, i.e., a standard which treats poly(vinyl chloride) as a nuisance dust.

## Community Exposure to Vinyl Chloride

Christine et al. (30) reported two cases of hepatic angiosarcoma in Connecticut having a probable residential exposure to vinyl chloride. One individual with hepatic angiosarcoma lived within 2 miles of the plant producing poly(vinyl chloride)-coated wire, while the second individual lived within 0.5 miles of a plant producing vinyl sheets. Each of these two plants also had a case of hepatic angiosarcoma among its labor force. Neither of these residential cases was known to have had occupational exposure to vinyl chloride or arsenic or diagnostic exposure to thorium dioxide, the only three agents known to cause hepatic angiosarcoma in humans. Baxter et al. (31), in 1977 reported another case of liver angiosarcoma in Great Britain who had lived for 6 years within half a mile of a plant manufacturing poly(vinyl chloride). On the basis of these observations, Brady et al. (41) in 1977 undertook a study in New York State of 26 confirmed cases of hepatic angiosarcoma. Controls comprised of individuals who had an internal malignant tumor other than primary liver cancer were matched with index cases on the basis of age at diagnosis, race, sex, place of residence and vital status. This study showed a statistically significant association between angiosarcoma of the liver and direct occupational or therapeutic exposure to arsenic (two cases), vinyl chloride (three cases) and thorium dioxide (two cases). In addition, this study demonstrated that of ten female cases of liver angiosarcoma (no direct occupational or therapeutic exposure to vinyl chloride, arsenic or thorium dioxide) one lived within 1700 ft of a vinyl chloride polymerizarion plant and four lived from 500 to 4500 ft of a poly(vinyl chloride) fabrication plant. In contrast, none of their matched controls lived

within 1 mile of any facility polymerizing vinyl chloride or fabricating poly(vinyl chloride). These study findings are supportive of the role of indirect modes of vinyl chloride exposure in the etiology of liver angiosarcoma.

## Summary

Adenomas and adenocarcinomas of the lung, angiosarcomas of the liver and of other sites, lymphomas, mammary carcinomas, neuroblastomas of the brain, in addition to various other tumors have been induced in mice, rats and hamsters exposed by inhalation to vinyl chloride. In addition vinyl chloride when administered by inhalation has been found to induce hepatic and extrahepatic angiosarcomas at concentrations as low as 10 ppm and mammary carcinomas at even lower concentrations, i.e., 5 and 1 ppm.

Several mutually confirmatory studies, using the retrospective cohort method, have shown an increased risk of liver angiosarcoma and cancer of other sites among employees of vinyl chloride polymerization facilities. The full magnitude of this site-specific cancer risk among employees of vinyl chloride polymerization plants will only be determined following full lifetime observation. Nevertheless, studies already have shown that for liver angiosarcoma the excess risk is approximately 11 to 16 times that of the general population. For brain cancer the excess risk is 4-fold.

The role of indirect modes of exposure to vinyl chloride has now been shown to be associated with an excess risk of cancer. Several cases of liver angiosarcoma have been reported among individuals living in close proximity (less than 2 miles) to facilities polymerizing vinyl chloride or fabricating poly(vinyl chloride). A recent epidemiological study has demonstrated that 50% of females with liver angiosarcoma (5/10) lived within 1 mile of such industrial facilities, whereas none of their matched control did so.

Experimental bioassay and epidemiological studies have shown a high concordance for the carcinogenicity of vinyl chloride, specifically for liver angiosarcoma. This excess of liver angiosarcoma has been shown to persist from the polymerization of vinyl chloride to the residence in near proximity to such facilities.

Both experimental and epidemiological data indicate that PVC dust is probably associated with respiratory effects, both neoplastic and nonneoplastic in nature.

### REFERENCES

1. U.S. Tariff Commission. Census of Dyes and of Other Synthetic Organic Chemicals, 1927. Tariff Information

R&S 002495

Series No. 37, U.S. Government Printing Office, Washington, DC, 1928, p. 139.

2. Oster, R. H., Carr, C. J., and Krantz, J. C. Anesthesia. Narcosis with vinyl chloride. Anesthesiology 8: 359 (1947).

3. Tribukh, S. R., Tikhomirova, V. A., and Koslov, L. A. Working conditions and measures for their sanitation in the production and utilization of vinyl chloride plastics. Gigiena Sanit. 10: 38 (1949).

4. Filatova, V. S., Balahonova, L. I., and Gronsberg, E. S. Hygienic characteristics of vinyl chloride. Gigiena Truda Prof. Zabolevaniya 2: 6 (1958).

5. Kurland, L. T., Faro, S. N., and Siedler, H. Minamata disease. World Neurology 1: 370 (1960).

6. Torkelson, T. R., Oyen, R. F., and Rowe, V. K. The toxicity of vinyl chloride as determined by repeated exposure of laboratory animals. Am. Ind. Hyg. Assoc. J. 22: 354 (1961).

7. Cordier, J. M., Fievez, C., Lefevre, M. J., and Sevrin, A. Acroosteolysis combined with skin lesions in 2 workers exposed in cleaning autoclaves. Cahiers Med. Travail. 4: 14 (1966).

8. Viola, P. L., Bigotti, A., and Caputo, A. Oncogenic response or rat skin, lungs and bones to vinyl chloride. Cancer Res. 31: 515-522 (1971).

9. Heckman, J. H. Symposium presentation, 1980.

10. Wheeler, R. N., Jr. Personal communication, 1971.

11. Maltoni, C. Predictive value of carcinogenesis bioassays. Ann. N.Y. Acad. Sci. 271: 431-443 (1976).

12. Caputo, A., Viola, P. L., and Bigotti, A. Oncogenicity of vinyl chloride at low concentrations in rats and rabbits. Int. Res. Commun. 2: 1582 (1974).

13. Maltoni, C., and Lefemine, G. Carcinogenicity bioassay of vinyl chloride: current results. Ann. N.Y. Acad. Sci. 246: 195-218 (1975).

14. Keplinger, M. L., Goode, J. W., Gordon, D. E., and Calandra, J. C. Interim results of exposure of rats, hamsters, and mice to vinyl chloride. Ann. N.Y. Acad. Sci. 246: 219-224 (1975).

15. Holmberg, B., Kronevi, T., and Winell, M. The pathology of vinyl chloride exposed mice. Acta Vet. Scand. 17: 328-342 (1976).

16. Maltoni, C. Vinyl chloride carcinogenicity: an experimental model for carcinogenesis studies. In: Origins of Human Cancer, Book A (H. H. Hiatt, J. D. Watson, and J. A. Winsten, Eds.), Cold Spring Harbor Laboratory, 1977 p. 119.

17. Maltoni, C. Carcinogenicity bioassays of vinyl chloride monomer: a model of risk assessment on experimental basis. NIEHS/NIOSH/OSHA conference to Re-evaluate Toxicity of Vinyl Chloride, Polyvinyl Chloride and Structural Analogues, Bethesda, Maryland (1980).

18. Tabershaw, I. R., and Gaffey, W. R. Mortality study of workers in the manufacture of vinyl chloride and its polymers. J. Occup. Med. 16: 509-518 (1974).

19. Monson, R. R., Peters, J. M., and Johnson, M. N. Proportional mortality among vinyl-chloride workers. Lancet 2: 397-398 (1974).

20. Nicholson, W. J., Hammond, E. C., Seidman, H., and Selikoff, I. J. Mortality experience of a cohort of vinyl chloride-polyvinyl chloride workers. Ann. N.Y. Acad. Sci. 246: 225-230 (1975).

21. Ott, M. G., Langner, R. R., and Holder, B. B. Vinyl chloride exposure in a controlled industrial environment. a long-term mortality experience in 594 employees. Arch. Environ. Health 30: 333-339 (1975).

22. Duck, B. W., Carter, J. T., and Coombes, E. J. Mortality study of workers in a polyvinyl-chloride production plant. Lancet 2: 1197-1199 (1975).

23. Wagoner, J. K., Infante, P. F., and Saracci, R. Vinyl chloride and mortality. Lancet 1: 194-195 (1976).

24. Duck, B. W., and Carter, J. T. Vinyl chloride and mortality? Lancet 2: 195 (1976).

25. Waxweiler, R. J., Stringer, W., Wagoner, J. K., Jones, J., Falk, H., and Carter, C. Neoplastic risk among workers exposed to vinyl chloride. Ann. N.Y. Acad. Sci. 271: 40-48 (1976).

26. Byren, D., Engholm, G., Englund, A., and Westerholm, P. Mortality and cancer morbidity in a group of Swedish VCM and PVC production workers. Environ Health Perspect. 17: 167-170 (1976).

27. Reinl, W., Weber, H., and Greiser, E. Epidemiological study on mortality of VC-exposed workers in the Federal Republic of Germany. Medichem. 2 (Sept. 1977).

28. Fox, A. J., and Collier, P. F., Mortality experience of workers exposed to vinyl chloride monomer in the manufacture of polyvinyl chloride in Great Britain Brit. J. Ind. Med. 34: 1-10 (1977).

29. IARC. Evaluation of Carcinogenic Risk of Chemicals to Humans. 19. Some Monomers, Plastics, and Synthetic Elastomers, and Acrolein, IARC, Lyon, 1979, pp. 378-438.

30. Christine, B. W., Barrett, H. S., and Lloyd, D. S. Angiosarcoma of the liver—Connecticut. Morbidity and Mortality Weekly Report 23: 210 (1974).

31. Baxter, P. J., Anthony, P. P., MacSween, R. N. M., and Scheuer, P. J. Angiosarcoma of the liver in Great Britain, 1963-73. Brit. Med. J. 2: 919-921 (1977).

32. Lilis, R., Anderson, H., Nicholson, W. J., Daum, S. Fishbein, A. S., and Selikoff, I. J. Prevalence of disease among vinyl chloride and polyvinyl chloride workers. Ann. N.Y. Acad. Sci. 246: 22-41 (1975).

33. Miller, A., Teirstein, A. S., Chuang, M., Selikoff, I. J., and Warshaw, R. Changes in pulmonary function in workers exposed to vinyl chloride and polyvinyl chloride. Ann. N.Y. Acad. Sci. 246: 42-52 (1975).

34. Frongia, N., Spinazzola, A., and Bucarelli, A. Experimental lung damage from prolonged inhalation of airborne PVC dust. Med. Lav. 65: 321-342 (1974).

35. Agarwal, D. K., Kaw, J. L., Srivastava, S. P., and Seth, P. K. Some biochemical and histopathological changes induced by polyvinyl chloride dust in rat lung. Environ. Res. 16: 333-341 (1978).

36. Arnaud, A., Pommier de Santi, P., Garbe, L., Payan, H., and Charpin, J. Polyvinyl chloride pneumoconiosis. Thorax 33: 19-25 (1978).

37. Szende, B., Lapis, K., Nemes, A., and Pinter, A. Pneumoconiosis caused by the inhalation of polyvinyl chloride dust. Med. Lav. 61: 433-436 (1970).

38. Vertkin, Y. I., and Mamontov, Y. R. On the state of the bronchopulmonary system in workers engaged in the manufacture of articles made of polyvinyl chloride. Gigienz Truda Prof. Zabolevaniya, 19: 29 (1970).

39. Mastroangelo, G., Manno, M., Marier, G. Bartolucci, G. B., Gemignani, C., Saladine, G., Simonato, L., and Saia, B. Polyvinyl chloride pneumoconiosis: epidemiological study of exposed workers. J. Occup. Med. 21: 540-542 (1979).

40. Waxweiler, R. J., Smith, A. H., Tyroler, H. A., and Falk, H. An epidemiologic investigation of an excess lung cancer risk in a synthetic chemicals plant. Paper presented at International Congress on Occupational Health, Dubrovnik, Yugoslavia, 1978.

41. Brady, J. S., Likerature, F., Harper, P., Greenwald, P., Burnett, W., Davies, J. N. P., Bishop, M., Polan, A., and Vianna, N. Angiosarcoma of the liver; an epidemiologic survey. J. Natl. Cancer Inst. 59: 1383-1385 (1977).

R&S 002496

# Exhibit 80:  3/17/84 (R&S 132543 – 132555)
Handwritten Dow notes on studies involving brain cancer

STOCK FORM M-4100
PRINTED IN U S A   R2-68

THE DOW CHEMICAL COMPANY

SUBJECT

| JOB NO. | SHEET OF | FILE | BY | | DATE |
|---------|----------|------|-----|---|------|

D&S 132543

Tom,

I read the attached article and have the following comments:

pg 703 line 3 - Brain tumors increasing in older cohorts.

Rather than representing a true increase in the elderly as Wexweiler suggests, this most probably represents an artifact due to increased diagnosis. The folks from Mayo Clinic have excellent data which shows that with increased use of CAT scans, etc. brain tumors which once went undiagnosed in the elderly are now being picked-up.

pg 707 line 3 - the studies being done were not necessarily competing, many had their goals long before allegations of brain tumor risk. Some were cooperative studies.

pg 707 line 22-23 - Many industry studies done since 1981 and reported in the literature. Except for the Union Carbide study, all studies show brain cancer at or below expected levels for petrochemical workers.

Studies summarized in Table 1 do not include others which do not show brain cancer risk e.g. Bond et al, 1985; Ott et al, 1985; Ott et al 1983, Divine et al, 1985.

pg 709 - lines 9 and 10 - Most of the prospective studies have not been dropped, but are continuing

pg 710 - I agree with his discussed limitations of the large population based case-control studies of brain cancer.

Author fails to cite work of Greenwald which

STOCK FORM M-4100
PRINTED IN U S A   R2-68

THE DOW CHEMICAL COMPANY

SUBJECT

| JOB NO. | SHEET OF | FILE | BY | DATE |
|---------|----------|------|-----|------|
|         |          |      |     |      |

indicates workers with good benefit plans receive a
more sophisticated diagnostic work-up than does
general pop.

He also fails to cite nested case-control studies of
Bond et al, Heffingwell et al and Divine et al
which failed to find any specific exposure that is
more common among their cancer cases.

This represents a rather shallow and self-serving
review of the literature. Author does not even
discuss the most relevant studies available.

Greg

**Air Products and Chemicals, Inc.**
Box 538
Allentown, PA 18105
Telephone (215) 481-4911

**AIR PRODUCTS**

27 February 1986

Dr. Has Shah
Chemical Manufacturers Association
2501 M Street, N.W.
Washington, D.C.  20037

Dr. Roy Gottesman
The Vinyl Institute
Wayne Interchange
Plaza II
155 Route 46 West
Wayne, NJ  07470

Sirs:

    You may wish to bring the attached paper to the attention of your various committees interested in vinyl chloride health effects.  It describes VC as the only recognized central nervous system carcinogen.

Very truly yours,

John T. Barr, Manager
Regulatory Response

JTB:pbr
0608c

Enclosure:  Moss, J. Toxicol. Environ. H. <u>16</u> 703-711 (1985)

R&S 132546

R&S 132547

# OCCUPATIONAL EXPOSURE AND BRAIN TUMORS

Andrew R. Moss

University of California, San Francisco, California

*Epidemiological evidence of an occupational risk of brain cancer has been reported in four industries where chemical exposures are likely, most recently in a series of prospective studies in the petrochemical industry. However, only in the case of vinyl chloride exposure has an occupational central nervous system carcinogen been identified. This report reviews the convergence of epidemiological and laboratory evidence that established the occupational carcinogenicity of vinyl chloride, and discusses in detail the current evidence for an occupational risk of brain tumors in the petrochemical industry.*

## INTRODUCTION

Primary brain tumors of the glioma series, which make up about half of all brain tumors, show a male-to-female ratio of about 1.5 to 1. Brain tumors in general appear to be increasing in incidence among older cohorts (Waxweiler et al., 1983). Thus brain tumors in general, and glioma series tumors in particular, are sometimes considered as a priori likely suspects in the search for occupationally related tumors. Furthermore, gliomas can be produced experimentally in rats by at least four groups of experimental chemicals: aromatic hydrocarbons, N-nitroso compounds, triazenes, and hydrazines. More recently, brain tumors including gliomas have been shown to be produced by inhalation in rats by three industrial chemicals, bis(chloromethyl) ether, vinyl chloride, and acrylonitrile (Maltoni et al., 1982). These experimental results, together with the established history of brain-tumor carcinogenesis in vinyl chloride workers, have led many researchers to lend at least preliminary credence to reports of brain tumors occurring in other industries where there are chemical exposures. Most recently, a series of studies have suggested excess risk of brain tumors in the petrochemical industry.

Evidence suggesting an excess of brain tumors has now been reported for at least four occupational groups: rubber workers (beginning with Mancuso's investigations in the 1950s), chemists, vinyl chlo-

This research was supported in part by grant 1 R01 OH 01557 from the National Institute for Occupational Safety and Health.

Requests for reprints should be sent to Andrew R. Moss, Epidemiology and International Health, UCSF, San Francisco General Hospital, 995 Potrero Avenue, Bldg. 80, Ward 84, San Francisco, California 94110.

703

Copyright © 1985 by Hemisphere Publishing Corporation

Case 3:08-cv-00612-RET-SCR    Document 68    01/01/10    Page 29 of 173

was then 20–25 cases/yr, the appearance of 3 cases among a small group of workers prompted considerable concern. Furthermore, concurrent studies by Viola (1971) had shown skin, lung, and bone tumors in rats exposed to VC by inhalation. [Viola's carcinogenesis studies were reportedly an outgrowth of his work on acroosteolytis in VC-exposed workers. Hepatitis-like liver changes had been reported as early as 1949 (Nicholson, 1977).].

Following Viola, Maltoni demonstrated angiosarcomas in rats exposed to VC in 1972 (Maltoni et al., 1982). This result was communicated to the Manufacturing Chemists Association, which following the discovery of the third case at B. F. Goodrich, made public the finding of three cases of angiosarcoma in VC-exposed workers in the *Wall Street Journal.* With this announcement, a major effort began to study vinyl chloride workers, including a National Institute of Occupational Safety and Health (NIOSH) follow-up study of 1294 workers with extensive VC exposure in four plants. A concurrent histopathology study reviewed tumors reported on death certificates of *all* workers in the four plants.

The NIOSH study, published in 1976, showed very high relative risks in the category "biliary and liver cancer." The relative risk was 11 for workers with 10 or more years of exposure and 16 for workers with 15 or more years of exposure. Furthermore in the concurrent histopathology study, 11 of 14 reported liver and biliary cancer cases on death certificates were ASL (Waxweiler et al., 1976). These observations have remained the primary epidemiological basis for the assertion of the carcinogenicity of vinyl chloride.

However the study also observed a significantly increased relative risk for brain tumors, with 3 observed and 0.6 expected among workers exposed more than 15 years. At the same time Maltoni (1976a) reported that brain tumors as well as ASL could be produced in rats exposed to VC by inhalation. Furthermore the NIOSH histological study showed that 9 of 10 brain-cancer deaths in the VC worker cohort were glioblastoma multiformes (the most commonly occurring tumor in the glioma series). This proportion was thought to be unusually high. [However, it has been shown that the expected proportion of glioma-series tumors in such a series depends heavily on the number diagnosed at autopsy (Schoenberg et al., 1978)]. These results were sufficient for the development of a reasonable consensus that brain tumors as well as ASL were associated with VC exposure. The primary evidence in the development of the consensus was the correspondence between the human data and the laboratory inhalation studies, in which the exposure levels were thought to be close to human occupational exposures. (see, e.g., Wagoner and Infante, 1977). Vinyl chloride is the only occupational chemical carcinogen for which a correspondence exists.

Waxweiler et al. (1983) also note that in the 9 glioblastoma multiforme cases identified in the VC workers histology study, the average

Case 3:08-cv-00612-RET-SCR    Document 47-8    06/03/2009    Page 29 of 173

Case 3:08-cv-00612-RET-SCR    Document 68    01/01/10    Page 30 of 173

R&S 132551

and in the ensuing controversies over environmental carcinogenesis the atmosphere became polarized between industry and governmental–union forces. As a result, competing industry and government–union studies were set up in several of the exposed petrochemical cohorts in Texas and Louisiana. When a meeting was convened at the New York Academy of Sciences in 1980 to review the studies, a total of eight were presented, four from each group. The four governmental–union studies uniformly indicated a twofold risk of brain cancer among petrochemical workers; the four industry studies uniformly failed to detect any excess risk. "To the innocent observer," *Science* reported, "the crisp pattern of falling chips appeared at first sight to display blatant gerrymandering" (Lewin, 1980). It was also true, however, that the range of methods and cohorts involved was considerable and that there was extensive methodological disagreement. Reeve et al. (1985) reviewed the issues. The primary methodological questions were (1) the tendency of proportional mortality studies, as carried out by NIOSH, to inflate cancer risk, and (2) the tendency of industry-wide cohort studies, as carried out by the industry groups, to bury small groups of at-risk workers in very large cohorts. These issues were not resolved as, with the new Federal administration in 1981, NIOSH capacity to continue the epidemiology studies was lost. With no pressure from the regulatory side, the industry studies appear to have slowed down also.

However, most of the proportional mortality studies were eventually converted to standardized mortality form, and a review of these studies is now possible. Savitz and Moure (1984) have recently reviewed the six prospective studies of refinery workers that were initiated by labor–governmental and industry groups in 1979–1980. Table 1 is adapted from Savitz and Moure, with the addition of results from two studies of petrochemical plant workers, those of Waxweiler et al. (1983) and Reeve et al. (1983). [One study, that of Thomas et al. (1982); remains a proportional mortality rate study (PMR): the others use standardized mortality ratios.]

All cohorts of petrochemical workers had low overall mortality, as is generally the case in studies of "healthy workers," and six of the seven for which all-site cancer mortality or incidence were reported showed lowered total cancer rates. [The exception was the PMR study of Thomas et al. (1982).] However, brain-tumor rates were elevated in all but two of the studies, the exceptions being the refinery-wide study of Wen et al. (1983), which included salaried workers, and the industry-wide study of the British petrochemical industry by Rushton and Alderson (1981). There was additional evidence of an association in more detailed substudies. Thus Savitz and Moure (1984) note that while Hanis et al. (1982) report an overall relative risk of 1.02 for brain tumors in their study of the Baton Rouge Exxon refineries, a more highly exposed

all-sites relative risk of 0.88. Furthermore, Wilkinson et al. (1983) observed a tripled risk of brain tumors at the Rocky Flats nuclear plant, and Austin (1981) observed a tripled risk of melanoma at the Lawrence Livermore laboratory. Attempts to explain these risks by radiation exposures have proved generally unsuccessful; the similarity with the pattern of risk among petrochemical workers suggests that perhaps the cause is in some other aspect of the fabrication process.

## CONCLUSION

Although this review suggests that the issue of brain tumors in petrochemical workers is at least worth further study, most of the prospective studies appear to have been dropped. However, a second wave of large case-control studies of occupational exposure in brain tumors has now been set in motion (see Table 2). In these studies, all brain-tumor cases or deaths in a specific case-finding area over a specific period are interviewed, either in person or by proxy. These large studies may eventually resolve the issue of whether there is a genuine

**TABLE 2.** Case-Control Studies Currently in Progress of Occupational Exposure in Glioma Patients

| Investigator | Site | Number of cases | Number of controls | Source of cases | Location |
|---|---|---|---|---|---|
| Thomas, T. L., NCI Environmental Epidemiology Branch | CNS | 600 | 600 | Death certificate | New Jersey/ Louisiana |
| Preston-Martin, S., University of Southern California | CNS | 300 | 300 | Incidence | Los Angeles County |
| Moss, A. R., University of California, San Francisco | Glioma | 500 | 500 | UCSF clinical cases and death certificates | Northern California |
| Buffler, P., University of Texas | Glioma | 650 | 870 | Incidence | Coastal Texas and Louisiana |
| Ahlbom, A., Hudinge University Hospital, Sweden | Brain | 150 | 300 | Clinical cases in 2 hospitals | Hundinge |
| Musicco, M., Neurological Institute C. Besta, Milan | Meningioma/ glioma | 800 | 1,600 | Hospital cases | Milan |

[a] From Muir and Wagner (1982) and P. Buffler, personal communication

R&S 132553

Mancuso, T. F. 1982. Epidemiological study of tumors of the central nervous system in Ohio. *Ann. N.Y. Acad. Sci.* 381:17–39.

Muir, C. S., and Wagner, G. eds. 1982. *Directory of On-Going Research in Cancer Epidemiology 1982.* Heidelberg, Federal Republic of Germany: Laub.

Nicholson, W. J. 1977. Cancer following occupational exposure to asbestos and vinyl chloride. *Cancer* 39:1792–1801.

Olin, G. R., and Ahlbom, A. 1982. Cancer mortality among three Swedish male academic cohorts: Chemists, architects, and mining engineers/metallurgists. *Ann. N.Y. Acad. Sci.* 381:197–201.

Reeve, G. R., Bond. G. G., Lloyd, J. W., Cook. R. R., Waxweiler, R. J., and Fishbeck, W. A. 1983. An investigation of brain tumors among chemical plant employees using a sample-based cohort method. *J. Occup. Med.* 25:387–396.

Reeve, G. R., Halperin, W. E., and Landrigan, P. J. 1985. Brain tumor investigations in Texas. Paper presented at Workshop on Cancer Prevention, sponsored by Texas State Department of Health, January 25–26, 1984. San Antonio, Texas.

Rushton, L., and Alderson, M. R. 1981. An epidemiological survey of eight oil refineries in Britain. *Br. J. Ind. Med.* 38:225–234.

Savitz, D. A., and Moure, R. 1984. Cancer risk among oil refinery workers. *J. Occup. Med.* 26:662–670.

Schoenberg, B. S., Christine, B. W., and Whisnant, J. P. 1978. The resolution of discrepancies in the reported incidence of primary brain tumors. *Neurology* 28:817–823.

Schottenfeld, D., Warshauer, M. E., Zauber, A. G., Meikle, J. G., and Hart, B. R. 1981. A prospective study of morbidity and mortality in petroleum industry employees in the United States—A preliminary report. Banbury Report No. 9. Cold Spring Harbor Laboratory. In *Quantification of Occupational Cancer,* eds. R. Peto and M. Schneiderman, pp. 247–265. Cold Spring Harbor, N.Y.: Cold Spring Harbor Laboratory.

Selikoff, I. J. 1977. Cancer risk of asbestos exposure. In *Origins of Human Cancer—Book C—Human Risk Assessment,* eds. H. H. Hiatt, J. D. Watson, and J. A. Winsten, pp. 1765–1784. Cold Spring Harbor. New York: Cold Spring Harbor Laboratory.

Symons, M. F., Andjelkovich, D. A., Spirtas, R., and Herman, D. R. 1982. Brain and central nervous system cancer mortality in U.S. rubber workers. *Ann. N.Y. Acad. Sci.* 381:146–139.

Theriault, G., and Goulet, L. 1979. A mortality study of oil refinery workers. *J. Occup. Med.* 21:367–370.

Thomas, T. L., Waxweiler, R. J., Moure-Eraso, R., Itava, S. and Fraumeni Jr., J. F. 1982. Mortality patterns among workers in three Texas oil refineries. *J. Occup. Med.* 24:135–141.

Viola, P. L., Bigotti, A., and Caputo, A. 1971. Oncogenic response of rat skin, lungs, and bones to vinyl chloride. *Cancer Res.* 31:516–522.

Wagoner, J. K., and Infante, P. F. 1977. Vinyl chloride: A case for the use of laboratory bioassay in the regulatory control procedure. In *Origins of Human Cancer—Book C—Human Risk Assessment,* eds. H. H. Hiatt, J. D. Watson, and J. A. Winsten, pp. 1797–1805. Cold Spring Harbor. New York: Cold Spring Harbor Laboratory.

Waxweiler, R. J., Stringer, W., Wagoner, J. K., Jones, J., Falk, H., and Carter, C. 1976. Neoplastic risk among workers exposed to vinyl chloride. *Ann. N.Y. Acad. Sci.* 271:40–48.

Waxweiler, R. J., Alexander, V., Leffingwell, S. S., Haring, M., and Lloyd, J. W. 1983. Mortality from brain tumor and other causes in a cohort of petrochemical workers. *J. Natl. Cancer Inst.* 70:75–81.

Wen, C. P., Tsai, S. P., McClellan, W. A., and Gibson, R. L. 1983. Long-term mortality study of oil refinery workers: I. Mortality of hourly and salaried workers. *Am. J. Epidemiol.* 118:526–542.

Wilkinson, G. S., Voelz, G. L., Acquavella, J. F. 1983. Mortality among plutonium and other workers at a nuclear facility. Proceedings of the Midyear Topical Meeting of the Health Physics Society. In *Epidemiology Applied to Health Physics,* CONF-830101. Jan. 9–13, 1983. pp. 328–337.

R&S 132555

**Exhibit 81:  1/1/1985 (AP 019169 – 019177)**

Article - "Occupational Exposure and Brain Tumors" by Andrew R. Moss, University of
California, San Francisco, that was strangely  circulated to all recipients of the ICI
angiosarcoma registry and states that there is a consensus opinion that VCM is the ONLY
known chemical that causes BC

## OCCUPATIONAL EXPOSURE AND BRAIN TUMORS

**Andrew R. Moss**

University of California, San Francisco, California

*Epidemiological evidence of an occupational risk of brain cancer has been reported in four industries where chemical exposures are likely, most recently in a series of prospective studies in the petrochemical industry. However, only in the case of vinyl chloride exposure has an occupational central nervous system carcinogen been identified. This report reviews the convergence of epidemiological and laboratory evidence that established the occupational carcinogenicity of vinyl chloride, and discusses in detail the current evidence for an occupational risk of brain tumors in the petrochemical industry.*

### INTRODUCTION

Primary brain tumors of the glioma series, which make up about half of all brain tumors, show a male-to-female ratio of about 1.5 to 1. Brain tumors in general appear to be increasing in incidence among older cohorts (Waxweiler et al., 1983). Thus brain tumors in general, and glioma series tumors in particular, are sometimes considered as a priori likely suspects in the search for occupationally related tumors. Furthermore, gliomas can be produced experimentally in rats by at least four groups of experimental chemicals: aromatic hydrocarbons, N-nitroso compounds, triazenes,and hydrazines. More recently, brain tumors including gliomas have been shown to be produced by inhalation in rats by three industrial chemicals, bis(chloromethyl) ether, vinyl chloride, and acrylonitrile (Maltoni et al., 1982). These experimental results, together with the established history of brain-tumor carcinogenesis in vinyl chloride workers, have led many researchers to lend at least preliminary credence to reports of brain tumors occurring in other industries where there are chemical exposures. Most recently, a series of studies have suggested excess risk of brain tumors in the petrochemical industry.

Evidence suggesting an excess of brain tumors has now been reported for at least four occupational groups: rubber workers (beginning with Mancuso's investigations in the 1950s), chemists, vinyl chlo-

This research was supported in part by grant 1 R01 OH 01557 from the National Institute for Occupational Safety and Health.

Requests for reprints should be sent to Andrew R. Moss, Epidemiology and International Health, UCSF, San Francisco General Hospital, 995 Potrero Avenue, Bldg. 80, Ward 84, San Francisco, California 94110.

703

Journal of Toxicology and Environmental Health 16:703–711, 1985
Copyright © 1985 by Hemisphere Publishing Corporation

**AP00019169**

A. R. MOSS

ride workers, and petrochemical workers. However, the convergence of epidemiological and laboratory investigations that is usually accepted as the informal criterion of proof in such situations has been hard to demonstrate (see, e.g., Cole and Merletti, 1980; Doll and Peto, 1981). Thus, Mancuso's original observations in the rubber industry were not followed by the identification of any specific carcinogen, and the existence of an occupational risk of brain tumors in rubber workers is currently open to doubt (Mancuso, 1982; Symons et al., 1982). Brain-tumor risk in chemists has been shown only in a series of Swedish studies, and as yet no likely carcinogen has been identified (Olin and Ahlbom, 1982). The convergence of an epidemiologically identified risk and a suspected carcinogen has been demonstrated only among vinyl chloride workers. Thus Cole, in his surveys of occupational carcinogenesis, recognizes only vinyl chloride as an established industrial brain carcinogen (Cole and Merletti, 1980). Doll and Peto, more conservatively, admit the brain only as a "possible" site of occupational carcinogenesis (Doll and Peto, 1981). The history of vinyl chloride as a central nervous system (CNS) carcinogen is discussed in the next section.

Historically, the establishing of occupational or environmental risks has often been a complex and drawn-out process, sometimes requiring decades for the development of a consensus on a particular exposure. Thus although the issue of excess risks of brain tumors in rubber workers is currently in debate, the persistence of reports of brain tumor excesses in this and other industries has, as it were, promoted brain tumors to the top of the list of tumors that may be associated with important occupational risk (along with lung cancer, leukemias and lymphomas, primary liver cancer, and, more recently, melanoma). This was the situation in 1978 when a cluster of brain tumors was reported in petrochemical workers in Texas, initiating a major wave of research into the subject. The petrochemical research is also reviewed in this article.

## VINYL CHLORIDE AS A BRAIN CARCINOGEN

Cole observes that occupational carcinogens are usually recognized because they generate an unusually high rate among a small exposed population, and because they produce tumors that are otherwise unusual (Cole and Goldman, 1975). Vinyl chloride (VC) is the classic case of a carcinogen that has such an effect, producing in workers exposed to high levels of the gas the very rare angiosarcoma of the liver (ASL). The first reported case of ASL in a vinyl chloride worker was diagnosed at the B. F. Goodrich company in Louisville, Kentucky, in May, 1970; the second in March, 1973; and the third, at autopsy, in December, 1973 (Heath et al., 1976). Since the incidence of ASL in the United States

AP00019170

was then 20–25 cases/yr, the appearance of 3 cases among a small group of workers prompted considerable concern. Furthermore, concurrent studies by Viola (1971) had shown skin, lung, and bone tumors in rats exposed to VC by inhalation. [Viola's carcinogenesis studies were reportedly an outgrowth of his work on acroosteolytis in VC-exposed workers. Hepatitis-like liver changes had been reported as early as 1949 (Nicholson, 1977).].

Following Viola, Maltoni demonstrated angiosarcomas in rats exposed to VC in 1972 (Maltoni et al., 1982). This result was communicated to the Manufacturing Chemists Association, which following the discovery of the third case at B. F. Goodrich, made public the finding of three cases of angiosarcoma in VC-exposed workers in the *Wall Street Journal*. With this announcement, a major effort began to study vinyl chloride workers, including a National Institute of Occupational Safety and Health (NIOSH) follow-up study of 1294 workers with extensive VC exposure in four plants. A concurrent histopathology study reviewed tumors reported on death certificates of *all* workers in the four plants.

The NIOSH study, published in 1976, showed very high relative risks in the category "biliary and liver cancer." The relative risk was 11 for workers with 10 or more years of exposure and 16 for workers with 15 or more years of exposure. Furthermore in the concurrent histopathology study, 11 of 14 reported liver and biliary cancer cases on death certificates were ASL (Waxweiler et al., 1976). These observations have remained the primary epidemiological basis for the assertion of the carcinogenicity of vinyl chloride.

However the study also observed a significantly increased relative risk for brain tumors, with 3 observed and 0.6 expected among workers exposed more than 15 years. At the same time Maltoni (1976a) reported that brain tumors as well as ASL could be produced in rats exposed to VC by inhalation. Furthermore the NIOSH histological study showed that 9 of 10 brain-cancer deaths in the VC worker cohort were glioblastoma multiformes (the most commonly occurring tumor in the glioma series). This proportion was thought to be unusually high. [However, it has been shown that the expected proportion of glioma-series tumors in such a series depends heavily on the number diagnosed at autopsy (Schoenberg et al., 1978)]. These results were sufficient for the development of a reasonable consensus that brain tumors as well as ASL were associated with VC exposure. The primary evidence in the development of the consensus was the correspondence between the human data and the laboratory inhalation studies, in which the exposure levels were thought to be close to human occupational exposures. (see, e.g., Wagoner and Infante, 1977). Vinyl chloride is the only occupational chemical carcinogen for which a correspondence exists.

Waxweiler et al. (1983) also note that in the 9 glioblastoma multiforme cases identified in the VC workers histology study, the average

AP00019171

time since first exposure to vinyl chloride was 21 yr. Thus the epidemiological observation of risk may have followed the oncogenic exposure by a generation, and the circumstance of exposure could well have changed by the time the risk was recognized. This long latency period is characteristic of occupational carcinogenesis. The excess risk of mesothelioma in asbestos workers, for example is not generally observable until 20 yr after exposure (Selikoff, 1977). The long latency period has important consequences in the case of brain tumors, which are not rare tumors.

The identification of VC-produced *brain* tumors, currently the only accepted example of occupational CNS carcinogenesis, offers some important lessons for studies of other industries. First, vinyl chloride was identified as a CNS carcinogen because it produces, as its primary effect, the extremely rare ASL. The excess risk of brain tumors would probably not have been recognized if it had not "piggybacked" on the rarer tumor. Second, the brain was only recognized as an additional site of carcinogenesis because comparable ranges of tumors were seen in human and animal inhalation studies. There is no other occupational carcinogen for which such a correspondence is currently known. Third, the number of tumors reported in the primary study was very small: there were 3 cases in the high-exposure cohort, and 10 in the concurrent histopathology study. Fourth, the period between initial exposure and observation was so long that observed effects may in fact have been archaeology rather than epidemiology—the carcinogenic situation may well have no longer existed when the excess risk was observed.

## BRAIN TUMORS AND PETROCHEMICAL EXPOSURE

The intensive study of brain tumors in the petrochemical industry began in 1978 when as employee at the Union Carbide plant in Texas City, Texas, reported a newly diagnosed brain tumor to the local office of the Occupational Safety and Health Administration (OSHA). A joint study with the Oil, Chemical and Atomic Workers union (OCAW) and company representatives identified a total of 10 brain-tumor deaths and cases among workers at the plant (not including the original complainant, whose tumor proved to be metastatic). This number was sufficient for the OSHA office to request a formal study by NIOSH. A joint study, with Union Carbide researchers, was initiated. A proportional mortality study of OCAW members in South Texas was already in progress, and additional studies in other refineries and chemical plants were initiated over the next year.

However, in 1979 both the Three Mile Island incident and the Federal declaration of emergency status for the Love Canal area took place,

AP00019172

and in the ensuing controversies over environmental carcinogenesis the atmosphere became polarized between industry and governmental–union forces. As a result, competing industry and government–union studies were set up in several of the exposed petrochemical cohorts in Texas and Louisiana. When a meeting was convened at the New York Academy of Sciences in 1980 to review the studies, a total of eight were presented, four from each group. The four governmental–union studies uniformly indicated a twofold risk of brain cancer among petrochemical workers; the four industry studies uniformly failed to detect any excess risk. "To the innocent observer," *Science* reported, "the crisp pattern of falling chips appeared at first sight to display blatant gerrymandering" (Lewin, 1980). It was also true, however, that the range of methods and cohorts involved was considerable and that there was extensive methodological disagreement. Reeve et al. (1985) reviewed the issues. The primary methodological questions were (1) the tendency of proportional mortality studies, as carried out by NIOSH, to inflate cancer risk, and (2) the tendency of industry-wide cohort studies, as carried out by the industry groups, to bury small groups of at-risk workers in very large cohorts. These issues were not resolved as, with the new Federal administration in 1981, NIOSH capacity to continue the epidemiology studies was lost. With no pressure from the regulatory side, the industry studies appear to have slowed down also.

However, most of the proportional mortality studies were eventually converted to standardized mortality form, and a review of these studies is now possible. Savitz and Moure (1984) have recently reviewed the six prospective studies of refinery workers that were initiated by labor–governmental and industry groups in 1979–1980. Table 1 is adapted from Savitz and Moure, with the addition of results from two studies of petrochemical plant workers, those of Waxweiler et al. (1983) and Reeve et al. (1983). [One study, that of Thomas et al. (1982); remains a proportional mortality rate study (PMR): the others use standardized mortality ratios.]

All cohorts of petrochemical workers had low overall mortality, as is generally the case in studies of "healthy workers," and six of the seven for which all-site cancer mortality or incidence were reported showed lowered total cancer rates. [The exception was the PMR study of Thomas et al. (1982).] However, brain-tumor rates were elevated in all but two of the studies, the exceptions being the refinery-wide study of Wen et al. (1983), which included salaried workers, and the industry-wide study of the British petrochemical industry by Rushton and Alderson (1981). There was additional evidence of an association in more detailed substudies. Thus Savitz and Moure (1984) note that while Hanis et al. (1982) report an overall relative risk of 1.02 for brain tumors in their study of the Baton Rouge Exxon refineries, a more highly exposed

AP00019173

TABLE 1. Relative Risk for Brain Cancer and Melanoma in Prospective Epidemiological Studies of Refinery and Petrochemical Workers[a,b]

| Study | All cancers | | Brain | | Melanoma | |
|---|---|---|---|---|---|---|
| | RR | N | RR | N | RR | N |
| Theriault and Goulet, (1979) | 0.89 | 25 | 3.90 | 3 | — | — |
| Rushton and Alderson, (1981) | 0.89 | 1147 | 0.80 | 36 | 2.16 | 14 |
| Schottenfeld et al. (1981) (mortality) | 0.76 | 127 | 1.63 | 8 | — | — |
| Schottenfeld et al. (1981) (incidence) | 0.86 | 240 | 1.29 | 9 | 1.32 | 13 |
| Thomas et al. (1982) (PMR) | 1.19 | 474 | 2.28 | 27 | 1.61 | 11 |
| Harris et al. (1982) | 0.92 | 249 | 1.02 | 5 | — | — |
| Wen et al. (1983) | 0.96 | 839 | 0.99 | 30 | 1.22 | 16 |
| Wanweller et al. (1983) | 0.81 | 131 | 1.81 | 13 | — | — |
| Reeve et al. (1983) | N/A | N/A | 1.09 | 25 | — | — |

[a] Adapted from Savitz and Moure (1984).
[b] RR, relative risk; N, number.

subgroup had a higher risk. In the Reeve et al. study of Dow chemical workers, while the overall relative risk was 1.09, the risk among workers hired before 1945 was 1.83 (Reeve et al., 1983).

On the basis of the first six studies, Savitz and Moore comment that there was reasonably consistent evidence of a potential association between petrochemical exposure and brain cancer. The two chemical-plant studies appear to strengthen the association.

In an independent review of all NIOSH investigations in eight individual refineries and chemical plants in Texas, Reeve et al. (1983) note that inconsistencies remain in the plant-by-plant results, and that case-control studies within the studied cohorts show no consistent patterns of exposure. However the consistently elevated brain-tumor risk in the prospective studies appears sufficient at least for this line of research to continue.

Savitz and Moure note that melanoma risk is rather consistently elevated in the studies of petrochemical cohorts, as well as brain-tumor risk. This result is of interest because of an emerging pattern in recent studies of nuclear fabrication workers. Hadjimichael et al. (1983), in their study of the United Nuclear facility in Connecticut, observed relative risks of 2.40 for brain tumors and 2.12 for melanoma, against an

AP00019174

all-sites relative risk of 0.88. Furthermore, Wilkinson et al. (1983) observed a tripled risk of brain tumors at the Rocky Flats nuclear plant, and Austin (1981) observed a tripled risk of melanoma at the Lawrence Livermore laboratory. Attempts to explain these risks by radiation exposures have proved generally unsuccessful; the similarity with the pattern of risk among petrochemical workers suggests that perhaps the cause is in some other aspect of the fabrication process.

## CONCLUSION

Although this review suggests that the issue of brain tumors in petrochemical workers is at least worth further study, most of the prospective studies appear to have been dropped. However, a second wave of large case-control studies of occupational exposure in brain tumors has now been set in motion (see Table 2). In these studies, all brain-tumor cases or deaths in a specific case-finding area over a specific period are interviewed, either in person or by proxy. These large studies may eventually resolve the issue of whether there is a genuine

TABLE 2. Case-Control Studies Currently in Progress of Occupational Exposure in Glioma Patients

| Investigator | Site | Number of cases | Number of controls | Source of cases | Location |
|---|---|---|---|---|---|
| Thomas, T. L., NCI Environmental Epidemiology Branch | CNS | 600 | 600 | Death certificate | New Jersey/ Louisiana |
| Preston-Martin, S., University of Southern California | CNS | 300 | 300 | Incidence | Los Angeles County |
| Moss, A. R., University of California, San Francisco | Glioma | 500 | 500 | UCSF clinical cases and death certificates | Northern California |
| Buffler, P., University of Texas | Glioma | 650 | 870 | Incidence | Coastal Texas and Louisiana |
| Ahlbom, A., Hudinge University Hospital, Sweden | Brain | 150 | 300 | Clinical cases in 2 hospitals | Hundinge |
| Musicco, M., Neurological Institute C. Besta, Milan | Meningioma/ glioma | 800 | 1,600 | Hospital cases | Milan |

ª From Muir and Wagner (1982) and P. Buffler, personal communication

AP00019175

710                                                              A. R. MOSS

excess risk in petrochemical workers. [However, Cole notes that such
large case-control studies are only effective when the exposed group
makes up at least 2–3% of the population studied (Cole and Goldman,
1975).] It should also be noted that while large case-control studies of
brain tumors may identify industry-wide risk, they cannot, by their na-
ture, identify the pattern of tumor sites associated with a specific ex-
posure. This latter information is generally accepted as important in
establishing risk.

In conclusion, the prospective studies of petrochemical worker co-
horts reviewed here suggest that there is an increased risk of brain
tumors associated with petrochemical exposure, possibly accompanied
by an increased risk of melanoma. No evidence of a specific carcinogen
has been established, and while the current generation of large case-
control studies will probably identify any overall risk in the industry,
these studies will not identify the pattern of sites at risk. In the light of
the consistency between the petrochemical worker studies and the
recent nuclear-fabrication worker studies, there is an argument for a
coherent program of prospective research in these cohorts. Other
studies that could usefully be coordinated with such a program include
a review of the specific-exposure inquiries in the petrochemical worker
cohorts, an examination of the change in the incidence of glioma series
tumors among all brain tumors, and an exploration of other associa-
tions between brain tumors and melanoma.

## REFERENCES

Austin, D. F. 1981. Population-based tumor registries in the identification of occupational carcin-
ogens. Proceedings of the 1980 International Symposium on Cancer, Sept. 14–16, 1980. In
Cancer: Achievements, Challenges and Prospects for the 1980s, eds. J. H. Burchenal and H. F.
Oettgen, vol. 1, pp. 291–298. New York: Grune and Stratton.
Cole, P., and Goldman, M. B. 1975. Occupation. In Persons at High Risk of Cancer: An Approach
to Cancer Etiology and Control, ed. J. F. Fraumeni, pp. 167–184. New York: Academic.
Cole, P., and Merletti, F. 1980. Chemical agents and occupational cancer. In Cancer and the
Environment, eds. H. B. Demapoules and M. A. Mehlman, pp. 399–417. Park Forest South,
IL: Pathotox.
Doll, R., and Peto, R. 1981. The Causes of Cancer, p. 1243. Oxford: Oxford University Press.
Hadjimichael, O. C., Ostfeld, A. M., D'Atri, D. A., and Brubaker, R. E. 1983. Mortality and cancer
incidence experience of employees in a nuclear fuels fabrication plant. J. Occup. Med.
25:48–61.
Hanis, N. M., Holmes, T. M., Shallenberger, L. G., and Jones, K. E. 1982. Epidemiologic study of
refinery and chemical plants workers. J. Occup. Med. 24:203–212.
Heath, C. N., and Falk, H. 1976. Characteristics of cases of angiosarcoma of the liver among vinyl
chloride workers in the United States. Ann. N.Y. Acad. Sci. 267:231–236.
Lewin, R. 1980. Research News: Government industry dispute tumor risk. Science 210:996–
997.
Maltoni, C. 1976a. Predictive value of carcinogenesis bioassays. Ann. N.Y. Acad. Sci. 271:431–443.
Maltoni, C. 1976b. Precursor lesions in exposed populations as indicators of occupational cancer
risk. Ann. N.Y. Acad. Sci. 271:444–447.
Maltoni, C., Cifiberti, A., and Caretti, D. 1982. Experimental contributions in identifying brain
potential carcinogens in the petrochemical industry. Ann. N.Y. Acad. Sci. 381:216–249.

AP00019176

Mancuso, T. F. 1982. Epidemiological study of tumors of the central nervous system in Ohio. *Ann. N.Y. Acad. Sci.* 381:17–39.

Muir, C. S., and Wagner, G. eds. 1982. *Directory of On-Going Research in Cancer Epidemiology 1982.* Heidelberg, Federal Republic of Germany: Laub.

Nicholson, W. J. 1977. Cancer following occupational exposure to asbestos and vinyl chloride. *Cancer* 39:1792–1801.

Olin, G. R., and Ahlbom, A. 1982. Cancer mortality among three Swedish male academic cohorts: Chemists, architects, and mining engineers/metallurgists. *Ann. N.Y. Acad. Sci.* 381:197–201.

Reeve, G. R., Bond. G. G., Lloyd, J. W., Cook, R. R., Waxweiler, R. J., and Fishbeck, W. A. 1983. An investigation of brain tumors among chemical plant employees using a sample-based cohort method. *J. Occup. Med.* 25:387–396.

Reeve, G. R., Halperin, W. E., and Landrigan, P. J. 1985. Brain tumor investigations in Texas. Paper presented at Workshop on Cancer Prevention, sponsored by Texas State Department of Health, January 25–26, 1984, San Antonio, Texas.

Rushton, L., and Alderson, M. R. 1981. An epidemiological survey of eight oil refineries in Britain. *Br. J. Ind. Med.* 38:225–234.

Savitz, D. A., and Moure, R. 1984. Cancer risk among oil refinery workers. *J. Occup. Med.* 26:662–670.

Schoenberg, B. S., Christine, B. W., and Whisnant, J. P. 1978. The resolution of discrepancies in the reported incidence of primary brain tumors. *Neurology* 28:817–823.

Schottenfeld, D., Warshauer, M. E., Zauber, A. G., Meikle, J. G., and Hart, B. R. 1981. A prospective study of morbidity and mortality in petroleum industry employees in the United States—A preliminary report. Banbury Report No. 9, Cold Spring Harbor Laboratory. In *Quantification of Occupational Cancer,* eds. R. Peto and M. Schneiderman, pp. 247–265. Cold Spring Harbor, N.Y.: Cold Spring Harbor Laboratory.

Selikoff, I. J. 1977. Cancer risk of asbestos exposure. In *Origins of Human Cancer—Book C—Human Risk Assessment,* eds. H. H. Hiatt, J. D. Watson, and J. A. Winsten, pp. 1765–1784. Cold Spring Harbor, New York: Cold Spring Harbor Laboratory.

Symons, M. F., Andjelkovich, D. A., Spirtas, R., and Herman, D. R. 1982. Brain and central nervous system cancer mortality in U.S. rubber workers. *Ann. N.Y. Acad. Sci.* 381:146–159.

Theriault, G., and Goulet, L. 1979. A mortality study of oil refinery workers. *J. Occup. Med.* 21:367–370.

Thomas, T. L., Waxweiler, R. J., Moure-Eraso, R., Itaya, S. and Fraumeni Jr., J. F. 1982. Mortality patterns among workers in three Texas oil refineries. *J. Occup. Med.* 24:135–141.

Viola, P. L., Bigotti, A., and Cuputo, A. 1971. Oncogenic response of rat skin, lungs, and bones to vinyl chloride. *Cancer Res.* 31:516–522.

Wagoner, J. K., and Infante, P. F. 1977. Vinyl chloride: A case for the use of laboratory bioassay in the regulatory control procedure. In *Origins of Human Cancer—Book C—Human Risk Assessment,* eds. H. H. Hiatt, J. D. Watson, and J. A. Winsten, pp. 1797–1803. Cold Spring Harbor, New York: Cold Spring Harbor Laboratory.

Waxweiler, R. J., Stringer, W., Wagoner, J. K., Jones, J., Falk, H., and Carter, C. 1976. Neoplastic risk among workers exposed to vinyl chloride. *Ann. N.Y. Acad. Sci.* 271:40–48.

Waxweiler, R. J., Alexander, V., Leffingwell, S. S., Haring, M., and Lloyd, J. W. 1983. Mortality from brain tumor and other causes in a cohort of petrochemical workers. *J. Natl. Cancer Inst.* 70:75–81.

Wen, C. P., Tsai, S. P., McClellan, W. A., and Gibson, R. L. 1983. Long-term mortality study of oil refinery workers: I. Mortality of hourly and salaried workers. *Am. J. Epidemiol.* 118:526–542.

Wilkinson, G. S., Voelz, G. L., Acquavella, J. F. 1983. Mortality among plutonium and other workers at a nuclear facility. Proceedings of the Midyear Topical Meeting of the Health Physics Society. In *Epidemiology Applied to Health Physics,* CONF-830101, Jan. 9–13, 1983, pp. 328–337.

AP00019177

**Exhibit 82:  4/12/1985 (CMA 009749 – 009751)**

ICI (Bennett)  to CMA (Shah), Enclosing Recent Correspondence with Doll Concerning
VCM Epidemiological Review

From
Dr B Bennett
Site Medical Adviser

To
Mr H Clayton
Mr H R Jervis
Dr M N Johnson
Dr W F Madden
Dr G M Paddle
✓ Dr Has Shah, CMA, USA
Dr T R Torkelson
Dr J Whiston/Dr D J Wheeler
Dr D M J Williams
Dr A P Wright

Imperial Chemical Industries PLC
Hillhouse Site
PO Box No 4 Thornton – Cleveleys
Blackpool FY5 4QD

Telephone 0253 856161
Telex 67483 Iciplast Clvlys

Copies to

| Your ref | Our ref  BB/MO | Tel ext | 332 | Date  12 Apr 85 |
|----------|----------------|---------|-----|------------------|

VCM EPIDEMIOLOGICAL REVIEW

I am enclosing some recent correspondence between Sir Richard Doll and
myself concerning the above.

When the project has been completed, and the final cost has been calculated,
as agreed, it will be apportioned as per world tonnage, but it should still
be tremendous value for the work Sir Richard Doll is doing in this connection.

*Anis. Name H*

B BENNETT

enc

CMA 009749

HH 1680

# IMPERIAL CANCER RESEARCH FUND

### Cancer Epidemiology and Clinical Trials Unit
### UNIVERSITY OF OXFORD

Director: M.C. PIKE, Ph.D.
Telephone: (0865) 53762

Gibson Building
The Radcliffe Infirmary
Oxford OX2 6HE

3 April 1985

RD/CH/1

Dr B. Bennett,
Imperial Chemical Industries PLC,
Hillhouse Site,
PO Box 4 Thornton-Cleveleys,
Blackpool FY5 4QD.

Dear Dr Bennett,

You will be glad to hear that our paper on vinyl chloride and
liver angiosarcomas has been accepted for publication by the BJIM —
without modification.

I have not heard from the Americans about the proposed review of
vinyl chloride cancer. May I take it that they have dropped the idea?

Yours very sincerely

Richard Doll

CMA 009750



Hillhouse Site
PO Box No 4 Thornton – Cleveleys
Blackpool FY5 4QD
Telephone: Cleveleys (STD Code 0253) 856161
Telex 67483 Iciplast Clvlys

Imperial
Chemical
Industries
PLC

Sir Richard Doll
Imperial Cancer Research Fund
University of Oxford
Gibson Building
The Radcliffe Infirmary
OXFORD OX2 6HE

Medical Department

| | | | | |
|---|---|---|---|---|
| Your ref  RD/CH/1 | Our ref   BB/MO | Tel ext | 332 | Date 12 Apr 85 |

Dear Sir Richard,

VCM EPIDEMIOLOGICAL REVIEW

I refer to your letter of 3 Apr.

I have now had the necessary confirmation from the Americans, and from
the PVC/VCM Industries in the U.K., and we feel that we would be very
grateful if you could undertake the proposed VCM epidemiological review.
We will all be happy to reimburse you, as we have agreed.

Both myself and the Americans will be only too pleased to help you by
supplying you with any information that you may require to undertake this
task.

We are all very grateful for the time you are allocating to the project,
which we feel will be beneficial to the VCM Industry in general, and also
to the world.

I would be only too happy to meet with you and discuss this task, if you
feel you would like me to do so.

Yours sincerely,

B BENNETT
M.A.,
M.B. B.Ch., B.a.O.
D.Obst.R.C.O.G.
D.I.H., M.F.O.M.

CMA 009751

# Exhibit 83:  4/29/1985 (CMA 009743)

Dow (Torkelson) to Harry Verschuuren with copies to ICI (Bennett and Paddle) and CMA,
re: ECE TOC Inquiry Concerning Doll Epidemiology Review

 **DOW CHEMICAL U.S.A.**

1803 Building
29 April 1985

MIDLAND, MICHIGAN 48640

Harry Verschuuren
HORGEN

CONFIDENTIAL
Subject to Protective Order in
Ross v. Conoco, Inc., No. 90-4837
14th Judicial District Court
Calcasieu Parish, Louisiana

cc:  Brian Bennett, M.D. - ICI, England
     Maurice Johnson, M.D. - B. F. Goodrich Co.
     Geoffrey Paddle, Ph.D. - ICI, England
     Has Shah, Ph.D. - CMA

Thank you for sending the ECETOC inquiry of March 6, 1985 in regard
to the Vinyl Chloride Epidemiological Review by Sir Richard Doll.

The discussion on page 3 of the minutes indicates explanation is
needed. Dr. Brian Bennett of ICI has been working with Sir Richard
Doll in preparation of a publication of the Angiosarcoma Registry,
which has been compiled for several years by Dr. John Stafford, also
of ICI. Dr. Stafford, who recently retired, will of course be a
co-author.

While preparing this manuscript, Sir Richard indicated interest in
reviewing the world epidemiological literature on vinyl chloride.
Brian relayed this interest to Dr. Maurey Johnson of BFG and to me.
Dr. Johnson is the current chairman of the Vinyl Chloride Technical
Committee of CMA as well as the Vinyl Institute Health Committee.
Because of the desire to encourage Sir Richard, Dr. Johnson requested
and received approval from the Vinyl Institute to co-sponsor the
literature review. The cost will be apportioned as per world
tonnages.

I'm not sure which companies or organizations in Europe are
sponsoring the work. In any case, the report will, at the request of
Sir Richard and insistence of the sponsors, be made public. The
sponsors are also encouraging Sir Richard to publish in an
appropriate journal if he so chooses. The project is to be started
this spring, but I do not know the completion date; obviously it
cannot be earlier than fall of 1983 and could take longer.

No strict protocol has been established but, very simply, Dr. Doll is
to examine as many publications and reports as he can. He has been
asked to look at their strengths and weaknesses, whether the data
support their conclusions, how the data agree with other studies, and
to draw general conclusions for the sponsors.

I hope these comments are useful.

*T R Torkelson*

T. R. Torkelson, Sc.D.
Health and Environmental Sciences

CMA 009743

AN OPERATING UNIT OF THE DOW CHEMICAL COMPANY

**Exhibit 84:  7/12/1985 (BFG 28430 – 28431)**

BFG IOC (Guyton to ? - bcc: H.W. Dietz, M.D.) re: Activities Report June 1985

BFG RESTRICTED

**JUL 15 1985**

July 12, 1985

P. C. Ross

## Activities Report - June 1985
### Health & Environmental Services Division

Environmental Health

1. The Environmental Health Department is working with the
   Chemical Group and Shell Oil in obtaining potable water
   clearance of an EPON/Estane system intended for use in
   relining decaying water pipes.  The system is unique in
   that it can reline and seal pipe running under cities,
   rivers, etc. without excavation.  If the health issues
   can be addressed satisfactorily, BFG and Shell will be
   able to penetrate a very large and lucrative market.

2. The petitioned amendment to permit additional food contact
   uses of Goodrite 3114 was published in the Federal Register
   Monday, June 3, 1985.  This additional FDA approval permits
   the use of 3114 at a level of 0.1% in various olefin copol-
   ymer food contact articles.  The petition was initia.ed
   by Shell Oil's need for a suitable anti-oxidant in a copol-
   ymer for Tupperware.  W. C. Bachtel discussed the new
   clearance with several customers who expressed a keen
   interest in it.

3. The FDA has notified BFG that our petition to permit
   additional uses of Goodrite 3125 in olefin copolymer food
   contact articles was accepted for filing.  The first 90
   day review period will be up on August 7, 1985.

4. We received a copy of a letter from NIOSH to Michael Gaskill
   of Local 715 at Ft. Wayne advising the union of NIOSH's
   preliminary findings in the "investigation" of the union's
   concern over possible increased cancer in the milling and
   tubing area.  This letter is very discouraging because
   without any real attempt to do any investigation, NIOSH
   says there may exist a possible excess of lung, eye and
   brain cancer, as well as leukemia.

23879001

*BFG28430*

-2-

Activities Report — June 1985
Health & Environmental Services Division

Environmental Health - contd

4.   Contd

NIOSH made no effort to verify the accuracy of the diagnoses
provided by the union, did not identify the entire population
at risk and made statistical interpretations on ridiculously
small numbers despite the fact that they had been advised
that the diagnoses were not all correct and they did not
have the complete population.  For example, they found
one eye cancer to be excessive and three brain cancers
to be excessive when, in fact, there were no eye cancers
and only one brain cancer in the list they were provided.
The actual diagnoses in the other cases were pseudo tumors
of the optic nerve and brain metastases from other sites.
Although we will attempt to confer with NIOSH to correct
these errors, the letter already written provides fuel
for potential adverse publicity.

Richard A. Guyton

cc:  J. D. Ong
     L.   Carter
     B. A. DiLiddo
     R. A. Eisentrout
     L. V. Triggiani

bcc: H. W. Dietz, M.D.
     H. E. May, M.D.

238796002

BFG28431

**Exhibit 85: 1/1/1986 (ASI 005200 – 005214)**

Article - "Brain tumors and occupational risk factors" by Thomas and Waxweiller
recognizing VCM as a known cause of BCs

REVIEWS

Scand J Work Environ Health 12 (1986) 1—15

# Brain tumors and occupational risk factors

**A review**

by Terry L Thomas, MS,[1] Richard J Waxweiler, PhD[2]

THOMAS TL, WAXWEILER RJ. Brain tumors and occupational risk factors: A review. *Scand J Work Environ Health* 12 (1986) 1—15. Little is known about the etiology of tumors of the brain and central nervous system (CNS); however, epidemiologic studies have indicated recently that excess brain and CNS tumor risk may be associated with employment in certain occupations or industries. Some studies have shown that certain white-collar professional groups (eg, artists, laboratory professionals, veterinarians, embalmers) appear to have an elevated risk of brain tumors, and they raise the issue of a diagnostic sensitivity bias. Some blue-collar occupational groups, including rubber workers, oil refinery workers, chemical plant workers, polyvinyl chloride workers, machinists, and others, have been reported to have an elevated risk of brain tumors. Most of these workers are potentially exposed to multiple chemicals; nevertheless they have some exposures in common, for example, exposure to organic solvents, lubricating oil, acrylonitrile and vinyl chloride, formaldehyde, polycyclic aromatic hydrocarbons, and phenolic compounds.

*Key terms:* organic solvents, lubricating oils, acrylonitrile, vinyl chloride, formaldehyde, polycyclic aromatic hydrocarbons, phenolic compounds.

*page 4 45*

The age-adjusted average annual incidence rate for malignancies of the brain and central nervous system (CNS) among white men in the United States (US) during 1973—1977 was 6.7 per 100 000, and the corresponding mortality rate was 4.9 per 100 000 (104). Mortality rates for malignant brain and CNS tumors among all age groups over 55 years have been steadily increasing since the 1940s (95). Mortality and incidence rates for CNS malignancies in the United States are higher among white men than among women and blacks (45, 104). About half of the brain tumors (benign and malignant) diagnosed among white men of all ages are glioblastoma multiforme, but this cell type accounts for a much lower percentage of the brain tumors diagnosed among women and blacks (5). There is a dramatic peak in mortality due to brain and CNS malignancies among white men between 45 and 65 years of age (45); the peak corresponds with that in the incidence rate for glioblastoma multiforme at the same ages (74). These patterns imply that some genetic and/or environmental risk factor(s) may be responsible for the elevated rates among white men compared with women and blacks. The age peak and increasing rates over calendar time suggest an environmental risk factor, possibly occupational.

One of the difficulties in comparing epidemiologic studies of brain and CNS tumors is disease definition and terminology. The term "CNS tumors" includes tumors of the brain, cranial nerves, and cranial meninges; however, because more than 90 % of CNS tumors are brain tumors (104), we have used the terms brain cancer (malignancies only) and brain tumor to refer to all CNS tumors throughout our review, regardless of the original author's definition or terminology. More confusing is the fact that brain tumors can be coded as malignant [International Classification of Diseases, Eighth Revision (ICDA-8) code 191, 192], benign (ICDA-8 code 225), or unspecified as to malignant or benign (ICDA-8 code 238). Unfortunately, if a physician records just the words "brain tumor" on a death certificate, as is often the case, the unspecified code (ICDA-8 238) will be assigned as the underlying cause of death. Upon later pathological review, many of these cases may be shown to be primary malignant tumors. In addition, there may be some misclassification on the death certificates between primary brain tumors and those that are metastatic from other cancer sites (62). Thus, if brain tumor risk is to be thoroughly evaluated, it is important to report all ICD codes for primary brain tumors (ICD 191, 192, 225, and 238) separately and combined. In most instances investigators have reported mortality or incidence only for tumors of the brain specified as malignant; however, in the accompanying tables, we have indicated which results also include tumors coded as benign or unspecified.

Very little is known about the etiology of brain tumors; however several associations with occupational and other environmental and genetic factors have appeared in the epidemiologic literature (23). Although

[1] Occupational Studies Section, Environmental Epidemiology Branch, National Cancer Institute, Bethesda, Maryland 20892, United States.
[2] Special Studies Branch, Chronic Diseases Division, Center for Environmental Health, Centers for Disease Control, Atlanta, Georgia 30333, United States.

Reprint requests to: Ms TL Thomas, Occupational Studies Section, Environmental Epidemiology Branch, NCI, Landow Building, Room 4C16, Bethesda, MD 20892, USA.

1

ASI 00005200


Table 1. Brain tumors among white-collar and professional occupations in surveys of mortality by occupation.

| Occupation or type of work [a] | Study period | Measure of association [b] | Observed brain tumor events | Ratio [c] | Reference |
|---|---|---|---|---|---|
| Professional & technical, US | 1950 | SMR | 169 | 1.34* | Guralnick (25) |
| Professional & technical, Canada | 1965—1973 | SMR | 10 | 1.95 | Howe & Lindsay (33) |
| Accountants & auditors, US | 1950 | SMR | 27 | 1.93* | Guralnick (25) |
| Financial workers, MA | 1971—1973 | sMOR | 13 | 2.29* | Dubrow & Wegman (17) |
| Treasurers, financial managers, bank officers, US | 1971—1973 | sMOR | 5 | 3.47* | Dubrow & Wegman (17) |
| Managers, officials, proprietors, manufacturing, US | 1950 | SMR | 43 | 1.30 | Guralnick (25) |
| Managers, officials, proprietors, WA | 1950—1979 | PMR | 64 | 1.50* | Milham (48) |
| Purchasing agents, buyers, sales managers, WA | 1950—1979 | PMR | 12 | 1 78 | Milham (48) |
| Sales managers (age 65—74 years), UK | 1970—1972 | PMR | .. | 2.47 | Registrar General (65) |
| Purchasing agents & buyers, sales managers, CA | 1959—1961 | PMR | 5 | 2 89 | Peterson & Milham (63) |
| Credit men, WA | 1950—1979 | PMR | 6 | 2.97* | Milham (48) |
| Insurance agents, brokers, underwriters, & appraisers, WA | 1950—1979 | PMR | 21 | 1.58 | Milham (48) |
| Engineers, nec, WA | 1950—1979 | PMR | 26 | 1.47 | Milham (48) |
| Engineers, nec, CA | 1959—1961 | PMR | 10 | 2.16* | Peterson & Milham (63) |
| Mechanical engineers, WA | 1950—1979 | PMR | 8 | 4.22* | Milham (48) |
| Aeronautical engineers, CA | 1959—1961 | PMR | 4 | 2.17 | Peterson & Milham (63) |
| Electrical engineers, CA | 1959—1961 | PMR | 5 | 1.55 | Peterson & Milham (63) |
| Electrical engineers (age 65—74 years), UK | 1970—1972 | PMR | .. | 2.75 | Registrar General (65) |
| Inspectors, nec, WA | 1950—1979 | PMR | 7 | 2.48 | Milham (48) |
| Inspectors, nec, CA | 1959—1961 | PMR | 10 | 2.55* | Peterson & Milham (63) |
| Checkers, examiners, inspectors, MA | 1971—1973 | sMOR | 4 | 5.57* | Dubrow & Wegman (17) |
| Public utility supervisors & officials, WA | 1950—1979 | PMR | 10 | 1.99 | Milham (48) |
| Clergymen, WA | 1950—1979 | PMR | 14 | 1.99* | Milham (48) |
| Dentists, CA | 1959—1961 | PMR | 2 | 1.52 | Peterson & Milham (63) |
| Teachers, US | 1950 | SMR | 21 | 1.75* | Guralnick (25) |
| Artists & art teachers, CA | 1950—1979 | PMR | 4 | 2.98 | Peterson & Milham (63) |
| Teachers, except music & art, CA | 1959—1961 | PMR | 8 | 2.41* | Peterson & Milham (63) |
| Teachers, elementary & secondary, MA | 1971—1973 | sMOR | 7 | 3.71* | Dubrow & Wegman (17) |
| Professors & instructors, CA | 1959—1961 | PMR | 6 | 2.92* | Peterson & Milham (63) |
| School professions, MA | 1971—1973 | sMOR | 10 | 2.54* | Dubrow & Wegman (17) |
| Lawyers & judges, CA | 1959—1961 | PMR | 5 | 1.91 | Peterson & Milham (63) |
| Lawyers & judges, WA | 1950—1979 | PMR | 13 | 1.88* | Milham (48) |
| Lawyers & judges, MA | 1971—1973 | sMOR | 7 | 5.56* | Dubrow & Wegman (17) |
| Postal clerks, CA | 1959—1961 | PMR | 6 | 2.76* | Peterson & Milham (63) |
| Postal clerks, MA | 1971—1973 | sMOR | 5 | 2.86 | Dubrow & Wegman (17) |
| Officers, enlisted men, armed forces, nec, CA | 1959—1961 | PMR | 27 | 1.56* | Peterson & Milham (63) |
| Armed forces (British & foreign), UK | 1970—1972 | SMR | .. | 1.83 | Registrar General (65) |
| Armed forces (British & foreign), UK | 1961 | SMR | .. | 1.67 | Logan (39) |

[a] US = United States, MA = Massachusetts, WA = Washington, UK = United Kingdom, and nec = not elsewhere classified.
[b] PMR = proportionate mortality ratio, SMR = standardized mortality ratio, PIR = proportionate incidence ratio, SIR = standardized incidence ratio, SRR = standardized rate ratio, sMOR = standardized mortality odds ratio, and OR = odds ratio.
[c] Ratio = observed:expected ratio or odds ratio
* Statistically significant (Poisson) at the 0 05 level.

no causal industrial exposures have been identified, brain tumors seem to cluster in certain occupational groups. Historically, the first occupational association with brain tumors was reported among workers in the rubber industry (42). Since 1968, clusters of brain tumors have been seen among workers involved in polyvinyl chloride production, oil refining, petrochemical production, pharmaceutical production, use or production of formaldehyde, and other occupations. This review summarizes the scientific literature on occupational risk factors for brain tumors and examines some of the exposures that may be implicated.

The measures of association shown in the tables are not directly comparable; thus we have used a test of statistical significance to evaluate the relative importance of the results shown. Because the authors of the numerous studies discussed in this review used a va-

riety of statistical tests to judge the significance of their results, we have ignored the original significance tests. Instead, we applied a common test statistic to each result for which the authors supplied an observed number of brain tumor events and an expected number of events or an observed:expected (O:E) ratio. If the O:E ratio was not provided by the original author, we calculated it from the data published. This calculation includes results presented in the form of the proportionate mortality ratio (PMR), the standardized mortality ratio (SMR), the standardized incidence ratio (SIR), the proportionate incidence ratio (PIR), the standardized mortality odds ratio (sMOR), and the standardized rate ratio (SRR). The statistical significance of each of these results was determined from a table of significance factors for the ratio of a Poisson variable to its expectation (6). Since brain cancer

2

ASI 00005201

accounts for only 2.5 % of all cancer deaths (45), the underlying Poisson assumption of a rare event is satisfied in this case. Because our test is inappropriate for case-referent analyses, the statistical significance of the odds ratios from the case-referent analyses presented in the tables was determined with the 95 % confidence intervals provided by the authors.

### Surveys of mortality by occupation

Information from death certificates, registries, or record linkage systems has been used in many surveys to examine disease risks by occupation. Surveys of mortality by industry were not included in tables 1 and 2 because of a lack of specificity with regard to occupation; however results from some of these surveys are discussed in relationship with specific hypotheses presented later in this review. Because an exhaustive list of occupations reported in these surveys would be too lengthy to show in a single table, we decided to limit the results shown; thus, standardized mortality ratios, standardized incidence ratios, and standardized mortality odds ratios of less than 1.3 are not shown and proportionate mortality ratios of less than 1.5 are not shown. Results from the Washington state mortality data (48) were obtained from a table of statistically significant results for brain cancer.

The data indicated that certain white-collar and professional groups may have an elevated brain cancer risk (table 1). These groups include financial managers and accountants, sales agents, engineers, teachers, lawyers and judges, postal clerks, and persons in the armed forces. These occupational groups presumably have minimal exposure to chemicals and other potentially carcinogenic agents in their jobs. White-collar and professional groups may receive better than average medical and diagnostic services because of their socioeconomic status and, thus, may be more likely than the population in general to have a brain tumor diagnosed (24). Mortality was elevated among California residents in the armed forces (63) and among British members of the armed forces (39, 65), who typically receive regular medical surveillance.

Table 2 shows blue-collar worker groups with elevated brain cancer mortality in occupational surveys. The most interesting are the elevated brain cancer mortality ratios for electricians and power servicemen in four of the surveys (25, 48, 63, 64). Several of the occupations listed in table 2 involve exposure to solvents and organic chemicals, but no prominent patterns of common exposures are evident for particular occupations.

Several of these surveys obtained the information on occupation from death certificates. Because the "usual occupation" listed on the death certificate may be more representative of last occupation, many of the persons classified in white-collar management occupations could have begun their employment in blue-collar jobs. Occupations were not cross-classified by industry; thus it is not possible to evaluate whether elevated risk occurred among white-collar managers in particular industries. Furthermore, relatives of a deceased individual may tend to "upgrade" the deceased's occupation socioeconomically.

Table 2. Brain tumors among blue-collar occupations in surveys of mortality by occupation.

| Occupation or type of work [a] | Study period | Measure of association [b] | Observed brain tumor events | Ratio [c] | Reference |
|---|---|---|---|---|---|
| Operatives & kindred workers, MA | 1971—1973 | sMOR | 4 | 3.26 | Dubrow & Wegman (17) |
| Painters, paperhangers, glaziers, US | 1950 | SMR | 32 | 1.39 | Guralnick (25) |
| Carpenters (age 20—54 years), MA | 1971—1973 | sMOR | 7 | 2.74* | Dubrow & Wegman (17) |
| Brickmasons, stonemasons, tile setters, MA | 1971—1973 | sMOR | 4 | 3.14 | Dubrow & Wegman (17) |
| Electricians, US | 1950 | SMR | 31 | 2.21* | Guralnick (25) |
| Electricians, WA | 1950—1979 | PMR | 43 | 1.60* | Milham (48) |
| Electricians, Los Angeles County, CA | 1972—1977 | PIR | 11 | 1.42 | Preston-Martin et al (64) |
| Linemen & servicemen, telegraph, telephone, power, CA | 1959—1961 | PMR | 5 | 2.07 | Peterson & Milham (63) |
| Welders, metal, Sweden | 1961—1973 | SRR | 44 | 1.44* | Englund et al (18) |
| Boilermakers, CA | 1959—1961 | PMR | 3 | 2.18 | Peterson & Milham (63) |
| Machinists & job setters, US | 1950 | SMR | 37 | 1.42 | Guralnick (25) |
| Machinists (age 20—54 years), MA | 1971—1973 | sMOR | 5 | 3.12* | Dubrow & Wegman (17) |
| Airplane mechanics & repairmen, WA | 1950—1979 | PMR | 14 | 2.01* | Milham (48) |
| Firemen & fire protection workers, WA | 1950—1979 | PMR | 14 | 1.77 | Milham (48) |
| Crane derrickmen & hoistmen, CA | 1959—1961 | PMR | 3 | 2.23 | Peterson & Milham (63) |
| Deliverymen & routemen, CA | 1959—1961 | PMR | 6 | 2.03 | Peterson & Milham (63) |
| Glass & ceramic makers, UK | 1970—1972 | SMR | . . | 1.31 | Registrar General (65) |
| Glass workers, Sweden | 1961—1973 | SRR | 10 | 2.39* | Englund et al (18) |
| Farmers & farm workers, Canada | 1965—1973 | SMR | 4 | 1.77 | Howe & Lindsay (33) |
| Railroad clerks, WA | 1950—1979 | PMR | 13 | 3.48* | Milham (48) |

[a] See table 1 (footnote a) for a definition of the abbreviations.
[b] See table 1 (footnote b) for a definition of the abbreviations.
[c] Ratio = observed/expected ratio or odds ratio.
* Statistically significant (Poisson) at the 0.05 level.

3

ASI 00005202



## Production of synthetic rubber

Table 3 shows results from studies of workers in the production of synthetic rubber. In 1949, an unusual cluster of deaths from CNS tumors was observed among residents of Summit County, Ohio, and a possible link with the rubber industry was suggested (42). Subsequently, a cohort mortality study of workers in a rubber plant in the same county indicated an elevated brain cancer risk among employees in the curing and tire-building department (43). Later studies of the same plant population also implied that men employed in tire assembly and tire building had an elevated brain cancer risk, but brain cancer mortality was less than expected in the entire plant population (51, 52). The elevated risk occurred primarily among men whose attained age was less than 65 years (O:E = 8:1.3), those who had worked less than 15 years (O:E = 7:1.4), and those who started working in the industry after 1925 (O:E = 8:1.8). The findings suggested that the elevated risk may be associated with exposures introduced into the work environment in more recent time periods (51). Exposures in the tire curing, building, and assembly areas included hexamethylenetetramine and drum resins containing coal tar, carbon tetrachloride, and other solvents (51, 52). A slightly elevated brain cancer risk was seen among workers in the rubber industry in Sweden (18), but brain cancer mortality was not elevated among US rubber workers in a 1950 survey by industry (26) nor in other cohort studies of US rubber plants (46, 83) nor among workers in the rubber and cablemaking industries in England (19).

## Polyvinyl chloride production

A cohort was assembled from 34 plants to examine the relationship between polyvinyl chloride (PVC) exposure and risk of cancer (11, 85). Among persons who had worked for at least one year in a job involving exposure to vinyl chloride, the total number of brain cancers observed was significantly greater than expected (table 4). The twelve brain cancers observed during the study period included four glioblastoma, two astrocytoma, one ependymoma, and five unspecified.

A proportionate mortality ratio study of deceased workers in two plants using vinyl chloride monomer indicated an increased relative frequency of brain cancer (53). Five deaths were observed, and only 1.2 were expected (table 4). Three of the five brain cancers were

**Table 3.** Brain tumors among workers in the production of synthetic rubber.

| Occupation or type of work[a] | Study period | Measure of association[b] | Observed brain tumor events | Ratio[c] | Reference |
|---|---|---|---|---|---|
| Tire building & curing, Ohio | 1940—1964 | SRR | 4 | 5.63* | Mancuso et al (43) |
| One rubber plant, US | 1940—1974 | SMR | 20 | 0.80 | Monson & Nakano (52) |
| Tire building | 1940—1974 | SMR | 7 | 1.90 | Monson & Nakano (52) |
| Tire assembly (≥ 5 years) | 1940—1976 | SRR | 7 | 4.1* | Monson & Fine (51) |
| Rubber industry, Sweden | 1961—1973 | SRR | 30 | 1.23 | Englund et al (18) |
| Rubber products industry, US | 1950 | SMR | 13 | .. | Guralnick (26) |
| Four US rubber plants — Men | 1940—1973 | SMR | 14 | 0.78 | McMichael et al (46) |
| Tire building, US | 1951—1971 | OR | 5 | 1.10 | Symons et al (83) |
| Tire assembly, US | 1951—1971 | OR | 1 | 0.43 | Symons et al (83) |
| Rubber & cablemaking industry, UK | 1968—1974 | SMR | 20 | 0.84 | Fox & Collier (19) |
| Tire sector | 1968—1974 | SMR | 10 | 1.08 | Fox & Collier (19) |

[a] See table 1 (footnote a) for a definition of the abbreviations.
[b] See table 1 (footnote b) for a definition of the abbreviations.
[c] Ratio = observed:expected ratio or odds ratio.
* Statistically significant (Poisson) at the 0.05 level.

**Table 4.** Brain tumors among workers in the production of polyvinyl chloride (PVC).

| Occupation or type of work[a] | Study period | Measure of association[b] | Observed brain tumor events | Ratio[c] | Reference |
|---|---|---|---|---|---|
| PVC workers exposed ≥ 1 years, US | 1930—1972 | SMR | 12 | 2.03* | Cooper (11) |
| PVC workers ever exposed, US | 1947—1973 | PMR | 5 | 4.17* | Monson et al (53) |
| PVC workers exposed ≥ 5 years, > 15 years latency, US | 1942—1973 | SMR | 3 | 4.98* | Waxweiler et al (97) |
| Vinyl chloride monomer & PVC production workers, Sweden | 1940—1974 | SMR | 2 | 6.12 | Byron et al (9) |
| PVC workers, Germany | < 1959—1974 | SMR | 2 | 1.62 | Weber et al (98) |
| PVC workers ever exposed, UK | 1940—1974 | SMR | 2 | 0.55 | Fox & Collier (20) |

[a] US = United States, Germany = Federal Republic of Germany, UK = United Kingdom.
[b] See table 1 (footnote b) for a definition of the abbreviations.
[c] Ratio = observed:expected ratio or odds ratio.
* Statistically significant (Poisson) at the 0.05 level.

4

ASI 00005203

glioblastoma multiforme, and the cell types of the other two were not specified.

Elevated brain cancer risk associated with polyvinyl chloride production was observed in a cohort study which combined data from four plants (table 4) (97). One major plant was common to this study and those done by Tabershaw (85), Cooper (11), and Monson (53). Among workers with at least five years' exposure to polyvinyl chloride and surviving 15 years since first employment, three brain cancers occurred and less than one was expected. Four additional brain tumors occurred among employees who had less than five years' exposure to vinyl chloride. Three persons who worked at the plants under study but never in the vinyl chloride-exposed areas also died from brain tumors. No expected numbers were shown for these categories of workers. Nine of the ten brain tumors were histologically confirmed as glioblastoma multiforme. Age at death for these decedents ranged between 33 and 65 years. Other exposures that workers might have encountered included acrylates, acrylonitrile, and chlorinated solvents (96).

Studies of polyvinyl chloride workers in Germany and Sweden suggested an excess brain cancer risk (table 4), but the observed numbers of brain cancer deaths were very small (9, 98). Analyses of mortality among

7 000 men potentially exposed to vinyl chloride monomer in the manufacture of polyvinyl chloride in Great Britain indicated no excess brain cancer risk (20).

## Petroleum refining and petrochemical production

The first report of elevated brain tumor risk among oil refinery workers appeared in 1979 (table 5). In a cohort study of 1 205 men employed in a Canadian oil refinery for more than five years, three deaths from brain cancer were noted and only 0.77 was expected (87). This excess was confined to workers for whom less than 20 years had elapsed since first employment (O:E = 3:0.46). The work histories of the three brain cancer cases were vague with regard to occupational exposures. Two died at 41 years of age and one at age 43.

A proportionate mortality ratio study of deceased active and retired members of the Oil, Chemical, and Atomic Workers International Union (OCAW) in Texas indicated an elevated frequency of deaths from brain cancer among white male hourly workers employed in petroleum refining and petrochemical plants (90, 92). The increased relative frequency of brain tumors occurred primarily among active employees in

Table 5. Brain tumors among workers in petroleum refineries and petrochemical production.

| Occupation or type of work [a] | Study period | Measure of association [b] | Observed brain tumor events | Ratio [c] | Reference |
|---|---|---|---|---|---|
| Refinery workers (≥ 5 years), Canada | 1928—1976 | SMR | 3 | 3 90 | Theriault & Goulet (87) |
| All OCAW members in refineries A, B, C, TX | 1943—1978 | PMR | 33 [d] | 2.10* | Thomas et al (92) |
| Active OCAW members in refineries A, B, C | 1943—1978 | PMR | 25 [d] | 2.29* | Thomas et al (92) |
| OCAW members — refinery A | 1943—1978 | PMR | 16 [d] | 2.14* | Thomas et al (92) |
| OCAW members — refinery B | 1943—1978 | PMR | 10 [d] | 1.90 | Thomas et al (92) |
| OCAW members — refinery C | 1943—1978 | PMR | 7 [d] | 2.35 | Thomas et al (92) |
| OCAW members in refineries A, B, C | | | | | |
| Lube oil refining | 1943—1978 | OR | 5 | 1.6 | Thomas et al (91) |
| Pumping of products | 1943—1978 | OR | 7 | 2.8 | Thomas et al (91) |
| Texaco (A) — salaried & hourly | 1947—1977 | SMR | 31 | 1.08 | Divine et al (15) |
| Texaco (A) — research & quality control labs | 1947—1977 | OR | 8 | 3.9** | Divine et al (15) |
| Texaco (A) — lube oil refining | 1947—1977 | OR | 3 | 4.1** | Divine et al (15) |
| Gulf (B) — all hourly workers | 1935—1978 | SMR | 20 [d] | 0.90 | Wen et al (99) |
| Gulf (B) — hourly workers (≥ 20 years) | 1935—1978 | SMR | 15 | 1.40 | Wen et al (99) |
| Mobil (C) — salaried & hourly | 1945—1978 | SMR | 9 | 1.09 | Morgan & Wong (54) |
| Ninteen refineries, US | 1977—1979 | SMR | 8 | 1.63 | Schottenfeld et al (75) |
| Ninteen refineries, US | 1977—1979 | SIR | 9 | 1.29 | Schottenfeld et al (75) |
| Petroleum & coal products, US | 1950 | SMR | 13 | | Guralnick (26) |
| Eight oil refineries, UK | 1950—1975 | SMR | 36 | 0.80 | Rushton & Alderson (70) |
| Oil distribution centers, UK | 1950—1975 | SMR | 39 | 1.07 | Rushton & Anderson (71) |
| Exxon — operator, mechanic, laborer | 1970—1977 | SMR | 4 | 1.11 | Hanis et al (28) |
| Union Carbide (NIOSH), TX | 1941—1979 | SMR | 22 [d] | 2.06* | Waxweiler et al (95) |
| Union Carbide (company) — > 6 months | 1941—1977 | SMR | 10 | 2 00 | Austin & Schnatter (3) |
| Petrochemical operators, LA and TX | 1970—1980 | PMR | 12 [d] | 3.40* | Nicholson et al (56) |
| Dow Chemical, TX | 1949—1977 | Sample-based SMR | 25 [d] | 1.26 | Reeve et al (66) |

[a] OCAW = Oil, Chemical, and Atomic Workers International Union; TX = Texas, US = United States; UK = United Kingdom, NIOSH = National Institute for Occupational Safety and Health; LA = Louisiana
[b] See table 1 (footnote b) for a definition of the abbreviations.
[c] Ratio = observed:expected ratio or odds ratio.
[d] Observed includes benign and unspecified brain tumors.
* Statistically significant (Poisson) at the 0.05 level.
** Statistically significant at the 0.05 level using the author's significance test.

5

ASI 00005204


three oil refineries (A, B, and C) in the Beaumont-Port Arthur area of the Texas gulf coast (table 5). A nested case-referent study comparing work histories of the brain tumor cases with those of persons who died from other causes indicated an elevated brain tumor risk among OCAW members whose jobs involved the intra-plant pumping and transporting of bulk liquids (crude oil and products) and the manufacture of lubricating oil, but the odds ratios were not statistically significant (91).

Industry-sponsored studies of refineries A, B, and C indicated slightly different results (table 5); however, the study groups differed substantially in terms of hourly/salaried status, average duration employed, and induction-latency period. A cohort mortality study of white male Texaco (refinery A in references 90, 91, 92) salaried (white-collar) and hourly (blue-collar) em-ployees combined indicated no excess mortality from brain cancer (15). A nested case-referent analysis in-dicated significantly elevated odds ratios for brain can-cer among persons whose longest job was in research and quality control laboratories or in lubricating oil refining (15). All male hourly employees of the Gulf refinery (refinery B in references 90, 91, 92) did not have a significantly elevated standardized mortality ra-tio for brain cancer; however, mortality was slightly elevated among those who had worked at the plant for more than 20 years (99). The number of brain cancer deaths observed among white male salaried and hourly employees of the Mobil refinery (refinery C in references 90, 91, 92) was almost the same as that expected (54). Among white men employed 10 or more years at the Mobil refinery there were slightly elevated standardized mortality ratios for brain cancer (10—29 years, SMR 142.4; ≥ 30 years, SMR 133.5).

In a mortality study of oil refinery workers employed by 19 US companies (table 5), eight deaths from brain cancer were observed, and 4.9 were expected (SMR 1.63) (75). The investigators suggested that there may have been underreporting of deaths because of the short study period (two years) and the lag time between the date of death and receipt of a death certificate. Cancer incidence among actively employed refinery workers during the study period was compared with that for the United States from cancer registry inci-dence data. Nine incident cases of brain cancer were reported, and about seven were expected. No analyses by duration of employment or occupation were shown.

Brain cancer mortality was not excessive among 35 000 employees of eight British oil refineries between January 1950 and December 1975 (table 5) (70); how-ever, about 20 % of the study subjects had scientific, technical, administrative, clerical, or engineering jobs, most of which are presumably low-exposure occupa-tions. The same difficulty occurred in a cohort of workers at oil distribution centers in England (71), in which supervisors, managers, administrators, and clerical workers were included in the analyses. Analyses were not shown separately for blue-collar (hourly)

6

employees. In one study of refinery workers, investi-gators found no association between brain cancer risk and oil refinery employment (28), and two other groups of investigators did not report the observed and ex-pected values for brain cancer (29, 84). The follow-up period for several studies (28, 29, 75, 84) was very short (less than 10 years), and risks of fatal disease with long latency periods may have been underestimated.

A cluster of primary brain cancer deaths among workers at a Union Carbide petrochemical plant in Texas City, Texas, was reported in 1980 (2). All of the decedents were less than 66 years of age at death, and the best medical information available indicated that 15 of 18 tumors were glioblastoma multiforme. A cohort mortality study of workers at this plant showed a significantly elevated standardized mortality ratio for brain tumors among white male hourly workers (table 5) (95). A similar analysis of the same data by the com-pany also indicated a significantly elevated brain can-cer risk among workers who ever held hourly positions (3), but nested case-referent analyses indicated no sig-nificantly elevated odds ratios associated with expo-sure to any specific chemicals (4, 35).

Operating engineers employed in the petrochemical industry in Texas and Louisiana had an elevated fre-quency of brain tumors (observed 18, PMR 1.73) (56). This excess was primarily due to a significantly elevated proportionate mortality ratio for brain tumors among persons employed as operators in oil refineries and petrochemical plants (table 5).

A sample-based cohort mortality study of workers at a Dow Chemical petrochemical plant in Freeport, Texas, suggested a slightly increased risk from brain tumors (table 5) (66). Clinical or pathological infor-mation was obtained for 19 of 25 brain tumors. Based on the best medical information available, 12 were glio-blastoma multiforme, and two others were gliomas. A nested case-referent study failed to identify a signif-icantly elevated risk associated with employment in any particular department or with exposure to any specific chemical or other agent (8).

### Other chemical production

Studies of chemical plant workers exposed to formal-dehyde showed inconsistent results regarding brain tu-mor risk. A cohort mortality study of 2 026 workers at a large formaldehyde-producing plant suggested that workers hired before 1961 had an elevated brain can-cer risk (table 6) (103). Two of the three persons with brain cancer died after a latency period of 10 years. A proportionate mortality ratio study of workers at another plant involved in the production of formal-dehyde and its use in the production of resins did not show an elevated frequency of brain tumors (44); how-ever only 136 decedents had been exposed to formal-dehyde. Both of these studies included small numbers of exposed workers. No data for observed and ex-

ASI 00005205

pected numbers of brain cancer deaths were presented in a report of the mortality experience of 7 680 workers exposed to formaldehyde in the British chemical industry (1).

An elevated relative frequency of brain cancer was seen among plant employees but not among sales representatives of a large pharmaceutical firm (89). Brain cancer mortality was elevated among white male production workers (O:E = 8:1.6) and administrative and clerical workers (O:E = 4:1.0) (table 6). Production workers in this industry are exposed to multiple chemical and biological agents.

Acrylonitrile has been reported to cause brain tumors in animals (41); however only one epidemiological study of acrylonitrile-exposed workers has shown an excess of brain cancer (table 6). Two brain cancer deaths were observed among acrylonitrile polymerization workers in the United Kingdom, and only 0.7 was expected (100). In other studies, brain tumor risk was not elevated (57) or not shown (14, 88).

## Nuclear industry

A study of workers at a nuclear fuels fabrication plant indicated elevated brain cancer mortality and incidence among male plant employees (table 7) (27). It was assumed that all employees had exposure to low levels of gamma radiation; however other exposures in the plant were similar to those in metal working and fabricating plants and included metal fumes, metal dusts, and oil mists. Seven of the eight incident brain tumors were gliomas, and one was not specified. All except one of the men with a brain tumor were between the ages of 40 and 56 years at death.

White men employed at the Rocky Flats nuclear weapons fabrication facility for at least two years between 1952 and 1979 (102) had a slight excess mortality from malignant brain tumors (table 7), and there was a significant excess of benign and unspecified tumors of the brain (O:E = 6: ≤ 1.48). Exposures in the work environment included plutonium, uranium, beryllium, other metal dusts, oil mists, and other exposures typical of machining operations. Increasing mortality trends by latency were seen for brain tumors; however most of the tumors occurred among persons employed less than 15 years. A hospital record review of 16 cases in persons who had ever worked at the plant indicated that 14 were gliomas. Age at death ranged from 31 to 77 years, with a median age of 50.5. A nested case-referent study failed to identify any particular jobs or exposures associated with unusually high brain tumor risk (67).

A cohort mortality study of white men employed at a Union Carbide nuclear weapons facility showed an excess of brain cancer deaths among workers in departments that did not have exposure to mercury (table 7) (12). The operations in these departments included

Table 6. Brain tumors among workers in other chemical plants.

| Occupation or type of work [a] | Study period | Measure of association [b] | Observed brain tumor events | Ratio [c] | Reference |
|---|---|---|---|---|---|
| Formaldehyde producers, US (hired < 1960) | 1940—1977 | SMR | 3 | 2.13 | Wong (103) |
| Pharmaceutical production, US | 1954—1976 | PMR | 8 | 5.00* | Thomas & Decoufle (89) |
| Pharmaceutical office workers, US | 1954—1976 | PMR | 4 | 4.00* | Thomas & Decoufle (89) |
| Acrylonitrile polymerization, UK | 1950—1978 | SMR | 2 | 2.90 | Werner & Carter (100) |
| Acrylonitrile polymerization, UK | 1950—1976 | SIR | 1 | .. | O'Berg (57) |
| Chemicals & allied products, US | 1950 | SMR | 22 | 1.00 | Guralnick (26) |
| Chemical workers, Italy | 1979—1980 | OR | 4 | 1.9 | Musicco et al (55) |

[a] US = United States, UK = United Kingdom.
[b] See table 1 (footnote b) for a definition of the abbreviations.
[c] Ratio = observed:expected ratio or odds ratio.
* Statistically significant (Poisson) at the 0.05 level.

Table 7. Brain tumors among workers in the nuclear fuels and weapons fabrication industry.

| Occupation or type of work | Study period | Measure of association [a] | Observed brain tumor events | Ratio [b] | Reference |
|---|---|---|---|---|---|
| Nuclear fuels fabrication | 1956—1978 | SMR | 4 | 2.40 | Hadjimichael et al (27) |
| Rocky flats — employed ≥ 2 years |  |  |  |  |  |
| Malignant brain tumors | 1951—1977 | SMR | 6 | 1.49 | Wilkinson et al (102) |
| Benign & unspecified | 1951—1977 | SMR | 6 | 4.05* | Wilkinson et al (102) |
| Union Carbide — nonmercury | 1953—1978 | SMR | 13 | 2.30* | Cragle et al (12) |
| Hanford plant employees | 1955—1974 | SMR | 28 | 0.99 | Gilbert & Marks (22) |

[a] SMR = standardized mortality ratio.
[b] Ratio = observed:expected ratio or odds ratio.
* Statistically significant (Poisson) at the 0.05 level.

7

ASI 00005206



separation of a uranium isotope through an electromagnetic process and other engineering and manufacturing processes in the fabrication of nuclear weapons.

Workers employed in the manufacture, chemical separation, and purification of plutonium at the Hanford plant in Washington state did not have an elevated brain cancer risk (22) overall (table 7) or in any cumulative radiation dose category. Data for men in metalworking and machining occupations were not shown separately.

None of the studies at nuclear weapons fabrication facilities showed an association of elevated brain cancer risk in relation to any particular radiation level. One factor common to all of the facilities was the presence of machining operations in which there was an opportunity for exposure to metal dusts and fumes and lubricating oil mists. Beryllium was machined at one of the facilities (102).

## Other industrial workers

Numerous chemicals, some of which contain formaldehyde, are used in photographic processing operations, and high levels of formaldehyde have been measured in print laboratories (21). After preliminary studies indicated a possible brain cancer excess among employees of an Eastman Kodak plant, a nested case-referent study of brain cancer by exposure category indicated an elevated risk among photographic processing workers exposed to color developers (24). Risks were slightly elevated among workers exposed to solvents, animal tissue, and film developers (table 8). None of the results were statistically significant. No deaths from brain cancer were observed among 208 deceased white male press photographers who often developed their own film (49).

A study of 47 glioma cases diagnosed in 1979 and 1980 in Milan, Italy, indicated a twofold excess risk of glioma among textile workers (55). The odds ratio of 2.1 was not statistically significant (table 8). About 20 % of the cases had worked in the textile industry, where formaldehyde and other chemicals were used in processing fabrics. In a 1950 survey, US men employed in yarn, thread, and fabric mills had an elevated standardized mortality ratio for brain cancer (26).

White male members of the Pattern Makers League of North America who died between 1972 and 1978 had an increased relative frequency of brain tumor deaths (68). The proportionate mortality ratios were elevated among pattern makers who worked predominantly with wood and among those who worked predominantly with metal (table 8). A cohort analysis of cancer morbidity among automobile pattern makers who worked with wood found no significant excess of brain cancer (79).

Machinists employed at an automobile manufacturing plant for five years or more in jobs with exposure to cutting oil mists did not have a significantly elevated risk of death due to brain cancer (O:E = 5:3.3) (13). Among men who entered the study group after 1948,

Table 8. Brain tumors among other industrial workers.

| Occupation or type of work[a] | Study period | Measure of association[b] | Observed brain tumor events | Ratio[c] | Reference |
|---|---|---|---|---|---|
| Kodak workers (age 55—59 years), NY | 1964—1975 | SIR | 14 | 2.81[*] | Greenwald et al (24) |
| Kodak workers — solvents | 1956—1975 | OR | 32 | 1.40 | Greenwald et al (24) |
| Kodak workers — color developers | 1956—1975 | OR | 6 | 2.16 | Greenwald et al (24) |
| Kodak workers — animal tissue | 1956—1975 | OR | 13 | 1.32 | Greenwald et al (24) |
| Kodak workers — black & white developers | 1956—1975 | OR | 7 | 1.31 | Greenwald et al (24) |
| Textile workers, Italy | 1979—1980 | OR | 10 | 2.1 | Musicco et al (55) |
| Yarn, thread, fabric mills, US | 1950 | SMR | 32 | 1.45 | Guralnick et al (26) |
| Pattern makers — wood, US | 1972—1978 | PMR | 7[d] | 1.75 | Robinson et al (68) |
| Pattern makers — metal, US | 1972—1978 | PMR | 5[d] | 2.94 | Robinson et al (68) |
| Automobile wood pattern makers, MI | 1970—1978 | SIR | 1 | 1.63 | Swanson & Belle (79) |
| Automobile machinists (1948 +), US | 1937—1967 | SMR | 3 | 3.75 | Decoufle (13) |
| Aviation electronics workers, US | 1950—1980 | PMR | 9 | 3.01[*] | Sweeney & Ahrenholz (80) |
| Aluminum reduction workers, US | 1946—1976 | SMR | 8[d] | 2.25 | Milham (47) |
| Bus mechanics, UK | 1967—1975 | SMR | 4 | 3.20 | Rushton et al (72) |
| Railroad carmen, Canada | 1965—1977 | SMR | 7 | 2.78[*] | Howe et al (32) |
| Railroad — welding fumes, Canada | 1965—1977 | SMR | 10 | 3.18[*] | Howe et al (32) |
| Railroad workers, US | 1967—1979 | SMR | 5 | 1.32 | Schenker et al (73) |
| Asbestos insulation workers, US | 1967—1976 | SMR | 21[d] | 1.59 | Seidman et al (76) |
| Electricians, linemen, servicemen, engineers, MD | | | | | |
| Glial tumors | 1969—1982 | OR | 27 | 2.15[*] | Lin et al (38) |
| Unspecified brain | 1969—1982 | OR | 15[d] | 1.54 | Lin et al (38) |

[a] NY = New York, US = United States, MI = Michigan, UK = United Kingdom, MD = Maryland.
[b] See table 1 (footnote b) for a definition of the abbreviations.
[c] Ratio = observed:expected ratio or odds ratio.
[d] Observed includes benign and unspecified brain tumors.
[*] Statistically significant (Poisson) at the 0.05 level.

8

ASI 00005207

however, there was a notable excess of brain cancer deaths (table 8).

A proportionate mortality ratio analysis indicated that white male hourly and salaried employees of an aviation electronics plant had an elevated frequency of deaths from brain cancer (table 8) (80). Six of the nine brain cancers were glioblastoma multiforme, one was neurilemmoma, and two were unspecified. Potential workplace exposures included trichlorethylene, beryllium, and a halogenated aromatic hydrocarbon balancing fluid. All five hourly employees with brain cancer had worked as machinists.

A mortality study of aluminum reduction plant workers (table 8) indicated an elevated risk of benign brain tumors (observed 5, SMR 9.09) but not malignant tumors (observed 3, SMR 0.99) (47). All five persons with benign brain tumors had worked in "exposed" jobs in the carbon plant, rodding, potlining, potrooms, or quality control. Exposures included fluorides, particulate alumina, polycyclic aromatic hydrocarbons, and sulfur dioxide. An excess of benign neoplasms was found in another study of workers employed in 14 aluminum reduction plants (69); however no details were given regarding the primary site of these tumors.

Maintenance workers exposed to hydrocarbons in the form of diesel exhaust in London bus garages had a slightly elevated standardized mortality ratio for brain cancer (SMR 1.21) (72). This excess was primarily due to the elevated standardized mortality ratio for brain cancer among bus mechanics, who were also exposed to oils, greases, and solvents (table 8).

A study of Canadian railroad workers exposed to diesel fumes and coal dust showed an elevated brain cancer risk among carmen (table 8) (32). Railroad workers exposed to welding fumes had a threefold excess of brain cancer mortality. A survey of mortality by occupation in Sweden also showed excess brain cancer among welders (table 2) (18). US railroad workers had a slightly elevated standardized mortality ratio for brain cancer (table 8), but no data were shown for those with high levels of exposure to diesel or welding fumes (73).

A slightly elevated brain tumor risk was reported in a cohort study of asbestos insulation workers (table 8) (76). These workers were employed primarily in the building construction trades, but they also could have worked in shipyards, chemical plants, and oil refineries, where there are exposures to numerous substances.

A case-referent study using the occupation listed on death certificates suggested an elevated risk of glioma and unspecified brain tumors among a category of workers which included electric and telephone company servicemen, linemen, foremen, and engineers; railroad and telecommunication engineers; electricians; and electric and electronic engineers (table 8) (38). These findings are consistent with those seen in four surveys of mortality by occupation (table 2) that found

elevated brain cancer mortality among electricians and power servicemen. Electrical engineers (table 1) also had elevated brain cancer mortality. These occupations have potential exposure to electromagnetic fields, polychlorinated biphenyls, solder fluxes, and solvents.

## Professional and other nonindustrial groups

The National Institute for Occupational Safety and Health (NIOSH) evaluated the mortality experience of white men employed as motor vehicle examiners in New Jersey for at least six months between 1944 and 1973 (77). The examiners were exposed daily to motor vehicle exhaust consisting of aldehydes, carbon dioxide, carbon monoxide, hydrocarbons, lead compounds, nitrogen, oxides of nitrogen, oxygen, and sulfur dioxide. Four deaths from brain cancer were observed, and only 1.7 were expected (table 9). All four brain cancers were malignant gliomas.

A proportionate mortality ratio study of professional artists indicated a significant threefold excess frequency of brain cancer deaths among white male artists (table 9) (50). The excess deaths were not linked to any particular art specialty. Artists may be exposed to numerous potentially carcinogenic substances including components of pigments, dyes, solvents, metal fumes, and dust.

Professional chemists are exposed to numerous chemical agents in the laboratory setting. An elevated standardized mortality ratio for brain cancer was seen among 526 chemists who had been educated at one school in Sweden (58) between 1930 and 1949. No brain cancer deaths occurred among 331 men educated at a second Swedish school (58). Further follow-up of the first cohort indicated a significantly elevated mortality from brain cancer (table 9) (59). Other studies of chemists have not reported elevated brain cancer mortality (31, 37).

Members of the Royal College of Pathologists in 1973 were followed for vital status in 1981 (30). Among 2 300 men, six deaths from brain cancer occurred and less than two were expected (table 9). Hematology was a common subspecialty among the decedents with brain cancer. Pathologists are exposed to formaldehyde and other laboratory chemicals. Anatomists, who are exposed to similar chemicals, had a significantly elevated brain cancer risk (78) compared with the US general population (table 9). When another professional group was used for a comparison, the standardized mortality ratio was 6.00. Risk appeared to increase by duration of employment, but was also elevated among those employed less than 20 years. Risk was elevated regardless of presumed level of exposure to formaldehyde. Four of the 10 brain cancers were listed as "astrocytoma" on the death certificate, while the remaining six were listed as "glioblastoma."

Proportionate mortality ratio analyses of deaths among embalmers and funeral directors in New York

9

ASI 00005208




Table 9. Brain tumors among professional and other nonindustrial workers.

| Occupation or type of work[a] | Study period | Measure of association[b] | Observed brain tumor events | Ratio[c] | Reference |
|---|---|---|---|---|---|
| Moto vehicle examiners, NJ | 1944—1973 | SMR | 4 | 2.35 | Stern et al (77) |
| Professional artists, US | 1940—1969 | PMR | 8 | 2.90* | Miller et al (50) |
| Chemists — one school, Sweden | 1930—1977 | SMR | 5 | 4.17* | Olin & Ahlbom (59) |
| DuPont chemists, US | 1964—1977 | SIR | 2 | 0.67 | Hoar & Peli (31) |
| Pathologists, UK | 1974—1981 | SMR | 6 | > 3.00* | Harrington & Oakes (30) |
| Anatomists, US | 1924—1979 | PMR | 10 | 2.71* | Stroup et al (78) |
| Embalmers, NY | 1925—1980 | PMR | 6 | 2.34 | Walrath & Fraumeni (93) |
| Embalmers, CA | 1925—1980 | PMR | 6 | 2.34 | Walrath & Fraumeni (94) |
| Embalmers, Ontario | 1950—1977 | PMR | 9 | 1.94 | Levine et al (36) |
| Female cosmetologists, CT | 1935—1978 | SIR | 16 | 1.68 | Teta et al (86) |
| Registered female nurses, WI | 1963—1977 | PMR | 21 | 1.61 | Katz (34) |
| Veterinarians, US | 1947—1977 | PMR | 28 | 1.63* | Blair & Hayes (7) |
| Farmers after 1960, Italy | 1979—1980 | OR | 13 | 3.6* | Musicco et al (55) |
| Agricultural industry, Canada | 1965—1973 | SMR | 4 | 2.68 | Howe & Lindsay (33) |
| Agricultural workers, Sweden | 1961—1973 | SMR | 744 | 1.08* | Wklund (101) |

[a] NJ = New Jersey, US = United States, UK = United Kingdom, NY = New York, CA = California, CT = Connecticut, WI = Wisconsin.
[b] See table 1 (footnote b) for a definition of the abbreviations.
[c] Ratio = observed:expected ratio or odds ratio
* Statistically significant (Poisson) at the 0.05 level.

(93) and California (94) indicated elevated frequencies of brain cancer deaths (table 9). Among white men in New York licensed only as embalmers, there was a 2.5-fold excess (93). A cohort mortality study of Ontario embalmers did not show an excess brain cancer risk, but the study group was small, and no data were shown by latency or duration of exposure (36). Embalming fluids consist primarily of formaldehyde, but also contain phenol and methanol.

Professional cosmetologists are occupationally exposed to numerous chemical substances, including formaldehyde solutions, hair dyes, permanent wave solutions, and other cosmetic preparations. Female cosmetologists in Connecticut had an elevated incidence of brain cancer (table 9) (86). This excess was more prominent among those who began hairdressing school between 1925 and 1934 (observed 6, SIR 2.02). Ten of the 16 cases observed were histologically confirmed glioblastoma multiforme.

A significantly elevated frequency of nervous system cancers was seen among registered nurses in Wisconsin in a comparison with other gainfully employed women (table 9) (34). The observed number of deaths was also greater than the number expected on the basis of mortality among other female professional workers (PMR 1.47).

An analysis of mortality among veterinarians indicated an excess frequency of deaths from brain cancer (table 9) (7). The increased relative frequency was not confined to any particular veterinary specialty group.

Four studies have shown an elevated brain cancer risk among farmers (table 9). Odds ratios for gliomas were statistically significant among Italian farmers who had been farming for more than 10 years and among those who had been engaged in farming since 1960, when the use of phosphoric acid and organochlorine compounds became very common as pesticides in Italy (55). A study of primary CNS neoplasms in Minnesota indicated a slightly higher than expected proportion of farm residents among the brain tumor cases (10). The authors speculated that there may be an association with toxoplasmosis gondii infection. Elevated brain cancer risk was also found in a study of Swedish agricultural workers (101) and among agricultural workers in Canada (33).

## Discussion

There were several limitations in the presented epidemiologic studies. First, there is a paucity of case-referent studies of brain tumors; thus most of the information was obtained from mortality studies that lacked sufficient statistical power to evaluate specific occupational risk factors adequately for brain tumors. The observed and expected numbers of brain tumor cases in most of the studies were very small. Exposure information was ascertained from work histories in some of the studies and from interview data in some, but, in others, no specific information on workplace exposures was available. In the nested case-referent studies the numbers were very small, and there were difficulties in relating exposures to specific jobs. In most instances workers had multiple exposures, and risks due to any single exposure could not be adequately evaluated.

Brain tumor diagnosis was ascertained from death certificates in most of the studies; therefore the accuracy of the diagnoses may be questionable. The diagnosis "brain tumor" listed on a death certificate would be nosologically coded as a primary tumor of the brain, unspecified as to whether malignant or benign. Many

10

of these tumors may actually have been primary malignancies of the brain. Alternatively, since the brain is a common site for metastases of other primary cancers, some death certificate diagnoses may not reflect the actual primary site. A study of deceased persons in the Third National Cancer Survey areas indicated that about 97 % of deaths from malignant brain tumors would be ascertained from death certificates (62), whereas only 89 % of all primary brain cancer diagnoses on death certificates were confirmed by hospital records. This finding indicates that about 10 % of the brain cancer cases ascertained from death certificates may be misdiagnosed. The issue of misdiagnosis is not considered a major problem, particularly if the general population is used to calculate expected numbers of death in studies that ascertain cause of death from death certificates.

In 1981 Greenwald et al (24) concluded that an excess of brain tumors noted among Kodak employees may have resulted from a "diagnostic sensitivity bias." This conclusion was drawn because none of the results of the nested case-referent study were statistically significant and because Kodak employees had brain tumor diagnoses that were histologically confirmed more often than did other brain tumor patients in New York. This explanation might appear plausible in light of the excess risk noted in several professional and white-collar groups; however, all of the workers reported to have elevated brain tumor risk in this review were probably not enrolled in comprehensive medical surveillance programs. Furthermore excess brain tumors were seen only among certain subgroups of some plant

populations (eg, workers in the tire building sector of rubber production, refinery workers in lubricating oil manufacture). In addition other groups with medical surveillance programs, for example, Du Pont employees, do not show an elevated brain tumor risk (61).

Despite limitations in study methodology, some similarities are seen between the findings of these studies with respect to age and cell type diagnoses. Ages at death for most of the brain tumor cases ranged between 40 and 65 years. It is not clear whether this pattern reflects the age distribution of the populations studied or a biological phenomenon related to the origin of brain tumors. Age-specific mortality rates for US white males indicate a peak between the ages of 45 and 65 years (45).

Very few studies included diagnostic information from sources other than death certificates. Since death certificates do not often indicate the cell type of these tumors, most studies grouped all brain tumors without distinction by cell type. It is possible that risk factors vary by cell type. In the studies that had diagnostic information from medical records, a high percentage of the diagnoses were gliomas, particularly glioblastoma multiforme; however, no expected numbers could be calculated for this type.

Table 10 shows selected categories of exposures common to the work environments of the occupational groups that appear to have an elevated brain tumor risk. This list is by no means all-inclusive, and one must keep in mind that most of the occupational groups listed are exposed to multiple agents. Numerous groups with elevated brain tumor risk are likely to be exposed

Table 10. Common occupational exposures among groups with elevated brain tumor risk.

| Occupational group potentially exposed | Exposure | | | | | |
|---|---|---|---|---|---|---|
| | Organic solvents | Lubricating oils | Acrylonitrile or vinyl chloride | Formaldehyde | Polycyclic aromatic hydrocarbons | Phenols and phenolic compounds |
| Acrylonitrile polymerization workers | x | | x | | x | |
| Airplane mechanics and repairmen | x | x | | | x | |
| Aluminum reduction plant workers | x | | | | | x |
| Anatomists | | | | x | | x |
| Artists | x | | | | x | |
| Bus mechanics | x | x | | | | x |
| Chemists | x | | | x | | x |
| Cosmetologists | | | | x | | x |
| Electricians | x | | | | | x |
| Embalmers | | | | x | | x |
| Farmers and agricultural workers | x | x | | x | | |
| Formaldehyde production workers | | | | x | | |
| Machinists | x | x | | | x | |
| Motor vehicle examiners | | | | | x | |
| Nuclear fuels & weapons fabrication | x | x | | | | x |
| Nurses | | | | | | x |
| Oil refinery workers | x | x | | | x | x |
| Pathologists | | | | x | | x |
| Pattern makers — metal | x | x | | | | x |
| Petrochemical plant workers | x | | | | x | x |
| Pharmaceutical workers | x | | | x | | x |
| Photographic process workers | x | | | x | | x |
| Polyvinyl chloride production workers | x | | x | | x | x |
| Rubber workers | x | | x | | | x |
| Textile workers | x | | | x | | x |
| Veterinarians | | | | x | | x |

11

ASI 00005210



to organic solvents. This broad category of compounds includes aliphatic hydrocarbons and aliphatic halognated hydrocarbons like methylene chloride, carbon tetrachloride, tetrachloroethylene, and others. It also includes aromatic hydrocarbon solvents like benzene and toluene. One of the common acute effects of exposure to many of these compounds is CNS depression (16); however solvents are not known to cause brain tumors experimentally. Oil refinery workers, chemical plant workers, rubber workers, and many other occupational groups are exposed to organic solvents.

Exposure to polycyclic aromatic hydrocarbons occurs in the rubber manufacturing, petroleum refining, and aluminum reduction industries. Motor vehicle examiners and bus mechanics may also be exposed to these hydrocarbons in motor vehicle exhaust. Certain polycyclic aromatic hydrocarbons have induced brain tumors in animals by direct implantation and transplacentally, but not by inhalation exposure (81).

Lubricating oils produced by oil refineries are used for maintaining mechanical equipment and machines and for lubricating cutting edges. Thus several of the groups with elevated brain cancer mortality are exposed to various types of lubricating oils.

Gliomas have been experimentally induced in animals by inhalation exposure to acrylonitrile and vinyl chloride (40, 41). These compounds are similar in chemical structure and are found in plastics departments in the rubber industry, in polyvinyl chloride production, and in acrylonitrile polymerization.

Formaldehyde has recently been shown to induce nasal cancer in rats (82), a finding implying that it may also be carcinogenic in humans. Several of the groups with elevated mortality from brain cancer were occupationally exposed to formaldehyde. These groups include blue-collar workers involved in formaldehyde production, photographic processing and textile production, professionals who use formaldehyde in the laboratory setting, and embalmers.

Phenols and phenolic compounds are used widely in manufacturing industries, and many of the compounds have commercial uses. These include phenol, chlorophenols, cresol, resorcinol, hydroquinone, and quinone. Phenolic compounds are used in the production of explosives, fertilizers, textiles, paints and paint removers, rubber, wood preservatives, synthetic resins, pharmaceuticals, photographic chemicals, rubber, and organic chemicals. Commercial uses include fungicides and herbicides, disinfectants, laboratory reagants, and photographic processing (60). Acute intoxication of these compounds causes severe CNS effects, including tremors, convulsions, vertigo, and mental disturbances. None of these compounds have induced brain tumors experimentally; however some phenols are known to be tumor promoters and cocarcinogens in certain tissues (16).

Of the broad categories of aforementioned substances, only a few have been shown to cause brain

tumors in laboratory animals. These include certain polycyclic aromatic hydrocarbons, vinyl chloride, and acrylonitrile. However, several of the substances, specifically, formaldehyde, certain solvents, and some phenolic compounds, are known to cause neurotoxic effects after acute high-level exposure. Thus, the brain is obviously a target organ for the toxic effects of these materials.

Clearly, further epidemiologic studies are necessary to evaluate the relationship between brain tumors and occupational exposures. These studies should include large numbers of cases and diagnostic confirmations so that data may be analyzed by cell type. Sufficient care should be used in selecting referents so that the diagnostic sensitivity problem, if it exists, is minimized. Finally, and most importantly, an attempt should be made to develop detailed occupational exposure indices.

NOTE: Use of trade names is for identification only and does not constitute endorsement by the Public Health Service or by the United States Department of Health and Human Services.

## References

1. Acheson ED, Gardner MJ, Pannett B, Barnes HR, Osmond C, Taylor CP. Formaldehyde in the British chemical industry. Lancet 1 (1984) 611—616.
2. Alexander V, Leffingwell SS, Lloyd JW, Waxweiler RJ, Miller RL. Brain cancer in petrochemical workers: A case series report. Am J Ind Med 1 (1980) 115—123.
3. Austin SG, Schnatter AR. A cohort mortality study of petrochemical workers. J Occup Med 25 (1983) 304—312.
4. Austin SG, Schnatter AR. A case-control study of chemical exposures and brain tumors in petrochemical workers. J Occup Med 25 (1983) 313—320.
5. Axtell LM, Asire AJ, Myers MH, ed. Cancer patient survival, report number 5. US Government Printing Office, Washington, DC 1976. (DHEW publication no (NIH) 77—992).
6. Bailar JC, Ederer F. Note: Significance factors for the ratio of a Poisson variable to its expectation. Biometrics 20 (1964) 639—643.
7. Blair A, Hayes HM. Mortality patterns among US veterinarians, 1947—1977: An expanded study. Int J Epidemiol 11 (1982) 391—397.
8. Bond GG, Cook RR, Wight PC, Flores GH. A case-control study of brain tumor mortality at a Texas chemical plant. J Occup Med 25 (1983) 377—386.
9. Byren D, Engholm G, Englund A, Westerholm P. Mortality and cancer morbidity in a group of Swedish vcm and pvc production workers. Environ Health Perspect 17 (1976) 167—170.
10. Choi NW, Schuman LM, Gullen WH. Epidemiology of primary central nervous system neoplasms: 1 Mortality from primary central nervous system neoplasms in Minnesota. Am J Epidemiol 91 (1970) 238—259.
11. Cooper WC. Epidemiologic study of vinyl chloride workers: Mortality through December 31, 1972. Environ Health Perspect 41 (1981) 101—106.
12. Cragle DL, Hollis DR, Qualters JR, Tankersley WG, Fry SA. A mortality study of men exposed to elemental mercury. J Occup Med 26 (1984) 817—821.
13. Decoufle P. Further analysis of cancer mortality pat-

12

ASI 00005211

terns among workers exposed to cutting oil mists. J Natl Cancer Inst 61 (1978) 1025—1030.

14. Delzell E, Monson RR. Mortality among rubber workers. VI Men with potential exposure to acrylonitrile. J Occup Med 24 (1982) 767—769.

15. Divine BJ, Barron V, Kaplan SD. Texaco mortality study. Texaco, Inc, Houston, TX, 1983.

16. Doull J, Klaassen CD, Amdur MO, ed. Casarett and Doull's toxicology. Macmillan Publishing Company, Inc, New York, NY 1980.

17. Dubrow R, Wegman DH. Cancer and occupation in Massachusetts: A death certificate study. Am J Ind Med 6 (1984) 207—230.

18. Englund A, Ekman G, Zabrielski L. Occupational categories among brain tumor cases recorded in the cancer registry in Sweden. Ann NY Acad Sci 381 (1982) 188—196.

19. Fox AJ, Collier PF. A survey of occupational cancer in the rubber and cablemaking industries: Analysis of deaths occurring 1972—74. Br J Ind Med 33 (1976) 249—264.

20. Fox AJ, Collier PF. Mortality experience of workers exposed to vinyl chloride monomer in the manufacture of polyvinyl chloride in Great Britain. Br J Ind Med 34 (1977) 1—10.

21. Friedlander BR, Hearne FT, Newman BJ. Mortality, cancer incidence, and sickness-absence in photographic processors: An epidemiologic study. J Occup Med 24 (1982) 605—613.

22. Gilbert ES, Marks S. An analysis of the mortality of workers in a nuclear facility. Radiat Res 79 (1979) 122—148.

23. Gold EB. Epidemiology of brain tumors. In: Lilienfeld AM, ed. Reviews in epidemiology. Elsevier/North Holland, New York, NY 1980, pp 245—292.

24. Greenwald P, Friedlander BR, Lawrence CE, Hearne T, Earle K. Diagnostic sensitivity bias — An epidemiologic explanation for an apparent brain tumor excess. J Occup Med 23 (1981) 690—694.

25. Guralnick L. Mortality by occupation and cause of death among men 20 to 64 years of age: United States, 1950. US Government Printing Office, Washington, DC 1963. (Vital statistics special reports, vol 53, no 3).

26. Guralnick L. Mortality by industry and cause of death among men 20 to 64 years of age: United States, 1950. US Government Printing Office, Washington, DC 1963. (Vital statistics special reports, vol 53, no 4).

27. Hadjimichael OC, Ostfeld AM, D'Atri DA, Brubaker RE. Mortality and cancer incidence experience of employees in a nuclear fuels fabrication plant. J Occup Med 25 (1983) 48—61.

28. Hanis NM, Holmes TM, Shallenberger LG, Jones KE. Epidemiologic study of refinery and chemical plant workers. J Occup Med 24 (1982) 203—212.

29. Hanis NM, Stavraky KM, Fowler JL. Cancer mortality in oil refinery workers. J Occup Med 21 (1979) 164—174.

30. Harrington JM, Oakes D. Mortality study of British pathologists, 1974—80. Br J Ind Med 41 (1984) 188—191.

31. Hoar SK, Pell S. A retrospective cohort study of mortality and cancer incidence among chemists. J Occup Med 7 (1981) 485—501.

32. Howe GR, Fraser D, Lindsay J, Presnal B, Yu SZ. Cancer mortality (1965—77) in relation to diesel fume and coal exposure in a cohort of retired railway workers. J Natl Cancer Inst 70 (1983) 1015—1019.

33. Howe GR, Lindsay JP. A follow-up study of a ten-percent sample of the Canadian labor force: I Cancer mortality in males, 1965—73. J Natl Cancer Inst 70 (1983) 37—44.

34. Katz RM. Causes of death among registered nurses. J Occup Med 25 (1983) 760—762.

35. Leffingwell SS, Waxweiler R, Alexander V, Ludwig HR, Halperin W. Case-control study of gliomas of the brain among workers employed by a Texas City, Texas chemical plant. Neuroepidemiology 2 (1983) 179—195.

36. Levine RJ, Andjelkovich DA, Shaw LK. The mortality of Ontario undertakers and a review of formaldehyde-related studies. J Occup Med 26 (1984) 740—746.

37. Li FP, Fraumeni JF, Mantel N, Miller RW. Cancer mortality among chemists. J Natl Cancer Inst 43 (1969) 1159—1164.

38. Lin RS, Dischinger PC, Conde J, Farrell KP. Occupational exposure to electromagnetic fields and the occurrence of brain tumors. J Occup Med 27 (1985) 413—419.

39. Logan WPD. Cancer mortality by occupation and social class, 1851—1971. International Agency for Research on Cancer, Lyon 1983. (IARC scientific publications no 36, studies on medical and population subjects no 44).

40. Maltoni C, Ciliberti A, Carretti D. Experimental contributions in identifying brain potential carcinogens in the petrochemical industry. Ann NY Acad Sci 381 (1982) 216—249.

41. Maltoni C, Ciliberti A, DiMaio V. Carcinogenicity bioassays on rats in acrylonitrile administered by inhalation and ingestion. Med Lav 68 (1977) 401—411.

42. Mancuso TF. Epidemiologial study of tumors of the central nervous system in Ohio. Ann NY Acad Sci 381 (1982) 17—39.

43. Mancuso TF, Ciocco A, El-Attar AA. An epidemiological approach to the rubber industry: A study based on departmental experience. J Occup Med 10 (1968) 213—232.

44. Marsh GM. Proportional mortality among chemical workers exposed to formaldehyde. In: Gibson JE, ed, Formaldehyde toxicity. Hemisphere Publishing Corp, New York, NY 1983, pp 237—255. (Chemical Industry Institute of Toxicology series).

45. Mason TJ, McKay FW, Hoover R, Blot WJ, Fraumeni JF. Atlas of cancer mortality for US counties: 1950—1969. US Government Printing Office, Washington, DC 1975. (DHEW publication no (NIH) 75—780).

46. McMichael AJ, Andjelkovich DA, Tyroler HA. Cancer mortality among rubber workers: An epidemiologic study. Ann NY Acad Sci 271 (1976) 125—137.

47. Milham S. Mortality in aluminum reduction plant workers. J Occup Med 21 (1979) 475—480.

48. Milham S. Occupational mortality in Washington State, 1950—1979. US Government Printing Office, Washington, DC 1983. (DHHS publication no (NIOSH) 83—116).

49. Miller BA, Blair A. Mortality patterns among press photographers. J Occup Med 25 (1983) 439—440.

50. Miller BA, Blair A, McCann M. Mortality patterns among professional artists: A preliminary report. J Environ Pathol Toxicol Oncol 6 (1985) 303—313.

51. Monson RR, Fine LJ. Cancer mortality and morbidity among rubber workers. J Natl Cancer Inst 61 (1978) 1047—1053.

52. Monson RR, Nakano KK. Mortality among rubber workers: I White male union employees in Akron, Ohio. Am J Epidemiol 103 (1976) 284—296.

53. Monson RR, Peters JM, Johnson MN. Proportional mortality among vinyl-chloride workers. Lancet 2 (1974) 397—398.

54. Morgan RW, Wong O. An epidemiologic analysis of the mortality experience of Mobil Oil employees at the Beaumont, Texas, refinery. Environmental Health Associates Inc, Oakland, CA 1984.

55. Musicco M, Filippini G, Bordo BM, Melotto A, Morello G, Berrino F. Gliomas and occupational exposure to carcinogens: Case-control study. Am J Epidemiol 116 (1982) 782—790.

13

ASI 00005212



56. Nicholson WJ, Seidman H, Selikoff IJ, Tarr D, Clark E. Brain tumors among operating engineers in the chemical and petrochemical industry in Texas and Louisiana. Ann NY Acad Sci 381 (1982) 172—180.

57. O'Berg, MT. Epidemiologic study of workers exposed to acrylonitrile. J Occup Med 22 (1980) 245—252.

58. Olin GR. The hazards of a chemical laboratory environment — A study of the mortality in two cohorts of Swedish chemists. Am Ind Hyg Assoc J 39 (1978) 557—562.

59. Olin GR, Ahlbom A. The cancer mortality among Swedish chemists graduated during three decades. Environ Res 22 (1980) 154—161.

60. Parmeggiani L, ed. Encyclopedia of occupational health and safety. Third (revised) edition. International Labour Office, Geneva 1983.

61. Pell S, O'Berg MT, Karrh BW. Cancer epidemiologic surveillance in the DuPont company. J Occup Med 20 (1978) 725—740.

62. Percy C, Stanek E, Gloeckler L. Accuracy of cancer death certificates and its effect on cancer mortality statistics. Am J Public Health 71 (1981) 242—250.

63. Peterson GR, Milham S. Occupational mortality in the state of California, 1959—61. US Government Printing Office, Washington, DC 1980. (DHEW (NIOSH) publication no 80—104).

64. Preston-Martin S, Henderson BE, Peters JM. Descriptive epidemiology of central nervous system neoplasms in Los Angeles County. Ann NY Acad Sci 381 (1982) 202—208.

65. Registrar General. Occupational mortality: The registrar general's decennial supplement for England and Wales, 1970—72. Her Majesty's Stationery Office, London 1972. (Office of population censuses and surveys, series DS no 1).

66. Reeve GR, Bond GG, Lloyd JW, Cook RR, Waxweiler RJ, Fishbeck WA. An investigation of brain tumors among chemical plant employees using a sample-based cohort method. J Occup Med 25 (1983) 387—393.

67. Reyes M, Wilkinson GS, Tietjen G, Voelz GL, Acquavella JF, Bistline R. Brain tumors at a nuclear facility. J Occup Med 26 (1984) 721—724.

68. Robinson C, Waxweiler RJ, McCammon CS. Pattern and model makers, proportionate mortality, 1972—1978. Am J Ind Med 1 (1980) 159—165.

69. Rockette HE, Arena, VC. Mortality studies of aluminum reduction plant workers: Potroom and carbon department. J Occup Med 25 (1983) 549—557.

70. Rushton L, Alderson MR. An epidemiological survey of eight oil refineries in Britain. Br J Ind Med 38 (1981) 225—234.

71. Rushton L, Alderson MR. Epidemiological survey of oil distribution centres in Britain. Br J Ind Med 40 (1983) 330—339.

72. Rushton L, Alderson MR, Nagarajah CR. Epidemiological survey of maintenance workers in London Transport Executive bus garages and Chiswick works. Br J Ind Med 40 (1983) 340—345.

73. Schenker MB, Smith T, Munoz A, Woskie S, Speizer FE. Diesel exposure and mortality among railway workers: Results of a pilot study. Br J Ind Med 41 (1984) 320—327.

74. Schoenberg BS. Nervous system. In: Schottenfeld D, Fraumeni JF, ed. Cancer epidemiology and prevention. WB Saunders Company, Philadelphia, PA 1982, pp 968—983.

75. Schottenfeld D, Warshauer ME, Zauber AG, Meikle JG, Hart BR. A prospective study of morbidity and mortality in petroleum industry employees in the United States — A preliminary report. In: Peto R, Schneiderman M, ed. Quantification of occupational cancer. Cold Spring Harbor Laboratory, Cold Spring Harbor, NY 1981, pp 247—260. (Banbury report no 9).

76. Seidman H, Selikoff IJ, Hammond EC. Mortality of brain tumors among asbestos insulation workers in the United States and Canada. Ann NY Acad Sci 381 (1982) 160—171.

77. Stern FB, Lemen RA, Curtis RA. Exposure of motor vehicle examiners to carbon monoxide: A historical prospective mortality study. Arch Environ Health 36 (1980) 59—66.

78. Stroup NE, Blair A, Erikson GE. Brain cancer and other causes of death in anatomists. Am J Epidemiol 120 (1984) 500.

79. Swanson GM, Belle SH. Cancer morbidity among woodworkers in the US automotive industry. J Occup Med 24 (1982) 315—319.

80. Sweeney MH, Ahrenholz SH. NIOSH health hazard evaluation report HETA 80-250-1529. National Institute for Occupational Safety and Health, Cincinnati, OH 1984.

81. Swenberg JA. Chemical induction of brain tumors. Adv Neurol 15 (1976) 85—99.

82. Swenberg JA, Kerns WD, Mitchell RJ. Induction of squamous cell carcinoma of the rat nasal cavity by inhalation exposure to formaldehyde vapor. Cancer Res 40 (1980) 3398—3402.

83. Symons MJ, Andjelkovich DA, Spirtas R, Herman DR. Brain and central nervous system cancer mortality in US rubber workers. Ann NY Acad Sci 381 (1982) 146—159.

84. Tabershaw IR. A mortality study of petroleum refinery workers. Project OH-1 prepared for the American Petroleum Institute, Tabershaw/Cooper Associates. Washington, DC 1974.

85. Tabershaw IR, Gaffey WR. Mortality study of workers in the manufacture of vinyl chloride and its polymers. J Occup Med 16 (1974) 509—518.

86. Teta MJ, Walrath J, Meigs JW, Flannery JT. Cancer incidence among cosmetologists. J Natl Cancer Inst 72 (1984) 1051—1057.

87. Theriault G, Goulet L. A mortality study of oil refinery workers. J Occup Med 21 (1979) 367—370.

88. Thiess AM, Frentzel-Beyrne R, Link R, Wild H. Mortalitatsstudie bei chemiefacharbeitern verschiedener produktionsbetriebe mit exposition auch gegenuber acrylnitril. Zentralbl Arbeitsmed Arbeitssch Prophyl Ergonomie 30 (1980) 259—267.

89. Thomas TL, Decoufle P. Mortality among workers employed in the pharmaceutical industry: A preliminary investigation. J Occup Med 21 (1979) 619—623.

90. Thomas TL, Decoufle P, Moure-Eraso R. Mortality among workers employed in petroleum refining and petrochemical plants. J Occup Med 22 (1980) 97—103.

91. Thomas TL, Waxweiler RJ, Crandall MS, White DW, Moure-Eraso R, Fraumeni JF. Cancer mortality patterns by work category in three Texas oil refineries. Am J Ind Med 6 (1984) 3—16.

92. Thomas TL, Waxweiler RJ, Crandall MS, White DW, Moure-Eraso R, Itaya S, Fraumeni JF. Brain cancer among OCAW members in three Texas oil refineries. Ann NY Acad Sci 381 (1982) 120—129.

93. Walrath J, Fraumeni JF. Mortality patterns among embalmers. Int J Cancer 31 (1983) 407—411.

94. Walrath J, Fraumeni JF. Cancer and other causes of death among embalmers. Cancer Res 44 (1984) 4638—4641.

95. Waxweiler RJ, Alexander V, Leffingwell SS, Haring M, Lloyd JW. Mortality from brain tumor and other causes in a cohort of petrochemical workers. J Natl Cancer Inst 70 (1983) 75—81.

96. Waxweiler RJ, Smith AH, Falk H, Tyroler HA. Excess lung cancer risk in a synthetic chemicals plant. Environ Health Perspect 41 (1981) 159—165.

97. Waxweiler RJ, Stringer W, Wagoner JK, Jones J, Falk H, Carter C. Neoplastic risk among workers exposed

14

ASI 00005213

to vinyl chloride. Ann NY Acad Sci 271 (1976) 40—48.

98. Weber H, Reinl W, Greiser E. German investigations on morbidity and mortality of workers exposed to vinyl chloride. Environ Health Perspect 41 (1981) 95—99.

99. Wen CP, Tsai SP, Weiss NS, McClellan WA, Gibson RL. A population-based cohort study of brain tumor mortality among oil refinery workers with a discussion of methodological issues of SMR and PMR. In: Peto R, Schneiderman M, ed. Quantification of occupational cancer. Cold Spring Harbor Laboratory, Cold Spring Harbor, NY 1981, pp 413—432. (Banbury report no 9).

100. Werner JB, Carter JT. Mortality of United Kingdom acrylonitrile polymerisation workers. Br J Ind Med 38 (1981) 247—253.

101. Wiklund K. Swedish agricultural workers: A group with a decreased risk of cancer. Cancer 51 (1983) 566—568.

102. Wilkinson GS, Voelz GL, Acquavella JF, Tietjen GL, Reyes M, Brackbill R, Wiggs L. Mortality among plutonium and other workers at a nuclear facility. In: National Technical Information Service. Epidemiology applied to health physics: Proceedings of the sixteenth midyear topical meeting of the Health Physics Society. Springfield, VA 1983, pp 328—337. (CONF-830101).

103. Wong O. An epidemiologic mortality study of a cohort of chemical workers potentially exposed to formaldehyde, with a discussion on SMR and PMR. In: Gibson JE, ed. Formaldehyde toxicity. Hemisphere Publishing Corp, New York, NY 1983, pp 256—272. (Chemical Industry Institute of Toxicology series).

104. Young JL, Percy CL, Asire AJ, ed. Surveillance, epidemiology and end results: Incidence and mortality data, 1973—77. US Government Printing Office, Washington, DC 1981. (NCI monograph 57, NIH publication no 81-2330).

Received for publication: 1 July 1985

15

ASI 00005214

## Exhibit 86:  8/8/1986 (SL 067033)

CMA refers to the next Wong report as "final" and 'accepted" with Gaffey's apologies that he was not able to make *all* the sponsors substantive changes. In 1991 the CMA group would falsely accuse Wong of breach of contract *for not submitting this very report to them before publication.* (a support that the group had suppressed in 1986, just prior to disbanding, their work completely – only to be immediately resuscitated in 1991 after Wong had the nerve to actually publish 5 year late) accusing him of "breach of contract."



CHEMICAL MANUFACTURERS ASSOCIATION

Record of Meeting

of

Vinyl Chloride Panel Meeting

with

Environmental Health Associates

*RECEIVED SEP 17 1986*

*RECEIVED SEP 17 1986 Environmental Affairs*

Date: September 8, 1986  Place: Environmental Health Associates
Time: 9:30 a.m.       Oakland, CA

List of Attendees:

William Gaffey   Monsanto Company
Sally Cowles    Shell Oil Company
Donald Whorton   Environmental Health Associates
Otto Wong     Environmental Health Associates
Has Shah     CMA

1.0 Dr. Bill Gaffey discussed comments received by
CMA on the Epidemiology Study of Vinyl Chloride
Workers draft report.  Some of the comments made by Air
Products could not be incorporated in the final report
because they would require additional work not included
in the scope of work for the current contract.  Dr.
Gaffey will prepare a written record of comments
that could not be addressed for various reasons.

2.0 EHA will revise the draft report based on the comments
received and will submit the final report by the end
of September.

3.0 A Panel meeting will be scheduled soon after the final
report is received to discuss a future course of action.

4.0 The meeting adjourned at approximately 12:00 noon.

*Hasmukh Shah*

Has Shah, Ph.D.
Manager, Vinyl Chloride Program

SL 067033

# Exhibit 87: 8/26/1986 (BFG 21231001)

BFG IOC Harold W. Dietz (BFG Louisville Occupational Health Director) to Beeler (BFG Atty/Plant Mgr) re: Sending you the information we have on brain cancer at Louisville, which was only 4 BCs (while the atty. had 11) and, for at least the first time expressing his conclusion that he saw nothing else (a subject he had been directed to consider) besides the *"recognized" association* with VCM exposure could have caused the BCs.

August 26, 1986

E. L. Beeler
Louisville

Pursuant to our telephone conversation on August 25, 1986
I am sending you the information we have on brain cancer at
Louisville.

Attached are sheets showing ratios of observed and expected
cases and a list of those individuals involved.  I have not
included individual department data because we have not been
receiving department number changes and job changes so that we
have old numbers with missing titles.  However it appears that
no two cases were in the same department at the time of death
or diagnosis.  Job histories might show common exposures in
the past, of course.

As I recalled, there appears to be an excess of brain cancer
deaths at Louisville, although with these small numbers, sta-
tistical significance is not reached.  The number of cases
(morbidity) does not appear excessive when compared to all of
BFG.  I cannot find any real explanation for this.

You will note that we have identified only four cases, while
I believe you indicated eleven.  If you believe there are more
brain cancer cases, I would like to have, if possible, a list
of names, SS numbers and date of death or diagnosis to determine
if these are true brain cancer cases or why they have been missed.

The latest update of the epidemiology study of VCM/PVC workers,
a draft of which I have just reviewed, shows again an association
between brain cancer and VCM exposure.  We do not see any excess
of brain cancer at the Akron Chemical Plant where Hycar is also
manufactured but no VCM exposure occurs.

Pending receipt of further information regarding other cases
and/or job histories I am still inclined to attribute the
brain cancer cases at Louisville to the known association with
VCM exposure.

Harold W. Dietz

jp

21231001

## Exhibit 88:  8/28/1986 (BFG 11521 – 11522)

Letter to H. Shah; CMA from H. Dietz re: comments on draft final report - Epidemiologic
Study of Vinyl Chloride Workers; Wong

# ☲Goodrich

The BFGoodrich Company
500 South Main Street
Akron, Ohio 44318

Address Reply To:
Dept.   0020
Bldg.   24-B

August 28, 1986

Has Shah
Chemical Manufacturers Association
2501 M Street, NW
Washington, DC 20037

Dear Dr. Shah:

We have reviewed the draft final report entitled "Epidemio-
logic Study of Vinyl Chloride Workers" in this office and
find no significant problems for comment.

The first paragraph on page 15 appears redundant but this is
minor. The contrast between liver cancer and cancer of the
brain and other central nervous system when analyzed by age
of first exposure is interesting. We wonder if it is worth
a study of the feasibility of determining prior work history
or prior exposures in this group as part of a case control
study.

If, at the meeting with Dr. Wong, the data on deaths due to
emphysema continues to appear valid, we would support 8(e)
reporting of that information. In our own analysis of deaths
over the past ten years we do not find an excess of deaths due
to emphysema in our own VC/PVC plants.

I regret that my personal medical difficulties make it difficult
for me to participate in the September 8 meeting.

Sincerely,

Harold W. Dietz, M.D.
Director
Health and Environmental
Services

jp

212332001

BFG11521



## CHEMICAL MANUFACTURERS ASSOCIATION

Aug. 20, 1986                AUG 25 1986

Dear Vinyl Chloride Panel Member:

By now you would have received a draft final report entitled "Epidemiologic Study of Vinyl Chloride Workers." I have scheduled a meeting with The Environmental Health Associates to discuss the draft final report. The meeting will be held at 9:30 a.m. at Environmental Health Associates in Oakland, California. The EHA offices are located at 520 Third Street, Suite 208. The telephone number is 415-451-1888.

Please call me by August 29 with your major comments on the report so that I can convey those to Dr. Otto Wong prior to the meeting. It is imperative for you to submit your comments to me by the end of the month especially if you are not planning to attend the meeting.

Please call me at 202/887-1192, if you have any questions or need additional information. Also please call me to let me know if you are planning to attend the meeting.

Looking forward to seeing you on September 8 in Oakland, California.

Sincerely,

Has Shah
Has Shah
Manager, Vinyl Chloride Program

Formerly Manufacturing Chemists Association—Serving the Chemical Industry Since 1872.

2501 M Street, NW ●Washington, DC 20037 ●Telephone 202/887-1100 ●Telex 89617 (CMA WSH)

## Exhibit 89:  10/14/1986 (BFG 21238001 – 21238023)

BFG IOC to E.L. Beeler (BFG Atty/Plant Mgr) from H.W. Dietz (BFG Louisville Occupational Health Director) Re:  Enclosing a list of 11 BC victims, some not included in EPI Studies, some of whom never will be included in any future studies, and restating his previous (8/26/86) conclusion that nothing (that he had been directed to consider) besides the "recognized" association with VCM exposure could have caused them – directly contradicting the corrupt UOL 2002 published and pre-ordained conclusion (solicited by outside counsel for PPG in BC cases) that it must be some unspecified something – certainly not VCM – that cause them, as per UOL's explicit guarantee of this result 8 years earlier!

**BFGoodrich**    **INTER-ORGANIZATION CORRESPONDENCE**

| TO E. L. Beeler | FIELD POINT OR DEPT. & BLDG. NO. Louisville | DATE YOUR LETTER |
| FROM H. W. Dietz, M.D. | FIELD POINT OR DEPT. & BLDG. NO. D/0020, B/24-B | DATE THIS LETTER 10-14-86 |

SUBJECT

Thank you for the further information you furnished. With one
exception, Clyde Hoskins, all the individuals you identify are in our
records. Interestingly, he was not identified in the Harvard study of
mortality at the Louisville Plant either; I do not know if he was
identified on the Tabershaw-Gaffey report but I doubt that his
inclusion or omission from either study would have affected the final
interpretation. He and Osborne, Spicer, Berry and Crawford died
before we began entering data into the BFG system and so are not
included on any studies we currently do, but were included (except
possibly Hoskins) in earlier epidemiologic studies.

We have and continue to include all the others in our internal BFG
studies.  Of these, one has a benign brain tumor, not a cancer, and
another has a tumor of uncertain behavior which also would not be
counted among brain cancers.  The remaining number without any history
of VCM exposure is too small to know whether or not there is a
potential problem with exposure other than to VCM, but we will
certainly continue to watch this situation in the chemical plants.

At present, I find nothing to suggest that any excess of brain cancers
at Louisville is due to any workplace exposure other than VCM.

With the reduction in exposures to VCM and AN and probably to other
chemicals as well, I hope that the incidence of all cancer will drop
to less than or certainly no greater than that of the general
population and we will not need to and will be unable to identify
occupational causes.

Harold W. Dietz

jp 1014-2

BFG-4956-E   11/80 LITHO IN U.S.A.

21238001

**Inter-organization Correspondence**　　　　　　　　　B.F.Goodrich

| TO | FIELD POINT OR DEPT. & BLDG. NO. | | DATE YOUR LETTER |
|---|---|---|---|
| DR. H. W. DIETZ | AKRON | 21238002 | |
| FROM | FIELD POINT OR DEPT. & BLDG. NO. | | DATE THIS LETTER |
| E. L. BEELER | LVL | | 10/7/86 |

SUBJECT

Attached is the additional information requested to assist your evaluation of brain cancers among Louisville employees. Job histories and diagnosed conditions of eleven persons are included, although diagnostic information for two (C. Crawford & C. Hoskins) is very sketchy. Death certificates for those two, which we do not have but are likely in Akron records, may be more definitive. Were you able to resolve the prior question related to L. Wilder? He appeared on your listing of brain cancer deaths, while our records identify his condition as multiple myeloma.

BFG-4512-D  7/74  LITHO U.S

Noe, Merrille                           S.S. #:      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

D.O.B.:  10-11-36                       Ser. Date:  3-29-66

**ACTIVE**

| Date | Classification | Dept. | Building(s) |
|------|----------------|-------|-------------|
| 3-29-66 | Chemical Helper | PVC-2 | 1, 15 |
| 6-5-67 | LAYOFF | | |
| 6-16-67 | Chemical Helper | PVC-1 | 121 |
| 7-2-67 | "          " | PVC-2 | 1, 15 |
| 12-22-68 | Janitor | Maint. | Plantwide |
| 1-5-69 | Chemical Helper | PVC-2 | 1, 15 |
| 1-12-69 | "          " | Compound | 2, 20 |
| 1-19-69 | "          " | PVC-2 | 1, 15 |
| 4-20-69 | Relief Operator | PVC-1 | 121, 111 |
| 8-31-69 | Chemical Helper | PVC-2 | 1, 15 |
| 10-5-69 | "          " | PVC-1 | 121 |
| 2-22-70 | Chemical Operator (Solution Poly) | PVC-2 | 15 |
| 3-29-70 | Chemical Helper | PVC-2 | 1, 15 |
| 4-5-70 | Chemical Operator (PVC Poly) | PVC-2 | 1 |
| 5-3-70 | "          " (Solution Poly) | PVC-2 | 15 |
| 8-30-70 | Chemical Helper | PVC-1 | 121 |
| 9-20-70 | Chemical Operator (Solution Poly) | PVC-2 | 15 |
| 10-4-70 | Chemical Helper | PVC-1 | 121 |
| 12-20-70 | Chemical Operator (PVC Poly) | PVC 2 | 1 |
| 1-17-71 | Chemical Helper | PVC-2 | 1, 15 |
| 2-6-71 | LAYOFF | | |
| 3-2-71 | Chemical Helper | PVC-1 | 121 |
| 6-26-71 | Chemical Operator (HRC) | PVC-2 | 15 |
| 7-11-71 | Chemical Operator (Solution Poly) | PVC-2 | 15 |
| 1-14-73 | "          " (Solution Resin Poly) | PVC-2 | 15 |
| 1-5-73 | "          " (HRC) | PVC-2 | 15 |
| 1-26-75 | "          " (PVC Poly) | PVC-2 | 1 |
| 6-22-75 | "          " (HRC) | PVC-2 | 15 |

(continued on back)

1

Noe, Merrille -- continued.

| Date | Classification | | | Dept. | Building(s) |
|------|----------------|---|---|-------|-------------|
| 8-22-76 | Chemical Operator (PVC Poly) | | | PVC-2 | 1 |
| 7-27-80 | " | " | (Bagging) | PVC-2 | 15, 111 |
| 8-31-80 | " | " | (G-92 Charging) | PVC-2 | 1 |
| 1-10-82 | " | " | (Bagging) | PVC-2 | 15, 111 |
| 5-2-82 | " | " | (Washing) | PVC-2 | 4 |
| 8-22-82 | Boiler Operator | | | Utilities | 103 |

DATE OF
DIAGNOSIS ---- 5-23-79

DIAGNOSIS ---- Benign brain tumor, left side.

225.0

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

21238004

Gammon, C. K.

D.O.B.:   8-27-27

D.O.D.:   10-25-81

S.S. #:      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

Ser. Date:   9-15-49

L.D.W.:      9-21-81

| Date | Classification | Dept. | Building(s) |
|------|---------------|-------|-------------|
| 9-15-49 | Chemical Helper | Hycar | 122, 130 |
| 11-20-49 | Chemical Operator | Hycar | 122, 130 |
| 3-18-56 | "        " | Tank Farm | |
| 4-13-58 | "        " | Hycar | 130 |
| 4-1-64 | Production Foreman | Hycar | 122, 130 |

DATE OF DIAGNOSIS ---- 10-5-81

DIAGNOSIS ------------ Left cerebellar tumor (hemangioblastoma).

238.1

238.2   9/25/28

239.6  u  10/25/81

239.6   9/21/81

21238005

Mischler, C. B.                                S.S. #: 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
D.O.B.: 12-10-21 (32)                          Ser. Date:  1-21-54
ACTIVE

| Date | Classification | | | Dept. | Building(s) |
|------|----------------|--|--|-------|-------------|
| 1-21-54 | Chemical Helper | | | Hycar | 122, 130 |
| 3-28-54 | " | " | | Compound | 2, 20 |
| 5-2-54 | " | " | | Hycar | 122, 130 |
| 6-5-55 | Chemical Operator 2/C (Dryer) | | | Hycar | 122 |
| 2-12-56 | Chemical Operator  1/C (Pigment/Trans.) | | | Hycar | 130 |
| 5-6-56 | " | " | 1/C (Poly) | Hycar | 130 |
| 6-3-56 | " | " | 1/C (Pigment/Trans.) | Hycar | 130 |
| 7-15-56 | " | " | 2/C (Concentrator) | Hycar | 130 |
| 9-2-56 | Chemical Helper | | | Hycar | 122/130 |
| 10-7-56 | Chemical Operator 1/C (Poly) | | | Hycar | 130 |
| 1-5-58 | Chemical Operator 2/C (Transfer) | | | Hycar | 130 |
| 2-2-58 | Chemical Helper | | | Hycar | 122, 130 |
| 4-13-58 | " | " | | PVC-2 | 1, 15 |
| 5-25-58 | " | " | | Hycar | 122, 130 |
| 8-31-58 | Chemical Operator 1/C (Poly) | | | Hycar | 130 |
| 3-29-65 | Foreman | | | Hycar | 130 |

DATE OF DIAGNOSIS ---- 8-19-86

DIAGNOSIS------------- Glioblastoma Multiforme

21238008

Jaggers, Hillard

D.O.B.: 5-28-08

D.O.D.: 3-10-79

S.S. #:    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

Ser. Date:   10-27-44

L.D.W.:    5-28-65

| Date | Classification | Dept. | Building(s) |
|------|----------------|-------|-------------|
| 10-27-44 | Guard | Admin. | Plantwide |

DATE OF DIAGNOSIS ---- Unknown

DIAGNOSIS ------------ Glioblastoma multiforme, right temporal lobe.

*no. 7*

*121.2U   5/10/99*

21238017

Hoard, W. E.                         S.S. #:      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
D.O.B.:   3-28-24                    Ser. Date:   4-28-47
D.O.D.:   1-23-84                    L.D.W.:      5-20-83

| Date | Classification | Dept. | Building(s) |
|------|----------------|-------|-------------|
| 4-28-47 | Laboratory Assistant | Lab | 2 |
| 1-30-49 | Laboratory Technician | " | 2 |
| 6-12-49 | Laboratory Assistant | " | 2 |
| 9-18-49 | Laboratory Technician | " | 2 |
| 1-16-66 | Relief Technician | " | 2 |
| 8-31-69 | Laboratory Technician | " | 2 |

DATE OF DIAGNOSIS ---- 6-83

DIAGNOSIS ------------ High grade astrocytoma

$191.9$    -6-83

$239.6$    7/11-83

212338013

Kiper, A. R.

D.O.B.:   10-3-31

D.O.D.:   7-24-78

S.S. #:       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

Ser. Date:  11-20-52 to 10-23-53

Rehired:     4-30-65

L.D.W.:      5-21-77

| Date | Classification | Dept. | Building(s) |
|------|----------------|-------|-------------|
| 11-20-52 | Packer | Hi-Temp | 4 |
| 6-7-53 | Warehouseman | Shipping | 26, 111, 112, 126, 131 |
| 8-2-53 | Packer | PVC-1 | 111 |
| 10-23-53 | Resigned | | |
| 4-30-65 | Laborer | Maint. | Plantwide |
| 10-2-66 | " | Utilities | 103 |
| 11-13-66 | " | Maint. | Plantwide |
| 5-7-67 | " | Utilities | 103 |
| 5-14-67 | " | Maint. | Plantwide |
| 12-22-68 | " | Utilities | 103 |
| 1-5-69 | " | Maint. | Plantwide |
| 2-9-69 | Janitor | Maint. | " |
| 3-2-69 | Laborer | Maint. | " |
| 3-9-69 | Craft Helper | Maint. | " |
| 6-6-71 | Mechanic | Maint. | " |

DATE OF DIAGNOSIS ---- 5-27-77

DIAGNOSIS ----------- Glioblastoma multiforme, left frontal lobe.

*1919 (illegible)*

2123809

Hoskins, Clyde                          S.S. #:      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
D.O.B.:    12-23-18                     Ser. Date:  6-3-55
D.O.D.:    7-20-62                      L.D.W.:      7-17-62

| Date | Classification | Dept. | Building(s) |
|------|----------------|-------|-------------|
| 6-3-55 | Chemical Helper | Hycar | 131 |
| 4-15-56 | Chemical Operator 2/C (Pigment) | Hycar | 130, 131 |
| 6-3-56 | Chemical Helper | Hycar | 131 |
| 11-18-56 | Chemical Operator 2/C (Fourdrinier) | Hycar | 122 |
| 1-5-58 | Chemical Helper | Hycar | 131 |
| 1-20-58 | LAYOFF | | |
| 8-30-58 | Chemical Helper | Hycar | 131 |
| 2-1-59 | Chemical Operator 2/C (Fourdrinier) | Hycar | 122 |
| 3-1-59 | "            "     2/C (Liquid Hycar) | Hycar | 130 |
| 4-5-59 | Chemical Helper | Hycar | 131 |
| 7-5-59 | Chemical Operator 2/C (Fourdrinier) | Hycar | 122 |
| 3-6-60 | Chemical Helper | Hycar | 131 |
| 1-28-62 | Chemical Operator 1/C (Fourdrinier) | Hycar | 122 |

DATE OF DIAGNOSIS ---- Unknown

DIAGNOSIS ----------- Carcinoma, brain

MEDICAL RECORDS UNAVAILABLE

212238010

Crawford, Charles

D.O.B.: 3-5-19

D.O.D.: 6-26-63

S.S. #:        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

Ser. Date:  12-11-45

L.D.W.:      6-1-63

| Date | Classification | Dept. | Building(s) |
|------|----------------|-------|-------------|
| 12-11-45 | Chemical Helper | PVC-1 | 112 |
| 2-13-49 | "      " | Hi-Temp | 4 |
| 4-28-49 | Packer | Hi-Temp | 4 |
| 7-1-53 | " | PVC-1 | 112 |
| 9-6-59 | " | PVC-2 | 1, 15 |
| 3-20-60 | " | PVC-1 | 112 |

DATE OF DIAGNOSIS ---- Unknown

DIAGNOSIS ------------ Brain tumor

MEDICAL RECORDS NOT AVAILABLE

21238011

Berry, Marshall
D.O.B.:  8-22-13
D.O.D.:  3-9-71

S.S. #:       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
Ser. Date:   1-16-47
L.D.W.:      8-23-69

| Date | Classification | Dept. | Building(s) |
|------|----------------|-------|-------------|
| 1-16-47 | Boiler Operator Trainee | Boiler House | 103 |
| 4-28-50 | Boiler Operator 2/C | "        " | 103 |
| 6-24-51 | "        "    1/C | "        " | 103 |
| 9-27-53 | Relief Boiler Operator | "        " | 103 |
| 9-12-54 | Boiler Operator 1/C | "        " | 103 |

DATE OF DIAGNOSIS ---- Unknown

DIAGNOSIS ------------ Glioblastoma multiforme

MEDICAL RECORDS UNAVAILABLE

21238012

Sauer, Henry D.                          S.S. #:      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
D.O.B.:   6-11-13                        Ser. Date:   11-3-49
D.O.D.:   8-19-71                        L.D.W.:      8-11-70

| Date | Classification | Dept. | Building(s) |
|------|---------------|-------|-------------|
| 11-3-49 | Warehouseman | Shipping | 26, 111, 112, 126, 131 |
| 11-7-54 | Shipping Clerk | " | 126 |
| 7-26-70 | Truck Driver | " | Plantwide |

DATE OF DIAGNOSIS ---- Unknown

DIAGNOSIS ------------ Astrocytoma, Grade III, left frontotemporal lobe.

MEDICAL RECORDS NOT AVAILABLE

Osborne, A. J.

D.O.B.:  1-7-20

D.O.D.:  9-6-73

S.S. #:      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

Ser. Date:   2-16-42

L.D.W.:      11-14-72

| Date | Classification | Dept. | Building(s) |
|------|----------------|-------|-------------|
| 2-16-42 | Chemical Operator | Plant 2, PVC | 1 |
| 1-2-44 | Instrument Engineer | Plant 2, PVC | 1, 15 |
| 9-30-44 | Shift Foreman | Compounding | 2 |
| 8-1-45 | Shift Foreman | Technical/Lab. | 16, 2 |
| 5-1-48 | Chemical Engineer | "        " | 16, 2 |
| 12-27-51 | Technical Man | "        " | 16, 2 |
| 7-1-53 | "        " | Plant 1, PVC | 111 |
| 8-16-55 | General Foreman | "   "   " | 111 |
| 8-16-57 | "        " | Compounding | 2 |
| 9-16-66 | "        " | Plant 1, PVC | 111 |
| 6-16-70 | Senior Process Specialist | Technical | Plantwide |

DATE OF DIAGNOSIS ---- 11-24-72

DIAGNOSIS ------------ Astrocytoma, left temporal lobe.

212380014

21238015



21238916

UCC7/RPT - REPORT PROCESSING & TRACKING SYSTEM

```
BBBBB  FFFFFF  GGGGG           RRRRR  EEEEEE  SSSSS   TTTTTT  RRRRR   IIIIII  CCCCC   TTTTTT  EEEEEE  DDDDD
BBBBBB FFFFFF  GGGGGG          RRRRRR EEEEEE  SSSSSS  TTTTTT  RRRRRR  IIIIII  CCCCCC  TTTTTT  EEEEEE  DDDDDD
BB  DD FF      GG  GG          RR  RR EE      SS  SS    TT    RR  RR    II    CC  CC    TT    EE      DD  DD
BB  BB FF      GG              RR  RR EE      SS         TT    RR  RR    II    CC        TT    EE      DD  DD
BBBBB  FFFFF   GG              RRRRRR EEEEEE  SS         TT    RRRRRR    II    CC        TT    EEEEEE  DD  DD
BBBBB  FFFFF   GG  GGG         RRRRRR EEEEEE     SS      TT    RRRRR     II    CC        TT    EEEEEE  DD  DD
BB  BB FF      GG  GG          RR  RR EE         SS      TT    RR  RR    II    CC        TT    EE      DD  DD
BB  BB FF      GG  GG          RR  RR EE      SS  SS     TT    RR  RR    II    CC  CC    TT    EE      DD  DD
BBBBBB FF      GGGGGGG         RR  RR EEEEEE  SSSSSS     TT    RR  RR  IIIIII  CCCCCC    TT    EEEEEE  DDDDDD
BBBBB  FF      GGGGG           RR  RR EEEEEE  SSSSS      TT    RR  RR  IIIIII  CCCCC     TT    EEEEEE  DDDDD


CCCCC  HH  HH  88888  SSSSS  HH  HH  33333  SSSSS  00000    11   CCCCC
CCCCCC HH  HH  888888 SSSSSS HH  HH  333333 SSSSSS 000000   111  CCCCCC
CC  CC HH  HH  88  88 SS     HH  HH      33  SS     00  00   11   CC
CC     HH  HH  88  88 SS     HH  HH      33  SS     00  00   11   CC
CC     HHHHHH   88888 SSSSS  HHHHHH    333   555555 00  00   11   CC
CC     HHHHHH   88888 SSSSS  HHHHHH    333   555555 00  00   11   CC
CC     HH  HH  88  88     SS HH  HH      33      SS 00  00   11   CC
CC  CC HH  HH  88  88 SS  SS HH  HH      33  SS  SS 00  00   11   CC  CC
CCCCCC HH  HH  888888 SSSSSS HH  HH  333333 SSSSSS 000000 111111 CCCCCC
CCCCC  HH  HH  88888  SSSSS  HH  HH  33333  55555  00000  111111 CCCCC
```

ADDRESS------NAME/TITLE------DEPT-PHONE------EXTN-DIS-COPYS          SPECIAL INSTRUCTIONS

----> AKRN24-BEE13 EINVIRM HEALTH     0020 3975     3975   P   001  <------

CHSBCHS301     86283     165035    CHSDIAG .CHSBCHS3.          RBCH53A

CMS REPORT NO. 059
PROGRAM CMS6CMS3

· EMPLOYEE DIAGNOSES HISTORY

REPORT DATE 10/10/86
PAGE 1

21238017

EMPLOYEE: 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 CLIFFORD B MISCHLER

HISTORY REQUESTED: DEATH, MEDICAL, DISABILITY

********************************************** DEATH ************************************************************
DATE  AUTOPSY  AGED  ICD-1  CAUSE-1  ICD-2  CAUS
2  ICD-3  CAUSE-3  ICD-4  CAUSE-4  ICD-5  CAUSE-5  ICD-6  CAUSE-6  ICD-7  CAUSE-7
**********************************************    ************************************************************

NO HISTORY FOUND FOR THIS EMPLOYEE

**********************************************    MEDICAL  ***********************************************************
DATE  CLAIM-TYPE  SAFETY-CASE-NO  ICD-1  I
-2  ICD-3  ICD-4  ICD-5  ICD-6  ICD-7
**********************************************    ***********************************************************

| DATE | ICD-1 | -2 | ... |
|---|---|---|---|
| 08/15/86 | 191.3 | 1.4 | |
| 08 14 86 | 786.0 | | |
| 07 10 86 | 786.0 | | |
| 06 12 86 | 434.9 | | |
| 06 03 86 | 459.9 | | |
| 05 27 86 | 786.0 | 1.9 | |
| 05 01 86 | 780.9 | 3.40 | |
| 04 28 86 | 348.3 | 2.9 | |
| 04 25 86 | 459.9 | | |
| 10 04 85 | 388.40 | | |
| 07 31 85 | 724.2 | | |
| 12 08 81 EX | 367.9 | | |

********************************************** DISABILITY ***********************************************************
DATE  DISABILITY-TYPE  ICD-1  CAUSE-1  ICD-2  C
3E-2  ICD-3  CAUSE-3  ICD-4  CAUSE-4  ICD-5  CAUSE-5
**********************************************    ***********************************************************

NO HISTORY FOUND FOR THIS EMPLOYEE

```
CMS REPORT NO. 059                          EMPLOYEE DIAGNOSES HISTORY                    212380  3    REPORT DATE 10/10/86
PROGRAM CMS8CMS3                                                                                                   PAGE   1

EMPLOYEE: 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   WILLIAM E HOARD

HISTORY REQUESTED: DEATH, MEDICAL, DISABILITY

*************************************************************** DEATH ***********************************************************
 DATE   AUTOPSY  AGED   ICD-1  CAUSE-1   ICD-2  CAUSE-2   ICD-3  CAUSE-3   ICD-4  CAUSE-4   ICD-5  CAUSE-5   ICD-6   ICD-6-7  CAUSE-7
01/23/04    N     59    191.9    U                                                                                   ISE-6   ICD-7  CAUSE-7
*********************************************************** MEDICAL ***********************************************************
 DATE    CLAIM-TYPE  SAFETY-CASE-NO    ICD-1    ICD-2    ICD-3    ICD-4    ICD-5    ICD-6    ICD-7
09 09 85      23                       436.
07 14 85      41                       199.1
07 11 85      45                       239.6
07 10 83      20                       436.
06 14 83      40                       437.1
06 10 83      40                       780.9
06 06 83      00                       434.1
05 24 83      00                       348.9
01 14 82      40                       216.9    191.9             272.1
12 02 81      EX                       367.9
08 15 80      40                       715.96
10 11 79      40                       401.1
09 29 78      40                       270.0

*********************************************************** DISABILITY **********************************************************
 DATE   DISABILITY-TYPE   ICD-1  CAUSE-1   ICD-2  CAUSE-2   ICD-3  CAUSE-3   ICD-4  CAUSE-4   ICD-5  CAUSE-5
****************************************************************************************************************

NO HISTORY FOUND FOR THIS EMPLOYEE
```

Case 3:08-cv-00612-RET-SCR · Document 68 · 01/01/10 · Page 94 of 173

CHS REPORT NO. 059
PROGRAM CHS0CHS3

EMPLOYEE DIAGNOSES HISTORY

EMPLOYEE: 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  CARL K GAMMON

HISTORY REQUESTED: DEATH, MEDICAL, DISABILITY

*********************************************** DEATH ***********************************************

| DATE | AUTOPSY | AGED | ICD-1 | CAUSE-1 | ICD-2 | CAUSE-2 | ICD-3 | CAUSE-3 | ICD-4 | CAUSE-4 | ICD-5 | CAUSE-5 | ICD-6 | CAUSE-6 | ICD-7 | CAUSE-7 |
|------|---------|------|-------|---------|-------|---------|-------|---------|-------|---------|-------|---------|-------|---------|-------|---------|
| 10 25 81 | U | 54 | 427.5 | C | 322.9 | C | 239.6 | U | | | | | | | | |

*********************************************** MEDICAL ***********************************************

| DATE | CLAIM-TYPE | SAFETY-CASE-NO | ICD-1 | ICD-2 | ICD-3 | ICD-4 | ICD-5 | ICD-6 | ICD-7 |
|------|-----------|----------------|-------|-------|-------|-------|-------|-------|-------|
| 09 21 81 | 40 | | 239.6 | | | | | | |
| 05 22 80 | EX | | 367.9 | | | | | | |
| 06 09 80 | 00 | | 564.9 | 564.1 | 562.11 | 724.5 | 846.0 | 530.1 | |
| 04 25 78 | 29 | | 236.2 | | | | | | |
| 04 26 78 | 46 | | 781.0 | | | | | | |
| 03 24 76 | 29 | | 078.1 | | | | | | |

*********************************************** DISABILITY ***********************************************

| DATE | DISABILITY-TYPE | ICD-1 | CAUSE-1 | ICD-2 | CAUSE-2 | ICD-3 | CAUSE-3 | ICD-4 | CAUSE-4 | ICD-5 | CAUSE-5 |
|------|-----------------|-------|---------|-------|---------|-------|---------|-------|---------|-------|---------|

NO HISTORY FOUND FOR THIS EMPLOYEE

21238019

CHS REPORT NO. 059
PROGRAM CHS6CHS3

EMPLOYEE: NO RECORD FOUND FOR SSN 235/56/3958

HISTORY REQUESTED: DEATH, MEDICAL, DISABILITY

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

No£, MERRTILE

EMPLOYEE DIAGNOSES HISTORY

212380Z0

REPORT DATE 10/10/86
PAGE 1

CMS REPORT NO. 059
PROGRAM CMS8CMS5

EMPLOYEE DIAGNOSES HISTORY

EMPLOYEE: 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  MERRILLE NOE

HISTORY REQUESTED: DEATH, MEDICAL, DISABILITY

*******************************************************************************************
DATE  AUTOPSY  AGED  ICO-1  CAUSE-1  ICO-2  CAUSE-2  ICD-3  CAUSE-3  ICO-4  CAUSE-4  ICO-5  CAUSE-5  ICO-6  CAUSE-6  ICO-7  CAUSE-7
***************** DEATH ***************************************************************************
*******************************************************************************************

NO HISTORY FOUND FOR THIS EMPLOYEE

*******************************************************************************************
DATE  CLAIM-TYPE  SAFETY-CASE-NO  ICO-1  ICO-2  ICO-3  ICO-4  ICO-5  ICO-6  ICO-7
***************** MEDICAL ************************************************************************
*******************************************************************************************
08/21/04  EX              270.0
09 15 03  40              348.8    848.8
03 30 03  EX              278.0
07 22 02  EX              367.9
03 24 00  35              780.4    278.0
03 20 00  45              796.0
03 20 00  00              386.00
05 17 79  21              239.6
05 16 79  79              389.9
05 16 78  00              780.4
03 13 78  21              780.4

*******************************************************************************************
DATE  DISABILITY-TYPE  ICO-1  CAUSE-1  ICO-2  CAUSE-2  ICD-3  CAUSE-3  ICO-4  CAUSE-4  ICO-5  CAUSE-5
***************** DISABILITY **********************************************************************
*******************************************************************************************

NO HISTORY FOUND FOR THIS EMPLOYEE

21238021




EMPLOYEE: 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   ALBERT R KIPER

HISTORY REQUESTED: DEATH, MEDICAL, DISABILITY

**************************************************************************************************************
DEATH

| DATE | AUTOPSY | AGED | ICD-1 | CAUSE-1 | ICD-2 | CAUSE-2 | ICD-3 | CAUSE-3 | ICD-4 | CAUSE-4 | ICD-5 | CAUSE-5 | ICD-6 | CAUSE-6 | ICD-7 | CAUSE-7 |
|------|---------|------|-------|---------|-------|---------|-------|---------|-------|---------|-------|---------|-------|---------|-------|---------|
| 07 24 78 | U | 46 | 799.8 | C | 999.9 | C | 760.0 | C | 191.9 | U | | | | | | |
**************************************************************************************************************

**************************************************************************************************************
MEDICAL

| DATE | CLAIM-TYPE | SAFETY-CASE-NO | ICD-1 | ICD-2 | ICD-3 | ICD-4 | ICD-5 | ICD-6 | ICD-7 |
|------|-----------|----------------|-------|-------|-------|-------|-------|-------|-------|
| 07 07 78 | 21 | | 239.6 | | | | | | |
| 07 02 78 | 00 | | 192.9 | 780.3 | | | | | |
| 07 01 78 | 45 | | 704.0 | | | | | | |
| 06 05 78 | 45 | | 239.7 | | | | | | |
| 01 10 78 | 40 | | 239.2 | | | | | | |
**************************************************************************************************************

**************************************************************************************************************
DISABILITY

| DATE | DISABILITY-TYPE | ICD-1 | CAUSE-1 | ICD-2 | CAUSE-2 | ICD-3 | CAUSE-3 | ICD-4 | CAUSE-4 | ICD-5 | CAUSE-5 |
|------|-----------------|-------|---------|-------|---------|-------|---------|-------|---------|-------|---------|
**************************************************************************************************************

NO HISTORY FOUND FOR THIS EMPLOYEE

21238022

21238023

EMPLOYEE DIAGNOSES HISTORY

CHS REPORT NO. 059
PROGRAM CHS9CHS3

EMPLOYEE: 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  H JAGGERS

HISTORY REQUESTED: DEATH, MEDICAL, DISABILITY

****************************** DEATH ******************************

| DATE | AUTOPSY | AGED | ICD-1 | CAUSE-1 | ICD-2 | CAUSE-2 | ICD-3 | CAUSE-3 | ICD-4 | CAUSE-4 | ICD-5 | CAUSE-5 | ICD-6 | CAUSE-6 | ICD-7 | CAUSE-7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 10 79 | N | 70 | 191.2 | U | | | | | | | | | | | | |

****************************** MEDICAL ******************************

| DATE | CLAIM-TYPE | SAFETY-CASE-NO | ICD-1 | ICD-2 | ICD-3 | ICD-4 | ICD-5 | ICD-6 | ICD-7 |
|---|---|---|---|---|---|---|---|---|---|
| 01 13 79 | 60 | | 191.9 | | | | | | |
| 12 11 78 | 45 | | 192.9 | 171.0 | | | | | |
| 10 25 78 | 45 | | 192.9 | | | | | | |
| 10 10 78 | 40 | | 401.1 | | | | | | |

****************************** DISABILITY ******************************

| DATE | DISABILITY-TYPE | ICD-1 | CAUSE-1 | ICD-2 | CAUSE-2 | ICD-3 | CAUSE-3 | ICD-4 | CAUSE-4 | ICD-5 | CAUSE-5 |
|---|---|---|---|---|---|---|---|---|---|---|---|

NO HISTORY FOUND FOR THIS EMPLOYEE

```
END  JOB 1357 CHSDIAG 1   001 001 AKRRNVS1 PRINT DIAGNOSES HIST ROOM 10F   4.53.16 PM 10 OCT 86 PRINTER7 IPO1 END NN
END  JOB 1357 CHSDIAG 1   001 001 AKRRNVS1 PRINT DIAGNOSES HIST ROOM 10F   4.53.16 PM 10 OCT 86 PRINTER7 IPO1 END NN
END  JOB 1357 CHSDIAG 1   001 001 AKRRNVS1 PRINT DIAGNOSES HIST ROOM 10F   4.53.16 PM 10 OCT 86 PRINTER7 IPO1 END NN
```

## Exhibit 90:  10/27/1986 (SL 067034 – 067093)

CMA (Rosica) to VC Panel and Research Coordinator Group enclosing "Final "Report on Epidemiologic Study of Vinyl Chloride Workers that Panel would claim (in 1991) had not been reviewed or "accepted" by them and was published in breach of contract.



# CHEMICAL MANUFACTURERS ASSOCIATION

October 27, 1986

*FYI*

*only one really unmarkable point never seen before. ↑↑.*

To: Vinyl Chloride Panel and Research Coordinator Group

From: K. Rosica

Subject: **Final** Report on Epidemiologic Study of Vinyl Chloride Workers

        A copy of the final report entitled "An Update of An Epidemiologic Study of Vinyl Chloride Workers, 1942-1982" is enclosed for your records.

        This report and the attached cover letter were sent to EPA as a follow up to CMA's September 11, 1986 submission to the FYI office.

RECEIVED
OCT 29 1986
Environmental Affairs

SL 067034

Formerly Manufacturing Chemists Association—Serving the Chemical Industry Since 1872
2501 M Street, NW • Washington, DC 20037 • Telephone 202/887-1100 • Telex 89617 (CMA WSH)



## CHEMICAL MANUFACTURERS ASSOCIATION

GERALDINE V. COX, Ph.D.
Vice President
Technical Director

October 24, 1986

Document Control Officer
TS-790
Office of Toxic Substances
Room 220, East Tower
U.S. Environmental Protection Agency
401 M Street, S.W.
Washington, D.C. 20460

RE: FYI Submission:  Final Report of an Epidemiology Study
of Vinyl Chloride

Dear Sir/Madam:

The Chemical Manufacturers Association (CMA) submits the following
final report:

AN UPDATE OF AN EPIDEMIOLOGY STUDY OF
VINYL CHLORIDE WORKERS, 1942-1982

This study was sponsored by the Vinyl Chloride Program Panel of
CMA. A summary of the draft results was previously submitted to your
office as part of an FYI submission on September 11, 1986.

If you have any questions, please contact Dr. Has Shah of my staff
at 202-887-1192.

Sincerely yours,

*Geraldine V. Cox*

Formerly Manufacturing Chemists Association—Serving the Chemical Industry Since 1872.

2501 M Street, NW • Washington, DC 20037 • Telephone 202/887-1280 • Telex 89617 (CMA WSH)

SL 067035

Final Report

An Update of
An Epidemiologic Study of
Vinyl Chloride Workers,
1942-1982

Prepared for
Chemical Manufacturers Association

Environmental Health Associates, Inc.
520 Third Street, Suite 208
Oakland, CA   94607

October 17, 1986

SL 067036

**Project Staff**

| | |
|---|---|
| Otto Wong, Sc.D. | Principal Investigator |
| M. Donald Whorton, M.D. | Co-Investigator |
| | |
| David Ragland, Ph.D. | Biostatistician |
| Carolyn Klassen, B.A. | Research Analyst |
| Debra Samuels, B.A. | Research Analyst |
| Kathleen Claxton, B.S. | Research Associate |

SL 067037

Table of Contents

|                                              | Page   |
|----------------------------------------------|--------|
| Summary                                      | i      |
| Introduction                                 | 1      |
| Materials and Methods                        | 5      |
|     Original Study        | 5      |
|     Study Update          | 8      |
| Results                                      | 14     |
|     Descriptive Statistics | 16   |
|     Cause-specific Mortality Analysis | 16 |
|         Entire Cohort | 16 |
|         Analysis by Length of Exposure | 18 |
|         Analysis by Latency | 20 |
|         Analysis by Age at First Exposure | 21 |
|         Analysis by Calendar Year of First Exposure | 23 |
|         Analysis by Type of Plant | 25 |
| DISCUSSION                                   | 27     |
| CONCLUSION                                   | 37     |
| References                                   | 38     |
| Tables                                       | 40-58  |

SL 067038

i

## Summary

The cohort consisted of 10,173 men who had worked for at least one year in jobs involving exposure to vinyl chloride prior to January 1, 1973. These men were employed at 37 plants in the U.S., belonging to 17 companies. Observation of the mortality experience of the cohort was extended from December 31, 1972 to December 31, 1982. A total of 1536 cohort members were identified to have died. The observed mortality, by cause, was compared with the expected based on U.S. mortality rates, standardized for age, race and calendar time. Analyses by length of exposure, latency, age at first exposure, calendar year of first exposure and type f products were performed. The study confirmed that the vinyl chloride workers experienced significant mortality excesses in angiosarcoma (15 deaths), cancer of the liver and biliary tract (SMR = 641), and cancer of the brain and other central nervous system (SMR = 180). In addition, the study also found a signifi- cant mortality excess in emphysema (SMR = 179). On the other hand, the study did not find any excess in either respiratory cancer or lymphatic and hematopoietic cancer.

SL 067040

List f Tabl s

**Table**

1. Distribution of Vinyl Chloride Plants Studied by Product and Number of Workers

2. Distribution of Vinyl Chloride Plants and Vinyl Chloride Workers by Geographic Regions

3. Distribution by Vital Status as of 12/31/72 in Original Study

4. Distribution by Year of Birth of Cohort Members

5. Distribution of Year of Hire of Cohort Members

6. Distribution of Age at Hire of Cohort Members

7. Length of Employment as of 12/31/1982 of Cohort Members

8. Distribution of Vital Status of Current Study Cohort Members

9. Distribution of Year of Death of Current Study Cohort Members

10. Distribution of Age at Death of Current Study Cohort Members

11. Observed and Expected Deaths by Cause SMRs and Their 95% Confidence Limits for all Current Study Cohort Members

12. Observed Deaths by Cause and SMRs for all Current Study Cohort Members by Length of Vinyl Chloride Exposure

13. Observed Deaths by Cause and SMRs for all Current Study Cohort Members by Latency Since First Exposure to Vinyl Chloride

14. Observed Deaths by Cause and SMRs for all Current Study Cohort Members by Age at First Exposure to Vinyl Chloride

15. Observed Deaths by Cause and SMRs for all Current Study Cohort Members by Year of First Exposure to Vinyl Chloride

16. Observed Deaths by Cause and SMRs for all Current Study Cohort Members by Type of Plant

17. Characteristics of 37 Deaths From Cancer of the Liver

18. Characteristics of 23 Deaths From Cancer of the Brain and Other Central Nervous System

19. Characteristics of 41 Deaths From Emphysema

SL 067039

## INTRODUCTION

In 1974 three cases of angiosarcoma of the liver were reported among workers employed at a vinyl chloride (VC) polymerization plant in this country [Creech and Johnson 1974]. About the same time, similar cancerous hepatic effects were reported in laboratory animals exposed to vinyl chloride [Maltoni 1974]. Since then, a number of epidemiologic studies have confirmed the association between angiosarcoma of the liver and occupational exposure to vinyl chloride [Tabershaw and Gaffey 1974, Cooper 1981, Fox and Collier 1977, Waxweiler et al 1976]. In addition to angiosarcoma of the liver, a number of other cancer sites have also been implicated, including the overall digestive system [Theriault and Allard 1981, Chiazze et al 1977], the respiratory system [Monson et al 1974, Buffler et al 1979, Waxweiler et al 1976], lymphomas [Tabershaw and Gaffey 1974], and the brain and other central nervous system [Monson et al 1974, Waxweiler et al 1976, Cooper 1981, Byren 1976].

While there is little doubt about the relationship between occupational exposure to vinyl chloride and angiosarcoma of the liver, there is still controversy about the association between vinyl chloride and the other cancers mentioned above. A recent review paper indicated that the results for brain cancer were consistent with an etiologic role for vinyl chloride, whereas the data for lung cancer were not consistent with an etiologic role,

SL 067041

CMA Vinyl Chloride Study                           Pag  2

in that two studies with very high power yielded n gative results
[Beaumont and Breslow 1981].

In June, 1973, Tabershaw-Cooper Associates, under the
sponsorship of Chemical Manufacturers Association (CMA),
implemented an epidemiologic study of 8384 vinyl chloride workers
from 34 plants.  The study was planned and data were collected
before cases of hepatic angiosarcoma had been reported.  However,
because of the angiosarcoma report, preliminary results of the
study with only 85% follow-up were published [Tabershaw and Gaff y
1974].  It was concluded in that report that vinyl chloride might
be associated with cancer of digestive system (primarily
angiosarcoma), respiratory system, other and unspecified sites
(mainly central nervous system) and lymphomas.  The conclusion was
based not on statistically significant excesses, but on
comparisons between different exposure groups (high vs low, long
term vs short term).

The CMA study was subsequently enlarged to include 10,173
workers exposed to vinyl chloride from 37 plants belonging to 17
companies.  Vital status follow-up was also improved (5% unknown).
The results of the enlarged study were reported in 1981 by Cooper
[Cooper 1981].  In addition to the angiosarcoma excess, the author
concluded that there was a significant excess of tumors of the
brain and central nervous system, but the slight excesses in
respiratory cancer and lung cancer were inconclusive.
Furthermore, the author concluded that no significant changes were

SL 067042

**CMA Vinyl Chloride Study**                                    **Pag  3**

seen when the data were analyzed by latency.  Thus, it was stated
in the report: "The results suggest that, except for a proven
association with hepatic angiosarcoma and a strongly suggestive
association with central nervous system tumors, vinyl chloride
probably is not associated with significant excess cancers of
other sites."

Thus, the two reports [Tabershaw and Gaffey 1974, and Cooper
1981] based on the same study came to slightly different
conclusions.  Although both reports agreed that exposure to vinyl
chloride could result in angiosarcoma and, possibly, brain tumors,
the issues of digestive cancer (other than angiosarcoma), lung
cancer and lymphoma were not resolved.  Tabershaw and Gaffey based
their conclusion on comparisons between various groups and not on
statistically significant mortality ratios, whereas Cooper's con-
clusion was based on statistical findings.  However, in Cooper's
analysis, because of the lack of availability of appropriate
computer programs at that time, liver cancer was not analyzed as a
separate entity, and latency analyses were restricted to only
broad categories of cancer.  In particular, no latency analysis
was done for liver cancer or brain tumors.

A decade has passed since the original CMA study was
completed.  In order to monitor the mortality pattern of the
cohort of vinyl chloride workers and in an attempt to resolve some
of the outstanding issues, CMA contracted Environmental Health
Associates (EHA) to perform an epidemiologic update of the

SL 067043

**CMA Vinyl Chloride Study**                                        **Page 4**

original study. The updated study offered both an increased power (more person-years and an older cohort) and a longer latency due to the 10 additional years of observation. This report summarizes the conduct, statistical results and epidemiologic interpretation of the updated CMA study.

SL 067044

CMA Vinyl Chloride Study                          Page 5

## MATERIALS AND METHOD

### Original Study

The cohort consisted of 10,173 workers from 37 plants belong
to 17 companies.  (Since the original study has been completed,
the ownership of several plants has been changed.)  There were 11
plants which produced only vinyl chloride monomer (VCM), 18 plants
produced only polyvinyl chloride (PVC), 3 plants produced both,
and 5 plants produced homopolymers and copolymers.  The distribu-
tion of plants and the number of workers, by product, are shown in
Table 1.  The geographical distribution of plants is shown in
Table 2.  The majority of plants are located in the South.

To be eligible for the cohort, male employees at the 37
participating plants must satisfy the following criteria:

* exposed to VC for at least 1 year prior to 12/31/1972, and
* employed in or after 1942.

In the original study, the designation of jobs involving
exposure to VC was made by staff members at individual plants or
by corporate industrial hygienists.  In approximately two thirds
of the study population, employment records of all employees at
the plants were microfilmed by the original investigation team,

SL 067045

CMA Vinyl Chloride Study                                  Page 6

and exposd individuals wre identified through thes records
[Cooper 1981].  In the remaining portion of the population,
detailed employment information on exposed individuals was
provided by plant personnel on special forms.  A small portion of
these individuals were identified in the study only by a study
number with no personal identifiers available to the
investigators.

      The period of time in which the employees of a plant were
included in the study depended on the date it began making or
using VC and also on the earliest date when personnel records wer
complete for all employees, whichever was later.   This was done
to eliminate periods when there was differential record retention
of workers terminated, deceased, or retired, since such
differential record retention might result in a biased cohort.
The end of observation in the original study was December 31,
1972.

      In an attempt to characterize historical exposures,
individual jobs and job locations indicated by company personnel
as having exposure to VC were graded by company personnel in terms
of probable exposure on a scale of "high", "medium" and "low".
These terms were used to describe relative exposures within each
plant.  The original investigators acknowledged in their report of
the study that this approach failed to reconcile differences among
plant exposures [Tabershaw and Gaffey 1974].  In some plants it
was likely a "high" grading might have meant average exposures in

SL 067046

excess of 200 ppm while in others a "high" might have indicated
average exposures of about 50 ppm.  Actual levels were not known.

In acknowledging the weakness of this approach to exposure
characterization, the investigators stated in their published
report [Tabershaw and Gaffey 1974];

> "This subject classification is therefore of
> questionable validity in characterizing the exposure of
> a given worker.  For epidemiological purposes, however,
> those who have high scores can reasonably be expected,
> on the average, to have had the greatest exposure, while
> those with low scores will have had the least, even
> though the true exposure in each group may vary
> considerably from person to person".

SL 067047

CMA Vinyl Chlorid  Study                          Pag  8

Study Update

     For the update, Environmental Health Associates (EHA) was
provided with the following materials from the original study:

(1)    Computer cards containing subject ID numbers, date of
birth, vital status, employment status, number of years
worked, and exposure information.

(2)    Coded envelopes containing some or all of the following
data:

    - copies of personnel work histories
    - summary of demographic work-history information
forms
    - vital status search information including credit
bureau, department of motor vehicles, letters of
personal contact
    - death certificates

(3)    Working files for each plant containing correspondence
and notes.

(4)    Final reports and miscellaneous papers on vinyl
chloride.

SL 067048

CMA Vinyl Chloride Study                                        Page 9

    The vital status of this c hort as determined by the original study investigators can be seen in Table 3. These categories were used as the basis for this update. Vital status update was performed for those employees with vital status in the original study categorized as alive or unknown.

    In order to acquire update information from the participating plants, individual two-page worksheets were prepared on each employee requiring updated information. Page 1 of the worksheet included demographic information (i.e., subject ID number, name, social security number, date of birth, hire date, date last employed, employment status, vital status, date of death, place of death, and additional comments regarding employee). On Page 2, work histories, including dates and exposure to vinyl chloride, were coded. Although in the original study, exposures were classified as low, medium, or high, it was decided to classify jobs as either exposed or not exposed in the update. Exposure criteria were determined by the plant.

    Before being submitted to the respective plants, the worksheets were completed with as much information on the employees as was available from the summary form of the original study. The amount of information available varied greatly among plants. In particular, in the original study some plants had declined to provide the initial investigators with employee identification, i.e., name or social security number. Instead, they relied solely upon the study identification numbers. During

SL 067049

**CMA Vinyl Chloride Study**                                          **Page 10**

the update, th key to the identification numbers could not be
located for a small number (170) of individuals, and no update
could be done for these individuals. The level of detail of job
history information also differed from plant to plant.

Companies were contacted regarding their participation in the
update. Five plants with a total of 803 workers did not
participate in the update. Thus, the number of participating
plants in the update was 32 with 9370 individuals. The worksheets
were sent to the appropriate plant contact persons for
distribution to the participating plants. Plant personnel were
asked to:

(1)  Verify the accuracy of the information provided.

(2)  Add any necessary information not previously collected,
     including name and social security number for
     unidentified employees.

(3)  Provide updated information, such as vital status,
     employment status, and job history exposure.

As the worksheets were returned by each of the plants, they
were reviewed. Any obvious discrepancy was followed up with the
plant personnel. Some plants specifically notified us and others
seemed to indicate by their worksheets that they did not verify
information on a small number of individuals (approximately 170)

SL 067050

CMA Vinyl Chloride Study                                    Page 11

collected in the initial study.  Employment and vital status
information as provided on the worksheets was then entered into
the computer.

Names and social security numbers of individuals with unknown
or alive vital status in the original study were sent to Social
Security Administration for follow-up.  This group was
simultaneously submitted to the National Death Index for
identification of any death occurring since 1979.

Based on the plant, Social Security Administration and
National Death Index follow-ups, requests for copies of death
certificates were sent to the appropriate state vital statistics
departments.

The underlying cause of death from each death certificates
was coded by EHA's nosologist according to the 7th Revision of the
International Classification of Diseases (ICD), the revision used
in the original study.  As mentioned below, the statistical
calculations were performed by the standard computer package,
OCMAP [Marsh and Preininger 1980].  The mortality rates in the
OCMAP program were derived from a similar program [Monson 1974].
These are age-race-sex-year-cause-specific mortality rates for the
U.S.  Since these rates spanned over several ICD revisions, they
were converted into a single ICD revision, either the 7th or the
8th, through the use of the comparability ratios published by the
National Center for Health Statistics (NCHS).  In using the OCMAP

SL 067051

**CMA Vinyl Chloride Study**                                    **Page 12**

comput r program, the users can choose eith r th  7th or the 8th
revision.  Since the deaths in the original study were coded to
the 7th revision, it would seem logical to use the rates in the
7th revision in the program, and to code the new deaths in our
update according to the 7th revision.

After the vital status information (date and cause of death)
was updated in the database, the data were thoroughly reviewed and
edited to check for consistency, logical sequence of dates,
impossible and improbable values.  Errors detected in data edit
were corrected.

The most common summary index for assessing the risk of death
in a cohort study is the Standardized Mortality Ratio (SMR).
Basically, the number of deaths occurring in the study population
during the observation period is compared with the number of
deaths which would have been expected if, after adjusting for age
and time period, the study population had had the same mortality
experience as a comparable non-exposed population.  During the
observation period, the cohort members entered the study at
different points in time, and some died prior to the end of
follow-up.  For these reasons, cohort members were observed for
various lengths of time.  Therefore, both the number of persons,
as well as their individual length of time under observation, must
be considered.

SL 067052

Case 3:08-cv-00612-RET-SCR    Document 68    01/01/10    Page 120 of 173

T utilize fully the period of observation for ach member and to properly weigh the SMR, the analysis utilizes the concept of "person-years". The basic unit of computation is the number of years each employee was followed, from entry into the study to the end of the study period or the date of death (whichever was earlier). For those "lost to follow-up", person-years of observation are counted up to the last date of contact, which is usually the termination date. Thereafter, those individuals are taken out of the analysis. This amounts to assuming that the mortality experience of these individuals is similar to that of the rest of the cohort. Each year (or fraction thereof) contributed by an individual worker is classified by age and calendar year, and these person-years of all workers are then summed by age and calendar year. The U.S. national age-cause specific mortality rates for 5-year time periods are applied to those person-years to obtain the number of deaths from a particular cause to be expected from an equal number of person-years of the same sex and similar in age and calendar year.

SMRs are computed by expressing the deaths actually observed as percentages of the expected. An SMR higher (lower) than 100 indicates an excess (deficit) in mortality. The deviation from 100 is tested to determine whether it is statistically significant at the 0.05 and 0.01 level. Both 95% and 99% confidence limits for the SMRs are also calculated. The actual computation was performed using the OCMAP computer program [Marsh and Preininger, 1980].

SL 067053

CMA Vinyl Chloride Study                                          Pag  14
RESULTS

## Descriptive Statistics

Included in the analysis were 10,173 individuals who satisfied the original cohort criteria. Of the 10,173, no race information was available from the original study for 9507. These were either "assumed" white or unknown. Specific race information was available for 666 individuals. The majority (97%) of those with known race were white males. The entire cohort was assumed to be white in our analyses. The small number of known non-whites would not have any impact on the analyses.

Table 4 presents the birth year distribution for all cohort members. The majority of the cohort was born during the 1920s through the 1940s. Only some 10% were born after 1945.

Distribution by year of hire for the entire cohort is given in Table 5. Major hiring at the participating plants occurred in the 1940s through the 1960s. Almost half of the cohort (46%) were hired before 1955, thus providing a possible latency of up to almost 30 years for this group.

Distribution of age at hire for the entire cohort is shown in Table 6. Approximately 70% of the cohort were hired before age 30. On the other hand, less than 5% were hired after age 44.

SL 067054

CMA Vinyl Chloride Study                                    Page 15

The distribution by length of employment for the entire
cohort is presented in Table 7. Over 66% of the cohort was
employed for 10 years or more, and only 21% were employed for less
than 5 years. The average length of employment for the entire
cohort was approximately 16 years.

The vital status of the cohort as of 31 December 1982 is
given in Table 8. As of the end of the study period, 6939 among
those with updated vital status were still alive. A total of 1536
individuals were identified to have died during the study period.
Among these, death certificates were obtained for all except 97
deaths (6.3% of all deaths). Of the 1536 deaths, 707 were
identified in the original study and 829 in the update. As
mentioned earlier, 973 were not subject to follow-up in the
update, either due to the lack of personal identifiers (170) or
non-participation of the plants (803). Among those with updated
follow-up, the vital status as of December 31, 1982, of 725
individuals (7.88%) remained unknown. It should also be pointed
out that, of the 973 individuals who were not subject to a follow-
up in the update, 955 were known to be alive on 12/31/1972, the
end day in the original study. As such, person-years up to
12/31/1972 for these individuals could be counted in the analysis.

Tables 9 and 10 provide a breakdown of the decedents by year
of death and age at death, respectively. As expected, there was a
temporal increase in the number of deaths, because of the aging of
the cohort.

CMA Vinyl Chloride Study                              Pag  16

## Cause-Specific Mortality Analysis

As mentioned earlier, race was not available for all individuals from the previous study. However, there were very few known non-whites (3%) among the employees at the participating plants. For the analysis, the entire cohort was assumed to be white.

In the study, a total of 1536 deaths were identified. Death certificates were obtained for 1439 (94%) decendents. The 97 deaths without death certificates, but with dates of death, were coded as cause unknown. These deaths were included in the calculation of overall SMRs, but not in any cause-specific SMRs.

### Entire Cohort

The observed and expected deaths by cause, SMRs and their 95% confidence limits for the total cohort are presented in Table 11. The 1536 deaths observed produced an overall SMR of 90.07, which was significantly low (p < 0.01) in comparison with the U.S. national mortality experience. Furthermore, the confidence limits indicate that we are 95% confident that the overall mortality of the total cohort was 5.3% - 14.4% less than that of the U.S. population as a whole.

SL 067056

CMA Vinyl Chloride Study                                      **Page 17**

Mortality from cancer of all sites combined was slightly, but not significantly, higher than the U.S. experience (359 observed vs. 341.73 expected, SMR = 105.1). The excess came primarily from the following sites: cancer of the liver and biliary tract (hereafter refer to as "liver"), and cancer of the brain and other central nervous system. For cancer of the liver, 37 deaths were observed, compared to only 5.77 expected. The corresponding SMR was 641.2, significant at the 0.01 level. For cancer of the brain and other central nervous system, 23 deaths were observed and 12.76 expected; with an SMR of 180.2 (significant at 0.05 level).

No other cancer sites showed any statistically significant excess. In particular, there was no excess found in cancer of the respiratory system. There were 115 deaths observed due to cancer of the respiratory system, compared to 122 deaths expected, with an SMR of 94.1. For the digestive system, except for liver, there was no excess found in any other organs. Mortality from all lymphatic and hematopoietic cancer was as expected (37 observed, 36.28 expected, SMR = 102.0).

There was a significant deficit in mortality from all diseases of the circulatory system. The number of observed deaths was 635, compared to 721.28 expected (SMR = 88.0, p < 0.01). The deficit came primarily from arteriosclerotic heart disease (SMR = 81.6, p < 0.01).

SL 067057

Although mortality from all non-malignant respiratory diseases showed a slight non-significant deficit, the deficit from pneumonia was statistically significant (15 observed, 31.94 expected, SMR = 47.0). On the other hand, emphysema (including chronic obstructive pulmonary disease) showed a statistically significant excess. The number of observed deaths from emphysema was 41, compared to 22.83 expected, with an SMR of 179.6 ( p < 0.01).

A number of statistically significant deficits were observed in the following causes of deaths. For all diseases of the digestive system, 60 deaths were observed, compared to 95.58 expected (SMR = 62.8, p < 0.01). The deficit came mainly from cirrhosis of the liver (35 observed, 56.06 expected, SMR = 62.4). Mortality from diseases of genito-urinary system was significantly low (SMR = 44.1, p < 0.01). A statistically significant deficit was also observed in the category of all external causes of death. For this cause of death, 168 deaths were observed, compared to 225.97 expected (SMR = 74.3, p < 0.01). The deficit for external causes of death came mainly from the deficit in all accidents (108 observed, 150.16 expected, SMR = 71.9).

**Analysis By Length of Exposure**

The observed number of deaths and SMRs for the entire cohort by length of vinyl chloride exposure are presented in Table 12. No obvious increasing trends by length of exposure was identified

SL 067058

Case 3:08-cv-00612-RET-SCR    Document 68    01/01/10    Page 126 of 173

for any cause of death, except for cancer of the liver and perhaps cancer of the brain and other central nervous system.  For employees with less than 10 years of exposure, 6 deaths were due to cancer of the liver, with 3.30 expected.  The corresponding SMR of 182.1, although in excess, was not statistically significant. However, for those with 10 to 20 years of exposure, there were 20 observed deaths due to cancer of the liver, with only 1.62 expected.   The liver SMR for this group was 1235.6, statistically significant at the 0.01 level.  For those employees with more than 20 years of exposure, 11 deaths were due to cancer of the liver, compared to only 0.86 expected (SMR = 1284.9, $p < 0.01$).

It should be pointed out that SMR for cancer of the large intestine was 169.4 for those with 20 or more years of exposure, but it was not statistically significant, mainly because the number of observed deaths was only 8.

For cancer of the brain and other central nervous system, among those employees with less than 10 years of exposure, 13 deaths were observed and 7.90 expected.  The brain cancer SMR for this group was 164.7, not significant at the 0.05 level.  Among those with 10 to 20 years of exposure, 4 deaths were due to cancer of the brain and other central nervous system, compared to 3.31 expected (SMR = 120.8, not significant).  However, for those employees with 20 or more years of exposure, there were 6 deaths, compared to only 1.55 expected.  The brain cancer SMR for this exposure group was 385.9 ($p < 0.05$).

SL 067059

Case 3:08-cv-00612-RET-SCR    Document 47-8    06/03/2009    Page 126 of 173

For emphysema, among those employees with less than 10 years of exposure there were 25 observed deaths while 11.97 were expected. The corresponding SMR in this group was 208.9, statistically significant at the 0.01 level. For those with 10 to 20 years of exposure, there were 11 deaths due to emphysema, compared to 6.59 expected (SMR = 166.8, not significant). For the group with more than 20 years of exposure, the number of emphaysema deaths was 5, slightly more than the 4.27 expected (SMR = 117.1, not significant).

## Analysis By Latency

Long latent periods are usually required for chronic diseases to develop. In many situations, it is more appropriate to examine mortality experience only after a certain lag time has elapsed. Table 13 presents observed deaths by cause and SMRs for all cohort members by latent period since first exposure.

It appears from Table 13 that the only obvious trend by latency is that for cancer of the liver. For those employees with a latency of less than 20 years, there were 10 liver cancer deaths, compared to 2.59 expected. The corresponding liver cancer SMR in this group was 385.7, p < 0.01. For those with 20 to 30 years of latency the number of observed liver cancer deaths was 11, while the expected number was only 1.86 (SMR = 590.1, p < 0.01). The SMR for those employees with a latency longer than 30

SL 067060

years was even higher. The number of observed liver cancer deaths
in this group was 16, while only 1.31 was expected, giving an SMR
of 1218.3, p < 0.01.

For cancer of the brain and other central nervous system, the
trend by latency was not at all obvious. The brain cancer SMRs
were 183.8, 158.3, and 210.7, respectively, for those employees
with less than 20, 20 to 30, and 30 or more years of latency.
Furthermore, none of the three SMRs by latency was statistically
significant.

The analysis by latency for emphysema also did not show any
obvious trend. Among those employees with a latency of less than
20 years, 11 deaths were due to emphaysema, compared to 6.99
expected (SMR = 157.5, not significant). For the group with a
latency of 20 to 30 years, however, the observed number of deaths
due to emphysema was 17, compared to an expected of only 8.58.
The corresponding emphysema SMR for this group was 198.0,
statistically significant at the 0.05 level. Finally, for the
group with 30 or more years of latency, 13 deaths were due to
emphaysema and 7.26 were expected. The corresponding emphysema
SMR was 179.0, not statistically significant.

**Analysis By Age At First Exposure**

Table 14 shows the cause-specific SMRs by age at first
exposure. There were 3652 cohort members who were first exposed

SL 067061

CMA Vinyl Chlorid Study                                      Page 22

to vinyl chl ride at an age less than 25 years.  In this group,
there were 10 liver cancer deaths, while the expected was only
0.62.  The corresponding liver cancer SMR for this group was
1611.0, statistically significant at the 0.01 level.  Among thos
employees who were exposed to vinyl chloride between the age of 25
to 34, 16 liver cancer deaths were observed, while only 1.97 was
expected (SMR = 813.2, p < 0.01).  On the other hand, for those
employees who were exposed to vinyl chloride after age 35, the
liver cancer SMR was 345.7 (11 observed verses 3.18 expected, p <
0.01).  Thus, liver cancer risk in this cohort depended inversely
on age at first exposure.

    On the other hand, for cancer of the brain and other central
nervous system, the trend by age at first exposure appeared to be
opposite to that for liver cancer.  Among those cohort members who
were first exposed to vinyl chloride at an age less than 25 years,
the SMR for brain cancer was 110.8 (3 observed verses 2.71
expected, not significant).  The brain cancer SMR increased
slightly to 164.8 (9 observed verses 5.46 expected, not
statistically significant) for those who were first exposed to
vinyl chloride between age 25 to 34.  For those who were first
exposed at age 35 or older, the brain cancer SMR of 239.5 (11
observed vs 4.59 expected) was statistically significant at the
0.05 level.

    Similarly, emphysema risk in the cohort seemed to be directly
dependent on age at first exposure.  For the group whose age at

SL 067062

first exposure was less than 25 years, the emphysema SMR was 106.5
(2 observed vs 1.88 expected, not significant). The emphysema SMR
increased slightly to 160.0 (12 observed vs 7.5 expected, not
significant) for the group whose first exposure occurred between
age 25 to 34. However, emphysema risk was two-fold in the group
whose first exposure occurred at age 35 or older. In this group
the observed emphaysema death was 27, while the expected was 13.46
(SMR 200.7, p < 0.01).

Based on an inspection of Table 14, no other obvious
relationship could be detected between cause-specific SMR and age
at first exposure.

## Analysis By Calendar Year of First Exposure

The cause-specific SMRs by calendar year of first exposure
are presented in Table 15. For those employees who were first
exposed to vinyl chloride before 1950, there were 27 observed
liver cancer deaths, compared to 3.46 expected (SMR = 779.6, p <
0.01). The risk of liver cancer was greatly reduced for those
employees who were exposed to vinyl chloride after 1950. For
those who were first exposed between 1950 to 1959, the SMR was
440.1 (7 observed vs 1.59 expected, p < 0.01), and for those who
were exposed in or after 1960, the SMR was 418.9 (3 observed vs
0.72 expected, not statistically significant). Thus, liver
cancer risk for those who were exposed before 1950 was almost

SL 067063

twice as that for thos  who were exposed th reafter, which might
be latency or exposure related.

For cancer of the brain and other central nervous system,
Table 15 indicates that the reverse, compared to liver cancer, was
true.  For those who were first exposed before 1950 and between
1950 and 1959, the brain cancer SMRs were 156.4 and 163.8,
respectively.  On the other hand, the SMR for cancer of the brain
and other central nervous system in the group of employees who
were exposed to vinyl chloride in or after 1960 was 256.3 (7
observed verses 2.73 expected, $p < 0.05$).

Finally, for emphysema, there appeared to be no relationship
between SMR and calendar year of first exposure.  The emphysema
SMRs were 173.7, 189.3 and 186.8 for those who were first exposed
before 1950, between 1950 and 1959, and in or after 1960,
respectively.  Only the SMR for those who were first exposed
before 1950 was statistically significant.  The SMR for those who
were first exposed between 1950 and 1959 was close to statistical
significance (p   0.05).

There is no other obvious relationship between cause-specific
SMR and calendar year of first exposure in Table 15.

SL 067064

Case 3:08-cv-00612-RET-SCR   Document 68   01/01/10   Page 132 of 173

As indicated earlier, there were 11 plants which produced
only VCM, and 18 plants produced only PVC.  In addition, 3 plants
produced both VCM and PVC, and the remaining 5 plants produced
other forms of vinyl chloride.  Table 16 shows the cause-specific
SMRs for those plants which produced only VCM as well as for those
plants which produced only PVC.  Although there were 11 VCM plants
in the study, the total number of the individuals included was
only 1214.  In this cohort of VCM employees, only 1 liver cancer
death was observed, compared to 0.31 expected.  Although the SMR
was 325.8, it was not statistically significant because of the
small number.  There were 6849 employees from the 18 plants which
produced only PVC.  The number of observed death due to liver
cancer was 31, while the expected was 4.47 (SMR = 693.3, $p <$
0.01).  Among the VCM employees, 12 deaths were due to respiratory
cancer compared to 7.71 expected.  The corresponding SMR was
155.7, but it was not statistically significant.  For the PVC
employees, 85 deaths were due to respiratory cancer, when 92.54
were expected (SMR = 91.8, not statistically significant).  There
were only 2 brain cancer deaths in the VCM employees, compared to
0.91 deaths expected (SMR = 219.5, not significant).  For the
cohort of PVC employees, 16 deaths were due to brain cancer and
other central nervous system, when only 9.47 were expected.  The
corresponding SMR was 169.0, p  0.05.  Only one emphysema death
was observed among the VCM employees.  On the other hand, a total

SL 067065

Case 3:08-cv-00612-RET-SCR   Document 47-8   06/05/2009   Page 132 of 173

CMA Vinyl Chloride Study

of 29 deaths were due t emphysema among the PVC employees compared to 17.75 expected (SMR = 163.4, $p < 0.05$).

SL 067066

Case 3:08-cv-00612-RET-SCR   Document 68   01/01/10   Page 134 of 173

DISCUSSION

As stated earlier, this study update was intended to
monitor the mortality experience of the CMA cohort of vinyl
chloride workers.  In addition, we also attempted to address some
of the unresolved epidemiologic issues regarding exposure to vinyl
chloride.  The unresolved issues include the relationship between
exposure to vinyl chloride and lung cancer, as well as lymphatic
and hematopoietic cancer.  The update extended the observation
period from the end of 1972 to the end of 1982.  In addition to
the 707 deaths identified in the original study, 829 deaths were
identified in the update, 1973-1982; bringing the total number of
deaths in the entire study to 1536.  With these newly identified
deaths, we now can answer some of the questions that were raised
in previous studies.

The cohort as a whole continued to experience a favorable
overall mortality experience.  In the entire cohort, 1536 deaths
were identified, compared to the expected number of deaths of
1705, based on the U.S. vital statistics.  The overall SMR for the
cohort was 90, indicating that the cohort enjoyed a 10% mortality
deficit when compared to the U.S. population.  On the other hand,
a number of specific causes of death indicated a significant
excess.  For the entire study, 37 liver and biliary cancer deaths
were observed, compared to only 5.77 expected.  The liver cancer
SMR was 641.2, statistically significant at the 0.01 level.  This
SMR was very similar in magnitude to the combined relative risk of

SL 067067

5.17 for liver cancer estimated by Beaumont and Breslow [1981] in their recent review of previous epidemiologic studies.  In addition, analysis by length of exposure indicated that employees who were exposed to vinyl chloride for 10 or more years experienced a 12-fold liver cancer risk.  Analysis by latency also demonstrated an increasing trend.  Cooper [1981] did not find "any striking changes in malignant patterns", when he analyzed the data for those with 20-25 years of latency in the CMA cohort.  Contrary to his findings, our analysis demonstrated a marked increase in liver cancer risk with increasing latency.  For those with less than 20 years of latency, the liver cancer SMR was 385.7; for those with 20-30 years of latency, the SMR was 590.1; and for those with 30 or more years, the SMR was 1218.3.  Two probable reasons could have accounted for the lack of dependence on latency in Cooper's analysis.  First, the study at that time had only limited statistical power.  Second, Cooper did not analyze liver cancer separately, but rather studied the entire digestive system.

    In addition to length of exposure and latency, we also analyzed the data by age and year of first exposure.  Our analysis clearly indicated that liver cancer risk in our study depended inversely on age at first exposure.  For those who were exposed to vinyl chloride before age 25, the liver cancer SMR was 1611.0, almost 5 time the liver cancer SMR of 345.7 for those who were first exposed to vinyl chloride after age 35.  Analysis by calendar year of first exposure also indicated that a higher risk of liver cancer was associated with earlier exposure.  For those

SL 067068

who were first exposed to vinyl chloride before 1950, the liver cancer SMR was 779.6, almost twice as the SMR of 418.9 for those who were first exposed to vinyl chloride in or after 1960.

The 37 liver cancer deaths are listed in Table 17.  Among these 37 liver cancer deaths, the duration of exposure ranged from 2.6 years to 27.4 years, and latency from 12 years to 45 years.

A total of 15 angiosarcoma deaths were identified in the study based on death certificate information only.  The duration of exposure among the angiosarcoma cases ranged from 4.2 years to 23.7 years.  Two plants (Plants 25 and 33) contributed a total of 14 angiosarcoma cases.  Even though these two plants were the largest among the participating plants (contributed a total of 3533 employees to the study), the number of angiosarcoma cases from these two plants was still disproportionally large.  The concentration of the angiosarcoma cases in two plants might indicate that the exposure at these two plants was different from other plants.  Another explanation could lie in the difference in local diagnostic practice.  A detailed investigation in this area would require a review of all available pathology reports, tissue samples, diagnostic tests, etc.; which would be beyond the scope of the present study.

With regards to liver and biliary tract cancer, there was still an excess even if angiosarcoma cases were eliminated.  Based

SL 067069

on the death c rtificates, there were 15 other liv r cancer cases
(4 hepatomas, 1 hepatocellular carcinoma, 2 hepatic carcinoma, 7
carcinoma of the liver, and 1 metastatic liver cancer of unknown
primary). There were 7 biliary tract cancers (2 carcinoma of
common bile duct, 3 adenocarcinoma of gall bladder, 1
cholangiocarcinoma, and 1 carcinoma of the biliary system).
Excluding the 15 angiosarcomas, there were 22 cases of liver and
biliary tract cancers with only 5.7 expected for an SMR of 386.0
(p < 0.01). The above cited liver cancer diagnoses based on death
certificates probably included cases of angiosarcoma which were
not properly diagnosed.

While angiosarcoma of the liver was the main concern as the
primary cancer associated with vinyl chloride exposure, there was
also an excess of cancer of the biliary tract (including gall
bladder) among this cohort. According to the Third National
Cancer Survey incidence data, 52% of all hepatobiliary cancers are
liver, while 48% arise from the biliary tract. According to these
figures, in our study 2.7 cases (non-age adjusted) would be
expected to be from the biliary tract whereas 7 cases were
reported for an observed/expected ratio (in %) of 256 (p < 0.05).
This increase in biliary tract cancer (independent of liver
cancer) in vinyl chloride workers has not been previously noted or
reported.

This update confirms the excess in cancer of the brain and
central nervous system. In the entire study, 23 deaths were due

SL 067070

to brain cancer, compared to 12.76 expected.  The corr sponding
SMR of 180.2, statistically significant at the 0.05 level, was
very similar to the SMR of 203 previously reported for the same
cohort by Cooper [1981], and the combined relative risk for
overall brain cancer of 1.74 estimated by Beaumont and Breslow
[1981], based on studies available to them at the time of their
review.  However, for those who were exposed to vinyl chlorid  for
more than 20 years, the brain cancer SMR was almost 4-fold; SMR =
385.9, statistically significant at the 0.05 level.  Our analysis
did not demonstrate any dependence of brain cancer mortality on
latency.  Contrary to our observation on liver cancer, a higher
brain cancer mortality risk was found among those who were exposed
after age 35 and who were exposed in or after 1960 than those who
were exposed before 1960 and at a younger age.  Based on the
limited exposure information available in this mortality study,
the implication of this difference in risk profile is not clear at
this point.

The 23 deaths due to cancer of the brain and central nervous
system are listed in Table 18.  The duration of exposure to vinyl
chloride in these 23 cases ranged from 1.0 year to 30.8 years, and
latency from 4 years to 41 years.  Approximately half (12) of the
cases came from Plants 25 and 33; both were PVC producers.
Similar to our observations in liver cancer, these two plants
produced a disproportionately large number of deaths from cancer
of the brain and other central nervous system, when compared to
the other participating plants in the study.

SL 067071

Results from this study also indicated that the cohort of vinyl chloride workers experienced a significant excess from emphysema (including C.O.P.D.) mortality.  For the entire cohort, 41 deaths were due to emphysema, compared to the expected 22.83. The corresponding SMR was 179.6, statistically significant at the 0.01 level.  The excess came mainly from those with less than 10 years of exposure.  In this group, 25 deaths were due to emphysema, with an SMR of 208.9, statistically significant at the 0.01 level.  In terms of age at first exposure, those who were first exposed at age 35 or older experienced a 2-fold risk, SMR = 200.7, statistically significant at the 0.01 level.  Analysis by type of plant indicates that the excess occurred among those plants which manufactured PVC.  Among the PVC workers, 29 deaths were due to emphysema, with an SMR of 163.4 (p < 0.05).

The 41 deaths due to emphysema are listed in Table 19.  The duration of exposure to vinyl chloride ranged from 1.2 years to 23.6 years, and latency from 4.1 years to 42 years.

Our findings of a statistically significant excess in emphysema mortality has not been previously reported by other investigators.  A number of investigators have reported pulmonary changes associated with polyvinyl chloride exposures as well as vinyl chloride monomer exposures.  These changes are generally characterized by the appearance of a low-grade pneumoconiosis on chest x-ray [Lilis, 1980 and 1981; Sortar et al, 1980; Lloyd et

SL 067072

CMA Vinyl Chloride Study                              Page 33

al, 1984; and Wagner and Johnson, 1981]. In addition, Gr th et al
[1981] found that polyvinyl chloride dust caused only a benign
pneumoconiosis in laboratory animals (rats, guinea pigs, and
monkeys). Only Miller et al [1976] reported decrease in airflow
rates among vinyl chloride polymerization plant employees. While
they found an age and exposure relationship, they found the same
prevalence rate of flow changes for both smokers and non-smokers
among individuals who were either more than 40 years of age or had
exposures for more than 20 years.

Unfortunately, based on the limited exposure information we
have in the present study, we are not able to provide further
explanation for the observed emphysema excess. In particular, we
do not have information on smoking history of the cohort members.
Therefore, cigarette smoking could not be ruled out as an
explanation for the excess. However, it must be pointed out that
there was no excess in lung cancer, which would imply that the
cohort did not have a higher percentage of smokers than the
general population.

One of the unresolved epidemiologic issues is the
relationship between occupational exposure to vinyl chloride and
respiratory cancer. Previous studies have provided conflicting
results on the issue of whether employees exposed to vinyl
chloride experienced a higher risk of respiratory cancer. Many of
the previous studies, which did not find an excess in lung cancer,
have been criticized for lack of statistical power. Our study,

SL 067073

being one of the largest studies of vinyl chloride workers, did
not indicate any excess in respiratory cancer. For the entire
cohort, 115 deaths were due to cancer of the respiratory system,
compared to 122.25 expected. The corresponding SMR was 94.5. Our
study, at the 0.05 significance level, has 80% statistical power
to detect an SMR for cancer of the respiratory system as small as
124. Therefore, we can conclude that our study has clearly
demonstrated that there is no relationship between occupational
exposure to vinyl chloride and cancer of the respiratory system.

Some of the previous studies have also shown an increased
risk of cancer of the lymphatic and hematopoietic system among
vinyl chloride workers, while others did not find such an excess.
In our study, 37 deaths were due to lymphatic and hematopoietic
cancer, compared to 36.28 expected. The corresponding SMR was
102.0. Our study, at the 0.05 significance level, has 80% power
to detect an SMR for lymphatic and hematopoietic cancer as small
as 145. Therefore, our study has adequate power to detect an
increased risk in lymphatic and hematopoietic cancer as small as
45%. Since we did not see any excess in the cohort as a whole or
in any other specific analysis by length of exposure or latency,
we conclude that there is no relationship between occupational
exposure to vinyl chloride and an increased risk for lymphatic and
hematopoietic cancer.

In closing, it should be pointed out that there are several
limitations in this study, most of which are typical of an

SL 067074

historical m rtality study of industrial populations.  The major
limitation of this study is the lack of exposure information for
the cohort members.  As such, analyses by detailed exposure were
not feasible.  In the original study, exposure was ranked by
individual plants into three categories, high, medium and low.
Because of the lack of standardization of exposure classifications
across plants and companies, it was decided by the CMA Task Force,
at the beginning of this update, not to utilize that exposure
characterization.  Instead, the CMA Task Force and EHA decided
at that time that the option of case-control studies would be
considered, should the results of the mortality study indicate
excesses in any cause-specific mortality.  Contrary to cohort
mortality studies, in case-control studies we deal with a limited
number of study subjects and it becomes both feasible and
practical to collect detailed exposure information on all study
subjects.  In addition, it may also be possible to collect other
information such as life style as well as occupations outside the
vinyl chloride industry.  Furthermore, it may also be possible to
review pathological reports, which would produce useful histo-
logical cell type information on liver cancer and cancer of the
brain and other central nervous system.  With this update, the
study has now identified enough cases of liver cancer and brain
cancer for futher case-control studies.  In addition, it may also
be useful to further investigate the relationship between
emphysema and occupational exposure to vinyl chloride in the form
of a case-control study.

SL 067075

Another limitation of th  study was that a small percentage of the cohort was lost to vital status follow-up. Among those who participated in the update, the vital status of 7.88% cohort members remained unknown as of December 31, 1982. In addition, among those who did not participate in the update, the vital status of 1.85% cohort workers remain unknown as of December 31, 1972, the end of the observation in the original study. A related limitation was that for 6% of all deaths identified in the study, no death certificate was available. Therefore, it was possible (but not very likely) that the missing information in vital status or cause of death could have modified the results of this study.

In the study, the entire cohort was assumed to be white, even though some might be non-white. Among those with race information, only 3% were non-white. However, if the actual number of non-white was larger, some of the results of this study might have been modified.

Finally, being a mortality study, this investigation not only inherited all the problems associated with death certificates (for example, diagnostic accuracy), but also suffered from the lack of in-depth clinical information. In particular, histologic information on the cell type of the liver cancers and brain cancers would have been useful in interpreting the epidemiologic findings.

SL 067076

**CONCLUSION**

This study has confirmed the relationships between
occupational exposure to vinyl chloride and liver and billiary
tract cancer as well as cancer of the brain and other central
nervous system.   For liver and billiary tract cancer, the cohort
as a whole experienced a 6-1/2-fold risk.   In the entire cohort,
15 deaths due to angiosarcoma of the liver were identified,
confirming the proven relationship between exposure to vinyl
chloride and this rare form of cancer.   For cancer of the brain
and other central nervous system, the cohort experienced an almost
2-fold risk.   In addition, the study has also found a significant
mortality excess from emphysema.   On the other hand, the study did
not find any relationship between occupational exposure to vinyl
chloride and cancer of the respiratory system or lymphatic and
hematopoietic cancer.

SL 067077

## Table 1

#### Distribution of Vinyl Chloride Plants Studied
#### by Product and Numbers of Workers

| Product of Products | Number of Plants | Number of Workers |
|---|---|---|
| Polyvinyl chloride (PVC) only | 18 | 6,848 |
| Vinyl chloride monomer (VCM) only | 11 | 1,214 |
| PVC and VCM | 3 | 935 |
| Copolymers, resins, with or without PVC and VCM | 5 | 1,176 |
| TOTALS | 37 | 10,173 |

SL 067078

## Table 2

Distribution of Vinyl Chloride Plants and Vinyl Chloride Workers
by Geographic Regions

| Region | Geographic Division | Number of Plants in Study | Number of Workers in Study |
|---|---|---|---|
| All regions | | 37 | 10,173 |
| Northeast | | 8 | 1,619 |
| North Central | | 6 | 1,872 |
| South | | 22 | 6,589 |
| West | | 1 | 93 |

SL 067079

**Table 3**

Distribution by Vital Status
as of 12/31/72 in Original Study

| Vital Status | | Number | Percent |
|---|---|---|---|
| Alive | | 8970 | 92.7% |
| Dead | | 707 | 7.3% |
| | with death certificates (669) | | |
| | without death certificates (38) | | |
| Unknown | | 496 | 4.9% |
| TOTAL | | 10,173 | 100% |

SL 067080

**Table 4**

Distribution by Year of Birth of Cohort Members

| Year of Birth | Frequency | Percent | Cumulative Frequency | Cumulative Percent |
|---|---|---|---|---|
| 1975-1979 | 2 | 0.02 | 2 | .02 |
| 1880-1884 | 11 | 0.10 | 13 | .12 |
| 1885-1889 | 24 | 0.23 | 37 | .35 |
| 1890-1894 | 63 | 0.61 | 100 | .96 |
| 1895-1899 | 95 | 0.93 | 195 | 1.89 |
| 1900-1904 | 198 | 1.94 | 393 | 3.83 |
| 1905-1909 | 431 | 4.23 | 824 | 8.06 |
| 1910-1914 | 739 | 7.26 | 1,563 | 15.32 |
| 1915-1919 | 1059 | 10.41 | 2,622 | 25.73 |
| 1920-1924 | 1391 | 13.67 | 4,013 | 39.40 |
| 1925-1929 | 1394 | 13.70 | 5,407 | 53.10 |
| 1930-1934 | 1206 | 11.85 | 6,613 | 64.95 |
| 1935-1939 | 1219 | 11.98 | 7,832 | 76.93 |
| 1940-1944 | 1384 | 13.60 | 9,216 | 90.53 |
| 1945-1949 | 819 | 8.05 | 10,035 | 98.58 |
| 1950-1954 | 138 | 1.35 | 10,173 | 99.93 |

SL 067081

**Table 5**

Distribution of Year of Hire of Cohort Members

| Year of Hire | Frequency | Percent | Cumulative Frequency | Cumulative Percent |
|---|---|---|---|---|
| 1915-1919 | 1 | 0.010 | 1 | 0.010 |
| 1920-1924 | 9 | 0.088 | 10 | 0.098 |
| 1925-1929 | 57 | 0.560 | 67 | 0.658 |
| 1930-1934 | 139 | 1.366 | 206 | 2.024 |
| 1935-1939 | 190 | 1.868 | 396 | 3.892 |
| 1940-1944 | 1042 | 10.243 | 1,438 | 14.135 |
| 1945-1949 | 1564 | 15.374 | 3,002 | 29.509 |
| 1950-1954 | 1697 | 16.681 | 4,699 | 46.109 |
| 1955-1959 | 1227 | 12.061 | 5,926 | 58.251 |
| 1960-1964 | 1162 | 11.422 | 7,088 | 69.673 |
| 1965-1969 | 2479 | 24.368 | 9,567 | 94.041 |
| 1970-1971 | 606 | 5.957 | 10,173 | 99.998 |



SL 067082

## Table 6

### Distribution of Age at Hire of Cohort Members

| Age at Hire | Frequency | Percent | Cumulative Frequency | Cumulative Percent |
|---|---|---|---|---|
| 10-14 | 4 | 0.039 | 4 | 0.039 |
| 15-19 | 807 | 7.933 | 811 | 7.972 |
| 20-24 | 3659 | 35.968 | 4,470 | 43.940 |
| 25-29 | 2607 | 25.627 | 7,077 | 69.567 |
| 30-34 | 1458 | 14.332 | 8,535 | 83.899 |
| 35-39 | 820 | 8.061 | 9,355 | 91.960 |
| 40-44 | 489 | 4.807 | 9,844 | 96.767 |
| 45-49 | 195 | 1.917 | 10,039 | 98.683 |
| 50-54 | 96 | 0.944 | 10,135 | 99.628 |
| 55-59 | 29 | 0.285 | 10,164 | 99.913 |
| 60-64 | 7 | 0.069 | 10,171 | 99.982 |
| 65-69 | 2 | 0.020 | 10,173 | 100.002 |

SL 067083

Table 7

Length of Employment as of 12/31/1982
of Cohort Members

| Length in Years | Frequency | Percent | Cumulative Frequency | Cumulative Percent |
|---|---|---|---|---|
| 1-4 | 2144 | 21.075 | 2,144 | 21.075 |
| 5-9 | 1277 | 12.553 | 3,421 | 33.628 |
| 10-14 | 1772 | 17.419 | 5,193 | 51.047 |
| 15-19 | 1298 | 12.759 | 6,491 | 63.806 |
| 20-24. | 1015 | 9.977 | 7,506 | 73.783 |
| 25-29 | 1315 | 12.926 | 8,821 | 86.709 |
| 30-34 | 920 | 9.044 | 9,741 | 95.753 |
| 35-39 | 345 | 3.391 | 10,086 | 99.390 |
| 40-44 | 80 | 0.786 | 10,166 | 99.930 |
| 45-49 | 7 | 0.069 | 10,173 | 99.999 |

SL 067084

**Table 7**

Length of Employment as of 12/31/1982
of Cohort Members

| Length in Years | Frequency | Percent |
|---|---|---|
| 1-4 | 2144 | 21.075 |
| 5-9 | 1277 | 12.553 |
| 10-14 | 1772 | 17.419 |
| 15-19 | 1298 | 12.759 |
| 20-24 | 1015 | 9.977 |
| 25-29 | 1315 | 12.926 |
| 30-34 | 920 | 9.044 |
| 35-39 | 345 | 3.391 |
| 40-44 | 80 | 0.786 |
| 45-49 | 7 | 0.069 |

SL 067085

**Table 8**

Distribution of Vital Status of Current Study Cohort Members

| | | | |
|---|---|---|---|
| Subject to Update | Alive (as of 12/31/1982) | 6939 | 75.42% |
| | Dead (as of 12/31/1982) | 1536 | 16.70% |
| |     Identified in original study (707)<br>    Identified in update (829) | | |
| | Unknown (as of 12/31/1982) | 725 | 7.88% |
| | Total (with updated vital status) | 9200 | 100% |
| Not Subject to Update | Alive (as of 12/31/1972) | 955 | 98.15% |
| | Unknown (as of 12/31/1972) | 18 | 1.85% |
| | Total (not subject to update) | 973 | 100% |

SL 067086

**Table 9**

Distribution of Year of Death of Current Study Cohort Members

| Year of Death | Frequency | Percent | Cumulative Frequency | Cumulative Percent |
|---|---|---|---|---|
| 1942-1944 | 2 | 0.130 | 2 | 0.130 |
| 1945-1949 | 7 | 0.456 | 9 | 0.586 |
| 1950-1954 | 52 | 3.385 | 61 | 3.971 |
| 1955-1959 | 79 | 5.143 | 140 | 9.114 |
| 1060-1964 | 134 | 8.724 | 274 | 17.838 |
| 1965-1969 | 253 | 16.471 | 527 | 34.309 |
| 1070-1974 | 325 | 21.159 | 852 | 55.468 |
| 1975-1979 | 408 | 26.563 | 1,260 | 82.031 |
| 1980-1982 | 276 | 17.969 | 1,536 | 100.000 |

SL 067087

**Table 10**

Distribution of Age at Death of Current Study Cohort Members

| Age | Frequency | Percent | Cumulative Frequency | Cumulative Percent |
|---|---|---|---|---|
| 20-24 | 5 | 0.326 | 5 | 0.326 |
| 25-29 | 32 | 2.083 | 37 | 2.409 |
| 30-34 | 28 | 1.823 | 65 | 4.232 |
| 35-39 | 60 | 3.906 | 125 | 8.138 |
| 40-44 | 108 | 7.031 | 233 | 15.169 |
| 45-49 | 159 | 10.352 | 392 | 25.521 |
| 50-54 | 212 | 13.802 | 604 | 39.323 |
| 55-59 | 226 | 14.714 | 830 | 54.064 |
| 60-64 | 272 | 17.708 | 1,102 | 71.772 |
| 65-69 | 200 | 13.021 | 1,302 | 84.793 |
| 70-74 | 130 | 8.464 | 1,432 | 93.257 |
| 75-79 | 66 | 4.297 | 1,498 | 97.554 |
| 80-84 | 31 | 2.018 | 1,529 | 99.572 |
| 85-89 | 4 | 0.260 | 1,533 | 99.832 |
| 90-94 | 2 | 0.130 | 1,535 | 99.962 |
| 95-99 | 1 | 0.065 | 1,536 | 100.027 |

SL 067088

TABLE 11

Observed and Expected Deaths by Cause
SMRs and Their 95% Confidence Limits for
All Cohort Members

| Cause of Death (7th ICDA) | Obs. Deaths | Expected Deaths | SMR | Lower Limit | Upper Limit |
|---|---|---|---|---|---|
| All Causes (1-999) | 1536 | 1705.27 | 90.1** | 85.6 | 94.7 |
| All Cancers (140-205) | 359 | 341.73 | 105.1 | 94.4 | 116.5 |
| Cancer of Buccal Cavity and Pharynx (140-148) | 12 | 11.55 | 103.9 | 53.5 | 181.3 |
| Cancer of Digestive System (150-159) | 99 | 89.21 | 111.0 | 90.2 | 135.1 |
| Cancer of Esophagus (150-150) | 7 | 8.07 | 86.7 | 34.8 | 178.8 |
| Cancer of Stomach (151-151) | 10 | 16.01 | 62.5 | 30.0 | 114.8 |
| Cancer of Large Intestine (153-153) | 20 | 28.79 | 69.5 | 42.4 | 107.4 |
| Cancer of Liver and Biliary Tract (155-156) | 37 | 5.77 | 641.2** | 450.3 | 884.6 |
| Cancer of Pancreas (157-157) | 16 | 18.40 | 87.0 | 49.7 | 141.2 |
| Cancer of Respiratory System (160-164) | 115 | 122.25 | 94.1 | 77.6 | 113.0 |
| Cancer of Lung (162-163) | 111 | 115.87 | 95.8 | 78.7 | 115.5 |
| Cancer of Bone (196-196) | 2 | 1.81 | 110.5 | 13.4 | 398.8 |
| Cancer of Skin (190-190) | 6 | 7.36 | 81.5 | 29.9 | 177.5 |
| Cancer of Prostate (177-177) | 15 | 15.20 | 98.7 | 55.1 | 162.9 |
| Cancer of Bladder (181-181) | 5 | 8.46 | 59.1 | 19.1 | 138.1 |
| Cancer of Kidney (180-180) | 11 | 9.06 | 121.4 | 60.7 | 217.3 |
| Cancer of Brain and CNS (193-193) | 23 | 12.76 | 180.2* | 114.1 | 270.6 |
| Lymphatic & Hematopoietic Cancer (200-205) | 37 | 36.28 | 102.0 | 71.6 | 140.7 |
| Lymphosarcoma and Reticulosarcoma (200-200) | 11 | 7.98 | 137.9 | 69.0 | 246.7 |
| Hodgkin's Disease (201-201) | 3 | 5.45 | 55.0 | 11.3 | 161.0 |
| Leukemia & Aleukemia (204-204) | 13 | 13.94 | 93.3 | 49.6 | 159.4 |
| Other Lymphatic Tissue Cancer (202-203)(205-205) | 10 | 8.37 | 119.4 | 57.4 | 219.5 |
| Benign Neoplasms (210-239) | 4 | 5.08 | 78.7 | 21.4 | 201.3 |
| Diabetes Mellitus (260-260) | 22 | 23.52 | 93.5 | 58.5 | 141.7 |
| Diseases of Blood (290-299) | 2 | 3.76 | 53.2 | 6.4 | 192.2 |
| Vascular lesions of CNS (330-334) | 70 | 91.93 | 76.1* | 59.5 | 96.3 |
| Diseases of Circulatory System (400-468) | 635 | 721.28 | 88.0** | 81.3 | 95.2 |
| Arteriosclerotic Heart Disease (420-420) | 488 | 597.73 | 81.6** | 74.5 | 89.2 |
| Nonmalignant Respiratory Disease (470-527) | 70 | 87.61 | 79.9 | 62.4 | 101.0 |
| Pneumonia (490-493) | 15 | 31.94 | 47.0** | 26.2 | 77.5 |
| Emphysema, including C.O.P.D. (527-527) | 41 | 22.83 | 179.6** | 128.8 | 243.8 |
| Diseases of Digestive System (530-586) | 60 | 95.58 | 62.8** | 47.9 | 80.8 |
| Cirrhosis of Liver (581-581) | 35 | 56.06 | 62.4** | 43.4 | 86.8 |
| Diseases of Genito-Urinary System (590-639) | 9 | 20.41 | 44.1** | 20.2 | 83.7 |
| Accidents, Poisonings, & Violence (800-998) | 168 | 225.97 | 74.3** | 63.5 | 86.5 |
| Accidents (800-962) | 108 | 150.16 | 71.9** | 58.9 | 86.9 |
| Motor Vehicle Accidents (810-835) | 52 | 72.03 | 72.2* | 53.8 | 94.8 |
| Suicide (963-963)(970-979) | 46 | 52.78 | 87.2 | 63.8 | 116.3 |

* Significant at 5% level
** Significant at 1% level

SL 067089

**TABLE 12**

**Observed Deaths by Cause and SMRs**

**for all Cohort Members by Length of Vinyl Chloride Exposure**

| Cause of Death (7th ICDA) | < 10 years Obs. | SMR | 10-20 years Obs. | SMR | 20 + years Obs. | SMR |
|---|---|---|---|---|---|---|
| All Causes (1-999) | 876 | 86.6** | 466 | 102.6 | 194 | 81.0** |
| All Cancers (140-205) | 180 | 93.0 | 114 | 121.6* | 65 | 119.3 |
| Cancer of Buccal Cavity and Pharynx (140-148) | 10 | 155.2 | 2 | 61.7 | 0 | --- |
| Cancer of Digestive System (150-159) | 37 | 73.7 | 35 | 140.9 | 27 | 190.8** |
| Cancer of Esophagus (150-150) | 6 | 135.7 | 1 | 44.1 | 0 | --- |
| Cancer of Stomach (151-151) | 5 | 54.1 | 4 | 89.8 | 1 | 43.3 |
| Cancer of Large Intestine (153-153) | 8 | 49.6* | 4 | 50.3 | 8 | 169.4 |
| Cancer of Liver and Biliary Tract (155-156) | 6 | 182.1 | 20 | 1235.6** | 11 | 1284.9** |
| Cancer of Pancreas (157-157) | 8 | 78.5 | 4 | 77.5 | 4 | 131.4 |
| Cancer of Respiratory System (160-164) | 62 | 92.6 | 38 | 111.3 | 15 | 71.0 |
| Cancer of Lung (162-163) | 59 | 93.0 | 37 | 114.4 | 15 | 74.6 |
| Cancer of Bone (196-196) | 1 | 87.3 | 1 | 221.9 | 0 | --- |
| Cancer of Skin (190-190) | 4 | 86.8 | 2 | 106.1 | 0 | --- |
| Cancer of Prostate (177-177) | 5 | 62.2 | 7 | 163.1 | 3 | 104.6 |
| Cancer of Bladder (181-181) | 5 | 109.2 | 0 | --- | 0 | --- |
| Cancer of Kidney (180-180) | 7 | 136.8 | 3 | 119.3 | 1 | 70.2 |
| Cancer of Brain and CNS (193-193) | 13 | 164.7 | 4 | 120.8 | 6 | 385.9** |
| Lymphatic & Hematopoietic Cancer (200-205) | 20 | 90.6 | 12 | 127.7 | 5 | 104.1 |
| Lymphosarcoma and Reticulosarcoma (200-200) | 7 | 147.5 | 4 | 183.8 | 0 | --- |
| Hodgkin's Disease (201-201) | 2 | 52.6 | 1 | 81.9 | 0 | --- |
| Leukemia & Aleukemia (204-204) | 8 | 93.7 | 3 | 83.7 | 2 | 110.4 |
| Other Lymphatic Tissue Cancer (202-203)(205-205) | 3 | 63.8 | 4 | 175.9 | 3 | 214.4 |
| Benign Neoplasms (210-239) | 3 | 94.6 | 1 | 77.1 | 0 | --- |
| Diabetes Mellitus (260-260) | 14 | 101.4 | 6 | 95.3 | 2 | 58.4 |
| Diseases of Blood (290-299) | 1 | 42.3 | 1 | 107.5 | 0 | --- |
| Vascular lesions of CNS (330-334) | 39 | 74.9 | 19 | 74.0 | 12 | 84.5 |
| Diseases of Circulatory System (400-468) | 335 | 82.3** | 216 | 106.5 | 84 | 75.3** |
| Arteriosclerotic Heart Disease (420-420) | 259 | 77.7** | 172 | 101.6 | 57 | 60.1** |
| Nonmalignant Respiratory Disease (470-527) | 47 | 95.7 | 16 | 66.7 | 7 | 48.2* |
| Pneumonia (490-493) | 12 | 63.4 | 2 | 23.4* | 1 | 22.3 |
| Emphysema, including C.O.P.D. (527-527) | 25 | 208.9** | 11 | 166.8 | 5 | 117.1 |
| Diseases of Digestive System (530-587) | 34 | 59.2** | 22 | 85.2 | 4 | 32.4* |
| Cirrhosis of Liver (581-581) | 20 | 59.8* | 13 | 85.1 | 2 | 27.2* |
| Diseases of Genito-Urinary System (590-639) | 6 | 46.2 | 3 | 58.6 | 0 | --- |
| Accidents, Poisonings, & Violence (800-998) | 126 | 77.1** | 36 | 76.9 | 6 | 37.9** |
| Accidents (800-962) | 84 | 76.5* | 22 | 72.6 | 2 | 20.0** |
| Motor Vehicle Accidents (810-835) | 45 | 82.4 | 6 | 44.7* | 1 | 24.9 |
| Suicide (963-963)(970-979) | 29 | 79.6 | 13 | 107.8 | 4 | 93.1 |

* Significant at 5% level

** Significant at 1% level

SL 067090

TABLE 13

Observed Deaths by Cause and SMRs
for all Cohort Members by Latency Since First Exposure to Vinyl Chloride

| Cause of Death (7th ICDA) | < 20 years Obs. | < 20 years SMR | 20-30 years Obs. | 20-30 years SMR | 30 + years Obs. | 30 + years SMR |
|---|---|---|---|---|---|---|
| All Causes (1-999) | 644 | 80.7** | 555 | 103.5 | 337 | 90.8 |
| All Cancers (140-205) | 130 | 93.2 | 133 | 113.4 | 96 | 113.0 |
| Cancer of Buccal Cavity and Pharynx (140-148) | 6 | 126.5 | 4 | 95.8 | 2 | 75.9 |
| Cancer of Digestive System(150-159) | 31 | 85.3 | 32 | 105.1 | 36 | 160.8* |
| Cancer of Esophagus (150-150) | 2 | 66.5 | 2 | 67.3 | 3 | 143.5 |
| Cancer of Stomach (151-151) | 4 | 54.7 | 4 | 77.9 | 2 | 56.1 |
| Cancer of Large Intestine (153-153) | 8 | 72.7 | 3 | 30.2* | 9 | 114.5 |
| Cancer of Liver and Biliary Tract (155-156) | 10 | 385.7** | 11 | 590.1** | 16 | 1218.3** |
| Cancer of Pancreas (157-157) | 5 | 70.0 | 7 | 107.6 | 4 | 84.2 |
| Cancer of Respiratory System (160-164) | 45 | 100.0 | 47 | 104.1 | 23 | 71.6 |
| Cancer of Lung (162-163) | 44 | 103.8 | 45 | 105.0 | 22 | 71.8 |
| Cancer of Bone (196-196) | 0 | --- | 1 | 197.4 | 1 | 342.3 |
| Cancer of Skin (190-190) | 2 | 49.4 | 2 | 92.4 | 2 | 173.5 |
| Cancer of Prostate (177-177) | 1 | 27.5 | 6 | 113.8 | 8 | 127.1 |
| Cancer of Bladder (181-181) | 1 | 36.2 | 2 | 67.5 | 2 | 73.3 |
| Cancer of Kidney (180-180) | 5 | 131.8 | 2 | 62.5 | 4 | 193.9 |
| Cancer of Brain and CNS (193-193) | 13 | 183.8 | 6 | 158.3 | 4 | 210.7 |
| Lymphatic & Hematopoietic Cancer (200-205) | 16 | 87.4 | 14 | 129.8 | 7 | 97.2 |
| Lymphosarcoma and Reticulosarcoma (200-200) | 7 | 170.2 | 3 | 121.2 | 1 | 72.1 |
| Hodgkin's Disease (201-201) | 2 | 51.5 | 1 | 90.9 | 0 | --- |
| Leukemia & Aleukemia (204-204) | 5 | 71.0 | 6 | 148.1 | 2 | 70.4 |
| Other Lymphatic Tissue Cancer (202-203)(205-205) | 2 | 63.7 | 4 | 134.8 | 4 | 176.6 |
| Benign Neoplasms (210-239) | 2 | 71.8 | 2 | 142.4 | 0 | --- |
| Diabetes Mellitus (260-260) | 12 | 113.5 | 7 | 94.1 | 3 | 54.4 |
| Diseases of Blood (290-299) | 1 | 50.7 | 1 | 97.1 | 0 | --- |
| Vascular lesions of CNS (330-334) | 23 | 66.1* | 20 | 66.1 | 27 | 100.4 |
| Diseases of Circulatory System (400-468) | 250 | 83.7** | 251 | 101.7 | 134 | 76.2** |
| Arteriosclerotic Heart Disease (420-420) | 201 | 83.9* | 200 | 95.7 | 87 | 58.4** |
| Nonmalignant Respiratory Disease (470-527) | 20 | 62.4* | 26 | 88.2 | 24 | 92.0 |
| Pneumonia (490-493) | 5 | 35.6* | 5 | 50.7 | 5 | 62.3 |
| Emphysema, including C.O.P.D. (527-527) | 11 | 157.5 | 17 | 198.0** | 13 | 179.0 |
| Diseases of Digestive System (530-587) | 27 | 54.6** | 15 | 49.3** | 18 | 114.6 |
| Cirrhosis of Liver (581-581) | 14 | 48.5** | 9 | 48.0* | 12 | 142.1 |
| Diseases of Genito-Urinary System (590-639) | 1 | 8.9** | 6 | 116.3 | 2 | 50.5 |
| Accidents, Poisonings, & Violence (800-998) | 123 | 74.3** | 37 | 84.7 | 8 | 47.5* |
| Accidents (800-962) | 82 | 73.2** | 18 | 66.0 | 8 | 74.0 |
| Motor Vehicle Accidents (810-835) | 42 | 73.8* | 7 | 61.9 | 3 | 77.9 |
| Suicide (963-963)(970-979) | 29 | 79.6 | 17 | 143.3 | 0 | --- |

* Significant at 5% level
** Significant at 1% level

SL 067091

TABLE 16

Observed Deaths by Cause and SMRs
for all Cohort Members by Type of Plant

| Cause of Death (7th ICDA) | VCM | | PVC | |
|---|---|---|---|---|
| | Obs. | SMR | Obs. | SMR |
| All Causes (1-999) | 76 | 71.8** | 1150 | 88.5** |
| All Cancers (140-205) | 24 | 113.9 | 272 | 104.6 |
| Cancer of Buccal Cavity and Pharynx (140-148) | 3 | 424.5 | 6 | 68.5 |
| Cancer of Digestive System (150-159) | 4 | 77.8 | 78 | 113.8 |
| Cancer of Esophagus (150-150) | 1 | 206.8 | 6 | 97.6 |
| Cancer of Stomach (151-151) | 0 | --- | 7 | 56.4 |
| Cancer of Large Intestine (153-153) | 0 | --- | 16 | 72.4 |
| Cancer of Liver and Biliary Tract (155-156) | 1 | 325.8 | 31 | 693.3** |
| Cancer of Pancreas (157-157) | 1 | 91.0 | 11 | 78.3 |
| Cancer of Respiratory System (160-164) | 12 | 155.7 | 85 | 91.8 |
| Cancer of Lung (162-163) | 11 | 150.1 | 82 | 93.5 |
| Cancer of Bone (196-196) | 0 | --- | 1 | 72.8 |
| Cancer of Skin (190-190) | 0 | --- | 6 | 110.6 |
| Cancer of Prostate (177-177) | 1 | 144.2 | 12 | 98.6 |
| Cancer of Bladder (181-181) | 0 | --- | 5 | 75.6 |
| Cancer of Kidney (180-180) | 1 | 172.7 | 8 | 116.9 |
| Cancer of Brain and CNS (193-193) | 2 | 219.5 | 16 | 169.0 |
| Lymphatic & Hematopoietic Cancer (200-205) | 0 | --- | 31 | 113.6 |
| Lymphosarcoma and Reticulosarcoma (200-200) | 0 | --- | 10 | 167.4 |
| Hodgkin's Disease (201-201) | 0 | --- | 3 | 74.3 |
| Leukemia & Aleukemia (204-204) | 0 | --- | 11 | 104.3 |
| Other Lymphatic Tissue Cancer (202-203)(205-205) | 0 | --- | 7 | 110.8 |
| Benign Neoplasms (210-239) | 0 | --- | 3 | 78.0 |
| Diabetes Mellitus (260-260) | 0 | --- | 14 | 77.9 |
| Diseases of Blood (290-299) | 0 | --- | 1 | 34.2 |
| Vascular Lesions of CNS (330-334) | 3 | 62.6 | 60 | 83.3 |
| Diseases of Circulatory System (400-468) | 26 | 62.0* | 463 | 83.6** |
| Arteriosclerotic Heart Disease (420-420) | 18 | 51.1** | 357 | 78.0** |
| Nonmalignant Respiratory Disease (470-527) | 1 | 20.4 | 54 | 79.5 |
| Pneumonia (490-493) | 0 | --- | 11 | 44.3** |
| Emphysema, including C.O.P.D. (527-527) | 1 | 82.6 | 29 | 163.4* |
| Diseases of Digestive System (530-587) | 4 | 61.9 | 46 | 64.2** |
| Cirrhosis of Liver (581-581) | 3 | 72.6 | 26 | 62.9* |
| Diseases of Genito-Urinary System (590-639) | 0 | --- | 6 | 37.4** |
| Accidents, Poisonings, & Violence (800-998) | 14 | 77.5 | 125 | 75.6** |
| Accidents (800-962) | 10 | 85.9 | 80 | 72.4** |
| Motor Vehicle Accidents (810-835) | 4 | 68.8 | 36 | 68.6* |
| Suicide (963-963)(970-979) | 4 | 95.0 | 34 | 88.2 |

* Significant at 5% level

** Significant at 1% level

SL 067094

TABLE 17

CHARACTERISTICS OF 37 DEATHS FROM CANCER OF THE LIVER AND BILIARY TRACT

| CASE No. | PLANT No. | CAUSE OF DEATH * | YEAR OF BIRTH | YEAR OF HIRE | YEAR OF FIRST EXP. | YEAR OF TERMINATION | YEAR OF DEATH | AGE AT DEATH | DURATION OF EXPOSURE | LATENCY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 42 | 155.X | 1922 | 1964 | 1964 | 1970 | 1980 | 58 | 6.4 | 16 |
| 2 | 30 | 156.X | 1900 | 1949 | 1950 | 1964 | 1966 | 66 | 14.7 | 16 |
| 3 | 15 | 156.X | 1912 | 1942 | 1959 | 1972 | 1979 | 66 | 12.6 | 19 |
| 4 | 27 | 155.X | 1914 | 1968 | 1968 | 1972 | 1981 | 66 | 4.2 | 12 |
| 5 | 26 | 155.X | 1921 | 1941 | 1949 | 1951 | 1981 | 59 | 2.6 | 32 |
| 6 | 26 | 155.X | 1916 | 1943 | 1948 | 1972 | 1981 | 65 | 24.5 | 33 |
| 7 | 19 | 155.X A | 1910 | 1947 | 1947 | 1967 | 1977 | 66 | 20.4 | 30 |
| 8 | 19 | 155.X | 1909 | 1946 | 1946 | 1970 | 1970 | 60 | 23.4 | 23 |
| 9 | 12 | 156.X | 1912 | 1946 | 1946 | 1962 | 1980 | 68 | 15.5 | 33 |
| 10 | 25 | 156.X A | 1921 | 1942 | 1944 | 1955 | 1974 | 52 | 10.5 | 29 |
| 11 | 25 | 155.X A | 1916 | 1937 | 1941 | 1965 | 1978 | 62 | 23.7 | 37 |
| 12 | 25 | 156.X A | 1923 | 1941 | 1946 | 1959 | 1982 | 58 | 13.1 | 35 |
| 13 | 25 | 156.X A | 1917 | 1936 | 1944 | 1965 | 1978 | 61 | 20.5 | 34 |
| 14 | 25 | 156.X | 1911 | 1933 | 1940 | 1959 | 1978 | 67 | 18.7 | 37 |
| 15 | 25 | 156.X A | 1922 | 1944 | 1944 | 1958 | 1968 | 45 | 13.9 | 23 |
| 16 | 29 | 155.X | 1903 | 1955 | 1955 | 1968 | 1968 | 65 | 13.1 | 13 |
| 17 | 33 | 156.X A | 1923 | 1947 | 1947 | 1965 | 1975 | 51 | 17.8 | 27 |
| 18 | 33 | 155.X A | 1927 | 1950 | 1950 | 1954 | 1969 | 41 | 4.2 | 18 |
| 19 | 33 | 156.X A | 1923 | 1947 | 1947 | 1959 | 1976 | 53 | 11.9 | 29 |
| 20 | 33 | 155.X | 1933 | 1955 | 1955 | 1970 | 1971 | 38 | 14.5 | 15 |
| 21 | 33 | 155.X | 1895 | 1945 | 1945 | 1960 | 1966 | 70 | 15.2 | 21 |
| 22 | 33 | 156.X A | 1912 | 1944 | 1944 | 1964 | 1964 | 52 | 19.8 | 19 |
| 23 | 33 | 155.X | 1924 | 1949 | 1949 | 1967 | 1968 | 44 | 17.8 | 18 |
| 24 | 33 | 155.X | 1912 | 1945 | 1945 | 1972 | 1973 | 60 | 27.4 | 27 |
| 25 | 33 | 155.X A | 1923 | 1949 | 1949 | 1970 | 1973 | 49 | 21.2 | 23 |
| 26 | 33 | 155.X A | 1915 | 1945 | 1945 | 1972 | 1973 | 58 | 27.1 | 28 |
| 27 | 33 | 156.X A | 1928 | 1962 | 1962 | 1972 | 1975 | 46 | 10.9 | 13 |
| 28 | 33 | 155.X A | 1931 | 1955 | 1955 | 1972 | 1980 | 49 | 16.8 | 25 |
| 29 | 18 | 155.X | 1928 | 1950 | 1950 | 1972 | 1982 | 53 | 21.8 | 31 |
| 30 | 18 | 155.X | 1896 | 1947 | 1947 | 1958 | 1980 | 84 | 11.3 | 33 |
| 31 | 25 | 156.X A | 1908 | 1942 | 1942 | 1958 | 1980 | 71 | 16.0 | 37 |
| 32 | 25 | 155.X | 1903 | 1928 | 1935 | 1942 | 1970 | 67 | 7.9 | 36 |
| 33 | 25 | 156.X | 1898 | 1932 | 1936 | 1951 | 1981 | 83 | 15.7 | 45 |
| 34 | 25 | 155.X | 1912 | 1941 | 1944 | 1962 | 1965 | 53 | 17.7 | 21 |
| 35 | 25 | 155.X | 1909 | 1929 | 1946 | 1968 | 1977 | 67 | 21.7 | 30 |
| 36 | 25 | 156.X | 1917 | 1937 | 1941 | 1962 | 1977 | 60 | 21.5 | 36 |
| 37 | 25 | 156.X | 1916 | 1943 | 1943 | 1951 | 1974 | 58 | 7.6 | 31 |

\* = 7th ICD CODES

A = ANGIOSARCOMA OF THE LIVER

SL 067095

## TABLE 18
### CHARACTERISTICS OF 23 DEATHS FROM
### CANCER OF THE BRAIN AND OTHER CENTRAL NERVOUS SYSTEM

| CASE No. | PLANT No. | CAUSE OF DEATH * | YEAR OF BIRTH | YEAR OF HIRE | YEAR OF FIRST EXP. | YEAR OF TERMINATION | YEAR OF DEATH | AGE AT DEATH | DURATION OF EXPOSURE | LATENCY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 15 | 193.X | 1905 | 1940 | 1962 | 1968 | 1972 | 67 | 5.7 | 10 |
| 2 | 6 | 193.X | 1940 | 1971 | 1971 | 1972 | 1976 | 35 | 1.4 | 4 |
| 3 | 27 | 193.X | 1927 | 1948 | 1958 | 1969 | 1975 | 49 | 10.6 | 17 |
| 4 | 26 | 193.X | 1922 | 1950 | 1955 | 1972 | 1980 | 57 | 17.2 | 24 |
| 5 | 9 | 193.X | 1929 | 1967 | 1967 | 1972 | 1972 | 43 | 5.3 | 5 |
| 6 | 2 | 193.X | 1913 | 1955 | 1957 | 1963 | 1968 | 54 | 6.7 | 11 |
| 7 | 12 | 193.X | 1897 | 1922 | 1954 | 1958 | 1958 | 61 | 4.2 | 4 |
| 8 | 39 | 193.X | 1920 | 1946 | 1964 | 1972 | 1978 | 58 | 8.6 | 14 |
| 9 | 29 | 193.X | 1932 | 1965 | 1965 | 1972 | 1973 | 40 | 7.0 | 7 |
| 10 | 33 | 193.X | 1926 | 1950 | 1950 | 1952 | 1970 | 43 | 2.7 | 20 |
| 11 | 33 | 193.X | 1917 | 1956 | 1956 | 1958 | 1971 | 54 | 1.5 | 15 |
| 12 | 33 | 193.X | 1909 | 1950 | 1950 | 1951 | 1959 | 50 | 1.0 | 9 |
| 13 | 33 | 193.X | 1947 | 1947 | 1947 | 1969 | 1971 | 57 | 22.6 | 24 |
| 14 | 33 | 193.X | 1919 | 1945 | 1945 | 1963 | 1963 | 44 | 17.6 | 17 |
| 15 | 33 | 193.X | 1913 | 1949 | 1949 | 1970 | 1971 | 58 | 20.7 | 21 |
| 16 | 33 | 193.X | 1908 | 1944 | 1944 | 1965 | 1979 | 70 | 20.6 | 34 |
| 17 | 33 | 193.X | 1931 | 1965 | 1965 | 1972 | 1978 | 46 | 7.7 | 13 |
| 18 | 33 | 193.X | 1920 | 1942 | 1942 | 1972 | 1973 | 53 | 30.8 | 31 |
| 19 | 18 | 193.X | 1921 | 1947 | 1948 | 1970 | 1971 | 49 | 22.9 | 23 |
| 20 | 43 | 193.X | 1922 | 1951 | 1969 | 1972 | 1979 | 56 | 3.9 | 10 |
| 21 | 25 | 193.X | 1905 | 1933 | 1933 | 1934 | 1974 | 69 | 1.2 | 41 |
| 22 | 25 | 193.X | 1897 | 1930 | 1935 | 1953 | 1956 | 59 | 18.3 | 22 |
| 23 | 25 | 193.X | 1910 | 1930 | 1935 | 1956 | 1967 | 57 | 21.9 | 32 |

* = 7th ICD CODES

SL 067096

TABLE 19

CHARACTERISTICS OF 41 DEATHS FROM EMPHYSEMA, INCLUDING C.O.P.D.

| CASE NO. | PLANT NO. | CAUSE OF DEATH * | YEAR OF BIRTH | YEAR OF HIRE | YEAR OF FIRST EXP. | YEAR OF TERMINATION | YEAR OF DEATH | AGE AT DEATH | DURATION OF EXPOSURE | LATENCY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 15 | 527.X | 1915 | 1938 | 1963 | 1972 | 1982 | 66 | 9.7 | 19 |
| 2 | 36 | 527.X | 1903 | 1946 | 1946 | 1968 | 1974 | 71 | 22.2 | 28 |
| 3 | 36 | 527.X | 1915 | 1953 | 1953 | 1970 | 1978 | 62 | 17.3 | 25 |
| 4 | 14 | 527.X | 1909 | 1953 | 1953 | 1954 | 1977 | 68 | 1.0 | 24 |
| 5 | 27 | 527.X | 1913 | 1962 | 1965 | 1972 | 1976 | 62 | 7.2 | 10 |
| 6 | 27 | 527.X | 1913 | 1948 | 1958 | 1972 | 1978 | 65 | 13.6 | 20 |
| 7 | 27 | 527.X | 1930 | 1955 | 1955 | 1956 | 1965 | 35 | 1.3 | 10 |
| 8 | 19 | 527.X | 1922 | 1961 | 1961 | 1969 | 1981 | 59 | 7.8 | 20 |
| 9 | 12 | 527.X | 1914 | 1951 | 1951 | 1972 | 1976 | 62 | 21.9 | 25 |
| 10 | 12 | 527.X | 1895 | 1936 | 1952 | 1960 | 1969 | 73 | 7.7 | 16 |
| 11 | 12 | 527.X | 1908 | 1951 | 1951 | 1962 | 1966 | 57 | 10.8 | 15 |
| 12 | 12 | 527.X | 1912 | 1942 | 1945 | 1947 | 1980 | 67 | 1.8 | 34 |
| 13 | 12 | 527.X | 1896 | 1943 | 1943 | 1948 | 1961 | 64 | 5.1 | 17 |
| 14 | 39 | 527.X | 1900 | 1946 | 1948 | 1960 | 1980 | 80 | 12.3 | 32 |
| 15 | 39 | 527.X | 1913 | 1940 | 1968 | 1970 | 1972 | 58 | 3.0 | 4 |
| 16 | 25 | 527.X | 1903 | 1932 | 1936 | 1960 | 1970 | 67 | 23.4 | 33 |
| 17 | 33 | 527.X | 1908 | 1947 | 1947 | 1952 | 1978 | 70 | 4.7 | 30 |
| 18 | 33 | 527.X | 1900 | 1944 | 1944 | 1948 | 1980 | 80 | 3.5 | 36 |
| 19 | 33 | 527.X | 1919 | 1947 | 1947 | 1954 | 1980 | 60 | 6.7 | 32 |
| 20 | 33 | 527.X | 1910 | 1953 | 1953 | 1958 | 1980 | 70 | 5.0 | 27 |
| 21 | 33 | 527.X | 1907 | 1942 | 1942 | 1943 | 1975 | 67 | 1.2 | 33 |
| 22 | 33 | 527.X | 1921 | 1947 | 1947 | 1949 | 1977 | 56 | 1.9 | 30 |
| 23 | 33 | 527.X | 1890 | 1943 | 1943 | 1955 | 1966 | 75 | 12.1 | 22 |
| 24 | 33 | 527.X | 1888 | 1945 | 1945 | 1953 | 1962 | 74 | 7.9 | 16 |
| 25 | 33 | 527.X | 1904 | 1947 | 1947 | 1967 | 1971 | 66 | 20.2 | 23 |
| 26 | 33 | 527.X | 1917 | 1943 | 1943 | 1967 | 1971 | 54 | 23.6 | 28 |
| 27 | 33 | 527.X | 1890 | 1947 | 1947 | 1955 | 1966 | 76 | 8.2 | 19 |
| 28 | 33 | 527.X | 1914 | 1945 | 1952 | 1971 | 1977 | 63 | 18.7 | 24 |
| 29 | 33 | 527.X | 1902 | 1953 | 1953 | 1966 | 1978 | 76 | 13.6 | 25 |
| 30 | 33 | 527.X | 1924 | 1953 | 1953 | 1972 | 1978 | 53 | 19.9 | 25 |
| 31 | 18 | 527.X | 1918 | 1964 | 1964 | 1967 | 1980 | 61 | 2.6 | 15 |
| 32 | 18 | 527.X | 1898 | 1946 | 1947 | 1959 | 1965 | 67 | 11.8 | 17 |
| 33 | 25 | 527.X | 1903 | 1931 | 1936 | 1947 | 1978 | 74 | 11.0 | 42 |
| 34 | 25 | 527.X | 1925 | 1948 | 1948 | 1950 | 1981 | 55 | 2.7 | 33 |
| 35 | 25 | 527.X | 1920 | 1946 | 1953 | 1962 | 1982 | 61 | 9.1 | 28 |
| 36 | 25 | 527.X | 1891 | 1944 | 1945 | 1954 | 1973 | 82 | 8.7 | 27 |
| 37 | 25 | 527.X | 1915 | 1936 | 1944 | 1949 | 1974 | 59 | 4.8 | 29 |
| 38 | 25 | 527.X | 1892 | 1943 | 1943 | 1957 | 1970 | 78 | 14.1 | 27 |
| 39 | 25 | 527.X | 1907 | 1942 | 1942 | 1945 | 1979 | 72 | 2.6 | 37 |
| 40 | 25 | 527.X | 1911 | 1937 | 1937 | 1939 | 1976 | 64 | 2.8 | 39 |
| 41 | 25 | 527.X | 1914 | 1936 | 1941 | 1942 | 1976 | 61 | 1.7 | 35 |

* = 7th ICD CODES

SL 067097

TABLE 14

Observed Deaths by Cause and SMRs

for all Cohort Members by Age at First Exposure to Vinyl Chloride

| Cause of Death (7th ICDA) | Age At First Exposure | | | | | |
|---|---|---|---|---|---|---|
| | < 25 years | | 25-34 years | | 35 + years | |
| | Obs. | SMR | Obs. | SMR | Obs. | SMR |
| All Causes (1-999) | 249 | 90.4 | 547 | 86.1** | 740 | 93.1 |
| All Cancers (140-205) | 45 | 94.7 | 151 | 117.5 | 163 | 98.1 |
| Cancer of Buccal Cavity and Pharynx (140-148) | 1 | 66.2 | 5 | 111.6 | 6 | 107.9 |
| Cancer of Digestive System(150-159) | 12 | 113.2 | 44 | 137.5 | 43 | 92.3 |
| Cancer of Esophagus (150-150) | 1 | 104.4 | 4 | 132.1 | 2 | 48.9 |
| Cancer of Stomach (151-151) | 0 | ... | 3 | 54.6 | 7 | 80.1 |
| Cancer of Large Intestine (153-153) | 0 | ... | 8 | 77.1 | 12 | 80.7 |
| Cancer of Liver and Biliary Tract (155-156) | 10 | 1611.0** | 16 | 813.2** | 11 | 345.7** |
| Cancer of Pancreas (157-157) | 1 | 44.7 | 6 | 88.0 | 9 | 96.4 |
| Cancer of Respiratory System (160-164) | 15 | 93.5 | 53 | 111.5 | 47 | 80.1 |
| Cancer of Lung (162-163) | 14 | 91.8 | 50 | 110.8 | 47 | 84.7 |
| Cancer of Bone (196-196) | 0 | ... | 2 | 298.3 | 0 | ... |
| Cancer of Skin (190-190) | 2 | 118.5 | 4 | 129.7 | 0 | ... |
| Cancer of Prostate (177-177) | 1 | 124.2 | 2 | 49.7 | 12 | 115.7 |
| Cancer of Bladder (181-181) | 1 | 142.8 | 1 | 37.3 | 3 | 59.1 |
| Cancer of Kidney (180-180) | 0 | ... | 6 | 169.0 | 5 | 119.0 |
| Cancer of Brain and CNS (193-193) | 3 | 110.8 | 9 | 164.8 | 11 | 239.5* |
| Lymphatic & Hematopoietic Cancer (200-205) | 7 | 99.7 | 15 | 105.4 | 15 | 99.9 |
| Lymphosarcoma and Reticulosarcoma (200-200) | 3 | 207.6 | 3 | 94.2 | 5 | 149.4 |
| Hodgkin's Disease (201-201) | 0 | ... | 1 | 43.6 | 2 | 130.3 |
| Leukemia & Aleukemia (204-204) | 3 | 113.0 | 6 | 113.2 | 4 | 66.8 |
| Other Lymphatic Tissue Cancer (202-203)(205-205) | 1 | 81.0 | 5 | 153.8 | 4 | 102.8 |
| Benign Neoplasms (210-239) | 0 | ... | 3 | 145.3 | 1 | 49.0 |
| Diabetes Mellitus (260-260) | 3 | 83.9 | 9 | 104.5 | 10 | 88.2 |
| Diseases of Blood (290-299) | 0 | ... | 0 | ... | 2 | 114.8 |
| Vascular Lesions of CNS (330-334) | 1 | 10.8** | 23 | 80.8 | 46 | 84.8 |
| Diseases of Circulatory System (400-468) | 86 | 98.1 | 198 | 76.0** | 351 | 94.1 |
| Arteriosclerotic Heart Disease (420-420) | 67 | 93.0 | 149 | 68.4** | 272 | 88.3* |
| Nonmalignant Respiratory Disease (470-527) | 7 | 69.2 | 19 | 63.0* | 44 | 93.0 |
| Pneumonia (490-493) | 5 | 113.9 | 2 | 18.1** | 8 | 48.4* |
| Emphysema, including C.O.P.D. (527-527) | 2 | 106.5 | 12 | 160.0 | 27 | 200.7** |
| Diseases of Digestive System (530-587) | 14 | 81.7 | 22 | 55.9** | 24 | 61.4* |
| Cirrhosis of Liver (581-581) | 10 | 91.0 | 12 | 49.1** | 13 | 63.0 |
| Diseases of Genito-Urinary System (590-639) | 2 | 63.7 | 1 | 14.2* | 6 | 58.5 |
| Accidents, Poisonings, & Violence (800-998) | 57 | 73.4* | 67 | 71.3** | 44 | 81.0 |
| Accidents (800-962) | 33 | 62.5** | 47 | 76.4 | 28 | 78.3 |
| Motor Vehicle Accidents (810-835) | 17 | 59.5* | 21 | 72.6 | 14 | 96.4 |
| Suicide (963-963)(970-979) | 16 | 101.1 | 17 | 75.3 | 13 | 90.3 |

* Significant at 5% level

** Significant at 1% level

SL 067092

**TABLE 15**

**Observed Deaths by Cause and SMRs**
**for all Cohort Members by Year of First Exposure to Vinyl Chloride**

| Cause of Death (7th ICDA) | < 1950 Obs. | < 1950 SMR | 1950-1959 Obs. | 1950-1959 SMR | 1960+ Obs. | 1960+ SMR |
|---|---|---|---|---|---|---|
| All Causes (1-999) | 862 | 95.5 | 454 | 89.3* | 220 | 74.8** |
| All Cancers (140-205) | 193 | 105.9 | 114 | 109.2 | 52 | 94.6 |
| Cancer of Buccal Cavity and Pharynx (140-148) | 4 | 65.0 | 5 | 137.7 | 3 | 170.0 |
| Cancer of Digestive System (150-159) | 60 | 118.7 | 28 | 107.7 | 11 | 86.9 |
| Cancer of Esophagus (150-150) | 4 | 90.9 | 3 | 121.2 | 0 | --- |
| Cancer of Stomach (151-151) | 6 | 62.9 | 3 | 67.7 | 1 | 49.0 |
| Cancer of Large Intestine (153-153) | 12 | 74.8 | 4 | 47.3 | 4 | 93.1 |
| Cancer of Liver and Biliary Tract (155-156) | 27 | 779.6** | 7 | 440.1** | 3 | 418.9 |
| Cancer of Pancreas (157-157) | 8 | 79.1 | 5 | 90.0 | 3 | 109.7 |
| Cancer of Respiratory System (160-164) | 57 | 89.4 | 39 | 100.5 | 19 | 96.5 |
| Cancer of Lung (162-163) | 54 | 89.6 | 39 | 105.8 | 18 | 96.0 |
| Cancer of Bone (196-196) | 1 | 107.9 | 1 | 184.6 | 0 | --- |
| Cancer of Skin (190-190) | 4 | 128.3 | 2 | 81.6 | 0 | --- |
| Cancer of Prostate (177-177) | 10 | 97.4 | 5 | 141.5 | 0 | --- |
| Cancer of Bladder (181-181) | 5 | 95.6 | 0 | --- | 0 | --- |
| Cancer of Kidney (180-180) | 7 | 150.1 | 1 | 34.7 | 3 | 198.1 |
| Cancer of Brain and CNS (193-193) | 9 | 156.4 | 7 | 163.8 | 7 | 256.3* |
| Lymphatic & Hematopoietic Cancer (200-205) | 19 | 107.0 | 13 | 113.7 | 5 | 70.5 |
| Lymphosarcoma and Reticulosarcoma (200-200) | 5 | 127.4 | 4 | 154.1 | 2 | 137.4 |
| Hodgkin's Disease (201-201) | 2 | 86.4 | 0 | --- | 1 | 74.3 |
| Leukemia & Aleukemia (204-204) | 6 | 85.6 | 5 | 117.7 | 2 | 74.7 |
| Other Lymphatic Tissue Cancer (202-203)(205-205) | 6 | 142.1 | 4 | 151.9 | 0 | --- |
| Benign Neoplasms (210-239) | 2 | 77.3 | 2 | 125.9 | 0 | --- |
| Diabetes Mellitus (260-260) | 11 | 86.9 | 8 | 114.7 | 3 | 77.2 |
| Diseases of Blood (290-299) | 2 | 92.7 | 0 | --- | 0 | --- |
| Vascular Lesions of CNS (330-334) | 46 | 81.2 | 17 | 71.1 | 7 | 61.7 |
| Diseases of Circulatory System (400-468) | 398 | 98.1 | 170 | 80.0** | 67 | 65.2** |
| Arteriosclerotic Heart Disease (420-420) | 284 | 85.3** | 150 | 84.0** | 54 | 62.6** |
| Nonmalignant Respiratory Disease (470-527) | 43 | 88.3 | 17 | 69.2 | 8 | 66.2 |
| Pneumonia (490-493) | 11 | 59.6 | 2 | 22.8* | 2 | 42.7 |
| Emphysema, including C.O.P.D. (527-527) | 24 | 173.7** | 12 | 189.3 | 5 | 186.8 |
| Diseases of Digestive System (530-587) | 30 | 64.7** | 24 | 77.8 | 6 | 32.7** |
| Cirrhosis of Liver (581-581) | 18 | 73.4 | 13 | 67.3 | 4 | 32.7* |
| Diseases of Genito-Urinary System (590-639) | 4 | 32.1* | 4 | 73.8 | 1 | 39.5 |
| Accidents, Poisonings, & Violence (800-998) | 60 | 70.9** | 56 | 78.4 | 52 | 74.6* |
| Accidents (800-962) | 38 | 65.0** | 37 | 78.0 | 33 | 74.5 |
| Motor Vehicle Accidents (810-835) | 15 | 58.5* | 19 | 82.9 | 18 | 76.7 |
| Suicide (963-963)(970-979) | 17 | 84.1 | 16 | 94.3 | 13 | 83.3 |

* Significant at 5% level
** Significant at 1% level

SL 067093

**Exhibit 91: 1/23/1987 (UCC 060509 – 060516)**

Dendinger case - MSDS for VCM

Case 3:08-cv-00612-RET-SCR   Document 68   01/01/10   Page 166 of 173

# MATERIAL SAFETY DATA SHEET

OHS24940    PAGE 01 OF 07

*2F P7.*

*Dondinger v. UCC*
*Background material*

OCCUPATIONAL HEALTH SERVICES, INC.    EMERGENCY CONTACT:
400 PLAZA DRIVE                       JOHN S. BRANSFORD, JR. (615/292-1180
HARMON MEADOWS
SECAUCUS, NJ 07094
1-800-225-8978

---

## SUBSTANCE IDENTIFICATION

CAS-NUMBER 75-01-4

SUBSTANCE: VINYL CHLORIDE

TRADE NAMES/SYNONYMS:
 CHLOROETHYLENE; CHLOROETHENE; VC; CHLORETHENE; TROVIDUR;
 ETHYLENE MONOCHLORIDE; MONOCHLOROETHYLENE; EXON 470; MONO CHLORO ETHENE;
 VINYL CHLORIDE MONOMER; VINYL CHLORIDE, INHIBITED; U043; UN 1086; OHS24940

CHEMICAL FAMILY:
HALOGEN COMPOUND, ALIPHATIC

MOLECULAR FORMULA: C2-H3-CL

MOLECULAR WEIGHT: 62.50

CERCLA RATINGS (SCALE 0-3):  HEALTH=3  FIRE=3  REACTIVITY=1  PERSISTENCE=1
NFPA RATINGS (SCALE 0-4):  HEALTH=2  FIRE=4  REACTIVITY=1

---

## COMPONENTS AND CONTAMINANTS

COMPONENT: VINYL CHLORIDE                    PERCENT: 99.9

OTHER CONTAMINANTS: WATER, ACETALDEHYDE, ACETYLENE, IRON, HYDROGEN
CHLORIDE, HYDROGEN PEROXIDE

EXPOSURE LIMITS:
VINYL CHLORIDE:
 1.0 PPM OSHA TWA; 5 PPM OSHA 15 MINUTE CEILING;
 0.5 PPM OSHA ACTION LEVEL AS AN 8 HOUR TWA
 5 PPM ACGIH TWA
 LOWEST FEASIBLE LIMIT NIOSH RECOMMENDED EXPOSURE CRITERIA

---

## PHYSICAL DATA

DESCRIPTION: COLORLESS, SWEET SMELLING GAS; LIQUID BELOW 7 FARENHEIT

BOILING POINT: 7 F (-14 C)    MELTING POINT: -245 F (-160 C)

SPECIFIC GRAVITY: 0.9    VAPOR PRESSURE: 2300 MMHG @ 20 C

SOLUBILITY IN WATER: 0.1% @ 25 C    ODOR THRESHOLD: 260 PPM

VAPOR DENSITY: 2.2

SOLVENT SOLUBILITY: ETHANOL, ETHYL ETHER, BENZENE, CARBON TETRACHLORIDE,
ETHER

-> B 04 <-

UCC
060509

Case 3:08-cv-00612-RET-SCR    Document 47-8    06/03/2009    Page 166 of 173

OHS24940    PAGE 02 OF 07

---

## FIRE AND EXPLOSION DATA

**FIRE AND EXPLOSION HAZARD:**
DANGEROUS FIRE HAZARD AND A MODERATE EXPLOSION HAZARD WHEN EXPOSED TO HEAT OR
FLAME. LARGE FIRES OF VINYL CHLORIDE ARE PRACTICALLY INEXTINGUISHABLE. VAPOR-
AIR MIXTURES ARE EXPLOSIVE ABOVE FLASH POINT. VAPORS ARE HEAVIER THAN AIR,
AND MAY TRAVEL A CONSIDERABLE DISTANCE TO SOURCE OF IGNITION AND FLASHBACK.

FLASH POINT: -108 F (-77 C) (CC)    UPPER EXPLOSIVE LIMIT: 33%

LOWER EXPLOSIVE LIMIT: 3.6%    AUTOIGNITION TEMP.: 882 F (472 C)

FLAMMABILITY CLASS(OSHA): IA

**FIREFIGHTING MEDIA:**
DRY CHEMICAL OR CARBON DIOXIDE
(1984 EMERGENCY RESPONSE GUIDEBOOK, DOT P 5800.3).

FOR LARGER FIRES, USE WATER SPRAY, FOG OR ALCOHOL FOAM
(1984 EMERGENCY RESPONSE GUIDEBOOK, DOT P 5800.3).

**FIREFIGHTING:**
MOVE CONTAINER FROM FIRE AREA IF POSSIBLE. STAY AWAY FROM STORAGE TANK ENDS.
FOR MASSIVE FIRE IN STORAGE AREA, USE UNMANNED HOSE HOLDER OR MONITOR NOZZLES,
ELSE WITHDRAW FROM AREA AND LET FIRE BURN. WITHDRAW IMMEDIATELY IN CASE OF
RISING SOUND FROM VENTING SAFETY DEVICE OR ANY DISCOLORATION OF STORAGE TANK
FROM FIRE. LET STORAGE VESSEL BURN UNLESS LEAK CAN BE STOPPED; FOR SMALLER
TANKS OR CYLINDERS, EXTINGUISH/ISOLATE FROM OTHER FLAMMABLE MATERIALS (1984
EMERGENCY RESPONSE GUIDEBOOK, DOT P 5800.3, GUIDE PAGE 17).

EXTINGUISH ONLY IF FLOW CAN BE STOPPED; USE WATER IN FLOODING QUANTITIES AS
FOG. COOL CONTAINERS WITH FLOODING AMOUNTS OF WATER, APPLY FROM AS FAR A
DISTANCE AS POSSIBLE. AVOID BREATHING TOXIC VAPORS, KEEP UPWIND. EVACUATE TO A
RADIUS OF 2500 FEET FOR UNCONTROLLABLE FIRES. IF MATERIAL LAEKING, NOT ON FIRE
DOWNWIND EVACUATION MUST BE CONSIDERED (BUREAU OF EXPLOSIVES, EMERGENCY
HANDLING OF HAZARDOUS MATERIALS IN SURFACE TRANSPORTATION, 1981).

STOP FLOW OF GAS (NFPA FIRE PROTECTION GUIDE ON HAZARDOUS MATERIAL, EIGHTH
EDITION).

---

## TRANSPORTATION DATA

DEPARTMENT OF TRANSPORTATION HAZARD CLASSIFICTION 49CFR172.101:
FLAMMABLE GAS

DEPARTMENT OF TRANSPORTATION LABELING REQUIREMENTS 49CFR172.101 AND 172.402:
FLAMMABLE GAS

---

## TOXICITY

**VINYL CHLORIDE:**
500 MG/KG ORAL-RAT LD50; 20 PPM/30 MINUTES INHALATION-GUINEA PIG LCLO;
20 PPM INHALATION-HUMAN TCLO (DPIRDU); MUTAGENIC DATA (RTEC); REPRODUCTIVE
EFFECTS DATA (RTEC); HUMAN CARCINOGEN (OSHA); POSITIVE HUMAN CARCINOGEN

-> C 04 <-

UCC
060510

OHS24940     PAGE 03 OF 07

(IARC); POSITIVE ANIMAL CARCINOGEN (IARC). STUDIES SHOW THAT HUMAN GROUPS
OCCUPATIONALLY EXPOSED TO VINYL CHLORIDE RESULTED IN A SIGNIFICANT INCREASE IN
ANGIOSARCOMAS OF THE LIVER, AND ALSO TUMORS OF THE BRAIN, LUNG AND HEMATO-
POIETIC SYSTEMS. VINYL CHLORIDE WAS CARCINOGENIC IN RATS, MICE AND HAMSTERS
FOLLOWING ORAL AND INHALATION EXPOSURE, PRODUCING ANGIOSARCOMAS OF THE LIVER
AND ALSO TUMORS AT VARIOUS SITES, AND WAS CARCINOGENIC IN RATS FOLLOWING
PRENATAL EXPOSURE.
   VINYL CHLORIDE IS A SKIN, EYE AND MUCOUS MEMBRANE IRRITANT, CENTRAL NERVOUS
SYSTEM DEPRESSANT, AND SIMPLE ASPHYXIANT. POISONING MAY AFFECT THE LIVER,
LYMPHATIC SYSTEM, BLOOD, AND RESPIRATORY SYSTEM.

-----------------------------------------------------------------------
                        HEALTH EFFECTS AND FIRST AID


INHALATION:
VINYL CHLORIDE:
IRRITANT/NARCOTIC/ASPHYXIANT/CARCINOGEN.
   ACUTE EXPOSURE- MAY RESULT IN A PLEASANT TASTE IN THE MOUTH, AND MAY CAUSE
     CENTRAL NERVOUS SYSTEM DISTURBANCES INCLUDING EUPHORIA, DROWSINESS,
     NARCOLEPSEY, HEADACHE, NAUSEA, STAGGERING GAIT, PARESTHESIA OF THE HANDS
     AND FEET, DULLING OF VISUAL AND AUDITORY RESPONSE, ANESTHESIA, AND DEATH
     DUE TO RESPIRATORY PARALYSIS WITH CARDIAC ARREST. CONCENTRATED VAPORS MAY
     RESULT IN ASPHYXIA DUE TO THE DISPLACEMENT OF OXYGEN. HUMAN AND ANIMAL
     PATHOLOGIC REPORTS SHOW PULMONARY EDEMA, HYPEREMIA OF KIDNEYS AND LIVER,
     AND HEPATIC DEGENERATION.
   CHRONIC EXPOSURE- REPEATED EXPOSURE MAY RESULT IN DOSE-RELATED SENSORY
     DISORDERS, AUTONOMIC NERVOUS SYSTEM POLYNEURITIS, SPASTIC ANGIONEURITIS,
     THROMBOCYTOPENIA, SPLENOMEGALY, HEPATITIS-LIKE LIVER CHANGES, LIVER
     MALFUNCTION WITH PORTAL FIBROSIS, AND PULMONARY INSUFFICIENCY. WORKERS
     INVOLVED IN THE ACTUAL POLYMERIZATION PROCESS MAY EXHIBIT A PECULIAR TRIAD
     OF SYMPTOMS: MODIFICATION OF PERIPHERAL CIRCULATION RESULTING IN ATTACKS
     OF PALLOR, CYANOSIS, AND THEN REDNESS (RAYNAUD'S PHENOMENON); SKELETAL
     CHANGES OF DISTAL PHALANGES (ACRO-OSTEOLYSIS); AND SCLERODERMA-LIKE SKIN
     CHANGES. PSEUDO-CLUBBING OF THE FINGERS MAY ALSO OCCUR. ANIMAL STUDIES
     SHOW THAT VINYL CHLORIDE PRODUCES TUMORS AT DIFFERENT SITES, INCLUDING
     ANGIOSARCOMAS OF THE LIVER, AND IT IS CARCINOGENIC IN RATS FOLLOWING
     PRENATAL EXPOSURE. AN INCREASED RATE OF BIRTH DEFECTS, ESPECIALLY
     CENTRAL NERVOUS SYSTEM ANOMALIES, AMONG CHILDREN OF PARENTS RESIDING IN
     COMMUNITIES WHERE VINYL CHLORIDE PRODUCTION AND POLYMERIZATION PLANTS ARE
     LOCATED HAVE BEEN REPORTED IN SEVERAL STUDIES.

   FIRST AID: REMOVE FROM EXPOSURE AREA TO FRESH AIR IMMEDIATELY. IF BREATHING
     HAS STOPPED, GIVE ARTIFICIAL RESPIRATION. MAINTAIN AIRWAY AND BLOOD
     PRESSURE AND ADMINISTER OXYGEN IF AVAILABLE. KEEP AFFECTED PERSON WARM AND
     AT REST. ADMINISTRATION OF OXYGEN SHOULD BE PERFORMED BY QUALIFIED
     PERSONNEL. GET MEDICAL ATTENTION IMMEDIATELY.


SKIN CONTACT:
VINYL CHLORIDE:
IRRITANT.
   ACUTE EXPOSURE- CONTACT MAY CAUSE IRRITATION, REDNESS, PAIN, AND FROSTBITE.
   CHRONIC EXPOSURE- WORKERS HANDLING VINYL CHLORIDE HAVE EXHIBITED A PECULIAR
     TRIAD OF SYMPTOMS: RAYNAUD'S PHENOMENON, ACRO-OSTEOLYSIS, AND SCLERODERMA-
     LIKE SKIN CHANGES.

   FIRST AID: REMOVE CONTAMINATED CLOTHING AND SHOES IMMEDIATELY. WASH AFFECTED
     AREA WITH SOAP OR MILD DETERGENT AND LARGE AMOUNTS OF WATER UNTIL NO

UCC
060511

OHS24940    PAGE 04 OF 07

EVIDENCE OF CHEMICAL REMAINS.
IN CASE OF FROSTBITE, WARM AFFECTED SKIN IN WARM WATER AT A TEMPERATURE OF
107 F. IF WARM WATER IS NOT AVAILABLE OR IMPRACTICAL TO USE, GENTLY WRAP
AFFECTED PART IN BLANKETS. ENCOURAGE VICTIM TO EXCERCISE AFFECTED PART WHILE
IT IS BEING WARMED. ALLOW CIRCULATION TO RETURN NATURALLY. (MATHESON GAS,
6TH EDITION) GET MEDICAL ATTENTION IMMEDIATELY.


EYE CONTACT:
VINYL CHLORIDE:
IRRITANT.
   ACUTE EXPOSURE- MAY CAUSE FROSTBIE, IMMEDIATE AND SEVERE IRRITATION, AND
      CORNEAL INJURY WITH COMPLETE RECOVERY IN 48 HOURS.
   CHRONIC EXPOSURE- NO DATA AVAILABLE.

FIRST AID- WASH EYES IMMEDIATELY WITH LARGE AMOUNTS OF WATER, OCCASIONALLY
   LIFTING UPPER AND LOWER LIDS, UNTIL NO EVIDENCE OF CHEMICAL REMAINS
   (AT LEAST 15-20 MINUTES). IN CASE OF BURNS, APPLY STERILE BANDAGES LOOSELY
   WITHOUT MEDICATION. GET MEDICAL ATTENTION IMMEDIATELY.

INGESTION:
VINYL CHLORIDE:
CARCINOGEN.
   ACUTE EXPOSURE- ANIMAL STUDIES INDICATE THAT ORAL ADMINISTRATION ALTERED
      ELECTROENCEPHALOGRAM, AND EXHIBITED IMMUNOSUPPRESSIVE ACTIVITY.
   CHRONIC EXPOSURE- ORAL ADMINISTRATION TO RATS, MICE, AND HAMSTERS RESULTED
      IN TUMOR PRODUCTION AT VARIOUS SITES, INCLUDING ANGIOSARCOMAS OF THE
      LIVER.

FIRST AID- TREAT SYMPTOMATICALLY AND SUPPORTIVELY. GET MEDICAL ATTENTION
   IMMEDIATELY. IF VOMITING OCCURS, KEEP HEAD LOWER THAN HIPS TO PREVENT
   ASPIRATION.

ANTIDOTE:
NO SPECIFIC ANTIDOTE. TREAT SYMPTOMATICALLY AND SUPPORTIVELY.

-----------------------------------------------------------------------
                               REACTIVITY

REACTIVITY:
VINYL CHLORIDE:
SLIGHTLY REACTIVE UNDER NORMAL CONDITIONS. POLYMERIZES READILY UNDER THE
INFLUENCE OF LIGHT, AIR, OR HEAT.

INCOMPATIBILITIES:
VINYL CHLORIDE:
   AIR: FORMS AN UNSTABLE POLYPEPTIDE THROUGH OXIDATION BY ATMOSPHERIC OXYGEN
      IN THE PRESENCE OF ANY OF A VARIETY OF CONTAMINANTS. STORAGE UNDER THESE
      CONDITIONS FOR A LONG PERIOD OF TIME INCREASES THE CONCENTRATION OF
      UNSTABLE POLYPEROXIDES TO HAZARDOUS LEVELS.
   OXIDIZING AGENTS: INCOMPATIBLE.
   COPPER: INCOMPATIBLE.

DECOMPOSITION:
THERMAL DECOMPOSITION MAY RELEASE TOXIC PHOSGENE, CORROSIVE HYDROGEN CHLORIDE,
   AND TOXIC CARBON MONOXIDE.

UCC
060512

OHS24960    PAGE 05 OF 07

**POLYMERIZATION:**
EXPOSURE TO AIR, LIGHT, OR EXCESSIVE HEAT MAY INITIATE SELF-POLYMERIZATION.
EXPOSURE OF CONTAINERS TO FIRE OR HEAT MAY RESULT IN VIOLENT POLYMERIZATION.

**********************************************************************
### CONDITIONS TO AVOID

EXTREMELY FLAMMABLE. MAY BE IGNITED BY HEAT, SPARKS OR FLAMES. VAPORS MAY
TRAVEL TO A SOURCE OF IGNITION AND FLASH BACK. CONTAINER MAY EXPLODE IN HEAT
OF FIRE. VAPOR EXPLOSION HAZARD INDOORS, OUTDOORS OR IN SEWERS.

********************************************************************** ***
### SPILL AND LEAK PROCEDURES

**OCCUPATIONAL SPILL:**
SHUT OFF IGNITION SOURCES. STOP LEAK IF YOU CAN DO IT WITHOUT RISK. USE WATER
SPRAY TO REDUCE VAPORS. ISOLATE AREA UNTIL GAS HAS DISPERSED. NO SMOKING,
FLAMES OR FLARES IN HAZARD AREA! KEEP UNNECESSARY PEOPLE AWAY. ISOLATE HAZARD
AREA AND DENY ENTRY. VENTILATE CLOSED SPACES BEFORE ENTERING.

**REPORTABLE QUANTITY: 1 POUND**
THE SUPERFUND AMENDMENTS AND REAUTHORIZATION ACT OF 1986 SECTION 304 REQUIRES
THAT A RELEASE EQUAL TO OR GREATER THAN THE REPORTABLE QUANTITY FOR THIS
SUBSTANCE MUST BE IMMEDIATELY REPORTED TO THE LOCAL EMERGENCY PLANNING
COMMITTEE, THE STATE EMERGENCY RESPONSE COMMISSION, AND THE NATIONAL RESPONSE
CENTER (800)-424-8802; IN WASHINGTON, D.C. METROPOLITAN AREA (202)-426-2675

---

### PROTECTIVE EQUIPMENT

**VENTILATION:**
PROVIDE LOCAL EXHAUST OR PROCESS ENCLOSURE VENTILATION TO MEET THE PUBLISHED
EXPOSURE LIMITS. VENTILATION EQUIPMENT MUST BE EXPLOSION-PROOF.

**RESPIRATOR:**
THE FOLLOWING RESPIRATORS ARE THE MINIMUM LEGAL REQUIREMENTS AS SET FORTH
  BY THE OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION FOUND IN 29CFR1910,
  SUBPART Z.

**REQUIRED RESPIRATORS FOR VINYL CHLORIDE**

| ATMOSPHERIC CONCENTRATIONS OF VINYL CHLORIDE | REQUIRED APPARATUS |
| --- | --- |
| UNKNOWN OR ABOVE 3600 PPM | OPEN-CIRCUIT, SELF CONTAINED BREATHING APPARATUS, PRESSURE DEMAND TYPE, WITH FULL FACEPIECE |
| NOT OVER 3600 PPM | COMBINATION TYPE 'C' SUPPLIED AIR RESPIRATOR, PRESSURE DEMAND TYPE, WITH A FULL FACEPIECE AND AUXILIARY SELF CONTAINED AIR SUPPLY; OR COMBINATION TYPE SUPPLIED AIR RESPIRATOR, CONTINUOUS FLOW TYPE, WITH A FULL OR HALF FACEPIECE, |

UCC
060513

OHS24940    PAGE 06 OF 07
AND AUXILIARY SELF-CONTAINED AIR
SUPPLY.

NOT OVER 1000 PPM

TYPE 'C' SUPPLIED AIR RESPIRATOR
CONTINUOUS FLOW TYPE, WITH A FULL
OR HALF FACEPIECE, HELMET OR
HOOD.

NOT OVER 100 PPM

COMBINATION TYPE 'C' SUPPLIED AIR
RESPIRATOR, DEMAND TYPE, WITH A
FULL FACEPIECE, AND AUXILIARY
SELF-CONTAINED AIR SUPPLY;
OR
OPEN-CIRCUIT SELF-CONTAINED
BREATHING APPARATUS WITH A FULL
FACEPIECE, IN DEMAND MODE;
OR
TYPE 'C' SUPPLIED AIR RESPIRATOR
DEMAND TYPE, WITH FULL FACEPIECE

NOT OVER 25 PPM

A POWERED AIR PURIFYING RESPIRA-
TOR WITH HOOD, HELMET, FULL OR
HALF FACEPIECE, AND A CANISTER
WHICH PROVIDES A SERVICE LIFE OF
AT LEAST 4 HOURS FOR CONCENTRA-
TIONS OF VINYL CHLORIDE UP TO 25
PPM;

OR

GAS MASK, FRONT- OR BACK-MOUNTED
CANISTER WHICH PROVIDES A SERVICE
LIFE OF AT LEAST 4 HOURS FOR CON-
CENTRATIONS OF VINYL CHLORIDE UP
TO 25 PPM.

NOT OVER 10 PPM

COMBINATION TYPE 'C' SUPPLIED AIR
RESPIRATOR, WITH A HALF FACEPIECE
AND AUXILIARY SELF-CONTAINED AIR
SUPPLY;

OR

TYPE 'C' SUPPLIED-AIR RESPIRATOR
DEMAND TYPE, WITH A HALF FACE-
PIECE;

OR

ANY CHEMICAL CARTRIDGE RESPIRATOR
WITH AN ORGANIC VAPOR CARTRIDGE
WHICH PROVIDES A SERVICE LIFE OF
AT LEAST 1 HOUR FOR CONCENTRA-
TIONS OF VINYL CHLORIDE UP TO 10
PPM.

ENTRY INTO UNKNOWN CONCENTRATIONS OR CONCENTRATIONS GREATER THAN 36,000 PPM
(LOWER EXPLOSION LIMIT) MAY BE MADE ONLY FOR THE PURPOSES OF LIFE RESCUE;
AND
ENTRY INTO CONCENTRATIONS OF LESS THAN 36,000 PPM, BUT GREATER THAN 3600 PPM
MAY BE MADE ONLY FOR THE PURPOSES OF LIFE RESCUE, FIREFIGHTING OR SECURING
EQUIPMENT SO AS TO PREVENT A GREATER HAZARD OF RELEASE OF VINYL CHLORIDE.

UCC
060514

OHS24940    PAGE 07 OF 07

FOR FIREFIGHTING AND OTHER IMMEDIATELY-DANGEROUS TO LIFE OR HEALTH CONDITIONS

  SELF-CONTAINED BREATHING APPARATUS WITH FULL FACEPIECE OPERATED IN PRESSURE
  DEMAND OR OTHER POSITIVE PRESSURE MODE.

  SUPPLIED-AIR RESPIRATOR WITH FULL FACEPIECE AND OPERATED IN PRESSURE-DEMAND
  OR OTHER POSITIVE PRESSURE MODE IN COMBINATION WITH AN AUXILIARY
  SELF-CONTAINED BREATHING APPARATUS OPERATED IN PRESSURE-DEMAND OR OTHER
  POSITIVE PRESSURE MODE.

CLOTHING:
EMPLOYEE MUST WEAR APPROPRIATE PROTECTIVE (IMPERVIOUS) CLOTHING AND EQUIPMENT
TO PREVENT ANY POSSIBILITY OF SKIN CONTACT WITH THIS SUBSTANCE.

PROTECTIVE CLOTHING MUST COMPLY WITH OSHA REQUIREMENT FOR PROTECTIVE WORK
CLOTHING AND EQUIPMENT (29CFR1910.1017(H)).

GLOVES:
GLOVES MUST COMPLY WITH OSHA REQUIREMENTS FOR PROTECTIVE WORK CLOTHING AND
EQUIPMENT. (29CFR1910.1017(H)).

EYE PROTECTION:
EMPLOYEE MUST WEAR SPLASH-PROOF OR DUST-RESISTANT SAFETY GOGGLES AND A
FACESHIELD TO PREVENT CONTACT WITH THIS SUBSTANCE.

WHERE THERE IS ANY POSSIBILITY THAT AN EMPLOYEE'S EYES MAY BE EXPOSED TO
THIS SUBSTANCE, THE EMPLOYER SHALL PROVIDE AN EYE-WASH FOUNTAIN WITHIN THE
IMMEDIATE WORK AREA FOR EMERGENCY USE.

          AUTHORIZED - OCCUPATIONAL HEALTH SERVICES, INC.
    CREATION DATE: 10/16/84        REVISION DATE: 01/23/87

UCC
060515



RECEIVED
LAW DEPARTMENT
GEN. FILE

UCC
060516