## Exhibit 92:  12/1/1987 (DPI 002080 – 002083)

Kessler,  Ellen; Brandt-Rauf,  Paul W. : 'Occupational Cancers of the Nervous System.'
Seminars in Occupational Medicine Vol. 2. No. 4  December  1987 – Another well
respected peer reviewed Journal that again recognizes the consensus that only the neuro-
carcinogenicity of VCM had been established without question.

# Occupational Cancers of the Nervous System

*Ellen Kessler, M.D., M.P.H.*
*and Paul W. Brandt-Rauf, Sc.D., M.D., Dr.P.H.†*

The occurrence of nervous systems cancers has increased markedly over the past 40 years, particularly brain tumors among white males over the age of 55, which has raised the possibility of occupational contributions to etiology. In fact, there has accumulated enough evidence to suggest that a link may exist between the incidence of brain tumors and certain occupations and chemical exposures. The first inkling of this came from animal studies in the early 1940s that demonstrated the induction of brain tumors in rats by direct intracranial implantation of known carcinogens. Subsequent studies in rats demonstrated that gliomas could be induced by inhalation or ingestion of acrylonitrile, whereas neuroblastomas developed with vinyl chloride inhalation. These and similar compounds have been used extensively in the plastics and rubber industries. Later epidemiologic studies, particularly in rubber workers, suggested that humans with certain industrial exposures may indeed be at increased risk for developing brain tumors. These investigations prompted research in other industries and there are now studies raising concern of a potential excess risk for brain tumors in a number of work-related environments including rubber manufacturing, polyvinyl chloride production, oil refining and petrochemical production, and nuclear fuels and weapons fabrication. Unfortunately, in many cases the evidence is conflicting and inconclusive, and further study is necessary, but epidemiologic analysis has been complicated by lack of complete exposure data, prolonged latency periods, and difficulty in obtaining and accounting for different histologic cell types.[1,2]

## RUBBER MANUFACTURING

Mancuso's studies on synthetic rubber workers arose following his observation that the 1947 death certificates among white males between the ages of 25 and 64 in Summit County, Ohio (the location of most of the U.S. tire manufacturing at the time) revealed an excess proportional mortality for brain cancer.[3] Mancuso went on to determine that men employed in tire assembly and tire curing had a particularly elevated risk for developing brain/CNS malignancies, although a lower than expected risk existed for the entire plant populations.[3] Although potentially toxic chemicals including coal tar, carbon disulfide, benzene, and other solvents had been used in the tire manufacturing process, none of these compounds could be directly linked to CNS carcinogenesis. Nevertheless, subsequent studies by Monson et al. supported Mancuso's original observations.[4,5]

However, later investigations, including a large cooperative study that used a cohort of active and retired male workers between 1965 and 1973 from 48 different plants, failed to support the earlier findings.[6] Other cohort studies after 1964 were also unrevealing.[7,8] It has been argued that the earlier studies were representative of exposures initially found in the rubber tire manufacturing process that have since been removed.

*Medical Director, Corporate Healthcare Services Inc., Springfield, Virginia

†Director, Occupational Medicine, Columbia University, New York, New York

Reprint requests: Dr. Brandt-Rauf, Occupational Medicine, Columbia University, 60 Haven Ave., B-L, New York, NY 10032

© 1987 by Thieme Medical Publishers, Inc., 381 Park Avenue South, New York, NY 10016. All rights reserved.

311

SEMINARS IN OCCUPATIONAL MEDICINE   Volume 2, Number 4,   December 1987

## POLYVINYL CHLORIDE PRODUCTION

When it was first reported that workers exposed to high levels of vinyl chloride were at increased risk for developing angiosarcoma of the liver, an otherwise rare tumor, NIOSH and other study groups intensified their investigations in order to identify other possible hazards from exposure. Waxweiler et al. reported that among a cohort of workers exposed to vinyl chloride for greater than 15 years, a significant risk for the development of brain cancer existed with three observed and 0.6 expected.[10] Overall, a total of ten brain cancers were identified among vinyl chloride workers on the basis of death certificates, pathology reports, and/or tissue evaluation, and nine of the ten brain tumors were histologically identified as glioblastoma multiforme; no histologic diagnosis was available on the tenth.[9] Although glioblastoma multiforme is a brain tumor that occurs in a relatively high proportion of adult cases, this percentage is considerably higher than would be expected. Furthermore, a proportional mortality ratio of 4.2 was calculated from a study by Monson on deceased workers from two plants with vinyl chloride monomer exposure.[10] At about the same time, Maltoni et al. were able to show that brain tumors could be induced in rats when exposed to vinyl chloride by inhalation at levels resembling the human exposure data.[11,12]

In Britain, Fox and Collier observed two brain cancer deaths as compared to 3.7 expected for a cohort of vinyl chloride exposed workers.[13] However, of the cohort members that were considered to have a high exposure, one brain cancer death was observed versus 0.4 expected. Although the number of brain tumor cases in all these studies is relatively small, the results are generally regarded to be indicative of an association between vinyl chloride exposure and the development of brain malignancy, in particular glioblastoma multiforme.

## OIL REFINING AND PETROCHEMICAL PRODUCTION

There has been considerable effort by numerous study groups to determine if oil refining and petrochemical production could be linked to brain cancer. Although the potential carcinogenicity of certain petroleum products is well established, the cancer risk among refinery workers is less clear-cut. In the United States, the focus came about when representatives of Union Carbide and the Oil, Chemical and Atomic Workers Union together identified 18 cases of brain cancer among deceased and living former employees of the Union Carbide plant in Texas City, Texas.[14] Epidemiologists from OSHA/NIOSH joined the effort with a cohort mortality study on workers employed at Union Carbide and consequently found a significantly increased SMR of 2.06 for white male hourly workers at the same Union Carbide plant.[15] In addition, Reeve et al. from NIOSH found that residents of Brazoria County, the site of Dow Chemical, had a twofold risk of dying from a brain tumor if, at any time, they had worked at the Dow petrochemical plant.[16] However, Ralph Cook, the director of epidemiology at Dow, and his group failed to find an association between a specific job category or exposure with an elevated risk for developing brain tumors among employees at Dow.[17]

Subsequently, Thomas et al. from the National Cancer Institute calculated a proportional mortality ratio for brain tumors of 2.28 in deceased active and retired members of the Oil, Chemical and Atomic Workers Union among hourly workers employed at Mobil, Gulf, and Texaco petroleum plants in the Beaumont-Port Arthur area of Texas.[18] However, a series of industry-based studies of the same three refineries found no increased risk.[19-21] No association between brain tumors and specific work categories was demonstrated in a follow-up case-control study by Thomas et al.[22]

In 1980, J. William Lloyd of OSHA and Irving Selikoff of the Mount Sinai School of Medicine organized a conference through the offices of the New York Academy of Sciences in order to evaluate the rapidly growing but conflicting evidence on brain tumors and exposure to petrochemical production. Several studies were presented including four by epidemiologists from OSHA, NIOSH, and NCI and four by investigators with industry-backed support (Dow Chemical, Gulf Oil, DuPont, and a group representing some of the United Kingdom oil refineries). The disparities were marked with the government studies invariably indicating a twofold increased risk and the industrially supported studies showing no elevation of risk. The industry-backed studies were criticized for including all employees such as office workers who were most likely not significantly exposed. By diluting the study population, certain subgroups who actually had significant exposures and potential risks may not have been identified. On the other hand, some of the criticisms pertaining to the government studies that were brought out included the use of PMR methodology which can inflate the calculated risk for cancer. Some of the problems faced by all the investigators included the relatively low number of identified cases, the varied degree of exposures among employees, and the retrospective analysis that involved tracing employee records back through 40 or more years.[23]

Most recently, a five-year follow-up of a previous mortality study on 1,207 men employed in a Canadian oil refinery again revealed an excess risk of brain malignancies (SMR = 519) among men who died within 20 years of first exposure.[24] The study, however, failed to identify any hazardous exposures in the workplace.

Although conflicting results exist concerning the increased risks for brain malignancies in the oil refining and petrochemical production process, there is enough

evidence to suggest such a risk. The extremely large size of the work force together with the controversial study results place a great demand on investigators to proceed with further research.

## OTHER INDUSTRIAL AND NONINDUSTRIAL STUDIES

The results of some of the above studies have prompted investigations in other industries including the nuclear fuels and weapons fabrication industry. In one study, the mortality risk was found to be elevated (SMR = 2.40) and the incidence rate was found to be significantly elevated (SIR = 2.67) for brain tumors among male employees at a nuclear fuel fabrication plant. However, radiation, industrial, or previous employment exposures could not be correlated.[25] Uranium fuel is contained in a controlled area and the radiation levels are assumed to be low, however, the exposures to metal dust, fumes, and oil mists are not unlike a metal fabrication plant and have to be considered as well as possible sources of carcinogen exposure in nuclear fuel fabrication. At the Rocky Flats Nuclear Plant, Wilkenson et al. noted an increased risk for brain tumors, however, when tumors of benign and unspecified classifications were excluded, the increased risk was no longer statistically significant.[26] Other studies of plutonium processing workers failed to demonstrate an excess brain cancer risk among employees.[27] However, because the nuclear industry is still relatively new, the latency period may be insufficient to accurately examine the risks in these cohorts. Follow-up investigations on already studied cohorts would certainly be worthwhile, particularly because studies of other groups nonoccupationally exposed to radiation for medical-diagnostic and therapeutic purposes support the concept of radiation-induced nervous system tumors.[2]

Several other occupationally or environmentally exposed groups have been targeted as potential risks for brain malignancies. Professional artists, pathologists, embalmers, and farmers are examples of the nonindustrially exposed groups with suspected brain tumor risks.[28] Chemicals common to these groups include formaldehyde and organic solvents although definitive correlations with exposure have not been established. In addition, farmers are exposed to pesticides, and Italian studies have suggested that this may be contributory to the increasing incidence of gliomas in this occupational group.[29] Other potential associations that have been noted include: trauma and the development of brain tumors, particularly meningiomas; lead exposure and the development of astrocytic gliomas in children and animals; dietary consumption of nitrites and meningiomas in women; exposure to farm animals and the development of childhood brain tumors (suggesting a

possible role of animal viruses)[2]; and occupational or environmental exposure to power frequency magnetic fields and brain tumors.[30,31]

One of the most serious problems with occupational studies of nervous system tumors in the past has been the failure to segregate out the various and diverse histologic types owing to lack of adequate pathologic evidence and the small numbers involved. However, it is probably erroneous to consider all primary nervous system tumors as a single disease in terms of susceptibility to induction by occupational exposures. The most recent studies have attempted to address this issue. For example, a case-control study of 78 astrocytoma patients showed an elevated risk for working at an airfield or living near a petrochemical plant, sewage treatment plant, or paper or saw mill.[32] A study based on the Swedish Cancer-Environment Registry examined 1,092 cases of meningioma and found statistically significant standardized incidence ratios between 4.7 and 6.0 for glass, porcelain or ceramic workers of both sexes, and for male workers in headgear fabrication and book publishing. Significant SIRs between 1.7 and 3.0 were observed for men employed in health care, railroad and trolley construction, sheet and plate metal fabrication, moving equipment operations, and elementary schools.[33] These findings were consistent with previous studies.[34,35—37] In a parallel study of intracranial gliomas, a significant twofold excess risk was also found for glass, porcelain, and ceramic workers.[34] This group is of interest because of potential exposure to arsenic, chromium, and lead, and hat makers are of interest because of potential exposure to mercury, a well-known neurotoxin.

Finally, note should be made of the concern for the potential development of childhood brain tumors due to parental occupational exposures.[39] It has been clearly demonstrated in animal models that carcinogen exposure in the mothers can cause brain tumors in the offspring. For example, the offspring of pregnant rats injected intravenously with ethyl nitrosourea during the latter half of pregnancy have an increased incidence of gliomas and neuromas; in fact, the nervous systems of fetal rats have a 50-times-greater sensitivity to the carcinogenic effects of ethyl nitrosourea compared to adults.[40] The first indication of a possible effect in humans was provided by the study of Fabia and Thuy which raised the possibility that children of fathers in hydrocarbon-related occupations were at elevated risk for childhood cancer, a large fraction of which occur in the nervous system.[41] Hemminki et al. found an association between brain cancer in children under 15 years old and specific jobs held by the father, including machine repairmen (relative risk = 4.4) and painters (relative risk = 2.6), once again raising the possibility of a link to hydrocarbon and other chemical exposures.[42] Other studies have supported an association with parental chemical exposure or work in particular industries

313

SEMINARS IN OCCUPATIONAL MEDICINE   Volume 2, Number 4   December 1987

(metal and construction work) with the development of childhood tumors.[43-45] Design problems common to these studies have included confounders, histologic diagnosis and the vagueness of job category. The independent risk factors not addressed have included pre- or postnatal radiation exposure, cancer in siblings, viral diseases, and congenital defects. Although none of the findings warrant a firm conclusion, clearly, as is true with occupational associations for nervous system cancers in general, further investigation is warranted.

## REFERENCES

1. Kessler E, Brandt-Rauf PW: Occupational cancers of the brain and bone. Occup Med 1987; 2:155–163
2. Schoenberg BS: Nervous system. in Schottenfeld D, Fraumeni JF Jr (eds): Cancer Epidemiology and Prevention. Philadelphia, WB. Saunders Co., 1982, pp. 968–983
3. Mancuso T: Epidemiologic study of tumors of the central nervous system in Ohio. Ann NY Acad Sci 1982; 381:17–39
4. Monson RR, Nakano KK. Mortality among rubber workers. Am J Epidemiol 1976; 103:284–296
5. Monson RR, Fine LJ: Cancer mortality and morbidity among rubber workers. J Nat Cancer Inst 1978; 61:1047–1053
6. Symons MJ, Andjelkowich DA, Spirtas R, Herman DR: Brain and central nervous system cancer mortality in U.S. rubber workers. Ann NY Acad Sci 1982; 381:146–159
7. McMichael AJ, Spirtas R, Kupper LL: An epidemiologic study of mortality within a cohort of rubber workers, 1964–1972. J Occup Med 1974: 16:458–464
8. Andjelkovich D, Taulbee J, Blum S: Mortality of female workers in a rubber manufacturing plant. J Occup Med 1978: 20: 409–413
9. Waxweiler RJ, Stringer W, Wagoner JK, Jones J, Falk H, Carter C: Neoplastic risk among workers exposed to vinyl chloride. Ann NY Acad Sci 1976: 271:40–48
10. Monson RR, Peters JM, Johnson MN: Proportional mortality among vinyl chloride workers. Lancet 1974: 2:397–398
11. Maltoni C. Vinyl chloride carcinogenicity: An experimental model for carcinogenesis studies, in Hiat HH, Watson JD, Winsten JA (eds): Origins of Human Cancer. Cold Spring Harbor, N.Y., Cold Spring Harbor Laboratory, 1977, pp 119–146
12. Maltoni C, Ciliberti A, Carretti D: Experimental contributions in identifying brain potential carcinogens in the petrochemical industry. Ann NY Acad Sci 1982; 381:261–249
13. Fox AJ, Collier PF: Mortality experience of workers exposed to vinyl chloride monomer in the manufacture of polyvinyl chloride in Great Britain. Br J Ind Med 1977; 34:1–10
14. Alexander V, Leffingwell SS, Lloyd JW, et al: Brain cancer in petrochemical workers: A case series report. Am J Ind Med 1980: 1:115–123
15. Waxweiler RJ, Alexander V, Leffingwell SS, et al: Mortality from brain tumor and other causes in a cohort of petrochemical workers. J Nat Cancer Inst 1983; 70:75–81
16. Reeve GR, Bond GG, Lloyd JW, et al: An investigation of brain tumors among chemical plant employees using a sample-based cohort method. J Occup Med 1983; 25:387–393
17. Bond GG, Cook RR, Shellenberger RJ, et al: Case-control study of brain tumor deaths among employees at a chemical manufacturing plant. Ann NY Acad Sci 1982; 381:73–82
18. Thomas TL, Waxweiler RJ, Crandall MS, et al: Brain cancer among OCAW members in three Texas oil refineries. Ann NY Acad Sci 1982; 381:120–129
19. Wen CP, Tsai SP, Gibson RL: A report on brain tumors from a retrospective cohort study of refinery workers. Ann NY Acad Sci 1982; 381:130–138
20. Divine BJ, Barron V, Kaplan SD: Texaco Mortality Study. Houston, Texas, Texaco Inc., 1983
21. Morgan RW, Wong O: An Epidemiologic Analysis of the Mortality Experience of Mobil Oil Employees at the Beaumont, Texas, Refinery. Oakland, California, Environmental Health Associations Inc., 1984
22. Thomas TL, Waxweiler RJ, Crandall MS, et al: Cancer mortality patterns by work category in three Texas oil refineries. Am J Ind Med 1984; 6:3–16
23. Selikoff IJ, Hammond EC: Brain tumors in the chemical industry. Ann NY Acad Sci 1982; 381:1–362
24. Theriault G, Provencher S: Mortality study of oil refinery workers: five-year follow-up. J Occup Med 1987; 29:357–363
25. Hadjimichael OC, Ostfeld AM, D'Atri DA, Brubaker RE: Mortality and cancer incidence experience of employees in a nuclear fuels fabrication plant. J Occup Med 1983; 25:48–61
26. Wilkenson GS, Voelz GL, Acquavella JR, et al: Mortality among plutonium and other workers at a nuclear facility, in Epidemiology Applied to Health Physics. Albuquerque, New Mexico, Health Physics Society, 1983, pp 329–337
27. Gilbert ES, Marks S: An analysis of the mortality of workers in a nuclear facility. Radiat Res 1979; 79:122–148
28. Thomas TL, Waxweiler RJ: Brain tumors and occupational risk factors. Scand J Work Environ Health 1986; 12:1–15
29. Musicco M, Filippini G, Bordo BM, et al: Gliomas and occupational exposure to carcinogens: Case-control study. Am J Epidemiol 1982; 116:782–790
30. Lin RS, Dishinger PC, Conde J, Farrell KP: Occupational exposure to electromagnetic fields and the occurrence of brain tumors. J Occup Med 1985; 27:413–419
31. Wertheimer N, Leeper E: Magnetic field exposure related to cancer subtypes. Ann NY Acad Sci 198?, 502:43–54
32. Olin RG, Ahlbom A, Lindberg-Navier I, et al: Occupational factors associated with astrocytomas: A case-control study. Am J Ind Med 1987; 11:615–625
33. McLaughlin JK, Thomas TL, Stone BJ, et al: Occupational risks for meningiomas of the CNS in Sweden. J Occup Med 1987; 29: 66–68
34. Thomas TL, Fontham ETH, Norman SA, et al: Occupational risk factors for brain tumors: A case-referent death-certificate analysis. Scand J Work Environ Health 1986; 12:121–127
35. Horne DF, Fraser D, Lindsay J, et al: Cancer mortality (1965–1977) in relation to diesel fume and coal exposure in a cohort of retired railway workers. J Nat Cancer Inst 1983: 70:1015–1019
36. Dubrow R, Wegman DH: Setting priorities for occupational cancer research and control: Synthesis of the results of occupational disease surveillance studies. J Nat Cancer Inst 1983; 17: 1123–1142
37. Walrath J, Rogot E, Murray J: Mortality Patterns Among U.S. Veterans by Occupation and Smoking Status. NIH Publication No. 85–2756. Washington, D.C., DHHS, 1985
38. McLaughlin JK, Malker HSR, Blot WJ: Occupational risks in Sweden for intracranial gliomas. Cancer Res 1987; in press
39. Savitz DA: Childhood cancer. Occup Med 1986; 1:415–429
40. Swenberg JA, Koestner A, Wechsler W, Denlinger RH: Quantitative aspects of transplacental tumor induction with ethylnitrosourea in rats. Cancer Res 1972; 2656–2660
41. Fabia J, Thuy TD: Occupation of father at time of birth of children dying of malignant disease. Br J Prev Soc Med 1974; 28:98–100
42. Hemmunki K, Saloniemi I, Salonen T: Childhood cancer and parental occupation in Finland. J Epidemiol Community Health 1981; 35:11–15
43. Peters JM, Preston-Martin S, Yu MC: Brain tumors in children and occupational exposure of parents. Science 1981; 213: 235–237
44. Preston-Martin S, Yu MC, Benton B, Henderson BE: N-nitroso compounds and childhood brain tumors. Cancer Res. 1982; 42:5240–5245
45. Wilkins JR III, Koutras RA: Parental occupation and brain cancer in offspring. Joint Conference on Occupational Health, American Academy of Occupational Medicine, 1983

314

# Exhibit 93:  1987 (WP 4864)

IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, concluding there
was sufficient evidence of the carcinogenicity of vinyl chloride based upon reliable reports
that "confirm" that VCM causes brain as well as a wide variety of other cancers



WORLD HEALTH ORGANIZATION

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

# IARC MONOGRAPHS
## ON THE
# EVALUATION OF CARCINOGENIC RISKS TO HUMANS

**Overall Evaluations of Carcinogenicity: An Updating of *IARC Monographs* Volumes 1 to 42**

*SUPPLEMENT 7*

LYON, FRANCE
1987

WP 4861



VINYL CHLORIDE                  373

Vincristine sulphate induced micronuclei in bone-marrow cells of mice and hamsters treated *in vivo*. Conflicting results were obtained for induction of sister chromatid exchanges in human lymphocytes *in vitro*. It induced aneuploidy in and transformation of Syrian hamster embryo cells, but it did not transform mouse C3H 10T1/2 cells. It did not induce chromosomal aberrations, sister chromatid exchanges or unscheduled DNA synthesis in rodent cells *in vitro*. It induced mutation in mouse lymphoma cells but not in other rodent cells. It did not induce sex-linked recessive lethal mutations in *Drosophila* and was not mutagenic to bacteria[2].

### References

[1]*IARC Monographs, 26, 365-384, 1981*
[2]*IARC Monographs, Suppl. 6, 563-565, 1987*

## VINYL CHLORIDE (Group 1)

### A. Evidence for carcinogenicity to humans (*sufficient*)

Vinyl chloride has been associated with tumours of the liver, brain, lung and haematolymphopoietic system[1]. A large number of epidemiological studies[2-12] and case reports[13-25] have substantiated the causal association between vinyl chloride and angio-sarcoma of the liver. Several studies also confirm that exposure to vinyl chloride causes other forms of cancer, i.e., hepatocellular carcinoma[13,19,23,26], brain tumours[11,27], lung tumours[12,28-30] and malignancies of the lymphatic and haematopoietic system[11,29,31]. Exposure to polyvinyl chloride dust was associated with an increased incidence of lung tumours in one study; the authors suggested that trapped vinyl chloride monomer was responsible[30]. Melanoma occurred in excess in one study[12] but has not been mentioned in others. Slightly elevated risks for gastric[29] and gastrointestinal cancer (other than liver cancer)[32] were indicated in some studies, but these were not confirmed in others.

### B. Evidence for carcinogenicity to animals (*sufficient*)

Vinyl chloride administered orally or by inhalation to mice, rats and hamsters produced tumours in the mammary gland, lung, Zymbal gland and skin and angiosarcomas of the liver[1]. Similar findings were made in more recent studies[33-39]. In one, a combination of oral administration of ethanol and inhalation of vinyl chloride resulted in more liver tumours (including angiosarcomas) than after treatment with vinyl chloride alone[40].

### C. Other relevant data

Chromosomal aberrations were induced in peripheral blood lymphocytes of workers exposed to vinyl chloride at levels of 5-500 ppm (13-1300 mg/m$^3$). Two studies reported negative results for sister chromatid exchanges in exposed workers, while in another study a weakly positive response was found[41].

WP 4866

374                                     IARC MONOGRAPHS SUPPLEMENT 7

Vinyl chloride induced chromosomal aberrations, sister chromatid exchanges and micronuclei in rodents exposed *in vivo* but did not induce mutation in the mouse spot test or dominant lethal mutations in rats or mice. It alkylated DNA in several tissues of mice and rats exposed *in vivo*. Vinyl chloride induced sister chromatid exchanges in human lymphocytes *in vitro*. It induced mutation in Chinese hamster cells and unscheduled DNA synthesis in rat hepatocytes *in vitro* and induced transformation of BALB/c 3T3 cells and virus-infected Syrian hamster cells. It induced sex-linked recessive lethal mutations, but not aneuploidy, heritable translocations or dominant lethal mutations in *Drosophila*. It was mutagenic to plants and to *Schizosaccharomyces pombe* but not to other fungi; it induced gene conversion in yeast. It caused DNA damage and mutation in bacteria. Vinyl chloride bound covalently to isolated DNA in the presence of a metabolic system[41].

### References

[1] *IARC Monographs, 19,* 377-438, 1979

[2] Baxter, P.J., Anthony, P.P., MacSween, R.N.M. & Scheuer, P.J. (1977) Angiosarcoma of the liver in Great Britain 1963-73. *Br. med. J., ii,* 919-921

[3] Brady, J., Liberatore, F., Harper, P., Greenwald, P., Burnett, W., Davies, J.N.P., Bishop, M., Polan, A. & Viana, N. (1977) Angiosarcoma of the liver: an epidemiologic survey. *J. natl Cancer Inst., 59,* 1383-1385

[4] Baxter, P.J., Anthony, P.P., MacSween, R.N.M. & Scheuer, P.J. (1980) Angiosarcoma of the liver: annual occurrence and aetiology in Great Britain. *Br. J. ind. Med., 37,* 213-221

[5] Baxter, P.J. (1981) The British hepatic angiosarcoma register. *Environ. Health Perspect., 41,* 115-116

[6] Falk, H., Herbert, J., Crowley, S., Ishak, K.G., Thomas, L.B., Popper, H. & Caldwell, G.G. (1981) Epidemiology of hepatic angiosarcoma in the United States, 1964-1974. *Environ. Health Perspect., 41,* 107-113

[7] Thériault, G. & Allard, P. (1981) Cancer mortality of a group of Canadian workers exposed to vinyl chloride monomer. *J. occup. Med., 23,* 671-676

[8] Vianna, N.J., Brady, J.A. & Cardamone, A.T. (1981) Epidemiology of angiosarcoma of liver in New York State. *N.Y. State J. Med., 6,* 895-899

[9] Weber, H., Reinl, W. & Greiser, E. (1981) German investigations on morbidity and mortality of workers exposed to vinyl chloride. *Environ. Health Perspect., 41,* 95-99

[10] Forman, D., Bennett, B., Stafford, J. & Doll, R. (1985) Exposure to vinyl chloride and angiosarcoma of the liver: a report of the register of cases. *Br. J. ind. Med., 42,* 750-753

[11] von Greiser, E., Reinl, W. & Weber, H. (1982) Vinyl chloride exposure and mortality of German chemical workers in comparison to mortality of non-exposed chemical workers and PVC workers (Ger.). *Zbl. Arbeitsmed., 32,* 44-62

[12] Heldaas, S.S., Langård, S.L. & Andersen, A. (1984) Incidence of cancer among vinyl chloride and polyvinyl chloride workers. *Br. J. ind. Med., 41,* 25-30

[13] Gokel, J.M., Liebezeit, E. & Eder, M. (1976) Hemangiosarcoma and hepatocellular carcinoma of the liver following vinyl chloride exposure. A report of two cases. *Virchows Arch. Pathol. Anat. Histol., 372,* 195-203

[14] Bonneton, G., Champetier, J., Fournet, J., Guidicelli, H., Legrand, J., Dupré, A., Hostein, M., Marty, F. & Pahn, M. (1977) Angiosarcoma of the liver and portal fibrosis in vinyl chloride workers. Two cases (Fr.). *Nouv. Presse méd., 6,* 735-742

WP 4867

[11]Puech, A.-M., Fournet, A., Laulhere, L., Faure, J., Cau, G. & Mallion, J.-M. (1977) Study of hepatic lesions seen in 5 subjects exposed to vinyl chloride, including 3 cases of angiosarcoma of the liver (Fr.). *Arch. Mal. prof., 38,* 787-795

[12]Réty, J., Lambert, R. & Pialat, J. (1981) Medical surveillance of persons exposed to occupational toxic compounds with late or carcinogenic effects. The 11th French case of angiosarcoma of the liver in a PVC worker (Fr.). *Arch. Mal. prof., 42,* 405-406

[17]Pialat, J., Pasquier, B., Pahn, M. & Kopp, N. (1979) Hepatic lesions caused by vinyl chloride monomer. Study of eight clinicopathological cases (Fr.). *Arch. Anat. Cytol. pathol., 27,* 361-375

[18]Ghandur-Mnaymneh, L. & Gonzalez, M.S. (1981) Angiosarcoma of the penis with hepatic angiomas in a patient with low vinyl chloride exposure. *Cancer, 47,* 1318-1324

[19]Koischwitz, D., Lelbach, W.K., Lackner, K. & Hermanutz, D. (1981) Angiosarcoma of the liver and hepatocellular carcinomas induced by vinyl chloride (Ger.). *Fortschr. Röntgenstr., 134,* 283-290

[20]Vianna, N.J, Brady, J. & Harper, P. (1981) Angiosarcoma of the liver: a signal lesion of vinyl chloride exposure. *Environ. Health Perspect., 41,* 207-210

[21]Chiappino, G., Bertazzi, P.A., Baroni, M. & Masini, T. (1982) Hepatic angiosarcoma from vinyl chloride. Report of a new Italian case. *Med. Lav., 6,* 555-563

[22]Jones, D.B. & Smith, P.M. (1982) Progression of vinyl chloride induced hepatic fibrosis to angiosarcoma of the liver. *Br. J. ind. Med., 39,* 306-307

[23]Evans, D.M.D., Williams, W.J. & Kung, I.T.M. (1983) Angiosarcoma and hepatocellular carcinoma in vinyl chloride workers. *Histopathology, 7,* 377-388

[24]Maltoni, C., Clini, C., Vicini, F. & Masina, A. (1984) Two cases of liver angiosarcoma among polyvinyl chloride (PVC) extruders of an Italian factory producing PVC bags and other containers. *Am. J. ind. Med., 5,* 297-302

[25]Louagie, Y.A., Gianello, P., Kestens, P.J., Bonbled, F. & Haot, J.G. (1984) Vinyl chloride induced hepatic angiosarcoma. *Br. J. Surg., 71,* 322-323

[26]Langbein, G., Permanetter, W. & Dietz, A. (1983) Hepatocellular carcinoma after vinyl chloride exposure (Ger.). *Dtsch. med. Wochenschr., 108,* 741-745

[27]Cooper, W.C. (1981) Epidemiologic study of vinyl chloride workers: mortality through December 31, 1972. *Environ. Health Perspect., 41,* 101-106

[28]Buffler, P.A., Wood, S., Eifler, C., Suarez, L. & Kilian, D.J. (1979) Mortality experience of workers in a vinyl chloride monomer production plant. *J. occup. Med., 21,* 195-203

[29]Fedotova, I.V. (1983) The incidence of malignant tumours among workers engaged in the manufacture of vinyl chloride and polyvinyl chloride (Russ.). *Gig. Tr. prof. Zabol., 4,* 30-32

[30]Waxweiler, R.J., Smith, A.H., Falk, H. & Tyroler, H.A. (1981) Excess lung cancer risk in a synthetic chemicals plant. *Environ. Health Perspect., 41,* 159-165

[31]Filatova, V.S., Antonyuzhenko, V.A., Smulevich, V.B., Fedotova, I.V., Kryzhanovskaya, N.A., Bochkareva, T.V., Goryacheva, L.A. & Bulbulyan, M.A. (1982) Blastomogenic hazard of vinyl chloride (clinico-hygienic and epidemiologic study) (Russ.). *Gig. Tr. prof. Zabol., 1,* 28-31

[32]Molina, G., Holmberg, B., Elofsson, S., Holmlund, L., Moosing, R. & Westerholm, P. (1981) Mortality and cancer rates among workers in the Swedish PVC processing industry. *Environ. Health Perspect., 41,* 145-151

[33]Hong, C.B., Winston, J.M., Thornburg, L.P., Lee, C.C. & Woods, J.S. (1981) Follow-up study on the carcinogenicity of vinyl chloride and vinylidene chloride in rats and mice: tumor incidence and mortality subsequent to exposure. *J. Toxicol. environ. Health, 7,* 909-924

WP  4868

376                           IARC MONOGRAPHS SUPPLEMENT 7

[34]Feron, V.J., Hendriksen, C.F.M., Speek, A.J., Til, H.P. & Spit, B.J. (1981) Lifespan oral toxicity
    study of vinyl chloride in rats. *Food Cosmet. Toxicol.*, *19*, 317-333

[35]Hehir, R.M., McNamara, B.P., McLaughlin, J., Jr, Willigan, D.A., Bierbower, G. & Hardisty, J.F.
    (1981) Cancer induction following single and multiple exposures to a constant amount of vinyl
    chloride monomer. *Environ. Health Perspect.*, *41*, 63-72

[36]Maltoni, C., Lefemine, G., Ciliberti, A., Cotti, G. & Carretti, D. (1981) Carcinogenicity bioassays of
    vinyl chloride monomer: a model of risk assessment on an experimental basis. *Environ. Health
    Perspect.*, *41*, 3-29

[37]Drew, R.T., Boorman, G.A., Haseman, J.K., McConnell, E.E., Busey, W.M. & Moore, J.A. (1983)
    The effect of age and exposure duration on cancer induction by a known carcinogen in rats, mice
    and hamsters. *Toxicol. appl. Pharmacol.*, *68*, 120-130

[38]Suzuki, Y. (1983) Neoplastic effect of vinyl chloride in mouse lung — lower doses and short-term
    exposure. *Environ. Res.*, *32*, 91-103

[39]Groth, D.H., Coate, W.B., Ullañd, B.M. & Hornung, R.W. (1981) Effects of aging on the induction
    of angiosarcoma. *Environ. Health Perspect.*, *41*, 53-57

[40]Radike, M.J., Stemmer, K.L. & Bingham, E. (1981) Effect of ethanol on vinyl chloride
    carcinogenesis. *Environ. Health Perspect.*, *44*, 59-62

[41]*IARC Monographs, Suppl. 6*, 566-569, 1987

## VINYLIDENE CHLORIDE (Group 3)

### A. Evidence for carcinogenicity to humans (*inadequate*)

In one epidemiological study of 138 US workers exposed to vinylidene chloride, no
excess of cancer was found, but follow-up was incomplete, and nearly 40% of the workers
had less than 15 years' latency since first exposure[1]. In a study in the Federal Republic of
Germany of 629 workers exposed to vinylidene chloride, seven deaths from cancer (five
bronchial carcinomas) were reported; this number was not in excess of the expected value.
Two cases of bronchial carcinoma were found in workers, both of whom were 37 years old,
whereas 0.07 were expected for persons aged 35-39 years[1,2]. The limitations of these two
studies do not permit assessment of the carcinogenicity of the agent to humans. No specific
association was found between exposure to vinylidene chloride and the excess of lung cancer
noted previously in a US synthetic chemicals plant[1].

### B. Evidence for carcinogenicity to animals (*limited*)

Vinylidene chloride was tested for carcinogenicity in mice and rats by oral adminis-
tration and by inhalation, in mice by subcutaneous administration and by topical
application, and in hamsters by inhalation. Studies in mice and rats by oral administration
gave negative results. In inhalation studies, no treatment-related neoplasm was observed in
rats or hamsters. In mice, a treatment-related increase in the incidence of kidney
adenocarcinomas was observed in male mice, as were increases in the incidences of

WP 4869

mammary carcinomas in females and of pulmonary adenomas in male and female mice. In skin-painting studies in female mice, vinylidene chloride showed activity as an initiator, but, in a study of repeated skin application, no skin tumour occurred. No tumour at the injection site was seen in mice given repeated subcutaneous administrations[1].

### C. Other relevant data

No data were available on the genetic and related effects of vinylidene chloride in humans.

Vinylidene chloride did not induce dominant lethal mutations in mice or rats and did not induce chromosomal aberrations in bone-marrow cells of rats treated *in vivo*; however, it induced unscheduled DNA synthesis in treated mice. It did not induce chromosomal aberrations or mutation in Chinese hamster cells *in vitro* but did induce unscheduled DNA synthesis in rat hepatocytes. Vinylidene chloride was mutagenic to plant cells and induced mutation and gene conversion in yeast. It was mutagenic to bacteria[3].

### References

[1]*IARC Monographs, 39*, 195-226, 1986

[2]Theiss, A.M., Frentzel-Beyme, R. & Penning, E. (1979) *Mortality study of vinylidene chloride exposed persons.* In: Heir, C. & Kilian, D.J., eds, *Proceedings of the 5th Medichem Congress, San Francisco CA, September 1977*, San Francisco, CA, University of California at San Franciso, pp. 270-278

[3]*IARC Monographs, Suppl. 6*, 570-572, 1987

## WOLLASTONITE (Group 3)

### A. Evidence for carcinogenicity to humans (*inadequate*)

In a small cohort mortality study of 192 male and 46 female workers exposed to wollastonite who were followed from first employment during the period 1923-1980, 79 deaths had occurred by the end of 1980, with 96 expected. Death was due to cancer in ten men (15.6 expected) and two women (3.0 expected). Four lung cancer cases (5.0 expected) were found among the men and none among the women. A rare malignant mesenchymal tumour of the retroperitoneum was reported in one woman[1]. The limited power of this study does not allow any conclusion as to the carcinogenicity of wollastonite.

### B. Evidence for carcinogenicity to animals (*limited*)

In one experiment in rats, a significant increase in the incidence of pleural sarcomas was observed after intrapleural implantation of wollastonite fibres >4 $\mu$m in length and <0.5 $\mu$m in diameter[1].

**WP** 4870

## Exhibit 94:  1/1/1988 (R&S 000919 – 000923)

Article - "Increasing evidence of the rise of cancer in workers exposed to Vinyl Chloride" by Smulevich, Fedotova, and Filatova describing a government sponsored study demonstrating hugely increased statistically significant mortality from brain cancer and other VCM related neoplasms.

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 14 of 178

*British Journal of Industrial Medicine* 1988;45:93–97

# Increasing evidence of the rise of cancer in workers exposed to vinylchloride

V B SMULEVICH,[1]   I V FEDOTOVA,[2]   V S FILATOVA[2]

*From the All-Union Cancer Research Centre,[1] AMS USSR, Moscow, and Institute of Occupational Medicine,[2] Gorky, USSR*

ABSTRACT  The results of a cancer mortality study among workers employed in the production of vinylchloride and polyvinylchloride between 1939 and 1977 suggest a significant increase in deaths from malignancies of the lymphatic and haemopoietic tissues. Mortality for tumours of the digestive organs, respiratory system, bone and connective tissues,  , and skin are also greater than in the general population. There were no registered cases of liver angiosarcoma in the study cohort during the follow up period. The risk of cancer was highest among the workers exposed to concentrations of VC of 300 mg/m$^3$ and more who had worked at the plant for 15 to 19 years. The relatively high number of leukaemias and lymphomas in the study group and the absence of liver angiosarcomas probably reflects specific carcinogenic action of different doses of vinylchloride.

The carcinogenicity of vinylchloride (VC) has been studied only recently although this compound was synthesised almost 150 years ago[1] and its industrial production in many countries started in the late 1930s.

The first clinical and hygiene study of the occupational setting and health of workers in plants producing VC and polyvinylchloride (PVC) was undertaken in the USSR in the early 1950s. This study showed heavy air pollution with VC in the shops of the plant, reaching levels of 100–800 mg/m$^3$.[2] This exposure resulted in a high frequency of occupational toxic angioneuroses in the workers[3] and led to the legislative limitation in the USSR (1957) of the VC level in the working zone to a maximum permissible concentration (MPC) of 30 mg/m$^3$.

VC and PVC induced diseases in the workers producing these agents were described later by several foreign authors.[4-6] Officially established MPCs of VC in the working zone in several countries before 1974 were as follows: United States—770 mg/m$^3$; Italy, France, Finland, and Yugoslavia—1300; East Germany—500; West Germany—260; and Rumania—100.[7]

In 1970 Viola published the results of his animal experiments that were aimed at reproducing the acroosteolysis observed in PVC workers. The animals developed tumours of the lung and skin and led the author to conclude that VC was carcinogenic.[8] Many

other workers have confirmed that VC is carcinogenic to animals.[9-14] In 1974 the first reports on cases of liver angiosarcoma among workers occupationally exposed to VC appeared. The frequency of this disease in the exposed groups was 300 to 600 times higher than in the general population.[15 16]

The study presented here was aimed at evaluating the prevalence of malignant disease among workers employed between 1939 and 1977 in several Soviet enterprises producing VC and PVC.

## Materials and methods

The base of the study was one of the oldest Soviet chemical plants where VC and PVC have been produced for various periods and under different technological patterns.

The data on the specified workers were obtained from the registers of the administrative department and from attendance journals and lists of particular shops. For every member of the study cohort the following data were collected: specified occupation, duration of employment in a VC exposed job, data and cause of death, and results of any postmortem study. The documents analysed were the death certificate, medical histories of disease, and necropsy protocols of those who had died from cancer.

The cohort included all employees who had worked in a VC exposed job for at least one month as well as those who had changed their place of employment, were retired, left through ill health, or were dead.

Accepted 20 October 1986

R&S 000919

Case 3:08-cv-00612-RET-SCR    Document 47-9    06/03/2009    Page 14 of 178

94                                                                     *Smulevich, Fedotova, Filatova*

Thus the study cohort consisted of 3232 workers (2195 men, 1037 women).

The death rates in the cohort were determined by considering both the number of observed subjects and the period of observation.[17] The numbers of person-years of observation for the entire cohort was 43 216 (27 059 for men, 16 157 for women).

The expected numbers of cases of cancer for the cohort were based on the mean death rates in the city where the plant is located for the years 1959, 1969, and 1975 in the age group 15–74. The extent of risk was evaluated by means of standardised mortality ratios (SMRs). The significance of the difference between the rates on the p level $\leqslant 0.05$ was determined by the confidence limits of the variation of cancer frequency.[18]

The results of the hygiene study of the occupational environment in VC production for the period 1953–66 were treated by methods of variational statistics with identification of average VC concentrations for particular workplaces.[19]

The extent of VC influence on the workers resulting from the average VC doses which they had been exposed to while working was estimated within the following gradation:

high    level—mean    concentrations    of    VC $> 300$ mg/m³;

moderate level—VC concentrations 30–300 mg/m³;

low level—concentrations $< 30$ mg/m³.

For the quantitative estimation of the "share" of VC and PVC in the total process of cancer development in the workers of this industry the technique of factorial dispersion analysis[20] was used.

## Results

Between 1939 and 1977 288 deaths were registered in the cohort, including 63 from cancer. Histological confirmation of the diagnosis of cancer was available for 60% of the cases.

As shown by the SMRs, the workers in VC-PVC plants have an increased cancer mortality by comparison with the general population of the city (table 1). This was particularly noticeable for lung tumours, pancreas, bones and connective tissue, skin, and brain. The observed mortality from leukaemias and lymphomas is significantly higher than expected. No cases of angiosarcoma or other liver tumour were noted.

For the male workers exposed to VC, the total cancer mortality was somewhat lower than in the male population of the city. The numbers of cases of pancreatic cancer, lung cancer, tumours of the bones and genitalia, and leukaemias, however, were higher than expected but not significantly so.

The cancer mortality for the female workers was greater than expected due to malignancies of the stomach, rectum, skin, brain, and lymphatic and haematopoietic tissues. The excess for leukaemias and lymphomas was statistically significant.

As was clear from the analysis of working conditions at the plant there were three categories of workers based on the intensity of exposure to VC-PVC. The first group (highest exposure) consists of the workers of the major occupations (apparatus operators, fitters) employed in producing VC by dehydrochlorination of dichlorethane in the

Table 1   *Observed number of deaths from cancer (Obs) and SMRs of cancer in the cohort of VC and PVC workers*

| Sites | ICD 8, 1965 | Men | | Women | | Both sexes | |
|---|---|---|---|---|---|---|---|
| | | Obs | SMR | Obs | SMR | Obs | SMR |
| All malignancies | 140–209 | 44 | 98·2 | 19 | 153·8 | 63 | 106·6 |
| Oral cavity and pharynx | 141–149 | 0 | — | 0 | — | 0 | — |
| Digestive organs: | 150–159 | 17 | 74·8 | 8 | 121·2 | 25 | 85·0 |
| Oesophagus | 150 | 0 | — | 0 | — | 0 | — |
| Stomach | 151 | 14 | 83·3 | 7 | 142·9 | 21 | 84·7 |
| Rectum | 154 | 0 | — | 1 | 125·0 | 1 | 50·0 |
| Pancreas | 157 | 3 | 172·2 | 0 | — | 3 | 142·9 |
| Liver | | 0 | — | 0 | — | 0 | — |
| Respiratory organs: | 160–163 | 18 | 141·7 | 0 | — | 18 | 134·3 |
| Larynx | 161 | 1 | 100·0 | 0 | — | 1 | 83·3 |
| Trachea, bronchus, lung | 162 | 17 | 145·3 | 0 | — | 17 | 139·3 |
| Bones and connective tissue | 170–171 | 1 | 166·7 | 0 | — | 1 | 142·9 |
| Skin | 172–173 | 0 | — | 1 | 1000·0 | 1 | 200·0 |
| Breast | 174 | | — | 0 | — | 0 | — |
| Reproductive organs | 180–187 | 1 | 125·0 | 2 | 71·4 | 3 | 83·3 |
| Urinary organs | 188–189 | 1 | 38·5 | 0 | — | 1 | 34·5 |
| Brain and nervous system | 191–192 | 2 | 90·9 | 2 | 500·0 | 4 | 153·8 |
| Leukaemia, aleukaemia | 204–207 | 3 | 428·6 | 2 | 666·7 | 5 | 500·0* |
| Other malignancies of lymphatic and haematopoietic tissue | 200–203, 208, 209 | 1 | 100·0 | 4 | 2000·0* | 5 | 416·7* |

*Significant at p < 0·05.

*Increasing evidence of the rise of cancer in workers exposed to vinylchloride*                95

Table 2  *Observed deaths from cancer (Obs) and SMRs in subgroups of workers with various exposures to VC*

| Level of exposure to VC | Sites | Men | | Women | | Both sexes | |
|---|---|---|---|---|---|---|---|
| | | Obs | SMR | Obs | SMR | Obs | SMR |
| High | All sites: | 28 | 101·4 | 12 | 444·4* | 40 | 132·0 |
| | Stomach | 8 | 79·2 | 5 | 384·6* | 13 | 114·0 |
| | Lung | 13 | 171·1 | 0 | — | 13 | 168·8 |
| | Lymphomas, leukaemias | 8 | 300·0 | 4 | 4000·0* | — | 636·4* |
| Moderate | All sites: | 15 | 107·1 | 5 | 113·6 | 20 | 108·7 |
| | Stomach | 5 | 122·0 | 2 | 133·3 | 7 | 128·8 |
| | Lung | 4 | 129·0 | 0 | — | 4 | 125·0 |
| | Lymphomas, leukaemias | 1 | 166·7 | 1 | 142·9 | 2 | 153·8 |
| Low | All sites: | 1 | 31·3 | 2 | 28·2 | 3 | 29·1* |
| | Stomach | 1 | 83·3 | 0 | — | 1 | 27·0 |
| | Lung | 0 | — | 0 | — | 0 | — |
| | Lymphomas, leukaemias | 0 | — | 1 | 333·3 | 1 | 200·0 |

*Significant at $p < 0.05$.

medium of methyl alcohol and in producing PVC in the suspension who worked in these shops from the beginning of their employment up to 1959 (when certain improvements in working conditions were realised).

The second group (moderate exposure) is represented by the workers in the new shops producing PVC with modern technology and those who were employed before 1971 in drying departments and apparatus operators in the polymerisation departments where PVC was produced with imported technology.

The third group (low exposure) is composed of employees of the new shops, the drying workers employed between 1971 and 1977 and laboratory assistants and other workers having minor contact with VC.

The first and second occupational groups had a increased SMR for all cancers (table 2). More men in these groups died than in the general male population from cancer of the stomach and lung and from leukaemias. It is of interest that only in the high and moderate exposure groups of male workers were cases of lung cancer noted. This supposes some effect of smoking, an essential factor in the development of lung cancer[21-23] that might enhance the carcinogenic influence of VC.

Among the female workers exposed to the highest doses of VC, the SMRs are high and significant for malignancies of the stomach, and for leukaemias and lymphomas.

The workers in the lowest exposure group also had the lowest SMRs.

Table 3  *Observed deaths from cancer (Obs) and SMRs in various subgroups of workers by duration of employment and exposure to VC*

| VC level | Duration of employment (years) | Men | | Women | | Both sexes | |
|---|---|---|---|---|---|---|---|
| | | Obs | SMR | Obs | SMR | Obs | SMR |
| High | 0–4 | 18 | 113·2 | 1 | 68·5 | 19 | 108·1 |
| | 5–9 | 5 | 104·2 | 5 | 714·3* | 10 | 181·8 |
| | 10–14 | 2 | 90·9 | 1 | 333·3* | 3 | 120·0 |
| | 15–19 | 2 | 181·8 | 4 | 1333·3* | 6 | 428·6* |
| | ≥ 20 | 1 | 66·7 | 1 | 500·0 | 2 | 117·6 |
| Moderate | 0–4 | 11 | 111·1 | 1 | 47·6 | 12 | 100·0 |
| | 5–9 | 3 | 130·4 | 1 | 76·9 | 4 | 111·1 |
| | 10–14 | 0 | — | 2 | 105·3 | 2 | 58·8 |
| | 15–19 | 1 | 166·7 | 0 | — | 1 | 71·4 |
| | ≥ 20 | 0 | — | 1 | 142·9 | 1 | 90·9 |
| Low | 0–4 | 1 | 47·6 | 0 | — | 1 | 25·6 |
| | 5–9 | 0 | — | 0 | — | 0 | — |
| | 10–14 | 0 | — | 0 | — | 0 | — |
| | 15–19 | 0 | — | 2 | 285·7 | 2 | 250·0 |
| | ≥ 20 | 0 | — | 0 | — | 0 | — |

*Significant at $p < 0.05$.

R&S 000921

96                                                                                  *Smulevich, Fedotova, Filatova*

Thus there is a clear relation between cancer mortality and the level of VC exposure in the study cohort: the workers subjected to doses higher than 30 mg/m³ have a higher risk of cancer than those with minimal contact with this compound.

Table 3 presents the distribution of deaths from cancer in the groups with different periods of employment. The highest SMR is in the group having worked at the plant for 15–19 years.

The treatment of the results by factorial dispersion technique for estimating the share of influence of VC (in dependence of level and duration of its action) on the risk of cancer have confirmed its significant role (5·8%, p < 0·001) in the development of tumours among the exposed workers.

## Discussion

Our study has shown an increased cancer mortality in the workers employed in the production of VC and PVC, compared with the general population. An increased frequency in malignancies of the digestive organs, respiratory tract, ~~brain~~ and lymphatic and ~~haem~~atopoietic tissues observed in this study ~~is in accordance with the results of similar studies of~~ ~~VC plants in the United Kingdom, W. Germany,~~ ~~etc.~~

In our study no angiosarcomas were noted; these tumours are considered by some authors to be a specific occupational disease of VC workers.[23 30] The reason for this lack of angiosarcomas may be due to the measures for limiting airborne levels at work which were introduced earlier than in other countries and to effective protection (by relevant individual devices) of workers in high exposure jobs. On the other hand, it may reflect a certain specificity of action on the organism of various VC concentrations; higher doses lead to the development of liver angiosarcomas whereas moderate ones may affect other organs. This idea is to some extent confirmed by animal experiments[14] with different doses of VC (3690, 266, 25, and 14 mg/m³) where the lowering of administered VC doses was accompanied by a change in the ratio of liver malignancies, lymphomas and leukaemias towards the production of the latter.

The finding of significant increases in SMRs for lymphomas and leukaemias, especially among female workers who usually have lower occupational exposures to VC than male workers is noteworthy. This probably reflects a higher susceptibility of the women to the carcinogenic action of VC but this hypothesis needs further study.

The relation between the carcinogenic action of VC and the level of exposure agrees with experimental evidence on this subject.[12] This gives hope that current measures for limiting VC exposure at work (low-

ering of the MAC in the USSR to 0·1 mg/m³, promotion of the hermitic sealing of the equipment used, and development of the non-stop technologies of VC production) will effectively serve to prevent the carcinogenic effects of VC on workers.

## References

1 Regnault V. Composition of a chlorinated hydrocarbon (oil from oil-forming gases). *Justus Liebig's Annales Chemistry* 1835;14:22–38.

2 Filatova VS, Gronsberg ES. Sanitary and hygienic labour conditions in production of polychlorvinyl tar and measures of their improvement. *Gigijena i sanitarija* 1957;N1:38–42.*

3 Smirnova NA. Clinical features of the professional toxic angioneuroses. In: *Maternaly po voprotam gygieny truda i cliniky professionaligch boleznej Gorky* 1956:44–52.*

4 Sucui J, Driman J, Valaskai M. Contributii la studiue imbalnavirnior produse de chlorure de vinil. *Med Intern* 1963. 15:967–78.

5 Wilson RH, McCormick WE, Tatum CF, et al. Occupational acroosteolysis. *JAMA* 1967;201:577–81.

6 Juhe H, Lange CE. Sclerodermuartige Hautferändeeungem Rejnaud-Syndrom und Acroosteolison bei PVC-Herstellenden Industre. *Disch Med Wochnschr* 1973;97:1922–3.

7 Nikitin VS, Rjabets VA. MPC of the noxious substances in the workshops and in the USSR and abroad. In: *Nauchnye Raboty Instituta ohrani truda Vsesojuznogo Centralnogo Soveta Professionaligch Sojuzor Moscow* 1973:84:22–9.*

8 Viola PL. Carcinogenic effect of vinyichlonde. In: *Tenth International Cancer Congress, Houston, 1970.* Vol 29. Houston: Medical Art Publishing Co, 1970.

9 Maltoni C, Lefemine G. Vinyl chlonde carcinogenesis current results and perspective. *Med Lav* 1974:65:11–12.

10 Caputo A, Viola PL, Bigotti A. Oncogenic response of rat skin, lungs and bones to vinyl chlonde. *Cancer Res* 1971;31:516–22.

11 Lee CC, Blanduri GC, Winston JM, et al. Inhalation toxicity of vinyl chlonde and vinylidene chlonde. *Environ Health Perspect* 1977;21:25–35.

12 Maltoni C, Lefemine G, Ciliberty A, et al. Carcinogenicity bioassays of VCM: a model of risk assessment on an experimental basis *Environ Health Perspect* 1981:41:3–29.

13 Stovbur NN, Kurliandsky BA, Turusov VS. Towards the rationale of the permissible vinylchloride contents in the working zone air. In: *Tezisy dokladov 6 Vsesnjuzhol conferenci.* Leningrad: 1979:288.*

14 Kurliandsky BA, Stovbur NN, Turusov VS. Towards the question of hygienic reglamentation of vinyl chlonde. *Gigiena i Sanitarija* 1981;3:74–86.*

15 Creech JL, Johnson ML. Angiosarcoma of the liver in the manufacture of PVC. *J Occup Med* 1976;16:150–1.

16 International Agency for Research on Cancer. *Working group on vinvl chlonde.* Lyon: IARC, 1974. (Int tech report N74/005.)

17 MacMahon B, Pugh T, Ipsen J. *The use of epidemiologic methods in the studies of noninfervous diseases.* Moscow: Meditzina, 1966. (Translated into Russian.)

18 Dvornn VV. Analytical methods of the study in cancer epidemiology research. In: Chaklin AV, ed. *Cancer epidemiology in CMEA countries.* Moscow: Meditzina, 1979.

19 Merkov AM, Poliakov LE. *Sanitary statistics.* Leningrad: Meditzina, 1974.*

20 Plohinsky NA. *Binmetry.* Moscow: Moscow State University, 1970.*

21 Serebrov AI. Tobacco smoking and lung cancer. *Sov Med* 1978;7:109–12.*

22 Chaklin AV. Gruzutic LA. Modern concepts about aetiology and pathogenesis of lung cancer. *Vopr Onkol* 1982;2:3–9.*

*In Russian.

R&S 000922

*Increasing evidence of the rise of cancer in workers exposed to vinylchloride* 97

23 Doll R, Peto R. The causes of cancer. Oxford, New York: Oxford University Press, 1981.

24 Buffler PA, Wood S, Eifler C, *et al.* Mortality experience of the workers in a VCM production plant. *J Occup Med* 1979;21:195–203.

25 Byren D, Engholm G, England A, *et al.* Mortality and cancer morbidity in a group of Swedish VCM and PVC production workers. *Environ Health Perspect* 1976;17:167–70.

26 Fox AJ, Collier PF. Low mortality rates in industrial cohort studies due to selection for work and survival in the industry. *Br J Prev Soc Med* 1976;30:225–30.

27 Monson RR, Peters JN, Johnson MN. Proportional mortality among VC workers. *Lancet* 1974;ii:397–8.

28 Ott MG, Langner RR, Holder BB. Vinyl chloride exposure in a controlled industrial environment. A long-term mortality experience in 594 employees. *Arch Environ Health* 1975;30:333–9.

29 Waxweiler RJ, Stringer W, Jones J, *et al.* Neoplastic risk among workers exposed to vinyl chloride. *Ann NY Acad Sci* 1976; 271;40–8.

30 International Agency for Research on Cancer. *Monographs on the evaluation of the carcinogenic risk of chemicals to humans.* Vol 19. Lyon: IARC, 1979:377–438.

## Vancouver style

All manuscripts submitted to the *Br J Ind Med* should conform to the uniform requirements for manuscripts submitted to biomedical journals (known as the Vancouver style)

The *Br J Ind Med*, together with many other international biomedical journals, has agreed to accept articles prepared in accordance with the Vancouver style. The style (described in full in *Br Med J*, 24 February 1979, p 532) is intended to standardise requirements for authors.

References should be numbered consecutively in the order in which they are first mentioned in the text by Arabic numerals above the line on each occasion the reference is cited (Manson[1] confirmed other reports[2–5]...). In future references to papers submitted to the *Br J Ind Med* should include: the names of all authors if there are six or less or, if there are more, the first three followed by *et al*; the title of journal articles or book chapters; the titles of journals abbreviated according to the style of *Index Medicus*; and the first and final page numbers of the article or chapter.

Examples of common forms of references are:

1 International Steering Committee of Medical Editors. Uniform requirements for manuscripts submitted to biomedical journals. *Br Med J* 1979;1:532-5.

2 Soter NA, Wasserman SI, Austen KF. Cold urticaria: release into the circulation of histamine and eosino-phil chemotactic factor of anaphylaxis during cold challenge. *N Engl J Med* 1976;294:687-90.

3 Weinstein L, Swartz MN. Pathogenic properties of invading micro-organisms. In: Sodeman WA Jr, Sodeman WA, eds. *Pathologic physiology: mechanisms of disease.* Philadelphia. W B Saunders, 1974:457-72.

R&S 000923

## Exhibit 95:  8/20/1988 (SL 048280 – 048285)

PPG MSDS for vinyl chloride describing VCM as a cause of BC and a wide variety of other cancers.



| PPG INDUSTRIES, INC. | ONE PPG PLACE | PITTSBURGH, PA 15272 |
|---|---|---|

### * * * VINYL CHLORIDE (VCM)

| | | |
|---|---|---|
| MSDS NUMBER: | 0129 | |
| DATE: | 09/20/88 | |
| EDITION: | 005 | |
| TRADE NAME: | VINYL CHLORIDE (VCM) | |
| CHEMICAL NAME/SYNONYMS: | VINYL CHLORIDE MONOMER | |
| CHEMICAL FAMILY: | CHLORINATED HYDROCARBON | |
| FORMULA: | CH2 = CHCL | CAS NUMBER:   000075 01 4 |
| U.S. DOT SHIPPING NAME: | VINYL CHLORIDE | |
| U.S. DOT HAZARD CLASS: | FLAMMABLE GAS | |
| SUBSIDIARY RISK: | N/A | |
| I.D. NUMBER: | UN1086 | |
| REPORTABLE QUANTITY: | 1 LB. | |

---

## SECTION 1 * PHYSICAL DATA

| | |
|---|---|
| BOILING POINT @ 760 MM HG: | 7.0 F |
| VAPOR DENSITY (AIR=1): | 2.15 |
| SPECIFIC GRAVITY (H2O=1): | 0.9121 @ 20/4 C |
| PH OF SOLUTIONS: | APPROX. 7 |
| FREEZING/MELTING POINT: | -245 F (-153.7 C) |
| SOLUBILITY (WEIGHT % IN WATER): | 0.11% @ 25 C (77 F) |
| BULK DENSITY: | APPROX. 7.59 LBS/GAL |
| VOLUME % VOLATILE: | 100% |
| VAPOR PRESSURE: | 2580 MM HG @ 20 C |
| EVAPORATION RATE: | (ETHYL ETHER=1): < 1 |
| HEAT OF SOLUTION: | N/A |
| APPEARANCE AND ODOR: | |

     CLEAR, COLORLESS, LIQUIFIED GAS UNDER PRESSURE; MILD, SWEET ODOR

---

## SECTION 2 * INGREDIENTS

| MATERIAL | PERCENT |
|---|---|
| VINYL CHLORIDE MONOMER | 100 |

---

## SECTION 3 * FIRE/EXPLOSION HAZARD DATA

FLASH POINT (METHOD USED):
  -108 F (CLEVELAND OPEN CUP) (-78 C)

SL 048280

---

* * *  24-HOUR EMERGENCY ASSISTANCE: (304) 843-1300  * * *

FORM 6372 Rev. 3-88

# Material Safety Data Sheet



| PPG INDUSTRIES, INC. | ONE PPG PLACE | PITTSBURGH, PA 15272 |
|---|---|---|

**\* \* VINYL CHLORIDE (VCM)**                                  08/20/88   PAGE    2

**FLAMMABLE LIMITS IN AIR (% BY VOLUME)**
   LEL:  3.6%
   UEL:  33%
**EXTINGUISHING MEDIA:**
   CARBON DIOXIDE OR DRY CHEMICAL FOR SMALL FIRES.
**SPECIAL FIRE FIGHTING PROCEDURES:**
   FOR ANY VCM FIRE, IMMEDIATELY EVACUATE AREA.  VINYL CHLORIDE GAS IS HEAVIER
   THAN AIR.  ONLY FIREFIGHTERS EQUIPPED WITH PRESSURE DEMAND, SELF-CONTAINED
   BREATHING APPARATUS SHOULD BE ALLOWED IN AREA.  USE WATER SPRAY TO COOL
   EQUIPMENT.  (ALSO SEE COMMENTS AT END OF MSDS)
**UNUSUAL FIRE AND EXPLOSION HAZARDS:**
   BURNS TO FORM TOXIC AND CORROSIVE GASES, MOSTLY HYDROGEN CHLORIDE.

------------------------------------------------------------------------

## SECTION 4 \* HEALTH HAZARD DATA

**TOXICITY DATA:**
   LC50 INHALATION:            SEE SECTION 5
   LD50 DERMAL:                SEE SECTION 5
   SKIN/EYE IRRITATION:        SEE SECTION 5
   LD50 INGESTION:             SEE SECTION 5
   FISH,LC50 (LETHAL CONCENTRATION):  UNKNOWN

**CLASSIFICATION: (POISON, IRRITANT, ETC.)**
   INHALATION:   SEE SECTION 5
   SKIN:         SEE SECTION 5
   SKIN/EYE:     SEE SECTION 5
   INGESTION:    SEE SECTION 5
   AQUATIC:      UNKNOWN

------------------------------------------------------------------------

## SECTION 5 \* EFFECTS OF OVEREXPOSURE

THIS SECTION COVERS EFFECTS OF OVEREXPOSURE FOR INHALATION, EYE/SKIN CONTACT,
INGESTION AND OTHER TYPES OF OVEREXPOSURE INFORMATION IN THE ORDER OF THE MOST
HAZARDOUS AND THE MOST LIKELY ROUTE OF OVEREXPOSURE.

IS CHEMICAL LISTED AS A CARCINOGEN OR POTENTIAL CARCINOGEN?
NTP - YES     IARC - YES     OSHA - YES

SL 048281

------------------------------------------------------------------------

   \* \* \*  24-HOUR EMERGENCY ASSISTANCE: (304) 843-1300   \* \* \*

FORM 6372 Rev. 3-88   **Material Safety Data Sheet**



| PPG INDUSTRIES, INC. | ONE PPG PLACE | PITTSBURGH, PA 15272 |
|---|---|---|
| * * VINYL CHLORIDE (VCM) | | 08/20/88  PAGE  3 |

**MEDICAL CONDITIONS GENERALLY AGGRAVATED BY EXPOSURE:**
NONE KNOWN.

**PERMISSIBLE EXPOSURE LIMITS:**
OSHA: 1 PPM, 8-HOUR TWA (TIME-WEIGHTED AVERAGE); 5 PPM AVERAGED OVER ANY
15 MINUTE PERIOD, STEL (SHORT-TERM EXPOSURE LIMIT); ACTION LEVEL - 0.5 PPM,
8-HOUR TWA; 29 CFR 1910.1017.

ACUTE:

INHALATION:  ACUTE INHALATION OVEREXPOSURE TO VINYL CHLORIDE CAN CAUSE
LUNG IRRITATION, DIZZINESS, AND UNCONSCIOUSNESS FOLLOWING SHORT-TERM
EXPOSURE.

SKIN/EYE:  SKIN AND EYE CONTACT WITH THE LIQUID MONOMER CAN CAUSE FREEZ-
ING OF EXPOSED TISSUES BECAUSE OF LOW STORAGE TEMPERATURES REQUIRED FOR
THIS PRODUCT.

CHRONIC:

VINYL CHLORIDE HAS BEEN DEMONSTRATED TO BE A HUMAN CARCINOGEN.  OCCUPA-
TIONAL EXPOSURES TO VINYL CHLORIDE MONOMER HAVE BEEN ASSOCIATED WITH A
VARIETY OF DISEASE CONDITIONS INCLUDING THOSE AFFECTING LIVER LESIONS, IN-
CLUDING FIBROSIS AND CANCER (ANGIOSARCOMA AND OTHER CANCERS OF THE LIVER
AND BILIARY TRACT), SKIN CONDITIONS (SCLERODERMA), AND SHORTENING OF THE
FINGERS (ACROOSTEOLYSIS).  OTHER ABNORMALITIES LINKED WITH VINYL CHLOR-
IDE MONOMER EXPOSURES INCLUDE SPLEEN, LUNG, BLOOD, AND NERVOUS SYSTEM
ABNORMALITIES (INCLUDING CANCER OF THE BRAIN AND OTHER CNS PARTS).  IN A
RECENT DRAFT REPORT ENTITLED "EPIDEMIOLOGIC STUDY OF VINYL CHLORIDE
WORKERS," THE STUDY FOUND A MORTALITY EXCESS IN EMPHYSEMA, HOWEVER, THE
STUDY DID NOT FIND ANY EXCESS IN EITHER RESPIRATORY CANCER OR LYMPHATIC
AND HEMATOPOIETIC CANCER.

-----------------------------------------------------------------------------------------

**\* EMERGENCY AND FIRST AID PROCEDURES**

**INHALATION:**
REMOVE TO FRESH AIR.  IF NOT BREATHING, GIVE ARTIFICIAL RESPIRATION,
PREFERABLY MOUTH-TO-MOUTH.  IF BREATHING IS DIFFICULT, GIVE OXYGEN.  CALL A
PHYSICIAN.
**EYE OR SKIN CONTACT:**
EYE CONTACT - FLUSH IMMEDIATELY WITH WATER FOR AT LEAST 15 MINUTES.  CALL A

SL 048282

★ ★ ★  24-HOUR EMERGENCY ASSISTANCE: (304) 843-1300  ★ ★ ★

FORM 6372 Rev. 3-88  **Material Safety Data Sheet**



| PPG INDUSTRIES, INC. | ONE PPG PLACE | PITTSBURGH, PA 15272 |
|---|---|---|

**\* \* VINYL CHLORIDE (VCM)**                                              **08/20/88  PAGE    4**

PHYSICIAN.   SKIN CONTACT - WASH WITH WATER, THEN SOAP AND WATER WHILE REMOV-
ING CONTAMINATED CLOTHING AND SHOES.   VINYL CHLORIDE'S RAPID EVAPORATION RATE
CAN PRODUCE FROSTBITE.   FOR FROSTBITE, DO NOT RUB BUT WARM AFFECTED AREA BY
PLACING IN LUKEWARM WATER.   EXERCISE AFFECTED AREA AFTERWARDS.   GIVE PATIENT
WARM DRINK.   IF IRRITATION PERSISTS, CONTACT A PHYSICIAN.   THOROUGHLY CLEAN
CONTAMINATED CLOTHING BEFORE REUSE OR DISCARD.

**INGESTION:**
NOT APPLICABLE.

**NOTES TO PHYSICIAN (INCLUDING ANTIDOTES):**
IT SHOULD BE NOTED THAT ENZYMATIC LIVER FUNCTION TESTS ARE NOT ABNORMAL
IN INDIVIDUALS WITH VINYL CHLORIDE-ASSOCIATED LIVER LESIONS.   ALTERNATE
DIAGNOSTIC PROCEDURES ARE REQUIRED.

-----------------------------------------------------------------------------------

### SECTION 6 \* REACTIVITY DATA

**STABILITY:  STABLE**
CONDITIONS TO AVOID:  OXYGEN, MOISTURE, POLYMERIZATION INITIATORS, COPPER, ALUMINUM

**HAZARDOUS POLYMERIZATION:  WILL NOT OCCUR (NORMAL COND)**
CONDITIONS TO AVOID:  NONE

**INCOMPATIBILITY (MATERIALS TO AVOID):**
OXYGEN, MOISTURE, POLYMERIZATION INITIATORS, COPPER, ALUMINUM

**HAZARDOUS DECOMPOSITION PRODUCTS:**
HYDROGEN CHLORIDE, CARBON MONOXIDE, AND POSSIBLE TRACES OF PHOSGENE

-----------------------------------------------------------------------------------

### SECTION 7 \* SPILL OR LEAK PROCEDURES

**STEPS TO BE TAKEN IF MATERIAL IS SPILLED OR RELEASED:**
IMMEDIATELY EVACUATE AREA, REMOVE ALL SOURCES OF IGNITION AND PROVIDE MAXIMUM
VENTILATION. ONLY PERSONNEL EQUIPPED WITH NIOSH/MSHA-APPROVED, SELF-CONTAINED
BREATHING APPARATUS OR FULL FACE PIECE, AIRLINE RESPIRATORS WITH AUXILIARY
SCBA'S OPERATED IN THE PRESSURE-DEMAND MODE AND SKIN/EYE PROTECTION SHOULD
BE ALLOWED IN AREA.   CLOSE OFF SOURCE OF LEAK AND ALLOW ALL SPILLED MATERIAL
TO EVAPORATE.   THEN WASH AREA OF SPILL WITH PLENTY OF SOAP AND WATER.   CON-
TINUE TO THOROUGHLY VENTILATE AREA AND DO NOT ALLOW UNPROTECTED PERSONNEL TO
ENTER AREA UNTIL MONOMER CONCENTRATION IS BELOW PERMISSIBLE EXPOSURE LIMIT.

**WASTE DISPOSAL METHOD:**
VINYL CHLORIDE EVAPORATES COMPLETELY, BUT ADEQUATE VENTILATION MUST BE
PROVIDED TO PREVENT EXPLOSIVE MIXTURES.   CARE MUST BE TAKEN WHEN USING OR
DISPOSING OF CHEMICAL MATERIALS AND/OR THEIR CONTAINERS TO PREVENT ENVIRON-
MENTAL CONTAMINATION.   IT IS YOUR DUTY TO DISPOSE OF THE CHEMICAL MATERIALS

**★ ★ ★   24-HOUR EMERGENCY ASSISTANCE: (304) 843-1300   ★ ★ ★**

FORM 6372 Rev. 3-88   **Material Safety Data Sheet**

SL 048283



| PPG INDUSTRIES, INC. | ONE PPG PLACE | PITTSBURGH, PA 15272 |
|---|---|---|

**\* \* VINYL CHLORIDE (VCM)**         08/20/88  PAGE  5

AND/OR THEIR CONTAINERS IN ACCORDANCE WITH THE CLEAN AIR ACT, THE CLEAN
WATER ACT, THE RESOURCE CONSERVATION AND RECOVERY ACT, AS WELL AS ANY OTHER
RELEVANT FEDERAL, STATE, OR LOCAL LAWS/REGULATIONS REGARDING DISPOSAL.

---

## SECTION 8 \* SPECIAL PROTECTION INFORMATION

**RESPIRATORY PROTECTION:**
NIOSH/MSHA-APPROVED, PRESSURE-DEMAND SUPPLIED AIR, RESPIRATORY PROTECTION
WHEN AIR CONCENTRATIONS EXCEED THE PERMISSIBLE EXPOSURE LIMITS.  SEE SECTION
7 FOR RESPIRATORY PROTECTION DURING SPILLS OR LEAKS.  THE RESPIRATOR USE LIM-
ITATIONS SPECIFIED BY NIOSH/MSHA OR THE MANUFACTURER MUST BE OBSERVED.  RES-
PIRATORY PROTECTION PROGRAMS MUST MEET THE REQUIREMENTS OF 29 CFR 1910.134.

**VENTILATION(TYPE):**
USE GENERAL OR LOCAL EXHAUST VENTILATION SUFFICIENT TO LIMIT EMPLOYEE
EXPOSURE BELOW PERMISSIBLE EXPOSURE LIMITS.

**EYE PROTECTION:**
CHEMICAL SAFETY GOGGLES

**GLOVES:**
NITRILE OR VITRON(R) RUBBER GLOVES

**OTHER PROTECTIVE EQUIPMENT:**
BOOTS, APRONS, OR CHEMICAL SUITS SHOULD BE WORN WHEN NECESSARY TO
PREVENT SKIN CONTACT.  PERSONAL PROTECTIVE CLOTHING AND USE OF EQUIPMENT
MUST BE IN ACCORDANCE WITH 29 CFR 1910.132 AND 29 CFR 1910.133.

---

## SECTION 9 \* SPECIAL PRECAUTIONS

**PRECAUTIONS TO BE TAKEN DURING HANDLING AND STORING:**
* \* THIS MATERIAL IS NORMALLY SHIPPED BULK IN TANK CARS AND BARGES.  FOR
  DETAILS ON HANDLING PLEASE REFER TO THE PPG BROCHURE, VINYL CHLORIDE
  HANDLING AND PROPERTIES (A994-115).
* \* BEFORE UNLOADING, PURGE OXYGEN FROM UNLOADING SYSTEM.
* \* CONTAINER AND SYSTEM MUST BE ELECTRICALLY GROUNDED BEFORE UNLOADING.
* \* STORE AWAY FROM DIRECT SUNLIGHT AND OTHER SOURCES OF HEAT.
* \* AVOID CONTACT WITH FLAMES, HOT GLOWING SURFACES OR ELECTRIC ARCS.
* \* DO NOT USE IN POORLY VENTILATED OR CONFINED AREAS.
* \* STORE ONLY IN CLOSED, PROPERLY LABELED CONTAINERS.

**OTHER PRECAUTIONS:**
* \* KEEP OUT OF REACH OF CHILDREN.
* \* DO NOT BREATHE VAPORS.  CANCER-CAUSING AGENT; VAPOR CAN ALSO CAUSE LUNG
  IRRITATION, DIZZINESS, ANESTHESIA, HELPLESSNESS OR UNCONSCIOUSNESS.

---

\* \* \*   24-HOUR EMERGENCY ASSISTANCE: (304) 843-1300   \* \* \*

FORM 6372 Rev. 3-88  # Material Safety Data Sheet

*SL* 048284



| PPG INDUSTRIES, INC. | ONE PPG PLACE | PITTSBURGH, PA 15272 |
|---|---|---|

**＊＊ VINYL CHLORIDE (VCM)**                                    08/20/88   PAGE    6

* AVOID CONTACT WITH EYES AND SKIN.  CAN CAUSE FROSTBITE AND/OR TISSUE DAMAGE
  DUE TO RAPID EVAPORATION.
* DO NOT SWALLOW.
* DO NOT EAT, DRINK, OR SMOKE IN WORK AREAS.
* USE ONLY WITH ADEQUATE VENTILATION SUFFICIENT TO LIMIT EMPLOYEE EXPOSURE
  BELOW PERMISSIBLE EXPOSURE LIMIT.

COMMENTS:
SPECIAL FIREFIGHTING PROCEDURES (CON'T):

FOR SMALL FIRES, EXTINGUISH WITH CARBON DIOXIDE OR DRY CHEMICAL AGENTS AND
WHILE CONTINUING TO COOL EQUIPMENT, ATTEMPT TO CLOSE OFF SOURCE OF LEAK.

THERE IS NO KNOWN EFFECTIVE EXTINGUISHING AGENT FOR LARGE FIRES.  THERE-
FORE, IF SOURCE OF LEAK CANNOT BE CLOSED OFF, CONTINUE COOLING EQUIPMENT
WITH STREAMS OF WATER TO AVOID TANK RUPTURE AND EXPLOSION AND ALLOW FIRE
TO SELF-EXTINGUISH.  NO ONE WITHOUT PROPER RESPIRATORY PROTECTION SHOULD
ENTER AN AREA WHERE THERE HAS BEEN A FIRE UNTIL THE AREA HAS BEEN
THOROUGHLY VENTILATED AND CHECKED TO BE SURE THE MONOMER CONCENTRATION IS
BELOW THE PERMISSIBLE EXPOSURE LIMIT.

TSCA - VINYL CHLORIDE IS ON THE TSCA INVENTORY UNDER CAS NO. 75-01-4.

SARA TITLE III - A) LISTED IN 311/312 CATEGORIES AS FLAMMABLE, PRESSURE
RELEASE, ACUTE AND CHRONIC, B) LISTED IN SECTION 313, C) NOT LISTED IN
SECTION 302.

CERCLA - LISTED IN TABLE 302.4 AS A HAZARDOUS SUBSTANCE WITH A REPORTABLE
QUANTITY OF 1 POUND.  RELEASES TO AIR, LAND, OR WATER WHICH EXCEED THE
RQ MUST BE REPORTED TO THE NATIONAL RESPONSE CENTER, 800-424-8802.

RCRA - WASTE VINYL CHLORIDE AND CONTAMINATED SOILS/MATERIALS FROM SPILL
CLEANUP ARE U043 HAZARDOUS WASTE AS PER 40 CFR 261.33 AND MUST BE
DISPOSED OF ACCORDINGLY UNDER RCRA.

CALIFORNIA PROP. 65 - THIS PRODUCT IS A CHEMICAL KNOWN TO THE STATE
OF CALIFORNIA TO CAUSE CANCER.

R. KENNETH LEE
MANAGER, PRODUCT SAFETY

＊＊＊   24-HOUR EMERGENCY ASSISTANCE: (304) 843-1300   ＊＊＊

FORM 6372 Rev. 3-88  **Material Safety Data Sheet**   SL 04828!



| PPG INDUSTRIES, INC. | ONE PPG PLACE | PITTSBURGH, PA 15272 |

## * * *  VINYL CHLORIDE (VCM)

```
MSDS NUMBER:                     0129
DATE:                            9/20/88
EDITION:                         005
TRADE NAME:                      VINYL CHLORIDE (VCM)
CHEMICAL NAME/SYNONYMS:          VINYL CHLORIDE MONOMER
CHEMICAL FAMILY:                 CHLORINATED HYDROCARBON
FORMULA:                         CH2 = CHCL                 CAS NUMBER:   000075 01 4
U.S. DOT SHIPPING NAME:          VINYL CHLORIDE
U.S. DOT HAZARD CLASS:           FLAMMABLE GAS
SUBSIDIARY RISK:                 N/A
I.D. NUMBER:                     UN1086
REPORTABLE QUANTITY:             1 LB.
```

-----------------------------------------------------------------------------

### SECTION 1 * PHYSICAL DATA

```
BOILING POINT @ 760 MM HG:       7.0 F
VAPOR DENSITY (AIR=1):           2.15
SPECIFIC GRAVITY (H20=1):        0.9121 @ 20/4 C
PH OF SOLUTIONS:                 APPROX. 7
FREEZING/MELTING POINT:          -245 F (-153.7 C)
SOLUBILITY (WEIGHT % IN WATER):  0.11% @ 25 C (77 F)
BULK DENSITY:                    APPROX. 7.59 LBS/GAL
VOLUME % VOLATILE:               100%
VAPOR PRESSURE:                  2580 MM HG @ 20 C
EVAPORATION RATE:                (ETHYL ETHER=1): < 1
HEAT OF SOLUTION:                N/A
APPEARANCE AND ODOR:
     CLEAR, COLORLESS, LIQUIFIED GAS UNDER PRESSURE; MILD, SWEET ODOR
```

-----------------------------------------------------------------------------

### SECTION 2 * INGREDIENTS

| MATERIAL | PERCENT |
|---|---|
| VINYL CHLORIDE MONOMER | 100 |

-----------------------------------------------------------------------------

### SECTION 3 * FIRE/EXPLOSION HAZARD DATA

**FLASH POINT (METHOD USED):**
  -108 F (CLEVELAND OPEN CUP) (-78 C)

SL 048280

* * *  24-HOUR EMERGENCY ASSISTANCE: (304) 843-1300  * * *

FORM 6372 Rev. 3-88

# Material Safety Data Sheet



PPG INDUSTRIES, INC.           ONE PPG PLACE           PITTSBURGH, PA 15272

**\* \* VINYL CHLORIDE (VCM)**                                    08/20/88  PAGE    2

**FLAMMABLE LIMITS IN AIR (% BY VOLUME)**
  LEL:  3.6%
  UEL:  33%
**EXTINGUISHING MEDIA:**
  CARBON DIOXIDE OR DRY CHEMICAL FOR SMALL FIRES.
**SPECIAL FIRE FIGHTING PROCEDURES:**
  FOR ANY VCM FIRE, IMMEDIATELY EVACUATE AREA.  VINYL CHLORIDE GAS IS HEAVIER
  THAN AIR.  ONLY FIREFIGHTERS EQUIPPED WITH PRESSURE DEMAND, SELF-CONTAINED
  BREATHING APPARATUS SHOULD BE ALLOWED IN AREA.  USE WATER SPRAY TO COOL
  EQUIPMENT.  (ALSO SEE COMMENTS AT END OF MSDS)
**UNUSUAL FIRE AND EXPLOSION HAZARDS:**
  BURNS TO FORM TOXIC AND CORROSIVE GASES, MOSTLY HYDROGEN CHLORIDE.

--------------------------------------------------------------------------------

## SECTION 4 \* HEALTH HAZARD DATA

**TOXICITY DATA:**
  LC50 INHALATION:            SEE SECTION 5
  LD50 DERMAL:                SEE SECTION 5
  SKIN/EYE IRRITATION:        SEE SECTION 5
  LD50 INGESTION:             SEE SECTION 5
  FISH,LC50 (LETHAL CONCENTRATION): UNKNOWN

**CLASSIFICATION: (POISON, IRRITANT, ETC.)**
  INHALATION:  SEE SECTION 5
  SKIN:        SEE SECTION 5
  SKIN/EYE:    SEE SECTION 5
  INGESTION:   SEE SECTION 5
  AQUATIC:     UNKNOWN

--------------------------------------------------------------------------------

## SECTION 5 \* EFFECTS OF OVEREXPOSURE

THIS SECTION COVERS EFFECTS OF OVEREXPOSURE FOR INHALATION, EYE/SKIN CONTACT,
INGESTION AND OTHER TYPES OF OVEREXPOSURE INFORMATION IN THE ORDER OF THE MOST
HAZARDOUS AND THE MOST LIKELY ROUTE OF OVEREXPOSURE.

**IS CHEMICAL LISTED AS A CARCINOGEN OR POTENTIAL CARCINOGEN?**
NTP - YES     IARC - YES     OSHA - YES

SL 048281

--------------------------------------------------------------------------------
**\* \* \*   24-HOUR EMERGENCY ASSISTANCE: (304) 843-1300   \* \* \***
--------------------------------------------------------------------------------

FORM 6372 Rev. 3-88  # Material Safety Data Sheet



| PPG INDUSTRIES, INC. | ONE PPG PLACE | PITTSBURGH, PA 15272 |
|---|---|---|

**✶ ✶ VINYL CHLORIDE (VCM)**                                  08/20/88  PAGE   3

**MEDICAL CONDITIONS GENERALLY AGGRAVATED BY EXPOSURE:**
NONE KNOWN.

**PERMISSIBLE EXPOSURE LIMITS:**
OSHA: 1 PPM, 8-HOUR TWA (TIME-WEIGHTED AVERAGE); 5 PPM AVERAGED OVER ANY
15 MINUTE PERIOD, STEL (SHORT-TERM EXPOSURE LIMIT); ACTION LEVEL - 0.5 PPM,
8-HOUR TWA; 29 CFR 1910.1017.

ACUTE:

INHALATION:  ACUTE INHALATION OVEREXPOSURE TO VINYL CHLORIDE CAN CAUSE
LUNG IRRITATION, DIZZINESS, AND UNCONSCIOUSNESS FOLLOWING SHORT-TERM
EXPOSURE.

SKIN/EYE:  SKIN AND EYE CONTACT WITH THE LIQUID MONOMER CAN CAUSE FREEZ-
ING OF EXPOSED TISSUES BECAUSE OF LOW STORAGE TEMPERATURES REQUIRED FOR
THIS PRODUCT.

CHRONIC:

VINYL CHLORIDE HAS BEEN DEMONSTRATED TO BE A HUMAN CARCINOGEN.  OCCUPA-
TIONAL EXPOSURES TO VINYL CHLORIDE MONOMER HAVE BEEN ASSOCIATED WITH A
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━ LIVER LESIONS, IN-
CLUDING FIBROSIS AND CANCER (ANGIOSARCOMA AND OTHER CANCERS OF THE LIVER
AND BILIARY TRACT), SKIN CONDITIONS (SCLERODERMA), AND SHORTENING OF THE
FINGERS (ACROOSTEOLYSIS). ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
ABNORMALITIES ━━━━━━━ SPLEEN, LIVER, BLOOD, AND NERVOUS SYSTEM
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━.  IN A
RECENT DRAFT REPORT ENTITLED "EPIDEMIOLOGIC STUDY OF VINYL CHLORIDE
WORKERS," THE STUDY FOUND A MORTALITY EXCESS IN EMPHYSEMA, HOWEVER, THE
STUDY DID NOT FIND ANY EXCESS IN EITHER RESPIRATORY CANCER OR LYMPHATIC
AND HEMATOPOIETIC CANCER.

--------------------------------------------------------------------------------

**✶ EMERGENCY AND FIRST AID PROCEDURES**

**INHALATION:**
REMOVE TO FRESH AIR.  IF NOT BREATHING, GIVE ARTIFICIAL RESPIRATION,
PREFERABLY MOUTH-TO-MOUTH.  IF BREATHING IS DIFFICULT, GIVE OXYGEN.  CALL A
PHYSICIAN.
**EYE OR SKIN CONTACT:**
EYE CONTACT - FLUSH IMMEDIATELY WITH WATER FOR AT LEAST 15 MINUTES.  CALL A

SL  048282

**✶ ✶ ✶  24-HOUR EMERGENCY ASSISTANCE: (304) 843-1300  ✶ ✶ ✶**

FORM 6372 Rev. 3-88   **Material Safety Data Sheet**



| PPG INDUSTRIES, INC. | ONE PPG PLACE | PITTSBURGH, PA 15272 |
|---|---|---|

**\* \* VINYL CHLORIDE (VCM)**                           08/20/88  PAGE   4

PHYSICIAN.  SKIN CONTACT - WASH WITH WATER, THEN SOAP AND WATER WHILE REMOV-
ING CONTAMINATED CLOTHING AND SHOES.  VINYL CHLORIDE'S RAPID EVAPORATION RATE
CAN PRODUCE FROSTBITE.  FOR FROSTBITE, DO NOT RUB BUT WARM AFFECTED AREA BY
PLACING IN LUKEWARM WATER.  EXERCISE AFFECTED AREA AFTERWARDS.  GIVE PATIENT
WARM DRINK.  IF IRRITATION PERSISTS, CONTACT A PHYSICIAN.  THOROUGHLY CLEAN
CONTAMINATED CLOTHING BEFORE REUSE OR DISCARD.

**INGESTION:**
NOT APPLICABLE.

**NOTES TO PHYSICIAN (INCLUDING ANTIDOTES):**
IT SHOULD BE NOTED THAT ENZYMATIC LIVER FUNCTION TESTS ARE NOT ABNORMAL
IN INDIVIDUALS WITH VINYL CHLORIDE-ASSOCIATED LIVER LESIONS.  ALTERNATE
DIAGNOSTIC PROCEDURES ARE REQUIRED.

------------------------------------------------------------------------------

### SECTION 6 * REACTIVITY DATA

**STABILITY:  STABLE**
CONDITIONS TO AVOID:  OXYGEN, MOISTURE, POLYMERIZATION INITIATORS, COPPER, ALUMINUM

**HAZARDOUS POLYMERIZATION:  WILL NOT OCCUR (NORMAL COND)**
CONDITIONS TO AVOID:  NONE

**INCOMPATIBILITY (MATERIALS TO AVOID):**
OXYGEN, MOISTURE, POLYMERIZATION INITIATORS, COPPER, ALUMINUM

**HAZARDOUS DECOMPOSITION PRODUCTS:**
HYDROGEN CHLORIDE, CARBON MONOXIDE, AND POSSIBLE TRACES OF PHOSGENE

------------------------------------------------------------------------------

### SECTION 7 * SPILL OR LEAK PROCEDURES

**STEPS TO BE TAKEN IF MATERIAL IS SPILLED OR RELEASED:**
IMMEDIATELY EVACUATE AREA, REMOVE ALL SOURCES OF IGNITION AND PROVIDE MAXIMUM
VENTILATION. ONLY PERSONNEL EQUIPPED WITH NIOSH/MSHA-APPROVED, SELF-CONTAINED
BREATHING APPARATUS OR FULL FACE PIECE, AIRLINE RESPIRATORS WITH AUXILIARY
SCBA'S OPERATED IN THE PRESSURE-DEMAND MODE AND SKIN/EYE PROTECTION SHOULD
BE ALLOWED IN AREA.  CLOSE OFF SOURCE OF LEAK AND ALLOW ALL SPILLED MATERIAL
TO EVAPORATE.  THEN WASH AREA OF SPILL WITH PLENTY OF SOAP AND WATER.  CON-
TINUE TO THOROUGHLY VENTILATE AREA AND DO NOT ALLOW UNPROTECTED PERSONNEL TO
ENTER AREA UNTIL MONOMER CONCENTRATION IS BELOW PERMISSIBLE EXPOSURE LIMIT.

**WASTE DISPOSAL METHOD:**
VINYL CHLORIDE EVAPORATES COMPLETELY, BUT ADEQUATE VENTILATION MUST BE
PROVIDED TO PREVENT EXPLOSIVE MIXTURES.  CARE MUST BE TAKEN WHEN USING OR
DISPOSING OF CHEMICAL MATERIALS AND/OR THEIR CONTAINERS TO PREVENT ENVIRON-
MENTAL CONTAMINATION.  IT IS YOUR DUTY TO DISPOSE OF THE CHEMICAL MATERIALS

------------------------------------------------------------------------------

**\* \* \*   24-HOUR EMERGENCY ASSISTANCE: (304) 843-1300   \* \* \***

FORM 6372 Rev. 3-88   # Material Safety Data Sheet

SL 048283



| PPG INDUSTRIES, INC. | ONE PPG PLACE | PITTSBURGH, PA 15272 |
| --- | --- | --- |

* * VINYL CHLORIDE (VCM)                                   08/20/88  PAGE   5

AND/OR THEIR CONTAINERS IN ACCORDANCE WITH THE CLEAN AIR ACT, THE CLEAN
WATER ACT, THE RESOURCE CONSERVATION AND RECOVERY ACT, AS WELL AS ANY OTHER
RELEVANT FEDERAL, STATE, OR LOCAL LAWS/REGULATIONS REGARDING DISPOSAL.

---

## SECTION 8 * SPECIAL PROTECTION INFORMATION

**RESPIRATORY PROTECTION:**
NIOSH/MSHA-APPROVED, PRESSURE-DEMAND SUPPLIED AIR, RESPIRATORY PROTECTION
WHEN AIR CONCENTRATIONS EXCEED THE PERMISSIBLE EXPOSURE LIMITS.  SEE SECTION
7 FOR RESPIRATORY PROTECTION DURING SPILLS OR LEAKS.  THE RESPIRATOR USE LIM-
ITATIONS SPECIFIED BY NIOSH/MSHA OR THE MANUFACTURER MUST BE OBSERVED.  RES-
PIRATORY PROTECTION PROGRAMS MUST MEET THE REQUIREMENTS OF 29 CFR 1910.134.
**VENTILATION(TYPE):**
USE GENERAL OR LOCAL EXHAUST VENTILATION SUFFICIENT TO LIMIT EMPLOYEE
EXPOSURE BELOW PERMISSIBLE EXPOSURE LIMITS.
**EYE PROTECTION:**
CHEMICAL SAFETY GOGGLES
**GLOVES:**
NITRILE OR VITRON(R) RUBBER GLOVES
**OTHER PROTECTIVE EQUIPMENT:**
BOOTS, APRONS, OR CHEMICAL SUITS SHOULD BE WORN WHEN NECESSARY TO
PREVENT SKIN CONTACT.  PERSONAL PROTECTIVE CLOTHING AND USE OF EQUIPMENT
MUST BE IN ACCORDANCE WITH 29 CFR 1910.132 AND 29 CFR 1910.133.

---

## SECTION 9 * SPECIAL PRECAUTIONS

**PRECAUTIONS TO BE TAKEN DURING HANDLING AND STORING:**
* THIS MATERIAL IS NORMALLY SHIPPED BULK IN TANK CARS AND BARGES.  FOR
  DETAILS ON HANDLING PLEASE REFER TO THE PPG BROCHURE, VINYL CHLORIDE
  HANDLING AND PROPERTIES (A994-115).
* BEFORE UNLOADING, PURGE OXYGEN FROM UNLOADING SYSTEM.
* CONTAINER AND SYSTEM MUST BE ELECTRICALLY GROUNDED BEFORE UNLOADING.
* STORE AWAY FROM DIRECT SUNLIGHT AND OTHER SOURCES OF HEAT.
* AVOID CONTACT WITH FLAMES, HOT GLOWING SURFACES OR ELECTRIC ARCS.
* DO NOT USE IN POORLY VENTILATED OR CONFINED AREAS.
* STORE ONLY IN CLOSED, PROPERLY LABELED CONTAINERS.
**OTHER PRECAUTIONS:**
* KEEP OUT OF REACH OF CHILDREN.
* DO NOT BREATHE VAPORS.  CANCER-CAUSING AGENT; VAPOR CAN ALSO CAUSE LUNG
  IRRITATION, DIZZINESS, ANESTHESIA, HELPLESSNESS OR UNCONSCIOUSNESS.

---

★ ★ ★   24-HOUR EMERGENCY ASSISTANCE: (304) 843-1300   ★ ★ ★

FORM 6372 Rev. 3-88   # Material Safety Data Sheet

SL 048284



| PPG INDUSTRIES, INC. | ONE PPG PLACE | PITTSBURGH, PA 15272 |
|---|---|---|

**★ ★ VINYL CHLORIDE (VCM)**        08/20/88   PAGE   6

* AVOID CONTACT WITH EYES AND SKIN. CAN CAUSE FROSTBITE AND/OR TISSUE DAMAGE DUE TO RAPID EVAPORATION.
* DO NOT SWALLOW.
* DO NOT EAT, DRINK, OR SMOKE IN WORK AREAS.
* USE ONLY WITH ADEQUATE VENTILATION SUFFICIENT TO LIMIT EMPLOYEE EXPOSURE BELOW PERMISSIBLE EXPOSURE LIMIT.

**COMMENTS:**

SPECIAL FIREFIGHTING PROCEDURES (CON'T):

FOR SMALL FIRES, EXTINGUISH WITH CARBON DIOXIDE OR DRY CHEMICAL AGENTS AND WHILE CONTINUING TO COOL EQUIPMENT, ATTEMPT TO CLOSE OFF SOURCE OF LEAK.

THERE IS NO KNOWN EFFECTIVE EXTINGUISHING AGENT FOR LARGE FIRES. THERE-FORE, IF SOURCE OF LEAK CANNOT BE CLOSED OFF, CONTINUE COOLING EQUIPMENT WITH STREAMS OF WATER TO AVOID TANK RUPTURE AND EXPLOSION AND ALLOW FIRE TO SELF-EXTINGUISH. NO ONE WITHOUT PROPER RESPIRATORY PROTECTION SHOULD ENTER AN AREA WHERE THERE HAS BEEN A FIRE UNTIL THE AREA HAS BEEN THOROUGHLY VENTILATED AND CHECKED TO BE SURE THE MONOMER CONCENTRATION IS BELOW THE PERMISSIBLE EXPOSURE LIMIT.

TSCA - VINYL CHLORIDE IS ON THE TSCA INVENTORY UNDER CAS NO. 75-01-4.

SARA TITLE III - A) LISTED IN 311/312 CATEGORIES AS FLAMMABLE, PRESSURE RELEASE, ACUTE AND CHRONIC, B) LISTED IN SECTION 313, C) NOT LISTED IN SECTION 302.

CERCLA - LISTED IN TABLE 302.4 AS A HAZARDOUS SUBSTANCE WITH A REPORTABLE QUANTITY OF 1 POUND. RELEASES TO AIR, LAND, OR WATER WHICH EXCEED THE RQ MUST BE REPORTED TO THE NATIONAL RESPONSE CENTER, 800-424-8802.

RCRA - WASTE VINYL CHLORIDE AND CONTAMINATED SOILS/MATERIALS FROM SPILL CLEANUP ARE U043 HAZARDOUS WASTE AS PER 40 CFR 261.33 AND MUST BE DISPOSED OF ACCORDINGLY UNDER RCRA.

CALIFORNIA PROP. 65 - THIS PRODUCT IS A CHEMICAL KNOWN TO THE STATE OF CALIFORNIA TO CAUSE CANCER.

R. KENNETH LEE
MANAGER, PRODUCT SAFETY

★ ★ ★   24-HOUR EMERGENCY ASSISTANCE: (304) 843-1300   ★ ★ ★

FORM 6372 Rev. 3-88   **Material Safety Data Sheet**   SL 04828!

## Exhibit 96: 12/15/1988 (BFG 39670 – 39681)

Cullinan Case - Plaintiff's Answer to Expert Interrogatories on Causation (Massachusetts)
Re: VCM and Lymphoma, summarizing the then state-of -the art with regard to the multi-
potential carcinogenicity of VCM.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

PAUL M. CULLINAN )
)
Plaintiff )
v. )           CIVIL ACTION NO .
)               85-0378-F
MONSANTO COMPANY, et al., )
)
Defendants. )

## PLAINTIFF'S ANSWER TO EXPERT
## INTERROGATORY RE: GENERAL CAUSATION

Plaintiff in the above-entitled action, pursuant to the

Court's order of September 21, 1988, hereby answers the following

expert interrogatory:

Is vinyl chloride or polyvinyl chloride a competent
producing cause of malignant lymphoma in human beings?

Answer:

Plaintiff's expert on the issue of causation is L. Christine

Oliver, M.D., M.S.  Dr. Oliver is Co-Director of the Department

of Occupational Medicine at Massachusetts General Hospital and an

Assistant Professor of Medicine at the Harvard Medical School.

Her resume has been previously provided to the defendants.  It is

Dr. Oliver's opinion that epidemiologic data in humans and

experimental evidence in animals support a causal association

between vinyl chloride exposure and malignant lymphoma, as well

as cancers of the liver, lung and brain.  The data has been

consistent in animals across species and in humans in studies

BFG39670

-2-

carried out in the United States, Germany, and Russia.  Of
particular significance is recent evidence which suggests that as
the level of exposure to vinyl chloride decreases, the likelihood
of developing lymphoma increases relative to other types of
cancers.  It is Dr. Oliver's opinion, with a reasonable degree of
medical certainty, that a causal association exists between
exposure to vinyl chloride and the development of malignant
lymphoma in human beings.

Dr. Oliver's opinion is based upon studies which demonstrate
that vinyl chloride is a general carcinogen, causing malignancies
in a number of distinct systems in human beings, and upon
epidemiologic data which specifically demonstrates a causal
association between vinyl chloride and malignant lymphoma.

Dr. Oliver's anticipated testimony is provided hereafter.
(Footnotes refer to scientific studies which are listed at the
conclusion of Dr. Oliver's anticipated testimony.)

Vinyl chloride was regulated as a human carcinogen by the
United States government in 1975.  At that time, the Occupational
Safety and Health Administration (OSHA) promulgated a standard
limiting allowable airborne workplace exposure levels to 1 ppm as
a time-weighted average.[1]  This occurred one year after the first
report of vinyl chloride (VC)-induced cancer in humans appeared
in the medical literature.[2]  Four fatal cases of angiosarcoma of
the liver among workers exposed to VC in a polyvinyl chloride

BFG39671

-3-

(PVC) polymerization plant were described.  Three years earlier, Viola had described the occurrence of malignant tumors in rats exposed to VC.[3]  Subsequent scientific reports have confirmed the carcinogenicity of VC in both animals and humans.  The published data are notable in their consistency across and within species, including human beings.

Animal models used in the investigation of VC carcinogenicity have included rats, mice, and hamsters.  Viola exposed rats to VC by inhalation and in a group of 26 animals observed 17 neoplasms of skin, 7 of the lung, and 5 of bone.  One of the earliest and most extensive studies was carried out by Maltoni and Lefemine.[4]  Animal studies included rats, mice and hamsters.  Airborne exposure levels ranged from 10,000 to 50 ppm of VC, at varying durations of exposure, the baseline being four hours daily, five days per week, for 52 weeks.  Cancer occurred in all three species and included in rats, angiosarcoma of the liver, neuroblastoma of the brain, and carcinoma of the skin; in mice, adenomas of the lung and angiosarcoma of the liver; and in hamsters, angiosarcoma of the liver and lymphoma.  Levels as low as 50 ppm were cancer-producing.  Keplinger observed adenomas of the lung, angiosarcoma of the liver, and carcinoma of the mammary gland in mice exposed to airborne VC at 50, 200, and 2500 ppm.[5]  On the basis of his findings, Maltoni advised "...that the VC carcinogenesis may serve as a convincing example for urgently

BFG39672

2532:3003

-4-

promoting experimental bioassays for all new industrial compounds
and for those compounds which are already widespread but whose
effect we still ignore, to avoid occupational cancers."

Epidemiologic data in humans is consistent with experimental
findings in animals.  In 1974, Monson and Peters reported the
results of a proportionate mortality ratio (PMR) analysis of 161
deaths in white male workers exposed to VC in a PVC
polymerization plant.[6]  There was a statistically significant (p
< 0.02) 50% excess of deaths due to cancers.  The greater
excesses observed were liver and biliary tract (8 observed/0.7
expected, PMR 11) and brain (5 observed/1.2 expected, PMR 4.2)
cancers.  For cancer of the lung, the PMR was 1.6 (13 observed,
7.9 expected) and for cancer of the lymphatic and hematopoietic
system, 1.5 (5 observed/3.5 expected).  Deaths due to circulatory
disease did not exceed the expected (PMR 1.0), making it unlikely
that the excessive cancer death was due to a deficit of another
common cause of death, such as atherosclerotic cardiovascular
disease.

Tabershaw and Gaffey carried out a historical prospective
cohort study of 8,384 males with at least one year of exposure to
VC.[7]  Findings corroborated those of Monson and Peters.  There
were 352 deaths observed, compared to 467.3 expected (SMR 75).
Stratification by exposure into two categories revealed
standardized mortality ratios (SMR) in the higher exposed group

BFG39673

-5-

to be 141 for digestive and peritoneal cancers, 135 for
respiratory tract cancer, 190 for other unspecified sites, 136
for leukemia and aleukemia, and 212 for lymphoma.  Cancers of the
digestive tract were primarily angiosarcoma of the liver.  The
authors concluded that "mortality from digestive cancer,
respiratory cancer, cancer of other and unspecified sites, and
lymphomas appear to be related to exposure as defined in this
study."

Nicholson and co-investigators examined mortality in a
cohort of 255 PVC production workers in Western New York State.[8]
There were 151 reactor operators and cleaners and PVC resin
baggers, 60 maintenance workers, 26 workers in shipping and
receiving, and 18 laboratory workers.  Subjects were exposed for
at least five years after 1946 to 1963.  Excess deaths from all
causes (24 observed/19 expected) and from all cancers (9
observed/3.9 expected) were observed.  Of the 9 cancers, there
were three angiosarcomas of the liver, 2 neoplasms of the
lymphatic and hematopoietic tissues (lymphoma), and one each of
brain, pancreas, colon and bone cancer.

Waxweiler and associates carried out a mortality study of
1,284 workers in four VC polymerizing plants.[9]  Entry into this
study required at least five years employment and ten years since
first exposure (latency).  A total of 136 deaths occurred,
compared to 126.3 expected.  The SMR for all cancer was

BFG39674

-6-

significantly increased (p. < 0.05) at 149 (35 observed/23.5
expected).  Excesses were observed for brain and CNS cancers (3
observed/0.6 expected, SMR 498; respiratory system cancer (11
observed/5.7 expected, SMR 194); biliary and liver cancer (7
observed/0.4 expected, SMR 1606); and lymphatic and hematopoietic
system (3 observed/1.7 expected, SMR 176).  The authors concluded
that "inhalation studies by Viola et al, Maltoni, and Keplinger
et al have demonstrated that vinyl chloride induces hepatic
angiosarcomas, adenomas and adenocarcinomas of the lung,
neuroblastoma of the brain, lymphoma and various other tumors in
a variety of animal species."

Just as in the Tabershaw and Nicholson studies, the
Waxweiler study found an excess of malignant lymphomas.  The
significance of this finding was clearly stated in the study's
conclusion:

> In the present study of workers exposed to
> vinyl chloride, an excessive number of deaths
> due to cancer of the same four sites was
> found, viz the liver, lung and the lymphatic
> and central nervous system.  The evidence,
> both epidemiologically and
> histopathologically, points to vinyl chloride
> as a causal agent in the etiology of such
> excessive cancer risk."

Waxweiler, supra, p. 47.

More recently, Webber and associates compared SMRs for West
German male workers exposed to VC monomer and workers in PVC
processing with that of chemical industry workers not exposed to

BFG39675

-7-

vinyl chloride.[10]  Once again, statistically significant
epidemiologic data demonstrated a causal association between
malignant lymphomas and vinyl chloride exposure.  In a VCM cohort
study, Webber found "significant elevations of SMR of
malignancies of the lymphatic and hematopoietic tissues."  West
German males were used as the reference group for this historic
prospective cohort study.  A total of 95 deaths each were
observed in the VCM/PVC processing groups, compared to 78 in the
non-exposed group.  In the VCM/PVC production group, significant
increases in SMRs were found for cancer of the lymphatic and
hematopoietic system (214), the GI tract and peritoneum (149),
and the liver (1523).  The SMR for malignant tumors of the brain
was increased although not significantly at 162.  For cancers of
the lymphatic and hematopoietic system, a dose response
relationship based on duration of exposure was observed, with an
apparent plateau at greater than 120 months: <12 months, SMR 92;
13-16 months, SMR 186; 61-120 months, SMR 287; and >121 months,
SMR 249.

Finally, and of particular significance to the issue of
whether vinyl chloride is a cause of lymphoma, is a Soviet study
reported this past year in the British Journal of Industrial
Medicine.  Smulevich and co-workers reported the results of a
cancer mortality study of 3,232 workers exposed to VC in VC
monomer and PVC production from 1939 to 1977.[11]  Subjects had

BFG39676

-8-

been employed for at least one month.  Exposure levels were classified as high (>300 mg/m$^3$), moderate (30-300 mg/m$^3$), and low (<30 mg/m$^3$).  Sixty-three cancer deaths (SMR 106.6) were observed.  Significant excesses in death due to leukemia and aleukemia (SMR 500.0) and other lymphatic and hematopoietic tissues (SMR 416.7) were observed.  For cancers of the trachea, bronchus and lung, the brain and nervous system, SMRs were 139.3 and 153.8, respectively.  There were no registered cases of angiosarcoma of the liver.  The highest SMRs occurred in the high exposure group.  In moderate and low exposure categories, SMRs for lymphoma and leukemia were 153.8 and 200.0 respectively.  The absence of angiosarcoma of the liver in the study group was attributable to better workplace control of exposure levels in the USSR compared to other countries, based upon the hypothesis that higher exposure levels produce angiosarcoma of the liver, while lower exposure levels result in other types of malignant neoplasms including lymphomas.  It was noted that animal experiments have shown an increasing proportion of lymphomas and leukemias and a decreasing proportion of liver malignancies with decreasing levels of exposure to vinyl chloride. (Kurliandsky RA, Stovbur NN, Turusov VS.  "Toward the question of hygienic reglamentation of vinyl chloride."  Gigiena i Sanitarija 1981; 3: 74-86.  Reference not available.)

The consistency of epidemiological data concerning VC

2522203

BFG39677

-9-

exposure and lymphoma has been observed in reviews of the medical literature. Thus, Wagoner concludes that, "epidemiological investigations have now clearly demonstrated that laboratory bioassay findings were predictive not only for the carcinogenicity of vinyl chloride, but also for several of the target organs."[12] Wagoner specifically identifies malignancies of the lymphatic and hematopoietic systems. Moreover, Wagoner notes that these studies led the Internationl Agency for Research on Cancer (IARC) in 1979 to conclude that, "vinyl chloride is a human carcinogen. Its target organs are the liver, brain, lung and haemo-lymphopoietic system."[13]

Based upon the foregoing, and upon her experience in the field of occupational and environmental medicine, it is Dr. Oliver's opinion that consistent data, obtained in both human and animal studies carried out in the United States, Germany and the Soviet Union, supports a causal association between vinyl chloride exposure and malignant lymphoma, and that vinyl chloride is a competent producing cause of malignant lymphoma in human beings.

BFG39678

-10-

## REFERENCES

1.  General Industry OSHA Safety and Health Standards (29 CFR 1910).  U.S. Department of Labor.  Occupational Safety and Health Administration, June 1981, pp. 705-711.

2.  Creech, JL, Johnson, MN.  Angiosarcoma of the liver in the manufacture of polyvinyl chloride.  JOM 1974; 16: 150-51.

3.  Viola PL, Bigotti A, Caputo A. Oncogenic response of rat skin, lungs and bones to vinyl chloride.  Cancer Res 1971;31 516-522.

4.  Maltoni C, Lefemine G. Carcinogenicity bioassays of vinyl chloride: current results.  Ann N Y Acad Sci 1975; 246: 195-218.

5.  Keplinger ML, Goode JW, Gordon DE, Calandra JC.  Interim results of exposure of rats, hamsters and mice to vinyl chloride.  Ann N Y Acad Sci 1974; 246: 219-224.

6.  Monson RR, Peters JM.  Proportional mortality among vinyl chloride workers.  The Lancet 1974: 2; 397-398.

7.  Tabershaw IR, Gaffey WR.  Mortality study of workers in the manufacture of vinyl chloride and its polymers.  JOM 1974; 16: 509-518.

8.  Nicholson WJ, Hammond EC, Seidman H, Selikoff IJ.  Mortality experience of a cohort of vinyl chloride-polyvinyl chloride workers.  Ann N Y Acad Sci 1975; 246: 225-230.

9.  Waxweiler RJ, Stringer W, Wagoner JK, Jones J. Neoplastic risk among workers exposed to vinyl chloride.  Ann N Y Acad Sci 1975; 246: 40-48.

10. Weber H, Reinl W, Greiser E. German investigations on morbidity and mortality of workers exposed to vinyl chloride. Environ Health Perspect 1981; 41: 95-99

11. Smulevich B, Fedotova IV, Filatova VS. Increasing evidence of the rise of cancer in workers exposed to vinyl chloride. Brit J Ind Med 1988; 45: 93-97.

12. Wagoner JK. Toxicity of vinyl chloride and polyvinyl chloride: A critical review.  Environ Health Perspect 1983; 52: 61-66.

BFG39679

-11-

13. IARC. Evaluation of carcinogenic risk of chemicals to humans.
    19. Some monomers, plastics, and synthetic elastomers, and
    acrolein. IARC, Lyon, 1979, pp. 378 et seq. (Reference not
    currently available.)

BFG39680

-12-

Dated: December 15, 1988

Respectfully submitted
by his Attorney,

Keith S. Halpern
Silverglate, Gertner, Fine &
  Good
89 Broad Street - 14th Floor
Boston, Massachusetts  02110
617-542-6663

## Certificate of Service

I hereby certify that I have this day served the above by causing a true copy thereof to be delivered by hand to Lane McGovern, Ropes & Gray, 225 Franklin Street, Boston, MA 02110; Robert P. Powers, Melick & Porter, 11 Arlington St., Boston, MA 02116; and Joseph L. Cotter, Goodwin, Proctor & Hoar, Exchange Place, Boston, MA 02109

Dated:  December 15, 1988

Keith S. Halpern

BFG39681

**Exhibit 97:  3/9/1989 (VMD 723499 – 723501)**

Letter from J. R. Drumwright  M. D. to Thomas E. Sheffield  M.D. (in Mississippi) re:
Potential Workplace Exposure for Cleveland Brown Jr. at Vista's Polymer Plant
Aberdeen, MS

MEDICAL CONFIDENTIAL

March 9, 1989

Thomas E. Sheffield, M. D.
425 Hospital Drive
Columbus, Ms. 39701

Re: Cleveland Brown, Jr.
    SSN:  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

Dear Dr. Sheffield:

This will confirm our telephone conversation of Monday, March
6, 1989, where-in we briefly reviewed the potential work place
exposure for Cleveland Brown, Jr., Operator, Vinyl at Vista's
Polymers plant, Aberdeen, Ms. I appreciated the opportunity to
touch base with you regarding these new developments in his
health. (Since we talked, Vista Medical has received an updated
report from MetPath Laboratory, Teterboro, N. J. for Cleveland's
CBC. WBC - 19,000 with Polys 34, Lymphs 64, Eo's 1 & Baso 1.
This was performed as part of his regular medical surveillance
examination.)

Mr. Brown and his union president spoke with G. Belk, Plant
Nurse, Aberdeen on February 24, 1989. They asked if I would
review the list of chemicals Cleveland worked with or had
potential exposure to at Vista and contact you with my comments
- especially as to whether any of these substances would be
likely to decrease his resistance, etc. They also requested
that the initial "evaluation" be handled as a confidential,
personal health matter. We agreed to. Both gentlemen advised
Ms. Belk of the working diagnosis of chronic lymphocytic
leukemia which had apparently been confirmed by bone marrow
aspiration and that no specific treatment - beyond that planned
for his significant hypertensive problem - was currently
advised.

I was provided with a list of eleven substances to review. (As
I recall, you were also provided with a list of "substances" by
Mr. Brown.) The list contained vinyl chloride monomer; Lucidol;
Calcium Stearate; Polyvic; Isonox; 2-me-ALCATEX as well as
several suspending agents, cellulose, and similar substances.
Except for the VCM's well publicized potential to produce
angiosarcoma and less probably various forms of brain tumors;
The substances on the list are not known to fall into major
health problem areas. The potential for his exposure to VCM as
part of his routine job duties is extremely remote. Protective
gear is required for all jobs;  Appropriate monitoring is

VMD 723499

A

routinely followed, etc.

Should more detail be needed for any of the above, we will be happy to provide it to you.

My biggest concerns for potential problems with Cleveland and his work at the plant are directly related to his blood pressure remaining under satisfactory control. It is my understanding that he will be having regular BP determinations made at the plant with appropriate notification to your office. Hopefully, with all of us working together, we can keep Cleveland's health related problems under control. (As you're probably aware, due to an excessive absenteeism problem, Cleveland was counseled in December, 1988 to work to improve his attendance record. To the best of my knowledge, no one at the plant was aware of the additional diagnosis of chronic lymphocytic leukemia until February 24, 1989 - even though the diagnosis was made some four months earlier.)

In any event, Dr. Sheffield, I appreciate your concern and professional assistance. Please let me know if there are any significant changes in the management of Cleveland's health problems for which I can be of additional assistance.

Sincerely yours,

J. R. Drumwright, M. D.
Manager - Medical

jr

cc: Medical File

VMD 723500

J. R. DRUMWRIGHT, M. D.
OCTOBER 1989 READER FILE

VMD 723501

# Exhibit 98:  6/5/1989 (BFG 18830)

BFG - IOC (Dietz Re: Correspondence from LCA on Wong's review of cancer
epidemiology in Louisiana)

June 5, 1989


D. Hise - Calvert City
G. LeFebvre - CL-OTM
K. Stimler - 4000 Embassy Pkwy.


Attached for your information is a letter and summary from
The Louisiana Chemical Association.  I have a copy of the
complete report if you are interested.

*Harold W. Dietz* (signature)

Harold W. Dietz

90605-4/jp

2210 6001

**BFG18830**

**Exhibit 99: 10/23/1989 (R&S 002089 – 002201)**

Dow Literature Search -- "Neurotoxicity of Vinyl Chloride"
Containing multiple references to peer reviewed journals completely at odds with Dow's
official position that VCM caused only an extremely rare form of liver cancer
(angiosarcoma) and, for some reason, nothing else.

Case 3:08-cv-00612-RET-SCR    Document 60-1    01/01/10    Page 52 of 178

R&S 002089



# LITERATURE SEARCH

**REQUESTOR:**     Ralph Albee                    **DATE:**        10/23/89

**SUBJECT:**

Neurotoxicology of Vinyl Chloride

**DATABASES SEARCHED:**

**BIOSIS   (1969-present)**
BIOSIS PREVIEWS contains citations from Biological Abstracts  (BA), Biological Abstracts/Reports,
Reviews, Meetings (BA/RRM), and Bioresearch Index (BioI), the major publications of BioSciences
Information Service (BIOSIS).  Biological Abstracts  includes approximately 165,000 accounts of original
research yearly from over 9,000 primary journal and monograph titles.  Biological Abstracts/RRM includes an
additional 125,000 citations a year from meetings, reviews, books, preliminary reports, notes, letters,
selected institutional and government reports, and research communications

**MEDLINE**
MEDLINE, produced by the U. S. National Library of Medicine (NLM), is one of the major sources for
biomedical literature materials.  MEDLINE corresponds to the three printed indexes, Index Medicus, Index to
Dental Literature, and International Nursing Index.  Additional materials not published in Index Medicus  are
included in the MEDLINE database in the areas of communication disorders, and population and reproductive
biology.  The most current MEDLINE file includes 1.554 million rerences from 1983 - present as of January,
1988, and MEDLINE has backfiles to 1966 which all together contained over 5.459 million records as of
January, 1988.

**TOXLINE**
TOXLINE with its associated pre-1981 publication year references (TOXLINE65) is the National Library of
Medicine's extensive collection of computerized toxicology information.  The database contains references
to published human and animal toxicity studies, effects of environmental chemicals and pollutants, adverse
drug reactions and analytical methodology.  TOXLINE, including its back files, encompasses the years
1965-present.

TOXLINE is derived from the following sources:
- American Society of Hospital Pharmacists:  International Pharmaceutical Abstracts  (IPA)
- Aneuploidy (ANEUPL)
- BioSciences Information Service  (BIOSIS formerly HEEP)
- Environmental Mutagen Information Center (EMIC)
- Environmental Protection Agency:  Pesticide Abstracts  (PESTAB)
- Environmental Protection Agency:  TSCA test submissions  (TSCATS)
- Environmental Teratogen Information Center (ETIC)
- Epidemiology Information System  (EPIDEM)
- Hazardous Materials Technical Center  (HMTC)
- International Labor Office  (CIS)
- National Institute for Occupational and Environmental Health  (NIOSH)
- National Library of Medicine Toxicity Bibliography  (TOXBIB)
- National Technical Information Service  (NTIS)
- Poisonous Plants Bibliography (PPBIB)
- Toxicology Research Projects  (CRISP)

*If you have any questions or if the result of this search does not entirely
meet your needs, please call Linda Frauson, 6-9024*

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 53 of 178

File    5:BIOSIS PREVIEWS 69-89/SEP BA8809;RRM3709
        (C.BIOSIS 1989)

R&S 002090

4/5/1
0019616550    BIOSIS Number: 37059591
  LATE SEQUELAE OF OCCUPATIONAL VINYL CHLORIDE POISONING
  ANTONYUZHENKO V A
  INST. IND. HYG. OCCUP. DIS., GORKI, USSR.
  GIG TR PROF ZABOL   0 (2). 1989.  39-41.   CODEN: GTPZA
  Language: RUSSIAN
  Subfile: BARRM (Biological Abstracts/RRM)

Descriptors/Keywords: HUMAN NERVOUS SYSTEM PATHOLOGY DISTAL HYPALGESIA
  ACROHYPERHYDROSIS ACROHYPOTHERMIA ACROSPASTIC REACTION OSTEOLYSIS
  OSTEOSCLEROSIS OCCUPATIONAL HEALTH OCCUPATIONAL TOXICOLOGY
Concept Codes:
  *18006 Bones, Joints, Fasciae, Connective and Adipose Tissue-Pathology
  *20506 Nervous System-Pathology
  *22506 Toxicology-Environmental and Industrial Toxicology
  *23006 Temperature: Its Measurement, Effects and Regulation-Hypothermia,
         Hyperthermia
  *23012 Temperature: Its Measurement, Effects and
         Regulation-Thermoregulation
  *37013 Public Health: Environmental Health-Occupational Health
   10060 Biochemical Studies-General
Biosystematic Codes:
   86215 Hominidae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human

4/5/2
0019587495    BIOSIS Number: 88043527
  COHORT AND CASE-CONTROL ANALYSES OF WORKERS EXPOSED TO VINYL CHLORIDE AN
UPDATE
  WU W; STEENLAND K; BROWN D; WELLS V; JONES J; SCHULTE P; HALPERIN W
  NIOSH, INDUSTRYWIDE STUDIES BRANCH, ROBERT A. TAFT LAB., CINCINNATI, OHIO
45226-1998.
  J OCCUP MED   31 (6). 1989.  518-523.  CODEN: JOCMA
  Language: ENGLISH
  Subfile: BA (Biological Abstracts)
    The mortality in a cohort of workers at a vinyl chloride polymerization
plant has been updated, extending the period of observation in the original
study from 1974 to 1986. Workers at this plant may have been exposed to
vinyl chloride monomer and/or polyvinyl chloride dust, or may have had no
exposure to either substance. Seventy-six percent of the work force worked
in jobs with potential exposure to vinyl chloride monomer. Among the total
cohort, statistically significant excess risks were observed for liver,
lung, and brain cancer. For the subcohort of workers exposed to vinyl
chloride monomer, the standardized mortality ratio (SMR) for liver cancer
was 333 (90% confidence interval (CI) 202 to 521). However, there were no
significant excesses of either brain (SMR = 145, 90% CI 78 to 249) or lung
cancer (SMR = 115, 90% CI 96 to 141). The investigate dose response, nested
case-control studies for liver, brain, and lung cancer were conducted among
the total cohort (including the nonexposed). For these studies there were
two exposure variables, cumulative dose of vinyl chloride monomer and
cumulative dose of polyvinyl chloride dust. Cumulative dose was defined as
the product of level and duration of exposure. The only significant
association between disease risk and cumulative dose was for liver cancer

Case 3:08-cv-00612-RET-SCR   Document 88-1   01/01/18   Page 54 of 178

and cumulative dose of vinyl chloride monomer. Further division of the liver cancers into angiosarcoma (n = 12) and other liver cancers (n = 7), based on review of death certificates and medical records, showed that the dose response existed only for angiosarcomas.

Descriptors/Keywords: HUMAN LIVER CANCER ANGIOSARCOMA CARCINOGEN
   OCCUPATIONAL HEALTH AND SAFETY OCCUPATIONAL TOXICOLOGY
Concept Codes:
   *14006 Digestive System-Pathology
   *14508 Cardiovascular System-Blood Vessel Pathology
   *22506 Toxicology-Environmental and Industrial Toxicology
   *24004 Neoplasms and Neoplastic Agents-Pathology; Clinical Aspects;
       Systemic Effects
   *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
   *37013 Public Health: Environmental Health-Occupational Health
   *37054 Public Health: Epidemiology-Organic Diseases and Neoplasms
    10060 Biochemical Studies-General
Biosystematic Codes:
    86215 Hominidae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human

   4/5/3
0017521687     BIOSIS Number: 84009754
   AN EXPLORATORY CASE-CONTROL STUDY OF BRAIN TUMORS IN ADULTS
   BURCH J D; CRAIB K J P; CHOI B C K; MILLER A B; RISCH H A; HOWE G R
   NATIONAL CANCER INST. OF CANADA EPIDEMIOLOGY UNIT, FAC. MED., MCMURRICH
BUILDING, UNIV. TORONTO, 12 QUEEN'S PARK CRESENT WEST, TORONTO, ON, M5S
1A8, CANADA.
   JNCI (J NATL CANCER INST) 78 (4). 1987. 601-610.   CODEN: JJIND
   Language: ENGLISH
   Subfile: BA (Biological Abstracts)
   An exploratory study of brain tumors in adults was carried out using 215 cases diagnosed in Southern Ontario between 1979 and 1982, with an individually matched, hospital control series. Significantly elevated risks were observed for reported use of spring water, drinking of wine, and consumption of pickled fish, together with a significant protective effect for the regular consumption of any of several types of fruit. While these factors are consistent with a role for N-nitroso compounds in the etiology of these tumors, for several other factors related to this hypothesis, no association was observed. Occupation in the rubber industry was associated with a significant relative risk of 9.0, though no other occupational associations were seen. Two previously unreported associations were with smoking nonfilter cigarettes with a significant trend and with the use of hair dyes or sprays. The data do not support an association between physical head trauma requiring medical attention and risk of brain tumors and indicate that exposure to ionizing radiation and vinyl chloride monomer does not contribute any appreciable fraction of attributable risk in the population studied. The findings warrant further detailed investigation in future epidemiologic studies.

Descriptors/Keywords: HUMAN SPRING WATER WINE PICKLED FISH FRUIT N NITROSO
   COMPOUND RUBBER INDUSTRY WORKER NONFILTER CIGARETTES HAIR PRODUCTS
Concept Codes:
   *07004 Behavioral Biology-Human Behavior
   *13522 Food Technology-Fish and Other Marine and Freshwater Products
   *20506 Nervous System-Pathology
   *22501 Toxicology-General; Methods and Experimental
   *22506 Toxicology-Environmental and Industrial Toxicology

R&S 002091

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 55 of 178

    *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
    *37010 Public Health-Public Health Administration and Statistics
    *37013 Public Health: Environmental Health-Occupational Health
    *37054 Public Health: Epidemiology-Organic Diseases and Neoplasms
     10060 Biochemical Studies-General
Biosystematic Codes:
    86215 Hominidae
Super Taxa:
    Animals; Vertebrates; Mammals; Primates; Human

  4/5/4
0016704047    BIOSIS Number: 31105355
  BIOLOGICAL MONITORING OF CHLORINATED HYDROCARBON SOLVENTS
  MONSTER A C
  CORONEL LAB., FAC. MED., UNIV. AMSTERDAM, MEIBERGDREEF 15, 1105 AZ
AMSTERDAM, THE NETHERLANDS.
  CONFERENCE ON MEDICAL SCREENING AND BIOLOGICAL MONITORING FOR THE EFFECTS
OF EXPOSURE IN THE WORKPLACE, PART I, CINCINNATI, OHIO, USA, JULY 10-13,
1984. J OCCUP MED    28 (8). 1986.  583-588.   CODEN: JOCMA
  Language: ENGLISH
  Subfile: BARRM (Biological Abstracts/RRM)

Descriptors/Keywords: HUMAN WORKERS MONOCHLOROMETHANE DICHLOROMETHANE
  TRICHLOROMETHANE TETRACHLOROMETHANE 1 2 DICHLOROETHANE MONOCHLOROETHENE
  TRICHLOROETHENE TETRACHLOROETHENE 1 1 1 TRICHLOROETHANE NEUROTOXICITY
  HAZARDOUS MATERIALS HAZARDOUS OCCUPATION WORK ENVIRONMENT THRESHOLD LIMIT
  VALUE
Concept Codes:
  *10006 Clinical Biochemistry; General Methods and Applications
  *22506 Toxicology-Environmental and Industrial Toxicology
  *37013 Public Health: Environmental Health-Occupational Health
  *37015 Public Health: Environmental Health-Air, Water and Soil Pollution
   00520 General Biology-Symposia, Transactions and Proceedings of
         Conferences, Congresses, Review Annuals
   10050 Biochemical Methods-General
   10060 Biochemical Studies-General
   12502 Pathology, General and Miscellaneous-General
Biosystematic Codes:
   86215 Hominidae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human

R&S 002092

  4/5/5
0016599729    BIOSIS Number: 82049429
  ELECTROENCEPHALOGRAM CHANGES IN WORKERS EXPOSED TO LONG-TERM COMBINED
EFFECT OF A MIXTURE OF`ORGANIC SOLVENTS AND VINYL CHLORIDE
  DINCHEVA E; KOLEV P; D"LBOKOVA D
  INST. HYG. OCCUP. DIS., MED. ACAD., SOFIA, BULG.
  KHIG ZDRAVEOPAZ   29 (1). 1986.  8-15.   CODEN: KHZDA
  Language: BULGARIAN
  Subfile: BA (Biological Abstracts)
  EEG studies were carried out to workers, exposed to the long-term
combined effect of a mixture of organic solvents and vinylchloride. Changes
in EEG activity and visual provoked potentials (VPP) were established in
more than half of the subjects examined. The changes most often established
were as follows: dominant alpha rhythm in the front and its inhibition in
the occipital regions of cortex; increased theta activity; appearance of
eposides of hypersynchronous slow activity; occurring of spindles of high
voltage fast (beta) activity in the frontal leads; increase of the latent

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 56 of 178

periods of the components of VPP. The changes described are discussed as
early indices for neurotoxic effect of the workers exposed.

Descriptors/Keywords: NEUROTOXIC EFFECT
Concept Codes:
  *20506 Nervous System-Pathology
  *22506 Toxicology-Environmental and Industrial Toxicology
  *37013 Public Health: Environmental Health-Occupational Health
   12504 Pathology, General and Miscellaneous-Diagnostic
   20001 Sense Organs, Associated Structures and Functions-General; Methods
   20501 Nervous System-General; Methods
Biosystematic Codes:
   86215 Hominidae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human


  4/5/6
0016585946     BIOSIS Number: 31045678
  EPIDEMIOLOGY OF BRAIN TUMORS IN MAN AND THEIR RELATIONSHIP WITH CHEMICAL
AGENTS
  JONES R D
  HEALTH SAFETY EXECUTIVE, MAGDALEN HOUSE, STANLEY PRECINCT, BOOTLE L20
3QZ, MERSEYSIDE, ENGLAND.
  INTERNATIONAL WORKSHOP ON THE INDUCTION OF MICROSCOPIC BRAIN TUMORS IN
THE RAT: THE SIGNIFICANCE FOR MAN, SURREY, ENGLAND, JULY 19-20, 1984. FOOD
CHEM TOXICOL    24 (2). 1986.   99-104.   CODEN: FCTOD
  Language: ENGLISH
  Subfile: BARRM (Biological Abstracts/RRM)

Descriptors/Keywords: VINYL CHLORIDE RUBBER ACRYLONITRILE PETROCHEMICALS
  OCCUPATIONAL EXPOSURE
Concept Codes:
  *20506 Nervous System-Pathology
  *22501 Toxicology-General; Methods and Experimental
  *22506 Toxicology-Environmental and Industrial Toxicology
  *24004 Neoplasms and Neoplastic Agents-Pathology; Clinical Aspects;
          Systemic Effects
  *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
  *37013 Public Health: Environmental Health-Occupational Health
   00520 General Biology-Symposia, Transactions and Proceedings of
          Conferences, Congresses, Review Annuals
   10060 Biochemical Studies-General
Biosystematic Codes:
   86215 Hominidae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human


  4/5/7
0016556055     BIOSIS Number: 82025457
  AN INVESTIGATION OF MORTALITY FROM CANCER AND OTHER CAUSES OF DEATH AMONG
WORKERS EMPLOYED AT AN EAST TEXAS USA CHEMICAL PLANT
  SWEENEY M H; BEAUMONT J J; WAXWEILER R J; HALPERIN W E
  NIOSH, 4676 COLUMBIA PARKW., ROBERT A. TAFT LAB., CINCINNATI, OHIO 45226,
USA.
  ARCH ENVIRON HEALTH    41 (1). 1986.   23-28.   CODEN: AEHLA
  Language: ENGLISH
  Subfile: BA (Biological Abstracts)
  The cause-specific mortality of 2,510 males employed at an east Texas
chemical plant was examined in a historical prospective study to evaluate a

R&S 002093

R&S 002094

suspected increase in deaths from multiple myeloma and brain cancer.
Potential exposures from chemicals, either used in manufacturing processes
or produced during the study period 1952-1971, included the fuel additive
tetraethyl lead, ethylene dibromide and dichloride, inorganic lead, and
vinyl chloride monomer. Overall mortality for all workers (156 observed vs.
211.14 expected) and for workers first employed between 1952 and 1959 (131
observed vs. 167.33 expected) when tetraethyl lead was the single major
product was lower than expected when compared to the [USA] general
population. There were no significant increases in mortality from
malignancies or other causes of death. The deficits may be due to the small
number of total deaths, and the lower power for detecting excess risk of
mortality from multiple myeloma (z1-.beta. = 27, .alpha. = .05), brain
cancer (z1-.beta. = 31, .alpha. = .05), or other rare causes of death; lack
of complete workplace exposure data for production workers; and the absence
of historical measurements on the extent of environmental exposure to
tetraethyl lead and other chemicals.

Descriptors/Keywords: TETRAETHYLLEAD MULTIPLE MYELOMA BRAIN CANCER
Concept Codes:
   *13010 Metabolism-Minerals
   *15006 Blood, Blood-Forming Organs and Body Fluids-Blood, Lymphatic and
          Reticuloendothelial Pathologies
   *15008 Blood, Blood-Forming Organs and Body Fluids-Lymphatic Tissue and
          Reticuloendothelial System
   *20506 Nervous System-Pathology
   *22506 Toxicology-Environmental and Industrial Toxicology
   *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
   *24010 Neoplasms and Neoplastic Agents-Blood and Reticuloendothelial
          Neoplasms
   *34508 Immunology and Immunochemistry-Immunopathology, Tissue Immunology
   *37013 Public Health: Environmental Health-Occupational Health
   *37015 Public Health: Environmental Health-Air, Water and Soil Pollution
    10069 Biochemical Studies-Minerals
    12510 Pathology, General and Miscellaneous-Necrosis (1971- )
Biosystematic Codes:
    86215 Hominidae
Super Taxa:
    Animals; Vertebrates; Mammals; Primates; Human


 4/5/8
0016521168      BIOSIS Number: 31011376
  BRAIN TUMORS AND OCCUPATIONAL RISK FACTORS A REVIEW
  THOMAS T L; WAXWEILER R J
  OCCUPATIONAL STUDIES SECTION, ENVIRONMENTAL EPIDEMIOLOGY BRANCH, NCI,
LANDOW BUILDING, ROOM 4C16, BETHESDA, MD. 20892, USA.
  SCAND J WORK ENVIRON HEALTH   12 (1). 1986.  1-15.   CODEN: SWEHD
  Language: ENGLISH
  Subfile: BARRM (Biological Abstracts/RRM)

Descriptors/Keywords: REVIEW HUMAN PHENOLIC COMPOUNDS ORGANIC SOLVENTS
  LUBRICATING OIL ACRYLONITRILE CHLORIDE VINYL CHLORIDE FORMALDEHYDE
  HYDROCARBONS CARCINOGENS ARTISTS LABORATORY PROFESSIONALS VETERINARIANS
  EMBALMERS OIL REFINERY WORKERS RUBBER WORKERS CHEMICAL PLANT WORKERS
Concept Codes:
   *20506 Nervous System-Pathology
   *22506 Toxicology-Environmental and Industrial Toxicology
   *24004 Neoplasms and Neoplastic Agents-Pathology; Clinical Aspects;
          Systemic Effects
   *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis

Case 3:08-cv-00612-RET-SCR   Document 88-1   01/01/10   Page 58 of 178

     *37013 Public Health: Environmental Health-Occupational Health
     *37015 Public Health: Environmental Health-Air, Water and Soil Pollution
      10060 Biochemical Studies-General
      12504 Pathology, General and Miscellaneous-Diagnostic
      37054 Public Health: Epidemiology-Organic Diseases and Neoplasms
Biosystematic Codes:
      86215 Hominidae
Super Taxa:
      Animals; Vertebrates; Mammals; Primates; Human

   4/5/9
0016215934     BIOSIS Number: 81107234
   ELECTROENCEPHALOGRAPHIC FINDINGS IN WORKERS EXPOSED TO BENZENE
   KELLEROVA V
   MEDICAL FACULTY OF HYGIENE, CHARLES UNIVERSITY, SROBAROVA 50, 100 34
PRAHA 10, CZECHOSLOVAKIA.
   J HYG EPIDEMIOL MICROBIOL IMMUNOL (PRAGUE)   29 (4). 1985 (RECD. 1986).
337-346.   CODEN: JHEMA
   Language: ENGLISH
   Subfile: BA (Biological Abstracts)
   Preventive EEG examination was carried out in 40 workers significantly
exposed to benzene. The EEG findings were compared with those of a control
group of 48 healthy persons, a group of 110 workers significantly exposed
to toluene and xylene and a group of 236 workers exposed to vinyl chloride.
The individuals exposed to benzene exhibited 22.5% of abnormal and 45%
threshold findings, the abnormalities being episodic, diffuse or a
combination of the two. The effect of benzene entailed a frequent (32.5%)
occurrence of a characteristic frequency lability. Sleep phenomena were
found in a total of 60% cases (37.5% cases reached stage 1 B3 while 15%
reached stage 2 according to Roth [14]). The rapid onset of deeper sleep
stages (in 30% cases) is considered typical for benzene exposure. The
photic driving response often had an extended frequency range (a total of
61.1%, to beta frequencies only in 30.55%, to both beta and theta
frequencies also in 30.55% of cases). The different EEG features
characteristic of the neurotoxic action of various types of organic
solvents make possible a more efficient diagnostics of the effects of these
chemicals on the CNS.

Descriptors/Keywords: TOLUENE XYLENE VINYL CHLORIDE NEUROTOXICITY DIAGNOSIS
Concept Codes:
   *12504 Pathology, General and Miscellaneous-Diagnostic
   *20506 Nervous System-Pathology
   *22506 Toxicology-Environmental and Industrial Toxicology
   *37013 Public Health: Environmental Health-Occupational Health
    10504 Biophysics-General Biophysical Techniques
    20501 Nervous System-General; Methods
    21003 Psychiatry-Psychophysiology
Biosystematic Codes:
    86215 Hominidae
Super Taxa:
    Animals; Vertebrates; Mammals; Primates; Human

   4/5/10
0015576213     BIOSIS Number: 29039545
   EARLY DIAGNOSIS OF CHRONIC POISONING WITH VINYL CHLORIDE
   LYANGAUER-LEVOVITSKA G; KHABER-GARLINSKA YA; KALEMBA K
   INST. MED. IND. CARBON METAL. IND., SOSNOWIEC, POL.
   GIG TR PROF ZABOL   0 (1). 1985. 53-54.   CODEN: GTPZA
   Language: RUSSIAN

Case 3:08-cv-00612-RET-SCR     Document 47-9     06/03/2009     Page 58 of 178

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 59 of 178

Subfile: BARRM (Biological Abstracts/RRM)

Descriptors/Keywords: NOTE HUMAN WORKER NEUROTOXICITY DERMAL TOXICITY
  HEPATOTOXICITY
Concept Codes:
  *12504 Pathology, General and Miscellaneous-Diagnostic
  *14006 Digestive System-Pathology
  *18506 Integumentary System-Pathology
  *20506 Nervous System-Pathology
  *22506 Toxicology-Environmental and Industrial Toxicology
  *37013 Public Health: Environmental Health-Occupational Health
  *37015 Public Health: Environmental Health-Air, Water and Soil Pollution
   10060 Biochemical Studies-General
   12503 Pathology, General and Miscellaneous-Comparative (1970- )
Biosystematic Codes:
   86215 Hominidae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human

  4/5/11
0015197731    BIOSIS Number: 79096894
  INDUCTION OF SINGLE-STRAND BREAKS IN DNA OF MICE AFTER INHALATION OF
VINYL CHLORIDE
  WALLES S A S; HOLMBERG B
  UNIT OCCUPATIONAL TOXICOLOGY, RES. DEP., NATL. BOARD OCCUPATIONAL SAFETY
HEALTH, S-171 84 SOLNA, SWED.
  CANCER LETT   25 (1). 1984 (RECD. 1985).  13-18.   CODEN: CALED
  Language: ENGLISH
  Subfile: BA (Biological Abstracts)
  Female mice were exposed to 500 ppm vinyl chloride (VC) for 6 h/day 5
days/wk for 1-8 wk. Groups of mice were killed at different times during
this period. DNA damage, expressed as single-strand breaks (SSB), was
studied in liver, kidneys, lungs, spleen and brain. The level of SSB
increased in liver, kidneys, spleen and lungs with time of exposure and
reached a plateau for kidneys and lungs after 80 and 120 h of exposure. In
spleen there was only a slight increase in the SSB, and in brain no
detectable increase was found.

Descriptors/Keywords: CARCINOGEN LIVER KIDNEY LUNG SPLEEN BRAIN
Concept Codes:
  *14006 Digestive System-Pathology
  *15006 Blood, Blood-Forming Organs and Body Fluids-Blood, Lymphatic and
         Reticuloendothelial Pathologies
  *15008 Blood, Blood-Forming Organs and Body Fluids-Lymphatic Tissue and
         Reticuloendothelial System
  *15506 Urinary System and External Secretions-Pathology
  *20506 Nervous System-Pathology
  *22501 Toxicology-General; Methods and Experimental
  *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
   10060 Biochemical Studies-General
   10062 Biochemical Studies-Nucleic Acids, Purines and Pyrimidines
Biosystematic Codes:
   86275 Anomaluridae
Super Taxa:
   Animals; Vertebrates; Nonhuman Vertebrates; Mammals; Nonhuman Mammals;
    Rodents

  4/5/12
0015131509    BIOSIS Number: 28067340

R&S 002096

ARCHIVES OF RESEARCH ON INDUSTRIAL CARCINOGENESIS VOL. 2. EXPERIMENTAL
RESEARCH ON VINYL CHLORIDE CARCINOGENESIS
  MALTONI C; ET AL
  BOLOGNA INST. ONCOL., BOLOGNA, ITALY.
  MALTONI, C. ET AL. (ED.). ARCHIVES OF RESEARCH ON INDUSTRIAL
CARCINOGENESIS, VOL. 2. EXPERIMENTAL RESEARCH ON VINYL CHLORIDE
CARCINOGENESIS. V+533P. PRINCETON SCIENTIFIC PUBLISHERS, INC.: PRINCETON,
N.J., USA. ILLUS. ISBN 0-911131-36-1.    0 (0). 1984. V+533P.    CODEN:
ARCAE
  Language: ENGLISH
  Document Type: BOOK
  Subfile: BARRM (Biological Abstracts/RRM)
  This text provides the results of studies which were performed on vinyl
chloride (VC) and its connection with carcinogenesis at the Bentivoglio
Laboratories of the Bologna Institute of Oncology from 1971 to 1983. The
text consists of 4 parts. Part 1 reviews the available data on general
pathology and carcinogenicity. Included in this part are chemical and
physical data on vinyl chloride, exposed population and regulatory
measures, general pathology, and carcinogenicity. The second part on the
experimental carcinogenicity studies performed at the Bentivoglio
Laboratories of the Bologna Institute of Oncology includes the plan of the
studies, data on the historical control animal groups, results and
conclusions. The last 2 parts of the text discuss the history of VC
carcinogenicity and conclusive remarks. The text is mainly comprised of
tables, graphs and micrographs. An appendix is included which contains
tables and graphs on the results of the single experiments of the project.

Descriptors/Keywords: BOOK HUMAN WORKER ANIMAL LIVER CANCER PULMONARY
  ADENOMA LEUKEMIA BRAIN TUMOR EMBRYOTOXICITY MUTAGEN
Concept Codes:
  *03508 Genetics and Cytogenetics-Human
  *22506 Toxicology-Environmental and Industrial Toxicology
  *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
  *24010 Neoplasms and Neoplastic Agents-Blood and Reticuloendothelial
         Neoplasms
  *25503 Developmental Biology-Embryology-Pathological
  *37013 Public Health: Environmental Health-Occupational Health
  *37015 Public Health: Environmental Health-Air, Water and Soil Pollution
   02508 Cytology and Cytochemistry-Human
   10060 Biochemical Studies-General
   12503 Pathology, General and Miscellaneous-Comparative (1970- )
   14006 Digestive System-Pathology
   15006 Blood, Blood-Forming Organs and Body Fluids-Blood, Lymphatic and
         Reticuloendothelial Pathologies
   15008 Blood, Blood-Forming Organs and Body Fluids-Lymphatic Tissue and
         Reticuloendothelial System
   16006 Respiratory System-Pathology
   20506 Nervous System-Pathology
   25508 Developmental Biology-Embryology-Morphogenesis, General
Biosystematic Codes:
   86215 Hominidae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human

  4/5/13
0015002938      BIOSIS Number: 28002938
  SEXUAL DISORDERS IN WOMEN CHRONICALLY EXPOSED TO METHYL METHACRYLATE AND
VINYL CHLORIDE
  MAKAROV I A; SOLOV'EVA M S; GNELITSKII G I

R&S 002097

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 61 of 178

```
    INST. IND. HYG. OCCUP. DIS., GORKI, USSR.
    GIG TR PROF ZABOL   0 (3). 1984.  22-27.   CODEN: GTPZA
    Language: RUSSIAN
    Subfile: BARRM (Biological Abstracts/RRM)
```

Descriptors/Keywords: ANORGASMY GONADOTOXICITY NEUROTOXICITY
Concept Codes:
    *16506 Reproductive System-Pathology
    *22506 Toxicology-Environmental and Industrial Toxicology
    *37013 Public Health: Environmental Health-Occupational Health
    *37015 Public Health: Environmental Health-Air, Water and Soil Pollution
     05500 Social Biology; Human Ecology
     10060 Biochemical Studies-General
     12503 Pathology, General and Miscellaneous-Comparative (1970- )
     17006 Endocrine System-Gonads and Placenta
     20506 Nervous System-Pathology
Biosystematic Codes:
     86215 Hominidae
Super Taxa:
     Animals; Vertebrates; Mammals; Primates; Human

    4/5/14
    0014286675      BIOSIS Number: 78023155
     OCCUPATIONAL INFLUENCES ON MALE FERTILITY AND SEXUALITY
     STEENO O P; PANGKAHILA A
     DEP. INTERNAL MED., DIV. ENDOCRINOL., NUTRITION ANDROL., ACADEMIC HOSP.
    ST. RAPHAEL, LEUVEN/BELGIUM.
     ANDROLOGIA   16 (1). 1984.  5-22.   CODEN: ANDRD
     Language: ENGLISH
     Subfile: BA (Biological Abstracts)
     Occupational influences on male fertility and sexuality are reviewed. The
potential risks of physical factors (trauma, temperature, radiation,
microwaves), of chemical factors (metals, mineral oils, hormones [oral
contraceptives and estrogen] pesticides and herbicides, neurotoxins,
vinylchloride and analogs, carbon disulfide), of physiopathological factors
(infectious diseases occupationally acquired, low-back syndrome) and of
psychological factors (stress, alcoholism) are discussed. The
methodological aspects in monitoring the fertility and sexuality of male
workers are considered. Physicians, practicing occupational medicine, are
cautioned to be aware of these potential risks regarding gonadal function.
Occupational hygienic measures are the 1st step in preventing environmental
pollution hazards.

Descriptors/Keywords: HUMAN TRAUMA METAL MINERAL OIL TEMPERATURE HORMONE
    PESTICIDE RADIATION HERBICIDE NEURO TOXIN VINYL CHLORIDE CARBON DI
    SULFIDE ORAL CONTRACEPTIVE ESTROGEN LOW BACK PAIN STRESS ALCOHOLISM
    INFECTIOUS DISEASE ENVIRONMENTAL POLLUTION HAZARD PREVENTION
Concept Codes:
    *06506 Radiation-Radiation Effects and Protective Measures
    .*10612 External Effects-Physical and Mechanical Effects (1970- )
    *11310 Chordate Body Regions-Back and Buttocks (1970- )
    *12008 Physiology, General and Miscellaneous-Stress (1970- )
    *16506 Reproductive System-Pathology
    *17006 Endocrine System-Gonads and Placenta
    *20506 Nervous System-Pathology
    *21002 Psychiatry-Psychopathology; Psychodynamics and Therapy
    *21004 Psychiatry-Addiction-Alcohol, Drugs, Smoking, etc
    *22016 Pharmacology-Endocrine System
    *22028 Pharmacology-Reproductive System; Implantation Studies
```

R&S 002098

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/31/18    Page 62 of 178

*22501 Toxicology-General; Methods and Experimental
*22504 Toxicology-Pharmacological Toxicology (1972- )
*22506 Toxicology-Environmental and Industrial Toxicology
*23007 Temperature: Its Measurement, Effects and
       Regulation-Thermopathology (1971- )
*36001 Medical and Clinical Microbiology-General; Methods and Techniques
*37013 Public Health: Environmental Health-Occupational Health
*37017 Public Health: Environmental Health-Radiation Health
 05500 Social Biology; Human Ecology
 06504 Radiation-Radiation and Isotope Techniques
 07004 Behavioral Biology-Human Behavior
 10060 Biochemical Studies-General
 10066 Biochemical Studies-Lipids
 10069 Biochemical Studies-Minerals
 10614 External Effects-Temperature as a Primary Variable (1971- )
 22003 Pharmacology-Drug Metabolism; Metabolic Stimulators
 22005 Pharmacology-Clinical Pharmacology (1972- )
 37012 Public Health-Health Services and Medical Care
 54600 Pest Control, General; Pesticides; Herbicides
Biosystematic Codes:
 01000 Microorganisms-Unspecified
 86215 Hominidae
Super Taxa:
 Microorganisms; Animals; Vertebrates; Mammals; Primates; Human

 4/5/15
0014224870    BIOSIS Number: 77057854
 DI METHYL TIN DI CHLORIDE INVESTIGATIONS INTO ITS GASTRO INTESTINAL
ABSORPTION AND TRANS PLACENTAL TRANSFER
 NOLAND E A; MCCAULEY P T; BULL R J
 TARGET ORGAN TOXICITY BRANCH, TOXICOLOGY AND MICROBIOLOGY DIVISION,
HEALTH EFFECTS RESEARCH LABORATORY, U.S. ENVIRONMENTAL PROTECTION AGENCY,
CINCINNATI, OHIO 45268.
 J TOXICOL ENVIRON HEALTH   12 (1). 1983.  89-98.   CODEN: JTEHD
 Language: ENGLISH
 Subfile: BA (Biological Abstracts)
 Dimethyltin dichloride (DMDC) is commonly used as a stabilizer in PVC
[polyvinyl chloride] pipe used for transport of potable water. Learning
deficiencies have been observed postnatally in pups from DMDC-treated dams.
Studies were conducted with female Sprague-Dawley rats to determine whether
DMDC was absorbed by the dam and transferred across the placenta to fetal
blood and brain tissue. This was accomplished in 3 phases: a comparison of
absorption of organic and inorganic tin from drinking water, a comparison
of prenatal and postnatal levels of Sn in the pups in cross-fostering
studies and a [14C] dimethylin dichloride tracer study to determine
whether organic Sn passed to the pup intact. DMDC was absorbed in the
gastrointestinal tract of the dam much more rapidly than Sn2+. The more
rapid absorption of DMDC resulted in higher concentration of Sn in fetal
blood and brain. In fetuses that received Sn DMDC, Sn and the methyl C were
absorbed by the dam and trnasferred to the blood and brain of the fetuses.

Descriptors/Keywords: RAT PUP LEARNING POLY VINYL CHLORIDE PIPE DRINKING
 WATER
Concept Codes:
 *07003 Behavioral Biology-Animal Behavior
 *13010 Metabolism-Minerals
 *14004 Digestive System-Physiology and Biochemistry
 *16506 Reproductive System-Pathology
 *20506 Nervous System-Pathology

R&S 002099

Case 3:08-cv-00612 RET-SCR    Document 68-1    01/01/10    Page 63 of 178

```
   *22506 Toxicology-Environmental and Industrial Toxicology
   *25503 Developmental Biology-Embryology-Pathological
   *25504 Developmental Biology-Embryology-Experimental
   *25508 Developmental Biology-Embryology-Morphogenesis, General
    06504 Radiation-Radiation and Isotope Techniques
    07514 Ecology; Environmental Biology-Limnology
    07517 Ecology; Environmental Biology-Water Research and Fishery Biology
           (1969-1984)
    10059 Biochemical Methods-Minerals
    10069 Biochemical Studies-Minerals
    15002 Blood, Blood-Forming Organs and Body Fluids-Blood and Lymph
           Studies
    25000 Pediatrics
    37015 Public Health: Environmental Health-Air, Water and Soil Pollution
Biosystematic Codes:
    86375 Muridae
Super Taxa:
    Animals; Vertebrates; Nonhuman Vertebrates; Mammals; Nonhuman Mammals;
    Rodents
```

4/5/16
0014190728      BIOSIS Number: 77023712
    VINYL CHLORIDE DISEASE NEUROLOGICAL DISTURBANCES
    LANGAUER-LEWOWICKA H; KURZBAUER H; BYCZKOWSKA Z; WOCKA-MAREK T
    INSTITUTE OF OCCUPATIONAL MEDICINE IN THE MINING AND METALLURGICAL
INDUSTRY, UL. BIERUTA 12, PL-41-200 SOSNOWIEC, POLAND.
    INT ARCH OCCUP ENVIRON HEALTH    52 (2). 1983.  151-158.   CODEN: IAOHD
    Language: ENGLISH
    Subfile: BA (Biological Abstracts)
    In a plant producing vinyl chloride by the emulsion method 200 workers
who were exposed to vinyl chloride for 1-25 yr (mean 14), 58 (i.e., 29%)
were free of complaints and nervous disturbances. An asthenoautonomic
syndrome was found in 54 (i.e., 27%) and in 88 (i.e., 44%) in combination
with positive neurological findings, i.e., pyramidal syndromes (in 52),
cerebellar disturbances (in 38), trigeminal neuropathy (in 24) and
extrapyramidal symptoms (in 3), and in various combinations: pyramidal +
cerebellar in 12, trigeminal + pyramidal in 7, trigeminal + cerebellar in
5. Headaches (48%), nervousness (26%), decrease in physical strength (16%),
loss of memory (14%), sleeping disturbances and somnolence were the most
frequent complaints. Scleroderma-like skin changes were found in 10
subjects, but only 6 had any neurological disturbances. Occupational
exposure to vinyl chloride was lower in workers without neurological
findings. Frequency of the arterial hypertension was the same in both
groups; acroparesthesias, Raynaud's syndrome and increased .gamma.GTP
[.gamma.-glutamyltranspeptidase] serum activity were significantly more
frequent in workers with neurological disturbances. Sixty-two percent of
the neurologically positive group (62%) and 24% of the negative group
reported euphoric or narcotic states after exposure. This probably
indicated episodic exposures to high concentrations of vinyl chloride. This
difference pointed to a possibility that neurological disturbances may have
been related to short exposures to peak concentrations. The neurological
injury may have been a direct neurotoxic effect of vinyl chloride and
secondary to vascular disorders.

Descriptors/Keywords: HUMAN MEMORY SLEEP DISORDER HYPERTENSION RAYNAUDS
    DISEASE SCLERODERMA
Concept Codes:
   *07004 Behavioral Biology-Human Behavior
   *14508 Cardiovascular System-Blood Vessel Pathology

R&S 002100

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 64 of 178

```
    *18506 Integumentary System-Pathology
    *20506 Nervous System-Pathology
    *21002 Psychiatry-Psychopathology; Psychodynamics and Therapy
    *22506 Toxicology-Environmental and Industrial Toxicology
    *37013 Public Health: Environmental Health-Occupational Health
    *37015 Public Health: Environmental Health-Air, Water and Soil Pollution
     05500 Social Biology; Human Ecology
     10060 Biochemical Studies-General
     10064 Biochemical Studies-Proteins, Peptides and Amino Acids
     10808 Enzymes-Physiological Studies
     11304 Chordate Body Regions-Head (1970- )
     11318 Chordate Body Regions-Extremities (1970- )
     12503 Pathology, General and Miscellaneous-Comparative (1970- )
     13012 Metabolism-Proteins, Peptides and Amino Acids
Biosystematic Codes:
     86215 Hominidae
Super Taxa:
     Animals; Vertebrates; Mammals; Primates; Human
```

```
    4/5/17
    0013308688     BIOSIS Number: 76066180
     A CASE CONTROL STUDY OF CHEMICAL EXPOSURES AND BRAIN TUMORS IN
PETROCHEMICAL WORKERS
     AUSTIN S G; SCHNATTER A R
     DEP. EPIDEMIOL., UNION CARBIDE CORP., OLD RIDGEBURY ROAD, DANBURY, CONN.
06817.
     J OCCUP MED    25 (4). 1983.  313-320.   CODEN: JOCMA
     Language: ENGLISH
     Subfile: BA (Biological Abstracts)
```

The relationship between chemical exposures and deaths attributable to
primary brain tumors among employees of a Texas, [USA] petrochemical plant
was investigated. Cases consisted of 21 deaths in which the underlying
cause was confirmed as a primary brain tumor. Two control groups of 80
employees each were randomly selected from 450 decedents known to the
company in June, 1979. Potential exposures while employed were compared
between cases and controls for 5 known or suspect carcinogens [benzene,
ethylene dichloride, ethylene oxide, diethyl sulfate, vinyl chloride].
Exposure potentials were also compared for an additional 37 chemcials to
which at least 4 cases were potentially exposed. Overall and 15 yr latency
analyses were performed. The proportion of cases exposed to the 5
potentially carcinogenic chemicals (including vinyl chloride) were lower
than or consistent with the proportion of exposed controls. No
statistically significant differences between the proportions of cases and
controls exposed to the 37 other chemicals were found.

```
Descriptors/Keywords: HUMAN BENZENE ETHYLENE DI CHLORIDE ETHYLENE OXIDE DI
     ETHYL SULFATE VINYL CHLORIDE CARCINOGEN MORTALITY TEXAS USA
Concept Codes:
    *20506 Nervous System-Pathology
    *22506 Toxicology-Environmental and Industrial Toxicology
    *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
    *37013 Public Health: Environmental Health-Occupational Health
    *37054 Public Health: Epidemiology-Organic Diseases and Neoplasms
     05500 Social Biology; Human Ecology
     10060 Biochemical Studies-General
     12510 Pathology, General and Miscellaneous-Necrosis (1971- )
Biosystematic Codes:
     86215 Hominidae
Super Taxa:
```

R&S 002101

Animals; Vertebrates; Mammals; Primates; Human

4/5/18
0012275353     BIOSIS Number: 74047833
  REACTIONS OF VINYL CHLORIDE WITH RNA AND DNA OF VARIOUS MOUSE TISSUES
IN-VIVO
  BERGMAN K
  TOXICOL. LAB., NATIONAL FOOD ADMINISTRATION, BOX 622, S-751 26 UPPSALA,
SWEDEN.
  ARCH TOXICOL  49 (2). 1982. 117-130.   CODEN: ARTOD
  Language: ENGLISH
  Subfile: BA (Biological Abstracts)
  The irreversible binding of 14C-vinyl chloride metabolites to RNA and DNA
of mouse brain, lung, liver, kidney, spleen, pancreas and testes after a
single i.p. injection was studied. Hydrolysates of nucleic acids from
selected organs were separated on Aminex A6 for quantitation of alkylation
products. Radioactivity in nucleic acids was registered in all organs with
the exception of brain. RNA from spleen, pancreas and liver and DNA from
spleen and liver contained the highest amounts of radioactivity. In nucleic
acids from spleen and pancreas, organs of high metabolic activity, the
entire radioactivity was metabolically incorporated as C1-fragments. In RNA
of kidney and liver a large part of the radioactivity was present as
incorporated C1-fragments but 3,N4-ethenocytidine (in kidney), and
1,N6-ethenoadenosine and 1,N6-ethenoadenine (in kidney and liver) were
identified as alkylation products. In liver DNA incorporation of
C1-fragments was insignificant, indicating different interactions of vinyl
chloride metabolites (C1-fragments and alkylating products) with RNA and
DNA. The elution profiles of radioactivity in hydrolysates of liver DNA
were dominated by an alkylation product of unknown structure (probably a
derivative of deoxyguanosine). Possibly 1,N6-ethenodeoxyadenosine and
1,N6-ethenoadenine were also present in liver DNA. Results were consistent
with the ability of vinyl chloride to act as a multipotent carcinogen by
alkylation of DNA in several tissues.

Descriptors/Keywords: BRAIN LUNG LIVER KIDNEY SPLEEN PANCREAS TESTES
  CARCINOGEN CARBON-14 LABEL INTRA PERITONEAL INJECTION
Concept Codes:
  *13002 Metabolism-General Metabolism; Metabolic Pathways
  *13014 Metabolism-Nucleic Acids, Purines and Pyrimidines
  *14006 Digestive System-Pathology
  *15006 Blood, Blood-Forming Organs and Body Fluids-Blood, Lymphatic and
         Reticuloendothelial Pathologies
  *15008 Blood, Blood-Forming Organs and Body Fluids-Lymphatic Tissue and
         Reticuloendothelial System
  *15506 Urinary System and External Secretions-Pathology
  *16006 Respiratory System-Pathology
  *16506 Reproductive System-Pathology
  *17008 Endocrine System-Pancreas
  *20506 Nervous System-Pathology
  *22501 Toxicology-General; Methods and Experimental
  *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
   06504 Radiation-Radiation and Isotope Techniques
   10060 Biochemical Studies-General
   10062 Biochemical Studies-Nucleic Acids, Purines and Pyrimidines
   10504 Biophysics-General Biophysical Techniques
   11314 Chordate Body Regions-Abdomen (1970- )
   12100 Movement (1971- )
   17006 Endocrine System-Gonads and Placenta
   22100 Routes of Immunization, Infection and Therapy

R&S 002102

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 66 of 178

R&S 002103

Biosystematic Codes:
   86375 Muridae
Super Taxa:
   Animals; Vertebrates; Nonhuman Vertebrates; Mammals; Nonhuman Mammals;
   Rodents

   4/5/19
0012216965    BIOSIS Number: 73076949
   MALIGNANT TUMORS AFTER CHRONIC EXPOSURE TO VINYL CHLORIDE
   EMMERICH K H; NORPOTH K
   INST. PATHOL., UNIV. MUENSTER, DOMAGKSTR. 17, D-4400 MUENSTER, W. GER.
   J CANCER RES CLIN ONCOL   102 (1). 1981 (RECD. 1982).  1-12.   CODEN:
JCROD
   Language: ENGLISH
   Subfile: BA (Biological Abstracts)
   Correlations between exposure to vinyl chloride and the development of
malignant tumors in the liver have been known since 1974 and have been
confirmed by many experimental investigations. Based on the evaluation of
[human] mortality statistics from 9 different countries an increased
incidence of malignant tumors of the lung, the gastrointestinal tract and
the central nervous system (CNS) and of malignant lymphomas is documented
in connection with exposure to vinyl chloride. Statistically significant
increases were only found in the incidence of malignant liver tumors.
Metabolism and toxicology of vinyl chloride are discussed in detail.

Descriptors/Keywords: HUMAN LUNG GASTRO INTESTINAL TRACT CENTRAL NERVOUS
   SYSTEM CARCINOGEN MORTALITY STATISTICS
Concept Codes:
   *13002 Metabolism-General Metabolism; Metabolic Pathways
   *14006 Digestive System-Pathology
   *16006 Respiratory System-Pathology
   *20506 Nervous System-Pathology
   *22501 Toxicology-General; Methods and Experimental
   *22506 Toxicology-Environmental and Industrial Toxicology
   *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
   *24010 Neoplasms and Neoplastic Agents-Blood and Reticuloendothelial
          Neoplasms
   *37054 Public Health: Epidemiology-Organic Diseases and Neoplasms
    04500 Mathematical Biology and Statistical Methods
    10060 Biochemical Studies-General
    12510 Pathology, General and Miscellaneous-Necrosis (1971- )
    15006 Blood, Blood-Forming Organs and Body Fluids-Blood, Lymphatic and
          Reticuloendothelial Pathologies
    15008 Blood, Blood-Forming Organs and Body Fluids-Lymphatic Tissue and
          Reticuloendothelial System
    37010 Public Health-Public Health Administration and Statistics
Biosystematic Codes:
   86215 Hominidae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human

   4/5/20
0012209661    BIOSIS Number: 73069645
   IN-VITRO METABOLISM OF ACRYLONITRILE TO 2 CYANO ETHYLENE OXIDE REACTION
WITH GLUTATHIONE AND IRREVERSIBLE BINDING TO PROTEINS AND NUCLEIC-ACIDS
   GUENGERICH F P; GEIGER L E; HOGY L L; WRIGHT P L
   DEP. BIOCHEM., VANDERBILT UNIV. SCH. MED., NASHVILLE, TENN. 37232.
   CANCER RES   41 (12 PART 1). 1981.  4925-4933.   CODEN: CNREA
   Language: ENGLISH

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 67 of 178

Subfile: BA (Biological Abstracts)
  The metabolism of the suspected carcinogen acrylonitrile was studied
using subcellular fractions isolated from rats and humans. Irreversible
binding of radioactive label from [1-14C]- or [2,3-14C]acrylonitrile to
protein and DNA was enhanced by reduced NADP in the presence of rat liver
microsomes or a reconstituted cytochrome P-450 system. During the reduced
NADP-dependent reaction, HCN was produced and the heme of cytochrome P-450
was destroyed. Rat brain microsomes did not produce detectable levels of
metabolites. Conclusive evidence of metabolically mediated binding of
acrylonitrile to protein and DNA in human systems was not found. Metabolism
was induced in rats by pretreatment of animals with either phenobarbital or
5,6-benzoflavone. Labeled 2-cyanoethylene oxide was found to bind
irreversibly to calf thymus DNA and microsomal protein. The extent of
binding was greater in the case of 2,3-14C-labeled than 1-14C-labeled
material. The relative 1st-order rate of acrylonitrile binding to calf
thymus DNA in rat liver microsomal systems was 1-2 orders of magnitude less
than that for 1,1,2-trichloroethylene and 3 orders of magnitude less than
that for vinyl chloride or vinyl bromide. Rat liver microsomes or a
reconstituted cytochrome P-450 system catalyzed the mixed-function
oxidation of acrylonitrile to 2-cyanoethylene oxide. 2-Cyanoethylene oxide
has a half-life of about 2 h in neutral buffer at 37.degree.. This epoxide
was found to serve as a substrate for microsomal epoxide hydrolase. HCN was
released during hydrolysis of 2-cyanoethylene oxide or reaction of the
epoxide with reduced glutathione; HCN release in either case was not
stoichiometric with epoxide disappearance. 2-Cyanoethylene oxide reacted
less rapidly with reduced glutathione than did acrylonitrile. Rat liver
cytosol preparations contained glutathione S-transferase activity towards
acrylonitrile and greater activity with 2-cyanoethylene oxide as a
substrate. Cytosol preparations from rat brain and human liver had no
detectable glutathione S-transferase activity towards acrylonitrile but did
exhibit some activity towards 2-cyanoethylene oxide. These studies
establish the basic pathways involved in the metabolism of acrylonitrile
and should provide a basis for examination of the relevance of these
individual steps and their roles in bioactivation and detoxication under
more physiological situations.

Descriptors/Keywords: HUMAN RAT CALF THYMUS BRAIN LIVER 1 1 2 TRI CHLORO
  ETHYLENE VINYL BROMIDE VINYL CHLORIDE CARCINOGEN PHENO BARBITAL 5 6 BENZO
  FLAVONE GLUTATHIONE S TRANSFERASE EPOXIDE HYDROLASE CYTOCHROME P-450 NADP
  RADIO LABEL
Concept Codes:
  *10808 Enzymes-Physiological Studies
  *13002 Metabolism-General Metabolism; Metabolic Pathways
  *13012 Metabolism-Proteins, Peptides and Amino Acids
  *13014 Metabolism-Nucleic Acids, Purines and Pyrimidines
  *14004 Digestive System-Physiology and Biochemistry
  *20504 Nervous System-Physiology and Biochemistry
  *22501 Toxicology-General; Methods and Experimental
  *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
   06504 Radiation-Radiation and Isotope Techniques
   10060 Biochemical Studies-General
   10062 Biochemical Studies-Nucleic Acids, Purines and Pyrimidines
   10064 Biochemical Studies-Proteins, Peptides and Amino Acids
   10065 Biochemical Studies-Porphyrins and Bile Pigments
   17016 Endocrine System-Thymus
   22002 Pharmacology-General
   32500 Tissue Culture, Apparatus, Methods and Media
   32600 In Vitro Studies, Cellular and Subcellular
Biosystematic Codes:

R&S 002104

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/31/10    Page 68 of 178

```
   85715 Bovidae
   86215 Hominidae
   86375 Muridae
Super Taxa:
   Animals; Vertebrates; Nonhuman Vertebrates; Mammals; Nonhuman Mammals;
    Primates; Human; Rodents
```

```
   4/5/21
0012204728     BIOSIS Number: 73064712
   POWER CONSIDERATIONS IN EPIDEMIOLOGIC STUDIES OF VINYL CHLORIDE WORKERS
   BEAUMONT J J; BRESLOW N E
   INDUSTRYWIDE STUDIES BRANCH F-8, NATIONAL INSTITUTE FOR OCCUPATIONAL
SAFETY AND HEALTH, 4676 COLUMBIA PARKWAY, CINCINNATI, OH 45226.
   AM J EPIDEMIOL   114 (5). 1981.   725-734.   CODEN: AJEPA
   Language: ENGLISH
   Subfile: BA (Biological Abstracts)
   Nine retrospective mortality studies of workers exposed to vinyl chloride
were  reviewed to determine whether differences in their hypothesis testing
results  might  be due to differences in statistical power. Where possible,
the  power  of  each study was calculated for cancer of the lung, brain and
liver.  When  power was taken into consideration, the results for liver and
brain cancer were consistent with an etiologic role for vinyl chloride. For
lung cancer, the data were not consistent with an etiologic role, in that 2
studies with very high power yielded negative results.
```

R&S 002105

```
Descriptors/Keywords: HUMAN LUNG CANCER BRAIN CANCER LIVER CANCER MORTALITY
Concept Codes:
   *14006 Digestive System-Pathology
   *16006 Respiratory System-Pathology
   *20506 Nervous System-Pathology
   *22506 Toxicology-Environmental and Industrial Toxicology
   *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
   *37010 Public Health-Public Health Administration and Statistics
   *37013 Public Health: Environmental Health-Occupational Health
   *37054 Public Health: Epidemiology-Organic Diseases and Neoplasms
    04500 Mathematical Biology and Statistical Methods
    10060 Biochemical Studies-General
    12503 Pathology, General and Miscellaneous-Comparative (1970- )
    12510 Pathology, General and Miscellaneous-Necrosis (1971- )
Biosystematic Codes:
    86215 Hominidae
Super Taxa:
    Animals; Vertebrates; Mammals; Primates; Human
```

```
   4/5/22
0012104252     BIOSIS Number: 23034244
   EPIDEMIOLOGIC STUDY OF VINYL CHLORIDE WORKERS MORTALITY THROUGH DEC. 31
1972
   COOPER W C
   2150 SHATTUCK AVE., SUITE 401, BERKELEY, CALIF. 94704.
   CONFERENCE TO REEVALUATE THE TOXICITY OF VINYL CHLORIDE MONOMER,
POLY(VINYL CHLORIDE) AND STRUCTURAL ANALOGS, BETHESDA, MD., USA, MAR.
20-21, 1980. ENVIRON HEALTH PERSPECT   41 (0). 1981 (RECD. 1982). 101-106.
CODEN: EVHPA
   Language: ENGLISH
   Subfile: BARRM (Biological Abstracts/RRM)
```

```
Descriptors/Keywords: HUMAN RESPIRATORY TRACT MALIGNANCY DIGESTIVE TRACT
   MALIGNANCY BRAIN NEOPLASM USA
```

Concept Codes:
  *14006 Digestive System-Pathology
  *16006 Respiratory System-Pathology
  *20506 Nervous System-Pathology
  *22506 Toxicology-Environmental and Industrial Toxicology
  *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
  *37013 Public Health: Environmental Health-Occupational Health
  *37054 Public Health: Epidemiology-Organic Diseases and Neoplasms
   00520 General Biology-Symposia, Transactions and Proceedings of
          Conferences, Congresses, Review Annuals
   05500 Social Biology; Human Ecology
   10060 Biochemical Studies-General
   12510 Pathology, General and Miscellaneous-Necrosis (1971- )
   37010 Public Health-Public Health Administration and Statistics
Biosystematic Codes:
   86215 Hominidae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human

  4/5/23
0012102436     BIOSIS Number: 23032428
  OBSERVATIONS OF THE SITE SPECIFIC CARCINOGENICITY OF VINYL CHLORIDE TO
HUMANS
  INFANTE P F
  HEALTH STANDARDS PROGRAMS, OCCUP. SAF. HEALTH ADM., WASHINGTON, D.C.
20210, USA.
  CONFERENCE TO REEVALUATE THE TOXICITY OF VINYL CHLORIDE MONOMER,
POLY(VINYL CHLORIDE) AND STRUCTURAL ANALOGS, BETHESDA, MD., USA, MAR.
20-21, 1980. ENVIRON HEALTH PERSPECT    41 (0). 1981 (RECD. 1982). 89-94.
  CODEN: EVHPA
  Language: ENGLISH
  Subfile: BARRM (Biological Abstracts/RRM)

Descriptors/Keywords: LIVER CANCER LUNG CANCER CENTRAL NERVOUS SYSTEM
  CANCER LYMPHATIC CANCER LEUKEMIA OCCUPATIONAL HAZARD
Concept Codes:
  *14006 Digestive System-Pathology
  *16006 Respiratory System-Pathology
  *20506 Nervous System-Pathology
  *22506 Toxicology-Environmental and Industrial Toxicology
  *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
  *24010 Neoplasms and Neoplastic Agents-Blood and Reticuloendothelial
          Neoplasms
  *37013 Public Health: Environmental Health-Occupational Health
  *37054 Public Health: Epidemiology-Organic Diseases and Neoplasms
   00520 General Biology-Symposia, Transactions and Proceedings of
          Conferences, Congresses, Review Annuals
   10060 Biochemical Studies-General
   15006 Blood, Blood-Forming Organs and Body Fluids-Blood, Lymphatic and
          Reticuloendothelial Pathologies
   15008 Blood, Blood-Forming Organs and Body Fluids-Lymphatic Tissue and
          Reticuloendothelial System
   37015 Public Health: Environmental Health-Air, Water and Soil Pollution
Biosystematic Codes:
   86215 Hominidae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human

  4/5/24

R&S 002106

Case 3:08-cv-00612-RET-SCR   Document 68-1   01/31/12   Page 70 of 178

0012051618      BIOSIS Number: 22051618
  POWER CONSIDERATIONS IN EPIDEMIOLOGIC STUDIES OF VINYL CHLORIDE WORKERS
  BEAUMONT J J; BRESLOW N E
  NIOSH, CINCINNATI, OH 45226.
  14TH ANNUAL MEETING OF THE SOCIETY FOR EPIDEMIOLOGIC RESEARCH, SNOWBIRD,
UTAH, USA, JUNE 17-19, 1981. AM J EPIDEMIOL  114 (3). 1981.  438.
CODEN: AJEPA
  Language: ENGLISH
  Document Type: CONFERENCE PAPER
  Subfile: BARRM (Biological Abstracts/RRM)

Descriptors/Keywords: ABSTRACT HUMAN LUNG BRAIN LIVER CANCER MORTALITY
Concept Codes:
  *14006 Digestive System-Pathology
  *16006 Respiratory System-Pathology
  *20506 Nervous System-Pathology
  *22506 Toxicology-Environmental and Industrial Toxicology
  *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
  *37013 Public Health: Environmental Health-Occupational Health
  *37015 Public Health: Environmental Health-Air, Water and Soil Pollution
  *37054 Public Health: Epidemiology-Organic Diseases and Neoplasms
   00520 General Biology-Symposia, Transactions and Proceedings of
         Conferences, Congresses, Review Annuals
   05500 Social Biology; Human Ecology
   10060 Biochemical Studies-General
   12503 Pathology, General and Miscellaneous-Comparative (1970- )
   12510 Pathology, General and Miscellaneous-Necrosis (1971- )
   13002 Metabolism-General Metabolism; Metabolic Pathways
Biosystematic Codes:
   86215 Hominidae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human


  4/5/25
0011264311      BIOSIS Number: 72049295
  VINYL CHLORIDE TOXICITY AFTER INHALATION
  CHYBA A
  00-791 WARSZAWA, UL. CHOCIMSKA 24.
  ROCZ PANSTW ZAKL HIG   31 (6). 1980 (RECD. 1981).  615-621.   CODEN:
RPZHA
  Language: POLISH
  Subfile: BA (Biological Abstracts)
  White rats were exposed continuously to vinyl chloride (inhaled air) in
concentrations of 1, 1.8, 2, 3.6, 11.5 and 30. mg/m3 air. The animals were
intoxicated in special chambers for 7-8 mo. During that time the rats were
weighed and hematological parameters and blood cholinesterase activity were
determined. Ca level and alkaline phosphatase activity were determined in
plasma. CNS efficiency was also tested. After completion of exposure,
weight of the internal organs was determined and histological examinations
were performed. Vinyl chloride in all concentrations reduced the efficiency
of CNS and prolonged blood clotting time. In plasma, concentrations of 3.6,
11.5 and 30 mg/m3 reduced Ca level.

Descriptors/Keywords: RAT NEURO TOXICITY BLOOD CHOLIN ESTERASE ALKALINE
  PHOSPHATASE CALCIUM KINETICS
Concept Codes:
  *10808 Enzymes-Physiological Studies
  *13002 Metabolism-General Metabolism; Metabolic Pathways
  *13010 Metabolism-Minerals

R&S 002107

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 71 of 178

R&S 002108

```
    *13012 Metabolism-Proteins, Peptides and Amino Acids
    *15004 Blood, Blood-Forming Organs and Body Fluids-Blood Cell Studies
    *15006 Blood, Blood-Forming Organs and Body Fluids-Blood, Lymphatic and
           Reticuloendothelial Pathologies
    *20506 Nervous System-Pathology
    *22501 Toxicology-General; Methods and Experimental
     01054 Microscopy Techniques-Cytology and Cytochemistry
     01056 Microscopy Techniques-Histology and Histochemistry
     02506 Cytology and Cytochemistry-Animal
     10010 Comparative Biochemistry, General
     10054 Biochemical Methods-Proteins, Peptides and Amino Acids
     10059 Biochemical Methods-Minerals
     10060 Biochemical Studies-General
     10064 Biochemical Studies-Proteins, Peptides and Amino Acids
     10069 Biochemical Studies-Minerals
     10802 Enzymes-General and Comparative Studies; Coenzymes
     11108 Anatomy and Histology, General and Comparative-Microscopic and
           Ultramicroscopic Anatomy
     12503 Pathology, General and Miscellaneous-Comparative (1970- )
     16001 Respiratory System-General; Methods
     20501 Nervous System-General; Methods
     22100 Routes of Immunization, Infection and Therapy
Biosystematic Codes:
     86375 Muridae
Super Taxa:
     Animals; Vertebrates; Nonhuman Vertebrates; Mammals; Nonhuman Mammals;
      Rodents
```

```
 4/5/26
0011201517     BIOSIS Number: 71071509
  ACRO OSTEOLYSIS REPORT OF 2 CASES AND BRIEF REVIEW OF LITERATURE
  KAUR S; KUMAR B; CHOPRA J S; LAMBA G; NARANG A
  DEP. DERMATOL., POST-GRAD. INST. MED. EDUC. RES., CHANDIGARH, INDIA.
  CLIN NEUROL NEUROSURG   82 (1). 1980.   45-56.   CODEN: CNNSB
  Language: ENGLISH
  Subfile: BA (Biological Abstracts)
```

Siblings (2) with acro-osteolysis, a rare disorder, are discussed. Although 3 distinct types of acro-osteolysis, i.e., familial, idiopathic and due to vinyl chloride, are clearly defined, these patients did not fit into any category. They had intact nails, preserved tactile and sensory system, plantar ulceration and no sensory deficit. Nerve conduction studies showed prolongation of motor distal latencies in median, ulnar, posterior tibial and lateral popliteal nerves. Nerve biopsies from both patients showed severe loss of myelinated fibers of all sizes, but more so of small ones.

```
Descriptors/Keywords: HUMAN VINYL CHLORIDE PLANTAR ULCERATION MYELINATED
  FIBER LOSS
Concept Codes:
   *13004 Metabolism-Carbohydrates
   *13012 Metabolism-Proteins, Peptides and Amino Acids
   *18006 Bones, Joints, Fasciae, Connective and Adipose Tissue-Pathology
   *20506 Nervous System-Pathology
    02508 Cytology and Cytochemistry-Human
    03508 Genetics and Cytogenetics-Human
    10060 Biochemical Studies-General
    10068 Biochemical Studies-Carbohydrates
    11318 Chordate Body Regions-Extremities (1970- )
    12504 Pathology, General and Miscellaneous-Diagnostic
```

Case 3:08-cv-00612-RET-SCR    Document 47-9    06/03/2009    Page 71 of 178

Case 3:08-cv-00612-RET-SCR   Document 68-1   01/01/10   Page 72 of 178

R&S 002109

       12508 Pathology, General and Miscellaneous-Inflammation and Inflammatory
             Disease
       13006 Metabolism-Lipids
       17506 Muscle-Pathology
       18501 Integumentary System-General; Methods
       20501 Nervous System-General; Methods
       22501 Toxicology-General; Methods and Experimental
Biosystematic Codes:
    86215 Hominidae
Super Taxa:
    Animals; Vertebrates; Mammals; Primates; Human

  4/5/27
0011053547      BIOSIS Number: 20053547
  MAXIMUM PERMISSIBLE CONCENTRATION OF VINYL CHLORIDE IN AIR
  MURATOV M M; TAKHIROV M T
  UZB. RES. INST. SANIT. HYG. OCCUP. DIS., TASHKENT, USSR.
  GIG SANIT    0 (11). 1979 (RECD. 1980).  74-76.   CODEN: GISAA
  Language: RUSSIAN
  Subfile: BARRM (Biological Abstracts/RRM)

Descriptors/Keywords: NOTE HUMAN RAT CARCINOGEN RNA IMMUNITY MUTAGENICITY
   TEMPERATURE LIVER KIDNEY BRAIN HEART OCCUPATIONAL HEALTH
Concept Codes:
   *02506 Cytology and Cytochemistry-Animal
   *14006 Digestive System-Pathology
   *14506 Cardiovascular System-Heart Pathology
   *15506 Urinary System and External Secretions-Pathology
   *20506 Nervous System-Pathology
   *22506 Toxicology-Environmental and Industrial Toxicology
   *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
   *37013 Public Health: Environmental Health-Occupational Health
   *37015 Public Health: Environmental Health-Air, Water and Soil Pollution
    00508 General Biology-Institutions, Administration and Legislation
    10060 Biochemical Studies-General
    10062 Biochemical Studies-Nucleic Acids, Purines and Pyrimidines
    10300 Replication, Transcription, Translation
    10614 External Effects-Temperature as a Primary Variable (1971- )
    12503 Pathology, General and Miscellaneous-Comparative (1970- )
    13002 Metabolism-General Metabolism; Metabolic Pathways
    13014 Metabolism-Nucleic Acids, Purines and Pyrimidines
    14001 Digestive System-General; Methods
    14501 Cardiovascular System-General; Methods
    15501 Urinary System and External Secretions-General; Methods
    20501 Nervous System-General; Methods
    23001 Temperature: Its Measurement, Effects and Regulation-General
          Measurement and Methods
    34502 Immunology and Immunochemistry-General; Methods
Biosystematic Codes:
    86215 Hominidae
    86375 Muridae
Super Taxa:
    Animals; Vertebrates; Mammals; Primates; Human; Nonhuman Vertebrates;
    Nonhuman Mammals; Rodents

  4/5/28
0010176942      BIOSIS Number: 69051938
  1 YEAR TIME SEQUENCE INHALATION TOXICITY STUDY OF VINYL CHLORIDE IN RATS
2. MORPHOLOGICAL CHANGES IN THE RESPIRATORY TRACT CERUMINOUS GLANDS BRAIN

Case 3:08-cv-00612-RET-SCR   Document 47-9   06/03/2009   Page 72 of 178

Case 3:08-cv-00612 RET SCR    Document 68-1    01/01/10    Page 73 of 178

KIDNEYS HEART AND SPLEEN
  FERON V J; KROES R
  DEP. TOXICOL., CENT. INST. NUTR., P.O. BOX 360, 3700 AJ ZEIST, NETH.
  TOXICOLOGY   13 (2). 1979. 131-142.   CODEN: TXCYA
  Language: ENGLISH
  Subfile: BA (Biological Abstracts)
  Wistar  rats  were  exposed to atmospheres containing 0 (control) or 5000
ppm  vinyl  chloride monomer (VCM), 7 h/day, 5 days/wk, for 52 wk. After 4,
13,  26 and 52 wk each time 10 rats/sex per group were killed and subjected
to  extensive  examinations.  The  morphological  changes  observed  in the
respiratory tract, ceruminous glands, brain, kidneys, heart and spleen were
described.  The VCM-effects included increased degree of tubular nephrosis,
mild focal degeneration of the myocard and increased hematopoietic activity
in  the  spleen. Primary tumors were found in the brain (ependymoma), lungs
(papillary  adenoma  and  mesenchymal  type  of  tumor),  ceruminous glands
(mainly keratinized squamous cell carcinomas), and nasal cavity (carcinomas
of the olfactory epithelium, carcino-sarcoma, esthesioneuroepithelioma).

Descriptors/Keywords: NASAL CAVITY EPENDYMOMA PAPILLARY ADENOMA MESENCHYMAL
  TYPE TUMOR SQUAMOUS CELL CARCINOMA OLFACTORY EPITHELIAL CARCINOMA CARCINO
  SARCOMA ESTHESIO NEURO EPITHELIOMA
Concept Codes:
  *14506 Cardiovascular System-Heart Pathology
  *15006 Blood, Blood-Forming Organs and Body Fluids-Blood, Lymphatic and
         Reticuloendothelial Pathologies
  *15506 Urinary System and External Secretions-Pathology
  *16006 Respiratory System-Pathology
  *18006 Bones, Joints, Fasciae, Connective and Adipose Tissue-Pathology
  *20006 Sense Organs, Associated Structures and Functions-Pathology
  *20506 Nervous System-Pathology
  *22506 Toxicology-Environmental and Industrial Toxicology
  *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
  *37015 Public Health: Environmental Health-Air, Water and Soil Pollution
   02506 Cytology and Cytochemistry-Animal
   10060 Biochemical Studies-General
   11108 Anatomy and Histology, General and Comparative-Microscopic and
         Ultramicroscopic Anatomy
   12510 Pathology, General and Miscellaneous-Necrosis (1971- )
   13002 Metabolism-General Metabolism; Metabolic Pathways
   15008 Blood, Blood-Forming Organs and Body Fluids-Lymphatic Tissue and
         Reticuloendothelial System
   16001 Respiratory System-General; Methods
   20002 Sense Organs, Associated Structures and Functions-Anatomy
   22100 Routes of Immunization, Infection and Therapy
   22501 Toxicology-General; Methods and Experimental
Biosystematic Codes:
   86375 Muridae
Super Taxa:
   Animals; Vertebrates; Nonhuman Vertebrates; Mammals; Nonhuman Mammals;
   Rodents

 4/5/29
0009240006      BIOSIS Number: 68042510
  HEADSPACE GAS CHROMATOGRAPHIC ANALYSIS OF VINYL CHLORIDE MONOMER IN RAT
BLOOD AND TISSUES
  ZUCCATO E; MARCUCCI F; FANELLI R; MUSSINI E
  IST. RIC. FARMACOL. MARIO NEGRI, VIA ERITREA 62, 20157 MILAN, ITALY.
  XENOBIOTICA   9 (1). 1979.  27-32.   CODEN: XENOB
  Language: ENGLISH

R&S 002110

Subfile: BA (Biological Abstracts)
   A method for measuring [the carcinogen] vinyl chloride monomer (VCM)
concentration in rat blood and tissues is described, using a head-space GLC
technique with flame ionization detector. The method is sensitive to 5
ng/ml VCM in blood and 30 ng/g in tissues. VCM disposition was determined
in rat blood, liver, kidney, brain and lung at different intervals after
administration of 1-10 mg VCM/kg i.v. and 10 mg/kg orally. VCM distributed
rapidly in the organism after i.v. administration; it was eliminated
rapidly and was no longer detectable at 15 min for the highest dose and at
4 min for the lowest. VCM was absorbed rapidly when given orally and tissue
concentrations were measurable for longer than after i.v. treatment. For
both routes, VCM concentration in liver and lung decrease faster than in
other organs, suggesting that these organs play a role in VCM elimination.

Descriptors/Keywords: LIVER KIDNEY BRAIN LUNG CARCINOGEN GAS LIQUID
   CHROMATOGRAPHY FLAME IONIZATION DETECTOR
Concept Codes:
   *10006 Clinical Biochemistry; General Methods and Applications
   *10050 Biochemical Methods-General
   *13002 Metabolism-General Metabolism; Metabolic Pathways
   *14004 Digestive System-Physiology and Biochemistry
   *15002 Blood, Blood-Forming Organs and Body Fluids-Blood and Lymph
          Studies
   *15504 Urinary System and External Secretions-Physiology and Biochemistry
   *16004 Respiratory System-Physiology and Biochemistry
   *20504 Nervous System-Physiology and Biochemistry
   *22501 Toxicology-General; Methods and Experimental
   *24006 Neoplasms and Neoplastic Agents-Biochemistry
   *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
    10010 Comparative Biochemistry, General
    10060 Biochemical Studies-General
    10504 Biophysics-General Biophysical Techniques
    10506 Biophysics-Molecular Properties and Macromolecules
    12003 Physiology, General and Miscellaneous-Comparative (1970- )
    12100 Movement (1971- )
    14501 Cardiovascular System-General; Methods
    19001 Dental and Oral Biology-General; Methods
    22100 Routes of Immunization, Infection and Therapy
Biosystematic Codes:
    86375 Muridae
Super Taxa:
    Animals; Vertebrates; Nonhuman Vertebrates; Mammals; Nonhuman Mammals;
    Rodents

 4/5/30
0009203613      BIOSIS Number: 68006117
VINYL CHLORIDE DISEASE IN BULGARIA
NOSKO M; PERNOV K; SPASOVSKI M
RES. INST. HYG. OCCUP. DIS., ACAD. MED., SOFIA, BULG.
KHIG ZDRAVEOPAZ   20 (5). 1977 (RECD. 1978). 409-412.   CODEN: KHZDA
Language: BULGARIAN
Subfile: BA (Biological Abstracts)
   The concentrations of vinylchloride were followed from the beginning of
vinylchloride production till now during its synthesis and polymerization.
In 1965 they were 110 mg/m3 but since 1970 they were in the ranges of
12-240 mg/m3 (the threshold value is 30 mg/m3). Workers (137) were examined
for neurologic status, changes in hemopoiesis and protein and enzymic
function of liver. Ten cases of vinylchloride disease and 19 with single
syndromes were discovered. The sick persons mainly worked at the

R&S 002111

Case 3:08-cv-00612-RET-SCR   Document 68-1   01/01/10   Page 75 of 178

polymerization of vinylchloride at the repair workshop with a length of service of 3-11 yr. Vegetative polyneuropathy and increased activity of .gamma.-glutamyltranspeptidase were the leading signs. There were acro-osteolysis and thrombocytopenia in some patients. Medical prophylactic measures in respect to a 6 h working day, additional food without pay, preliminary and periodic examinations of the workers and suitable labor establishment of the same patients were suggested. An experiment is carried out to correct the threshold value concentration.

Descriptors/Keywords: HUMAN NEUROPATHY ACRO OSTEOLYSIS THROMBOCYTOPENIA
   GAMMA GLUTAMYL TRANS PEPTIDASE
Concept Codes:
   *10808 Enzymes-Physiological Studies
   *15004 Blood, Blood-Forming Organs and Body Fluids-Blood Cell Studies
   *15006 Blood, Blood-Forming Organs and Body Fluids-Blood, Lymphatic and
          Reticuloendothelial Pathologies
   *18006 Bones, Joints, Fasciae, Connective and Adipose Tissue-Pathology
   *20506 Nervous System-Pathology
   *22505 Toxicology-Antidotes and Preventative Toxicology (1972- )
   *22506 Toxicology-Environmental and Industrial Toxicology
   *37013 Public Health: Environmental Health-Occupational Health
    02508 Cytology and Cytochemistry-Human
    05500 Social Biology; Human Ecology
    10060 Biochemical Studies-General
    10064 Biochemical Studies-Proteins, Peptides and Amino Acids
    12504 Pathology, General and Miscellaneous-Diagnostic
    13202 Nutrition-General Studies, Nutritional Status and Methods
    14004 Digestive System-Physiology and Biochemistry
    37015 Public Health: Environmental Health-Air, Water and Soil Pollution
Biosystematic Codes:
    86215 Hominidae
Super Taxa:
    Animals; Vertebrates; Mammals; Primates; Human


  4/5/31
0009159995     BIOSIS Number: 67039995
   EFFECTS OF VINYL CHLORIDE EXPOSURE ALONE AND IN COMBINATION WITH TRYPAN
BLUE APPLIED SYSTEMATICALLY DURING ALL THIRDS OF PREGNANCY ON THE FETUSES
OF CFY RATS
   UNGVARY G; HUDAK A; TATRAI E; LORINCZ M; FOLLY G
   DEP. EXP. PATHOL. CHEM., STATE INST. OCCUP. HEALTH, P.O. BOX 22, H-1450,
BUDAPEST, HUNG.
   TOXICOLOGY   11 (1). 1978.   45-54.   CODEN: TXCYA
   Language: ENGLISH
   Subfile: BA (Biological Abstracts)
   Vinyl chloride (VC) is present in the fetal and maternal blood and in the amniotic fluid after the exposition of pregnant CFY rats to VC at an atmospheric concentration of 5500, 18,000 or 33,000 mg/m3 (.apprx. 2000, 7000 or 12,000 ppm) for 2.5 h on the 18th day of pregnancy, indicating the permeability of the placenta to the agent. Teratological investigation of the offspring of pregnant rats exposed continuously to VC at an atmospheric concentration of 4000 mg/m3 air (1500 ppm) during the 1st, 2nd or last 3rd of pregnancy showed that VC has no teratological effect in the rat and has no embryotoxic effects either, when applied during the 2nd or last 3rd of pregnancy in the above concentration. Exposition to VC during the 1st third of pregnancy resulted in an increased fetal mortality and in the manifestation of embryotoxic effects. Fetal losses and induction of CNS malformation due to trypan blue adminstration were not potentiated by a combined exposure of pregnant rate to VC and the dye.

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 76 of 178

Descriptors/Keywords: TERATOGEN CENTRAL NERVOUS SYSTEM MALFORMATION
  MORTALITY
Concept Codes:
    *22501 Toxicology-General; Methods and Experimental
    *25554 Developmental Biology-Embryology-Experimental Teratology and
          Teratogenesis
    10060 Biochemical Studies-General
    10508 Biophysics-Membrane Phenomena
    12100 Movement (1971- )
    12510 Pathology, General and Miscellaneous-Necrosis (1971- )
    15002 Blood, Blood-Forming Organs and Body Fluids-Blood and Lymph
          Studies
    15010 Blood, Blood-Forming Organs and Body Fluids-Other Body Fluids
    16001 Respiratory System-General; Methods
    16504 Reproductive System-Physiology and Biochemistry
    20506 Nervous System-Pathology
    22100 Routes of Immunization, Infection and Therapy
    22506 Toxicology-Environmental and Industrial Toxicology
    25503 Developmental Biology-Embryology-Pathological
Biosystematic Codes:
    86375 Muridae
Super Taxa:
    Animals; Vertebrates; Nonhuman Vertebrates; Mammals; Nonhuman Mammals;
     Rodents


  4/5/32
0009087801     BIOSIS Number: 17027801
  CHLOROPRENE 2 CHLORO-1 3 BUTADIENE WHAT IS THE EVIDENCE FOR ITS
CARCINOGENICITY
  HALEY T J
  WINEK, CHARLES L. AND SYDNEY P. SHANOR (ED.). TOXICOLOGY ANNUAL, VOL. 3.
XII+340P. ILLUS. MARCEL DEKKER, INC.: NEW YORK, N.Y., USA; BASEL,
SWITZERLAND. ISBN 0-8247-6773-X.    1979 153-170    CODEN: 07223
  Subfile: BARRM (Biological Abstracts/RRM)


Descriptors/Keywords: HUMAN RAT MOUSE NERVOUS SYSTEM VINYL CHLORIDE
  CARCINOGEN OCCUPATIONAL EXPOSURE MIXED FUNCTION OXIDASE NERVOUS SYSTEM
  EFFECTS LUNG CANCER SKIN CANCER DENTAL EFFECTS
Concept Codes:
    *10808 Enzymes-Physiological Studies
    *13002 Metabolism-General Metabolism; Metabolic Pathways
    *16006 Respiratory System-Pathology
    *18506 Integumentary System-Pathology
    *19006 Dental and Oral Biology-Pathology
    *20506 Nervous System-Pathology
    *22506 Toxicology-Environmental and Industrial Toxicology
    *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
    *37013 Public Health: Environmental Health-Occupational Health
    10010 Comparative Biochemistry, General
    10060 Biochemical Studies-General
    10064 Biochemical Studies-Proteins, Peptides and Amino Acids
    10506 Biophysics-Molecular Properties and Macromolecules
    16001 Respiratory System-General; Methods
    18501 Integumentary System-General; Methods
    19001 Dental and Oral Biology-General; Methods
    20501 Nervous System-General; Methods
    22100 Routes of Immunization, Infection and Therapy
    37054 Public Health: Epidemiology-Organic Diseases and Neoplasms
Biosystematic Codes:

R&S 002113

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/21/10    Page 77 of 178

```
   86215 Hominidae
   86375 Muridae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human; Nonhuman Vertebrates;
    Nonhuman Mammals; Rodents


 4/5/33
0009087402     BIOSIS Number: 17027402
  TRI CHLOROETHYLENE
  FELDMAN R G
  VINKEN, P. J. AND G. W. BRUYN (ED.). HANDBOOK OF CLINICAL NEUROLOGY, VOL.
36. INTOXICATIONS OF THE NERVOUS SYSTEM, PART 1. XII+570P. ILLUS.
ELSEVIER/NORTH-HOLLAND BIOMEDICAL PRESS: AMSTERDAM, THE NETHERLANDS; NEW
YORK, N.Y., USA. (DIST. IN THE USA BY ELSEVIER/NORTH-HOLLAND, INC.: NEW
YORK, N.Y.) ISBN 0-7204-7236-9.   1979 457-464   CODEN: 07183
  Subfile: BARRM (Biological Abstracts/RRM)


Descriptors/Keywords: HUMAN RAT GUINEA-PIG SENSATION LOSS PSYCHO PHYSIOLOGY
  NEUROPATHY INDUSTRIAL SOLVENT
Concept Codes:
  *20506 Nervous System-Pathology
  *21002 Psychiatry-Psychopathology; Psychodynamics and Therapy
  *22506 Toxicology-Environmental and Industrial Toxicology
   07004 Behavioral Biology-Human Behavior
   10060 Biochemical Studies-General
   12503 Pathology, General and Miscellaneous-Comparative (1970- )
   13002 Metabolism-General Metabolism; Metabolic Pathways
   21003 Psychiatry-Psychophysiology
Biosystematic Codes:
   86215 Hominidae
   86300 Caviidae
   86375 Muridae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human; Nonhuman Vertebrates;
    Nonhuman Mammals; Rodents


 4/5/34
0009055149     BIOSIS Number: 16055149
  NEURO HUMORAL INTERRELATIONSHIPS IN PATIENTS WITH CHRONIC VINYL CHLORIDE
POISONING
  GORYACHEVA L A; STULOVA E A
  GIG TR PROF ZABOL    (1). 1978 23-27   CODEN: GTPZA
  Subfile: BARRM (Biological Abstracts/RRM)


Descriptors/Keywords: NERVOUS PROBLEM HISTAMINE CATECHOLAMINE CALCIUM
  POTASSIUM ION ACETYL CHOLINE CHOLIN ESTERASE SEROTONIN BLOOD
Concept Codes:
  *20506 Nervous System-Pathology
  *22501 Toxicology-General; Methods and Experimental
   10006 Clinical Biochemistry; General Methods and Applications
   10060 Biochemical Studies-General
   10064 Biochemical Studies-Proteins, Peptides and Amino Acids
   10069 Biochemical Studies-Minerals
   10506 Biophysics-Molecular Properties and Macromolecules
   10808 Enzymes-Physiological Studies
   13002 Metabolism-General Metabolism; Metabolic Pathways
   13010 Metabolism-Minerals
   13012 Metabolism-Proteins, Peptides and Amino Acids
   15002 Blood, Blood-Forming Organs and Body Fluids-Blood and Lymph
```

R&S 002114

            Studies
    22506 Toxicology-Environmental and Industrial Toxicology
Biosystematic Codes:
    86215 Hominidae
Super Taxa:
    Animals; Vertebrates; Mammals; Primates; Human

    4/5/35
    0008240833      BIOSIS Number: 66053330
    THE HEPATIC ROLE IN CARCINOGENESIS AND ITS EARLY DETECTION THE VINYL
CHLORIDE MODEL
    TAMBURRO C H
    DIG. DIS. NUTR. DIV., 511 S. FLOYD ST., PO BOX 35260, LOUISVILLE, KY.
40232, USA.
    YALE J BIOL MED   51 (1). 1978  67-80.   CODEN: YJBMA
    Language: ENGLISH
    Subfile: BA (Biological Abstracts)
    The liver's role in vinyl chloride toxicity and carcinogenicity is
providing  a better understanding of the chemical carcinogenesis mechanism.
A  variety  of  malignant  and  benign hepatic tumors was demonstrated with
prolonged  exposure  to  vinyl chloride. The multisystem involvement of this
carcinogen   and   toxin  provided  a  model  for  the  study  of  chemical
carcinogenesis  common  to  man  and  animal.  Clinical  studies showed the
usefulness  of  biochemical,  radioisotopic and radiological studies in the
detection  of  toxic  and  carcinogenic  lesions. Animal studies demonstrated
the   biochemical   metabolism   by   the  liver  of  vinyl chloride-produced
intermediates  which  are  mutagenic  in  bacterial  systems and may be the
ultimate  carcinogens. Hepatic subcellular enzyme studies prove preliminary
evidence  of  cellular adaptation and increased detoxification. Disruption of
this  oxidization  and  detoxification  balance may be the key to malignant
transformation  of  cells.  A  working  hypothesis  is  presented which may
explain  the  metabolism  of  vinyl chloride into mutagenic intermediates by
liver cells and the development of malignant transformation by extrahepatic
sinusoidal lining cells, lung cells and brain tissue.

Descriptors/Keywords: ANIMAL HUMAN BACTERIAL MUTAGENESIS CARCINOGEN LIVER
    LUNG BRAIN TUMORS METABOLIC CONVERSION SUB CELLULAR ENZYME ACTIVITY
    ENVIRONMENTAL EXPOSURE
Concept Codes:
    *10808 Enzymes-Physiological Studies
    *13002 Metabolism-General Metabolism; Metabolic Pathways
    *14006 Digestive System-Pathology
    *16006 Respiratory System-Pathology
    *20506 Nervous System-Pathology
    *22501 Toxicology-General; Methods and Experimental
    *22506 Toxicology-Environmental and Industrial Toxicology
    *24006 Neoplasms and Neoplastic Agents-Biochemistry
    *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
    *31500 Genetics of Bacteria and Viruses
    *37015 Public Health: Environmental Health-Air, Water and Soil Pollution
     01012 Methods, Materials and Apparatus, General-Photography
     02506 Cytology and Cytochemistry-Animal
     03508 Genetics and Cytogenetics-Human
     05500 Social Biology; Human Ecology
     06504 Radiation-Radiation and Isotope Techniques
     10060 Biochemical Studies-General
     10064 Biochemical Studies-Proteins, Peptides and Amino Acids
     10069 Biochemical Studies-Minerals
     11106 Anatomy and Histology, General and Comparative-Radiologic Anatomy

R&S 002115

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 79 of 178

R&S 002116

```
12504 Pathology, General and Miscellaneous-Diagnostic
14001 Digestive System-General; Methods
14004 Digestive System-Physiology and Biochemistry
16001 Respiratory System-General; Methods
20501 Nervous System-General; Methods
24001 Neoplasms and Neoplastic Agents-Diagnostic Methods
32000 Microbiological Apparatus, Methods and Media
```
Biosystematic Codes:
```
06000 Bacteria-Unspecified (1969-78)
85700 Mammalia-Unspecified
86215 Hominidae
```
Super Taxa:
   Microorganisms; Bacteria; Animals; Vertebrates; Nonhuman Vertebrates; Mammals; Nonhuman Mammals; Primates; Human

   4/5/36
0008219979    BIOSIS Number: 66032476
   CONGENITAL CENTRAL NERVOUS SYSTEM MALFORMATIONS AND VINYL CHLORIDE MONOMER EXPOSURE A COMMUNITY STUDY
   EDMONDS L D; ANDERSON C E; FLYNT J W JR; JAMES L M
   BIRTH DEF. BRANCH, CHRONIC DIS. DIV., BUR. EPIDEMIOL., CENT. DIS. CONTROL, ATLANTA, GA. 30333, USA.
   TERATOLOGY   17 (2). 1978  137-142.   CODEN: TJADA
   Language: ENGLISH
   Subfile: BA (Biological Abstracts)
   Incidence rates for CNS malformations in infants born to residents of Kanawha County, West Virginia [USA], 1970-1974, were significantly higher than comparable USA rates during those years. Since Kanawha County contains a polyvinyl chloride (PVC) polymerization plant a case-control study was conducted on the possible relationship between the occurrence of CNS defects and parental occupational or residential exposure to vinyl chloride monomer emissions from the plant. No relationship with parental occupation was found. While a tendency was noted for residences of case families to be located in an area northeast of the plant, this observation did not entirely correlate with existing data on local patterns of wind direction and air pollution.

Descriptors/Keywords: KANAWHA COUNTY WEST-VIRGINIA USA HUMAN
Concept Codes:
   *07504 Ecology; Environmental Biology-Bioclimatology and Biometeorology
   *20506 Nervous System-Pathology
   *22506 Toxicology-Environmental and Industrial Toxicology
   *25552 Developmental Biology-Embryology-Descriptive Teratology and
          Teratogenesis
   *37015 Public Health: Environmental Health-Air, Water and Soil Pollution
    10012 Biochemistry-Gases (1970- )
    10060 Biochemical Studies-General
    10602 External Effects-General
    37013 Public Health: Environmental Health-Occupational Health
Biosystematic Codes:
    86215 Hominidae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human

   4/5/37
0008112991    BIOSIS Number: 15056491
   VINYL CHLORIDE A CASE FOR THE USE OF LABORATORY BIOASSAY IN THE REGULATORY CONTROL PROCEDURE
   WAGONER J K; INFANTE P F

Case 3:08-cv-00612-RET-SCR    Document 80-1    01/01/10    Page 80 of 178

   HIATT, H. H., J. D. WATSON AND J. A. WINSTEN (ED.). COLD SPRING HARBOR
CONFERENCES ON CELL PROLIFERATION, VOL. 4. ORIGINS OF HUMAN CANCER. BOOK A.
INCIDENCE OF CANCER IN HUMANS. COLD SPRING HARBOR, N.Y., USA, SEPT., 1976.
XXVI+602P. (BOOK A); XIV+699P. (BOOK B); XIV+583P. (BOOK C). ILLUS. MAPS.
COLD SPRING HARBOR LABORATORY: COLD SPRING HARBOR, N.Y., ISBN
0-87969-119-0.    1977 1797-1805    CODEN: 06398
   Subfile: BARRM (Biological Abstracts/RRM)

Descriptors/Keywords: HUMAN CHINESE HAMSTER CARCINOGEN OCCUPATIONAL
   EXPOSURE BRAIN RESPIRATORY LIVER BILIARY HEMATOPOIETIC CANCERS
Concept Codes:
   *14006 Digestive System-Pathology
   *15006 Blood, Blood-Forming Organs and Body Fluids-Blood, Lymphatic and
          Reticuloendothelial Pathologies
   *15008 Blood, Blood-Forming Organs and Body Fluids-Lymphatic Tissue and
          Reticuloendothelial System
   *16006 Respiratory System-Pathology
   *20506 Nervous System-Pathology
   *22501 Toxicology-General; Methods and Experimental
   *22506 Toxicology-Environmental and Industrial Toxicology
   *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
   *24010 Neoplasms and Neoplastic Agents-Blood and Reticuloendothelial
          Neoplasms
   *37013 Public Health: Environmental Health-Occupational Health
    05500 Social Biology; Human Ecology
    10060 Biochemical Studies-General
    37010 Public Health-Public Health Administration and Statistics
Biosystematic Codes:
    86215 Hominidae
    86310 Cricetidae
Super Taxa:
    Animals; Vertebrates; Mammals; Primates; Human; Nonhuman Vertebrates;
    Nonhuman Mammals; Rodents

 4/5/38
0007108171     BIOSIS Number: 63003035
   VINYLIDENE CHLORIDE A REVIEW OF THE LITERATURE
   HALEY T J
   CLIN TOXICOL    8 (6). 1975 (RECD 1976) 633-643.    CODEN: CTOXA
   Subfile: BA (Biological Abstracts)
   The    literature    concerning    the    chemistry,    industrial    hygiene,    and
toxicology  of  vinylidene  chloride  was  reviewed.  In  contrast  to  vinyl
chloride,    which    produces    many    toxicologic    effects    of    an    extremely
debilitating  nature,  vinylidene  chloride  exerts  its  primary  effects  on  the
CNS,  peripheral  nervous  system  and  particularly  on  the  liver  and  kidneys.
Studies  were  suggested  which  may  result  in  an  absolute  clearance  of
vinylidene  chloride  as  a  potential  carcinogen  and  assist  in  establishing
therapeutic measures to counteract its other physiologic effects.

Descriptors/Keywords: HUMAN CENTRAL NERVOUS SYSTEM PERIPHERAL NERVOUS
   SYSTEM LIVER KIDNEY POTENTIAL CARCINOGEN INDUSTRIAL EXPOSURE
Concept Codes:
   *14006 Digestive System-Pathology
   *15506 Urinary System and External Secretions-Pathology
   *20506 Nervous System-Pathology
   *22506 Toxicology-Environmental and Industrial Toxicology
   *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
   *37013 Public Health: Environmental Health-Occupational Health
    05500 Social Biology; Human Ecology

R&S 002117

Case 3:08-cv-00612-RET-SCR   Document 88-1   01/01/10   Page 81 of 178

```
    10010 Comparative Biochemistry, General
    10060 Biochemical Studies-General
    12512 Pathology, General and Miscellaneous-Therapy (1971- )
Biosystematic Codes:
    85700 Mammalia-Unspecified
    86215 Hominidae
Super Taxa:
    Animals; Vertebrates; Nonhuman Vertebrates; Mammals; Nonhuman Mammals;
    Primates; Human


  4/5/39
0007099084     BIOSIS Number: 13099084
    DISTRIBUTION AND ELIMINATION OF TIN TAKEN UP INTO THE ORGANISM IN THE
FORM OF ORGANO TIN COMPOUNDS
    MAZAEV V T; TIKHONOVA Z I; SHLEPNINA T G
    J HYG EPIDEMIOL MICROBIOL IMMUNOL (PRAGUE)    20 (4). 1976 (RECD 1977)
392-395    CODEN: JHEMA
    Subfile: BARRM (Biological Abstracts/RRM)


Descriptors/Keywords: RAT FOOD PRODUCTS POLY VINYL CHLORIDE STABILIZERS
    LIVER KIDNEY MUSCLE BRAIN BONE
Concept Codes:
    *13010 Metabolism-Minerals
    *13502 Food Technology-General; Methods
    *13530 Food Technology-Evaluations of Physical and Chemical Properties
           (1970- )
    *13532 Food Technology-Preparation, Processing and Storage (1970- )
    *22502 Toxicology-Foods, Food Residues, Additives and Preservatives
     10069 Biochemical Studies-Minerals
     14004 Digestive System-Physiology and Biochemistry
     15504 Urinary System and External Secretions-Physiology and Biochemistry
     17504 Muscle-Physiology and Biochemistry
     18004 Bones, Joints, Fasciae, Connective and Adipose Tissue-Physiology
           and Biochemistry
     20504 Nervous System-Physiology and Biochemistry
Biosystematic Codes:
    86375 Muridae
Super Taxa:
    Animals; Vertebrates; Nonhuman Vertebrates; Mammals; Nonhuman Mammals;
    Rodents


  4/5/40
0007075913     BIOSIS Number: 13075913
    A CROSS SECTIONAL SURVEY OF HEALTH EFFECTS ASSOCIATED WITH VINYL CHLORIDE
    WAXWEILER R; FALK H; MCMICHAEL A J; HEATH C
    AM J EPIDEMIOL    104 (3). 1976 347    CODEN: AJEPA
    Document Type: CONFERENCE PAPER
    Subfile: BARRM (Biological Abstracts/RRM)


Descriptors/Keywords: ABSTRACT HUMAN OCCUPATIONAL HAZARD NERVOUS PATHOLOGY
    LIVER DISEASE GENETIC EFFECTS CARDIO VASCULAR PATHOLOGY RESPIRATORY
    PATHOLOGY
Concept Codes:
    *03508 Genetics and Cytogenetics-Human
    *14006 Digestive System-Pathology
    *14506 Cardiovascular System-Heart Pathology
    *14508 Cardiovascular System-Blood Vessel Pathology
    *16006 Respiratory System-Pathology
    *20506 Nervous System-Pathology
```

R&S 002118

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 82 of 178

     *22506 Toxicology-Environmental and Industrial Toxicology
     *37013 Public Health: Environmental Health-Occupational Health
     *37054 Public Health: Epidemiology-Organic Diseases and Neoplasms
      02508 Cytology and Cytochemistry-Human
      05500 Social Biology; Human Ecology
      10060 Biochemical Studies-General
Biosystematic Codes:
     86215 Hominidae
Super Taxa:
     Animals; Vertebrates; Mammals; Primates; Human

  4/5/41
0007022974     BIOSIS Number: 13022974
  CARCINOGENIC MUTAGENIC AND TERATOGENIC RISKS ASSOCIATED WITH VINYL
CHLORIDE
  INFANTE P F; WAGONER J K; WAXWEILER R J
  MUTAT RES   41 (1). 1976 131-142   CODEN: MUREA
  Subfile: BARRM (Biological Abstracts/RRM)

Descriptors/Keywords: HUMAN ANIMAL LIVER ANGIO SARCOMA BRAIN CENTRAL
  NERVOUS SYSTEM RESPIRATORY LYMPHATIC HEMATOPOIETIC SYSTEM TUMORS
  OCCUPATIONAL EXPOSURE
Concept Codes:
  *03508 Genetics and Cytogenetics-Human
  *14006 Digestive System-Pathology
  *14508 Cardiovascular System-Blood Vessel Pathology
  *15006 Blood, Blood-Forming Organs and Body Fluids-Blood, Lymphatic and
         Reticuloendothelial Pathologies
  *15008 Blood, Blood-Forming Organs and Body Fluids-Lymphatic Tissue and
         Reticuloendothelial System
  *20506 Nervous System-Pathology
  *22501 Toxicology-General; Methods and Experimental
  *22506 Toxicology-Environmental and Industrial Toxicology
  *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
  *24010 Neoplasms and Neoplastic Agents-Blood and Reticuloendothelial
         Neoplasms
  *25552 Developmental Biology-Embryology-Descriptive Teratology and
         Teratogenesis
  *37013 Public Health: Environmental Health-Occupational Health
   02506 Cytology and Cytochemistry-Animal
   02508 Cytology and Cytochemistry-Human
   03506 Genetics and Cytogenetics-Animal
   05500 Social Biology; Human Ecology
   10060 Biochemical Studies-General
   18006 Bones, Joints, Fasciae, Connective and Adipose Tissue-Pathology
   25503 Developmental Biology-Embryology-Pathological
Biosystematic Codes:
   85700 Mammalia-Unspecified
   86215 Hominidae
Super Taxa:
   Animals; Vertebrates; Nonhuman Vertebrates; Mammals; Nonhuman Mammals;
   Primates; Human

  4/5/42
0006146200     BIOSIS Number: 61046200
  GASTRIC FUNCTION IN CHRONIC VINYL CHLORIDE POISONING
  VAISMAN V D; STULOVA E A; GORYACHEVA L A; ZHDANEEVA G S
  GIG TR PROF ZABOL    (3). 1975 20-23.   CODEN: GTPZA
  Subfile: BA (Biological Abstracts)

R&S 002119

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 83 of 178

R&S 002120

Descriptors/Keywords: HUMAN GASTRIC SECRETION ACETYL CHOLIN ESTERASE
  NERVOUS SYSTEM HYPOTHALAMUS
Concept Codes:
  *14006 Digestive System-Pathology
  *17020 Endocrine System-Neuroendocrinology (1972- )
  *20506 Nervous System-Pathology
  *22506 Toxicology-Environmental and Industrial Toxicology
  *37013 Public Health: Environmental Health-Occupational Health
   05500 Social Biology; Human Ecology
   10060 Biochemical Studies-General
   10064 Biochemical Studies-Proteins, Peptides and Amino Acids
   10808 Enzymes-Physiological Studies
   24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
   37015 Public Health: Environmental Health-Air, Water and Soil Pollution
Biosystematic Codes:
   86215 Hominidae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human


 4/5/43
0006072394     BIOSIS Number: 12072394
  POLY VINYL CHLORIDE AND INDUSTRIAL PATHOLOGY
  BOTTA A; MATHIAS A; POYEN D
  ARCH MAL PROF MED TRAV SECUR SOC   36 (6). 1975 (RECD 1976) 368-369
CODEN: AMPMA
  Document Type: CONFERENCE PAPER
  Subfile: BARRM (Biological Abstracts/RRM)

Descriptors/Keywords: ABSTRACT ENGLAND USA NERVOUS SYSTEM DEPRESSION
  PERIPHERAL VASO MOTOR SYMPTOMS PORTAL FIBROSIS PORTAL HYPERTENSION
  ARTERIAL HYPERTENSION CANCER ANGIO SARCOMA LIVER MAXIMUM LEVEL
Concept Codes:
  *13002 Metabolism-General Metabolism; Metabolic Pathways
  *14006 Digestive System-Pathology
  *14508 Cardiovascular System-Blood Vessel Pathology
  *20506 Nervous System-Pathology
  *22506 Toxicology-Environmental and Industrial Toxicology
  *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
  *37010 Public Health-Public Health Administration and Statistics
  *37013 Public Health: Environmental Health-Occupational Health
  *37015 Public Health: Environmental Health-Air, Water and Soil Pollution
   05500 Social Biology; Human Ecology
   10060 Biochemical Studies-General
   18006 Bones, Joints, Fasciae, Connective and Adipose Tissue-Pathology
Biosystematic Codes:
   86215 Hominidae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human


 4/5/44
0006033140     BIOSIS Number: 12033140
  PROPORTIONAL MORTALITY AMONG VINYL CHLORIDE WORKERS
  MONSON R R; PETERS J M; JOHNSON M N
  ENVIRON HEALTH PERSPECT   11. 1975 75-77   CODEN: EVHPA
  Subfile: BARRM (Biological Abstracts/RRM)

Descriptors/Keywords: HUMAN CARCINOGEN DIGESTIVE LIVER LUNG BRAIN
  HEMATOPOIETIC VASCULAR CANCERS

Concept Codes:
*14006 Digestive System-Pathology
*14508 Cardiovascular System-Blood Vessel Pathology
*15006 Blood, Blood-Forming Organs and Body Fluids-Blood, Lymphatic and Reticuloendothelial Pathologies
*16006 Respiratory System-Pathology
*20506 Nervous System-Pathology
*22506 Toxicology-Environmental and Industrial Toxicology
*24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
*24010 Neoplasms and Neoplastic Agents-Blood and Reticuloendothelial Neoplasms
*37013 Public Health: Environmental Health-Occupational Health
*37054 Public Health: Epidemiology-Organic Diseases and Neoplasms
05500 Social Biology; Human Ecology
10060 Biochemical Studies-General
12510 Pathology, General and Miscellaneous-Necrosis (1971- )
15008 Blood, Blood-Forming Organs and Body Fluids-Lymphatic Tissue and Reticuloendothelial System
37010 Public Health-Public Health Administration and Statistics

Biosystematic Codes:
86215 Hominidae

Super Taxa:
Animals; Vertebrates; Mammals; Primates; Human

4/5/45
0005064638 BIOSIS Number: 11064638
MORTALITY STUDY OF WORKERS IN THE MANUFACTURE OF VINYL CHLORIDE AND ITS POLYMERS
TABERSHAW I R; GAFFEY W R
J OCCUP MED 16 (8).1974 509-518 CODEN: JOCMA
Subfile: BARRM (Biological Abstracts/RRM)

Descriptors/Keywords: USA HUMAN RATS INHALATION LYMPHOMAS ANGIO SARCOMA HEM ANGIO SARCOMA CANCER KIDNEY SKIN BRAIN DIGESTIVE TRACT RESPIRATORY SYSTEM

Concept Codes:
*16001 Respiratory System-General; Methods
*22506 Toxicology-Environmental and Industrial Toxicology
*24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
*24010 Neoplasms and Neoplastic Agents-Blood and Reticuloendothelial Neoplasms
*37010 Public Health-Public Health Administration and Statistics
*37013 Public Health: Environmental Health-Occupational Health
*37054 Public Health: Epidemiology-Organic Diseases and Neoplasms
05500 Social Biology; Human Ecology
10060 Biochemical Studies-General
12504 Pathology, General and Miscellaneous-Diagnostic
12510 Pathology, General and Miscellaneous-Necrosis (1971- )
14006 Digestive System-Pathology
14508 Cardiovascular System-Blood Vessel Pathology
15006 Blood, Blood-Forming Organs and Body Fluids-Blood, Lymphatic and Reticuloendothelial Pathologies
15008 Blood, Blood-Forming Organs and Body Fluids-Lymphatic Tissue and Reticuloendothelial System
15506 Urinary System and External Secretions-Pathology
16006 Respiratory System-Pathology
18506 Integumentary System-Pathology
20506 Nervous System-Pathology

Biosystematic Codes:
86215 Hominidae

R&S 002121

Case 3:08-cv-00612-RET-SCR   Document 68-1   01/04/10   Page 85 of 178

86375 Muridae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human; Nonhuman Vertebrates;
   Nonhuman Mammals; Rodents

  4/5/46
0005045002      BIOSIS Number: 11045002
  B EPIDEMIOLOGICAL STUDIES MORTALITY EXPERIENCE OF A COHORT OF VINYL
CHLORIDE POLY VINYL CHLORIDE WORKERS
  NICHOLSON W J; HAMMOND E C; SEIDMAN H; SELIKOFF I J
  ANN N Y ACAD SCI   246. 1975 225-230   CODEN: ANYAA
  Subfile: BARRM (Biological Abstracts/RRM)

Descriptors/Keywords: USA EPIDEMIOLOGICAL STUDY CANCER LIVER LYMPHATIC
  SYSTEM HEMATOPOIETIC SYSTEM BRAIN PANCREAS COLON BONE CIRRHOSIS CHOLE
  LITHIASIS CARDIO VASCULAR DISEASE
Concept Codes:
  *14006 Digestive System-Pathology
  *14506 Cardiovascular System-Heart Pathology
  *14508 Cardiovascular System-Blood Vessel Pathology
  *15006 Blood, Blood-Forming Organs and Body Fluids-Blood, Lymphatic and
         Reticuloendothelial Pathologies
  *15008 Blood, Blood-Forming Organs and Body Fluids-Lymphatic Tissue and
         Reticuloendothelial System
  *18006 Bones, Joints, Fasciae, Connective and Adipose Tissue-Pathology
  *20506 Nervous System-Pathology
  *22506 Toxicology-Environmental and Industrial Toxicology
  *24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
  *37010 Public Health-Public Health Administration and Statistics
  *37013 Public Health: Environmental Health-Occupational Health
  *37015 Public Health: Environmental Health-Air, Water and Soil Pollution
  *37054 Public Health: Epidemiology-Organic Diseases and Neoplasms
   05500 Social Biology; Human Ecology
   10060 Biochemical Studies-General
   12510 Pathology, General and Miscellaneous-Necrosis (1971- )
   24010 Neoplasms and Neoplastic Agents-Blood and Reticuloendothelial
         Neoplasms

  4/5/47
0005044996      BIOSIS Number: 11044996
  EXPERIMENTAL ACUTE TOXICITY OF VINYL CHLORIDE MONO CHLORO ETHENE
  PRODAN L; SUCIU I; PISLARU V; ILEA E; PASCU L
  ANN N Y ACAD SCI   246. 1975 154-158   CODEN: ANYAA
  Subfile: BARRM (Biological Abstracts/RRM)

Descriptors/Keywords: MOUSE RAT GUINEA-PIG RABBIT HUMAN OCCUPATIONAL HAZARD
  NARCOSIS MUSCULAR CONTRACTION CONVULSIONS RESPIRATORY DISTURBANCES
  CIRCULATORY DISORDERS LUNG LIVER KIDNEY BRAIN SPLEEN
Concept Codes:
  *14006 Digestive System-Pathology
  *14508 Cardiovascular System-Blood Vessel Pathology
  *15006 Blood, Blood-Forming Organs and Body Fluids-Blood, Lymphatic and
         Reticuloendothelial Pathologies
  *15008 Blood, Blood-Forming Organs and Body Fluids-Lymphatic Tissue and
         Reticuloendothelial System
  *15506 Urinary System and External Secretions-Pathology
  *16006 Respiratory System-Pathology
  *17506 Muscle-Pathology
  *20506 Nervous System-Pathology

R&S 002122

Case 3:08-cv-00612-RET-SCR   Document 68-1   01/01/10   Page 86 of 178

```
    *22506 Toxicology-Environmental and Industrial Toxicology
    *37013 Public Health: Environmental Health-Occupational Health
    *37015 Public Health: Environmental Health-Air, Water and Soil Pollution
     05500 Social Biology; Human Ecology
     10060 Biochemical Studies-General
     12100 Movement (1971- )
Biosystematic Codes:
     86040 Leporidae
     86215 Hominidae
     86300 Caviidae
     86375 Muridae
Super Taxa:
     Animals; Vertebrates; Nonhuman Vertebrates; Mammals; Nonhuman Mammals;
      Primates; Human; Rodents
```

```
  4/5/48
0005044987     BIOSIS Number: 11044987
  CLINICAL MANIFESTATIONS IN VINYL CHLORIDE POISONING
  SUCIU I; PRODAN L; ILEA E; PADURARU A; PASCU L
  ANN N Y ACAD SCI   246. 1975 53-69   CODEN: ANYAA
  Subfile: BARRM (Biological Abstracts/RRM)
```

```
Descriptors/Keywords: HUMAN WORKERS NERVOUS SYSTEM CARDIO VASCULAR SYSTEM
  DIGESTIVE SYSTEM RESPIRATORY SYSTEM SKIN ENDOCRINE ALTERATIONS
  PROPHYLAXIS THERAPY
Concept Codes:
    *14006 Digestive System-Pathology
    *14506 Cardiovascular System-Heart Pathology
    *14508 Cardiovascular System-Blood Vessel Pathology
    *16006 Respiratory System-Pathology
    *17002 Endocrine System-General
    *18506 Integumentary System-Pathology
    *20506 Nervous System-Pathology
    *22506 Toxicology-Environmental and Industrial Toxicology
    *37013 Public Health: Environmental Health-Occupational Health
    *37015 Public Health: Environmental Health-Air, Water and Soil Pollution
     05500 Social Biology; Human Ecology
     10060 Biochemical Studies-General
     12512 Pathology, General and Miscellaneous-Therapy (1971- )
     22505 Toxicology-Antidotes and Preventative Toxicology (1972- )
Biosystematic Codes:
     86215 Hominidae
Super Taxa:
     Animals; Vertebrates; Mammals; Primates; Human
```

```
  4/5/49
0005012891     BIOSIS Number: 11012891
  PROPORTIONAL MORTALITY AMONG VINYL CHLORIDE WORKERS
  MONSON R R; PETERS J M; JOHNSON M N
  LANCET   2 (7877). 1974 397-398   CODEN: LANCA
  Subfile: BARRM (Biological Abstracts/RRM)
```

```
Descriptors/Keywords: HUMAN CARCINOGEN LIVER BILIARY LUNG BRAIN CANCERS
Concept Codes:
    *12510 Pathology, General and Miscellaneous-Necrosis (1971- )
    *14006 Digestive System-Pathology
    *16006 Respiratory System-Pathology
    *20506 Nervous System-Pathology
    *22506 Toxicology-Environmental and Industrial Toxicology
```

R&S 002123

Case 3:08-cv-00612-RET-SCR     Document 68-1     01/01/10     Page 87 of 178

R&S
002124

&ast;24007 Neoplasms and Neoplastic Agents-Carcinogens and Carcinogenesis
&ast;37013 Public Health: Environmental Health-Occupational Health
 05500 Social Biology; Human Ecology
 10060 Biochemical Studies-General
 37010 Public Health-Public Health Administration and Statistics
Biosystematic Codes:
 86215 Hominidae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human


 4/5/50
0004123456     BIOSIS Number: 57023156
   CHARACTERISTICS OF THE STATE OF THERMO REGULATION IN CHRONIC VINYL
CHLORIDE POISONING
   STULOVA E A
   GIG TR PROF ZABOL    17 (3). 1973 53-55.    CODEN: GTPZA
   Subfile: BA (Biological Abstracts)

Descriptors/Keywords: HUMAN OCCUPATIONAL EXPOSURE CIRCULATORY DISTURBANCE
   VASCULAR SPASM HYPOTHALAMIC BRAIN STEM IMPAIRMENT
Concept Codes:
   *14508 Cardiovascular System-Blood Vessel Pathology
   *17506 Muscle-Pathology
   *20506 Nervous System-Pathology
   *22506 Toxicology-Environmental and Industrial Toxicology
   *23007 Temperature: Its Measurement, Effects and
          Regulation-Thermopathology (1971- )
   *23012 Temperature: Its Measurement, Effects and
          Regulation-Thermoregulation
   *37013 Public Health: Environmental Health-Occupational Health
    05500 Social Biology; Human Ecology
    10060 Biochemical Studies-General
    11318 Chordate Body Regions-Extremities (1970- )
    12100 Movement (1971- )
    12504 Pathology, General and Miscellaneous-Diagnostic
    23006 Temperature: Its Measurement, Effects and Regulation-Hypothermia,
          Hyperthermia
Biosystematic Codes:
   86215 Hominidae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human


 4/5/51
0001136328     BIOSIS Number: 52046328
   LONG-TERM SIDE EFFECTS OF ACUTE OCCUPATIONAL POISONING BY CERTAIN HYDRO
CARBONS AND THEIR DERIVATIVES
   SMIRNOVA N A; GRANIK N P
   GIG TR PROF ZABOL    14 (5). 1970 50-51.    CODEN: GTPZA
   Subfile: BA (Biological Abstracts)

Descriptors/Keywords: HUMAN OLEFINS BENZYL METHYLENE CHLORIDE VINYL
   CHLORIDE DI CHLORO ETHANE TRI CHLORO ETHYLENE CHLORO BENZENE TETRA CHLORO
   ETHANE POLY CHLORO BUTANE NERVOUS DISORDERS
Concept Codes:
   *20506 Nervous System-Pathology
   *22506 Toxicology-Environmental and Industrial Toxicology
   *37013 Public Health: Environmental Health-Occupational Health
    10060 Biochemical Studies-General
    12508 Pathology, General and Miscellaneous-Inflammation and Inflammatory

Case 3:08-cv-00612-RET-SCR     Document 47-9     06/03/2009     Page 87 of 178

Case 3:08-cv-00612-RET-SCR    Document 66-1    01/31/10    Page 88 of 178

```
        Disease
Biosystematic Codes:
   86215 Hominidae
Super Taxa:
   Animals; Vertebrates; Mammals; Primates; Human
```

R&S 002125

Case 3:08-cv-00612-RET-SCR   Document 68-1   01/01/10   Page 89 of 178

**File  155:MEDLINE    66-89/DEC  (891201)**
        FILE 155 IS NOW BEING UPDATED TWICE A MONTH


  8/5/1
07037246   89339246
  [Various approaches to the study of the late effects of occupational
diseases]
  O  nekotorykh  podkhodakh  k  izucheniiu  otdalennykh  posledstvii
professional'nykh zabolevanii.
  Penkovich AA; Kaliaganov PI
  Gig Tr Prof Zabol (USSR)   1989,   (5) p43-4,  ISSN 0016-9919
Journal Code: FQ9
  Languages: RUSSIAN
  Journal Announcement: 8911
  Subfile:   INDEX MEDICUS
  Tags: Female; Human; Male
  Descriptors:   *Chemical Industry;  *Methylmethacrylates--Poisoning--PO;
*Occupational  Diseases--Chemically Induced--CI;  *Vinyl Chloride--Poisoning
--PO;  *Vinyl Compounds--Poisoning--PO; Cardiovascular Diseases--Chemically
Induced--CI;    Cardiovascular   Diseases--Diagnosis--DI;    Cardiovascular
Diseases--Mortality--MO; Chronic Disease; Gastritis--Chemically Induced--CI
;   Gastritis--Diagnosis--DI;  Nervous  System Diseases--Chemically Induced
--CI;    Nervous    System Diseases--Diagnosis--DI; Occupational  Diseases
--Diagnosis--DI;   Occupational Diseases--Mortality--MO; Russian S.F.S.R.;
Time Factors
  CAS Registry No.: 75-01-4   (Vinyl Chloride)

  8/5/2
06977490   89279490
  Cohort and case-control analyses of workers exposed to vinyl chloride: an
update.
  Wu WA; Steenland K; Brown D; Wells V; Jones J; Schulte P; Halperin W
  Institute   of  Occupational  Medicine,  Chinese  Academy  of  Preventive
Medicine.
  J Occup Med (UNITED STATES)   Jun 1989,  31 (6) p518-23,  ISSN 0096-1736
Journal Code: JFR
  Languages: ENGLISH
  Journal Announcement: 8909
  Subfile:   INDEX MEDICUS
  The  mortality  in a cohort of workers at a vinyl chloride polymerization
plant has been updated, extending the period of observation in the original
study  from  1974  to  1986. Workers at this plant may have been exposed to
vinyl  chloride  monomer  and/or polyvinyl chloride dust, or may have had no
exposure  to  either substance. Seventy-six percent of the work force worked
in  jobs with potential exposure to vinyl chloride monomer. Among the total
cohort,  statistically  significant  excess  risks  were observed for liver,
lung,  and  brain  cancer.  For  the  subcohort of workers exposed to vinyl
chloride  monomer,  the  standardized mortality ratio (SMR) for liver cancer
was  333  (90% confidence interval (CI) 202 to 521). However, there were no
significant  excesses of either brain (SMR = 145, 90% CI 78 to 249) or lung
cancer  (SMR = 115, 90% CI 96 to 141). To investigate dose response, nested
case-control studies for liver, brain, and lung cancer were conducted among
the  total  cohort (including the nonexposed). For these studies there were
two  exposure  variables,  cumulative  dose  of  vinyl chloride monomer and
cumulative  dose  of polyvinyl chloride dust. Cumulative dose was defined as
the  product  of  level  and  duration of exposure. The only significant
association between disease risk and cumulative dose was for liver cancer
and  cumulative  dose  of  vinyl chloride monomer. Further division of the

R&S 002126

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 90 of 178

liver cancers into angiosarcoma (n = 12) and other liver cancers (n = 7), based on review of death certificates and medical records, showed that the dose response existed only for angiosarcomas.

Tags: Female; Human; Male
Descriptors: *Neoplasms--Mortality--MO; *Occupational Diseases--Mortality --MO; *Vinyl Chloride--Adverse Effects--AE; *Vinyl Compounds--Adverse Effects--AE; Brain Neoplasms--Chemically Induced--CI; Brain Neoplasms --Mortality--MO; Butadienes--Adverse Effects--AE; Cohort Studies; Environmental Exposure; Liver Neoplasms--Chemically Induced--CI; Liver Neoplasms--Mortality--MO; Lung Neoplasms--Chemically Induced--CI; Lung Neoplasms--Mortality--MO; Neoplasms--Chemically Induced--CI; Occupational Diseases--Chemically Induced--CI; Polyvinyl Chloride--Adverse Effects--AE; Retrospective Studies
CAS Registry No.: 75-01-4 (Vinyl Chloride); 9002-86-2 (Polyvinyl Chloride)

8/5/3
06960484    89262484
[Effect of vinyl chloride and its polymers on the nervous system]
WpLyw chlorku winylu i jego polimerow na ukLad nerwowy.
Kurzbauer H
Iastytutu Medycyny Pracy w Przemysle Weglowym i Hutniczym w Sosnowcu.
Neurol Neurochir Pol (POLAND) Sep-Oct 1988, 22 (5) p404-9, ISSN 0028-3843    Journal Code: NYF
Languages: POLISH    Summary Languages: ENGLISH
Document Type: English Abstract
Journal Announcement: 8909
Subfile: INDEX MEDICUS
The study was undertaken for assessment of the effect of vinyl chloride and is polymers on the nervous system. A group of 200 patients working in the production of VC were studies. The group comprised 155 men and 45 women aged 19-46 years (mean 40). The duration of employment was over 5 years in most workers (85.5%), and 26% worked over 20 years (mean duration 14 years). On the basis of neurological examinations clinical groups were isolated: without neurological changes (58 workers), with symptoms (54), with organic signs (88). The studied groups were not different with respect to age. The shortest duration of employment was in workers without neurological abnormalities. In the complex of symptoms tension headaches, irritability and sleep disturbances prevailed. Organic signs manifested themselves most frequently with pyramidal abnormalities (52), cerebellar (40), sensory trigeminal nerve involvement (24) and pyramidal-cerebellar syndromes (26). In the group of workers with evidence of organic nervous system lesions significantly more frequently a history of acute poisonings, Raynaud's syndrome and hepatic involvement were found. The neurotic symptoms with minor pyramidal-cerebellar signs and sensory trigeminal neuropathy may be related aetiologically to the toxic effect of vinyl chloride.

Tags: Female; Human; Male
Descriptors: *Air Pollutants, Occupational--Adverse Effects--AE; *Chemical Industry; *Nervous System Diseases--Chemically Induced--CI; *Polyvinyl Chloride--Adverse Effects--AE; *Polyvinyls--Adverse Effects--AE; *Vinyl Chloride--Adverse Effects--AE; *Vinyl Compounds--Adverse Effects--AE ; Adult; Chronic Disease; Middle Age; Poland; Time Factors
CAS Registry No.: 75-01-4 (Vinyl Chloride); 9002-86-2 (Polyvinyl Chloride)

8/5/4
06622786    88267786
Carcinogenicity of vinyl chloride in Sprague-Dawley rats after prenatal

R&S 002127

Case 3:08-cv-00612-RET-SCR    Document 66-1    01/01/10    Page 91 of 178

and postnatal exposure.
  Maltoni C; Cotti G
  Institute of Oncology, F. Addarii, Bologna, Italy.
  Ann N Y Acad Sci (UNITED STATES)    1988,  534 p145-59,  ISSN 0077-8923
Journal Code: 5NM
  Languages: ENGLISH
  Journal Announcement: 8810
  Subfile:   INDEX MEDICUS
  Vinyl chloride was administered by inhalation, 7 hours daily, 5 days
weekly, at concentrations of 2500 and 0 ppm, to Sprague-Dawley rats. The
treatment was started on 13-week-old breeders and male and female offspring
(12-day embryos). The breeders and part of the offspring were exposed for
104 weeks; the other part of the offspring was exposed for 15 weeks only.
Under the experimental conditions, vinyl chloride caused an exceptionally
high incidence of brain neuroblastomas, liver angiosarcomas, and
hepatocarcinomas. The age at start and/or length of treatment may affect
the onset of these tumors in different ways.
  Tags: Animal; Female; Male; Support, Non-U.S. Gov't
  Descriptors:  *Prenatal  Exposure  Delayed  Effects;  *Vinyl  Chloride
--Toxicity--TO; *Vinyl Compounds--Toxicity--TO; Administration, Inhalation;
Biological  Assay;  Brain Neoplasms--Chemically Induced--CI; Hemangiosarcoma
--Chemically  Induced--CI;  Liver  Neoplasms--Chemically  Induced--CI; Liver
Neoplasms, Experimental--Chemically Induced--CI; Pregnancy; Rats; Rats,
Inbred Strains; Vinyl Chloride--Administration and Dosage--AD
  CAS Registry No.: 75-01-4    (Vinyl Chloride)


  8/5/5
06489848   88134848
  Increasing  evidence  of  the  rise  of  cancer  in  workers  exposed  to
vinylchloride.
  Smulevich VB; Fedotova IV; Filatova VS
  All-Union Cancer Research Centre, AMS USSR, Moscow.
  Br J Ind Med (ENGLAND)  Feb 1988,  45 (2) p93-7,  ISSN 0007-1072
Journal Code: AXS
  Languages: ENGLISH
  Journal Announcement: 8806
  Subfile:   INDEX MEDICUS
  The  results  of  a  cancer mortality study among workers employed in the
production of  vinylchloride  and  polyvinylchloride between 1939 and 1977
suggest a significant increase in deaths from malignancies of the lymphatic
and  haemopoietic  tissues.  Mortality for tumours of the digestive organs,
respiratory system,  bone and connective tissues, brain, and skin are also
greater  than  in the general population. There were no registered cases of
liver  angiosarcoma  in  the  study cohort during the follow up period. The
risk  of  cancer was highest among the workers exposed to concentrations of
VC of  300  mg/m3 and more who had worked at the plant for 15 to 19 years.
The  relatively  high number of leukaemias and lymphomas in the study group
and  the  absence  of  liver  angiosarcomas  probably  reflects  specific
carcinogenic action of different doses of vinylchloride.
  Tags: Female; Human; Male
  Descriptors:  *Neoplasms--Chemically  Induced--CI; *Occupational Diseases
--Chemically  Induced--CI;  *Vinyl Chloride--Adverse  Effects--AE;  *Vinyl
Compounds--Adverse  Effects--AE;  Neoplasms--Mortality--MO;  Occupational
Diseases--Mortality--MO;  Polyvinyl  Chloride--Adverse  Effects--AE;  Sex
Factors
  CAS  Registry  No.:  75-01-4   (Vinyl  Chloride); 9002-86-2 (Polyvinyl
Chloride)

  8/5/6

R&S 002128

Case 3:08-cv-00612-RET-SCR   Document 88-1   01/31/10   Page 92 of 178

R&S 002129

06852466   89154466
  Human  male  exposure  to  vinyl  chloride  and  possible teratogenic and
mutagenic risks: a review.
  Uzych L
  Hum Toxicol (ENGLAND)   Nov 1988,  7 (6) p517-27,  ISSN 0144-5952
Journal Code: GFR
  Languages: ENGLISH
  Document Type: Review
  Journal Announcement: 8906
  Subfile:   INDEX MEDICUS
  (32 Refs.)
  Tags: Human; Male
  Descriptors: *Chromosome Aberrations;  *Sister Chromatid Exchange--Drug
Effects--DE;   *Vinyl   Chloride--Adverse   Effects--AE;  *Vinyl Compounds
--Adverse  Effects--AE;  Abnormalities,  Drug-Induced--Etiology--ET; Adult;
Brain--Abnormalities--AB;  Brain--Drug Effects--DE; Environmental Exposure;
Middle Age; Review of Reported Cases; Spermatozoa--Drug Effects--DE
  CAS Registry No.: 75-01-4   (Vinyl Chloride)

  8/5/7
06189747   87163747
  Vinyl chloride: an assessment of the risk of occupational exposure.
  Purchase IF; Stafford J; Paddle GM
  Food Chem Toxicol   Feb 1987, 25 (2) p187-202,  ISSN 0278-6915
Journal Code: F3U
  Languages: ENGLISH
  Document Type: Review
  Journal Announcement: 8707
  Subfile:   INDEX MEDICUS
  There is  little doubt that  exposure to  high levels of VCM as a
consequence  of  occupation  can result in an increased incidence of ASL. A
review  of  20  epidemiological studies involving about 45,000 workers
occupationally  exposed to VCM showed that neoplasms of the liver showed an
increase  in  incidence  in  the  majority of studies. For brain cancer the
association  between  exposure  to  VCM and an increased incidence was less
clear  because  of  the  lower  relative risk. Neoplasms of the respiratory
tract,  digestive system,  lymphatic and haemopoietic system, buccal cavity,
and  pharynx, cardiovascular system and colon/stomach were reported to show
an  increased incidence in one or more studies, but to show no increase, or
in  some  cases  a  decrease, in incidence in other studies. In view of the
increased  incidence  of  breast  neoplasms in rodents exposed to VCM, the
studies  of  Chaizze  et  al. (1980), who did not confirm these findings in
humans,  are  of  importance. The register of ASL cases now contains records
of  99 ‘persons  with  confirmed  ASL and occupational exposure to VCM. The
average  latent  period between first exposure to VCM and death from ASL is
21.9  years.  The  majority of cases occurred in autoclave workers, who are
recognized  as  having  been exposed to extremely high levels. Although
precise  estimates  of  exposure  are  not available for the periods of most
interest,  the  pattern  of cases roughly suggests that extremely high
exposures  were  necessary  for the induction of ASL. For example, ASL cases
tended  to  occur in larger numbers in some plants than in others, a finding
that  can  be  explained most  easily by differences in exposure patterns.
There  is  an  extensive series of animal studies on the carcinogenicity of
VCM.  Some  of  these  precede  the  epidemiological studies confirming the
association  between  VCM  exposure  and ASL in man. ASL and neoplasms of a
number  of  other  organs  have  been induced in laboratory rodents by VCM.
Estimation of the exposure levels likely to cause a lifetime risk of ASL of
$10(-6)$  on  the basis of these data give extremely low levels (down to 3.9 X
$10(-7)$  ppb)  which appear to be unrealistic estimates for man. Part of the

Case 3:08-cv-00612-RET-SCR     Document 47-9     06/03/2009     Page 92 of 178

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 93 of 178

reason for this is that laboratory studies have shown that VCM is metabolized in the liver (and elsewhere in the body) to the reactive metabolites chloroethylene oxide and chloroacetaldehyde. The rate of conversion is limited at high levels of exposure giving inaccurate estimates of the slope of the dose-response relationship.(ABSTRACT TRUNCATED AT 400 WORDS) (67 Refs.)

 Tags: Animal; Female; Human; Male
 Descriptors: *Air Pollutants, Occupational--Toxicity--TO; *Vinyl Chloride --Toxicity--TO; *Vinyl Compounds--Toxicity--TO; Dose-Response Relationship, Drug; Environmental Exposure; Hemangiosarcoma--Chemically Induced--CI; Kinetics; Liver Neoplasms--Chemically Induced--CI; Occupational Diseases --Chemically Induced--CI; Registries; Risk; Vinyl Chloride--Metabolism--ME
 CAS Registry No.: 75-01-4   (Vinyl Chloride)

 8/5/8
 05865134   86166134
 Epidemiology of brain tumours in man and their relationship with chemical agents.
 Jones RD
 Food Chem Toxicol   Feb 1986,  24 (2) p99-103,  ISSN 0278-6915
Journal Code: F3U
 Languages: ENGLISH
 Journal Announcement: 8607
 Subfile:  INDEX MEDICUS
 The 2000 or so deaths that result each year in England and Wales from brain tumours, as defined by ICD 191, represent approximately 0.3-0.4% of all deaths, with a slightly greater incidence in men than in women. Because of the low incidence of mortality from other causes in childhood, brain cancer accounts for 3.5% of all deaths in the 1-14-year age group. Mortality from brain cancer increased considerably between 1931 and 1961 but this is probably explained by changes in disease classification and improvements in diagnostic techniques. Because of the relatively low incidence of brain cancer in man, cohort studies need to be large in order to accrue sufficient cases for meaningful interpretation. Large cohort studies may run the risk of diluting a high-risk group of workers with lesser or non-exposed individuals. These considerations have encouraged the investigation of brain cancer by case-control studies and the interpretation of these must take into account possible sources of bias. At present the evidence for any chemical causation of brain cancer in man is inconclusive.

 Tags: Female; Human; Male
 Descriptors: *Brain Neoplasms--Epidemiology--EP; Acrylonitrile--Adverse Effects--AE; Adolescence; Adult; Aged; Brain Neoplasms--Chemically Induced --CI;  Brain Neoplasms--Mortality--MO; Child; Child, Preschool; England; Epidemiologic Methods; Infant; Middle Age; Occupational Diseases --Epidemiology--EP; Petroleum; Rubber--Adverse Effects--AE; Sex Factors; Vinyl Chloride--Adverse Effects--AE; Wales
 CAS Registry No.: 107-13-1   (Acrylonitrile); 75-01-4   (Vinyl Chloride); 9006-04-6   (Rubber)

 8/5/9
 06006173   86307173
 Biological monitoring of chlorinated hydrocarbon solvents.
 Monster AC
 J Occup Med   Aug 1986, 28 (8) p583-8, ISSN 0096-1736   Journal Code: JFR
 Languages: ENGLISH
 Journal Announcement: 8612
 Subfile:  INDEX MEDICUS

R&S 002130

Case 3:08-cv-00612-RET-SCR    Document 66-1    01/01/10    Page 94 of 178

The possibility of biological monitoring of exposure to some volatile, halogenated hydrocarbons will be discussed. Most of these agents are widely used as solvents. All agents act on the nervous system as narcotics and differ widely in toxicity. Most of the solvents undergo biotransformation to metabolites. This allows biological assessment of exposure by measurement of the solvent and/or metabolites in exhaled air, blood, and/or urine. However, the same metabolites may occur with exposure to different chlorinated hydrocarbons, eg, trichloroethanol and trichloroacetic acid from exposure to trichloroethene, tetrachloroethene, and 1,1,1-trichloroethane. On the other hand, these agents differ widely in the percentage that is metabolized. There are large gaps in our knowledge, however, and much research will have to be carried out before even tentative data can be established for most of the solvents.
  Tags: Human
  Descriptors: *Environmental Pollutants--Analysis--AN; *Solvents--Analysis --AN; Environmental Exposure; Ethylene Dichlorides--Analysis--AN; Hydrocarbons, Chlorinated--Analysis--AN; Methyl Chloride--Analysis--AN; Methylene Chloride--Analysis--AN; Occupational Diseases--Chemically Induced --CI; Occupational Diseases--Prevention and Control--PC; Trichloroethanes --Analysis--AN; Trichloroethylene--Analysis--AN; Vinyl Chloride--Analysis --AN
  CAS Registry No.: 107-06-2 (ethylene dichloride); 74-87-3 (Methyl Chloride); 75-01-4 (Vinyl Chloride); 75-09-2 (Methylene Chloride); 79-01-6 (Trichloroethylene)

 8/5/10
05999579    86300579
  Polyneuropathy in workers with long exposure to vinyl chloride. Electrophysiological study.
  Perticoni GF; Abbritti G; Cantisani TA; Bondi L; Mauro L
  Electromyogr Clin Neurophysiol Jan-Feb 1986, 26 (1) p41-7, ISSN 0301-150X   Journal Code: EEN
  Languages: ENGLISH
  Journal Announcement: 8612
  Subfile:   INDEX MEDICUS
  Tags: Human
  Descriptors: *Electromyography; *Neural Transmission--Drug Effects--DE; *Occupational Diseases--Chemically Induced--CI; *Polyneuritis--Chemically Induced--CI; *Vinyl Chloride--Adverse Effects--AE; *Vinyl Compounds --Adverse Effects--AE; Peripheral Nerves--Drug Effects--DE
  CAS Registry No.: 75-01-4 (Vinyl Chloride)

 8/5/11
05524897    85140897
  [Hemangiosarcoma of the liver in workers of the PVC industry and other VC-induced diseases with angiologic-dermatologic, hepatologic, radiologic and neurologic symptoms]
  Das Haemangiosarkom der Leber bei Arbeitern in der PVC-Industrie und andere VC-bedingte Erkrankungen mit angiologisch-dermatologischer, hepatologischer, radiologischer und neurologischer Symptomatik.
  Halama J; Becker-Stone S; Halama JM
  Radiologe Jan 1985, 25 (1) p22-9, ISSN 0033-832X   Journal Code: QRL
  Languages: GERMAN   Summary Languages: ENGLISH
  Document Type: English Abstract
  Journal Announcement: 8506
  Subfile:   INDEX MEDICUS
  Occupational diseases resulting from exposure to vinyl chloride (VC) include angiosarcoma of the liver and other neoplasms. Among workers exposed to VC we have found capillary abnormalities in the extremities,

R&S 002131

with scleroderma and Raynaud syndrome, acro-osteolysis, neurological and psychiatric diseases and chromosome abnormalities, as well as abnormal liver metabolism and haematological findings.

Tags: Case Report; Human; Male

Descriptors: *Hemangiosarcoma--Chemically Induced--CI; *Liver Neoplasms --Chemically Induced--CI; *Nervous System Diseases--Chemically Induced--CI; *Occupational Diseases--Chemically Induced--CI; *Polyvinyl Chloride --Adverse Effects--AE; *Polyvinyls--Adverse Effects--AE; *Skin Diseases --Chemically Induced--CI; *Vinyl Chloride--Adverse Effects--AE; *Vinyl Compounds--Adverse Effects--AE; Adult; Chemical Industry; Hemangiosarcoma --Radiography--RA; Liver Neoplasms--Radiography--RA; Middle Age; Occupational Diseases--Radiography--RA; Organic Mental Disorders, Substance-Induced--Etiology--ET; Osteolysis--Chemically Induced--CI; Raynaud's Disease--Chemically Induced--CI; Risk; Scleroderma, Systemic --Chemically Induced--CI

CAS Registry No.: 75-01-4    (Vinyl Chloride); 9002-86-2 (Polyvinyl Chloride)


8/5/12
05812357    86113357
Electroencephalographic findings in workers exposed to benzene.
Kellerova V
J Hyg Epidemiol Microbiol Immunol 1985, 29 (4) p337-46, ISSN 0022-1732    Journal Code: IEV
Languages: ENGLISH
Journal Announcement: 8605
Subfile:    INDEX MEDICUS
Preventive EEG examination was carried out in 40 workers significantly exposed to benzene. The EEG findings were compared with those of a control group of 48 healthy persons, a group of 110 workers significantly exposed to toluene and xylene and a group of 236 workers exposed to vinyl chloride. The individuals exposed to benzene exhibited 22.5% of abnormal and 45% threshold findings, the abnormalities being episodic, diffuse or a combination of the two. The effect of benzene entailed a frequent (32.5%) occurrence of a characteristic frequency lability. Sleep phenomena were found in a total of 60% cases (37.5% cases reached stage 1 B3 while 15% reached stage 2 according to Roth [14]). The rapid onset of deeper sleep stages (in 30% cases) is considered typical for benzene exposure. The photic driving response often had an extended frequency range (a total of 61.1%, to beta frequencies only in 30.55%, to both beta and theta frequencies also in 30.55% of cases). The different EEG features characteristic of the neurotoxic action of various types of organic solvents make possible a more efficient diagnostics of the effects of these chemicals on the CNS.

Tags: Female; Human; Male

Descriptors: *Air ˙˙ Pollutants, Occupational--Toxicity--TO; *Benzene --Toxicity--TO; *Brain--Drug Effects--DE; Adult; Electroencephalography; Middle Age; Sleep--Drug Effects--DE; Toluene--Toxicity--TO; Vinyl Chloride --Toxicity--TO; Xylenes--Toxicity--TO

CAS Registry No.: 108-88-3    (Toluene); 71-43-2    (Benzene); 75-01-4 (Vinyl Chloride)


8/5/13
05842889    86143889
Occupational exposure and brain tumors.
Moss AR
J Toxicol Environ Health 1985, 16 (5) p703-11, ISSN 0098-4108
Journal Code: KAA
Contract/Grant No.: 1 R01 OH 01557

R&S 002132

Case 3:08-cv-00612-RET-SCR     Document 68-1     01/01/10     Page 96 of 178

Languages: ENGLISH
Journal Announcement: 8606
Subfile:    INDEX MEDICUS
  Epidemiological evidence of an occupational risk of brain cancer has been
reported  in  four  industries  where  chemical  exposures are likely, most
recently in a series of prospective studies in the petrochemical industry.
However,  only in the case of vinyl chloride exposure has an occupational
central nervous system carcinogen been identified. This report reviews the
convergence of epidemiological and laboratory evidence that established the
occupational carcinogenicity of vinyl chloride, and discusses in detail the
current  evidence  for  an  occupational  risk  of brain tumors  in the
petrochemical industry.
  Tags: Animal; Female; Human; Male; Support, U.S. Gov't, P.H.S.
  Descriptors: *Brain Neoplasms--Chemically Induced--CI; *Chemical Industry
;   *Glioma--Chemically  Induced--CI;  *Occupational  Diseases --Chemically
Induced--CI; *Vinyl Chloride--Toxicity--TO; *Vinyl Compounds--Toxicity--TO
; Environmental Exposure
  CAS Registry No.: 75-01-4    (Vinyl Chloride)

  8/5/14
05271272   84195272
  Carcinogenicity  and  epidemiological  profile analysis of vinyl chloride
and polyvinyl chloride.
  Kalmaz EE; Kalmaz GD
  Regul Toxicol Pharmacol   Mar 1984,  4 (1) p13-27,  ISSN 0273-2300
Journal Code: RBH
  Languages: ENGLISH
  Document Type: Review
  Journal Announcement: 8408
  Subfile:   INDEX MEDICUS
  The  carcinogenicity  of vinyl chloride and polyvinyl chloride (VC/PVC) is
reviewed  with  specific  attention  to  the  gaps  in  knowledge for risk
estimation and epidemiological presentation of the available data. Although
experimental studies have demonstrated the carcinogenicity and mutagenicity
of VC/PVC in general, the epidemiologic studies available for review do not
include  an  assessment  of carcinogenic risk among humans exposed to these
chemicals. This conclusion is based on the observation that the majority of
cohort  studies  reviewed  lacked  sufficient  statistical power because of
small  sample  sizes. Further, in epidemiological studies, individuals were
not  followed  over  an  adequate  period of time during which cancer could
become clinically manifest.  (81 Refs.)
  Tags: Animal; Human
  Descriptors: *Carcinogens, Environmental; *Polyvinyl Chloride--Toxicity
--TO;  *Polyvinyls--Toxicity--TO;  *Vinyl Chloride--Toxicity--TO;  *Vinyl
Compounds--Toxicity--TO; Brain Neoplasms--Chemically Induced--CI; Breast
Neoplasms--Mortality--MO;   Chemistry;   Epidemiologic   Methods; Leukemia
--Chemically Induced--CI;  Liver Neoplasms--Chemically  Induced--CI; Lung
Neoplasms--Chemically   Induced--CI;  Mutagens;  Occupational  Diseases
--Chemically   Induced--CI;   Occupational   Diseases--Epidemiology--EP;
Polyvinyl   Chloride--Poisoning--PO;   Reproduction--Drug   Effects--DE;
Teratogens; United States; Vinyl Chloride--Poisoning--PO
  CAS  Registry  No.: 75-01-4   (Vinyl  Chloride); 9002-86-2 (Polyvinyl
Chloride)

  8/5/15
05270194   84194194
  Occupational hazards in the VC-PVC industry.
  Nicholson WJ; Henneberger PK; Seidman H
  Prog  Clin Biol Res   1984, 141 p155-75,  ISSN 0361-7742   Journal Code:

R&S 002133

Case 3:08-cv-00612-RET-SCR    Document 66-1    01/01/10    Page 97 of 178

R&S
002134

PZ5
  Languages: ENGLISH
  Journal Announcement: 8408
  Subfile:  INDEX MEDICUS
  Overall,  the  results of the analysis of 12 studies of VC production and
polymerization workers demonstrate an enormously elevated risk of liver
malignancies,  the  possibility  of  a twofold increased risk of brain and
central  nervous  system  tumors  and perhaps,  also,  of malignancies of the
lymphatic  and  hematopoietic system.  However,  the  role of other agents
cannot be excluded in the etiology of nonhepatic malignancies. Bronchogenic
carcinoma  does  not  appear  to  be increased from exposures to VC monomer,
although  a  relationship  to  PVC  dust  was  suggested in one study. These
conclusions must be considered in light of limited data on workers followed
more  than  25  years  from onset  of  exposure. Considering the numbers of
observed  and  expected  deaths  in  all  studies,  it  would appear that the
excess of malignancies at nonhepatic sites is less than the excess of liver
tumors. Data presented elsewhere in this volume (Nicholson and Henneberger,
1983)  suggest  that exposure reductions in 1974 may have  virtually
eliminated  the  VC-associated  risk  of  liver  cancer if the current U.S.
standard  is  met.  To the extent that VC exposure is associated with other
cancers,  a similar risk reduction would be expected. Raynaud's phenomenon,
acroosteolysis,  scleroderma-like  skin  lesions,  hepato- and splenomegaly
with  noncirrhotic  hepatic  fibrosis,  and severe portal hypertension have
been  associated  with past heavy exposures to VC.  Evidence exists that the
liver  disease  and portal hypertension may progress following cessation of
exposure.  However,  all of the above syndromes were found largely in heavily
exposed  individuals. Their occurrence would be much less likely in workers
exposed only to concentrations currently allowed. Pulmonary deficits, X-ray
abnormalities,  and,  perhaps,  lung cancer have been associated with VC/PVC
exposure.  Because  of  the  possible  contribution  of  PVC  dust to these
findings, engineering controls during polymer drying, bagging and usage are
warranted.
  Tags: Human
  Descriptors: *Chemical Industry; *Occupational Diseases--Epidemiology--EP
; *Polyvinyl Chloride--Poisoning--PO; *Polyvinyls--Poisoning--PO; *Vinyl
Chloride--Poisoning--PO;  *Vinyl Compounds--Poisoning--PO; Hepatitis, Toxic
--Epidemiology--EP; Lung Neoplasms--Chemically Induced--CI; Lung Neoplasms
--Epidemiology--EP;  Neoplasms--Chemically  Induced--CI;  Neoplasms
--Epidemiology--EP;  Occupational  Diseases--Chemically  Induced--CI;
Occupational Diseases--Mortality--MO
  CAS  Registry  No.: 75-01-4  (Vinyl  Chloride); 9002-86-2 (Polyvinyl
Chloride)

8/5/16
05483044    85099044
  Induction  of  single-strand  breaks  in  DNA of mice after inhalation of
vinyl chloride.
  Walles SA; Holmberg B
  Cancer Lett  Nov 1984, 25  (1) p13-8,  ISSN 0304-3835  Journal Code:
CMX
  Languages: ENGLISH
  Journal Announcement: 8505
  Subfile:  INDEX MEDICUS
  Female  mice  were  exposed  to 500 ppm vinyl chloride (VC) for 6 h/day 5
days/week  for  1-8 weeks. Groups  of mice were killed at different times
during  this  period.  DNA damage, expressed as single-strand breaks (SSB),
was  studied  in  liver, kidneys, lungs, spleen and brain. The level of SSB
increased  in  liver,  kidneys,  spleen and lungs with time of exposure and
reached  a plateau for kidneys and lungs after 80 and 120 h of exposure. In

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 98 of 178

spleen there was only a slight increase in the SSB, and in brain no detectable increase was found.
  Tags: Animal; Female
  Descriptors:   *DNA,   Single-Stranded--Metabolism--ME;  *Vinyl Chloride --Pharmacology--PD; *Vinyl Compounds--Pharmacology--PD; Brain--Drug Effects --DE;   Brain--Metabolism--ME; Environmental Exposure; Kidney--Drug Effects --DE;   Kidney--Metabolism--ME; Liver--Drug Effects--DE;  Liver--Metabolism --ME; Lung--Drug Effects--DE;  Lung--Metabolism--ME; Mice; Mice, Inbred Strains; Spleen--Drug Effects--DE;  Spleen--Metabolism--ME; Time Factors
  CAS Registry No.: 75-01-4    (Vinyl Chloride)

  8/5/17
04999982    83232982
  [EEG tracings of workers exposed to vinyl chloride]
  EEG obrazu pracovnik.ANG.u exponovanych vinylchloridu.
  Kellerova V
  Cesk Neurol Neurochir    Mar 1983,  46 (2) p71-6,  ISSN 0301-0597
Journal Code: CV6
  Languages: CZECH    Summary Languages: ENGLISH
  Document Type: English Abstract
  Journal Announcement: 8310
  Subfile:    INDEX MEDICUS
  Tags: Female; Human; Male
  Descriptors: *Central  Nervous  System Diseases--Chemically Induced--CI;
 *Central  Nervous  System Diseases--Diagnosis--DI; *Electroencephalography;
*Occupational Diseases--Diagnosis--DI; *Vinyl Chloride--Adverse Effects--AE
;  *Vinyl Compounds--Adverse  Effects--AE; Adolescence; Adult; Middle Age;
Occupational Diseases--Chemically Induced--CI
  CAS Registry No.: 75-01-4    (Vinyl Chloride)

  8/5/18
05101064    84031064
  Vinyl chloride disease-neurological disturbances.
  Langauer-Lewowicka H; Kurzbauer H; Byczkowska Z; Wocka-Marek T
  Int Arch Occup Environ Health  1983, 52 (2) p151-7,  ISSN 0340-0130
Journal Code: GPN
  Languages: ENGLISH
  Journal Announcement: 8402
  Subfile:    INDEX MEDICUS
  In a plant producing vinyl chloride by the emulsion method 200 workers who were exposed to vinyl chloride for 1 to 25 yr (mean 14), 58 (i.e. 29%) were free of complaints and nervous disturbances. An astheno-autonomic syndrome was found in 54 (i.e. 27%) and in 88 (i.e. 44%) in combination with positive neurological findings, i.e. pyramidal syndromes (in 52), cerebellar disturbances (in 38), trigeminal neuropathy (in 24) and extrapyramidal symptoms (in 3), in various combinations - pyramidal + cerebellar in 12, trigeminal + pyramidal in 7, trigeminal + cerebellar in 5. Headaches (48%), nervousness (26%), decrease in physical strength (16%), loss of memory (14%), sleeping disturbances and somnolence were the most frequent complaints. Scleroderma-like skin changes were found in ten subjects, but only six of them had any neurological disturbances. Occupational exposure to vinyl chloride was lower in workers without neurological findings. Frequency of the arterial hypertension was the same in both groups, whereas acroparesthesias, Raynaud's syndrome, and increased gamma GTP serum activity were significantly more frequent in workers with neurological disturbances. Sixty-two per cent of the neurologically positive group and only 24% of the negative group reported euphoric or narcotic states after exposure. This probably indicates episodic exposures to high concentrations of vinyl chloride. This difference points to a

R&S 002135

Case 3:08-cv-00612-RET-SCR    Document 88-1    01/01/10    Page 99 of 178

possibility that neurological disturbances may be related to short exposures to peak concentrations. The neurological injury may be both a direct neurotoxic effect of vinyl chloride and secondary to vascular disorders.

Tags: Female; Human; Male

Descriptors: *Nervous System Diseases--Chemically Induced--CI; *Occupational Diseases--Chemically Induced--CI; *Vinyl Chloride--Adverse Effects--AE; *Vinyl Compounds--Adverse Effects--AE; Adult; Air Pollutants, Occupational--Analysis--AN; Alcoholism--Complications--CO; Blood Proteins --Metabolism--ME; Middle Age; Smoking; Trigeminal Nerve--Drug Effects--DE; Vinyl Chloride--Analysis--AN

CAS Registry No.: 75-01-4    (Vinyl Chloride)


8/5/19
05160522    84084522
  Toxicity of vinyl chloride and poly(vinyl chloride): a critical review.
  Wagoner JK
  Environ Health Perspect    Oct 1983, 52 p61-6, ISSN 0091-6765
Journal Code: EIO
  Languages: ENGLISH
  Document Type: Review
  Journal Announcement: 8404
  Subfile:   INDEX MEDICUS
  In 1974, vinyl chloride (VC) was first reported in the open scientific literature to induce angiosarcoma of the liver both in humans and in animals. Additional research has now demonstrated the carcinogenicity of VC to other organs and at lower concentrations. The target organs for VC now clearly include the liver, brain and the lung, and probably the lymphohematopoietic system. The evidence for a carcinogenic risk has been extended to jobs associated with poly(vinyl chloride) exposure. Cases of liver angiosarcoma have been reported among individuals employed in PVC fabrication facilities and an epidemiological study has demonstrated a significant association between exposure to PVC dust and the risk of lung cancer mortality. Cases of angiosarcoma of the liver also have been reported among individuals living in near proximity to vinyl chloride-poly(vinyl chloride) plants. An association between PVC dust and pneumoconiosis also has been demonstrated. On the basis of findings, prudent control of PVC dust in the industrial setting is indicated. (41 Refs.)

Tags: Human; Male

Descriptors: *Neoplasms--Chemically Induced--CI; *Occupational Diseases --Chemically Induced--CI; *Polyvinyl Chloride--Adverse Effects--AE; *Polyvinyls--Adverse Effects--AE; *Vinyl Chloride--Adverse Effects--AE; *Vinyl Compounds--Adverse Effects--AE; Environmental Exposure; Hemangiosarcoma--Chemically Induced--CI; Liver Neoplasms --Chemically Induced--CI; Lung Neoplasms--Chemically Induced--CI; Middle Age; Pneumoconiosis--Etiology--ET

CAS Registry No.: 75-01-4    (Vinyl Chloride); 9002-86-2 (Polyvinyl Chloride)


8/5/20
04828963    83061963
  [Chronic toxic encephalopathies]
  PrzewlekLe encefalopatie toksyczne.
  Langauer-Lewowicka H
  Med Pr    1982, 33 (1-3) p113-7, ISSN 0465-5893    Journal Code: MOJ
  Languages: POLISH    Summary Languages: ENGLISH
  Document Type: English Abstract
  Journal Announcement: 8303

R&S 002136

er

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 100 of 178

Subfile:   INDEX MEDICUS
The aim of this report is to present the clinical picture of some chronic occupational encephalopathies and evolution of neurological disturbances. Of 177 diagnosed encephalopathies, 103 were induced by heavy metals (Mn, Hg, Pb) and 48 by organic solvents. Of 200 persons exposed to vinyl chloride, neurological sings were found in 26 cases. In mangenose poisoning heavy encephalopathy with pyramidal and extrapyramidal disturbances proved to be progressive, in mercury chronic intoxication cerebellar symptoms and sensitive neuropathy were the most frequent. In some cases these neurological changes were either persistent or progressive or regressive. In chronic lead poisoning slight pyramidal and deliberative signs and sensitive polyneuropathy seemed to be the most typical. Chronic encephalopathy due to organic solvents was mostly subacute at the beginning, then a variety of clinical symptoms as well as partial or total regression were observed. Slight cerebellar signs and trigeminal sensitive neuropathy were the most frequent neurological findings in those exposed to vinyl chloride.
  Tags: Human
  Descriptors:    *Basal    Ganglia    Diseases--Chemically    Induced--CI;
*Occupational Diseases--Chemically Induced--CI; *Polyneuritis--Chemically Induced--CI; Chronic Disease; Lead Poisoning--Diagnosis--DI; Manganese --Poisoning--PO; Mercury Poisoning--Diagnosis--DI; Solvents--Poisoning--PO; Vinyl Chloride--Poisoning--PO
  CAS Registry No.: 7439-96-5   (Manganese); 75-01-4   (Vinyl Chloride)

 8/5/21
04686201    82229201
  Experimental contributions in identifying brain potential carcinogens in the petrochemical industry.
  Maltoni C; Ciliberti A; Carretti D
  Ann N Y Acad Sci   1982, 381 p216-49, ISSN 0077-8923   Journal Code: 5NM
  Languages: ENGLISH
  Journal Announcement: 8210
  Subfile:   INDEX MEDICUS
  Tags: Animal; Female; Male
  Descriptors:   *Brain Neoplasms--Chemically Induced--CI; *Carcinogens; *Chemical Industry; *Occupational Diseases--Chemically Induced--CI; *Petroleum; Acrylonitrile; Dichloroethylenes; Ethylene Dichlorides; Neoplasms, Experimental--Chemically Induced--CI; Rats; Rats, Inbred Strains ; Vinyl Chloride
  CAS Registry No.: 107-13-1   (Acrylonitrile); 75-01-4   (Vinyl Chloride)

 8/5/22
04985363    83218363
  [Various aspects of the clinical and electroencephalographic studies in workers chronically exposed to vinyl chloride]
  Niektore   aspekty   obrazu   kliniczno--elektroencefalograficznego   u pracownikow nara.ANG.zonych na przewlekLe dziaLanie chlorku winylu.
  Sinczuk-Walczak H; GLuszcz M
  Med Pr   1982, 33 (5-6) p349-54, ISSN 0465-5893   Journal Code: MOJ
  Languages: POLISH   Summary Languages: ENGLISH
  Document Type: English Abstract
  Journal Announcement: 8309
  Subfile:   INDEX MEDICUS
  The paper presents evaluation of the nervous system and bioelectric functioning of the brain (EEG) in 114 workers aged 20-62, employed in significant exposure to vinyl chloride for 1-28 years, on average--7.5 +/- 4.0. Clinical symptoms of the nervous system occurred in form of

R&S 002137

Case 3:08-cv-00612-RET-SCR    Document 47-9    06/03/2009    Page 100 of 178

Case 3:08-cv-00612-RET-SCR   Document 68-1   01/31/10   Page 101 of 178

R&S 002138

peripheral--vegetative syndrome with accompanying vasomotor disturbances of
Raynaud syndrome type EEG yielded 39 (34,2%) correct and 75 (65,8%)
incorrect records. Among incorrect records most frequent (32.5%) were
low-voltage and flat records; of this--those with fast spindled activity
and frequent changes typical for reduced wakefulness. The nature of
clinical symptoms and EEG disturbances may point to the contribution of
hypothalamus in the pathomechanism of changes in those chronically exposed
to vinyl chloride.
  Tags: Human; Male
  Descriptors: *Air Pollutants--Poisoning--PO; *Air Pollutants,
Occupational--Poisoning--PO; *Brain--Physiopathology--PP; *Paresthesia
--Chemically Induced--CI; *Raynaud's Disease--Chemically Induced--CI;
*Vinyl Chloride--Poisoning--PO; *Vinyl Compounds--Poisoning--PO; Action
Potentials--Drug Effects--DE; Adult; Arm--Innervation--IR; Electroencephalo
graphy; Leg--Innervation--IR; Middle Age; Time Factors
  CAS Registry No.: 75-01-4  (Vinyl Chloride)

  8/5/23
04522500   82065500
  Power considerations in epidemiologic studies of vinyl chloride workers.
  Beaumont JJ; Breslow NE
  Am J Epidemiol  Nov 1981, 114 (5) p725-34, ISSN 0002-9262
Journal Code: 3H3
  Languages: ENGLISH
  Document Type: Review
  Journal Announcement: 8203
  Subfile:   INDEX MEDICUS
  Nine retrospective mortality studies of workers exposed to vinyl chloride
were reviewed to determine whether differences in their hypothesis testing
results might be due to differences in statistical power. Where possible,
the power of each study was calculated for cancer of the lung, brain and
liver. When power was taken into consideration, the results for liver and
brain cancer were found to be consistent with an etiologic role for vinyl
chloride. For lung cancer, the data were not consistent with an etiologic
role in that two studies with very high power yielded negative results. (
16 Refs.)
  Tags: Human
  Descriptors: *Occupational Diseases--Chemically Induced--CI; *Statistics;
*Vinyl Chloride--Poisoning--PO; *Vinyl Compounds--Poisoning--PO; Brain
Neoplasms--Chemically Induced--CI; Brain Neoplasms--Mortality--MO;
Epidemiologic Methods; Liver Neoplasms--Chemically Induced--CI; Liver
Neoplasms--Mortality--MO; Lung Neoplasms--Chemically Induced--CI; Lung
Neoplasms--Mortality--MO; Occupational Diseases--Mortality--MO; Retrospecti
ve Studies
  CAS Registry No.: 75-01-4  (Vinyl Chloride)

  8/5/24
04595643   82138643
  Epidemiologic study of vinyl chloride workers: mortality through December
31, 1972.
  Cooper WC
  Environ Health Perspect  Oct 1981, 41 p101-6, ISSN 0091-6765
Journal Code: EI0
  Languages: ENGLISH
  Journal Announcement: 8207
  Subfile:   INDEX MEDICUS
  A population of 10,173 men, employed in 37 plants, was identified as
having worked for at least one year in jobs involving probable exposure to
vinyl chloride monomer (VCM) prior to January 1, 1973. Of the 9677 men

Case 3:08-cv-00612-RET-SCR   Document 68-1   01/01/10   Page 102 of 178

whose vital status was determined, 707 were known to have died. For 699, death certificates were obtained. The standardized mortality ratio (SMR) for all causes was 89, that for all malignancies was 104. The only type of malignancy found in significant excess was in the category of malignant neoplasms of the brain and other parts of the nervous system; 12 deaths occurred where 5.9 were expected, for an adjusted SMR of 203. There were slight but inconclusive upward trends in all malignancies, and for malignancies of the respiratory tract, digestive tract, and central nervous system associated with reported levels of maximum exposure to VCM. When groups in whom less than 20 years had elapsed from the first exposure were compared with those with 20 or more elapsed years, and 25 or more elapsed years, no significantly different SMR's were detected for major primary sites of malignancy. Plans for an updated study of mortality, to include deaths in the period 1973-1979 are briefly discussed.

  Tags: Human; Male; Support, Non-U.S. Gov't
  Descriptors: *Neoplasms--Mortality--MO; *Occupational Diseases--Mortality --MO; *Vinyl Chloride--Adverse Effects--AE; *Vinyl Compounds --Adverse Effects--AE; Brain Neoplasms--Chemically Induced--CI; Brain Neoplasms --Mortality--MO; Follow-Up Studies; Hemangiosarcoma--Chemically Induced--CI ; Hemangiosarcoma--Mortality--MO; Liver Neoplasms--Chemically Induced--CI; Liver Neoplasms--Mortality--MO; Neoplasms--Chemically Induced--CI; Occupational Diseases--Chemically Induced--CI; Time Factors; United States
  CAS Registry No.: 75-01-4   (Vinyl Chloride)

  8/5/25
  04599666    82142666
  Malignant tumors after chronic exposure to vinyl chloride.
  Emmerich KH; Norpoth K
  J Cancer Res Clin Oncol   1981, 102 (1) p1-11,  ISSN 0171-5216
Journal Code: HL5
  Languages: ENGLISH
  Journal Announcement: 8207
  Subfile:  INDEX MEDICUS
  Correlations between exposure to vinyl chloride and the development of malignant tumors in the liver have been know since 1974 and have been confirmed by many an experimental investigation. Based on the evaluation of mortality statistics from nine different countries an increased incidence of malignant tumors of the lung, the gastrointestinal tract, and the central nervous system (CNS), and of malignant lymphomas is documented in connection with exposure to vinyl chloride. Statistically significant increases, however, are only found in the incidence of malignant liver tumors. Metabolism and toxicology of vinyl chloride are discussed in detail.

  Tags: Animal; Female; Human; Male
  Descriptors: *Neoplasms--Chemically Induced--CI; *Occupational Diseases --Chemically Induced--CI; *Vinyl Chloride--Adverse Effects--AE; *Vinyl Compounds--Adverse Effects--AE; Chromosome Aberrations; Hamsters; Kinetics; Liver Neoplasms--Chemically Induced--CI; Mice; Rats; Rats, Inbred Strains; Vinyl Chloride--Metabolism--ME
  CAS Registry No.: 75-01-4   (Vinyl Chloride)

  8/5/26
  04595675    82138675
  Observations of the site-specific carcinogenicity of vinyl chloride to humans.
  Infante PF
  Environ Health Perspect   Oct 1981, 41 p89-94,  ISSN 0091-6765
Journal Code: EI0
  Languages: ENGLISH

R&S 002139

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 103 of 178

Journal Announcement: 8207
Subfile:   INDEX MEDICUS
   A review of epidemiologic studies of workers exposed to vinyl chloride
(VC) was conducted. Some of these studies comprised small cohorts and thus
were insensitive in the evaluation of carcinogenic response for sites that
do not demonstrate a high relative risk. Other larger studies used
methodology and design that precluded an interpretation of the results.
Such limitations were acknowledged by some authors. Use of restrictive
disease rubrics also lead to the submerging of sites that would have
demonstrated significant excesses. For example, some investigators analyzed
data for liver cancer deaths with the board category of digestive system
cancer deaths, while others combined data for CNS cancer deaths with the
broad category of "other and unspecified cancer," and most studies analyzed
information for lymphatic and hematopoietic system cancer deaths with all
data combined. Only four of eight studies reviewed could demonstrate a
significant excess of liver cancer among VC-exposed workers--a site
confirmed in humans by 1974. In contrast, five of eight studies appear to
demonstrate a significant excess of CNS cancer mortality. Workers exposed
to VC also demonstrate a significant excess of mortality for lung cancer,
while the data for lymphatic and hematopoietic system cancer are
suggestive. Interpretation of cancer of the latter systems may have been
clarified if investigators had not analyzed their data by broad disease
classifications.
   Tags: Human; Support, U.S. Gov't, Non-P.H.S.
   Descriptors:  *Neoplasms--Chemically Induced--CI;  *Occupational Diseases
--Chemically Induced--CI;  *Vinyl Chloride--Adverse Effects--AE;  *Vinyl
Compounds--Adverse Effects--AE;  Adenocarcinoma--Chemically Induced--CI;
Brain Neoplasms--Chemically Induced--CI; Carcinoma--Chemically Induced--CI;
Epidemiologic Methods; Hemangiosarcoma--Chemically Induced--CI; Leukemia
--Chemically Induced--CI; Liver Neoplasms--Chemically Induced--CI; Lung
Neoplasms--Chemically Induced--CI; Organ Specificity
   CAS Registry No.: 75-01-4   (Vinyl Chloride)


 8/5/27
04511075   82054075
   Neurological changes in vinyl chloride-exposed workers.
   Styblova V; Lambl V; Chumcal O; Kellerova V; Paskova V; Vitovcova J; Zlab
L
   J  Hyg  Epidemiol  Microbiol  Immunol  1981,  25 (3) p233-43,  ISSN
0022-1732  Journal Code: IEV
   Languages: ENGLISH
   Journal Announcement: 8203
   Subfile:   INDEX MEDICUS
   Tags: Female; Human; Male
   Descriptors:    *Nervous   System   Diseases--Chemically   Induced--CI;
*Occupational Diseases--Chemically Induced--CI; *Vinyl Chloride--Adverse
Effects--AE; *Vinyl Compounds--Adverse Effects--AE; Adolescence; Adult;
Electroencephalography; Middle Age; Nervous System Diseases--Diagnosis--DI;
Occupational Diseases--Diagnosis--DI; Time Factors
   CAS Registry No.: 75-01-4   (Vinyl Chloride)


 8/5/28
04420900   81248900
   [Vinyl chloride toxicity after inhalation]
   Toksycznosc chlorku winylu podawanego droga oddechowa.
   Chyba A
   Rocz Panstw Zakl Hig  1980,  31 (6) p615-21,  ISSN 0035-7715
Journal Code: TXT
   Languages: POLISH   Summary Languages: ENGLISH

R&S 002140

Case 3:08-cv-00612-RET-SCR   Document 66-1   01/01/10   Page 104 of 178

R&S 002141

Document Type: English Abstract
Journal Announcement: 8111
  Subfile:   INDEX MEDICUS
Tags: Animal; Male
Descriptors:   *Air   Pollutants--Toxicity--TO;   *Air   Pollutants,
Environmental--Toxicity--TO;   *Vinyl   Chloride--Toxicity--TO;   *Vinyl
Compounds--Toxicity--TO; Aerosols; Blood Coagulation--Drug Effects--DE;
Central   Nervous System--Drug Effects--DE; Hypocalcemia--Chemically Induced
--CI; Rats; Vinyl Chloride--Administration and Dosage--AD
  CAS Registry No.: 75-01-4   (Vinyl Chloride)

  8/5/29
04291858    81119858
  Toxicity  of  vinyl  chloride  and  polyvinyl  chloride  as  seen  through
epidemiologic observations.
  Wagoner JK; Infante PF; Apfeldorf RB
  J   Toxicol   Environ   Health   Sep-Nov   1980,   6   (5-6)   p1101-7,   ISSN
0098-4108    Journal Code: KAA
  Languages: ENGLISH
  Journal Announcement: 8106
  Subfile:   INDEX MEDICUS
  In 1974,   vinyl chloride  (VC)  was  first  reported  in the scientific
literature  to  induce  angiosarcoma  of  the  liver in animals and humans.
Further  research has now demonstrated the carcinogenicity of this agent to
other  organs.  Target organs for VC now include the liver, brain, and lung,
and probably the lymphohematopoietic system. The carcinogenic risk has been
extended to jobs associated with polyvinyl chloride (PVC) exposure. This is
evidenced  by  cases  of  liver  angiosarcoma  reported  among  individuals
employed   in   or   residing   near  PVC  fabrication  facilities  and  by
epidemiologic  study  demonstrating  a  significant  association  between lung
cancer  and  exposure  to  PVC  dust.  An  association between PVC dust and
pneumoconiosis  has  been  demonstrated.  On  the  basis  of these findings,
experimental  bioassays and epidemiologic studies of the carcinogenicity of
PVC  are clearly in order. Prudent control of PVC in the industrial setting
is also clearly indicated.
  Tags: Human
  Descriptors: *Polyvinyl Chloride--Toxicity--TO; *Polyvinyls--Toxicity--TO
; *Vinyl Chloride--Toxicity--TO; *Vinyl Compounds--Toxicity--TO; Brain
Neoplasms--Chemically  Induced--CI;  Epidemiologic Methods; Hemangiosarcoma
--Chemically  Induced--CI;  Hepatitis, Toxic--Etiology--ET; Liver Neoplasms
--Chemically Induced--CI; Lung Neoplasms--Chemically Induced--CI; Lymphatic
Diseases--Chemically    Induced--CI;   Neoplasms--Chemically   Induced--CI;
Pneumoconiosis--Etiology--ET
  CAS  Registry  No.:  75-01-4   (Vinyl  Chloride);  9002-86-2 (Polyvinyl
Chloride)

  8/5/30
03965268    80076268
  Vinyl chloride: a review.
  Binns CH
  J Soc Occup Med   Oct 1979,   29 (4) p134-41,  ISSN 0301-0023
Journal Code: K5B
  Languages: ENGLISH
  Document Type: Review
  Journal Announcement: 8004
  Subfile:   INDEX MEDICUS
  (50 Refs.)
  Tags: Animal; Female; Human; Male
  Descriptors: *Occupational  Diseases--Chemically Induced--CI; *Polyvinyl

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 105 of 178

Chloride--Poisoning--PO;    *Polyvinyls--Poisoning--PO;    *Vinyl    Chloride
--Poisoning--PO;       *Vinyl       Compounds--Poisoning--PO;       Abnormalities,
Drug-Induced;      Brain      Neoplasms--Chemically      Induced--CI;      Chromosome
Aberrations;    Hemangiosarcoma--Chemically    Induced--CI;    Liver    Cirrhosis
--Chemically    Induced--CI;    Liver    Neoplasms--Chemically    Induced--CI;    Lung
Neoplasms--Chemically      Induced--CI;      Mice;      Mutation--Drug      Effects--DE;
Osteolysis--Chemically Induced--CI; Pneumoconiosis--Etiology--ET; Pregnancy

<div style="text-align: right">R&S 002142</div>

8/5/31
03971431    80082431
  One-year  time-sequence  inhalation  toxicity  study of vinyl chloride in
rats.  II.  Morphological  changes  in  the  respiratory  tract, ceruminous
glands, brain, kidneys, heart and spleen.
  Feron VJ; Kroes R
  Toxicology    Jun-Jul 1979,  13 (2) p131-41,  ISSN 0300-483X
Journal Code: VWR
  Languages: ENGLISH
  Journal Announcement: 8004
  Subfile:   INDEX MEDICUS
  Tags: Animal; Female; Male
  Descriptors: *Vinyl Chloride--Toxicity--TO;  *Vinyl Compounds--Toxicity
--TO; Brain--Pathology--PA; Cerumen; Exocrine Glands--Pathology--PA; Kidney
--Pathology--PA;    Myocardium--Pathology--PA;    Neoplasms,    Experimental
--Pathology--PA; Rats; Respiratory System--Pathology--PA; Sex Factors;
Spleen--Pathology--PA; Time Factors

8/5/32
03526211    78160211
  Congenital  central  nervous  system  malformations  and  vinyl  chloride
monomer exposure: a community study.
  Edmonds LD; Anderson CE; Flynt JW Jr; James LM
  Teratology    Apr 1978,  17 (2) p137-42,  ISSN 0040-3709    Journal Code:
VM8
  Languages: ENGLISH
  Journal Announcement: 7808
  Subfile:   INDEX MEDICUS
  Incidence rates for central nervous system (CNS) malformations in infants
born  to  residents  of  Kanawha  County,  West  Virginia,  1970-1974, were
significantly  higher  than  comparable  United  States  rates during those
years.    Since   Kanawha   County   contains  a  polyvinyl  chloride  (PVC)
polymerization  plant,  a  case-control study was conducted on the possible
relationship    between    the    occurrence    of    CNS   defects and parental
occupational  or  residential  exposure  to  vinyl  chloride monomer emissions
from  this plant. No relationship with parental occupation was found. While
a  tendency  was  noted  for  residences of case families to be located in an
area  northeast  of  the  plant,  this observation did not entirely correlate
with existing data on local patterns of wind direction and air pollution.
  Tags: Female; Human; Male
  Descriptors:    *Abnormalities,    Drug-Induced--Epidemiology--EP;    *Central
Nervous  System--Abnormalities--AB;  *Vinyl Chloride--Adverse Effects--AE;
*Vinyl  Compounds--Adverse  Effects--AE;  Environmental  Exposure;  Infant,
Newborn; West Virginia

8/5/33
03720327    79097327
  [Rapid  method of estimating the efficiency of the central nervous system
in small laboratory animals in sanitary-toxicological studies]
  Zastosowanie    szybkiej    metody    oceny   sprawnosci   osrodkowego ukLadu
nerwowego     maLych     zwierzat     laboratoryjnych     w       badaniach

Case 3:08-cv-00612-RET-SCR    Document 47-9    06/03/2009    Page 105 of 178

Case 3:08-cv-00612-RET-SCR    Document 88-1    01/01/10    Page 106 of 178

sanitarno-toksykologicznych.
  Szulinski S
  Rocz Panstw Zakl Hig   1978,  29 (6) p677-81,  ISSN 0035-7715
Journal Code: TXT
  Languages: POLISH   Summary Languages: ENGLISH
  Document Type: English Abstract
  Journal Announcement: 7905
  Subfile:   INDEX MEDICUS
  Tags: Animal
  Descriptors:    *Animals,   Laboratory;   *Brain--Drug   Effects--DE;
*Conditioning,  Classical--Drug Effects--DE; Benzene Hexachloride--Toxicity
--TO; Rats; Trichlorfon--Toxicity--TO; Vinyl Chloride--Toxicity--TO

  8/5/34
03848993   79225993
  Health effects of vinyl chloride.
  Tamburro CH
  Tex Rep Biol Med   1978,  37 p126-44, 146-51,  ISSN 0040-4675
Journal Code: VNN
  Languages: ENGLISH
  Journal Announcement: 7911
  Subfile:   INDEX MEDICUS
  Vinyl  chloride  is  a  basic chemical for plastics manufacturing and has
been  used  as  an  anesthetic  agent.  Vinyl chloride's previously unknown
carcinogenic  capability  appears  to  be  related to the body's ability to
convert  it  from  a  non-toxic or minimally toxic chemical to a toxic and,
with  prolonged  exposure,  cancer-forming agent. Early exposure in animals
causes  body  cells  to  make  adaptive  changes which may prepare them for
malignant  transformation  and  appear  to precede evidence of morphological
injury.  These  findings appear to occur before a low-grade chemical injury
occurs.  Vinyl  chloride  chemical injury in man appears to follow the same
pattern.  Present  clinical  data  in  humans  now  demonstrate evidence of
pre-cancer  injury  and  cancer transformation of various types of cells in
different  organs  of  the  body.  Manifestations of pre-cancerous injury to
organs  other  than  the  liver (such as the lung, heart, spleen, brain and
lymphatic  system)  may  also  be occurring and require further investigation.
Early  detection  of  these  pre-cancerous chemical injuries requires a
prospective   ongoing   system  of  surveillance  and  the  development  of
diagnostic  methods  which  can  identify  specific  causal  agents  in the
presence  of  non-specific  injury.  Such  a  systematic  approach has been
developed  and  is  now in operation. Its initial achievements appear to be
the  foundation  for  future  success  in controlling the health effects of
industrial chemicals.
  Tags: Animal; Human; Support, U.S. Gov't, P.H.S.
  Descriptors: *Carcinogens,  Environmental;  *Hemangiosarcoma--Chemically
Induced--CI;   *Liver  Neoplasms--Chemically  Induced--CI;  *Occupational
Diseases--Chemically  Induced--CI;  *Vinyl Chloride--Adverse Effects--AE;
*Vinyl   Compounds--Adverse  Effects--AE;  Environmental Exposure;  Health
Education;  Lung--Drug  Effects--DE; Neoplasms, Experimental --Chemically
Induced--CI;   Rats;   Risk;   Spleen--Drug  Effects--DE;  Vinyl Chloride
--Metabolism--ME

  8/5/35
03537051   78171051
  [The vinyl-chloride disease]
  Die Vinylchloridkrankheit.
  Veltman G; Lange CE; Stein G
  Hautarzt   Apr 1978,  29 (4) p177-82,  ISSN 0017-8470   Journal Code: G13
  Languages: GERMAN   Summary Languages: ENGLISH

R&S 002143

Document Type: English Abstract; Review
Journal Announcement: 7809
  Subfile:    INDEX MEDICUS
  Workers  engaged in the PVC-production, who were long-term exposed to the
gaseous  base  vinyl chloride exhibit a complex pattern of damages. Changes
of  the  skin, vascular and bone system, as well as thrombocytopenia, liver
fibrosis with portal hypertension, disturbances of the porphyrin metabolism
and alterations of the central nervous system were observed. Moreover vinyl
chloride  is oncogenic and may cause angiosarcoma of the liver. By directed
occupational medicine supervision, improvement of the production conditions
and introduction of new processing techniques health risks at the workplace
could be eliminated to a far extend.  (35 Refs.)
  Tags: Human
  Descriptors:     *Occupational     Diseases--Chemically     Induced--CI;
*Scleroderma,  Systemic--Chemically  Induced--CI;  *Vinyl Chloride--Adverse
Effects--AE;  *Vinyl  Compounds--Adverse  Effects--AE;   Hemangiosarcoma
--Chemically  Induced--CI;  Liver  Cirrhosis--Chemically Induced--CI; Liver
Neoplasms--Chemically   Induced--CI;   Osteolysis--Chemically   Induced--CI;
Raynaud's Disease--Chemically Induced--CI

  8/5/36
03261357    77163357
  [Vinyl chloride hazard through its dietary entry into the human body]
  Ob  opasnosti  vinilkhlorida  pri  alimentarnom  postuplenii  v  organizm
cheloveka
  Bykhovskii AV; Diubankova EN
  Gig Sanit  Mar 1977,  (3) p70-4,  ISSN 0016-9900   Journal Code: FPZ
  Languages: RUSSIAN
  Journal Announcement: 7708
  Subfile:   INDEX MEDICUS
  Tags: Human
  Descriptors:  *Food  Contamination; *Vinyl Chloride--Adverse Effects--AE;
*Vinyl Compounds--Adverse Effects--AE; Adult; Aged; Environmental Exposure;
Food Preservation--Adverse Effects--AE; Hemangiosarcoma--Chemically Induced
--CI; Liver Neoplasms--Chemically Induced--CI; Maximum Permissible Exposure
Level;  Middle Age; Nervous System--Drug Effects--DE; Occupational Diseases
--Chemically  Induced--CI;  Plastics--Adverse  Effects--AE;  United States;
United States Food and Drug Administration; USSR; Vinyl Chloride--Standards
--ST; Volatilization

  8/5/37
03048880    76229880
  Vinyl chloride-associated liver disease.
  Berk ΅ PD; Martin JF; Young RS; Creech J; Selikoff IJ; Falk H; Watanabe P;
Popper H; Thomas L
  Ann Intern Med  Jun 1976,  84 (6) p717-31,  ISSN 0003-4819
Journal Code: 5A6
  Languages: ENGLISH
  Journal Announcement: 7610
  Subfile:   AIM; INDEX MEDICUS
  Although  polyvinyl chloride has been produced from vinyl chlride monomer
for  more  than  40  years,  recognition  of  toxicity among vinyl chloride
polymerization  workers  is  more  recent.  In the mid 1960s, workers involved
in  cleaning  polymerization  tanks  were found to have acro-osteolysis. In
1974,  the  same population of workers was found to be at risk for an unusual
type  of  hepatic  fibrosis  and  angiosarcoma of the liver. We describe two
cases  of  vinyl  chloride-associated liver injury, one of hepatic fibrosis
and  one  of angiosarcoma. Histologic features of these lesions are similar
to  the  hepatic fibrosis and angiosarcomas resulting from chronic exposure

R&S 002144

Case 3:08-cv-00612-RET-SCR   Document 68-1   01/01/10   Page 108 of 178

to inorganic arsenicals. Preliminary studies suggest that the toxicity of vinyl chloride may result from formation, during high-dose exposure, of active metabolites by mixed function oxidases of the liver. Epidemiologic studies indicate an increased incidence not only of liver disease, but also of cancers of the brain, lung, and possibly other organs.

   Tags: Animal; Case Report; Human; Male

   Descriptors:  *Liver  Diseases--Chemically  Induced--CI;  *Occupational Diseases--Chemically Induced--CI;  *Vinyl Chloride--Adverse Effects--AE; *Vinyl Compounds--Adverse Effects--AE; Adult; Arsenicals--Adverse Effects --AE;  Epidemiologic  Methods;  Hemangiosarcoma--Chemically  Induced--CI; Hemangiosarcoma--Pathology--PA;  Liver  Cirrhosis--Chemically Induced--CI; Liver  Cirrhosis--Pathology--PA;  Liver Diseases--Diagnosis--DI; Liver Function Tests;  Liver Neoplasms--Chemically Induced--CI;  Liver Neoplasms --Pathology--PA;  Polymers;  Radionuclide  Imaging;  Rats;  Thorium Dioxide --Adverse Effects--AE; Time Factors; Vinyl Chloride--Metabolism--ME

   8/5/38
   03198083   77100083
   Carcinogenic, mutagenic and teratogenic risks associated with vinyl chloride.
   Infante PF; Wagoner JK; Waxweiler RJ
   Mutat Res  Nov 1 1976,  41 (1 spel. no) p131-41,  ISSN 0027-5107
Journal Code: NNA
   Languages: ENGLISH
   Journal Announcement: 7705
   Subfile:   INDEX MEDICUS
   The data presented demonstrate clearly that vinyl chloride (VC) is related to a significant excess of mortality from cancer of the liver, lung and brain among workers occupationally exposed to VC. The risk of dying from cancer of the lymphatic and hematopoietic system also appears to increase with an increase in latency. These cancer sites could have been predicted by the animal bioassay conducted by Maltoni. With regard to the liver,  even the histophthologic type of cancer (angiosarcoma) was observed first  in  experimental animals. A study of cancer mortality among populations  residing proximate to VC polymerization facilities also demonstrated an increased risk of dying from CNS and lymphatic cancer. These latter findings raise cause for concern about out-plant emmissions of VC, but without further study these cancers obviously cannot be interpreted as being related to out-plant exposure to VC. Various test systems now have elicited a positive mutagenic response to VC. Thus, our observations of a significant excess of fetal mortality among the wives of males, who were occupationally exposed to VC, raise public health concern that VC may be mutagenic in humans. With regard to the teratogenicity of VC, observations of a significant excess of children born with birth defects were reported among populations residing proximate to VC polymerization facilities. Additional epidemiologic study is needed to determine whether a repeated pattern of excessive numbers of children born with birth defects can be observed in other communities with VC polymerization facilities.

   Tags: Female; Human; Male

   Descriptors: *Carcinogens; *Mutagens; *Occupational Diseases--Chemically Induced--CI;  *Teratogens;  *Vinyl Chloride--Toxicity--TO; *Vinyl Compounds --Toxicity--TO;  Abnormalities,  Multiple--Epidemiology--EP;  Environmental Exposure; Fetal Death; Ohio; Paternal Age; Pregnancy; Risk

   8/5/39
   02737903   75144903
   Clinical manifestations in vinyl chloride poisoning.
   Suciu I; Prodan L; Ilea E; Paduraru A; Pascu L
   Ann N Y Acad Sci   Jan 31 1975, 246 p53-69,  ISSN 0077-8923

R&S 002145

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 109 of 178

R&S 002146

Journal Code: 5NM
  Languages: ENGLISH
  Journal Announcement: 7508
  Subfile:   INDEX MEDICUS
  Tags: Human; Male
  Descriptors:   *Occupational   Diseases--Etiology--ET;   *Vinyl  Chloride
--Poisoning--PO;  *Vinyl  Compounds--Poisoning--PO;  Adult; Digestion--Drug
Effects--DE;   Endocrine   Diseases--Chemically  Induced--CI;  Hypertension
--Chemically  Induced--CI;  Middle Age; Nervous System Diseases--Chemically
Induced--CI;   Poisoning--Prevention  and  Control--PC;  Raynaud's  Disease
--Chemically  Induced--CI;  Respiratory  Tract Diseases--Chemically Induced
--CI;  Skin  Diseases--Chemically  Induced--CI;  Vinyl Chloride--Blood--BL;
Vinyl Compounds--Pharmacology--PD
?ds


Set    Items    Description
S1      382     RN=75-01-4  (VINYL CHLORIDE)
S2      554     "VINYL CHLORIDE --ADVERSE EFFECTS --AE" OR "VINYL CHLORIDE --
                -POISONING --PO" OR "VINYL CHLORIDE --TOXICITY --TO"
S3   398423     NEUROPATHY? OR EVOKED()POTENTIAL? OR ELECTROPHYSIOL? OR NEUR-
                OPHYSIOL? OR NERVOUS? OR NERVES? OR CNS OR BRAIN OR NEUROTOX?
S4       29     S1 AND S3
S5       36     S2 AND S3
S6        3     S4 NOT S5
S7       39     S4 OR S5
S8       39     Sort S7/ALL/PY D,AU

Case 3:08-cv-00612-RET-SCR   Document 08-1   01/01/10   Page 110 of 178

<u>YOU ARE NOW CONNECTED TO THE TOXLINE (1981 FORWARD, NON-ROYALTY) FILE.</u>


PROG:
SS (13) PSTG (118)


1
AU - Penknovich AA ; Kaliaganov PI
SO - Gig Tr Prof Zabol, ISS 5, 1989, P43-4
TI - [Various approaches to the study of the late effects of occupational diseases]
KW - TOXBIB ; Cardiovascular Diseases CHEMICALLY INDUCED/DIAGNOSIS/MORTALITY ; Chemical Industry * ; Chronic Disease ; Female ; Gastritis CHEMICALLY INDUCED/DIAGNOSIS ; Human ; Male ; Methylmethacrylates *POISONING ; Nervous System Diseases CHEMICALLY INDUCED/DIAGNOSIS ; Occupational Diseases *CHEMICALLY INDUCED/DIAGNOSIS/MORTALITY ; Russian S.F.S.R. ; Time Factors ; Vinyl Chloride *POISONING ; Vinyl Compounds *POISONING
RN - 75-01-4


2
AU - ANTONYUZHENKO VA
SO - GIG TR PROF ZABOL; 0 (2). 1989. 39-41.
TI - LATE SEQUELAE OF OCCUPATIONAL VINYL CHLORIDE POISONING
AB - BIOSIS  COPYRIGHT: BIOL ABS. RRM  HUMAN NERVOUS SYSTEM PATHOLOGY DISTAL HYPALGESIA ACROHYPERHYDROSIS ACROHYPOTHERMIA ACROSPASTIC REACTION OSTEOLYSIS OSTEOSCLEROSIS OCCUPATIONAL HEALTH OCCUPATIONAL TOXICOLOGY
KW - Biochemical Studies-General ; Bones, Joints, Fasciae, Connective and Adipose Tissue-Pathology ; Nervous System-Pathology ; Toxicology-Environmental and Industrial Toxicology ; Temperature: Its Measurement, Effects and Regulation-Hypothermia, Hyperthermia ; Temperature: Its Measurement, Effects and Regulation-Thermoregulation                 ; Public Health: Environmental Health-Occupational Health ; Hominidae
RN - 75-01-4


3
AU - HOLMBERG B ; LUNDBERG P
SO - AM J IND MED; 15 (6). 1989. 615-626.
AD - Dep. Toxicol., Natl. Inst. Occupational Health, S-171 84 Solna, Sweden.
TI - Assessment and management of occupational risks in the Nordic (Scandinavian) countries.
AB - BIOSIS  COPYRIGHT: BIOL ABS.  Occupational health standards in the Scandinavian countries are of national concern and may thus vary from country to country. There is an internordic collaboration in the scientific criteria work, but there are also national formal procedures for standard setting. There is a greater tendency to accept eye, nose, or throat irritations as indices of harm than the American Conference of Governmental Industrial Hygienists (ACGIH) does. For organic solvents, neurotoxicity has been focused on for many years. although the differences between values in the ACGIH list and in the Nordic countries have diminished. Occupational standard setting in the Nordic countries is much influenced by technological feasibility and socioeconomic criteria. Sweden has a formalized procedure for the underlying scientific and transscientific assessments.

R&S 002147

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 111 of 178

KW  - Social Biology; Human Ecology ; Biochemical Studies-General ;
      Nervous System-Pathology ; Toxicology-Environmental and Industrial
      Toxicology ; Public Health: Environmental Health-Occupational Health
      ; Hominidae
RN  - 26471-62-5; 17804-35-2; 16887-00-6; 10102-44-0; 10043-35-3;
      10028-15-6; 10024-97-2; 8032-32-4; 7783-06-4; 7664-39-3; 7664-39-3;
      7446-09-5; 7440-50-8; 7440-48-4; 7440-47-3; 7440-41-7; 7440-38-2;
      7440-02-0; 7439-98-7; 7439-97-6; 7439-92-1; 7429-90-5; 3457-90-7;
      1338-23-4; 1332-21-4; 1330-20-7; 1320-67-8; 1314-34-7; 628-63-7;
      302-01-2; 151-67-7; 141-79-7; 127-18-4; 126-99-8; 124-18-5;
      123-91-1; 123-86-4; 121-44-8; 120-92-3; 117-81-7; 111-40-0;
      110-91-8; 110-85-0; 110-82-7; 110-80-5; 110-54-3; 109-89-7;
      109-86-4; 108-95-2; 108-94-1; 108-88-3; 108-03-2; 107-21-1;
      107-18-6; 107-13-1; 107-06-2; 106-99-0; 106-89-8; 100-97-0;
      100-42-5; 100-41-4; 98-01-1; 98-00-0; 96-12-8; 87-86-5; 79-46-9;
      79-41-4; 79-10-7; 79-01-6; 78-93-3; 78-83-1; 75-56-9; 75-21-8;
      75-07-0; 75-01-4; 74-88-4; 74-83-9; 71-55-6; 71-43-2; 71-36-3;
      67-63-0; 67-56-1; 60-09-3; 59-89-2; 50-32-8; 50-00-0


4
AU  - WU W ; STEENLAND K ; BROWN D ; WELLS V ; JONES J ; SCHULTE P ;
      HALPERIN W
SO  - J OCCUP MED; 31 (6). 1989. 518-523.
AD  - NIOSH, Industrywide Studies Branch, Robert A. Taft Lab., Cincinnati,
      Ohio 45226-1998.
TI  - Cohort and case-control analyses of workers exposed to vinyl
      chloride: An update.

AB  - BIOSIS  COPYRIGHT: BIOL ABS.  The mortality in a cohort of workers
      at a vinyl chloride polymerization plant has been updated, extending
      the period of observation in the original study from 1974 to 1986.
      Workers at this plant may have been exposed to vinyl chloride
      monomer and/or polyvinyl chloride dust, or may have had no exposure
      to either substance. Seventy-six percent of the work force worked in
      jobs with potential exposure to vinyl chloride monomer. Among the
      total cohort, statistically significant excess risks were observed
      for liver, lung, and brain cancer. For the subcohort of workers
      exposed to vinyl chloride monomer, the standardized mortality ratio
      (SMR) for liver cancer was 333 (90% confidence interval (CI) 202 to
      521). However, there were no significant excesses of either brain
      (SMR = 145, 90% CI 78 to 249) or lung cancer (SMR = 115, 90% CI 96
      to 141). The investigate dose response, nested case-control studies
      for liver, brain, and lung cancer were conducted among the total
      cohort (including the  nonexposed). For these studies there were two
      exposure variables, cumulative dose of vinyl chloride monomer and
      cumulative dose of polyvinyl chloride dust. Cumulative dose was
      defined as the product of level and duration of exposure. The only
      significant association between disease risk and cumulative dose was
      for liver cancer and cumulative dose of vinyl chloride monomer.
      Further division of the liver cancers into angiosarcoma (n = 12) and
      other liver cancers (n = 7), based on review of death  certificates
      and medical records, showed that the dose response existed only for
      angiosarcomas.
KW  - Biochemical Studies-General ; Digestive System-Pathology ;
      Cardiovascular System-Blood Vessel Pathology ;
      Toxicology-Environmental and Industrial Toxicology ; Neoplasms and
      Neoplastic Agents-Pathology; Clinical Aspects; Systemic Effects
              ; Neoplasms and Neoplastic Agents-Carcinogens and
      Carcinogenesis  ; Public Health: Environmental Health-Occupational
      Health ; Public Health: Epidemiology-Organic Diseases and Neoplasms

R&S 002148

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 112 of 178

```
      ; Hominidae
RN  - 9002-86-2; 75-01-4


5
AU  - Wu WA ; Steenland K ; Brown D ; Wells V ; Jones J ; Schulte P ;
      Halperin W
SO  - J Occup Med; VOL 31, ISS 6, 1989, P518-23
AD  - Institute of Occupational Medicine, Chinese Academy of Preventive
      Medicine.
TI  - Cohort and case-control analyses of workers exposed to vinyl
      chloride: an update.
AB  - The mortality in a cohort of workers at a vinyl chloride
      polymerization plant has been updated, extending the period of
      observation in the original study from 1974 to 1986. Workers at this
      plant may have been exposed to vinyl chloride monomer and/or
      polyvinyl chloride dust, or may have had no exposure to either
      substance. Seventy-six percent of the work force worked in jobs with
      potential exposure to vinyl chloride monomer. Among the total
      cohort, statistically significant excess risks were observed for
      liver, lung, and brain cancer. For the subcohort of workers exposed
      to vinyl chloride monomer, the standardized mortality ratio (SMR)
      for liver cancer was 333 (90% confidence interval (CI) 202 to 521).
      However, there were no significant excesses of either brain (SMR =
      145, 90% CI 78 to 249) or lung cancer (SMR = 115, 90% CI 96 to 141).
      To investigate dose response, nested case-control studies for liver,
      brain, and lung cancer were conducted among the total cohort
      (including the nonexposed). For these studies there were two
      exposure variables, cumulative dose of vinyl chloride monomer and
      cumulative dose of polyvinyl chloride dust. Cumulative dose was
      defined as the product of level and duration of exposure. The only
      significant association between disease risk and cumulative dose was
      for liver cancer and cumulative dose of vinyl chloride monomer.
      Further division of the liver cancers into angiosarcoma (n = 12) and
      other liver cancers (n = 7), based on review of death certificates
      and medical records, showed that the dose response existed only for
      angiosarcomas.
KW  - TOXBIB ; Brain Neoplasms CHEMICALLY INDUCED/MORTALITY ; Butadienes
      ADVERSE EFFECTS ; Cohort Studies ; Environmental Exposure ; Female ;
      Human ; Liver Neoplasms CHEMICALLY INDUCED/MORTALITY ; Lung
      Neoplasms CHEMICALLY INDUCED/MORTALITY ; Male ; Neoplasms CHEMICALLY
      INDUCED/*MORTALITY ; Occupational Diseases CHEMICALLY
      INDUCED/*MORTALITY ; Polyvinyl Chloride ADVERSE EFFECTS ;
      Retrospective Studies ; Vinyl Chloride *ADVERSE EFFECTS ; Vinyl
      Compounds *ADVERSE EFFECTS
RN  - 75-01-4; 9002-86-2


6
AU  - Kurzbauer H
SO  - Neurol Neurochir Pol; VOL 22, ISS 5, 1988, P404-9
AD  - Iastytutu Medycyny Pracy w Przemy:sle W:eglowym i Hutniczym w
      Sosnowcu.
TI  - [Effect of vinyl chloride and its polymers on the nervous system]
AB  - The study was undertaken for assessment of the effect of vinyl
      chloride and is polymers on the nervous system. A group of 200
      patients working in the production of VC were studies. The group
      comprised 155 men and 45 women aged 19-46 years (mean 40). The
      duration of employment was over 5 years in most workers (85.5%), and
      26% worked over 20 years (mean duration 14 years). On the basis of
      neurological examinations clinical groups were isolated: without
```

R&S 002149

neurological changes (58 workers), with symptoms (54), with organic
signs (88). The studied groups were not different with respect to
age. The shortest duration of employment was in workers without
neurological abnormalities. In the complex of symptoms tension
headaches, irritability and sleep disturbances prevailed. Organic
signs manifested themselves most frequently with pyramidal
abnormalities (52), cerebellar (40), sensory trigeminal nerve
involvement (24) and pyramidal-cerebellar syndromes (26). In the
group of workers with evidence of organic nervous system lesions
significantly more frequently a history of acute poisonings,
Raynaud's syndrome and hepatic involvement were found. The neurotic
symptoms with minor pyramidal-cerebellar signs and sensory
trigeminal neuropathy may be related aetiologically to the toxic
effect of vinyl chloride.

KW  - TOXBIB ; Adult ; Air Pollutants, Occupational *ADVERSE EFFECTS ;
      Chemical Industry * ; Chronic Disease ; English Abstract ; Female ;
      Human ; Male ; Middle Age ; Nervous System Diseases *CHEMICALLY
      INDUCED ; Poland ; Polyvinyl Chloride *ADVERSE EFFECTS ; Polyvinyls
      *ADVERSE EFFECTS ; Time Factors ; Vinyl Chloride *ADVERSE EFFECTS ;
      Vinyl Compounds *ADVERSE EFFECTS
RN  - 75-01-4; 9002-86-2

7
AU  - Antonjuzenko VA ; Gnesina EA ; Gnelickij GI ; Karacarova SV ;
      Kalistova VV
SO  - Gigiena truda i professional'nye zabolevanija  Feb. 1987, No.2,
      p.19-22. 9 ref.
TI  - Some characteristics of current forms of occupational nervous system
      diseases of chemical aetiology
AB  - Follow-up of 214 patients with the most commonly encountered types
      of poisoning (caused by ethylene, vinyl chloride, trichloroethylene,
      mercury and its compound granosanum-64) as well as with occupational
      pathology due to antibiotics (penicillin and streptomycin).
      Neurological symptoms often develop in combination with symptoms of
      organic lesions of different parts of the brain. Ethylene, vinyl
      chloride, and trichloroethylene affect mainly the mesencephalon and
      caudal regions, whereas mercury affects the brain stem and
      cerebellum. Antibiotics produce circulatory disorders confirmed by
      visual disorders.
KW  - DISEASES OF CENTRAL NERVOUS SYSTEM ; DISEASES OF PERIPHERAL NERVOUS
      SYSTEM ; VISUAL FUNCTION DISORDERS ; TOXIC SUBSTANCES ; POISONING ;
      ETHYLENE ; VINYL CHLORIDE ; TRICHLOROETHYLENE ; MERCURY AND
      COMPOUNDS ; PENICILLIN ; STREPTOMYCIN ; NEUROSIS ; FUNCTIONAL
      NERVOUS DISORDERS ; CHRONIC POISONING ; ILO
RN  - 74-85-1 ; 75-01-4 ; 79-01-6 ; 7439-97-6 ; 1406-05-9 ; 57-92-1

8
AU  - Smulevich VB ; Fedotova IV ; Filatova VS
SO  - British Journal of Industrial Medicine  Feb. 1988, Vol.45, No.2,
      p.93-97. 30 ref.
TI  - Increasing evidence of the rise of cancer in workers exposed to
      vinylchloride
AB  - The results of a cancer mortality study among workers employed in
      the production of vinylchloride (VC) and polyvinylchloride (VC)
      between 1939 and 1977 suggest a significant increase in deaths from
      malignancies of the lymphatic and haemopoietic tissues. Mortality
      for tumours of the digestive organs, respiratory system, bone and
      connective tissues, brain, and skin are also greater than in the
      general population. There were no registered cases of liver

R&S 002150

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/04/10    Page 114 of 178

angiosarcoma in the study cohort during the follow-up period. The
risk of cancer was highest among the workers exposed to
concentrations of VC of 300mg/m:3: and more who had worked at the
plant for 15 to 19yrs. The relatively high number of leukaemias and
lymphomas in the study group and the absence of liver angiosarcomas
probably reflect the specific carcinogenic action of different doses
of vinylchloride (VC).

KW  - CHEMICAL INDUSTRY ; VINYL CHLORIDE ; POLYVINYL CHLORIDE ; NEOPLASMS
      ; MORTALITY ; EXPOSURE EVALUATION ; TOXIC SUBSTANCES ; LONG-TERM
      STUDY ; LONG-TERM EXPOSURE ; BRAIN CANCER ; GASTROINTESTINAL CANCER
      ; LUNG CANCER ; WOMEN ; BRONCHIAL CANCER ; LEUKAEMIA ; LYMPHOMA ;
      CARCINOGENS ; CARCINOGENIC EFFECTS ; LENGTH OF EXPOSURE ; SKIN
      CANCER ; ILO
RN  - 75-01-4 ; 9002-86-2

9
AU  - Uzych L
SO  - Hum Toxicol; VOL 7, ISS 6, 1988, P517-27 (REF: 32)
TI  - Human male exposure to vinyl chloride and possible teratogenic and
      mutagenic risks: a review.
KW  - TOXBIB ; Abnormalities, Drug-Induced ETIOLOGY ; Adult ; Brain
      ABNORMALITIES/DRUG EFFECTS ; Chromosome Aberrations * ;
      Environmental Exposure ; Human ; Male ; Middle Age ; Review ; Review
      of Reported Cases ; Sister Chromatid Exchange *DRUG EFFECTS ;
      Spermatozoa DRUG EFFECTS ; Vinyl Chloride *ADVERSE EFFECTS ; Vinyl
      Compounds *ADVERSE EFFECTS
RN  - 75-01-4

10
AU  - OLSEN GW ; HEARN S ; COOK RR ; CURRIER MF ; ALLEN S
SO  - J OCCUP MED; 31 (1). 1989. 32-34.
TI  - MORTALITY EXPERIENCE OF A COHORT OF LOUISIANA USA CHEMICAL WORKERS
AB  - BIOSIS  COPYRIGHT: BIOL ABS. RRM  WORKERS OCCUPATIONAL TOXICOLOGY
      BRAIN CANCER LUNG CANCER LEUKEMIA SMOKING CIGARETTES HAZARDOUS
      MATERIALS CHEMICAL INDUSTRY HEALTHY WORKER EFFECT OCCUPATIONAL
      DISEASE EPIDEMIOLOGY INDUSTRIAL SOLVENTS CARDIOVASCULAR DISEASE
      CARCINOGEN
KW  - Social Biology; Human Ecology ; Behavioral Biology-Human Behavior ;
      Pathology, General and Miscellaneous-Necrosis (1971- ) ;
      Cardiovascular System-Heart Pathology ; Blood, Blood-Forming Organs
      and Body Fluids-Blood, Lymphatic and Reticuloendothelial Pat ;
      Respiratory System-Pathology ; Nervous System-Pathology ;
      Psychiatry-Addiction-Alcohol, Drugs, Smoking, etc. ;
      Toxicology-General; Methods and Experimental ;
      Toxicology-Environmental and Industrial Toxicology ; Neoplasms and
      Neoplastic Agents-Carcinogens and Carcinogenesis  ; Neoplasms and
      Neoplastic Agents-Blood and Reticuloendothelial Neoplasms
              ; Public Health-Public Health Administration and Statistics ;
      Public Health: Environmental Health-Occupational Health ; Public
      Health: Epidemiology-Organic Diseases and Neoplasms ; Plant
      Physiology, Biochemistry and Biophysics-Chemical Constituents
              ; Hominidae
RN  - 9004-67-5; 9002-88-4; 7782-50-5; 7647-01-0; 1310-73-2; 127-18-4;
      115-07-1; 107-21-1; 107-06-2; 75-56-9; 75-21-8; 75-09-2; 75-01-4;
      74-87-3; 74-85-1; 71-43-2; 67-66-3; 57-55-6; 56-23-5

11
AU  - Doll R
SO  - Scandinavian Journal of Work, Environment and Health, Vol. 14, No.

Case 3:08-cv-00612-RET-SCR   Document 08-1   01/01/10   Page 115 of 178

2, pages 61-78, 50 references, 1988
TI  - Effects of Exposure to Vinyl Chloride. An Assessment of the
      Evidence
AB  - This review concerned the effects on the personal health of men
      occupationally exposed to vinyl-chloride (75014). Four major
      studies were reviewed which involved workers in England, the United
      States, Canada, and Italy. Other studies include a Norwegian study
      of 454 men, a German study, Swedish and French studies, and a
      Japanese study. While each study did not explore every possibility,
      there appeared to be a mortality rate for cancer of the liver which
      was nearly seven times that which would have been expected among
      these workers. Most of the excess deaths resulted from
      angiosarcoma. The combined data at first do not indicate an
      increased risk of lung cancer. Examination of subgroups such as men
      employed for more than 10 years and exposed to higher than average
      concentrations or men exposed for 20 years, supported an excess
      mortality for lung cancer. Small excesses were also noted in the
      mortality from cancers of the brain and of the lymphatic and
      hematopoietic systems. However, the last excesses are not
      statistically significant and there is nothing to confirm an
      occupational factor in their occurrence. Thyroid cancer and
      melanoma were reported to be in excess in the Norwegian study.
      Special attention was given to cirrhosis of the liver because of the
      liver damage from vinyl-chloride, but no evidence of increased
      cirrhosis cases was found. Data for nonmalignant respiratory
      disease was confusing.
KW  - DCN-170151 ; Liver cancer ; Carcinogens ; Plastics industry ;
      Pulmonary system disorders ; Cardiovascular system disorders ; Liver
      damage ; Environmental contamination ; Humans ; Epidemiology
RN  - 75-01-4

12
AU  - Smulevich VB ; Fedotova IV ; Filatova VS
SO  - British Journal of Industrial Medicine, Vol. 45, No. 2, pages 93-97,
      30 references, 1988
TI  - Increasing Evidence of the Rise of Cancer in Workers Exposed to
      Vinylchloride
AB  - A study of cancer mortality among workers exposed to vinyl-chloride
      (75014) was conducted. The cohort consisted of 3232 workers, 2195
      males, employed for at least 1 month between 1939 and 1977 at
      factories in the Soviet Union producing vinyl-chloride and
      polyvinyl-chloride (PVC). Death certificates for all deceased
      subjects and medical histories and autopsy reports where available
      were examined. Standardized mortality ratios (SMRs) were calculated
      using the 1959, 1969, and 1975 populations in the cities where the
      factories were located as the referents. Industrial hygiene
      monitoring data for vinyl-chloride were reviewed. A total of 288
      deaths occurred in the cohort between 1939 and 1977. Of these, 63
      were from cancer. Pathological confirmation of the diagnosis was
      available for 60 percent of the cancer deaths. For both sexes,
      mortality from leukemias and lymphomas was significantly higher than
      expected, with SMRs of 500.0 and 416.7, respectively. No cases of
      angiosarcoma or other liver tumors were reported. Mortality from
      lung tumors and pancreatic, bone, connective tissue, skin, and bone
      cancer was insignificantly elevated. For male workers exposed to
      vinyl-chloride, total cancer mortality was slightly reduced.
      Cancers of the pancreas, lung, bone, genitalia, and leukemia were
      insignificantly elevated. Mortality due to leukemias and lymphomas
      among female workers was significantly elevated. Deaths from cancer

R&S 002152

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 116 of 178

of the stomach, rectum, skin, brain, and lymphatic and hematopoietic
tissues were insignificantly elevated.  The cancer mortality was
highest in workers exposed to vinyl-chloride concentrations of 300
milligrams per cubic meter or higher who had 15 to 19 years of
exposure.  The authors conclude that workers employed in facilities
producing vinyl-chloride and PVC have increased mortality from
cancer.

KW  - DCN-165868 ; Organo chlorine compounds ; Mortality rates ;
      Epidemiology ; Cancer rates ; Occupational exposure ; Chemical
      industry workers ; Risk analysis
RN  - 75-01-4


13
AU  - MUSICCO M ; SANT M ; MOLINARI S ; FILIPPINI G ; GATTA G ; BERRINO F
SO  - AM J EPIDEMIOL; 128 (4). 1988. 778-785.
AD  - Ist. Tecnol. Biomed. Avanzate, Div. Epidemiol., Natl. Res. Council,
      Via ampere 56, 20133 Milano, Italy.
TI  - A case-control study of brain gliomas and occupational exposure to
      chemical carcinogens: The risk to farmers.
AB  - BIOSIS  COPYRIGHT: BIOL ABS.  During 1983 and 1984, 240 newly
      diagnosed cases of brain glioma and 742 controls (465 non-glioma
      nervous system tumors and 277 patients with other neurologic
      diseases) were recruited and interviewed in the neurologic and
      neurosurgical departments of two hospitals in Milan, Italy. The
      occupational histories of cases and controls were compared, and
      relative risk estimates, adjusted for sex, age, residence, and
      socioeconomic status, were computed using the Mantel-Haenszel
      method. A statistically  significant risk increase was found for
      farmers (relative risk (RR) = 1.6, p = 0.0025). This risk increase
      was attributable to those farmers who reported the use of chemicals
      (insecticides or fungicides, herbicides, and fertilizers). Among the
      three groups of investigated agrochemicals, only the use of
      insecticides or fungicides was associated with a significant
      increase in relative risk (RR = 2.0, p = 0.006). Many farmers
      exposed to fungicides reported the use of commerical compounds of
      copper  sulfate. Some of these compounds contain methyl urea, which
      has a specific carcinogenic effect on the nervous system in animals.
      These data suggest that the occupational exposure of farmers to
      agrochemicals might be responsible for the observed excess risk of
      brain glioma in farmers.
KW  - Mathematical Biology and Statistical Methods ; Social Biology; Human
      Ecology ; Biochemical Studies-General ; Nervous System-Pathology ;
      Toxicology-Environmental and Industrial Toxicology ; Neoplasms and
      Neoplastic Agents-Pathology; Clinical Aspects; Systemic Effects
          ; Neoplasms and Neoplastic Agents-Carcinogens and
      Carcinogenesis  ; Public Health-Public Health Administration and
      Statistics ; Public Health: Environmental Health-Occupational Health
      ; Public Health: Environmental Health-Air, Water and Soil Pollution
                     ; Public Health: Epidemiology-Organic Diseases
      and Neoplasms ; Soil Science-Fertility and Applied Studies (1970- )
      ; Pest Control, General; Pesticides; Herbicides ; Hominidae
RN  - 14797-65-0; 10124-44-4; 598-50-5; 75-01-4; 50-00-0


14
AU  - PERERA F
SO  - DRAGGAN, S., J. J. COHRSSEN AND R. E. MORRISON (ED.). ENVIRONMENTAL
      IMPACTS ON HUMAN HEALTH: THE AGENDA FOR LONG-TERM RESEARCH AND
      DEVELOPMENT; EXPERT PANEL MEETING ON HUMAN HEALTH IMPACTS AND THEIR
      MITIGATION, WASHINGTON, D.C., USA, 1984. XXXVII+228P. PRAEGER

R&S 002153

Case 3:08-cv-00612-RET-SCR   Document 68-1   01/01/10   Page 117 of 178

```
        PUBLISHERS: NEW YORK, NEW YORK, USA; LONDON, ENGLAND, UK. ILLUS.
        ISBN 0-275-92338-X.; 0 (0). 1987. 61-88.
TI  - MOLECULAR EPIDEMIOLOGY A NOVEL APPROACH TO THE INVESTIGATION OF
      POLLUTANT-RELATED CHRONIC DISEASE
AB  - BIOSIS  COPYRIGHT: BIOL ABS.  RRM  REVIEW HUMAN CANCER MUTAGEN
      NEUROBEHAVIORAL PULMONARY DISEASES REPRODUCTIVE DYSFUNCTION
KW  - General Biology-Symposia, Transactions and Proceedings of
      Conferences, Congresses, Revie ; Genetics and Cytogenetics-Human ;
      Genetics and Cytogenetics-Population Genetics (1972- ) ; Social
      Biology; Human Ecology ; Behavioral Biology-Human Behavior ;
      Biochemical Studies-General ; Respiratory System-Pathology ;
      Reproductive System-Pathology ; Nervous System-Pathology ;
      Psychiatry-General; Medical Psychology and Sociology ;
      Toxicology-Environmental and Industrial Toxicology ; Neoplasms and
      Neoplastic Agents-Carcinogens and Carcinogenesis  ; Public
      Health-Public Health Administration and Statistics ; Public Health:
      Environmental Health-Air, Water and Soil Pollution
           ; Public Health: Epidemiology-Organic Diseases and Neoplasms ;
      Hominidae
RN  - 41286-73-1; 16543-55-8; 15663-27-1; 1402-68-2; 1332-21-4; 309-00-2;
      106-89-8; 96-12-8; 75-21-8; 75-01-4; 60-57-1; 53-96-3; 50-32-8

15
AU  - DAHAR WS ; BOND GG ; MCLAREN EA ; SABEL FL ; LIPPS TE ; COOK RR
SO  - J OCCUP MED; 30 (8). 1988. 648-649.
TI  - UPDATE TO VINYL CHLORIDE MORTALITY STUDY
AB  - BIOSIS  COPYRIGHT: BIOL ABS.  RRM  HUMAN CARCINOGEN ANGIOSARCOMA
      CHEMICAL INDUSTRY OCCUPATIONAL TOXICOLOGY OCCUPATIONAL DISEASE
      HAZARDOUS MATERIALS EPIDEMIOLOGY MORTALITY
KW  - Social Biology; Human Ecology ; Biochemical Studies-General ;
      Pathology, General and Miscellaneous-Necrosis (1971- ) ; Digestive
      System-Pathology ; Respiratory System-Pathology ; Nervous
      System-Pathology ; Toxicology-Environmental and Industrial
      Toxicology ; Neoplasms and Neoplastic Agents-Carcinogens and
      Carcinogenesis  ; Public Health-Public Health Administration and
      Statistics ; Public Health: Environmental Health-Occupational Health
      ; Public Health: Epidemiology-Organic Diseases and Neoplasms ;
      Hominidae
RN  - 75-01-4

16
AU  - SMULEVICH VB ; FEDOTOVA IV ; FILATOVA VS
SO  - BR J IND MED; 45 (2). 1988. 93-97.
AD  - All-Union Cancer Res. Cancer, AMS USSR, Moscow.
TI  - Increasing evidence of the rise of cancer in workers exposed to
      vinylchloride.
AB  - BIOSIS  COPYRIGHT: BIOL ABS.  The results of a cancer mortality
      study among workers employed in the production of vinylchloride and
      polyvinylchloride between 1939 and 1977 suggest a significant
      increase in deaths from malignancies of the lymphatic and
      haemopoietic tissues. Mortality for tumours of the digestive organs,
      respiratory system, bone and connective tissues, brain, and skin are
      also greater than in the general population. There were no
      registered cases of liver angiosarcoma in the study cohort during
      the follow up period. The risk of cancer was highest among the
      workers exposed to concentrations of VC of 300 mg/m3 and more who
      had worked at the plant for 15 to 19 years. The relatively high
      number of leukaemias and lymphomas in the study group and the
      absence of liver angiosarcomas probably reflects specific
```

R&S 002154

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 118 of 178

carcinogenic action of different doses of vinylchloride.
KW  ~ Social Biology; Human Ecology ; Biochemical Studies-General ;
      Digestive System-Pathology ; Blood, Blood-Forming Organs and Body
      Fluids-Blood, Lymphatic and Reticuloendothelial Pat ; Respiratory
      System-Pathology ; Bones, Joints, Fasciae, Connective and Adipose
      Tissue-Pathology ; Integumentary System-Pathology ; Nervous
      System-Pathology ; Neoplasms and Neoplastic Agents-Carcinogens and
      Carcinogenesis  ; Neoplasms and Neoplastic Agents-Blood and
      Reticuloendothelial Neoplasms              ; Public Health:
      Environmental Health-Occupational Health ; Public Health:
      Epidemiology-Organic Diseases and Neoplasms ; Hominidae
RN  - 9002-86-2; 75-01-4

17
AU  - DALBOKOVA D ; KOLEV P ; DINCHEVA E ; TSENOVA B
SO  - FOURTH EUROPEAN CONGRESS OF EEG AND CLINICAL NEUROPHYSIOLOGY,
      AMSTERDAM, NETHERLANDS, MAY 10-13, 1987. CLIN NEUROL NEUROSURG; 89
      (2 SUPPL. 1). 1987. 94-95.
TI  - BRAIN EVENT-RELATED POTENTIALS ERP AND SOME PSYCHOMETRIC CHANGES
      UNDER OCCUPATIONAL EXPOSURE TO VINYLCHLORIDE
AB  - BIOSIS  COPYRIGHT: BIOL ABS. RRM  ABSTRACT HUMAN CENTRAL NERVOUS
      SYSTEM
KW  - General Biology-Symposia, Transactions and Proceedings of
      Conferences, Congresses, Revie ; Social Biology; Human Ecology ;
      Behavioral Biology-Human Behavior ; Biochemical Studies-General ;
      Pathology, General and Miscellaneous-Diagnostic ; Sense Organs,
      Associated Structures and Functions-General; Methods
             ; Nervous System-General; Methods ; Nervous System-Pathology ;
      Psychiatry-General; Medical Psychology and Sociology ;
      Psychiatry-Psychopathology; Psychodynamics and Therapy ;
      Toxicology-Environmental and Industrial Toxicology ; Public Health:
      Environmental Health-Occupational Health ; Hominidae
RN  - 75-01-4

18
AU  - CONE JE ; HARRISON R ; REITER R
SO  - OCCUP MED - STATE OF THE ART REV; 2 (4). 1987. 721-738.
TI  - PATIENTS WITH MULTIPLE CHEMICAL SENSITIVITIES CLINICAL DIAGNOSTIC
      SUBSETS AMONG AN OCCUPATIONAL HEALTH CLINIC POPULATION
AB  - BIOSIS  COPYRIGHT: BIOL ABS. RRM  RESPIRATORY GASTROINTESTINAL
      NEUROPSYCHOLOGICAL MUSCULOSKELETAL SYMPTOMS DIZZINESS
KW  - Behavioral Biology-Human Behavior ; Biochemical Studies-General ;
      Pathology, General and Miscellaneous-Diagnostic ; Digestive
      System-General; Methods ; Digestive System-Pathology ; Respiratory
      System-General; Methods ; Respiratory System-Pathology ;
      Muscle-Physiology and Biochemistry ; Muscle-Pathology ; Bones,
      Joints, Fasciae, Connective and Adipose Tissue-General; Methods
                 ; Bones, Joints, Fasciae, Connective and Adipose
      Tissue-Pathology ; Sense Organs, Associated Structures and
      Functions-General; Methods              ; Sense Organs,
      Associated Structures and Functions-Pathology ; Nervous
      System-General; Methods ; Nervous System-Pathology ;
      Psychiatry-Psychopathology; Psychodynamics and Therapy ;
      Toxicology-Environmental and Industrial Toxicology ; Public
      Health-Health Services and Medical Care ; Public Health:
      Environmental Health-Occupational Health ; Hominidae
RN  - 7783-06-4; 1746-01-6; 1330-20-7; 333-41-5; 111-76-2; 86-50-0;
      79-01-6; 75-45-6; 75-09-2; 75-01-4

Case 3:08-cv-00612-RET-SCR   Document 68-1   01/01/10   Page 119 of 178

19
AU – HILL RB
SO – HUM PATHOL; 18 (9). 1987. 882-885.
TI – THE PATHOLOGY OF ENVIRONMENTS
AB – BIOSIS  COPYRIGHT: BIOL ABS. RRM  HUMAN INDUSTRIAL POLLUTION
     OCCUPATIONAL EXPOSURE SOIL POLLUTION AIR POLLUTION WATER POLLUTION
     PERTURBED ENVIRONMENT KURU CIVILIZATION CHERNOBYL USSR LOVE CANAL
     NEW YORK USA
KW – Social Biology; Human Ecology ; Radiation-Radiation Effects and
     Protective Measures ; Behavioral Biology-Human Behavior ; Ecology;
     Environmental Biology-Bioclimatology and Biometeorology
                 ; Biochemistry-Gases (1970- ) ; Biochemical
     Studies-General ; Pathology, General and Miscellaneous-Diagnostic ;
     Nervous System-Pathology ; Toxicology-General; Methods and
     Experimental ; Toxicology-Environmental and Industrial Toxicology ;
     Virology-Animal Host Viruses ; Medical and Clinical
     Microbiology-Virology ; Public Health: Environmental Health-Air,
     Water and Soil Pollution                 ; Public Health:
     Environmental Health-Radiation Health ; Hominidae
RN – 82228-96-4; 7782-50-5; 7631-86-9; 1332-21-4; 828-00-2; 630-08-0;
     81-07-2; 75-01-4; 50-29-3

20
AU – CAPONY P ; FRICAMP C ; FAURE H ; FOURNET J
SO – GASTROENTEROL CLIN BIOL; 11 (4). 1987. 344.
TI – HEPATIC ANGIOSARCOMA IN A PATIENT WITH PORTAL FIBROSIS FOLLOWING
     VINYL CHLORIDE EXPOSURE
AB – BIOSIS  COPYRIGHT: BIOL ABS. RRM  HUMAN ESOPHAGEAL RUPTURE
     ENCEPHALOPATHY HEPATOCELLULAR INSUFFICIENCY PORTAL FIBROSIS
     OCCUPATIONAL DISEASE
KW – Pathology, General and Miscellaneous-Necrosis (1971- ) ; Digestive
     System-Pathology ; Nervous System-Pathology ;
     Toxicology-Environmental and Industrial Toxicology ; Neoplasms and
     Neoplastic Agents-Pathology; Clinical Aspects; Systemic Effects
                ; Public Health: Environmental Health-Occupational Health ;
     Public Health: Environmental Health-Air, Water and Soil Pollution
                    ; Hominidae
RN – 75-01-4

21
AU – PURCHASE I FH ; STAFFORD J ; PADDLE GM
SO – FOOD CHEM TOXICOL; 25 (2). 1987. 187-202.
TI – VINYL CHLORIDE AN ASSESSMENT OF THE RISK OF OCCUPATIONAL EXPOSURE
AB – BIOSIS  COPYRIGHT: BIOL ABS. RRM  REVIEW HUMAN WORKERS ANIMAL
     DIZZINESS MUTAGEN CARCINOGEN LIVER ANGIOSARCOMA OCCUPATIONAL
     TOXICOLOGY AIR POLLUTION HAZARDOUS MATERIALS HAZARDOUS OCCUPATION
     CHEMICAL INDUSTRY
KW – Genetics and Cytogenetics-General ; Social Biology; Human Ecology ;
     Biochemistry-Gases (1970- ) ; Biochemical Studies-General ;
     Digestive System-Pathology ; Cardiovascular System-Blood Vessel
     Pathology ; Nervous System-Pathology ; Toxicology-Environmental and
     Industrial Toxicology ; Neoplasms and Neoplastic Agents-Carcinogens
     and Carcinogenesis  ; Public Health: Environmental
     Health-Occupational Health ; Public Health: Environmental
     Health-Air, Water and Soil Pollution                    ;
     Hominidae
RN – 15060-26-1; 7763-77-1; 638-23-3; 198-55-0; 123-93-3; 107-20-0;
     75-01-4

R&S 002156

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 128 of 178

22
AU  - Maltoni C ; Cotti G
SO  - Ann N Y Acad Sci; VOL 534, 1988, P145-59
AD  - Institute of Oncology, F. Addarii, Bologna, Italy.
TI  - Carcinogenicity of vinyl chloride in Sprague-Dawley rats after
      prenatal and postnatal exposure.
AB  - Vinyl chloride was administered by inhalation, 7 hours daily, 5 days
      weekly, at concentrations of 2500 and 0 ppm, to Sprague-Dawley rats.
      The treatment was started on 13-week-old breeders and male and
      female offspring (12-day embryos). The breeders and part of the
      offspring were exposed for 104 weeks; the other part of the
      offspring was exposed for 15 weeks only. Under the experimental
      conditions, vinyl chloride caused an exceptionally high incidence of
      brain neuroblastomas, liver angiosarcomas, and hepatocarcinomas. The
      age at start and/or length of treatment may affect the onset of
      these tumors in different ways.
KW  - TOXBIB ; Administration, Inhalation ; Animal ; Biological Assay ;
      Brain Neoplasms CHEMICALLY INDUCED ; Female ; Hemangiosarcoma
      CHEMICALLY INDUCED ; Liver Neoplasms CHEMICALLY INDUCED ; Liver
      Neoplasms, Experimental CHEMICALLY INDUCED ; Male ; Pregnancy ;
      Prenatal Exposure Delayed Effects * ; Rats ; Rats, Inbred Strains ;
      Support, Non-U.S. Gov't ; Vinyl Chloride ADMINISTRATION &
      DOSAGE/*TOXICITY ; Vinyl Compounds *TOXICITY
RN  - 75-01-4

23
AU  - Smulevich VB ; Fedotova IV ; Filatova VS
SO  - Br J Ind Med; VOL 45, ISS 2, 1988, P93-7
AD  - All-Union Cancer Research Centre, AMS USSR, Moscow.
TI  - Increasing evidence of the rise of cancer in workers exposed to
      vinylchloride.
AB  - The results of a cancer mortality study among workers employed in
      the production of vinylchloride and polyvinylchloride between 1939
      and 1977 suggest a significant increase in deaths from malignancies
      of the lymphatic and haemopoietic tissues. Mortality for tumours of
      the digestive organs, respiratory system, bone and connective
      tissues, brain, and skin are also greater than in the general
      population. There were no registered cases of liver angiosarcoma in
      the study cohort during the follow up period. The risk of cancer was
      highest among the workers exposed to concentrations of VC of 300
      mg/m3 and more who had worked at the plant for 15 to 19 years. The
      relatively high number of leukaemias and lymphomas in the study
      group and the absence of liver angiosarcomas probably reflects
      specific carcinogenic action of different doses of vinylchloride.
KW  - TOXBIB ; Female ; Human ; Male ; Neoplasms *CHEMICALLY
      INDUCED/MORTALITY ; Occupational Diseases *CHEMICALLY
      INDUCED/MORTALITY ; Polyvinyl Chloride ADVERSE EFFECTS ; Sex Factors
      ; Vinyl Chloride *ADVERSE EFFECTS ; Vinyl Compounds *ADVERSE EFFECTS
RN  - 75-01-4; 9002-86-2

24
SO  - EPA/OTS; Doc #FYI-OTS-0680-0065
TI  - PATHOLOGY REPORT ON THE BRAINS FROM MICE, HAMSTERS, AND RATS
      EXPOSED TO VINYL CHLORIDE IN IBT STUDY 663-03222
KW  - CHEM MFGS ASSN ; ETHENE, CHLORO- ; HEALTH EFFECTS ; CHRONIC TOXICITY
      ; COMBINED CHRONIC TOXICITY/CARCINOGENICITY ; MAMMALS ; RATS ;
      INHALATION ; MICE ; HAMSTERS
RN  - 75-01-4

R&S 002157

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 121 of 178

R&S 002158

25
AU  - THOMAS TL ; WAXWEILER RJ
SO  - SCAND J WORK ENVIRON HEALTH; 12 (1). 1986. 1-15.
TI  - BRAIN TUMORS AND OCCUPATIONAL RISK FACTORS A REVIEW
AB  - BIOSIS  COPYRIGHT: BIOL ABS. RRM  REVIEW HUMAN PHENOLIC COMPOUNDS
      ORGANIC SOLVENTS LUBRICATING OIL ACRYLONITRILE CHLORIDE VINYL
      CHLORIDE FORMALDEHYDE HYDROCARBONS CARCINOGENS ARTISTS LABORATORY
      PROFESSIONALS VETERINARIANS EMBALMERS OIL REFINERY WORKERS RUBBER
      WORKERS CHEMICAL PLANT WORKERS
KW  - Biochemical Studies-General ; Pathology, General and
      Miscellaneous-Diagnostic ; Nervous System-Pathology ;
      Toxicology-Environmental and Industrial Toxicology ; Neoplasms and
      Neoplastic Agents-Pathology; Clinical Aspects; Systemic Effects
            ; Neoplasms and Neoplastic Agents-Carcinogens and
      Carcinogenesis  ; Public Health: Environmental Health-Occupational
      Health ; Public Health: Environmental Health-Air, Water and Soil
      Pollution                         ; Public Health:
      Epidemiology-Organic Diseases and Neoplasms ; Hominidae
RN  - 9006-04-6; 9002-86-2; 7782-44-7; 7727-37-9; 7664-38-2; 7446-09-5;
      7440-41-7; 7439-92-1; 1319-77-3; 630-08-0; 127-18-4; 124-38-9;
      123-31-9; 108-95-2; 108-88-3; 108-46-3; 107-13-1; 106-51-4; 75-09-2;
      75-01-4; 71-43-2; 67-56-1; 56-23-5; 50-00-0


26
AU  - SWEENEY MH ; BEAUMONT JJ ; WAXWEILER RJ ; HALPERIN WE
SO  - ARCH ENVIRON HEALTH; 41 (1). 1986. 23-28.
AD  - NIOSH, 4676 Columbia Parkw., Robert A. Taft Lab., Cincinnati, Ohio
      45226, USA.
TI  - An investigation of mortality from cancer and other causes of death
      among workers employed at an East Texas (USA) chemical plant.
AB  - BIOSIS  COPYRIGHT: BIOL ABS.  The cause-specific mortality of 2,510
      males employed at an east Texas chemical plant was examined in a
      historical prospective study to evaluate a suspected increase in
      deaths from multiple myeloma and brain cancer. Potential exposures
      from chemicals, either used in manufacturing processes or produced
      during the study period 1952-1977, included the fuel additive
      tetraethyl lead, ethylene dibromide and dichloride, inorganic lead,
      and vinyl chloride monomer. Overall mortality for all workers (156
      observed vs. 211.14 expected) and for workers first employed between
      1952 and 1959 (131 observed vs. 167.33 expected) when tetraethyl
      lead was the single major product was lower than expected when
      compared to the (USA) general population. There were no significant
      increases in mortality from malignancies or other causes of death.
      The deficits may be due to the small number of total deaths, and the
      lower power for detecting excess risk of mortality from multiple
      myeloma (z1-beta = 27, alpha = .05), brain cancer (z1-beta = 31,
      alpha = .05), or other rare causes of death; lack of complete
      workplace exposure data for production workers; and the absence of
      historical measurements on the extent of environmental exposure to
      tetraethyl lead and other chemicals.
KW  - Biochemical Studies-Minerals ; Pathology, General and
      Miscellaneous-Necrosis (1971- ) ; Metabolism-Minerals ; Blood,
      Blood-Forming Organs and Body Fluids-Blood, Lymphatic and
      Reticuloendothelial Pat ; Blood, Blood-Forming Organs and Body
      Fluids-Lymphatic Tissue and Reticuloendothelial Sys ; Nervous
      System-Pathology ; Toxicology-Environmental and Industrial
      Toxicology ; Neoplasms and Neoplastic Agents-Carcinogens and
      Carcinogenesis  ; Neoplasms and Neoplastic Agents-Blood and
      Reticuloendothelial Neoplasms                  ; Immunology and

Case 3:08-cv-00612-RET-SCR    Document 58-1    01/01/10    Page 122 of 178

Immunochemistry-Immunopathology, Tissue Immunology
; Public Health: Environmental Health-Occupational Health ;
Public Health: Environmental Health-Air, Water and Soil Pollution
; Hominidae
RN  - 7439-92-1; 107-06-2; 106-93-4; 78-00-2; 75-01-4

27
AU  - KELLEROVA V
SO  - J HYG EPIDEMIOL MICROBIOL IMMUNOL (PRAGUE); 29 (4). 1985 (RECD.
      1986). 337-346.
AD  - Medical Faculty of Hygiene, Charles University, Srobarova 50, 100 34
      Praha 10, Czechoslovakia.
TI  - Electroencephalographic findings in workers exposed to benzene.
AB  - BIOSIS  COPYRIGHT: BIOL ABS.  Preventive EEG examination was carried
      out in 40 workers significantly exposed to benzene. The EEG findings
      were compared with those of a control group of 48 healthy persons, a
      group of 110 workers significantly exposed to toluene and xylene and
      a group of 236 workers exposed to vinyl chloride. The individuals
      exposed to benzene exhibited 22.5% of abnormal and 45% threshold
      findings, the abnormalities being episodic, diffuse or a combination
      of the two. The effect of benzene entailed a frequent (32.5%)
      occurrence of a characteristic frequency lability. Sleep phenomena
      were found in a total of 60% cases (37.5% cases reached stage 1 B3
      while 15% reached stage 2 according to Roth (14)). The rapid onset
      of deeper sleep stages (in 30% cases) is considered typical for
      benzene exposure. The photic driving response often had an extended
      frequency range (a total of 61.1%, to beta frequencies only in
      30.55%, to both beta and theta frequencies also in 30.55% of cases).
      The different EEG features characteristic of the neurotoxic action
      of various types of organic solvents make possible a more efficient
      diagnostics of the effects of these chemicals on the CNS.
KW  - Biophysics-General Biophysical Techniques ; Pathology, General and
      Miscellaneous-Diagnostic ; Nervous System-General; Methods ; Nervous
      System-Pathology ; Psychiatry-Psychophysiology ;
      Toxicology-Environmental and Industrial Toxicology ; Public Health:
      Environmental Health-Occupational Health ; Hominidae
RN  - 1330-20-7; 108-88-3; 75-01-4; 71-43-2

28
AU  - LYANGAUER-LEVOVITSKA G ; KHABER-GARLINSKA YA ; KALEMBA K
SO  - GIG TR PROF ZABOL; 0 (1). 1985. 53-54.
TI  - EARLY DIAGNOSIS OF CHRONIC POISONING WITH VINYL CHLORIDE
AB  - BIOSIS  COPYRIGHT: BIOL ABS. RRM  NOTE HUMAN WORKER NEUROTOXICITY
      DERMAL TOXICITY HEPATOTOXICITY
KW  - Biochemical Studies-General ; Pathology, General and
      Miscellaneous-Comparative (1970- ) ; Pathology, General and
      Miscellaneous-Diagnostic ; Digestive System-Pathology ;
      Integumentary System-Pathology ; Nervous System-Pathology ;
      Toxicology-Environmental and Industrial Toxicology ; Public Health:
      Environmental Health-Occupational Health ; Public Health:
      Environmental Health-Air, Water and Soil Pollution
      ; Hominidae
RN  - 75-01-4

29
AU  - GNESINA EA ; TEKLINA LG ; LYSOVA VV
SO  - GIG TR PROF ZABOL; 0 (6). 1984. 34-36.
TI  - CHARACTERISTICS OF NIGHT SLEEP IN PATIENTS WITH CHRONIC OCCUPATIONAL
      POISONING WITH VINYL CHLORIDE BASED ON THE CORRELATION ANALYSIS OF

R&S 002159

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 123 of 178

ELECTROENCEPHALOGRAM
AB  - BIOSIS  COPYRIGHT: BIOL ABS. RRM  HUMAN
KW  - Behavioral Biology-Human Behavior ; Biochemical Studies-General ;
      Biophysics-General Biophysical Techniques ; External Effects-Light
      and Darkness ; Pathology, General and Miscellaneous-Diagnostic ;
      Nervous System-General; Methods ; Nervous System-Pathology ;
      Psychiatry-Psychopathology; Psychodynamics and Therapy ;
      Toxicology-Environmental and Industrial Toxicology ; Public Health:
      Environmental Health-Occupational Health ; Public Health:
      Environmental Health-Air, Water and Soil Pollution
            ; Hominidae
RN  - 75-01-4


30
AU  - Thomas TL ; Stewart PA ; Stemhagen A ; Correa P ; Norman SA ;
      Bleecker MA ; Hoover RN
SO  - Scandinavian Journal of Work, Environment and Health, Vol. 13, No.
      5, pages 417-423, 29 references, 1987
TI  - Risk of Astrocytic Brain Tumors Associated with Occupational
      Chemical Exposures.  A Case-Referent Study
AB  - A case referent study was carried out on risks for astrocytic tumors
      among deceased men who had been employed in the petroleum refining
      (SIC-2911) and chemical manufacturing industries in three geographic
      areas with a substantial proportion of the workforce employed in
      these industries, and an evaluation was made of risks for exposures
      to particular organic chemicals believed to be associated with
      excess brain tumor risk.  Cases involved white men, aged 30 or more,
      who had died of brain or other central nervous system tumors during
      a 3 year period.  Referents were randomly selected from white male
      residents of the same areas who had died of causes other than brain
      tumor, cerebrovascular disease, epilepsy, suicide or homicide.  Data
      on cases and referents were obtained from death certificates, with
      subsequent interviews of family members.  The final data set
      consisted of 300 cases with astrocytic tumors and 386 referents.
      Each job from a subject's work history was classified according to
      potential exposure to organic solvents, lubricating oils, polycyclic
      aromatic hydrocarbons, formaldehyde (50000), acrylonitrile (107131),
      vinyl-chloride (75014) or phenolic compounds.  In regard to the
      petroleum refining industry, the highest risk occurred among men who
      had worked less than 5 years, were hired before the age of 40, and
      died more than 10 years after their first employment in the
      industry.  No excess astrocytic tumor mortality risk was associated
      with employment in the chemical industry.  There was an almost
      twofold elevated risk of mortality from astrocytic tumors among men
      who had worked more than 20 years in jobs with probable exposure to
      cutting fluids.  The authors conclude that the data do not provide
      persuasive evidence of a causal association between astrocytic tumor
      mortality risk and employment in the two high risk industries.
KW  - DCN-165065 ; Biostatistics ; Tumorigens ; Neoplasms ; Neuropathology
      ; Occupational diseases ; Occupational hazards ; Health hazards ;
      Industrial hazards ; Hazardous materials ; Organic chemicals
RN  - 50-00-0; 107-13-1; 75-01-4


31
AU  - Kessler E ; Brandt-Rauf PW
SO  - Seminars in Occupational Medicine, Vol. 2, No. 4, pages 311-314, 45
      references, 1987
TI  - Occupational Cancers of the Nervous System
AB  - A review was presented of epidemiologic studies relating to nervous

R&S 002160

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 124 of 178

R&S 002161

system cancers, particularly brain tumors, for the purpose of
accumulating evidence supporting a possible link between the
incidence of brain tumors and occupational exposure.  Occupational
areas considered included rubber manufacturing, polyvinyl-chloride
(9002862) production, oil refining and petrochemical production, and
nuclear fuels and weapons fabrication.  Nonindustrial exposures were
also discussed.  Although earlier studies had indicated an excess
proportional mortality for brain cancer among workers engaged in
rubber manufacturing, later investigations failed to support the
earlier findings.  There was an apparent association between
vinyl-chloride (75014) exposure and the development of brain cancer,
particularly glioblastoma multiforme.  With respect to oil refining
and petrochemical production, disparities were found between the
results of studies made by Government agencies and those made with
industry support, the latter showing no increased risk for
developing brain tumors.  Conflicting results were also found
between studies of workers at nuclear fuel processing facilities.
The failure to segregate out the various and diverse histologic
types owing to lack of adequate pathologic evidence and the small
numbers involved was discussed.  Evidence on the potential for
children of occupationally exposed parents to develop brain tumors
was examined.

KW  - DCN-164286 ; Carcinogens ; Epidemiology ; Environmental hazards ;
      Occupational hazards ; Health hazards ; Occupational exposure ;
      Brain tumors ; Chlorinated vinyls

RN  - 9002-86-2; 75-01-4


32
AU  - Anonymous
SO  - World Health Organization, Geneva, 282 pages, 170 references, 1986
TI  - Early Detection of Occupational Diseases
AB  - This book was designed to serve as a guide to early recognition,
      diagnosis, and treatment of occupational diseases, and for health
      professionals responsible for planning occupational health services
      at the workplace.  The book was also intended to create awareness
      among makers of policy, employers, and employees of factors which
      are important in preventing occupational diseases.  Means of
      carrying out effective monitoring of adverse health conditions were
      also presented.  The book specifically discussed the principles of
      early detection of occupational diseases, described specific
      occupational diseases and approaches for their early detection and
      control, and offered an explanation of the physiology of the body
      systems affected by occupational diseases.  Biological and
      environmental methods for the assessment of exposure to occupational
      hazards were also described.  Specific diseases discussed included:
      pneumoconioses caused by sclerogenous mineral dusts,
      bronchopulmonary diseases caused by hard metal dusts;
      bronchopulmonary diseases caused by cotton dust, flax, hemp, or
      sisal dust; occupational asthma; extrinsic allergic pneumonitis;
      diseases caused by beryllium (7440417), cadmium (7440439),
      phosphorus (7723140), chromium (7440473), manganese (7439965),
      arsenic (7440382), mercury (7439976), lead (7439921), fluorine
      (7782414), carbon-disulfide (75150), carbon-tetrachloride (56235),
      trichloroethylene (79016), hexachloronaphthalene (1335871),
      polychlorinated-biphenyls (1336363), vinyl-chloride (75014), benzene
      (71432), toluene (108883), xylene (1330207), aniline (62533),
      nitrobenzene (98953), nitric-acid esters, alcohols, glycols,
      ketones, asphyxiants; and diseases caused by noise, vibration,
      compressed air, ionizing radiation, and parasites.

KW  - DCN-160557 ; Noise induced hearing loss ; Pulmonary system disorders
      ; Nervous system disorders ; Heavy metals ; Hydrocarbons ;
      Cardiovascular system disorders ; Occupational health programs ;
      Occupational hazards
RN  - 7440-41-7; 7440-43-9; 7723-14-0; 7440-47-3; 7439-96-5; 7440-38-2;
      7439-97-6; 7439-92-1; 7782-41-4; 75-15-0; 56-23-5; 79-01-6;
      1335-87-1; 1336-36-3; 75-01-4; 71-43-2; 108-88-3; 1330-20-7;
      62-53-3; 98-95-3

R&S 002162

33
AU  - Strik JJTWA
SO  - Occupational and Environmental Chemical Hazards. Cellular and
      Biochemical Indices for Monitoring Toxicity, V. Foa, E. A. Emmett,
      M. Maroni, A. Colombi, Editors; pages 250-252, 5 references, 1987
TI  - Toxicological Aspects of Exposure to Chlorinated Hydrocarbons With
      Special Reference to Chemical Porphyria
AB  - The effect of chlorinated hydrocarbons (CHs) on the development of
      chemical porphyria is reviewed.  Toxicological aspects of exposure
      to CHs generally consist of damage to skin, central nervous system,
      and liver.  Chronic hepatic porphyria (CHP) is either inherited as a
      congenital anomaly or is the result of exposure to certain chlorinated
      compounds.  Most porphyronogenic chemicals belong to the group of
      CHs that include vinylchloride (75014), hexachlorobenzene (118741),
      particular brominated or chlorinated biphenyls,
      tetrachlorodibenzodioxin, chlorinated naphthalenes, and some
      organophosphorus and organochlorine pesticides.  Populations of
      workers exposed to CHs have been monitored for urinary excretion of
      porphyrin compounds to detect induction to CHP and to find out if
      this procedure is relevant for assessing possible exposure.
      Different studies performed in various locations showed that a total
      porphyrin excretion of up to 200 micrograms/liter can be considered
      normal.  The analysis of porphyrin patterns in control groups has
      revealed an incidence of increased uroand hepatocarboxylic porphyrin
      levels ranging from a few to 19 percent.  It has been observed that
      in young people the incidence of increased porphyrin levels is much
      lower than in adults.  Hepatic porphyria is also influenced by other
      factors such as sex, alcohol, and estrogens.  The author concludes
      that qualitative changes in urinary porphyrin patterns may be useful
      in assessing exposure to porphyrinogenic chemicals.
KW  - DCN-157821 ; Porphyrins ; Hepatotoxicity ; Enzymes ; Polychlorinated
      hydrocarbons ; Bromine compounds ; Environmental exposure ;
      Occupational hazards ; Medical monitoring ; Urinalysis ; Liver
      disorders
RN  - 75-01-4; 118-74-1

34
AU  - Haley TJ
SO  - Handbook of Toxicology, T. J. Haley and W. O. Berndt, Editors;
      Hemisphere Publishing Corporation, pages 504-554, 426 references,
      1987
TI  - Solvents and Chemical Intermediates
AB  - Several representative samples of solvents to which exposure on the
      job is likely to occur are discussed in terms of tissue distribution
      in the body, biotransformation, and toxicological data.  Gasoline
      (8006619) and kerosene (8008206) contain aliphatic hydrocarbons and
      various unsaturated aliphatic and aromatic hydrocarbons plus benzene
      (71432).  Acute exposures cause dizziness, coma, collapse, and
      death.  Even in nonfatal cases permanent brain damage has been
      reported.  Benzene is now an environmental contaminant as a result

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 126 of 178

of numerous accidental spills.  It has been established as an
industrial leukemogenic agent.  Toluene (108883) causes fatigue,
weakness and confusion with loss of consciousness and vertigo as
well.  At 600 to 800 parts per million (ppm) exposure levels, mental
confusion, staggering gait, nausea, vomiting, anorexia, and severe
headaches result.  Ethylbenzene (100414) inhaled at 85ppm causes
fatigue, insomnia, headache, and mild irritation to the eyes and
respiratory tract of humans.  At 1000 to 5000ppm, eye, nose, throat,
and mucous-membrane irritation, lacrimation, dizziness, and central
nervous system effects occur.  Information is also provided
concerning methanol (67561), ethylene-glycol (107211),
diethylene-glycol (111466), propylene-glycol (57556), chloroform
(67663), carbon-tetrachloride (56235), trichloroethylene (79016),
tetrachloroethylene (127184), hexachlorocyclopentadiene (77474),
vinyl-chloride (75014), and vinylidene-chloride (75354).

KW  - DCN-157104 ; Rubber manufacturing industry ; Paint manufacturing
industry ; Leather industry ; Printing industry ; Cleaning compounds
; Glue manufacturing ; Shoe manufacturing ; Occupational exposure ;
Organic solvents ; Metabolic study ; Dry cleaning industry ; Tissue
distribution ; Toxic effects ; Carcinogens

RN  - 8006-61-9; 8008-20-6; 71-43-2; 108-88-3; 100-41-4; 67-56-1;
107-21-1; 111-46-6; 57-55-6; 67-66-3; 56-23-5; 79-01-6; 127-18-4;
77-47-4; 75-01-4; 75-35-4

35
AU  - Kessler E ; Brandt-Rauf PW
SO  - Occupational Medicine: State of the Art Reviews.  Occupational
Cancer and Carcinogenesis, Vol. 2, No. 1, P. W. Brandt-Rauf, Editor;
Philadelphia, Pennsylvania, Hanley and Belfus, Inc., pages 155-163,
10 references, 1987
TI  - Occupational Cancers of the Brain and Bone
AB  - Occupational cancers of the brain and bone were discussed.
Mortality and incidence of malignant tumors of the brain and central
nervous system have been increasing since the 1940's for individuals
over the age of 55.  Although the etiology of primary brain tumors
is not well understood, epidemiologic studies have linked occupation
in synthetic rubber manufacturing, polyvinyl-chloride (9002862)
production, oil refining, petrochemical production, and the nuclear
industry to this disease.  Vinyl-chloride (75014) manufacture is the
only case where a single carcinogenic agent has been identified: in
other industries, multiple chemical exposures occur and no one
chemical or chemical process has been linked to an excess of brain
tumors.  Some of the exposures, however, are similar for these
industries and include organic solvents, formaldehyde (50000),
polycyclic aromatic hydrocarbons, lubricating oils, phenols,
vinyl-chloride, and petroleum.  Reported brain tumor excesses have
been reported in embalmers, professional artists, and pathologists
in association with use of formaldehyde and solvents, and in farmers
in association with organochlorine pesticides.  Brain tumors have
been induced in experimental animals.  An increased incidence of
brain tumors (gliomas and neuromas) occurred in the offspring of
pregnant rats injected intravenously with ethylnitrosourea (759739)
during the latter half of pregnancy.  Although these observations
have not been carried over directly to human studies, the
possibility has been raised in epidemiologic studies that children
of fathers who work in hydrocarbon related occupations may be at
increased risk of cancer, a large proportion of which have been
nervous system cancers.  Although cancer of the bone has been
induced in animals by different chemicals, ionizing radiation is the

R&S 002163

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 127 of 178

only known occupational agent to produce this disease in humans.
Studies of radium dial painters working before 1925 demonstrated a
dose response relationship between ingestion of bone seeking
isotopes and osteosarcomas at calculated doses of over 1000 to 1200
rads.  Chemically induced bone tumors have been produced by
beryllium (7440417) and vinyl-chloride in rabbits and rats,
respectively.  These findings do not appear to carry over to human
studies; however, the possibility that these agents could induce
bone tumors in humans should merit serious consideration.

KW  - DCN-156327 ; Occupational diseases ; Malignant neoplasms ; Bone
      cancer ; Risk factors ; Occupational exposure ; Health hazards ;
      Epidemiology ; Laboratory animals
RN  - 9002-86-2; 75-01-4; 50-00-0; 759-73-9; 7440-41-7


36
AU  - Rosenstock L ; Cullen MR
SO  - Clinical Occupational Medicine; Philadelphia, Pennsylvania, W. B.
      Saunders Company, pages 118-134, 11 references, 1986
TI  - Neurologic Disease
AB  - Occupational diseases of the nervous system are discussed, including
      central nervous system disorders such as toxic encephalopathy
      (either acute or chronic), tumors, and Parkinsonian movement
      disorders as well as peripheral nervous system disorders such as
      toxic polyneuropathy, neuromuscular junction blockade and traumatic
      disorders including interstitial (vascular related to vibration) and
      parenchymal (compressive or entrapment mononeuropathy) disorders.
      Agents which have been shown to produce brain tumors in experimental
      animals are listed.  Occupations in which epidemiologic studies
      suggest an excess of brain tumors include aluminum (7429905)
      workers, chemists, lead smelter workers, machinists, medical
      personnel, oil refinery workers, petrochemical workers,
      pharmaceutical workers, rubber workers, veterinarians, and
      vinyl-chloride (75014) workers.  Substances which cause peripheral
      neuropathies fall into the following categories: metals including
      lead (7439921), arsenic (7440382), mercury (7439976), and thallium
      (7440280); solvents including hexacarbons, trichloroethylene
      (79016), and carbon-disulfide (75150); gases such as methyl-bromide
      (74839) and carbon-monoxide (630080); pesticides and herbicides
      including chlordecone (143500), some organophosphates, and
      chlorinated phenol derivatives; and plastics including acrylamide
      (79061), dimethylaminopropionitrile (1738256), and styrene
      (9003536).  A number of such agents can also cause central
      neuropathies, including organic solvents, asphyxiant gases,
      pesticides and heavy metals.
KW  - DCN-154609 ; Nervous system disorders ; Neuropathology ;
      Occupational diseases ; Neurotoxic effects ; Neurotoxins ;
      Neurophysiology ; Occupational health ; Clinical diagnosis ;
      Clinical tests ; Chemical industry workers ; Pharmaceutical industry
RN  - 7429-90-5; 75-01-4; 7439-92-1; 7440-38-2; 7439-97-6; 7440-28-0;
      79-01-6; 75-15-0; 74-83-9; 630-08-0; 143-50-0; 79-06-1; 1738-25-6;
      9003-53-6


37
AU  - ANON
SO  - World Health Organization, Office of Publications, 1211 Gen:eve 27,
      Switzerland, 1986. 272p. Bibl. Annexes.
TI  - Early detection of occupational diseases
AB  - This practical guide covers the symptoms, tests and actions to be
      taken for early detection of diseases. Section contain: principles;

R&S 002164

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 128 of 178

main diseases (pneumoconiosis; bronchopulmonary diseases caused by
hard metal dust; asthma; extrinsic allergic pneumonitis; diseases
caused by compounds of beryllium, cadmium, phosphorus, chromium,
manganese, arsenic, mercury, lead and fluorine; by carbon disulfide,
halogenated hydrocarbons, benzene and some homologues, aniline and
nitrobenzene, nitroglycerin and nitric acid esters, alcohols,
glycols and ketones, carbon monoxide, hydrocyanic acid, hydrogen
sulfide; hearing loss; diseases caused by vibration, compressed air,
ionising radiation; skin diseases, skin cancer, infectious and
parasitic diseases); clinical and laboratory tests (respiratory,
nervous, blood, digestive, urinary, cardiovascular, locomotor
systems); exposure assessment and biological monitoring.

KW  - EARLY DIAGNOSIS ; OCCUPATIONAL DISEASES ; WHO ; PNEUMOCONIOSIS ;
BRONCHOPULMONARY DISEASES ; ASTHMA ; EXTRINSIC ALLERGIC ALVEOLITIS ;
BERYLLIUM AND COMPOUNDS ; CADMIUM AND COMPOUNDS ; PHOSPHORUS AND
COMPOUNDS ; CHROMIUM AND COMPOUNDS ; MANGANESE AND COMPOUNDS ;
ARSENIC AND COMPOUNDS ; MERCURY AND COMPOUNDS ; LEAD AND COMPOUNDS ;
FLUORINE AND COMPOUNDS ; HALOGENATED HYDROCARBONS ; POLYCHLORINATED
BIPHENYLS ; NITRIC ACID ESTERS ; ALCOHOLS ; ALIPHATIC DIOLS ;
KETONES ; HEARING LOSS ; VIBRATION DISEASE ; DECOMPRESSION SICKNESS
; IONISING RADIATION ; RADIATION DISEASE ; SKIN DISEASES ;
INFECTIOUS DISEASES ; BIOLOGICAL AND MEDICAL TESTS ; RESPIRATORY
DISEASES ; DISEASES OF NERVOUS SYSTEM ; DIGESTIVE SYSTEM DISEASES ;
HAEMIC AND LYMPHATIC DISEASES ; GENITO-URINARY SYSTEM DISEASES ;
CARDIOVASCULAR DISEASES ; MUSCULOSKELETAL DISEASES ; EXPOSURE
EVALUATION ; EXPOSURE TESTS ; ILO

RN  - 75-15-0 ; 56-23-5 ; 79-01-6 ; 1335-87-1 ; 75-01-4 ; 71-43-2 ;
108-88-3 ; 1330-20-7 ; 62-53-3 ; 98-95-3 ; 55-63-0 ; 630-08-0 ;
74-90-8 ; 7783-06-4


38
AU  - Dinceva E ; Kolev P ; D:albokova D
SO  - Higiena i zdraveopazvane 1986, Vol.29, No.1, p.8-15. Illus. 14 ref.
TI  - EEG changes in workers with prolonged exposure to a mixture of
organic solvents and vinyl chloride
AB  - EEG studies were carried out on 32 workers exposed to the long-term
combined effects of organic solvents and vinyl chloride. Changes in
EEG activity and visual evoked potentials (VEP) were found in more
than half of the subjects examined: dominant alpha rhythm in the
frontal and its inhibition in the occipital regions of the cortex;
increased theta activity; episodes of hypersynchronous slow
activity; spindles of high-voltage fast (beta) activity in the
frontal leads; increased latent periods of the components of VEP.
The changes described are discussed as early indicators of
neurotoxic effects in the exposed workers.
KW  - ORGANIC SOLVENTS ; VINYL CHLORIDE ; SYNERGISM ; NEUROTOXIC EFFECTS ;
ELECTROENCEPHALOGRAPHIC CHANGES ; ELECTROENCEPHALOGRAPHY ;
FUNCTIONAL NERVOUS DISORDERS ; CENTRAL NERVOUS SYSTEM ; LATENCY ;
ILO
RN  - 75-01-4


39
AU  - Magnavita N ; Bergamaschi A ; Garcovich A ; Giuliano G
SO  - Angiology, Vol. 37, No. 5, pages 382-388, 18 references, 1986
TI  - Vasculitic Purpura in Vinyl Chloride Disease: A Case Report
AB  - A case report of a purpuric rash as a feature of systemic
vinyl-chloride (75010) disease was presented. A 36 year old man who
had worked in a polyvinyl-chloride (9002862) producing plant for 7
years developed a peripheral vinyl-chloride neuropathy, Raynaud's

R&S 002165

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10   Page 129 of 178

R&S 002166

phenomenon, and acroosteolysis, secondary to vinyl-chloride
exposure.  With continued exposure to vinyl-chloride, he developed a
purpuric rash on his lower extremities which was bilaterally
symmetrical.  The rash progressed from a macular rash to bullae,
pustules and crusts.  Spontaneous regression occurred after
withdrawal of vinyl-chloride exposure, but redeveloped when exposure
was resumed.  Attempts to treat the rash with subcutaneous
corticosteroid caused necrosis of the skin.  Circulating immune
complexes were increased and antismooth muscle cell antibodies were
detected; both returned to normal after withdrawal of vinyl-chloride
exposure and resolution of the rash.  A skin biopsy confirmed the
diagnosis of systemic vasculitis.  The authors hypothesize that
immunological changes play a role in the appearance of skin lesions
secondary to vinyl-chloride exposure, and they emphasize the
importance of recognizing a purpuric rash as a sign of
vinyl-chloride poisoning.

KW   - DCN-152895 ; Occupational diseases ; Occupational exposure ; Case
       studies ; Chloride compounds ; Skin lesions ; Chemical manufacturing
       industry ; Chemical industry workers ; Neurovascular disorders ;
       Immunologic disorders
RN   - 75-01-4; 9002-86-2


40
AU   - Perticoni GF ; Abbritti G ; Cantisani TA ; Bondi L ; Mauro L
SO   - Electromyography and Clinical Neurophysiology, Vol. 26, No. 1, pages
       41-47, 11 references, 1986
TI   - Polineuropathy in Workers with Long Exposure to Vinyl Chloride.
       Electrophysiological Study
AB   - Neuropathy in a population of factory workers as a result of
       exposure to vinyl-chloride (75014) was evaluated.  Of 89 employees
       in a vinyl-chloride polymerization plant, 64 individuals were
       examined by electromyography and electroneurography.  The remaining
       25 individuals were excluded from study due to exposure to
       neurotoxic agents other than vinyl-chloride, or because they
       suffered from diseases that impaired peripheral nerves.  Slight
       changes in the peripheral nerve were detected in a very high
       percentage of the subjects.  None had a marked reduction of the
       motor nerve conduction velocity.  Results were incompatible with a
       significant segmentary demyelination of the nerve.  A high number of
       the cases manifested axonal damage, which was predominantly limited
       to the more distal sections of the long nerves, and was most severe
       in the lower limbs.  The most significant finding was a phenomenon
       due to changes in excitability of the motor units, as evidenced by
       fasciculations seen in a high percentage of the subjects.  The
       authors conclude that non severe axonal damage exists, involving the
       motor nerve endings and probably also the peripheral sensory
       terminals, in the absence of impairment of nerve conduction.
KW   - DCN-152057 ; Chemical industry workers ; Neurological reactions ;
       Extremities ; Clinical pathology ; Muscle function ; Neuromotor
       disorders ; Toxic gases ; Sensory motor system ; Organic chemicals
RN   - 75-01-4


41
AU   - Tabacova S
SO   - NeuroToxicology, Vol. 7, No. 2, pages 421-440, 151 references, 1986
TI   - Maternal Exposure to Environmental Chemicals
AB   - Widespread contaminants of the workplace and general environment
       which are potential transplacental neurotoxicants were discussed.
       They are as follows: manganese (7439965), arsenic (7440382),

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 130 of 178

aromatic and chlorinated hydrocarbons, and hydrogen-sulfide
(7783064). Maternal exposures to manganese probably occurred
primarily under occupational conditions (dry cell battery
production, chemical industry production, and use of fertilizers),
rather than by accidental environmental exposure through
contaminated food or water. Manganese penetrated the placental
barrier in various animal species and man. Arsenic exposure may
occur industrially as well as through ambient air, tobacco smoke,
water, food, and beverages. Exposure to organic solvents such as
toluene (108883), xylene (1330207), and styrene (100425) primarily
occur in occupational setting and occurs in the chemical, plastic,
pharmaceutical, printing, rubber, and leader industries.
Occupational exposure was also a problem with chlorinated
hydrocarbons, such as methylene-chloride (75092) and vinyl-chloride
(75014). Accidents were the primary cause of excessive
hydrogen-sulfide exposure. Review of literature data suggested that
these environmental chemicals were potential neurobehavioral
toxicants for the fetus and child. All are accessible to the fetus
and child through transplacental passage, via breastmilk, or
environmental contamination. Some of these chemicals have
unfavorable metabolic characteristics and can induce congenital
central nervous system defects or developmental neurobehavioral
disturbances in animals.

KW  - DCN-151800 ; Transplacental exposure ; Organic chemicals ;
      Pollutants ; Central nervous system disorders ; Pregnancy ;
      Laboratory animals ; Epidemiology ; Workplace studies ; Chemical
      manufacturing industry ; Workers
RN  - 7439-96-5; 7440-38-2; 7783-06-4; 108-88-3; 1330-20-7; 100-42-5;
      75-09-2; 75-01-4


42
AU  - Monster AC
SO  - Journal of Occupational Medicine, Vol. 28, No. 8, pages 583-588, 36
      references, 1986
TI  - Biological Monitoring of Chlorinated Hydrocarbon Solvents
AB  - This review of the possibilities for biological monitoring of
      exposure to volatile halogenated hydrocarbons is based on the
      monograph to the Commission of the European Communities. The
      following halogenated hydrocarbon solvents were discussed:
      monochloromethane (74873), dichloromethane (75092), trichloromethane
      (67663), tetrachloromethane (56235), 1,2-dichloroethane (107062),
      monochloroethene (75014), trichloroethene (79016), tetrachloroethene
      (127184), and 1,1,1-trichloroethane (71556). Most of the solvents,
      to varying degrees, undergo biotransformation to metabolites.
      Biological assessment of exposure is possible by measurement of the
      solvent or its metabolites in exhaled air, blood, and urine.
      Formulas, metabolites, and possibilities for biological monitoring
      were presented for these halogenated hydrocarbon solvents. However,
      further research is necessary before even tentative data can be
      established for most of the solvents. Only for the solvents
      trichloroethene, tetrachloroethene, 1,1,1-trichloroethane and
      dichloromethane are the relations between environmental monitoring
      more or less available, and they are available only as group average
      values. These solvents differ widely in toxicity and in their
      threshold limit values. All are more or less nonflammable and
      liposoluble and all act on the nervous system.
KW  - DCN-151256 ; Biological monitoring ; Occupational exposure ; Toxic
      vapors ; Organic solvents ; Metabolites ; Carcinogenicity ;
      Hepatotoxicity ; Body burden ; Chlorinated hydrocarbons

R&S 002167

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 131 of 178

RN  - 74-87-3; 75-09-2; 67-66-3; 56-23-5; 107-06-2; 75-01-4; 79-01-6;
      127-18-4; 71-55-6


43
AU  - Thomas TL ; Waxweiler RJ
SO  - Scandinavian Journal of Work, Environment and Health  Feb. 1986,
      Vol.12, No.1, p.1-15. 104 ref.
TI  - Brain tumors and occupational risk factors
AB  - Some studies have shown that certain white-collar professional
      groups (artists, scientists, veterinarians, embalmers) and blue
      collar workers (rubber, oil refinerie and chemical plant workers,
      machinists) appear to have an elevated risk of brain tumors. Most of
      the workers are potentially exposed to multiple chemicals;
      nevertheless they have some exposures in common: organic solvents,
      lubricating oils, acrylonitrile, vinyl chloride, formaldehyde,
      polycyclic aromatic hydrocarbons, and phenolic compounds.
KW  - BRAIN CANCER ; HAZARD EVALUATION ; TOXIC SUBSTANCES ; LITERATURE
      SURVEY ; EPIDEMIOLOGIC STUDY ; ORGANIC SOLVENTS ; POLYCYCLIC
      HYDROCARBONS ; LUBRICATING OILS ; ILO
RN  - 75-01-4 ; 107-13-1 ; 50-00-0


44
AU  - Purchase IF ; Stafford J ; Paddle GM
SO  - Food Chem Toxicol; VOL 25, ISS 2, 1987, P187-202 (REF: 67)
TI  - Vinyl chloride: an assessment of the risk of occupational exposure.
AB  - There is little doubt that exposure to high levels of VCM as a
      consequence of occupation can result in an increased incidence of
      ASL. A review of 20 epidemiological studies involving about 45,000
      workers occupationally exposed to VCM showed that neoplasms of the
      liver showed an increase in incidence in the majority of studies.
      For brain cancer the association between exposure to VCM and an
      increased incidence was less clear because of the lower relative
      risk. Neoplasms of the respiratory tract, digestive system,
      lymphatic and haemopoietic system, buccal cavity, and pharynx,
      cardiovascular system and colon/stomach were reported to show an
      increased incidence in one or more studies, but to show no increase,
      or in some cases a decrease, in incidence in other studies. In view
      of the increased incidence of breast neoplasms in rodents exposed to
      VCM, the studies of Chaizze et al. (1980), who did not confirm these
      findings in humans, are of importance. The register of ASL cases now
      contains records of 99 persons with confirmed ASL and occupational
      exposure to VCM. The average latent period between first exposure to
      VCM and death from ASL is 21.9 years. The majority of cases occurred
      in autoclave workers, who are recognized as having been exposed to
      extremely high levels. Although precise estimates of exposure are
      not available for the periods of most interest, the pattern of cases
      roughly suggests that extremely high exposures were necessary for
      the induction of ASL. For example, ASL cases tended to occur in
      larger numbers in some plants than in others, a finding that can be
      explained most easily by differences in exposure patterns. There is
      an extensive series of animal studies on the carcinogenicity of VCM.
      Some of these precede the epidemiological studies confirming the
      association between VCM exposure and ASL in man. ASL and neoplasms
      of a number of other organs have been induced in laboratory rodents
      by VCM. Estimation of the exposure levels likely to cause a lifetime
      risk of ASL of $10(-6)$ on the basis of these data give extremely low
      levels (down to $3.9 \times 10(-7)$ ppb) which appear to be unrealistic
      estimates for man. Part of the reason for this is that laboratory
      studies have shown that VCM is metabolized in the liver (and

R&S 002168

elsewhere in the body) to the reactive metabolites chloroethylene oxide and chloroacetaldehyde. The rate of conversion is limited at high levels of exposure giving inaccurate estimates of the slope of the dose-response relationship.(ABSTRACT TRUNCATED AT 400 WORDS)

KW - TOXBIB ; Air Pollutants, Occupational *TOXICITY ; Animal ; Dose-Response Relationship, Drug ; Environmental Exposure ; Female ; Hemangiosarcoma CHEMICALLY INDUCED ; Human ; Kinetics ; Liver Neoplasms CHEMICALLY INDUCED ; Male ; Occupational Diseases CHEMICALLY INDUCED ; Registries ; Review ; Risk ; Vinyl Chloride METABOLISM/*TOXICITY ; Vinyl Compounds *TOXICITY

RN - 75-01-4

45
AU - Monster AC
SO - J Occup Med; VOL 28, ISS 8, 1986, P583-8
TI - Biological monitoring of chlorinated hydrocarbon solvents.
AB - The possibility of biological monitoring of exposure to some volatile, halogenated hydrocarbons will be discussed. Most of these agents are widely used as solvents. All agents act on the nervous system as narcotics and differ widely in toxicity. Most of the solvents undergo biotransformation to metabolites. This allows biological assessment of exposure by measurement of the solvent and/or metabolites in exhaled air, blood, and/or urine. However, the same metabolites may occur with exposure to different chlorinated hydrocarbons, eg, trichloroethanol and trichloroacetic acid from exposure to trichloroethene, tetrachloroethene, and 1,1,1-trichloroethane. On the other hand, these agents differ widely in the percentage that is metabolized. There are large gaps in our knowledge, however, and much research will have to be carried out before even tentative data can be established for most of the solvents.

KW - TOXBIB ; Environmental Exposure ; Environmental Pollutants *ANALYSIS ; Ethylene Dichlorides ANALYSIS ; Human ; Hydrocarbons, Chlorinated ANALYSIS ; Methyl Chloride ANALYSIS ; Methylene Chloride ANALYSIS ; Occupational Diseases CHEMICALLY INDUCED/PREVENTION & CONTROL ; Solvents *ANALYSIS ; Trichloroethanes ANALYSIS ; Trichloroethylene ANALYSIS ; Vinyl Chloride ANALYSIS

RN - 107-06-2; 74-87-3; 75-01-4; 75-09-2; 79-01-6

46
AU - Perticoni GF ; Abbritti G ; Cantisani TA ; Bondi L ; Mauro L
SO - Electromyogr Clin Neurophysiol; VOL 26, ISS 1, 1986, P41-7
TI - Polyneuropathy in workers with long exposure to vinyl chloride. Electrophysiological study.
KW - TOXBIB ; Electromyography * ; Human ; Neural Transmission *DRUG EFFECTS ; Occupational Diseases *CHEMICALLY INDUCED ; Peripheral Nerves DRUG EFFECTS ; Polyneuritis *CHEMICALLY INDUCED ; Vinyl Chloride *ADVERSE EFFECTS ; Vinyl Compounds *ADVERSE EFFECTS

RN - 75-01-4

47
AU - Jones RD
SO - Food Chem Toxicol; VOL 24, ISS 2, 1986, P99-103
TI - Epidemiology of brain tumours in man and their relationship with chemical agents.
AB - The 2000 or so deaths that result each year in England and Wales from brain tumours, as defined by ICD 191, represent approximately 0.3-0.4% of all deaths, with a slightly greater incidence in men than in women. Because of the low incidence of mortality from other

R&S 002169

causes in childhood, brain cancer accounts for 3.5% of all deaths in
the 1-14-year age group. Mortality from brain cancer increased
considerably between 1931 and 1961 but this is probably explained by
changes in disease classification and improvements in diagnostic
techniques. Because of the relatively low incidence of brain cancer
in man, cohort studies need to be large in order to accrue
sufficient cases for meaningful interpretation. Large cohort studies
may run the risk of diluting a high-risk group of workers with
lesser or non-exposed individuals. These considerations have
encouraged the investigation of brain cancer by case-control studies
and the interpretation of these must take into account possible
sources of bias. At present the evidence for any chemical causation
of brain cancer in man is inconclusive.

KW  - TOXBIB ; Acrylonitrile ADVERSE EFFECTS ; Adolescence ; Adult ; Aged
    ; Brain Neoplasms CHEMICALLY INDUCED/*EPIDEMIOLOGY/MORTALITY ; Child
    ; Child, Preschool ; England ; Epidemiologic Methods ; Female ;
    Human ; Infant ; Male ; Middle Age ; Occupational Diseases
    EPIDEMIOLOGY ; Petroleum ; Rubber ADVERSE EFFECTS ; Sex Factors ;
    Vinyl Chloride ADVERSE EFFECTS ; Wales
RN  - 107-13-1; 75-01-4; 9006-04-6


48
AU  - COOPER WC
SO  - ENVIRON. HEALTH PERSPECT. 1981, 41() 101-106
TI  - EPIDEMIOLOGIC STUDY OF VINYL CHLORIDE WORKERS: MORTALITY THROUGH
      DECEMBER 31, 1972.
AB  - EIS: Epidemiology Information System
KW  - VINYL CHLORIDE ; ANGIOSARCOMA ; CHEMICALLY INDUCED ; MORTALITY ;
      BRAIN NEOPLASMS ; MORTALITY ; FOLLOW-UP STUDIES ; HUMAN ; LIVER
      NEOPLASMS ; MALE ; NEOPLASMS ; OCCUPATIONAL DISEASES ; TIME FACTORS
      ; RESPIRATORY TRACT NEOPLASMS ; NERVOUS SYSTEM NEOPLASMS ; UNITED
      STATES ; VINYL COMPOUNDS ; DIGESTIVE SYSTEM NEOPLASMS ; ADVERSE
      EFFECTS
RN  - 75-01-4


49
AU  - BEAUMONT JJ ; BRESLOW NE
SO  - AM. J. EPIDEMIOL. 1981, 114(5) 725-734
TI  - POWER CONSIDERATIONS IN EPIDEMIOLOGIC STUDIES OF VINYL CHLORIDE
      WORKERS.
AB  - EIS: Epidemiology Information System
KW  - VINYL CHLORIDE ; BRAIN NEOPLASMS ; CHEMICALLY INDUCED ; MORTALITY ;
      EPIDEMIOLOGIC METHODS ; HUMAN ; LIVER NEOPLASMS ; LUNG NEOPLASMS ;
      OCCUPATIONAL DISEASES ; RETROSPECTIVE STUDIES ; REVIEW ; STATISTICS
      ; POISONING ; VINYL COMPOUNDS
RN  - 75-01-4


50
AU  - REIF AE
SO  - AM. SCI. 1981, 69() 437-447
TI  - THE CAUSES OF CANCER. WHILE SOME CANCERS ARE GENETICALLY FATED TO
      APPEAR, MOST HAVE NOW BEEN TRACED TO ENVIRONMENTAL FACTORS
AB  - EIS: Epidemiology Information System
KW  - VINYL CHLORIDE ; VITAMIN A ; VITAMIN E ; ASCORBIC ACID ; SACCHARIN ;
      CHOLESTEROL ; ASBESTOS ; CHROMIUM ; NICKEL ; BENZENE ; ETHYLENE
      OXIDE ; ESTROGEN ; NICOTINAMIDE ; BENZOPYRENE ; HUMAN ; MALE ;
      FEMALE ; CHILD, PRESCHOOL ; CHILD ; ADOLESCENCE ; ADULT ; MIDDLE AGE
      ; AGED ; AGE FACTORS ; CHEMICAL EFFECTS ; ENVIRONMENTAL EXPOSURE ;
      INCIDENCE ; MORTALITY ; NEOPLASMS ; OCCUPATIONAL DISEASES ; REVIEW ;

R&S 002170

Case 3:08-cv-00612-RET-SCR     Document 68-1     01/01/10     Page 134 of 178

R&S 002171

SEX FACTORS ; UNITED STATES ; CARCINOGENESIS ; SURVIVAL ; SMOKING ;
COFFEE ; LEUKEMIA ; GENETICS ; MUTAGENESIS ; DIETARY FIBER ; DIETARY
FATS ; COCARCINOGENESIS ; NITROSAMINES ; LIVER CIRRHOSIS ; PYRENES ;
DIET ; AFLATOXINS ; ASPERGILLUS FLAVUS ; RICE ; HEPATITIS, VIRAL,
HUMAN ; BEER ; FOOD ADDITIVES ; POLYCHLOROBIPHENYL COMPOUNDS ;
AMINES ; RADIATION ; RADIATION EFFECTS ; SUNLIGHT ; ESTROGENS ;
CONTRACEPTIVES, ORAL ; EPSTEIN-BARR VIRUS ; HERPESVIRIDAE ;
HEPATITIS B VIRUS ; BLADDER NEOPLASMS ; BRAIN NEOPLASMS ; BREAST
NEOPLASMS ; CERVIX NEOPLASMS ; COLONIC NEOPLASMS ; DIGESTIVE SYSTEM
NEOPLASMS ; ESOPHAGEAL NEOPLASMS ; KIDNEY NEOPLASMS ; LIVER
NEOPLASMS ; LUNG NEOPLASMS ; MOUTH NEOPLASMS ; OVARIAN NEOPLASMS ;
PANCREATIC NEOPLASMS ; PROSTATIC NEOPLASMS ; RECTAL NEOPLASMS ; SKIN
NEOPLASMS ; STOMACH NEOPLASMS ; UTERINE NEOPLASMS

RN  - 75-01-4 ; 68-26-8 ; 59-02-9 ; 50-81-7 ; 81-07-2 ; 57-88-5 ;
1332-21-4 ; 7440-47-3 ; 7440-02-0 ; 71-43-2 ; 75-21-8 ; 9055-96-3 ;
98-92-0 ; 73467-76-2


51
AU  - HOPKINS J
SO  - FOOD COSMET. TOXICOL. 1980, 18(1) 94-95
TI  - VINYL CHLORIDE. PART 4: CARCINOGENICITY IN MAN
AB  - EIS: Epidemiology Information System
KW  - VINYL CHLORIDE ; HUMAN ; MALE ; FEMALE ; OCCUPATIONAL MEDICINE ;
MORTALITY ; NEOPLASMS ; OCCUPATIONAL DISEASES ; REVIEW ; RISK ;
UNITED STATES ; CARCINOGENS ; LIVER NEOPLASMS ; ANGIOSARCOMA ;
HISTOLOGY ; NETHERLANDS ; GREAT BRITAIN ; NERVOUS SYSTEM NEOPLASMS ;
RESPIRATORY TRACT NEOPLASMS ; BILIARY TRACT NEOPLASMS ; LYMPHATIC
SYSTEM ; HEMATOPOIETIC SYSTEM ; LIVER
RN  - 75-01-4


52
AU  - WAGONER JK ; INFANTE PF ; APFELDORF RB
SO  - J. TOXICOL. ENVIRON. HEALTH 1980, 6(5/6) 1101-1107
TI  - TOXICITY OF VINYL CHLORIDE AND POLYVINYL CHLORIDE AS SEEN THROUGH
EPIDEMIOLOGIC OBSERVATIONS.
AB  - EIS: Epidemiology Information System
KW  ~ VINYL CHLORIDE ; POLYVINYL CHLORIDE ; ANGIOSARCOMA ; CHEMICALLY
INDUCED ; BRAIN NEOPLASMS ; EPIDEMIOLOGIC METHODS ; HEPATITIS, TOXIC
; ETIOLOGY ; HUMAN ; LIVER NEOPLASMS ; LUNG NEOPLASMS ; LYMPHATIC
DISEASES ; NEOPLASMS ; PNEUMOCONIOSIS ; TOXICITY ; POLYVINYLS ;
VINYL COMPOUNDS ; CHEMICAL INDUSTRY ; OCCUPATIONS
RN  - 75-01-4 ; 9002-86-2


53
AU  - AMERICAN INDUSTRIAL HEALTH COUNCIL, STEERING COMMITTEE
SO  - AM. IND. HEALTH COUNC. REP. 1978, 122 PP.
TI  - ESTIMATES OF THE FRACTION OF CANCER IN THE UNITED STATES RELATED TO
OCCUPATIONAL FACTORS, REPLY AND DRAFT SUMMARY
AB  - EIS: Epidemiology Information System
KW  - VINYL CHLORIDE ; ARSENIC ; BENZENE ; CHROMIUM ; ASBESTOS ; NICKEL ;
HUMAN ; MALE ; FEMALE ; ADOLESCENCE ; ADULT ; MIDDLE AGE ; AGED ;
ADVERSE EFFECTS ; CHEMICALLY INDUCED ; COMPARATIVE STUDY ;
ENVIRONMENTAL EXPOSURE ; ETIOLOGY ; FOLLOW-UP STUDIES ; INCIDENCE ;
MORTALITY ; NEOPLASMS ; OCCUPATIONAL DISEASES ; REVIEW ; RISK ; TIME
FACTORS ; TOXICITY ; UNITED STATES ; MESOTHELIOMA ; POLYCYCLIC
HYDROCARBONS ; STATISTICS ; LUNG NEOPLASMS ; ESOPHAGEAL NEOPLASMS ;
LYMPHATIC DISEASES ; RESPIRATORY TRACT NEOPLASMS ; EUROPE ;
NASOPHARYNGEAL NEOPLASMS ; LEUKEMIA ; VINYL COMPOUNDS ; LIVER
NEOPLASMS ; BRAIN NEOPLASMS ; GASTROINTESTINAL NEOPLASMS ; LARYNGEAL

Case 3:08-cv-00612-RET-SCR   Document 66-1   01/01/10   Page 135 of 178

NEOPLASMS ; SKIN NEOPLASMS ; GENITAL NEOPLASMS, MALE ; PANCREATIC
NEOPLASMS ; LYMPHOMA ; PROSTATIC NEOPLASMS ; BLADDER NEOPLASMS
RN  - 75-01-4 ; 7440-38-2 ; 71-43-2 ; 7440-47-3 ; 1332-21-4 ; 7440-02-0


54
AU  - INFANTE PF
SO  - ENVIRON. HEALTH PERSPECT. 1981, 41() 89-94
TI  - OBSERVATIONS OF THE SITE-SPECIFIC CARCINOGENICITY OF VINYL CHLORIDE
      TO HUMANS.
AB  - EIS: Epidemiology Information System
KW  - VINYL CHLORIDE ; ADENOCARCINOMA ; CHEMICALLY INDUCED ; ANGIOSARCOMA
      ; BRAIN NEOPLASMS ; CARCINOMA ; EPIDEMIOLOGIC METHODS ; HUMAN ;
      LEUKEMIA ; LIVER NEOPLASMS ; LUNG NEOPLASMS ; NEOPLASMS ;
      OCCUPATIONAL DISEASES ; ORGAN SPECIFICITY ; ADVERSE EFFECTS ; VINYL
      COMPOUNDS
RN  - 75-01-4


55
AU  - BINNS CH
SO  - J. SOC. OCCUP. MED. 1979, 29(4) 134-141
TI  - VINYL CHLORIDE: A REVIEW.
AB  - EIS: Epidemiology Information System
KW  - POLYVINYL CHLORIDE ; VINYL CHLORIDE ; ABNORMALITIES, DRUG-INDUCED ;
      ANGIOSARCOMA ; CHEMICALLY INDUCED ; ANIMAL ; BRAIN NEOPLASMS ;
      CHROMOSOME ABERRATIONS ; FEMALE ; HUMAN ; LIVER CIRRHOSIS ; LIVER
      NEOPLASMS ; LUNG NEOPLASMS ; MALE ; MICE ; MUTATION ; DRUG EFFECTS ;
      OCCUPATIONAL DISEASES ; OSTEOLYSIS ; PNEUMOCONIOSIS ; ETIOLOGY ;
      POISONING ; POLYVINYLS ; PREGNANCY ; REVIEW ; VINYL COMPOUNDS
RN  - 9002-86-2 ; 75-01-4


56
AU  - O'Donoghue JL
SO  - Neurotoxicity of Industrial and Commercial Chemicals, J. L.
      O'Donoghue, Editor; CRC Press, Inc., Boca Raton, Florida, Vol. 2,
      pages 99-126, 221 references, 1985
TI  - Aliphatic Halogenated Hydrocarbons, Alcohols, and Acids and
      Thioacids
AB  - The toxic effects of aliphatic chlorinated, brominated, fluorinated
      and iodinated hydrocarbons, alcohols, acids, and thioacids, were
      reviewed, with emphasis on their action at the central
      nervous system in both man and experimental animals as well as their
      metabolism and effects on other organs.  According to available
      evidence, 2-chloropropionic-acid (598787), 2-bromopropionic-acid
      (598721), 2-bromobutyric-acid (80580), 1-bromopropionic-acid, and
      1-bromopentane induced identical cerebellar granule cell necrosis
      and had about the same toxic action in other organs;
      2-mercaptopropionic-acid also induced identical granule cell damage.
       Methyl-iodide (74884), methyl-bromide (74953), methyl-chloride
      (74839) and ethyl-chloride (75003) were also shown to induce signs,
      symptoms or lesions of the cerebellum in both humans and
      experimental animals.  The toxic effects of vinyl-chloride (75014),
      carbon-tetrachloride (56235), trichlorotrifluoroethane (76131),
      trichloroethylene (79016), allyl-chloride (107051),
      dichloroacetic-acid (79436) and 3-mercaptopropionic-acid (107960)
      were also reviewed.  The author concludes that many of the compounds
      have an apparent affinity for the cerebellum.
KW  - DCN-158155 ; Chlorinated hydrocarbons ; Brominated hydrocarbons ;
      Fluorinated hydrocarbons ; Chlorinated ethanes ; Chlorinated
      ethylenes ; Aliphatic hydrocarbons ; Toxicology ; Neurotoxicity ;

R&S 002172

```
         Fumigants
RN  -  598-78-7; 598-72-1; 80-58-0; 74-88-4; 74-95-3; 74-83-9; 75-00-3;
       75-01-4; 56-23-5; 76-13-1; 79-01-6; 107-05-1; 79-43-6; 107-96-0


57
AU  -  Purchase IFH
SO  -  Risk Quantitation and Regulatory Policy.  19 Banbury Report.  Hoel,
       D. G., R. A. Merrill, and F. P. Perera, Editors; Cold Spring Harbor,
       New York, Cold Spring Harbor Laboratory, pages 175-186, 23
       references, 1985
TI  -  Carcinogenic Risk Assessment: A Toxicologist's View
AB  -  A scheme for risk management is presented and discussed.  Major
       components of risk management are: Hazard identification, hazard
       assessment, risk assessment, risk evaluation, and control measures.
       Carcinogenic risk assessment begins with an assessment of the hazard
       and relates it to actual circumstances of exposure.  This requires
       an estimate of the hazard at doses well below those which are of
       practical use in laboratory experiments, judgement of the relevance
       of the hazard to man, and a projection of its magnitude.  Low dose
       extrapolation by mathematical models fails to take into account
       complexities of biological processes and frequently relies on
       inadequate experimental data.  Epidemiological studies on about
       50,000 exposed people have confirmed that vinyl-chloride (75014)
       (VC) produces angiosarcoma of the liver and brain tumors, but have
       not provided adequate information on dose response due to lack of
       accurate exposure data.  Present evidence suggests that the VC dose
       in man to produce a risk of 10(-6) is likely to be in excess of 100
       parts per billion.  Observations on the metabolism and carcinogenic
       effect of trichloroethylene (79016) indicate that the compound is
       carcinogenic by a nongenetic mechanism, which involves stimulation
       of hepatic peroxisomes.  Recent evidence indicates that clear
       thresholds may be present for genotoxic carcinogens.  For
       nongenotoxic carcinogens, the threshold may be determined by
       establishing a limit for the primary toxic event.  Data derived from
       human observations provide the most relevant risk estimation.
       Overall risk assessment is obtained by integration of data from
       experimental work, epidemiology, and extent of exposure.
KW  -  DCN-152015 ; Biohazards ; Hazardous materials ; Risk analysis ; Risk
       factors ; Carcinogenesis ; Dose response ; Chemical properties ;
       Toxicology
RN  -  75-01-4; 79-01-6


58
AU  -  Bi W ; Wang Y ; Huang M ; Meng D
SO  -  Ecotoxicology and Environmental Safety, Vol. 10, No. 3, pages
       281-289, 9 references, 1985
TI  -  Effect Of Vinyl Chloride On Testis In Rats
AB  -  The effects of exposure to vinyl-chloride (75014) (VC) on testicular
       lesions were studied in 300 male adult Wistar-rats.  Animals were
       exposed via inhalation to 0, 10, 100, or 300 parts per million (ppm)
       VC for 6 hours per day, 6 days per week, up to 12 months.  Animals
       were serially sacrificed at 3, 6, or 12 months of treatment, while
       the remainder were sacrificed after 18 months.  Autopsies were
       performed, and testes, lungs, liver, heart, kidneys, spleen, and
       brain were examined visually and microscopically for focal and
       generalized lesions and hemorrhage.  Pathological changes to the
       testes were graded according to the number of damaged testicular
       seminiferous tubules counted under the microscope.  After VC
       exposure, the organ and body weight ratio for the kidney, liver,
```

R&S 002173

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/04/10    Page 137 of 178

spleen, and heart were increased, but those of the testis were decreased in month 6.  The weights of testes were decreased and damage to the testicular seminiferous tubules was observed at incidence rates of 18.9, 29.7, 36.5, and 56.0 percent in the control, 10, 100, and 3,000ppm groups, respectively.  The authors conclude that there is an obvious dose/response relation between the concentration of VC and the incidence of testis damage in exposed rats.

KW  - DCN-146856 ; Biological effects ; Exposure levels ; Reproductive system ; Brain function ; Microscopic analysis ; Toxic materials ; Inhalants ; Dose response ; Pathology

RN  - 75-01-4

59
AU  - Moss AR
SO  - Journal of Toxicology and Environmental Health, Vol. 16, No. 5, pages 703-711, 31 references, 1985
TI  - Occupational Exposure And Brain Tumors
AB  - Epidemiological and laboratory evidence of brain tumors caused by occupational exposure to carcinogens is reviewed.  Brain tumors, and the glioma series tumors in particular, are considered likely suspects in the search for occupationally related tumors.  Some evidence of an excess of brain tumors has been reported for rubber workers, chemists, workers exposed to vinyl-chloride (75014), and petrochemical workers.  A NIOSH study published in 1976 observed a significantly increased relative risk for brain tumors among vinyl-chloride workers exposed more than 15 years.  To date, vinyl-chloride is the only occupational chemical carcinogen identified as a central nervous system carcinogen.  The excess risk of brain tumors might not have been recognized had they not been discovered in the study of the rarer angiosarcoma of the liver associated with vinyl-chloride exposure.  Several studies have given reasonably clear indications of an association between petrochemical exposure and brain cancer.  No specific causative factor has been identified.  No occupational nervous system carcinogen has been identified for the rubber industry or for chemists.  Recent studies show that nuclear fabrication workers also appear at increased risk of brain tumors as well as increased risk of melanoma.  The author concludes that a coherent program of research is required for the petrochemical and nuclear fabrication industries where increased risk of brain tumors appears associated with occupation.

KW  - DCN-144839 ; Occupational hazards ; Tumorigens ; Industrial exposures ; Exposure levels ; Carcinogenesis ; Workplace studies ; Brain function ; Environmental factors ; Cancer ; Epidemiology ; Health hazards

RN  - 75-01-4

60
AU  - James RC
SO  - Industrial Toxicology: Safety and Health Applications in the Workplace, Williams, P. L., and J. L. Burson, Editors; Van Nostrand Reinhold Company, New York, pages 230-259, 15 references, 1985
TI  - The Toxic Effects Of Organic Solvents
AB  - General toxicities of the major classes of organic solvents are reviewed and structure/function relationships are examined.  The two most common toxic effects of organic chemicals are depression of central nervous system activity and irritation of membranes and tissues, which may be accompanied by hepatotoxicity, nephrotoxicity, and cardiac arrhythmias induced by a sensitization of the heart to

R&S 002174

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 138 of 178

catecholamines.  In general, the symptomatology of any particular
hydrocarbon poisoning often provides little data on the specific
solvent in question.  The toxic properties of aliphatic organic
solvents, both saturated and unsaturated, are described.  It is
noted that the unsaturated double bond in the hexene and heptene
series apparently abolishes the neurotoxic effects observed with
chronic hexane or heptane exposure, a change that could be related
to an alteration in the metabolism of the olefinic compounds.  The
toxic properties of alicyclic solvents are noted.  Aromatic
hydrocarbon solvents are described and the distinguishing
characteristics of the coma induced by such substances as benzene
(71432) are considered.  The toxicity of toluene (108883) and the
xylenes is also described.  The general toxicology of polycyclic
aromatic hydrocarbons, their metabolites, tissue distribution, and
metabolism as well as teratogenicity and carcinogenicity are
discussed.  The comparative toxicity of alcohols is examined and
symptoms of poisoning by methanol (67561), ethanol (64175), and
other alcohols are given.  Irritating effects of aldehydes, their
sensitizing properties, and mutagenic effects are discussed with
attention given to formaldehyde (50000), acetaldehyde (75070),
acrolein (107028), chloral (75876), and chloral-hydrate (302170).
The toxic properties of ketones, including acetone (67641) and
methylisopropenylketone (814788) are examined.  Toxic properties of
carboxylic acids, esters, ethers, phenols, halogenated alkanes,
particularly vinyl-chloride (75014), amides, aliphatic nitro
compounds, and nitriles are discussed.  The corrosive properties of
amine substituted chemicals, their absorption, methemoglobin
formation, and sensitizing functions are reported.
KW  - DCN-143220 ; Toxic materials ; Neurotoxic effects ; Health hazards ;
      Metabolic study ; Hepatotoxicity ; Chemical properties ; Carcinogens
      ; Nephrotoxicity ; Biological effects
RN  - 71-43-2; 108-88-3; 67-56-1; 64-17-5; 50-00-0; 75-07-0; 107-02-8;
      75-87-6; 302-17-0; 67-64-1; 814-78-8; 75-01-4

61
AU  - Kahn H
SO  - Scandinavian Journal of Work, Environment and Health, Vol. 11, No.
      4, pages 241-248, 61 references, 1985
TI  - Research Results Of Soviet Scientists In Some Problems Of
      Occupational Medicine: Review Of The Years 1981-1984
AB  - Occupational medicine in Russia is reviewed.  Maximum allowable
      concentrations in work zone air for new industrial toxic substances
      need to be established.  These limits often consider mutagenic,
      teratogenic, and other biological effects.  Special attention is
      being paid to substances that can be absorbed through the skin and
      to combined effects such as simultaneous exposure to carbon-monoxide
      (630080) and vibration.  Occupational physiology and psychology
      studies are becoming more common.  These have application in the
      early diagnosis of some types of industrial poisoning such as that
      due to chromium compounds.  Studies of occupational pathology are
      becoming of greater interest.  These have helped define vibration
      disease hypertension, which is thought to occur in as many as 20
      percent of exposed workers.  Diseases of the nervous system have
      been studied in miners of the far north.  These diseases account for
      over 40 percent of the deaths in this group.  Studies that deal with
      the mutagenicity of hazardous industrial substances or with the
      effect of these factors on reproduction are examined.  Studies on
      the effect of methyl-methacrylate (80626) and vinyl-chloride (75014)
      on the sexuality of male workers indicate that sexual disturbances

R&S 002175

Case 3:08-cv-00612-RET-SCR   Document 68-1   01/01/10   Page 103 of 178

R&S 002176

may be of use in early diagnosis.  The author concludes that the
rapid development of science and technology has broadened the
problems of occupational health, making information exchanges
between countries extremely important.

KW  - DCN-140607 ; Physiological measurements ; Industrial hazards ;
      Industrial exposures ; Physiology ; Industrial environment ;
      Industrial hygiene ; Workplace studies
RN  - 630-08-0; 80-62-6; 75-01-4


62
AU  - Carpentier P ; Vila A ; Reymond F ; Puech AM ; Laperrousaz P ;
      Dimitriou R ; Franco A ; Maillion JM
SO  - Archives des maladies professionnelles de m:edecine du travail et de
      s:ecurit:e sociale  1985, Vol.46, No.7-8, p.459-463. Illus. 18 ref.
TI  - Chronic vinyl chloride poisoning and Raynaud's phenomenon
AB  - Physiopathology of Raynaud's phenomenon in 11 subjects with vinyl
      chloride disease. Results of various tests were compared with those
      of exposed subjects without Raynaud's phenomenon and with those of
      unexposed controls. While capillaroscopy showed no significant
      anomalies, plethysmography revealed a greater degree of cold-induced
      vasoconstriction among the exposed workers (with or without
      Raynaud's phenomenon) than among the controls. In particular,
      electrophysiological tests showed changes in peripheric nerve
      conduction velocity along the median and cubital nerves in exposed
      subjects with Raynaud's phenomenon, which is evidence for peripheral
      nerve dysfunction in vinyl chloride disease. This dysfunction might
      have a role in the physiopathology of Raynaud's phenomenon in this
      condition.
KW  - RAYNAUD'S PHENOMENON ; CHRONIC POISONING ; VINYL CHLORIDE ;
      PLETHYSMOGRAPHY ; NERVOUS CONDUCTION ; NERVOUS FUNCTION TESTS ;
      DISEASES OF AUTONOMIC NERVOUS SYSTEM ; ILO
RN  - 75-01-4


63
AU  - Holmberg B
SO  - Progess in Clinical and Biological Research, Industrial Hazards of
      Plastics and Synthetic Elastomers, Vol. 141, Jarvisalo, J., P.
      Pfaffli, and H. Vainio, Editors; pages 99-112, 71 references, 1984
TI  - The Toxicology Of Monomers Of The Polyvinyl Plastic Series
AB  - The toxicology of monomers of the polyvinyl plastic series is
      reviewed.  The polyvinyl series of thermoplastics is of great
      commercial and technical importance.  Vinyl-chloride (75014) is
      widely produced for plastic production.  Its acute toxicity is low
      in terms of lethality.  The primary acute effect is central nervous
      system depression.  Vinyl-chloride is rapidly absorbed by the lungs
      and is readily metabolized.  It is mutagenic and is certainly a
      multipotential carcinogenic. Animal studies indicate that blood
      vessels are target tissues, a finding corroborated by human data
      showing skin capillary changes, Raynaud's phenomenon and
      acroosteolysis among workers exposed to polyvinyl-chloride
      (9002862).  Liver involvement in chronic vinyl-chloride exposure was
      recognized later than the immediate effects of central nervous
      system depression and acroosteolysis. Occupational standards in
      many countries for vinyl-chloride exposure have been lowered in view
      of the tumors, particularly of the liver, associated with long term
      exposure.  Vinylidene-chloride (75354), a vinyl-chloride copolymer,
      has considerable commercial importance as well.  As a liquid it is
      irritating to the skin.  The vapor can cause nasal irritation.
      Although not teratogenic in rats and rabbits, vinylidene-chloride is

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 140 of 178

mutagenic to Salmonella after microsomal activation and is mutagenic
in some other cell types.  In mice, rats and hamsters it is
carcinogenic.  Data on human populations is limited and no
conclusions can yet be drawn about long term hazards.  Vinyl-acetate
(108054) is used in production of homopolymers and copolymers, and
in synthesis of other chemicals.  The acute toxicity is more
moderate, and mutagenicity and carcinogenicity have not been
demonstrated in animals.  Vinylcyclohexene-dioxide is, however, a
suspected carcinogen.

KW  - DCN-146671 ; Toxic materials ; Hazardous materials ; Health hazards
     ; Liver function ; Skin exposure ; Chemical properties ; Exposure
     levels ; Industrial exposures ; Hepatotoxicity ; Inhalants ;
     Biological effects
RN  - 75-01-4; 9002-86-2; 75-35-4; 108-05-4


64
AU  - Hemminki K ; Lindbohm M-L ; Hemminki T ; Vainio H
SO  - Progress in Clinical and Biological Research, Industrial Hazards of
     Plastics and Synthetic Elastomers, Vol. 141, Jarvisalo, J., P.
     Pfaffli, and H. Vainio, Editors; pages 79-87, 10 references, 1984
TI  - Reproductive Hazards And Plastics Industry
AB  - The effects of occupational exposures within the plastics industry
     on the reproductive system are reviewed.  Paternal exposure to
     vinyl-chloride (75014) has resulted in increased rates of
     spontaneous abortions.  Higher than average prevalence rates of
     malformations in offspring of plastics workers have been observed.
     Female workers exposed to styrene (100425) have had more spontaneous
     abortions than the average, and offspring with central nervous
     system malformations.  Significantly more spontaneous abortions have
     occurred in a group of females exposed to ethylene-oxide (75218).
     Unpublished studies of plastics industry workers support the
     published findings.  Because the plastics industry is likely to
     expand in the future, a special research effort is needed to
     evaluate the health effects of commonly used substances in the
     industry.  Reproductive epidemiology has the potential of detecting
     occupational hazards with reasonable accuracy, relatively shortly
     after exposure.  However, because reproductive epidemiology is a new
     discipline, it may be compounded by unknown selection mechanisms
     relating to pregnancy and employment that need to be resolved before
     causal relationships can be established.
KW  - DCN-146528 ; Health hazards ; Epidemiology ; Occupational hazards ;
     Biological effects ; Reproductive effects ; Industrial environment ;
     Workplace studies ; Analytical methods ; Clinical symptoms ;
     Exposure levels
RN  - 75-01-4; 100-42-5; 75-21-8


65
AU  - Langauer-Lewowicka H ; Kurzbauer H ; Byczkowska Z ; Wocka-Marek T
SO  - International Archives of Occupational and Environmental Health,
     Vol. 52, No. 2, pages 151-157, 21 references, 1983
TI  - Vinyl Chloride Disease Neurological Disturbances
AB  - The neurologic effects from vinyl-chloride (75014) (VC) exposure
     were evaluated among humans.  A group of 155 males and 45 females
     employed for 1 to 25 years in a facility producing VC (SIC-2869) by
     the emulsion method was tested for neurological abnormalities.
     Laboratory tests for serum protein concentration, cholinesterase,
     thymol, glutamate-pyruvate-transaminase (GPT), and
     gamma-glutamyl-transpeptidase (gamma GTP) were performed.  Reports
     of narcotic states were used to estimate air concentrations of VC.

R&S 002177

Case 3:08-cv-00612-RET-SCR   Document 68-1   01/01/10   Page 141 of 178

Smoking and alcohol habits were noted.  Twenty nine percent of the workers had no complaints nor organic changes in the nervous system, 27 percent had asthenovegetative syndrome, and 44 percent had both asthenovegetative syndrome and organic neurological disorders.  Many had headaches during the work day.  Those with organic changes had pyramidal signs, cerebellar disturbances and trigeminal neuropathy, and three had extrapyramidal disturbances.  There was an increase in gamma GTP among workers with neurological symptoms.  No differences in serum protein concentration, GPT, thymol concentration, nor cholinesterase were found between the symptomatic and asymptomatic groups.  Smoking and alcohol abuse was more frequent among workers without symptoms.  About one half of the workers with neurological disease had been exposed to high VC concentration, based on the report of narcotic symptoms.  The authors conclude that neurological troubles can develop from VC exposure.

KW  - DCN-142247 ; Industrial chemicals ; Polymers ; Plastics ; Neurotoxic effects ; Occupational exposure ; Employee exposure ; Biological effects ; Medical research ; Medical surveys ; Physiological chemistry ; Enzyme activity

RN  - 75-01-4


66
AU  - Austin SG ; Schnatter AR
SO  - Journal of Occupational Medicine, Vol. 25, No. 4, pages 313-320, 10 references, 1983
TI  - A Case-Control Study Of Chemical Exposures And Brain Tumors In Petrochemical Workers
AB  - The relationship between occupational chemical exposure and death due to brain tumors was investigated among petrochemical workers. Cases of 21 workers who died of primary brain tumors were compared to a group of workers who died of other neoplasms and a group whose deaths were unrelated to cancer.  Exposure to benzene (71432), ethylene-dichloride (107062), ethylene-oxide (75218), diethyl-sulfate (64675), and vinyl-chloride (75014) was determined based on job.  A group of 37 other chemicals to which four brain tumor cases had been exposed was studied.  The proportion of cases exposed to a chemical was compared to the proportion of comparisons exposed to the same chemical.  The proportion of glioma cases was calculated.  A slightly higher proportion of brain tumor cases than comparisons were employed fewer than 10 years.  Cases and comparisons were similar in year of hire, payroll status, and race. Fewer cases survived to 70 years of age.  Exposure determinations could not be made for about 55 percent of the cases and about 59 percent of comparisons.  Analyses using hourly workers, who are more likely to be exposed than salaried workers, indicated little difference between cases and comparisons.  There appeared to be less frequent exposure to the 37 other chemicals among cases than comparisons.  The authors conclude that there is no evidence that exposures to the chemicals studied are related to brain tumor deaths.

KW  - DCN-141124 ; Humans ; Employee exposure ; Quantitative analysis ; Disease incidence ; Industrial medicine ; Industrial chemicals ; Cancer rate ; Mortality surveys ; Risk analysis ; Toxicopathology

RN  - 71-43-2; 107-06-2; 75-21-8; 64-67-5; 75-01-4


67
AU  - Nicholson WJ ; Henneberger PK ; Seidman H
SO  - Industrial Hazards of Plastics and Synthetic Elastomers, Jarvisalo, J., P. Pfaffli, and H. Vainio, Editors; Alan R. Liss, Inc., New

R&S 002178

Case 3:08-cv-00612-RET-SCR    Document 88-1    01/31/10    Page 142 of 178

York, pages 155-175, 53 references, 1984
TI  - Occupational Hazards In The VC-PVC Industry
AB  - Occupational hazards in the vinyl-chloride (75014) (VC)
      polyvinyl-chloride (9002862) (PVC) industry are reviewed. Mortality
      studies of VC workers, examining 12 independent cohorts, show
      standardized mortality ratios (SMRs) for cancer of all sites ranging
      from 81 to 230 and SMRs for liver cancer ranging from 167 to 2,500.
      Hemangiosarcomas are reported in 8 of the 12 studies. Evidence for
      lung cancer is less clear, with SMRs for respiratory cancers in
      these studies ranging from 35 to 289. Cancers of the brain and
      central nervous system are significantly elevated in a number of the
      studies, although results differ considerably across studies. For
      lung, brain and central nervous system cancers, data from animals is
      equivocal. Follow up studies to determine whether a high risk of
      liver cancer continues, following significant exposure reductions
      made in 1974 when the link with VC was first recognized, show that
      the risk of neoplastic VC disease continues undiminished. Morbidity
      and clinical findings among VC exposed workers are described.
      Raynauds phenomenon, acroosteolysis, scleroderma like skin lesions,
      hepatomegaly and splenomegaly with non cirrhotic hepatic fibrosis,
      and severe portal hypertension are reported in association with past
      heavy VC exposures. Increased frequency of chromosome abnormalities
      in the lymphocyte cultures of VC workers are reported, but later
      sampling suggests decreased chromosomal abnormalities attributable
      to decreased exposures. In the PVC processing industry,
      documentation of only two hemangiosarcomas is reported. A
      proportionate mortality study of 4,341 deaths of former employees of
      17 PVC facilities shows an excess in total cancer mortality in white
      males and females and an excess of breast cancer in females.
      Pulmonary deficits, X-ray abnormalities and perhaps lung cancer are
      associated with VC/PVC exposures. The authors conclude that studies
      of VC production workers suggest an enormously elevated risk of
      liver malignancies and the possibility of an increased risk of brain
      and central nervous system tumors. Engineering controls during
      polymer drying, bagging, and usage are warranted.
KW  - DCN-139854 ; Cancer ; Mortality data ; Industrial processes ;
      Polymers ; Exposure levels ; Accident potential ; Plasticizing ;
      Elastic properties ; Quantitative analysis ; Industrial engineering
      ; Accident prevention
RN  - 75-01-4; 9002-86-2


68
AU  - Holmberg B
SO  - Industrial Hazards of Plastics and Synthetic Elastomers, Jarvisalo,
      J., P. Pfaffli, and H. Vainio, Editors; Alan R. Liss, Inc., New
      York, pages 99-112, 72 references, 1984
TI  - The Toxicology Of Monomers Of The Polyvinyl Plastic Series
AB  - Studies on the toxicity of monomers of the polyvinyl plastic series
      are reviewed. Substances within the polyvinyl series include:
      polyvinyl-chloride (9002862); vinyl-chloride (75014) copolymers;
      polyvinylidene-chloride (9002851); polyvinyl-acetate (9003207);
      polyvinyl-alcohol (9002895); polyvinyl acetals; and polyvinyl
      ethers. The acute toxicity of vinyl-chloride is low in terms of
      lethality, but the agent is rapidly absorbed by the lung.
      Vinyl-chloride is both mutagenic and poses a carcinogenic risk to
      those exposed to the substance. Vinylidene-chloride has been found
      to irritate the skin and nasal passages of animals and is also
      considered carcinogenic in animals. Data on human populations is
      limited. Vinyl-acetate has affected livers, blood, and central

R&S 002179

Case 3:08-cv-00612-RET-SCR Document 68-1 01/01/10 Page 143 of 178

R&S 002180

nervous systems of test animals. Vinyl-acetate has also been a nasal and eye irritant to humans. Vinylcyclohexene-dioxide (106876) is of low acute toxicity for test animals. Irritations of the skin, respiratory system, and the eyes have been observed. Although limited studies are available, the toxicological information on this agent suggests low exposure limits. Vinylcyclohexene-dioxide is a suspected carcinogen.

KW - DCN-139316 ; Toxic effects ; Industrial hygiene ; Plastics ; Synthetic fibers ; Exposure limits ; Industrial hazards ; Plasticizers ; Elastic properties ; Synthetic materials ; Chemical analysis ; Toxic materials

RN - 9002-86-2; 75-01-4; 9002-85-1; 9003-20-7; 9002-89-5; 106-87-6

69

AU - Kalmaz EE ; Kalmaz GD

SO - Regulatory Toxicology and Pharmacology, Vol. 4, No. 1, pages 13-27, 81 references, 1984

TI - Carcinogenicity And Epidemiological Profile Analysis Of Vinyl Chloride And Polyvinyl Chloride

AB - Carcinogenicity caused by vinyl-chloride (75014) and polyvinyl-chloride (9002862) exposure is reviewed. Vinyl-chloride and polyvinyl-chloride are among the most widely used synthetic organic chemicals. In the workplace, the production processes, the final product, and other materials used for production must be considered before valid toxicological and health effects can be assessed. Exposure in work environments is generally at higher concentrations than that which occurs in the general environment. A historical perspective of the carcinogenicity of vinyl-chloride and polyvinyl-chloride is given. Studies have indicated that workers in synthetic chemicals industries are susceptible to the toxicity and carcinogenicity of these chemicals. Bioassays demonstrate that vinyl-chloride and polyvinyl-chloride induced cancer is seen in the lung, liver, brain, and lymphatic system. Mutagenicity studies in humans and microorganisms demonstrate clearly that vinyl-chloride is a potent mutagen. Recent studies of liver cancer patients who were occupationally exposed to vinyl-chloride are summarized. The incidences of lung cancer and other complications in humans are described; mortality from lung and breast cancer of workers exposed to vinyl-chloride and polyvinyl-chloride is examined. The synthetic chemicals industry employs thousands of workers and these workers are exposed on an average to 0.1 milligram vinyl-chloride or polyvinyl-chloride per cubic meter of air.

KW - DCN-138627 ; Carcinogenesis ; Quantitative analysis ; Cancer ; Biology ; Toxicology ; Analytical models ; Toxic materials ; Epidemiology ; Biological effects ; Analytical instruments ; Toxic effects

RN - 75-01-4; 9002-86-2

70

AU - Falk H

SO - Environmental and Occupational Medicine, pages 579-588, 79 references, 1983

TI - Vinyl Chloride And Polyvinyl Chloride

AB - Medical and epidemiological findings involving vinyl-chloride (75014) (VC) and polyvinyl-chloride (9002862) (PVC) are reviewed. PVC is used in building and construction, home furnishings, recreational products, packaging, apparel, and transportation materials. Two very uncommon diseases, acroosteolysis and hepatic angiosarcoma, are linked to workers involved with PVC

Case 3:08-cv-00612-RET-SCR Document 47-9 06/03/2009 Page 143 of 178

Case 3:08-cv-00612-RET-SCR Document 68-1 01/01/10 Page 144 of 178

polymerization. In acroosteolysis, the main symptoms include
Raynaud's phenomenon, osteolysis in the terminal phalanges, and
thickening of the skin or raised nodules on the hands and forearm.
Acroosteolysis occurs primarily in workers involved in the manual
cleaning of reactors. Recent reports have identified some systemic
changes in skin, bones, and the sacroiliac joint. Vascular changes
in the digital arteries of the hand are also associated with
acroosteolysis, including narrowing of the lumen and partial or
total occlusion. Hepatomegaly in VC workers is associated with
abnormalities of liver function tests. The earliest findings in the
precursor stage are areas of combined hyperplasia of hepatocytes and
sinusoidal cells associated with an excess of reticulin and
sinusoidal dilation. Exposure to PVC dust has resulted in
deterioration of lung function, slight abnormalities of the chest
radiograph, and complaints of slight dyspnea. Cytogenetic studies
indicate increased frequencies of chromosomal aberrations of
peripheral lymphocytes from VC exposed workers. High rates of
congenital anomalies of the central nervous system have been
reported in communities with PVC polymerization facilities. Other
effects reported include hypertension changes and symptoms such as
headaches and fatigue. Cases of hepatic angiosarcoma have been
reported in individuals exposed to lesser concentrations of VC than
PVC polymerization workers. Studies on animals have identified a
multiplicity of tumors, in addition to hepatic angiosarcoma,
following exposure to VC. OSHA requires that worker exposure to VC
not exceed 1 part per million during an 8 hour time weighted
average.

KW  - DCN-137809 ; Lung irritants ; Occupational exposure ; Industrial
chemicals ; Health standards ; Gas detectors ; Exposure levels ;
Lung lesions ; Toxicology ; Workers ; Industrial emissions ;
Airborne particles

RN  - 75-01-4; 9002-86-2

71

AU  - Heinrichs WL

SO  - Clinical Obstetrics and Gynecology, Vol. 26, No. 2, pages 429-436,
16 references, 1983

TI  - Reproductive Hazards Of The Workplace And The Home

AB  - Chemicals that adversely interfere with human reproductive processes
and that may be present in the home or workplace are discussed.
Confirmation through animal studies of reproductive effects is also
given. Discussed are alcohol (64175), aminopterin (54626),
anesthetic gases, carbon-disulfide (75150), DDT (50293),
dibromo-chloropropane (96128), diethylstilbestrol (56531) (DES),
diphenylhydantoin (57410) (DPH), ethylene-dibromide (106934),
hexachlorobenzene (118741), kepone (143500), lead (7439921) and
other smelter emissions, methylmercury (22967926), polychlorinated
biphenyls (PCBs), thalidomide (50351), cigarette smoke,
vinyl-chloride (75014), and warfarin (81812). Chemicals of heavy
metals and halogenated hydrocarbons frequently affect various
reproductive processes. The substances discussed most commonly
increased the number of abortions. They included aminopterin,
anesthetic gases, carbon-disulfide, DES, vinyl-chloride, cigarette
smoke, pesticides, lead, various laboratory chemicals, and DPH.
Reduced birth weight can be caused by alcohol, anesthetic gases,
lead, pesticides, and PCBs. Carbon-disulfide, DDT, DES, lead,
warfarin, and cigarette smoking contribute to premature births.
Other chemicals can cause such problems as stillbirth, congenital
malformations, libido or erection failure, azoospermia, testicular

R&S 002181

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 145 of 178

atrophy, decreased fertility, skeletal and central nervous system
anomalies, menstrual disorders, and increased infant death rates.

KW  - DCN-136019 ; Pregnancy ; Health hazards ; Health surveys ; Trace
substances ; Trace analysis ; Work environment ; Chemical analysis ;
Workplace studies ; Trace metals ; Occupational hazards ;
Environmental contamination

RN  - 64-17-5; 54-62-6; 75-15-0; 50-29-3; 96-12-8; 56-53-1; 57-41-0;
106-93-4; 118-74-1; 143-50-0; 7439-92-1; 22967-92-6; 50-35-1;
75-01-4; 81-81-2


72
AU  - Barhad B
SO  - Encyclopaedia of Occupational Health and Safety, Vol. 2, pages
1646-1649, 6 references, 1983
TI  - Petrochemicals
AB  - Health risks associated with exposure to petrochemicals are
reviewed.  The high pressures employed in certain petrochemical
processes constitute a considerable fire and explosion hazard.  The
high temperatures encountered in other petrochemical processes may
increase human susceptibility to toxic substance exposure.  This
hazard is compounded by the presence of impurities in atmospheric
pollutants released by petrochemical processes.  Experimental
toxicology has demonstrated that peripheral neuropathies result from
exposure to n-hexane (110543), methylbutylacetone, acrylamide
(79061), and a mixture of n-hexane and toluene (108883).
Occupational exposure to other substances contained in
petrochemicals, such as vinyl-chloride (75014), benzene (71432), and
bis-(chloromethyl)-ether, also produces a carcinogenic effect.
Petrochemical exposure may result in mutagenicity; however, the
disease most commonly encountered among petrochemical workers is
allergic or mycotic dermatitis.  Protective equipment geared to suit
the individual requirements of a given work place should be issued.
Workers should also receive preemployment and periodic medical
examinations, adapted to the nature and degree of the hazard.  Any
contraindication of proximity to toxic substances should receive
special attention.

KW  - DCN-135702 ; Industrial chemicals ; Organic chemicals ; Toxic
effects ; Safety research ; Petroleum products ; Neurotoxic effects
; Protective measures ; Safety measures ; Medical monitoring ;
Ventilation systems ; Air contamination

RN  - 110-54-3; 79-06-1; 108-88-3; 75-01-4; 71-43-2


73
AU  - Walles SAS ; Holmberg B
SO  - Cancer Letters, Vol. 25, No. 1, pages 13-18, 24 references, 1984
TI  - Induction Of Single-Strand Breaks In DNA Of Mice After Inhalation Of
Vinyl Chloride
AB  - Vinyl-chloride (75014) induced single strand breaks in DNA were
investigated in mice.  Female NMRI-mice were exposed 6 hours a day,
5 days a week, to 500 parts per million vinyl-chloride.  Animals
were killed 2 or 18 hours after exposure and cells from liver,
kidney, lung, spleen, and brain were examined for single strand
breaks.  Mice killed 2 hours after an exposure of 117 hours showed
increased single strand breaks in the lungs, liver, and kidney, but
not in the brain.  A plateau was reached for the kidney and lungs
after 80 and 120 hours of exposure, respectively.  The livers showed
a slight increase of single strand breaks throughout the exposure
period.  The spleen showed a statistically significant increase in
single strand breaks only at 234 hours.  The number of single strand

R&S 002182

Case 3:08-cv-00612-RET-SCR Document 68-1 01/01/10 Page 146 of 178

breaks after 234 hours of exposure was similar for kidney, lungs,
and liver. Mice killed 18 hours after vinyl-chloride exposure
showed normal single strand break values for kidneys, lung, and
liver at 36 hours. After 114 and 231 hours of exposure the single
strand break value for kidney, lung, and liver remained elevated,
even 18 hours after exposure had ended. Brain single strand break
values were increased for 18 hours after 114 hours of vinyl-chloride
exposure. The single strand break values in brain at other exposure
periods were inconsistent. The authors conclude that the lung is
the most sensitive organ for vinyl-chloride carcinogenicity in mice.

KW - DCN-132971 ; Halogenated compounds ; Nucleic acids ; Kidney damage ;
Tumorigenesis ; Quantitative analysis ; Kidneys ; Animal studies ;
Liver ; Toxicology ; Tumorigens ; Tumors

RN - 75-01-4

74
AU - Wagoner JK
SO - Environmental Health Perspectives, Vol. 52, pages 61-66, 41
references, 1983
TI - Toxicity Of Vinyl Chloride And Poly(Vinyl Chloride): A Critical
Review
AB - The toxicity of vinyl-chloride (75014) (VC) and polyvinylchloride
(9002862) (PVC) is reviewed. Adenomas and adenocarcinomas of the
lung, angiosarcomas of the liver and other sites, lymphomas, mammary
carcinomas, neuroblastomas of the brain, and other tumors have been
induced in mice, rats, and hamsters exposed by inhalation to VC.
Studies have shown an increased risk of liver angiosarcoma and
cancers of other sites among employees of VC polymerization
facilities. Indirect modes of exposure to VC have been shown to be
associated with an excess risk of cancer. Liver angiosarcoma has
been reported in individuals living less than 2 miles from
facilities polymerizing VC or fabricating PVC. Experimental
bioassay and epidemiological studies have shown high agreement for
carcinogenicity of VC, specifically for liver angiosarcoma. The
excess of liver angiosarcoma has been shown to persist from
polymerization of VC to residences near such facilities.
Experimental and epidemiological data indicate that PVC dust is
probably associated with both neoplastic and non neoplastic
respiratory effects.
KW - DCN-126801 ; Plastics ; Adenocarcinomas ; Carcinogenicity ; Liver
cancer ; Brain tumors ; Lung cancer ; Risk factors ; Occupational
exposure ; Industrial emissions
RN - 75-01-4; 9002-86-2

75
AU - THERIAULT GP ; GOULET L
SO - GEOGR MED; 13:25-34,1983
TI - MALFORMATIONS IN A RESIDENTIAL COMMUNITY NEAR A VINYL CHLORIDE
FACTORY
AB - ETIC/ORNL
KW - NERVOUS SYSTEM ; SENSE ORGANS ; CRANIUM AND FACE ; CARDIOVASCULAR
SYSTEM ; RESPIRATORY SYSTEM ; DIGESTIVE SYSTEM ; UROGENITAL SYSTEM ;
GENETICS ; VIABILITY, FERTILITY, AND MORTALITY ; ENDOCRINE SYSTEM ;
MUSCULOSKELETAL SYSTEM ; VINYL CHLORIDE ; INDUSTRIAL PROXIMITY ; SEX
; YEAR ; MAMMAL,HUMAN ; HOMO SAPIENS
RN - 75-01-4

76
AU - HEMMINKI K ; LINDBOHM ML ; HEMMINKI T ; VAINIO H

R&S 002183

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 147 of 178

R&S 002184

```
SO  - PROG CLIN BIOL RES; 141:79-87,1984
TI  - REPRODUCTIVE HAZARDS AND PLASTICS INDUSTRY, IN: INDUSTRIAL HAZARDS
      OF PLASTICS AND SYNTHETIC ELASTOMERS
AB  - ETIC/ORNL
KW  - VIABILITY, FERTILITY, AND MORTALITY ; MUSCULOSKELETAL SYSTEM ;
      CRANIUM AND FACE ; NERVOUS SYSTEM ; DIGESTIVE SYSTEM ;
      CARDIOVASCULAR SYSTEM ; OCCUPATION,PLASTIC INDUSTRY ;
      OCCUPATION,PHARMACEUTICAL INDUSTRY ; OCCUPATION,LAUNDRY ; AGE ; YEAR
      ; OCCUPATION,RAYON INDUSTRY ; VINYL CHLORIDE ; STYRENE ; ETHYLENE
      OXIDE ; MAMMAL,HUMAN ; FEMALE ; HOMO SAPIENS
RN  - 75-01-4; 100-42-5; 75-21-8


77
AU  - PONCELET F ; DUVERGER-VAN BOGAERT M ; LAMBOTTE-VANDEPAER M ; DE
      MEESTER C
SO  - MUTAGEN CARCINOG TERATOG IND POLLUT; 205-279,1984
TI  - MUTAGENICITY, CARCINOGENICITY, AND TERATOGENICITY OF INDUSTRIALLY
      IMPORTANT MONOMERS
AB  - ETIC/ORNL SEE: CA 100-97706
KW  - VIABILITY, FERTILITY, AND MORTALITY ; SENSE ORGANS ; CRANIUM AND
      FACE ; MUSCULOSKELETAL SYSTEM ; UROGENITAL SYSTEM ; NERVOUS SYSTEM ;
      GROWTH ; REPRODUCTIVE TOXICOLOGY ; VINYL CHLORIDE ; ACRYLONITRILE ;
      STYRENE ; VINYLIDENE CHLORIDE ; CHLOROBUTADIENE ;
      HEXACHLOROBUTADIENE
RN  - 75-01-4; 107-13-1; 100-42-5; 75-35-4; 126-99-8; 87-68-3


78
AU  - THERIAULT G ; ITURRA H ; GINGRAS S
SO  - TERATOLOGY; 27:359-370,1983
TI  - EVALUATION OF THE ASSOCIATION BETWEEN BIRTH DEFECTS AND EXPOSURE TO
      AMBIENT VINYL CHLORIDE
AB  - ETIC/ORNL SEE: BA 76-86226
KW  - VIABILITY, FERTILITY, AND MORTALITY ; MUSCULOSKELETAL SYSTEM ;
      CARDIOVASCULAR SYSTEM ; NERVOUS SYSTEM ; UROGENITAL SYSTEM ;
      RESPIRATORY SYSTEM ; SENSE ORGANS ; DIGESTIVE SYSTEM ; VINYL
      CHLORIDE ; INDUSTRIAL PROXIMITY ; SEASON ; YEAR ; MAMMAL,HUMAN ;
      HOMO SAPIENS
RN  - 75-01-4


79
AU  - Makarov IA
SO  - Gigiena truda i professional'nye zabolevanija  June 1984, No.6,
      p.19-23. 9 ref.
TI  - Sexual disorders in male workers occupationally exposed to methyl
      methacrylate and vinyl chloride
AB  - Questionnaire surveys of 198 workers in the plastics industry and 95
      controls were supplemented with hormone assays in the case of 32
      plastics workers and 10 controls. Both methyl methacrylate and vinyl
      chloride inhibit sexual activity. Vinyl chloride seems to act
      primarily via the central nervous system, while methyl methacrylate
      acts on the sex organs; both compounds produce toxic hypogonadism.
      Sexual dysfunction was seen in conjunction with other occupational
      diseases due to exposure to the monomers. The effects of methyl
      methacrylate disappear 1-2 years after cessation of exposure without
      special treatment; workers exposed to vinyl chloride should be
      treated with a testosterone preparation.
KW  - PLASTICS INDUSTRY ; METHYL METHACRYLATE ; VINYL CHLORIDE ; SEXUAL
      DISORDERS ; GONADOTROPIC EFFECTS ; NEURO-ENDOCRINE EFFECTS ; HORMONE
      THERAPY ; IMPOTENCE ; ILO
```

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 148 of 178

RN  - 80-62-6 ; 75-01-4

80
AU  - Rom WN ; Renzetti AD ; Lee JS ; Archer VE
SO  - Little, Brown and Co., Medical Division, 34 Beacon Street, Boston,
      MA 02106, USA, 1983. 1015p. Illus. Over 4,000 ref. Index.
TI  - Environmental and occupational medicine      .
AB  - This textbook in 3 parts provides a clinical approach to
      occupational medicine. Part I covers environmental and occupational
      diseases by organ systems and includes discussions on the discipline
      of environmental and occupational disease; occupations that can be
      hazardous; tests used in the recognition, evaluation and treatment
      of occupational health problems. Part II covers various potentially
      hazardous environmental and occupational exposures including toxic
      metals, organic chemicals, radiation; aspects of the physical
      environment that can be harmful, e.g. noise, temperature and
      lighting. Part III covers legal aspects of the regulation and
      control of environmental and occupational diseases and exposures
      including information on the labour unions' perspective, workers'
      compensation, ethics in occupational medicine and the passage of
      legislation designed to maintain standards of occupational health
      and safety. New frontiers in occupational medicine are also
      discussed.
KW  - OCCUPATIONAL DISEASES ; OCCUPATIONAL MEDICINE ; TOXICOLOGY ; HARMFUL
      SUBSTANCES ; MANUALS ; HISTORY ; STATISTICAL ASPECTS ; MUTAGENS ;
      CARCINOGENS ; GENETIC EFFECTS ; DIAGNOSIS ; LUNG DISEASES ;
      PNEUMOCONIOSIS ; ASBESTOSIS ; SILICOSIS ; BYSSINOSIS ; EXTRINSIC
      ALLERGIC ALVEOLITIS ; ASTHMA ; BRONCHITIS ; SKIN DISEASES ; DISEASES
      OF NERVOUS SYSTEM ; MUSCULOSKELETAL DISEASES ; HEART DISEASES ;
      INFECTIOUS DISEASES ; HAEMIC AND LYMPHATIC DISEASES ;
      GASTROINTESTINAL DISEASES ; GENITO-URINARY SYSTEM DISEASES ; MENTAL
      STRESS ; ORGANIC SOLVENTS ; POLYCYCLIC HYDROCARBONS ; PESTICIDES ;
      HALOGENATED ETHERS ; CHEMICAL PRODUCTS ; NITROSO AMINES ;
      NITROGLYCERINES ; INHALATION ANAESTHETICS ; IONISING RADIATION ;
      NON-IONISING RADIATION ; URANIUM MINING ; NOISE ; WORK IN
      PRESSURISED ATMOSPHERE ; ACCELERATION ; HIGH ALTITUDE ; HOT
      WORKPLACES ; ILO
RN  - 7439-92-1 ; 7440-97-6 ; 7440-43-9 ; 7440-38-2 ; 7440-41-7 ;
      7440-47-3 ; 7439-96-5 ; 7440-02-0 ; 96-12-8 ; 75-01-4 ; 9002-86-2 ;
      79-06-1 ; 107-13-1 ; 584-84-9 ; 75-15-0 ; 106-99-0 ; 100-42-5 ;
      87-86-5 ; 75-21-8

81
AU  - Langauer-Lewowicka H ; Kurzbauer H ; Byczkowska Z ; Wocka-Marek T
SO  - International Archives of Occupational and Environmental Health
      July 1983, Vol.52, No.2, p.151-157. 21 ref.
TI  - Vinyl chloride disease - Neurological disturbances
AB  - Of 200 workers producing polyvinyl chloride by the emulsion method,
      54 had no signs or symptoms of nervous system disorders, 58
      exhibited autonomic asthenia, and 88 a variety of syndromes and
      disturbances of the central nervous system. The commonest symptoms
      were headache, nervousness, decrease in physical strength, loss of
      memory, sleep disturbances and somnolence. Scleroderma-like skin
      changes were found in 10 subjects, of whom only 6 had neurological
      disturbances. Neurological findings were dose-related.
      Acroparaesthesia, Raynaud's syndrome, and elevated serum :-glutamic
      transpeptidase activity were significantly more frequent in workers
      with neurological disturbances. 62% of the latter, compared with 24%
      of those without symptoms, reported euphoric or narcotic states

R&S 002185

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 149 of 178

after exposure. Neurological disturbances may be related to short
exposure to peak concentrations. It is suggested that the
neurological disturbances are both toxic effects and secondary to
adverse vascular effe

KW  - VINYL CHLORIDE ; NEUROTOXIC EFFECTS ; DISEASES OF AUTONOMIC NERVOUS
      SYSTEM ; CHEMICAL INDUSTRY ; LONG-TERM EXPOSURE ; DOSE-RESPONSE
      RELATIONSHIP ; DISEASES OF PERIPHERAL NERVOUS SYSTEM ; DISEASES OF
      CENTRAL NERVOUS SYSTEM ; SKIN DISEASES ; RAYNAUD'S PHENOMENON ;
      SHORT-TERM EXPOSURE ; ILO
RN  - 75-01-4


82
AU  - WALLES S AS ; HOLMBERG B
SO  - CANCER LETT; 25 (1). 1984 (RECD. 1985). 13-18.
AD  - Unit Occupational Toxicology, Res. Dep., Natl. Board Occupational
      Safety Health, S-171 84 Solna, Swed.
TI  - Induction of single-strand breaks in DNA of mice after inhalation of
      vinyl chloride.
AB  - HEEP  COPYRIGHT: BIOL ABS.  Female mice were exposed to 500 ppm
      vinyl chloride (VC) for 6 h/day 5 days/wk for 1-8 wk. Groups of mice
      were killed at different times during this period. DNA damage,
      expressed as single-strand breaks (SSB), was studied in liver,
      kidneys, lungs, spleen and brain. The level of SSB increased in
      liver, kidneys, spleen and lungs with time of exposure and reached a
      plateau for kidneys and lungs after 80 and 120 h of exposure. In
      spleen there was only a slight increase in the SSB, and in brain no
      detectable increase was found.
RN  - 75-01-4


83
AU  - MALTONI C ; ET AL
SO  - MALTONI, C. ET AL. (ED.). ARCHIVES OF RESEARCH ON INDUSTRIAL
      CARCINOGENESIS, VOL. 2. EXPERIMENTAL RESEARCH ON VINYL CHLORIDE
      CARCINOGENESIS. V+533P. PRINCETON SCIENTIFIC PUBLISHERS, INC.:
      PRINCETON, N.J., USA. ILLUS. ISBN 0-911131-36-1.; 0 (0). 1984.
      V+533P.
TI  - ARCHIVES OF RESEARCH ON INDUSTRIAL CARCINOGENESIS VOL. 2.
      EXPERIMENTAL RESEARCH ON VINYL CHLORIDE CARCINOGENESIS
AB  - HEEP  COPYRIGHT: BIOL ABS. RRM  BOOK HUMAN WORKER ANIMAL LIVER
      CANCER PULMONARY ADENOMA LEUKEMIA BRAIN TUMOR EMBRYOTOXICITY MUTAGEN
RN  - 75-01-4


84
AU  - LANGAUER-LEWOWICKA H ; KURZBAUER H ; BYCZKOWSKA Z ; WOCKA-MAREK T
SO  - INT ARCH OCCUP ENVIRON HEALTH; 52 (2). 1983. 151-158.
AD  - Institute of Occupational Medicine in the Mining and Metallurgical
      Industry, ul. Bieruta 12, PL-41-200 Sosnowiec, Poland.
TI  - Vinyl chloride disease: Neurological disturbances.
AB  - HEEP  COPYRIGHT: BIOL ABS.  In a plant producing vinyl chloride by
      the emulsion method 200 workers who were exposed to vinyl chloride
      for 1-25 yr (mean 14), 58 (i.e., 29%) were free of complaints and
      nervous disturbances. An asthenoautonomic syndrome was found in 54
      (i.e., 27%) and in 88 (i.e., 44%) in combination with positive
      neurological findings, i.e., pyramidal syndromes (in 52), cerebellar
      disturbances (in 38), trigeminal neuropathy (in 24) and
      extrapyramidal symptoms (in 3), and in various combinations:
      pyramidal + cerebellar in 12, trigeminal + pyramidal in 7,
      trigeminal + cerebellar in 5. Headaches (48%), nervousness (26%),
      decrease in physical strength (16%), loss of memory (14%), sleeping

R&S 002186

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 158 of 178

disturbances and somnolence were the most frequent complaints.
Scleroderma-like skin changes were found in 10 subjects, but only 6
had any neurological disturbances. Occupational exposure to vinyl
chloride was lower in workers without neurological findings.
Frequency of the arterial hypertension was the same in both groups;
acroparesthesias, Raynaud's syndrome and increased gammaGTP
(gamma-glutamyltranspeptidase) serum activity were significantly
more frequent in workers with neurological disturbances. Sixty-two
percent of the neurologically positive group (62%) and 24% of the
negative group reported euphoric or narcotic states after exposure.
This probably indicated episodic exposures to high concentrations of
vinyl chloride. This difference pointed to a possibility that
neurological disturbances may have been related to short exposures
to peak concentrations. The neurological injury may have been a
direct neurotoxic effect of vinyl chloride and secondary to vascular
disorders.

RN  - 75-01-4


85
AU  - AUSTIN SG ; SCHNATTER AR
SO  - J OCCUP MED; 25 (4). 1983. 313-320.
AD  - Dep. Epidemiol., Union Carbide Corp., Old Ridgebury Road, Danbury,
      Conn. 06817.
TI  - A case-control study of chemical exposures and brain tumors in
      petrochemical workers.
AB  - HEEP  COPYRIGHT: BIOL ABS.  The relationship between chemical
      exposures and deaths attributable to primary brain tumors among
      employees of a Texas, (USA) petrochemical plant was investigated.
      Cases consisted of 21 deaths in which the underlying cause was
      confirmed as a primary brain tumor. Two control groups of 80
      employees each were randomly selected from 450 decedents known to
      the company in June, 1979. Potential exposures while employed were
      compared between cases and controls for 5 known or suspect
      carcinogens (benzene, ethylene dichloride, ethylene oxide, diethyl
      sulfate, vinyl chloride). Exposure potentials were also compared for
      an additional 37 chemcials to which at least 4 cases were
      potentially exposed. Overall and 15 yr latency analyses were
      performed. The proportion of cases exposed to the 5 potentially
      carcinogenic chemicals (including vinyl chloride) were lower than or
      consistent with the proportion of exposed controls. No statistically
      significant differences between the proportions of cases and
      controls exposed to the 37 other chemicals were found.
RN  - 107-06-2; 75-21-8; 75-01-4; 71-43-2; 64-67-5


86
AU  - WARD JM ; RICE JM
SO  - SELIKOFF, I. J. AND E. C. HAMMOND (ED.). ANNALS OF THE NEW YORK
      ACADEMY OF SCIENCES, VOL. 381. BRAIN TUMORS IN THE CHEMICAL
      INDUSTRY; WORKSHOP, NEW YORK, N.Y., USA, OCT. 27-28, 1980. XI+364P.
      NEW YORK ACADEMY OF SCIENCES: NEW YORK, N.Y., USA. ILLUS. PAPER.
      ISBN 0-89766-152-4(PAPER); ISBN 0-89766-151-6(CLOTH).; 0 (0). 1982.
      P304-319.
TI  - NATURALLY OCCURRING AND CHEMICALLY INDUCED BRAIN TUMORS OF RATS AND
      MICE IN CARCINOGENESIS BIOASSAYS
AB  - HEEP  COPYRIGHT: BIOL ABS.  HUMAN NASAL EPITHELIUM OLFACTORY LOBE
      CARCINOMA
RN  - 52731-41-6; 40626-95-7; 28895-91-2; 23315-05-1; 13860-69-0;
      13256-32-1; 10309-79-2; 7227-91-0; 1335-32-6; 1120-71-4; 869-01-2;
      759-73-9; 671-16-9; 621-64-7; 542-88-1; 503-29-7; 503-28-6;

R&S 002187

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 151 of 178

R&S 002188

```
                    123-91-1; 120-71-8; 107-13-1; 106-93-4; 106-89-8; 96-12-8; 90-04-0;
                    77-78-1; 75-01-4; 66-27-3; 62-75-9; 62-50-0; 53-96-3
```

87
AU  - Moss AR
SO  - J Toxicol Environ Health; VOL 16, ISS 5, 1985, P703-11
TI  - Occupational exposure and brain tumors.
AB  - Epidemiological evidence of an occupational risk of brain cancer has
      been reported in four industries where chemical exposures are
      likely, most recently in a series of prospective studies in the
      petrochemical industry. However, only in the case of vinyl chloride
      exposure has an occupational central nervous system carcinogen been
      identified. This report reviews the convergence of epidemiological
      and laboratory evidence that established the occupational
      carcinogenicity of vinyl chloride, and discusses in detail the
      current evidence for an occupational risk of brain tumors in the
      petrochemical industry.
KW  - TOXBIB ; Animal ; Brain Neoplasms *CHEMICALLY INDUCED ; Chemical
      Industry * ; Environmental Exposure ; Female ; Glioma *CHEMICALLY
      INDUCED ; Human ; Male ; Occupational Diseases *CHEMICALLY INDUCED ;
      Support, U.S. Gov't, P.H.S. ; Vinyl Chloride *TOXICITY ; Vinyl
      Compounds *TOXICITY
RN  - 75-01-4

88
AU  - Kellerov:a V
SO  - J Hyg Epidemiol Microbiol Immunol; VOL 29, ISS 4, 1985, P337-46
TI  - Electroencephalographic findings in workers exposed to benzene.
AB  - Preventive EEG examination was carried out in 40 workers
      significantly exposed to benzene. The EEG findings were compared
      with those of a control group of 48 healthy persons, a group of 110
      workers significantly exposed to toluene and xylene and a group of
      236 workers exposed to vinyl chloride. The individuals exposed to
      benzene exhibited 22.5% of abnormal and 45% threshold findings, the
      abnormalities being episodic, diffuse or a combination of the two.
      The effect of benzene entailed a frequent (32.5%) occurrence of a
      characteristic frequency lability. Sleep phenomena were found in a
      total of 60% cases (37.5% cases reached stage 1 B3 while 15% reached
      stage 2 according to Roth [14]). The rapid onset of deeper sleep
      stages (in 30% cases) is considered typical for benzene exposure.
      The photic driving response often had an extended frequency range (a
      total of 61.1%, to beta frequencies only in 30.55%, to both beta and
      theta frequencies also in 30.55% of cases). The different EEG
      features characteristic of the neurotoxic action of various types of
      organic solvents make possible a more efficient diagnostics of the
      effects of these chemicals on the CNS.
KW  - TOXBIB ; Adult ; Air Pollutants, Occupational *TOXICITY ; Benzene
      *TOXICITY ; Brain *DRUG EFFECTS ; Electroencephalography ; Female ;
      Human ; Male ; Middle Age ; Sleep DRUG EFFECTS ; Toluene TOXICITY ;
      Vinyl Chloride TOXICITY ; Xylenes TOXICITY
RN  - 108-88-3; 71-43-2; 75-01-4

89
AU  - Halama J ; Becker-Stone S ; Halama JM
SO  - Radiologe; VOL 25, ISS 1, 1985, P22-9
TI  - [Hemangiosarcoma of the liver in workers of the PVC industry and
      other VC-induced diseases with angiologic-dermatologic, hepatologic,
      radiologic and neurologic symptoms]
AB  - Occupational diseases resulting from exposure to vinyl chloride (VC)
```

Case 3:08-cv-00612-RET-SCR    Document 47-9    06/03/2009    Page 151 of 178

include angiosarcoma of the liver and other neoplasms. Among workers
exposed to VC we have found capillary abnormalities in the
extremities, with scleroderma and Raynaud syndrome, acro-osteolysis,
neurological and psychiatric diseases and chromosome abnormalities,
as well as abnormal liver metabolism and haematological findings.
KW  - TOXBIB ; Adult ; Case Report ; Chemical Industry ; English Abstract
     ; Hemangiosarcoma *CHEMICALLY INDUCED/RADIOGRAPHY ; Human ; Liver
     Neoplasms *CHEMICALLY INDUCED/RADIOGRAPHY ; Male ; Middle Age ;
     Nervous System Diseases *CHEMICALLY INDUCED ; Occupational Diseases
     *CHEMICALLY INDUCED/RADIOGRAPHY ; Organic Mental Disorders,
     Substance-Induced ETIOLOGY ; Osteolysis CHEMICALLY INDUCED ;
     Polyvinyl Chloride *ADVERSE EFFECTS ; Polyvinyls *ADVERSE EFFECTS ;
     Raynaud's Disease CHEMICALLY INDUCED ; Risk ; Scleroderma, Systemic
     CHEMICALLY INDUCED ; Skin Diseases *CHEMICALLY INDUCED ; Vinyl
     Chloride *ADVERSE EFFECTS ; Vinyl Compounds *ADVERSE EFFECTS
RN  - 75-01-4; 9002-86-2

R&S 002189

90
AU  - Walles SA ; Holmberg B
SO  - Cancer Lett; VOL 25, ISS 1, 1984, P13-8
TI  - Induction of single-strand breaks in DNA of mice after inhalation of
     vinyl chloride.
AB  - Female mice were exposed to 500 ppm vinyl chloride (VC) for 6 h/day
     5 days/week for 1-8 weeks. Groups of mice were killed at different
     times during this period. DNA damage, expressed as single-strand
     breaks (SSB), was studied in liver, kidneys, lungs, spleen and
     brain. The level of SSB increased in liver, kidneys, spleen and
     lungs with time of exposure and reached a plateau for kidneys and
     lungs after 80 and 120 h of exposure. In spleen there was only a
     slight increase in the SSB, and in brain no detectable increase was
     found.
KW  - TOXBIB ; Animal ; Brain DRUG EFFECTS/METABOLISM ; DNA,
     Single-Stranded *METABOLISM ; Environmental Exposure ; Female ;
     Kidney DRUG EFFECTS/METABOLISM ; Liver DRUG EFFECTS/METABOLISM ;
     Lung DRUG EFFECTS/METABOLISM ; Mice ; Mice, Inbred Strains ; Spleen
     DRUG EFFECTS/METABOLISM ; Time Factors ; Vinyl Chloride
     *PHARMACOLOGY ; Vinyl Compounds *PHARMACOLOGY
RN  - 75-01-4

91
AU  - Kalmaz EE ; Kalmaz GD
SO  - Regul Toxicol Pharmacol; VOL 4, ISS 1, 1984, P13-27 (REF: 81)
TI  - Carcinogenicity and epidemiological profile analysis of vinyl
     chloride and polyvinyl chloride.
AB  - The carcinogenicity of vinyl chloride and polyvinyl chloride
     (VC/PVC) is reviewed with specific attention to the gaps in
     knowledge for risk estimation and epidemiological presentation of
     the available data. Although experimental studies have demonstrated
     the carcinogenicity and mutagenicity of VC/PVC in general, the
     epidemiologic studies available for review do not include an
     assessment of carcinogenic risk among humans exposed to these
     chemicals. This conclusion is based on the observation that the
     majority of cohort studies reviewed lacked sufficient statistical
     power because of small sample sizes. Further, in epidemiological
     studies, individuals were not followed over an adequate period of
     time during which cancer could become clinically manifest.
KW  - TOXBIB ; Animal ; Brain Neoplasms CHEMICALLY INDUCED ; Breast
     Neoplasms MORTALITY ; Carcinogens, Environmental * ; Chemistry ;
     Epidemiologic Methods ; Human ; Leukemia CHEMICALLY INDUCED ; Liver

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 158 of 178

Neoplasms CHEMICALLY INDUCED ; Lung Neoplasms CHEMICALLY INDUCED ;
Mutagens ; Occupational Diseases CHEMICALLY INDUCED/EPIDEMIOLOGY ;
Polyvinyl Chloride POISONING/*TOXICITY ; Polyvinyls *TOXICITY ;
Reproduction DRUG EFFECTS ; Review ; Teratogens ; United States ;
Vinyl Chloride POISONING/*TOXICITY ; Vinyl Compounds *TOXICITY
RN  - 75-01-4; 9002-86-2

92
AU  - Nicholson WJ ; Henneberger PK ; Seidman H
SO  - Prog Clin Biol Res; VOL 141, 1984, P155-75
TI  - Occupational hazards in the VC-PVC industry.
AB  - Overall, the results of the analysis of 12 studies of VC production
      and polymerization workers demonstrate an enormously elevated risk
      of liver malignancies, the possibility of a twofold increased risk
      of brain and central nervous system tumors and perhaps, also, of
      malignancies of the lymphatic and hematopoietic system. However, the
      role of other agents cannot be excluded in the etiology of
      nonhepatic malignancies. Bronchogenic carcinoma does not appear to
      be increased from exposures to VC monomer, although a relationship
      to PVC dust was suggested in one study. These conclusions must be
      considered in light of limited data on workers followed more than 25
      years from onset of exposure. Considering the numbers of observed
      and expected deaths in all studies, it would appear that the excess
      of malignancies at nonhepatic sites is less than the excess of liver
      tumors. Data presented elsewhere in this volume (Nicholson and
      Henneberger, 1983) suggest that exposure reductions in 1974 may have
      virtually eliminated the VC-associated risk of liver cancer if the
      current U.S. standard is met. To the extent that VC exposure is
      associated with other cancers, a similar risk reduction would be
      expected. Raynaud's phenomenon, acroosteolysis, scleroderma-like
      skin lesions, hepato- and splenomegaly with noncirrhotic hepatic
      fibrosis, and severe portal hypertension have been associated with
      past heavy exposures to VC. Evidence exists that the liver disease
      and portal hypertension may progress following cessation of
      exposure. However, all of the above syndromes were found largely in
      heavily exposed individuals. Their occurrence would be much less
      likely in workers exposed only to concentrations currently allowed.
      Pulmonary deficits, X-ray abnormalities, and, perhaps, lung cancer
      have been associated with VC/PVC exposure. Because of the possible
      contribution of PVC dust to these findings, engineering controls
      during polymer drying, bagging and usage are warranted.
KW  - TOXBIB ; Chemical Industry * ; Hepatitis, Toxic EPIDEMIOLOGY ; Human
      ; Lung Neoplasms CHEMICALLY INDUCED/EPIDEMIOLOGY ; Neoplasms
      CHEMICALLY INDUCED/EPIDEMIOLOGY ; Occupational Diseases CHEMICALLY
      INDUCED/*EPIDEMIOLOGY/MORTALITY ; Polyvinyl Chloride *POISONING ;
      Polyvinyls *POISONING ; Vinyl Chloride *POISONING ; Vinyl Compounds
      *POISONING
RN  - 75-01-4; 9002-86-2

93
AU  - Wagoner JK
SO  - Environ Health Perspect; VOL 52, 1983, P61-6 (REF: 41)
TI  - Toxicity of vinyl chloride and poly(vinyl chloride): a critical
      review.
AB  - In 1974, vinyl chloride (VC) was first reported in the open
      scientific literature to induce angiosarcoma of the liver both in
      humans and in animals. Additional research has now demonstrated the
      carcinogenicity of VC to other organs and at lower concentrations.
      The target organs for VC now clearly include the liver, brain and

R&S 002190

Case 3:08-cv-00612-RET-SCR   Document 68-1   01/01/10   Page 154 of 178

the lung, and probably the lymphohematopoietic system. The evidence
for a carcinogenic risk has been extended to jobs associated with
poly(vinyl chloride) exposure. Cases of liver angiosarcoma have been
reported among individuals employed in PVC fabrication facilities
and an epidemiological study has demonstrated a significant
association between exposure to PVC dust and the risk of lung cancer
mortality. Cases of angiosarcoma of the liver also have been
reported among individuals living in near proximity to vinyl
chloride-poly(vinyl chloride) plants. An association between PVC
dust and pneumoconiosis also has been demonstrated. On the basis of
findings, prudent control of PVC dust in the industrial setting is
indicated.

KW  - TOXBIB ; Environmental Exposure ; Hemangiosarcoma CHEMICALLY INDUCED
      ; Human ; Liver Neoplasms CHEMICALLY INDUCED ; Lung Neoplasms
      CHEMICALLY INDUCED ; Male ; Middle Age ; Neoplasms *CHEMICALLY
      INDUCED ; Occupational Diseases *CHEMICALLY INDUCED ; Pneumoconiosis
      ETIOLOGY ; Polyvinyl Chloride *ADVERSE EFFECTS ; Polyvinyls *ADVERSE
      EFFECTS ; Review ; Vinyl Chloride *ADVERSE EFFECTS ; Vinyl Compounds
      *ADVERSE EFFECTS

RN  - 75-01-4; 9002-86-2


94
AU  - Langauer-Lewowicka H ; Kurzbauer H ; Byczkowska Z ; Wocka-Marek T
SO  - Int Arch Occup Environ Health; VOL 52, ISS 2, 1983, P151-7
TI  - Vinyl chloride disease-neurological disturbances.
AB  - In a plant producing vinyl chloride by the emulsion method 200
      workers who were exposed to vinyl chloride for 1 to 25 yr (mean 14),
      58 (i.e. 29%) were free of complaints and nervous disturbances. An
      astheno-autonomic syndrome was found in 54 (i.e. 27%) and in 88
      (i.e. 44%) in combination with positive neurological findings, i.e.
      pyramidal syndromes (in 52), cerebellar disturbances (in 38),
      trigeminal neuropathy (in 24) and extrapyramidal symptoms (in 3), in
      various combinations - pyramidal + cerebellar in 12, trigeminal +
      pyramidal in 7, trigeminal + cerebellar in 5. Headaches (48%),
      nervousness (26%), decrease in physical strength (16%), loss of
      memory (14%), sleeping disturbances and somnolence were the most
      frequent complaints. Scleroderma-like skin changes were found in ten
      subjects, but only six of them had any neurological disturbances.
      Occupational exposure to vinyl chloride was lower in workers without
      neurological findings. Frequency of the arterial hypertension was
      the same in both groups, whereas acroparesthesias, Raynaud's
      syndrome, and increased gamma GTP serum activity were significantly
      more frequent in workers with neurological disturbances. Sixty-two
      per cent of the neurologically positive group and only 24% of the
      negative group reported euphoric or narcotic states after exposure.
      This probably indicates episodic exposures to high concentrations of
      vinyl chloride. This difference points to a possibility that
      neurological disturbances may be related to short exposures to peak
      concentrations. The neurological injury may be both a direct
      neurotoxic effect of vinyl chloride and secondary to vascular
      disorders.

KW  - TOXBIB ; Adult ; Air Pollutants, Occupational ANALYSIS ; Alcoholism
      COMPLICATIONS ; Blood Proteins METABOLISM ; Female ; Human ; Male ;
      Middle Age ; Nervous System Diseases *CHEMICALLY INDUCED ;
      Occupational Diseases *CHEMICALLY INDUCED ; Smoking ; Trigeminal
      Nerve DRUG EFFECTS ; Vinyl Chloride *ADVERSE EFFECTS/ANALYSIS ;
      Vinyl Compounds *ADVERSE EFFECTS

RN  - 75-01-4

R&S 002191

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 155 of 178

95
AU  - Kellerov:a V
SO  - Cesk Neurol Neurochir; VOL 46, ISS 2, 1983, P71-6
TI  - [EEG tracings of workers exposed to vinyl chloride]
KW  - TOXBIB ; Adolescence ; Adult ; Central Nervous System Diseases
      *CHEMICALLY INDUCED/*DIAGNOSIS ; Electroencephalography * ; English
      Abstract ; Female ; Human ; Male ; Middle Age ; Occupational
      Diseases CHEMICALLY INDUCED/*DIAGNOSIS ; Vinyl Chloride *ADVERSE
      EFFECTS ; Vinyl Compounds *ADVERSE EFFECTS
RN  - 75-01-4

96
AU  - Wagoner JK ; Infante PF ; Apfeldorf RB
SO  - Occupational Cancer and Carcinogenesis, Vainio, H., M. Sorsa, and K.
      Hemminki, Editors; Hemisphere Publishing Corporation, Washington,
      D.C., pages 181-187, 23 references, 1984
TI  - Toxicity Of Vinyl Chloride And Polyvinyl Chloride As Seen Through
      Epidemiologic Observations
AB  - The toxic effects of vinyl-chloride (75014) (VC) and
      polyvinyl-chloride (9002862) (PVC) as determined by epidemiologic
      studies are described.  Several epidemiologic investigations have
      indicated that occupational exposure to VC is associated with
      increased risk of angiosarcoma of the liver.  Studies of rats
      administered PVC powder in their diet resulted in changes in the
      liver.  An excess of central nervous system cancer among VC workers
      has been reported.  In nine of ten cases, the cancer was classified
      as glioblastoma.  Inhalation of PVC dust has been associated with
      pneumonoconiosis.  The results of X-rayed workers in a PVC production
      factory suggest that PVC exposure for 5 years or more causes signs
      of pneumoconiosis.  None of the workers in areas without PVC dust
      had pneumoconiosis.  Lung cancer excesses have been associated with
      both VC and PVC dust exposure.  Some studies suggest that lymphatic
      system cancers can be found among VC workers.  The authors conclude
      that further studies are needed.  In the meanwhile PVC needs to be
      controlled.
KW  - DCN-139405 ; Lung ; Air monitoring ; Pulmonary disorders ;
      Physiology ; Toxic effects ; Carcinomas ; Analytical models ; Toxic
      materials ; Cancer ; Chemical analysis ; Physiological measurements
RN  - 75-01-4; 9002-86-2

97
AU  - Landrigan PJ ; Rinsky RA ; Waxweiler RJ
SO  - Proceedings of the Seventh Alaska Health Congress, May 6-8, 1982,
      Energy, Health, and the Environment. The Health Impact of
      Petrochemical Development, pages 84-96, 7 references, 1982
TI  - Epidemiologic Assessment Of Occupational Illness Caused By Exposures
      To Petrochemicals
AB  - Four epidemiological surveys in the petrochemical industry were
      reported.  The first assessed the leukemia mortality of 1,006 rubber
      hydrochloride (7647010) workers (SIC-2822) who had been exposed to
      benzene (71432).  The second study investigated the incidence of
      brain tumor deaths among petrochemical workers (SIC-2911) who
      produced ethylene-oxide (75218), vinyl-chloride (75014), acetates,
      and ethylene-amines.  The third study examined the occurrence of
      acute peripheral neuropathy among workers at a facility that
      produced plastic coated fabrics (SIC-2295).  In the fourth study,
      infertility of male pesticide workers (SIC-0721) who had been
      exposed to dibromochloropropane (96128) was examined.  Seven
      leukemia deaths occurred among the rubber hydrochloride workers,

R&S 002192

Case 3:08-cv-00612-RET-SCR     Document 68-1     01/01/10     Page 156 of 178

R&S 002193

where 1.25 deaths were expected. Twenty two brain tumor deaths
occurred where 10.7 were expected among the petrochemical workers.
Forty eight cases of acute peripheral neuropathy occurred among the
workers at the plastic coated fabrics plant, and the cases were
concentrated in the prints department where there had been in use a
print solvent containing methyl-butyl-ketone (591786). Of the male
pesticide workers, 13.1 were found to be azoospermic, as opposed to
the expected 2.9 percent. Although the unexposed workers showed no
symptoms of severe oligospermia, 16.8 percent of the exposed workers
were found to have this condition. The authors conclude that these
petrochemicals caused diseases or conditions relating to the
occupation of the exposed subjects. Epidemiology is useful in
evaluating occupational diseases caused by petrochemicals.

```
KW   - DCN-137385 ; NIOSH Author ; Medical research ; Medical surveys ;
       Disease incidence ; Risk analysis ; Occupational exposure ;
       Industrial chemicals ; Toxicopathology ; Mortality surveys ;
       Quantitative analysis ; Industrial medicine
RN   - 7647-01-0; 71-43-2; 75-21-8; 75-01-4; 96-12-8; 591-78-6


98
AU   - BERGMAN K
SO   - ARCH TOXICOL; 49:117-129,1982
TI   - REACTIONS OF VINYL CHLORIDE WITH RNA AND DNA OF VARIOUS MOUSE
       TISSUES IN VIVO
AB   - EMIC/ORNL SEE: CA 96-117063
KW   - EN,DNA ALKYLATION ; VINYL CHLORIDE ; MAMMAL,MOUSE ; SOMATIC
       CELLS,SPLEEN ; SOMATIC CELLS,LIVER ; SOMATIC CELLS,BRAIN ; SOMATIC
       CELLS,KIDNEY ; SOMATIC CELLS,LUNG ; SOMATIC CELLS,PANCREAS ; SOMATIC
       CELLS,TESTIS ; GERM CELLS ; MALE ; MUS,NMRI
RN   - 75-01-4


99
AU   - YASUDA M
SO   - GEKKAN YAKUJI; 23:2283-2289,1981
TI   - FETAL ANOMALIES FROM CHEMICAL SUBSTANCES
AB   - ETIC/ORNL SEE: CA 96-63693
KW   - VIABILITY, FERTILITY, AND MORTALITY ; MUSCULOSKELETAL SYSTEM ;
       GROWTH ; CRANIUM AND FACE ; NERVOUS SYSTEM ; METALS ; ANABASINE ;
       MYCOTOXINS ; PESTICIDES ; FOOD ADDITIVES ; FUNGICIDES ; COSMETICS ;
       SOLVENTS ; VINYL CHLORIDE ; POLYCHLORINATED BIPHENYLS ;
       POLYBROMINATED BIPHENYLS ; AIR POLLUTION
RN   - 494-52-0; 75-01-4


100
AU   - THERIAULT GP ; ITURRA H ; GINGRAS S
SO   - REPORT; (EPA 600/S1-81-057):6 PP,1981
TI   - ASSOCIATION BETWEEN BIRTH DEFECTS AND EXPOSURE TO AMBIENT VINYL
       CHLORIDE
AB   - ETIC/ORNL
KW   - VIABILITY, FERTILITY, AND MORTALITY ; MUSCULOSKELETAL SYSTEM ;
       CARDIOVASCULAR SYSTEM ; NERVOUS SYSTEM ; UROGENITAL SYSTEM ; SENSE
       ORGANS ; RESPIRATORY SYSTEM ; YEAR ; OCCUPATION ; INDUSTRIAL
       PROXIMITY ; VINYL CHLORIDE ; SEASON ; MAMMAL,HUMAN ; HOMO SAPIENS
RN   - 75-01-4


101
AU   - HATCH M ; KLINE J ; STEIN Z
SO   - ENVIRON HEALTH PERSPECT; 41:195-201,1981
TI   - POWER CONSIDERATIONS IN STUDIES OF REPRODUCTIVE EFFECTS OF VINYL
```

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 157 of 178

```
        CHLORIDE AND SOME STRUCTURAL ANALOGS
AB  - ETIC/ORNL
KW  - NERVOUS SYSTEM ; VIABILITY, FERTILITY, AND MORTALITY ; REPRODUCTIVE
        TOXICOLOGY ; ETHYLENE DIBROMIDE ; EPICHLOROHYDRIN ; VINYL CHLORIDE
RN  - 106-93-4; 106-89-8; 75-01-4


102
AU  - CLEMMESEN J
SO  - MUTAT RES; 98:97-100,1982
TI  - MUTAGENICITY AND TERATOGENICITY OF VINYL CHLORIDE MONOMER (VCM):
        EPIDEMIOLOGICAL EVIDENCE
AB  - ETIC/ORNL
KW  - VIABILITY, FERTILITY, AND MORTALITY ; NERVOUS SYSTEM ; VINYL
        CHLORIDE MONOMER ; OCCUPATION,PLASTIC INDUSTRY
RN  - 75-01-4


103
AU  - JOHN JA ; SMITH FA ; SCHWETZ BA
SO  - ENVIRON HEALTH PERSPECT; 41:171-177,1981
TI  - VINYL CHLORIDE: INHALATION TERATOLOGY STUDY IN MICE, RATS AND
        RABBITS
AB  - ETIC/ORNL SEE: CA 96-137688
KW  - VIABILITY, FERTILITY, AND MORTALITY ; GROWTH ; CRANIUM AND FACE ;
        SENSE ORGANS ; CARDIOVASCULAR SYSTEM ; HEMIC AND LYMPHATIC SYSTEMS ;
        UROGENITAL SYSTEM ; NERVOUS SYSTEM ; DRUG INTERACTIONS ; VINYL
        CHLORIDE MONOMER ; ETHANOL ; MAMMAL,MOUSE ; MAMMAL,RAT ;
        MAMMAL,RABBIT ; FEMALE ; MUS,CF1 ; RATTUS,SPRAGUE-DAWLEY ;
        ORYCTOLAGUS,NEW ZEALAND WHITE
RN  - 75-01-4; 64-17-5


104
AU  - Greiser E ; Reinl W ; Weber H
SO  - Zentralblatt f:ur Arbeitsmedizin, Arbeitsschutz, Prophylaxe und
        Ergonomie  Feb. 1982, Vol.32, No.2, p.44-62. 20 ref.
TI  - Vinyl chloride exposure and mortality in German chemical workers in
        comparison to mortality of unexposed chemical workers and PVC
        fabricators
AB  - Report of an epidemiological study of 7,021 workers in vinyl
        chloride (VC) production, 4,910 workers not exposed to VC, and 3,943
        workers in polyvinyl chloride fabrication. The two exposed
        populationns showed an elevated total mortality level, due to
        tumours of the lymphatic and haematopoietic systems, cerebral
        malignancies, cardiac ischaemia and, especially, malignant hepatic
        tumours. Given the latency period of the malignant tumours and the
        high number of hepatic haemangiosarcomas, continued monitoring of
        the exposed population will be necessary.
KW  - VINYL CHLORIDE ; POLYVINYL CHLORIDE ; MORTALITY ; NEOPLASMS ;
        PLASTICS INDUSTRY ; GERMANY (FED.REP.) ; EPIDEMIOLOGIC STUDY ;
        LONG-TERM STUDY ; LIVER TUMOUR ; BRAIN CANCER ; LYMPHOSARCOMA ;
        ANGIOSARCOMA ; ILO
RN  - 75-01-4 ; 9002-86-2


105
AU  - Maltoni C ; Ciliberti A ; Carretti D
SO  - Ann N Y Acad Sci; VOL 381, 1982, P216-49
TI  - Experimental contributions in identifying brain potential
        carcinogens in the petrochemical industry.
KW  - TOXBIB ; Acrylonitrile ; Animal ; Brain Neoplasms *CHEMICALLY
        INDUCED ; Carcinogens * ; Chemical Industry * ; Dichloroethylenes ;
```

R&S 002194

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 158 of 178

Ethylene Dichlorides ; Female ; Male ; Neoplasms, Experimental
CHEMICALLY INDUCED ; Occupational Diseases *CHEMICALLY INDUCED ;
Petroleum * ; Rats ; Rats, Inbred Strains ; Vinyl Chloride
RN  - 107-13-1; 75-01-4

106
AU  - Infante PF
SO  - Environ Health Perspect; VOL 41, 1981, P89-94
TI  - Observations of the site-specific carcinogenicity of vinyl chloride
      to humans.
AB  - A review of epidemiologic studies of workers exposed to vinyl
      chloride (VC) was conducted. Some of these studies comprised small
      cohorts and thus were insensitive in the evaluation of carcinogenic
      response for sites that do not demonstrate a high relative risk.
      Other larger studies used methodology and design that precluded an
      interpretation of the results. Such limitations were acknowledged by
      some authors. Use of restrictive disease rubrics also lead to the
      submerging of sites that would have demonstrated significant
      excesses. For example, some investigators analyzed data for liver
      cancer deaths with the board category of digestive system cancer
      deaths, while others combined data for CNS cancer deaths with the
      broad category of "other and unspecified cancer,: and most studies
      analyzed information for lymphatic and hematopoietic system cancer
      deaths with all data combined. Only four of eight studies reviewed
      could demonstrate a significant excess of liver cancer among
      VC-exposed workers--a site confirmed in humans by 1974. In contrast,
      five of eight studies appear to demonstrate a significant excess of
      CNS cancer mortality. Workers exposed to VC also demonstrate a
      significant excess of mortality for lung cancer, while the data for
      lymphatic and hematopoietic system cancer are suggestive.
      Interpretation of cancer of the latter systems may have been
      clarified if investigators had not analyzed their data by broad
      disease classifications.
KW  - TOXBIB ; Adenocarcinoma CHEMICALLY INDUCED ; Brain Neoplasms
      CHEMICALLY INDUCED ; Carcinoma CHEMICALLY INDUCED ; Epidemiologic
      Methods ; Hemangiosarcoma CHEMICALLY INDUCED ; Human ; Leukemia
      CHEMICALLY INDUCED ; Liver Neoplasms CHEMICALLY INDUCED ; Lung
      Neoplasms CHEMICALLY INDUCED ; Neoplasms *CHEMICALLY INDUCED ;
      Occupational Diseases *CHEMICALLY INDUCED ; Organ Specificity ;
      Support, U.S. Gov't, Non-P.H.S. ; Vinyl Chloride *ADVERSE EFFECTS ;
      Vinyl Compounds *ADVERSE EFFECTS
RN  - 75-01-4

107
AU  - Cooper WC
SO  - Environ Health Perspect; VOL 41, 1981, P101-6
TI  - Epidemiologic study of vinyl chloride workers: mortality through
      December 31, 1972.
AB  - A population of 10,173 men, employed in 37 plants, was identified as
      having worked for at least one year in jobs involving probable
      exposure to vinyl chloride monomer (VCM) prior to January 1, 1973.
      Of the 9677 men whose vital status was determined, 707 were known to
      have died. For 699, death certificates were obtained. The
      standardized mortality ratio (SMR) for all causes was 89, that for
      all malignancies was 104. The only type of malignancy found in
      significant excess was in the category of malignant neoplasms of the
      brain and other parts of the nervous system; 12 deaths occurred
      where 5.9 were expected, for an adjusted SMR of 203. There were
      slight but inconclusive upward trends in all malignancies, and for

R&S 002195

Case 3:08-cv-00612-RET-SCR    Document 47-9    06/03/2009    Page 158 of 178

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 159 of 178

malignancies of the respiratory tract, digestive tract, and central
nervous system associated with reported levels of maximum exposure
to VCM. When groups in whom less than 20 years had elapsed from the
first exposure were compared with those with 20 or more elapsed
years, and 25 or more elapsed years, no significantly different
SMR's were detected for major primary sites of malignancy. Plans for
an updated study of mortality, to include deaths in the period
1973-1979 are briefly discussed.

KW  - TOXBIB ; Brain Neoplasms CHEMICALLY INDUCED/MORTALITY ; Follow-Up
      Studies ; Hemangiosarcoma CHEMICALLY INDUCED/MORTALITY ; Human ;
      Liver Neoplasms CHEMICALLY INDUCED/MORTALITY ; Male ; Neoplasms
      CHEMICALLY INDUCED/*MORTALITY ; Occupational Diseases CHEMICALLY
      INDUCED/*MORTALITY ; Support, Non-U.S. Gov't ; Time Factors ; United
      States ; Vinyl Chloride *ADVERSE EFFECTS ; Vinyl Compounds *ADVERSE
      EFFECTS
RN  - 75-01-4


108
AU  - Si:nczuk-Walczak H ; G:uszcz M
SO  - Med Pr; VOL 33, ISS 5-6, 1982, P349-54
TI  - [Various aspects of the clinical and electroencephalographic studies
      in workers chronically exposed to vinyl chloride]
AB  - The paper presents evaluation of the nervous system and bioelectric
      functioning of the brain (EEG) in 114 workers aged 20-62, employed
      in significant exposure to vinyl chloride for 1-28 years, on
      average--7.5 +/- 4.0. Clinical symptoms of the nervous system
      occurred in form of peripheral--vegetative syndrome with
      accompanying vasomotor disturbances of Raynaud syndrome type EEG
      yielded 39 (34,2%) correct and 75 (65,8%) incorrect records. Among
      incorrect records most frequent (32.5%) were low-voltage and flat
      records; of this--those with fast spindled activity and frequent
      changes typical for reduced wakefulness. The nature of clinical
      symptoms and EEG disturbances may point to the contribution of
      hypothalamus in the pathomechanism of changes in those chronically
      exposed to vinyl chloride.
KW  - TOXBIB ; Action Potentials DRUG EFFECTS ; Adult ; Air Pollutants
      *POISONING ; Air Pollutants, Occupational *POISONING ; Arm
      INNERVATION ; Brain *PHYSIOPATHOLOGY ; Electroencephalography ;
      English Abstract ; Human ; Leg INNERVATION ; Male ; Middle Age ;
      Paresthesia *CHEMICALLY INDUCED ; Raynaud's Disease *CHEMICALLY
      INDUCED ; Time Factors ; Vinyl Chloride *POISONING ; Vinyl Compounds
      *POISONING
RN  - 75-01-4


109
AU  - Langauer-Lewowicka H
SO  - Med Pr; VOL 33, ISS 1-3, 1982, P113-7
TI  - [Chronic toxic encephalopathies]
AB  - The aim of this report is to present the clinical picture of some
      chronic occupational encephalopathies and evolution of neurological
      disturbances. Of 177 diagnosed encephalopathies, 103 were induced by
      heavy metals (Mn, Hg, Pb) and 48 by organic solvents. Of 200 persons
      exposed to vinyl chloride, neurological sings were found in 26
      cases. In mangenose poisoning heavy encephalopathy with pyramidal
      and extrapyramidal disturbances proved to be progressive, in mercury
      chronic intoxication cerebellar symptoms and sensitive neuropathy
      were the most frequent. In some cases these neurological changes
      were either persistent or progressive or regressive. In chronic lead
      poisoning slight pyramidal and deliberative signs and sensitive

R&S 002196

Case 3:08-cv-00612-RET-SCR    Document 47-9    06/03/2009    Page 159 of 178

polyneuropathy seemed to be the most typical. Chronic encephalopathy
due to organic solvents was mostly subacute at the beginning, then a
variety of clinical symptoms as well as partial or total regression
were observed. Slight cerebellar signs and trigeminal sensitive
neuropathy were the most frequent neurological findings in those
exposed to vinyl chloride.

KW  - TOXBIB ; Basal Ganglia Diseases *CHEMICALLY INDUCED ; Chronic
      Disease ; English Abstract ; Human ; Lead Poisoning DIAGNOSIS ;
      Manganese POISONING ; Mercury Poisoning DIAGNOSIS ; Occupational
      Diseases *CHEMICALLY INDUCED ; Polyneuritis *CHEMICALLY INDUCED ;
      Solvents POISONING ; Vinyl Chloride POISONING
RN  - 7439-96-5; 75-01-4


110
AU  - Emmerich KH ; Norpoth K
SO  - J Cancer Res Clin Oncol; VOL 102, ISS 1, 1981, P1-11
TI  - Malignant tumors after chronic exposure to vinyl chloride.
AB  - Correlations between exposure to vinyl chloride and the development
      of malignant tumors in the liver have been know since 1974 and have
      been confirmed by many an experimental investigation. Based on the
      evaluation of mortality statistics from nine different countries an
      increased incidence of malignant tumors of the lung, the
      gastrointestinal tract, and the central nervous system (CNS), and of
      malignant lymphomas is documented in connection with exposure to
      vinyl chloride. Statistically significant increases, however, are
      only found in the incidence of malignant liver tumors. Metabolism
      and toxicology of vinyl chloride are discussed in detail.
KW  - TOXBIB ; Animal ; Chromosome Aberrations ; Female ; Hamsters ; Human
      ; Kinetics ; Liver Neoplasms CHEMICALLY INDUCED ; Male ; Mice ;
      Neoplasms *CHEMICALLY INDUCED ; Occupational Diseases *CHEMICALLY
      INDUCED ; Rats ; Rats, Inbred Strains ; Vinyl Chloride *ADVERSE
      EFFECTS/METABOLISM ; Vinyl Compounds *ADVERSE EFFECTS
RN  - 75-01-4


111
AU  - Beaumont JJ ; Breslow NE
SO  - Am J Epidemiol; VOL 114, ISS 5, 1981, P725-34 (REF: 16)
TI  - Power considerations in epidemiologic studies of vinyl chloride
      workers.
AB  - Nine retrospective mortality studies of workers exposed to vinyl
      chloride were reviewed to determine whether differences in their
      hypothesis testing results might be due to differences in
      statistical power. Where possible, the power of each study was
      calculated for cancer of the lung, brain and liver. When power was
      taken into consideration, the results for liver and brain cancer
      were found to be consistent with an etiologic role for vinyl
      chloride. For lung cancer, the data were not consistent with an
      etiologic role in that two studies with very high power yielded
      negative results.
KW  - TOXBIB ; Brain Neoplasms CHEMICALLY INDUCED/MORTALITY ;
      Epidemiologic Methods ; Human ; Liver Neoplasms CHEMICALLY
      INDUCED/MORTALITY ; Lung Neoplasms CHEMICALLY INDUCED/MORTALITY ;
      Occupational Diseases *CHEMICALLY INDUCED/MORTALITY ; Retrospective
      Studies ; Review ; Statistics * ; Vinyl Chloride *POISONING ; Vinyl
      Compounds *POISONING
RN  - 75-01-4

112
AU  - St:yblov:a V ; Lambl V ; Chumcal O ; Kellerov:a V ; Pa:skov:a V ;

R&S 002197

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/18    Page 161 of 178

```
        V:itovcov:a J ; Zlab L
SO  - J Hyg Epidemiol Microbiol Immunol; VOL 25, ISS 3, 1981, P233-43
TI  - Neurological changes in vinyl chloride-exposed workers.
KW  - TOXBIB ; Adolescence ; Adult ; Electroencephalography ; Female ;
      Human ; Male ; Middle Age ; Nervous System Diseases *CHEMICALLY
      INDUCED/DIAGNOSIS ; Occupational Diseases *CHEMICALLY
      INDUCED/DIAGNOSIS ; Time Factors ; Vinyl Chloride *ADVERSE EFFECTS ;
      Vinyl Compounds *ADVERSE EFFECTS
RN  - 75-01-4
```

R&S 002198

```
113
AU  - BERGMAN K
SO  - ARCH TOXICOL; 49 (2). 1982. 117-130.
AD  - Toxicol. Lab., National Food Administration, Box 622, S-751 26
      Uppsala, Sweden.
TI  - Reactions of vinyl chloride with RNA and DNA of various mouse
      tissues in vivo.
AB  - HEEP  COPYRIGHT: BIOL ABS.  The irreversible binding of 14C-vinyl
      chloride metabolites to RNA and DNA of mouse brain, lung, liver,
      kidney, spleen, pancreas and testes after a single i.p. injection
      was studied. Hydrolysates of nucleic acids from selected organs were
      separated on Aminex A6 for quantitation of alkylation products.
      Radioactivity in nucleic acids was registered in all organs with the
      exception of brain. RNA from spleen, pancreas and liver and DNA from
      spleen and liver contained the highest amounts of radioactivity. In
      nucleic acids from spleen and pancreas, organs of high metabolic
      activity, the entire radioactivity was metabolically incorporated as
      Cl-fragments. In RNA of kidney and liver a large part of the
      radioactivity was present as incorporated Cl-fragments but
      3,N4-ethenocytidine (in kidney), and 1,N6-ethenoadenosine and
      1,N6-ethenoadenine (in kidney and liver) were identified as
      alkylation products. In liver DNA incorporation of Cl-fragments was
      insignificant, indicating different interactions of vinyl chloride
      metabolites (Cl-fragments and alkylating products) with RNA and DNA.
      The elution profiles of radioactivity in hydrolysates of liver DNA
      were dominated by an alkylation product of unknown structure
      (probably a derivative of deoxyguanosine). Possibly
      1,N6-ethenodeoxyadenosine and 1,N6-ethenoadenine were also present
      in liver DNA. Results were consistent with the ability of vinyl
      chloride to act as a multipotent carcinogen by alkylation of DNA in
      several tissues.
RN  - 75-01-4
```

```
114
AU  - COOPER WC
SO  - CONFERENCE TO REEVALUATE THE TOXICITY OF VINYL CHLORIDE MONOMER,
      POLY(VINYL CHLORIDE) AND STRUCTURAL ANALOGS, BETHESDA, MD., USA,
      MAR. 20-21, 1980. ENVIRON HEALTH PERSPECT; 41 (0). 1981 (RECD.
      1982). 101-106.
TI  - EPIDEMIOLOGIC STUDY OF VINYL CHLORIDE WORKERS MORTALITY THROUGH DEC.
      31 1972
AB  - HEEP  COPYRIGHT: BIOL ABS.  HUMAN RESPIRATORY TRACT MALIGNANCY
      DIGESTIVE TRACT MALIGNANCY BRAIN NEOPLASM USA
RN  - 75-01-4
```

```
115
AU  - INFANTE PF
SO  - CONFERENCE TO REEVALUATE THE TOXICITY OF VINYL CHLORIDE MONOMER,
      POLY(VINYL CHLORIDE) AND STRUCTURAL ANALOGS, BETHESDA, MD., USA,
```

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 162 of 178

```
        MAR. 20-21, 1980. ENVIRON HEALTH PERSPECT; 41 (0). 1981 (RECD.
        1982). 89-94.
TI  - OBSERVATIONS OF THE SITE SPECIFIC CARCINOGENICITY OF VINYL CHLORIDE
        TO HUMANS
AB  - HEEP  COPYRIGHT: BIOL ABS.  LIVER CANCER LUNG CANCER CENTRAL NERVOUS
        SYSTEM CANCER LYMPHATIC CANCER LEUKEMIA OCCUPATIONAL HAZARD
RN  - 75-01-4

116
AU  - BEAUMONT JJ ; BRESLOW NE
SO  - 14TH ANNUAL MEETING OF THE SOCIETY FOR EPIDEMIOLOGIC RESEARCH,
        SNOWBIRD, UTAH, USA, JUNE 17-19, 1981. AM J EPIDEMIOL; 114 (3).
        1981. 438.
TI  - POWER CONSIDERATIONS IN EPIDEMIOLOGIC STUDIES OF VINYL CHLORIDE
        WORKERS
AB  - HEEP  COPYRIGHT: BIOL ABS.  ABSTRACT HUMAN LUNG BRAIN LIVER CANCER
        MORTALITY
RN  - 75-01-4

117
AU  - EMMERICH KH ; NORPOTH K
SO  - J CANCER RES CLIN ONCOL; 102 (1). 1981 (RECD. 1982). 1-12.
AD  - Inst. Pathol., Univ. Muenster, Domagkstr. 17, D-4400 Muenster, W.
        Ger.
TI  - Malignant tumors after chronic exposure to vinyl chloride.
AB  - HEEP  COPYRIGHT: BIOL ABS.  Correlations between exposure to vinyl
        chloride and the development of malignant tumors in the liver have
        been known since 1974 and have been confirmed by many experimental
        investigations. Based on the evaluation of (human) mortality
        statistics from 9 different countries an increased incidence of
        malignant tumors of the lung, the gastrointestinal tract and the
        central nervous system (CNS) and of malignant lymphomas is
        documented in connection with exposure to vinyl chloride.
        Statistically significant increases were only found in the incidence
        of malignant liver tumors. Metabolism and toxicology of vinyl
        chloride are discussed in detail.
RN  - 75-01-4

118
AU  - BEAUMONT JJ ; BRESLOW NE
SO  - AM J EPIDEMIOL; 114 (5). 1981. 725-734.
AD  - Industrywide Studies Branch F-8, National Institute for Occupational
        Safety and Health, 4676 Columbia Parkway, Cincinnati, OH 45226.
TI  - Power considerations in epidemiologic studies of vinyl chloride
        workers.
AB  - HEEP  COPYRIGHT: BIOL ABS.  Nine retrospective mortality studies of
        workers exposed to vinyl chloride were reviewed to determine whether
        differences in their hypothesis testing results might be due to
        differences in statistical power. Where possible, the power of each
        study was calculated for cancer of the lung, brain and liver. When
        power was taken into consideration, the results for liver and brain
        cancer were consistent with an etiologic role for vinyl chloride.
        For lung cancer, the data were not consistent with an etiologic
        role, in that 2 studies with very high power yielded negative
        results.
RN  - 75-01-4

SS 14 /C?
USER:
```

R&S 002199

```
disp
PROG:


SEARCH FORMULATION BEGINNING AT SS 1 :
 (( VINYL CHLORIDE (MH) OR VINYL CHLORIDE (KW) ) )
                        -- 562 ITEMS FOUND IN TOXLINE


SEARCH FORMULATION BEGINNING AT SS 2 :
 (SS  1 OR VINYL CHLORIDE: (KW) )  -- 573 ITEMS FOUND IN TOXLINE


SEARCH FORMULATION BEGINNING AT SS 3 :
 (SS  2 OR 75-01-4 )  -- 1,479 ITEMS FOUND IN TOXLINE


SEARCH FORMULATION BEGINNING AT SS 4 :
 (ALL NEUROPATH: OR ALL ELECTROPHYSIOL: )  -- 5,837 ITEMS FOUND IN TOXLINE


SEARCH FORMULATION BEGINNING AT SS 5 :
 (ALL NEUROPHYSIOL: OR ALL NERVOUS: )  -- 33,701 ITEMS FOUND IN TOXLINE


SEARCH FORMULATION BEGINNING AT SS 6 :
 (CNS )  -- 2,964 ITEMS FOUND IN TOXLINE


SEARCH FORMULATION BEGINNING AT SS 7 :
 (BRAIN OR BRAINS OR BRAIN : )  -- 23,058 ITEMS FOUND IN TOXLINE


SEARCH FORMULATION BEGINNING AT SS 8 :
 (( EVOKED POTENTIAL (KW) OR EVOKED POTENTIALS (MH) ) )
                        -- 444 ITEMS FOUND IN TOXLINE


SEARCH FORMULATION BEGINNING AT SS 9 :
 (SS  8 OR EVOKED POTENTIAL: (KW) )  -- 1,013 ITEMS FOUND IN TOXLINE


SEARCH FORMULATION BEGINNING AT SS 10 :
 (SS  4 OR SS  5 OR SS  6 OR SS  8 OR SS  9 )
                        -- 39,476 ITEMS FOUND IN TOXLINE


SEARCH FORMULATION BEGINNING AT SS 11 :
 (SS  3 AND SS  7 )  -- 61 ITEMS FOUND IN TOXLINE


SEARCH FORMULATION BEGINNING AT SS 12 :
 (SS  3 AND SS 10 )  -- 79 ITEMS FOUND IN TOXLINE


SEARCH FORMULATION BEGINNING AT SS 13 :
 (SS 11 OR SS 12 )  -- 118 ITEMS FOUND IN TOXLINE
```

R&S 002200

R&S 002201

Relative
central studies
methyl styrene
$\hookrightarrow$ serum system
has been
exposed
metabolism
neuropathy
isopropyl

Vinyl chloride has not
undergone testing in a
neurotoxic chemical

Allyl chloride $\Rightarrow$ polyneuropathy

$CH_2 = CH - CH_2\ Cl$

methylene chloride $\Rightarrow$ no evidence to
polyneuropathy

Toluene chosen

dichloromethane

polyneuropathy
n-hexane
isomer

in addition to routine
synth. of TNS
this field at
autonom. system
Trigeminal nerve
$\hookrightarrow$ unable to
peroneal nerve
Model

**Exhibit 100:1/1/1990 (ASI 009525 – 009537)**

Mortality and cancer morbidity in workers exposed to low levels of vinyl chloride monomer at a polyvinyl chloride processing plant: finding large excess BCs and recognizing VCM as a known cause of BCs

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 166 of 178

American Journal of Industrial Medicine 17:553–565 (1990)

# Mortality and Cancer Morbidity in Workers Exposed to Low Levels of Vinyl Chloride Monomer at a Polyvinyl Chloride Processing Plant

**Lars Hagmar, MD, Bengt Åkesson, BSc, Jørn Nielsen, MD, Christina Andersson, BSc, Katarina Lindén, BSc, Robyn Attewell, MSc, and Torgil Möller, MD**

To study whether exposure to low levels of vinyl chloride monomer (VCM) causes increased risk for cancer morbidity and death from ischemic heart disease, a cohort study was performed among 2,031 male workers at a polyvinyl chloride (PVC) processing plant who had been employed for at least 3 months during the period 1945–1980. An almost significantly increased total mortality (SMR = 116, 95% CI 99–136) was found. Deaths caused by violence or intoxication were significantly increased (SMR = 153, 95% CI 109–213), but not deaths from ischemic heart disease (SMR = 100, 95% CI 73–135). A significant increase in total cancer morbidity was observed (SMR = 128, 95% CI 101–161). Respiratory cancers were significantly increased (SMR = 213, 95% CI 127–346). Furthermore, six brain tumors (vs. 2.6 expected) were observed. This increase, however, was not significant (SMR = 229, 95% CI 84–498). No liver hemangiosarcoma was observed. Applying a latency period of ≥10 years from start of employment did not change the risk patterns. There were no significant exposure-response associations between exposure estimates for VCM, asbestos, and plasticizers and cancer morbidity.

**Key words:** asbestos, brain cancer, plasticizers, phthalic acid esters, respiratory cancer, ischemic heart disease

## INTRODUCTION

It is well-established that vinyl chloride monomer (VCM) may induce angio-sarcoma of the liver, but there have also been suggestions of increased risks for lung cancer [Buffler et al., 1979; Waxweiler et al., 1976], brain tumors [Beaumont and Breslow, 1981; Cooper, 1981], melanoma [Storetvedt Heldaas et al., 1984], and hematopoietic malignancies [Weber et al., 1981] in workers producing VCM or polyvinyl chloride (PVC). The exposure levels for VCM had, however, been very high in the latter workplaces. In contrast, the exposure to VCM has been substantially

Department of Occupational Medicine, University Hospital, Lund, Sweden (L.H., B.Å., J.N., C.A., K.L., R.A.).
Regional Tumor Registry, University Hospital, Lund, Sweden (T.M.).
Address reprint requests to Dr. Lars Hagmar, Department of Occupational Medicine, University Hospital, S-221 85 Lund, Sweden.

Accepted for publication November 28, 1989.

© 1990 Wiley-Liss, Inc.

ASI 00009525

Case 3:08-cv-00612-RET-SCR    Document 47-9    06/03/2009    Page 166 of 178

554    Hagmar et al.

lower in the PVC processing industry. No excess cancer mortality or morbidity was observed in a Swedish cohort study of employees from four PVC processing plants [Molina et al., 1981]. On the other hand, a proportionate mortality study of employees in PVC fabricators showed an excess in total cancer mortality, particulary that of the digestive system [Chiazze et al., 1977]. Thus, whether low-level exposure to VCM increases the cancer incidence is not known. However, it should be remembered that there also has been exposure to other carcinogens, such as asbestos and certain plasticizers, in those working in the PVC processing industry. A much used plasticizer, di(2-ethylhexyl)phthalate (DEHP), has been regarded as carcinogenic in mice and rats by the IARC [1982].

An increased mortality due to myocardial infarction was observed in the previous Swedish cohort study of PVC-processing workers, which, hypothetically, was ascribed to a damaging effect on the blood vessels by VCM [Molina et al., 1981]. We report here on mortality and cancer morbidity in a cohort of workers from a PVC processing plant in which PVC, after addition of various chemicals, is heat-treated for fabrication into floor and wall coverings, pipes, sheets, and food packaging. The present plant is one of the four included in the previous Swedish cohort study [Molina et al., 1981]. As we have extended both the inclusion and observation period for the study and also obtained information from previously neglected company records, fewer than 50% of the subjects in the present cohort were included in the previous study.

One aim of the present study was to investigate whether there was an increased risk for cancer among employees in the PVC processing industry and whether such risks could be associated with specific chemical exposures. Furthermore, it was regarded as important to clarify whether there was an increased mortality from myocardial infarction or other cardiovascular diseases.

## SUBJECTS AND METHODS
### The Plant

The plant was founded in 1945. Initially, both the production and the number of employees were limited, but, since the mid 1950s, the production has been more extensive. The three main products manufactured in the plant are the following. 1) Thick film floor sheeting, floor tiles, and homogenous mats, have been produced since 1947 in calenders from PVC containing phthalic acid esters, mainly DEHP, as plasticizers. Asbestos, mainly chrysotile, used as reinforcer, was added to the PVC in the mixing department until 1977. 2) Thin film has, since 1952, been calendered from PVC, containing mostly DEHP, diisodecyl phthalate, and butylbenzylphthalate as plasticizers. The film was cut into diapers or ribbons for mat production or exported in rolls for use as packing material. 3) Pipes have, during the period 1952–1975, been extruded from PVC, containing mainly DEHP as a plasticizer. Furthermore, lead and cadmium compounds have been added as stabilizers.

### Exposure Estimates

For each calendar year 1945–1980, each work operation in the plant has been classified by an occupational hygienist in cooperation with technical and safety staff of the plant, with regard to the estimated mean exposure levels of VCM, asbestos,

ASI 00009526

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 168 of 178



and plasticizers. A four-grade scale. "none." "low." "moderate." or "high" exposure level. was used.

The exposure to VCM was rather stable until 1975. when the exposure levels rapidly decreased due to the first reports of the association with liver hemangiosarcoma. Before 1975. the mean exposure level among "highly" exposed workers (workers in the mixing departments and calender operators) was estimated to be about 10 ppm. among "moderately" exposed workers (e.g., machine attendants) about 1 ppm, and among workers exposed to "low" levels of VCM (quality inspectors and packing personal) about 0.1 ppm. Based on this information. the individual cumulated exposure (ppm-years) was calculated by adding the exposure estimates for each calendar year. The cumulated exposure data were used in dose-response calculations.

The estimates for asbestos were partly based on measurements of breathing zone levels. In 1971, the mean exposure level among "highly" exposed workers (raw material transport workers. workers in the mixing departments and PVC crushing. and calender operators) was 1–3 fibers/ml. among "moderately" exposed workers (machine attendants and repairmen) >0.1–0.5 fibers/ml. and among workers exposed to "low" levels of asbestos (quality inspectors and packing personnel) up to 0.1 fibers/ml. Measurements were performed over a total of 108 hr. No measurements of asbestos were performed before 1971. but, based on the best available judgements, the time-weighted average exposure levels after 1969 were estimated to have been about 40% lower than those in the period 1956–1969. Air sampling in 1975 indicated that the mean exposure level in all exposed workplaces had decreased by a factor of 3 compared to the period 1970–1974. No asbestos was used in the manufacture after 1977. The individual cumulated exposure for asbestos (fiber-years/ml) was calculated, in the same manner as for VCM, by adding the exposure estimates for each calendar year.

The exposure levels for plasticizers were stable during the whole study period. The time-weighted average breathing zone level of phthalic acid esters among "highly" exposed workers (calender operators) was >0.5–3 mg/m$^3$, among "moderately" exposed workers (workers in the mixing departments and machine attendants) >0.1–0.5 mg/m$^3$. and among workers exposed to "low" levels of VCM (quality inspectors and packing personnel) up to 0.1 mg/m$^3$. The individual cumulated exposure for plasticizers (mg-years) was calculated, in the same manner as for VCM and asbestos. by adding the exposure estimates for each calendar-year.

### Cohort

From the company's records, name. date of birth, address, and dates of start and end of employment were obtained for 2.042 male workers who had been employed for 3 months or more during the period 1945 to December 31. 1980 (Fig. 1). The records. however. contained no data on workers who had left employment or died before 1961.

Vital status was determined up to December 31. 1985 (Table I) for all but 11 subjects (0.5%). whose ten-digit personal identification code could not be established. Six of these subjects had been employed for less than 1 year. If a 10 year latency period was used. the total loss in follow-up was 0.7%. Thus the study cohort consisted of 2.031 subjects. Table II shows the distribution of person-years by age group and calendar year.

ASI 00009527

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 169 of 178

556    Hagmar et al.



Fig. 1. Cumulative distribution of time of starting and ending of work among workers employed at a PVC processing plant in the period 1945–1980. The cumulative number of observed deaths and tumors 1961–1985 are also shown.

TABLE I. Vital Status in the Cohort of Workers in a PVC Processing Factory

| Vital status | All | | ≥Ten years latency period | |
|---|---|---|---|---|
| | N | Percent | N | Percent |
| Living | 1,726 | 84.5 | 1,536 | 91.8 |
| Dead | 159 | 7 8 | 108 | 6.5 |
| Emigrated | 146 | 7.1 | 19 | 1.1 |
| Not identified[a] | 11 | 0.5 | 11 | 0.7 |
| Total | 2,042 | 100.0 | 1,674 | 100.0 |

[a]A ten-digit personal identification code could not be established.

TABLE II. Person-Years of Observation in a Cohort of 2,031 Workers in a PVC Processing Plant

| Calendar year | Age (years) | | | |
|---|---|---|---|---|
| | <30 | 30–59 | 60–79 | Total |
| 1961–1970 | 2,334 | 2,624 | 290 | 5,248 |
| 1971–1980 | 5,753 | 9,140 | 1,224 | 16,117 |
| 1981–1985 | 1,366 | 6,418 | 1,001 | 8,785 |
| Total | 9,453 | 18,182 | 2,515 | 30,150 |

## Information on Causes of Death and Tumors

Information on cause of death (1961–1985) was obtained from the National Swedish Central Bureau of Statistics. The death certificates were coded according to the International Classification of Diseases (ICD) by the National Swedish Central

ASI 00009528

Case 3:08-cv-00612-RET-SCR    Document 68-1    01/01/10    Page 170 of 178

Bureau of Statistics, which is responsible for the coding of all Swedish death certificates. All codes were transformed to the Eighth Revision of the ICD. Death certificates regarding causes of death of special interest were obtained. A total of 50% of the death certificates were based on clinical or forensic autopsy in subjects who had died before 80 years of age. If the 10 year latency period was used, the figure was 49%.

Information on up to two tumors (coded according to the ICD, Seventh Revision) diagnosed from 1961 to 1985 was obtained from the National Swedish and the Southern Swedish Regional Tumor Registries. Case records from hospital as well as autopsies were scrutinized.

## Risk Estimates

The person-year accumulation in the cohort started in 1961. Date of death, emigration or 80th birthday were used as individual endpoints. With regard to cancer morbidity, date of diagnosis of a second tumor was also used as an individual endpoint. Expected mortality for the period 1961–1985 was calculated using calendar year-, cause-, and 5 year age group-specific mortality rates for males in the county (Blekinge; about 75,000 male inhabitants). These rates were calculated from death and population counts obtained from the National Central Bureau of Statistics. Similarly, yearly morbidity rates for cancer in the period 1961–1985 for the county were obtained from the Southern Swedish Regional Tumor Register.

Cause-specific standardized mortality/morbidity ratios (SMRs) and 95% confidence intervals (CI) were calculated according to the Poisson distribution. Exposure-response relationships were assessed by analyses of SMRs over strata, based on duration of employment and the individual total cumulated exposure estimates for VCM, asbestos, and plasticizers [Breslow et al., 1983]. Each individual contributes person-years successively to each employment and exposure estimate stratum as he progresses through his employment time [Swaen and Volovics, 1987]. Thus, the exposure-response relationships were based on classified person-years and not on subjects.

The correlation between age and length of employment affects the comparability of the SMRs from each employment stratum. Furthermore, there is also an association between the cumulated exposure estimates and age. This may result in a negative bias in the SMRs, especially for those employed for a long time. Thus, to correct for the relationship between age and length of employment or cumulated exposure, an age-standardized SMR (SSMR) was calculated according to Ranstam [1984].

To clarify possible interactive effects of the three different chemical agents on cancer incidence, the distribution of subjects, observed number of tumors, and SMRs are given for the eight combinations of ever being exposed (or not) to the three agents. The term "significant" refers to $p \leq 0.05$ or to the lower limit of the 95% CI for SMR $\geq 1.00$. All tests are two-tailed.

## RESULTS
## Mortality

During the period 1961–1985, 156 deaths were observed vs. 134.6 expected (SMR = 116, 95% CI 99–136; Table III). The cumulated number of deaths in the

ASI 00009529

558    Hagmar et al.

**TABLE III. Observed (O) and Expected (E) Mortality 1961–1985 and Specific Causes of Death in a Cohort of Workers in a PVC Processing Plant[a]**

| Cause of death | | All[a] | | | | ≥ Ten years latency-period[b] | | | |
|---|---|---|---|---|---|---|---|---|---|
| Organ | ICD-8 | O | E | SMR | 95% CI | O | E | SMR | 95% CI |
| Malignant tumors | 140–209 | 38 | 30.8 | 122 | 88–171 | 29 | 20.7 | 140 | 95–203 |
| Gastrointestinal tumors | 150–159 | 14 | 10.7 | 131 | 72–220 | 11 | 7.6 | 145 | 72–260 |
| Respiratory tumors | 160–163 | 10 | 6.6 | 153 | 73–280 | 6 | 4.6 | 130 | 48–284 |
| Cardiovascular diseases | 390–458 | 60 | 60.1 | 100 | 77–129 | 47 | 43.5 | 108 | 80–145 |
| Ischemic heart diseases | 410–414 | 44 | 44.0 | 100 | 73–135 | 36 | 32.3 | 111 | 79–156 |
| Bronchitis, emphysema, asthma | 490–493 | 4 | 2.0 | 201 | 55–514 | 3 | 1.3 | 227 | 47–663 |
| Gastrointestinal diseases | 520–577 | 7 | 4.6 | 151 | 61–312 | 3 | 2.7 | 112 | 23–328 |
| Urinary tract diseases | 580–599 | 4 | 1.4 | 291 | 79–745 | 3 | 0.8 | 389 | 80–1140 |
| Violence, intoxication | 800–999 | 37 | 24.2 | 153 | 109–213 | 16 | 10.6 | 151 | 89–250 |
| All causes | 000–999 | 156 | 134.6 | 116 | 99–136 | 105 | 86.5 | 121 | 100–147 |

[a]SMR, standardized mortality ratio
[a]2,031 subjects, 30,150 person-years under observation.
[b]1,663 subjects, 12,187 person-years under observation.

cohort is plotted with regard to time in Figure 1. With regard to cause-specific mortality, there was no significantly increased risk of death in malignant tumors (SMR = 122, 95% CI 88–171), cardiovascular diseases (SMR = 100, 95% CI 77–129), or ischemic heart diseases (SMR = 100, 95% CI 73–129; Table III). Four deaths from obstructive lung diseases, vs. two expected, were observed. However, this was far from statistically significant (SMR = 201, 95% CI 55–514). On the other hand, deaths from violence or intoxication were significantly increased (SMR = 153, 95% CI 109–213).

When a latency-period of ≥10 years was applied, 105 deaths were observed vs. 86.5 expected (SMR = 121, 95% CI 100–147). The pattern of cause-specific deaths was not affected by the applied latency period.

**Cancer Morbidity**

A significant increase in total cancer morbidity was observed (SMR = 128, 95% CI 101–161; Table IV). The cumulated number of tumors in the cohort is plotted with respect to time in Figure 1. Among the specific cancers, there was a significant increase in respiratory cancer (SMR = 213, 95% CI 127–346), consisting of an increased incidence of both laryngeal cancer (SMR = 391, 95% CI 81–1140) and lung cancer, including one case of mesothelioma (SMR = 186, 95% CI 99–318; Table IV). The increased incidence of brain tumors did not reach a statistically significant level (SMR = 220, 95% CI 84–498). Of the six observed brain tumors,

ASI 00009530

TABLE IV. Observed (O) and Expected (E) Tumor Morbidity 1961–1985 in a Cohort of Workers in a PVC Processing Plant[a]

| Tumor | | All[a] | | | | ≥ Ten years latency-period[b] | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site | ICD-7 | O | E | SMR | 95% CI | O | E | SMR | 95% CI |
| Gastrointestinal tract | 150–158 | 19 | 14.9 | 127 | 78–202 | 14 | 10.6 | 133 | 70–213 |
| Liver, bile ducts | 155 | 2 | 1.1 | 189 | 23–684 | 2 | 0.8 | 244 | 30–880 |
| Respiratory tract | 160–164 | 17 | 8.0 | 213 | 127–346 | 11 | 5.6 | 195 | 97–349 |
| Nose, sinuses | 160 | 1 | 0.2 | 448 | 11–2500 | 1 | 0.1 | 803 | 20–4470 |
| Larynx | 161 | 3 | 0.8 | 391 | 81–114 | 3 | 0.6 | 549 | 113–1610 |
| Lung, pleura | 162–164 | 13 | 7.0 | 186 | 99–318 | 7 | 5.0 | 141 | 57–290 |
| Prostate | 177 | 11 | 6.5 | 170 | 85–304 | 10 | 5.2 | 191 | 91–351 |
| Brain | 193.0 | 6 | 2.6 | 229 | 84–498 | 4 | 1.6 | 258 | 70–660 |
| All | 140–209 | 75 | 58.6 | 128 | 101–161 | 55 | 39.8 | 138 | 105–181 |

*SMR, standardized mortality ratio.
[a]2,031 subjects, 30,150 person-years under observation.
[b]1,663 subjects, 12,187 person-years under observation.

five were astrogliomas and one a meningeoma. Neither of the two liver tumors observed was a hemangiosarcoma.

When a latency period of ≥10 years was applied, the total cancer morbidity was of the same magnitude as without the latency period (SMR = 138, 95% CI 105–181; Table IV). The morbidity from respiratory cancer was still about doubled (SMR = 195, 95% CI 97–349), but the excess risk for lung and pleural cancer had decreased somewhat (SMR = 141, 95% CI 57–290). On the other hand, the increased incidence of laryngeal cancer reached statistical significance (SMR = 549, 95% CI 113–1610).

## Dose-Response Analysis

There were no significant associations between length of employment and the incidence of respiratory cancers or total cancer incidence, regardless of whether a ≥10 years latency period was applied or not (Table V). Furthermore, there were no significant associations between the individual cumulated exposure estimates to VCM and incidence of respiratory or total cancer (Table VI). "High" cumulated exposure to asbestos (≥3.3 fiber-years/ml) was significantly associated with respiratory cancers (SSMR = 295, p = 0.01), but the exposure-response relationships were not statistically significant for either these tumors or total cancer incidence (Table VII). There were no significant associations between the individual cumulated exposure estimates to plasticizers and incidence of respiratory or total cancer (Table VIII).

None of the subjects in the cohort had been exposed to VCM only, 28% had been exposed to asbestos only, and 6% to plasticizers only (Table IX). Thirty-four percent of the cohort had been exposed to all three agents, but no increased cancer incidence was observed for this subcohort. However, the case of mesothelioma was from this category. Fourteen percent of the cohort had not been exposed to any of the exposure agents. The total cancer incidence was, however, increased in this group (SMR = 183, 95% CI 100–308). Finally, a total of 18% of the cohort were classified in the remaining three exposure combinations. A significant increase for respiratory cancer (SMR = 1070, 95% CI 220–3120) was observed in the subcohort of 76 subjects exposed to both asbestos and plasticizers but not to VCM.

ASI 00009531

560     Hagmar et al.

TABLE V. Relationship Between Time of Employment and Risk of Cancer Morbidity*

| Tumor | | Time of employment (years) | | | | | | | | | |
|-------|------|------|------|------|------|------|------|------|------|------|------|
| | | <1 (mean 0.5)[a] | | | 1–5 (mean 2.4)[b] | | | >5 (mean 12.3)[c] | | | |
| Site | ICD-7 | O | SMR | SSMR | O | SMR | SSMR | O | SMR | SSMR | p |
| Respiratory tract | 160–164 | 3 | 295 | 295 | 3 | 254 | 252 | 5 | 145 | 138 | 0.28 |
| Lung, pleura | 162–164 | 2 | 221 | 221 | 1 | 96 | 109 | 4 | 133 | 132 | >0.5 |
| All | 140–209 | 12 | 155 | 155 | 12 | 139 | 145 | 31 | 132 | 123 | >0.5 |

*A latency period of ≥10 years has been applied. The calculations were based on 1,663 subjects. O, observed cases. SMR, standardized morbidity ratio. SSMR, SMR standardized to the age distribution in the <1 year group. P for trend in SSMR.
[a]3,579 person-years at risk.
[b]3,553 person-years at risk.
[c]5,057 person-years at risk.

TABLE VI. Relationship Between the Cumulative Exposure Estimates for Vinyl Chloride Monomer (VCM) and Risk of Cancer Morbidity*

| Tumor | | Cumulative exposure estimates (ppm-years) | | | | | | | | | |
|-------|------|------|------|------|------|------|------|------|------|------|------|
| | | <0.1 (mean 0.02)[a] | | | 0.1–1 (mean 0.4)[b] | | | >1 (mean 23)[c] | | | |
| Site | ICD-7 | O | SMR | SSMR | O | SMR | SSMR | O | SMR | SSMR | p |
| Respiratory tract | 160–164 | 6 | 247 | 247 | 2 | 161 | 109 | 3 | 153 | 165 | >0.5 |
| Lung, pleura | 162–164 | 5 | 232 | 232 | 0 | 0 | 0 | 2 | 116 | 123 | >0.5 |
| All | 140–209 | 26 | 149 | 149 | 14 | 155 | 148 | 15 | 112 | 105 | 0.3 |

*The calculations were based on 1,658 subjects. A latency period of ≥10 years has been applied. O, observed cases. SMR, standardized morbidity ratio. SSMR, SMR standardized to the age distribution in the <0.1 ppm-years category; p for trend in SSMR.
[a]5,543 person-years at risk
[b]3,542 person-years at risk
[c]3,062 person-years at risk.

## DISCUSSION

The main result of the present study is an increased incidence of total cancer morbidity, and more specifically of respiratory cancers, in PVC processing workers.

### Validity

No preemployment health examination was performed before 1968, when the company founded its medical health service. Even after that, there has been no focus on cardiovascular or respiratory diseases in preemployment health examinations. There is not likely to have been any self-selection against employment in the plant, but this possible bias can of course not fully be excluded. Thus there is no reason to believe that there has been any significant bias in selection of employees into the cohort affecting mortality from cardiovascular or chronic obstructive respiratory diseases. However, it is possible that workers with such diseases may have left work selectively, causing an underestimation of risk.

Since 1968, the employees have been examined routinely by chest X-ray every 5 years; no tumor has yet been diagnosed by this means. No other screening test for cancer has been performed among the workers. Thus there is no reason to believe that

ASI 00009532

Mortality and Cancer at a PVC Processing Plant    561

TABLE VII. Relationship Between the Cumulative Exposure Estimates for Asbestos and Risk of Cancer Morbidity*

| Tumor | | Cumulative exposure estimate (fiber-years/ml) | | | | | | | | |
| | | <0.03 (mean 0.002)[a] | | | 0.03–3.3 (mean 1.2)[b] | | | >3.3 (mean 13.5)[c] | | |
| Site | ICD-7 | O | SMR | SSMR | O | SMR | SSMR | O | SMR | SSMR | p |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Respiratory tract | 160–164 | 3 | 162 | 162 | 1 | 73 | 51 | 7 | 290 | 295 | 0.18 |
| Lung, pleura | 162–164 | 2 | 121 | 121 | 0 | 0 | 0 | 5 | 235 | 241 | 0.14 |
| All | 140–209 | 22 | 168 | 168 | 14 | 137 | 140 | 19 | 116 | 112 | 0.29 |

*A latency period of ≥10 years has been applied. The calculations were based on 1,658 subjects. O, observed cases; SMR, standardized morbidity ratio; SSMR, SMR standardized to the age distribution in the <0.03 fiber-years/ml category; p for trend in SSMR.
[a]3,885 person-years at risk.
[b]4,386 person-years at risk.
[c]3,875 person-years at risk.

TABLE VIII. Relationship Between the Cumulative Exposure Estimates for Plasticizers and Risk of Cancer Morbidity*

| Tumor | | Cumulative exposure estimate (mg-years) | | | | | | | | |
| | | <0.05 (mean 0.04)[a] | | | 0.05–0.5 (mean 0.3)[b] | | | >0.5 (mean 2)[c] | | |
| Site | ICD-7 | O | SMR | SSMR | O | SMR | SSMR | O | SMR | SSMR | p |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Respiratory tract | 160–164 | 1 | 52 | 52 | 5 | 373 | 334 | 5 | 213 | 224 | >0.5 |
| Lung, pleura | 162–164 | 1 | 58 | 58 | 2 | 168 | 158 | 4 | 194 | 204 | >0.5 |
| All | 140–209 | 19 | 135 | 135 | 15 | 153 | 142 | 21 | 132 | 138 | >0.5 |

*A latency period of ≥10 years has been applied. The calculations were based on 1,658 subjects. O, observed cases; SMR, standardized morbidity ratio; SSMR, SMR standardized to the age distribution in the <0.05 mg-years category; p for trend in SSMR
[a]4,644 person-years at risk.
[b]3,662 person-years at risk.
[c]3,858 person-years at risk.

tumors have been diagnosed earlier in the exposed cohort than in the reference population.

Diagnostic accuracy for causes of death, as well as tumors, is important for the conclusions. Information on cause of death could be obtained for all deceased. In the cohort, 50% of the death certificates were based on clinical or forensic autopsy, which is somewhat higher than the frequency of autopsy in deceased males in the county (about 36%). Thus, there are reasons to believe that the diagnostic accuracy for causes of death in the cohort is somewhat better than average in this geographical region. The somewhat increased autopsy rate in the cohort does not seem to have caused any bias with respect to tumor diagnosis; e.g., no case of lung cancer was diagnosed by autopsy only.

Smoking is a potential confounding factor for both lung cancer and laryngeal cancer. The smoking habits in the cohort are not known. However, it is not unlikely that the number of smokers in the cohort, as well as in other groups of Swedish industrial workers [Hagmar et al., 1986; Socialstyrelsen, 1986], are somewhat higher than in the reference population. This may explain some of the observed excess risk for respiratory cancer. The exposure estimates were only partially based on measure-

ASI 00009533

562     Hagmar et al.

TABLE IX. Relationship Between Cancer Morbidity and the Eight Combinations of the Three Exposures (−, virtually never exposed; +, exposed) for 1,660 Subjects; Vinyl Chloride (VCM), Asbestos, and Plasticizers*

| | All cancer | | | | | | Respiratory cancer | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | VCM− | | | VCM+ | | | VCM− | | VCM+ | |
| | N | O | SMR | N | O | SMR | O | SMR | O | SMR |
| Plasticizers− | | | | | | | | | | |
| Asbestos− | 227 | 14 | 183ᵃ | 0 | 0 | 0 | 1 | 105 | 0 | 0 |
| Asbestos+ | 472 | 5 | 79 | 7 | 0 | 0 | 0 | 0 | 0 | 0 |
| Plasticizers+ | | | | | | | | | | |
| Asbestos− | 99 | 3 | 180 | 214 | 5 | 131 | 1 | 487 | 0 | 0 |
| Asbestos+ | 76 | 4 | 193 | 565 | 24 | 133 | 3 | 1,070ᵇ | 2 | 88 |

*A latency period of ≥10 years has been applied. N, number of subjects; O, observed cases; SMR, standardized morbidity ratio.
[a]95% CI 100–308.
[b]95% CI 220–3,120.

ments and were mainly based on skilled, but subjective, assessments of exposure levels. Thus, the individual cumulated exposure estimates we used are, as in most retrospective cohort studies, rather crude.

## Mortality

In many cohort studies among industrial workers, no increased overall mortality ratio is found. This has usually been ascribed to a "healthy worker effect" [Mc-Michael, 1976]. On the other hand, we have, in two recent studies of workers in the chemical industry, observed increased overall mortality ratios compared with regional reference populations [Hagmar et al., 1986; Englander et al., 1988]. The almost significantly increased overall mortality in the present study is in accordance with those findings. A major cause of the overall increase is the 50% excess in violent deaths or intoxications. This was also observed in our previous studies on workers in the chemical industry [Hagmar et al., 1986; Englander et al., 1988]. The observed excess risk is probably correlated with socioeconomic factors, including alcohol abuse.

No increased incidence of deaths from cardiovascular diseases, or more specifically from ischemic heart diseases, was observed in the cohort. This is in contrast to a previous Swedish study on the PVC processing industry, including a part of the present cohort, in which a slight excess risk for myocardial infarction was indicated [Molina et al., 1981], but is in concordance with the results of a proportionate mortality study among employees of PVC fabricators [Chiazze et al., 1977]. Furthermore, the incidence of ischemic heart disease was not increased in previous studies on workers producing VCM or PVC, who were exposed to much higher levels of VCM [Doll, 1988].

Four subjects in the cohort died from chronic obstructive respiratory diseases compared with two expected. The numbers are still too small to allow any interpretation. It should be remembered, however, that only a few studies on occupational groups have shown increased mortality in chronic obstructive respiratory diseases. It has been shown that men who are not gainfully employed had a highly increased risk

ASI 00009534

of death in chronic obstructive respiratory diseases compared to gainfully employed men in Sweden [Järvholm et al., 1988]. Therefore, it has been proposed that, with respect to these diseases, other occupational groups constitute more suitable reference groups than the general population [Järvholm et al., 1988].

**Cancer Morbidity**

The present study showed an increased incidence of total cancer morbidity, which is in agreement with a proportionate mortality study among employees of PVC fabricators showing an excess of total cancer mortality [Chiazze et al., 1977]. On the other hand, such an increase was not observed in a previous Swedish cohort study on PVC processing workers [Molina et al., 1981]. However, the present study consists partly of the same subjects as in this latter study, but a longer follow-up period was now available.

The increase in respiratory tumors was significant. However, the SMR did not increase when applying $\geq 10$ years latency period from start of employment, which does not strengthen the hypothesis of a causal association with the work environment in the present plant. Furthermore, no clear-cut exposure–response associations with any specific chemical agent could be established. On the other hand, the statistical power for exposure-response associations with specific tumor sites was limited by relatively few expected cases. Thus, the association between exposure to asbestos and risk for respiratory tumors, indicated in Table VII, is noteworthy, even if it does not reach formal significance. According to Doll and Peto [1985], the incidence of chrysotile-induced lung cancer increases with 1% per fiber-years/ml. Mainly chrysotile had been handled in the present plant, and the exposure levels for most workers were relatively low (mean exposure level in the "highly" exposed stratum was 13.5 fiber-years/ml). Therefore, no dramatic effects with regard to lung cancer should be expected. The subject with mesothelioma had a cumulated asbestos exposure of 17.2 fiber-years/ml and had a 26 year latency period from first day of exposure to date of diagnosis. A causal association is therefore probable in this case.

Asbestos exposure is regarded as one of the causes of laryngeal cancer [Doll and Peto, 1985]. A significant increase in that diagnosis was observed in the present study, but this was based on only three cases. The cumulated asbestos estimates for these subjects were not impressive: 6.8, 5.1, and 1.2 fiber-years/ml. Thus, whether exposure to asbestos contributed to the increased risk for laryngeal cancer is not obvious.

It is also noteworthy with regard to previously suggested associations between VCM exposure and brain tumors [Beaumont and Breslow, 1981] that the incidence of these tumors was more than doubled in our study, even if the increase was not formally significant. On the other hand, only three of the six cases of brain tumors had ever been exposed to VCM. In previous case reports, VCM exposure in PVC processing plants has been associated with hepatic angiosarcomas [Wagoner, 1983; Maltoni et al., 1984]. No such tumors were observed in our study, however.

One aim of our study was to test whether the increased cancer risks in the cohort could be associated with exposure to VCM, asbestos, or plasticizers. However, no significant dose–response associations were found, even if a tendency towards association between respiratory cancers and cumulated exposure for asbestos was observed. Several explanations for this inability to demonstrate exposure–response associations are possible. The observed excess risks may be due to nonidentified,

ASI 00009535

564     Hagmar et al.

nonoccupational confounding factors or may be attributable to more complicated exposure interactions between chemical agents in the plant, which cannot be analyzed with our methodological approach. Alternatively, the lack of observed dose–response associations may be due to weaknesses in the applied, rather crude, exposure estimates. Furthermore, the statistical power for detecting significant exposure–response associations between chemical agents and specific tumor sites was limited in the present study by few expected cases. A follow-up study with more person-years under observation will provide an increased precision, which should clarify the risk pattern connected with employment in the PVC processing industry.

## ACKNOWLEDGMENTS

This project was supported by grants from the Swedish Work Environment Fund, the Swedish Cancer Society, and from Ellen, Walter, and Lennart Hesselman's Foundation for Scientific Research. Dr. T. Ax, Prof. B. Holmberg, and Mr. W. Jakobsen are gratefully acknowledged for their valuable assistance.

## REFERENCES

Beaumont JJ, Breslow NE (1981): Power considerations in epidemiologic studies of vinyl chloride workers. Am J Epidemiol 114:725–734.

Breslow NE, Lubin JH, Marek P, Langholz B (1983): Multiplicative models and cohort analysis. J Am Stat Assoc 78:1–12.

Buffler PA, Wood S, Eifler C, Suarez L, Kilian DJ (1979): Mortality experience of workers in a vinyl chloride monomer production plant. J Occup Med 23.195–203.

Chiazze L, Nichols WE, Wong O (1977): Mortality among employees of PVC fabricators. J Occup Med 19:623–628.

Cooper WC (1981): Epidemiologic study of vinyl chloride workers. Mortality through December 31st 1972. Environ Health Perspect 41:101–106.

Doll R (1988). Effects of exposure to vinyl chloride: an assessment of the evidence. Scand J Work Environ Health 14:61–78

Doll R, Peto J (1985): "Effects on Health of Exposure to Asbestos." London: Her Majesty's Stationery Office.

Englander V, Sjöberg A, Hagmar L, Attewell R, Schutz A, Moller T, Skerfving S (1988): Mortality and cancer morbidity in workers exposed to sulphur dioxide in a sulphuric acid plant. Int Arch Occup Environ Health 61:157–162.

Hagmar L, Bellander T, Englander V, Ranstam J, Attewell R, Skerfving S (1986): Mortality and cancer morbidity among workers in a chemical factory. Scand J Work Environ Health 12:545–551

International Agency for Research on Cancer (1982): "Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans," Vol 29. Lyon: IARC, pp 269–274.

Jarvholm B, Horte LG, Thorén K (1988). Respiratory mortality—an underestimated occupational risk? Sixth International Symposium—Epidemiology in Occupational Health, Stockholm, Sweden, August 16–18, 1988, Arbete och Hälsa 16, p 32 (abstract).

Maltoni C, Clini C, Vicini F, Masina A (1984): Two cases of liver angiosarcoma among polyvinyl chloride (PVC) extruders of an Italian factory producing PVC bags and other containers. Am J Ind Med 5:297–302.

McMichael AJ (1976) Standardized mortality ratios and the "healthy worker effect": Scratching beneath the surface. J Occup Med 18:165–168.

Molina G, Holmberg B, Elofsson S, Holmlund L, Moosing R, Westerholm P (1981): Mortality and cancer rates among workers in the Swedish PVC processing industry Environ Health Perspect 41 145–151.

Ranstam J (1984): Comparisons of standardized mortality ratios Letter to the editor. Scand J Work Environ Health 10:63.

ASI 00009536

Mortality and Cancer at a PVC Processing Plant    565

Socialstyrelsen (1986). "Tobaksvanor i Sverige." Socialstyrelsen Redovisar 1986:9 (in Swedish).

Storetvedt Heidaas S. Langård SL. Andersen A (1984): Incidence of cancer among vinyl chloride and polyvinyl chloride workers  Br J Ind Med 41.25–30.

Swaen GMH. Volovics A (1987): Investigating dose-response relations in occupational mortality studies: something to keep in mind  Br J Ind Med 44:642–644.

Wagoner JK (1983): Toxicity of vinyl chloride and poly(vinyl chloride): a critical review. Environ Health Perspect 52:61–66.

Waxweiler RJ, Stringer W, Wagoner JK, Jones J, Falk H, Carter C (1976): Neoplastic risk among workers exposed to vinyl chloride  Ann NY Acad Sci 271:40–48.

Weber H. Reinl W. Greiser E (1981): German investigations on morbidity and mortality of workers exposed to vinyl chloride. Environ Health Perspect 41:95–99.

ASI 00009537