## Exhibit 101:1/1/1990 (VC 6146 – 6158)

Article - "Mortality and Cancer Morbidity in Workers Exposed to Low Levels of Vinyl Chloride Monomer at a Polyvinyl Chloride Processing Plant" by Hagmar, Akesson, Nielsen, Andersson, Linden, Attewell, and Moller re: VCM as cause of BC

American Journal of Industrial Medicine 17:553–565 (1990)

# Mortality and Cancer Morbidity in Workers Exposed to Low Levels of Vinyl Chloride Monomer at a Polyvinyl Chloride Processing Plant

Lars Hagmar, MD, Bengt Åkesson, BSc, Jørn Nielsen, MD, Christina Andersson, BSc, Katarina Linden, BSc, Robyn Attewell, MSc, and Torgil Möller, MD

To study whether exposure to low levels of vinyl chloride monomer (VCM) causes increased risk for cancer morbidity and death from ischemic heart disease, a cohort study was performed among 2,031 male workers at a polyvinyl chloride (PVC) processing plant who had been employed for at least 3 months during the period 1945–1980. An almost significantly increased total mortality (SMR = 116, 95% CI 99–136) was found. Deaths caused by violence or intoxication were significantly increased (SMR = 153, 95% CI 109–213), but not deaths from ischemic heart disease (SMR = 100, 95% CI 75–135). A significant increase in total cancer morbidity was observed (SMR = 128, 95% CI 101–161). Respiratory cancers were significantly increased (SMR = 213, 95% CI 127–346). Furthermore, six brain tumors (vs. 2.6 expected) were observed. This increase, however, was not significant (SMR = 229, 95% CI 84–498). No liver hemangiosarcoma was observed. Applying a latency period of ≥10 years from start of employment did not change the risk patterns. There were no significant exposure-response associations between exposure estimates for VCM, asbestos, and plasticizers and cancer morbidity.

Key words: asbestos, brain cancer, plasticizers, phthalic acid esters, respiratory cancer, ischemic heart disease

## INTRODUCTION

It is well-established that vinyl chloride monomer (VCM) may induce angiosarcoma of the liver, but there have also been suggestions of increased risks for lung cancer [Buffler et al., 1979; Waxweiler et al., 1976], brain tumors [Beaumont and Breslow, 1981; Cooper, 1981], melanoma [Storetvedt Heldaas et al., 1984], and hematopoietic malignancies [Weber et al., 1981] in workers producing VCM or polyvinyl chloride (PVC). The exposure levels for VCM had, however, been very high in the latter workplaces. In contrast, the exposure to VCM has been substantially

Department of Occupational Medicine, University Hospital, Lund, Sweden (L.H., B.Å., J.N., C.A., K.L., R.A.)
Regional Tumor Registry, University Hospital, Lund, Sweden (T.M.)

Address reprint requests to Dr. Lars Hagmar, Department of Occupational Medicine, University Hospital, S-221 85 Lund, Sweden.
Accepted for publication November 28, 1989

© 1990 Wiley-Liss, Inc.

**VC6146**

Case 3:08-cv-00612-RET-SCR    Document 68-2    01/01/10    Page 8 of 182

554    Hagmar et al.

lower in the PVC processing industry. No excess cancer mortality or morbidity was observed in a Swedish cohort study of employees from four PVC processing plants [Molina et al., 1981]. On the other hand, a proportionate mortality study of employees in PVC fabricators showed an excess in total cancer mortality, particulary that of the digestive system [Chiazze et al., 1977]. Thus, whether low-level exposure to VCM increases the cancer incidence is not known. However, it should be remembered that there also has been exposure to other carcinogens, such as asbestos and certain plasticizers, in those working in the PVC processing industry. A much used plasticizer, di(2-ethylhexyl)phthalate (DEHP), has been regarded as carcinogenic in mice and rats by the IARC [1982].

An increased mortality due to myocardial infarction was observed in the previous Swedish cohort study of PVC-processing workers, which, hypothetically, was ascribed to a damaging effect on the blood vessels by VCM [Molina et al., 1981]. We report here on mortality and cancer morbidity in a cohort of workers from a PVC processing plant in which PVC, after addition of various chemicals, is heat-treated for fabrication into floor and wall coverings, pipes, sheets, and food packaging. The present plant is one of the four included in the previous Swedish cohort study [Molina et al., 1981]. As we have extended both the inclusion and observation period for the study and also obtained information from previously neglected company records, fewer than 50% of the subjects in the present cohort were included in the previous study.

One aim of the present study was to investigate whether there was an increased risk for cancer among employees in the PVC processing industry and whether such risks could be associated with specific chemical exposures. Furthermore, it was regarded as important to clarify whether there was an increased mortality from myocardial infarction or other cardiovascular diseases.

## SUBJECTS AND METHODS
### The Plant

The plant was founded in 1945. Initially, both the production and the number of employees were limited, but, since the mid 1950s, the production has been more extensive. The three main products manufactured in the plant are the following. 1) Thick film floor sheeting, floor tiles, and homogenous mats, have been produced since 1947 in calenders from PVC containing phthalic acid esters, mainly DEHP, as plasticizers. Asbestos, mainly chrysotile, used as reinforcer, was added to the PVC in the mixing department until 1977. 2) Thin film has, since 1952, been calendered from PVC, containing mostly DEHP, diisodecyl phthalate, and butylbenzylphthalate as plasticizers. The film was cut into diapers or ribbons for mat production or exported in rolls for use as packing material. 3) Pipes have, during the period 1952–1975, been extruded from PVC, containing mainly DEHP as a plasticizer. Furthermore, lead and cadmium compounds have been added as stabilizers.

### Exposure Estimates

For each calendar year 1945–1980, each work operation in the plant has been classified by an occupational hygienist in cooperation with technical and safety staff of the plant, with regard to the estimated mean exposure levels of VCM, asbestos,

VC6147

Case 3:08-cv-00612-RET-SCR    Document 47-11    06/03/2009    Page 3 of 162

and plasticizers. A four-grade scale. "none." "low." "moderate." or "high" exposure level, was used.

The exposure to VCM was rather stable until 1975, when the exposure levels rapidly decreased due to the first reports of the association with liver hemangiosarcoma. Before 1975, the mean exposure level among "highly" exposed workers (workers in the mixing departments and calender operators) was estimated to be about 10 ppm. among "moderately" exposed workers (e.g., machine attendants) about 1 ppm. and among workers exposed to "low" levels of VCM (quality inspectors and packing personal) about 0.1 ppm. Based on this information. the individual cumulated exposure (ppm-years) was calculated by adding the exposure estimates for each calendar year. The cumulated exposure data were used in dose-response calculations.

The estimates for asbestos were partly based on measurements of breathing zone levels. In 1971. the mean exposure level among "highly" exposed workers (raw material transport workers. workers in the mixing departments and PVC crushing, and calender operators) was 1–3 fibers/ml. among "moderately" exposed workers (machine attendants and repairmen) >0.1–0.5 fibers/ml. and among workers exposed to "low" levels of asbestos (quality inspectors and packing personnel) up to 0.1 fibers/ml. Measurements were performed over a total of 108 hr. No measurements of asbestos were performed before 1971. but. based on the best available judgements. the time-weighted average exposure levels after 1969 were estimated to have been about 40% lower than those in the period 1956–1969. Air sampling in 1975 indicated that the mean exposure level in all exposed workplaces had decreased by a factor of 3 compared to the period 1970–1974. No asbestos was used in the manufacture after 1977. The individual cumulated exposure for asbestos (fiber-years/ml) was calculated. in the same manner as for VCM. by adding the exposure estimates for each calendar year.

The exposure levels for plasticizers were stable during the whole study period. The time-weighted average breathing zone level of phthalic acid esters among "highly" exposed workers (calender operators) was $>0.5–3$ mg/m$^3$. among "moderately" exposed workers (workers in the mixing departments and machine attendants) $>0.1–0.5$ mg/m$^3$. and among workers exposed to "low" levels of VCM (quality inspectors and packing personnel) up to 0.1 mg/m$^3$. The individual cumulated exposure for plasticizers (mg-years) was calculated. in the same manner as for VCM and asbestos. by adding the exposure estimates for each calendar-year.

### Cohort

From the company's records. name. date of birth. address, and dates of start and end of employment were obtained for 2,042 male workers who had been employed for 3 months or more during the period 1945 to December 31, 1980 (Fig. 1). The records, however, contained no data on workers who had left employment or died before 1961.

Vital status was determined up to December 31, 1985 (Table I) for all but 11 subjects (0.5%). whose ten-digit personal identification code could not be established. Six of these subjects had been employed for less than 1 year. If a 10 year latency period was used. the total loss in follow-up was 0.7%. Thus the study cohort consisted of 2,031 subjects. Table II shows the distribution of person-years by age group and calendar year.

**VC6148**

556     Hagmar et al.



Fig. 1.   Cumulative distribution of time of starting and ending of work among workers employed at a PVC processing plant in the period 1945–1980. The cumulative number of observed deaths and tumors 1961–1985 are also shown.

TABLE I. Vital Status in the Cohort of Workers in a PVC Processing Factory

| | All | | ≥Ten years latency period | |
|---|---|---|---|---|
| Vital status | N | Percent | N | Percent |
| Living | 1,726 | 84.5 | 1,536 | 91.8 |
| Dead | 159 | 7.8 | 108 | 6.5 |
| Emigrated | 146 | 7.1 | 19 | 1.1 |
| Not identified[a] | 11 | 0.5 | 11 | 0.7 |
| Total | 2,042 | 100.0 | 1,674 | 100.0 |

[a]A ten-digit personal identification code could not be established.

TABLE II. Person-Years of Observation in a Cohort of 2,031 Workers in a PVC Processing Plant

| | Age (years) | | | |
|---|---|---|---|---|
| Calendar year | <30 | 30–59 | 60–79 | Total |
| 1961–1970 | 2,334 | 2,624 | 290 | 5,248 |
| 1971–1980 | 5,753 | 9,140 | 1,224 | 16,117 |
| 1981–1985 | 1,366 | 6,418 | 1,001 | 8,785 |
| Total | 9,453 | 18,182 | 2,515 | 30,150 |

## Information on Causes of Death and Tumors

Information on cause of death (1961–1985) was obtained from the National Swedish Central Bureau of Statistics. The death certificates were coded according to the International Classification of Diseases (ICD) by the National Swedish Central

VC6149


Case 3:08-cv-00612-RET-SCR    Document 68-2    01/01/10    Page 6 of 162

Bureau of Statistics, which is responsible for the coding of all Swedish death certif-
icates. All codes were transformed to the Eighth Revision of the ICD. Death certif-
icates regarding causes of death of special interest were obtained. A total of 50% of
the death certificates were based on clinical or forensic autopsy in subjects who had
died before 80 years of age. If the 10 year latency period was used, the figure was
49%.

Information on up to two tumors (coded according to the ICD, Seventh Revi-
sion) diagnosed from 1961 to 1985 was obtained from the National Swedish and the
Southern Swedish Regional Tumor Registries. Case records from hospital as well as
autopsies were scrutinized.

### Risk Estimates

The person-year accumulation in the cohort started in 1961. Date of death,
emigration or 80th birthday were used as individual endpoints. With regard to cancer
morbidity, date of diagnosis of a second tumor was also used as an individual
endpoint. Expected mortality for the period 1961–1985 was calculated using calendar
year-, cause-, and 5 year age group-specific mortality rates for males in the county
(Blekinge; about 75,000 male inhabitants). These rates were calculated from death
and population counts obtained from the National Central Bureau of Statistics. Sim-
ilarly, yearly morbidity rates for cancer in the period 1961–1985 for the county were
obtained from the Southern Swedish Regional Tumor Register.

Cause-specific standardized mortality/morbidity ratios (SMRs) and 95% confi-
dence intervals (CI) were calculated according to the Poisson distribution. Exposure-
response relationships were assessed by analyses of SMRs over strata, based on
duration of employment and the individual total cumulated exposure estimates for
VCM, asbestos, and plasticizers [Breslow et al., 1983]. Each individual contributes
person-years successively to each employment and exposure estimate stratum as he
progresses through his employment time [Swaen and Volovics, 1987]. Thus, the
exposure-response relationships were based on classified person-years and not on
subjects.

The correlation between age and length of employment affects the comparabil-
ity of the SMRs from each employment stratum. Furthermore, there is also an asso-
ciation between the cumulated exposure estimates and age. This may result in a
negative bias in the SMRs, especially for those employed for a long time. Thus, to
correct for the relationship between age and length of employment or cumulated
exposure, an age-standardized SMR (SSMR) was calculated according to Ranstam
[1984].

To clarify possible interactive effects of the three different chemical agents on
cancer incidence, the distribution of subjects, observed number of tumors, and SMRs
are given for the eight combinations of ever being exposed (or not) to the three agents.
The term "significant" refers to $p \leq 0.05$ or to the lower limit of the 95% CI for
$SMR \geq 1.00$. All tests are two-tailed.

### RESULTS

#### Mortality

During the period 1961–1985, 156 deaths were observed vs. 134.6 expected
($SMR = 116$, 95% CI 99–136; Table III). The cumulated number of deaths in the

VC6150

- 558    Hagmar et al.

TABLE III. Observed (O) and Expected (E) Mortality 1961–1985 and Specific Causes of Death in a Cohort of Workers in a PVC Processing Plant[a]

| Cause of death | | All[a] | | | | ≥Ten years latency-period[b] | | | |
|---|---|---|---|---|---|---|---|---|---|
| Organ | ICD-8 | O | E | SMR | 95% CI | O | E | SMR | 95% CI |
| Malignant tumors | 140–209 | 38 | 30.8 | 122 | 88–171 | 29 | 20.7 | 140 | 95–203 |
| Gastrointestinal tumors | 150–159 | 14 | 10.7 | 131 | 72–220 | 11 | 7.6 | 145 | 72–260 |
| Respiratory tumors | 160–163 | 10 | 6.6 | 153 | 73–280 | 6 | 4.6 | 130 | 48–284 |
| Cardiovascular diseases | 390–458 | 60 | 60.1 | 100 | 77–129 | 47 | 43.5 | 108 | 80–145 |
| Ischemic heart diseases | 410–414 | 44 | 44.0 | 100 | 73–135 | 36 | 32.3 | 111 | 79–156 |
| Bronchitis, emphysema, asthma | 490–493 | 4 | 2.0 | 201 | 55–514 | 3 | 1.3 | 227 | 47–663 |
| Gastrointestinal diseases | 520–577 | 7 | 4.6 | 151 | 61–312 | 3 | 2.7 | 112 | 23–328 |
| Urinary tract diseases | 580–599 | 4 | 1.4 | 291 | 79–745 | 3 | 0.8 | 389 | 80–1140 |
| Violence, intoxication | 800–999 | 37 | 24.2 | 153 | 109–213 | 16 | 10.6 | 151 | 89–250 |
| All causes | 000–999 | 156 | 134.6 | 116 | 99–136 | 105 | 86.5 | 121 | 100–147 |

[a]SMR, standardized mortality ratio.
[a]2.031 subjects, 30.150 person-years under observation.
[b]1.663 subjects, 12.187 person-years under observation.

cohort is plotted with regard to time in Figure 1. With regard to cause-specific mortality, there was no significantly increased risk of death in malignant tumors (SMR = 122, 95% CI 88–171), cardiovascular diseases (SMR = 100, 95% CI 77–129), or ischemic heart diseases (SMR = 100, 95% CI 73–129; Table III). Four deaths from obstructive lung diseases, vs. two expected, were observed. However, this was far from statistically significant (SMR = 201, 95% CI 55–514). On the other hand, deaths from violence or intoxication were significantly increased (SMR = 153, 95% CI 109–213).

When a latency-period of ≥10 years was applied, 105 deaths were observed vs. 86.5 expected (SMR = 121, 95% CI 100–147). The pattern of cause-specific deaths was not affected by the applied latency period.

Cancer Morbidity

A significant increase in total cancer morbidity was observed (SMR = 128, 95% CI 101–161; Table IV). The cumulated number of tumors in the cohort is plotted with respect to time in Figure 1. Among the specific cancers, there was a significant increase in respiratory cancer (SMR = 213, 95% CI 127–346), consisting of an increased incidence of both laryngeal cancer (SMR = 391, 95% CI 81–1140) and lung cancer, including one case of mesothelioma (SMR = 186, 95% CI 99–318; Table IV). The increased incidence of brain tumors did not reach a statistically significant level (SMR = 220, 95% CI 84–498). Of the six observed brain tumors,

VC6151

TABLE IV. Observed (O) and Expected (E) Tumor Morbidity 1961–1985 in a Cohort of Workers in a PVC Processing Plant[a]

| Tumor | | All[b] | | | | ≥ Ten years latency-period[c] | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site | ICD-7 | O | E | SMR | 95% CI | O | E | SMR | 95% CI |
| Gastrointestinal tract | 150–158 | 19 | 14.9 | 127 | 76–202 | 14 | 10.6 | 133 | 70–213 |
| Liver, bile ducts | 155 | 2 | 1.1 | 189 | 23–684 | 2 | 0.8 | 244 | 30–880 |
| Respiratory tract | 160–164 | 17 | 8.0 | 213 | 127–346 | 11 | 5.6 | 195 | 97–349 |
| Nose, sinuses | 160 | 1 | 0.2 | 448 | 11–2500 | 1 | 0.1 | 803 | 20–4470 |
| Larynx | 161 | 3 | 0.8 | 391 | 81–114 | 3 | 0.6 | 549 | 113–1610 |
| Lung, pleura | 162–164 | 13 | 7.0 | 186 | 99–318 | 7 | 5.0 | 141 | 57–290 |
| Prostate | 177 | 11 | 6.5 | 170 | 85–304 | 10 | 5.2 | 191 | 91–351 |
| Brain | 193.0 | 6 | 2.6 | 229 | 84–498 | 4 | 1.6 | 258 | 70–660 |
| All | 140–209 | 75 | 58.6 | 128 | 101–161 | 55 | 39.8 | 138 | 105–181 |

[a]SMR, standardized mortality ratio.
[b]2,031 subjects. 30,150 person-years under observation.
[c]1,663 subjects. 12,187 person-years under observation.

five were astrogliomas and one a meningioma. Neither of the two liver tumors observed was a hemangiosarcoma.

When a latency period of ≥10 years was applied, the total cancer morbidity was of the same magnitude as without the latency period (SMR = 138, 95% CI 105–181; Table IV). The morbidity from respiratory cancer was still about doubled (SMR = 195, 95% CI 97–349), but the excess risk for lung and pleural cancer had decreased somewhat (SMR = 141, 95% CI 57–290). On the other hand, the increased incidence of laryngeal cancer reached statistical significance (SMR = 549, 95% CI 113–1610).

## Dose-Response Analysis

There were no significant associations between length of employment and the incidence of respiratory cancers or total cancer incidence, regardless of whether a ≥10 years latency period was applied or not (Table V). Furthermore, there were no significant associations between the individual cumulated exposure estimates to VCM and incidence of respiratory or total cancer (Table VI). "High" cumulated exposure to asbestos (≥3.3 fiber-years/ml) was significantly associated with respiratory cancers (SSMR = 295, p = 0.01), but the exposure-response relationships were not statistically significant for either these tumors or total cancer incidence (Table VII). There were no significant associations between the individual cumulated exposure estimates to plasticizers and incidence of respiratory or total cancer (Table VIII).

None of the subjects in the cohort had been exposed to VCM only, 28% had been exposed to asbestos only, and 6% to plasticizers only (Table IX). Thirty-four percent of the cohort had been exposed to all three agents, but no increased cancer incidence was observed for this subcohort. However, the case of mesothelioma was from this category. Fourteen percent of the cohort had not been exposed to any of the exposure agents. The total cancer incidence was, however, increased in this group (SMR = 183, 95% CI 100–308). Finally, a total of 18% of the cohort were classified in the remaining three exposure combinations. A significant increase for respiratory cancer (SMR = 1070, 95% CI 220–3120) was observed in the subcohort of 76 subjects exposed to both asbestos and plasticizers but not to VCM.

VC6152

560    Hagmar et al.

TABLE V. Relationship Between Time of Employment and Risk of Cancer Morbidity[*]

| Tumor | | Time of employment (years) | | | | | | | | | |
| | | <1 (mean 0.5)[a] | | | 1–5 (mean 2.4)[b] | | | >5 (mean 12.3)[c] | | | |
| Site | ICD-7 | O | SMR | SSMR | O | SMR | SSMR | O | SMR | SSMR | p |
| Respiratory tract | 160–164 | 3 | 295 | 295 | 3 | 254 | 252 | 5 | 145 | 138 | 0.28 |
| Lung, pleura | 162–164 | 2 | 221 | 221 | 1 | 96 | 109 | 4 | 133 | 132 | >0.5 |
| All | 140–209 | 12 | 155 | 155 | 12 | 139 | 145 | 31 | 132 | 123 | >0.5 |

[*]A latency period of ≥10 years has been applied. The calculations were based on 1.663 subjects. O, observed cases. SMR, standardized morbidity ratio. SSMR, SMR standardized to the age distribution in the <1 year group. P for trend in SSMR.
[a]5.579 person-years at risk.
[b]3.553 person-years at risk.
[c]5.057 person-years at risk.


TABLE VI. Relationship Between the Cumulative Exposure Estimates for Vinyl Chloride Monomer (VCM) and Risk of Cancer Morbidity[*]

| Tumor | | Cumulative exposure estimates (ppm-years) | | | | | | | | | |
| | | <0.1 (mean 0.02)[a] | | | 0.1–1 (mean 0.4)[b] | | | >1 (mean 25)[c] | | | |
| Site | ICD-7 | O | SMR | SSMR | O | SMR | SSMR | O | SMR | SSMR | p |
| Respiratory tract | 160–164 | 6 | 247 | 247 | 2 | 161 | 109 | 3 | 153 | 165 | >0.5 |
| Lung, pleura | 162–164 | 5 | 232 | 232 | 0 | 0 | 0 | 2 | 116 | 123 | >0.5 |
| All | 140–209 | 26 | 149 | 149 | 14 | 155 | 148 | 15 | 112 | 105 | 0.3 |

[*]The calculations were based on 1.658 subjects. A latency period of ≥10 years has been applied. O, observed cases. SMR, standardized morbidity ratio. SSMR, SMR standardized to the age distribution in the <0.1 ppm-years category; p for trend in SSMR.
[a]5.545 person-years at risk.
[b]3.542 person-years at risk.
[c]3.062 person-years at risk.


## DISCUSSION

The main result of the present study is an increased incidence of total cancer morbidity, and more specifically of respiratory cancers, in PVC processing workers.

### Validity

No preemployment health examination was performed before 1968, when the company founded its medical health service. Even after that, there has been no focus on cardiovascular or respiratory diseases in preemployment health examinations. There is not likely to have been any self-selection against employment in the plant, but this possible bias can of course not fully be excluded. Thus there is no reason to believe that there has been any significant bias in selection of employees into the cohort affecting mortality from cardiovascular or chronic obstructive respiratory diseases. However, it is possible that workers with such diseases may have left work selectively, causing an underestimation of risk.

Since 1968, the employees have been examined routinely by chest X-ray every 5 years; no tumor has yet been diagnosed by this means. No other screening test for cancer has been performed among the workers. Thus there is no reason to believe that

VC6153

Mortality and Cancer at a PVC Processing Plant    561

TABLE VII. Relationship Between the Cumulative Exposure Estimates for Asbestos and Risk of Cancer Morbidity[a]

| Tumor | | Cumulative exposure estimate (fiber-years/ml) | | | | | | | | | |
| | | <0.03 (mean 0.002)[b] | | | 0.05–3.3 (mean 1.2)[c] | | | >3.3 (mean 13.5)[d] | | | |
| Site | ICD-7 | O | SMR | SSMR | O | SMR | SSMR | O | SMR | SSMR | p |
| Respiratory tract | 160–164 | 3 | 162 | 162 | 1 | 73 | 51 | 7 | 290 | 295 | 0.18 |
| Lung, pleura | 162–164 | 2 | 121 | 121 | 0 | 0 | 0 | 5 | 235 | 241 | 0.14 |
| All | 140–209 | 22 | 168 | 168 | 14 | 137 | 140 | 19 | 116 | 112 | 0.29 |

[a]A latency period of ≥10 years has been applied. The calculations were based on 1.658 subjects. O, observed cases; SMR, standardized morbidity ratio; SSMR, SMR standardized to the age distribution in the <0.03 fiber-years/ml category; p for trend in SSMR
[b]5.885 person-years at risk.
[c]4.386 person-years at risk.
[d]5.875 person-years at risk.

TABLE VIII. Relationship Between the Cumulative Exposure Estimates for Plasticizers and Risk of Cancer Morbidity[a]

| Tumor | | Cumulative exposure estimate (mg-years) | | | | | | | | | |
| | | <0.05 (mean 0.04)[b] | | | 0.05–0.5 (mean 0.3)[c] | | | >0.5 (mean 2)[d] | | | |
| Site | ICD-7 | O | SMR | SSMR | O | SMR | SSMR | O | SMR | SSMR | p |
| Respiratory tract | 160–164 | 1 | 52 | 52 | 5 | 373 | 334 | 5 | 213 | 224 | >0.5 |
| Lung, pleura | 162–164 | 1 | 58 | 58 | 2 | 168 | 158 | 4 | 194 | 204 | >0.5 |
| All | 140–209 | 19 | 135 | 135 | 15 | 153 | 142 | 21 | 132 | 138 | >0.5 |

[a]A latency period of ≥10 years has been applied. The calculations were based on 1.658 subjects. O, observed cases; SMR, standardized morbidity ratio; SSMR, SMR standardized to the age distribution in the <0.05 mg-years category; p for trend in SSMR.
[b]-.644 person-years at risk
[c].662 person-years at risk.
[d]5.858 person-years at risk.

tumors have been diagnosed earlier in the exposed cohort than in the reference population.

Diagnostic accuracy for causes of death, as well as tumors, is important for the conclusions. Information on cause of death could be obtained for all deceased. In the cohort, 50% of the death certificates were based on clinical or forensic autopsy, which is somewhat higher than the frequency of autopsy in deceased males in the county (about 36%). Thus, there are reasons to believe that the diagnostic accuracy for causes of death in the cohort is somewhat better than average in this geographical region. The somewhat increased autopsy rate in the cohort does not seem to have caused any bias with respect to tumor diagnosis; e.g., no case of lung cancer was diagnosed by autopsy only.

Smoking is a potential confounding factor for both lung cancer and laryngeal cancer. The smoking habits in the cohort are not known. However, it is not unlikely that the number of smokers in the cohort, as well as in other groups of Swedish industrial workers [Hagmar et al., 1986; Socialstyrelsen, 1986], are somewhat higher than in the reference population. This may explain some of the observed excess risk for respiratory cancer. The exposure estimates were only partially based on measure-

VC6154

562    Hagmar et al.

TABLE IX. Relationship Between Cancer Morbidity and the Eight Combinations of the Three Exposures (−, virtually never exposed; +, exposed) for 1.660 Subjects; Vinyl Chloride (VCM), Asbestos, and Plasticizers[a]

| | All cancer | | | | | | Respiratory cancer | | | |
| | VCM− | | | VCM− | | | VCM− | | VCM− | |
| | N | O | SMR | N | O | SMR | O | SMR | O | SMR |
|---|---|---|---|---|---|---|---|---|---|---|
| Plasticizers− | | | | | | | | | | |
| Asbestos− | 227 | 14 | 183[a] | 0 | 0 | 0 | 1 | 105 | 0 | 0 |
| Asbestos+ | 472 | 5 | 79 | 7 | 0 | 0 | 0 | 0 | 0 | 0 |
| Plasticizers+ | | | | | | | | | | |
| Asbestos− | 99 | 3 | 180 | 214 | 5 | 131 | 1 | 457 | 0 | 0 |
| Asbestos+ | 76 | 4 | 193 | 565 | 24 | 133 | 3 | 1.070[b] | 2 | 88 |

[a]A latency period of ≥10 years has been applied. N, number of subjects; O, observed cases; SMR, standardized morbidity ratio.
[a]95% CI 100–308.
[b]95% CI 220–3.120.

ments and were mainly based on skilled. but subjective. assessments of exposure levels. Thus. the individual cumulated exposure estimates we used are. as in most retrospective cohort studies. rather crude.

## Mortality

In many cohort studies among industrial workers, no increased overall mortality ratio is found. This has usually been ascribed to a "healthy worker effect" [Mc-Michael, 1976]. On the other hand, we have, in two recent studies of workers in the chemical industry, observed increased overall mortality ratios compared with regional reference populations [Hagmar et al., 1986; Englander et al., 1988]. The almost significantly increased overall mortality in the present study is in accordance with those findings. A major cause of the overall increase is the 50% excess in violent deaths or intoxications. This was also observed in our previous studies on workers in the chemical industry [Hagmar et al., 1986; Englander et al., 1988]. The observed excess risk is probably correlated with socioeconomic factors. including alcohol abuse.

No increased incidence of deaths from cardiovascular diseases. or more specifically from ischemic heart diseases, was observed in the cohort. This is in contrast to a previous Swedish study on the PVC processing industry, including a part of the present cohort, in which a slight excess risk for myocardial infarction was indicated [Molina et al., 1981], but is in concordance with the results of a proportionate mortality study among employees of PVC fabricators [Chiazze et al., 1977]. Furthermore, the incidence of ischemic heart disease was not increased in previous studies on workers producing VCM or PVC, who were exposed to much higher levels of VCM [Doll, 1988].

Four subjects in the cohort died from chronic obstructive respiratory diseases compared with two expected. The numbers are still too small to allow any interpretation. It should be remembered, however, that only a few studies on occupational groups have shown increased mortality in chronic obstructive respiratory diseases. It has been shown that men who are not gainfully employed had a highly increased risk

of death in
men in Sw
respect to
groups that

**Cancer M**

The
which is in
fabricators
other hand.
PVC proces
partly of the
now availab

The in
increase wh
does not stre
in the presen
any specific
power for e
relatively fe
risk for respi
reach forma
chrysotile-in.
chrysotile ha
workers were
was 13.5 fib:
should be ex;
sure of 17.2 f
to date of dia

Asbesto
Peto. 1985].
study. but thi
these subjects
exposure to :
obvious.

It is also
VCM exposur
these tumors
formally signi
had ever beer
processing pla
Maltoni et al.

One aim
could be asso
significant dos
ciation betwee
served. Sever:
sociations are

of death in chronic obstructive respiratory diseases compared to gainfully employed men in Sweden [Järvholm et al., 1988]. Therefore, it has been proposed that, with respect to these diseases, other occupational groups constitute more suitable reference groups than the general population [Järvholm et al., 1988].

## Cancer Morbidity

The present study showed an increased incidence of total cancer morbidity, which is in agreement with a proportionate mortality study among employees of PVC fabricators showing an excess of total cancer mortality [Chiazze et al., 1977]. On the other hand, such an increase was not observed in a previous Swedish cohort study on PVC processing workers [Molina et al., 1981]. However, the present study consists partly of the same subjects as in this latter study, but a longer follow-up period was now available.

The increase in respiratory tumors was significant. However, the SMR did not increase when applying ≥ 10 years latency period from start of employment, which does not strengthen the hypothesis of a causal association with the work environment in the present plant. Furthermore, no clear-cut exposure–response associations with any specific chemical agent could be established. On the other hand, the statistical power for exposure–response associations with specific tumor sites was limited by relatively few expected cases. Thus, the association between exposure to asbestos and risk for respiratory tumors, indicated in Table VII, is noteworthy, even if it does not reach formal significance. According to Doll and Peto [1985], the incidence of chrysotile-induced lung cancer increases with 1% per fiber-years/ml. Mainly chrysotile had been handled in the present plant, and the exposure levels for most workers were relatively low (mean exposure level in the "highly" exposed stratum was 13.5 fiber-years/ml). Therefore, no dramatic effects with regard to lung cancer should be expected. The subject with mesothelioma had a cumulated asbestos exposure of 17.2 fiber-years/ml and had a 26 year latency period from first day of exposure to date of diagnosis. A causal association is therefore probable in this case.

Asbestos exposure is regarded as one of the causes of laryngeal cancer [Doll and Peto, 1985]. A significant increase in that diagnosis was observed in the present study, but this was based on only three cases. The cumulated asbestos estimates for these subjects were not impressive: 6.8, 5.1, and 1.2 fiber-years/ml. Thus, whether exposure to asbestos contributed to the increased risk for laryngeal cancer is not obvious.

It is also noteworthy with regard to previously suggested associations between VCM exposure and brain tumors [Beaumont and Breslow, 1981] that the incidence of these tumors was more than doubled in our study, even if the increase was not formally significant. On the other hand, only three of the six cases of brain tumors had ever been exposed to VCM. In previous case reports, VCM exposure in PVC processing plants has been associated with hepatic angiosarcomas [Wagoner, 1983; Maltoni et al., 1984]. No such tumors were observed in our study, however.

One aim of our study was to test whether the increased cancer risks in the cohort could be associated with exposure to VCM, asbestos, or plasticizers. However, no significant dose–response associations were found, even if a tendency towards association between respiratory cancers and cumulated exposure for asbestos was observed. Several explanations for this inability to demonstrate exposure–response associations are possible. The observed excess risks may be due to nonidentified,

**VC6156**

564    Hagmar et al.

nonoccupational confounding factors or may be attributable to more complicated exposure interactions between chemical agents in the plant, which cannot be analyzed with our methodological approach. Alternatively, the lack of observed dose–response associations may be due to weaknesses in the applied, rather crude, exposure estimates. Furthermore, the statistical power for detecting significant exposure–response associations between chemical agents and specific tumor sites was limited in the present study by few expected cases. A follow-up study with more person-years under observation will provide an increased precision, which should clarify the risk pattern connected with employment in the PVC processing industry.

## ACKNOWLEDGMENTS

This project was supported by grants from the Swedish Work Environment Fund, the Swedish Cancer Society, and from Ellen, Walter, and Lennart Hesselman's Foundation for Scientific Research. Dr. T. Ax, Prof. B. Holmberg, and Mr. W. Jakobsen are gratefully acknowledged for their valuable assistance.

## REFERENCES

Beaumont JJ, Breslow NE (1981): Power considerations in epidemiologic studies of vinyl chloride workers. Am J Epidemiol 114:725–734.

Breslow NE, Lubin JH, Marek P, Langholz B (1983): Multiplicative models and cohort analysis. J Am Stat Assoc 78:1–12.

Buffler PA, Wood S, Eifler C, Suarez L, Kilian DJ (1979): Mortality experience of workers in a vinyl chloride monomer production plant. J Occup Med 23:195–203.

Chiazze L, Nichols WE, Wong O (1977): Mortality among employees of PVC fabricators. J Occup Med 19:623–628.

Cooper WC (1981): Epidemiologic study of vinyl chloride workers: Mortality through December 31st 1972. Environ Health Perspect 41:101–106.

Doll R (1988): Effects of exposure to vinyl chloride: an assessment of the evidence. Scand J Work Environ Health 14:61–78.

Doll R, Peto J (1985): "Effects on Health of Exposure to Asbestos." London: Her Majesty's Stationery Office

Englander V, Sjöberg A, Hagmar L, Attewell R, Schütz A, Möller T, Skerfving S (1988): Mortality and cancer morbidity in workers exposed to sulphur dioxide in a sulphuric acid plant. Int Arch Occup Environ Health 61:157–162.

Hagmar L, Bellander T, Englander V, Ranstam J, Attewell R, Skerfving S (1986): Mortality and cancer morbidity among workers in a chemical factory. Scand J Work Environ Health 12:545–551.

International Agency for Research on Cancer (1982): "Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans." Vol 29. Lyon: IARC, pp 269–274.

Jarvholm B, Hörte LG, Thorén K (1988): Respiratory mortality—an underestimated occupational risk? Sixth International Symposium—Epidemiology in Occupational Health, Stockholm, Sweden, August 16–18, 1988. Arbete och Hälsa 16, p 32 (abstract).

Maltoni C, Clini C, Vicini F, Masina A (1984): Two cases of liver angiosarcoma among polyvinyl chloride (PVC) extruders of an Italian factory producing PVC bags and other containers. Am J Ind Med 5:297–302.

McMichael AJ (1976) Standardized mortality ratios and the "healthy worker effect": Scratching beneath the surface. J Occup Med 18:165–168.

Molina G, Holmberg B, Elofsson S, Holmlund L, Moosing R, Westerholm P (1981): Mortality and cancer rates among workers in the Swedish PVC processing industry. Environ Health Perspect 41:145–151.

Ranstam J (1984): Comparisons of standardized mortality ratios. Letter to the editor. Scand J Work Environ Health 10:65.

**VC6157**

Mortality and Cancer at a PVC Processing Plant    565

Socialstyrelsen (1986): "Tobaksvanor i Sverige." Socialstyrelsen Redovisar 1986:9 (in Swedish).

Storetvedt Heldaas S, Langård SL, Andersen A (1984): Incidence of cancer among vinyl chloride and polyvinyl chloride workers. Br J Ind Med 41:25–30.

Swaen GMH, Volovics A (1987): Investigating dose-response relations in occupational mortality studies: something to keep in mind. Br J Ind Med 44:642–644.

Wagoner JK (1983): Toxicity of vinyl chloride and poly(vinyl chloride): a critical review. Environ Health Perspect 52:61–66.

Waxweiler RJ, Stringer W, Wagoner JK, Jones J, Falk H, Carter C (1976): Neoplastic risk among workers exposed to vinyl chloride. Ann NY Acad Sci 271:40–48

Weber H, Reinl W, Greiser E (1981): German investigations on morbidity and mortality of workers exposed to vinyl chloride. Environ Health Perspect 41:95–99

VC6158

**Exhibit 102:12/3/1990 (BOR 006323 – 006331)**

Borden's MSDS for VCM identifying VCM as cause of BC

MATERIAL SAFETY DATA SHEET    OHS24940

--------------------------------------------------------------------
OCCUPATIONAL HEALTH SERVICES, INC.        FOR EMERGENCY SOURCE INFORMATION
11 WEST 42ND STREET, 12TH FLOOR           CONTACT: 1-615-366-2000
NEW YORK, NEW YORK 10036
1-800-445-MSDS  (1-800-445-6737) OR  1-212-789-3535
--------------------------------------------------------------------

## SUBSTANCE IDENTIFICATION

                                    CAS-NUMBER 75-01-4
                                    RTEC-NUMBER KU9625000

SUBSTANCE: VINYL CHLORIDE

TRADE NAMES/SYNONYMS:
  CHLOROETHYLENE:  CHLOROETHENE:  CHLORETHENE:  TROVIDUR:  ETHYLENE
  MONOCHLORIDE:  MONOCHLOROETHYLENE:  EXON 470:  MONOCHLORO ETHENE:
  VINYL CHLORIDE MONOMER:  VINYL CHLORIDE, INHIBITED:  STCC 4905792:  RCRA
  U043:  UN 1086:  C2H3CL:  OHS24940

CHEMICAL FAMILY:
  HALOGEN COMPOUND, ALIPHATIC

MOLECULAR FORMULA: C-H2-C-H-CL      MOLECULAR WEIGHT:  62.50

CERCLA RATINGS (SCALE 0-3):  HEALTH=3  FIRE=3  REACTIVITY=2  PERSISTENCE=3
NFPA RATINGS (SCALE 0-4):  HEALTH=2  FIRE=4  REACTIVITY=1
--------------------------------------------------------------------

## COMPONENTS AND CONTAMINANTS

COMPONENT:  VINYL CHLORIDE  CAS# 75-01-4                    PERCENT: >99.9

OTHER CONTAMINANTS:  MAY CONTAIN TRACES OF PHENOL OR OTHER INHIBITORS

EXPOSURE LIMIT:
  VINYL CHLORIDE:
  1.0 PPM OSHA TWA; 5 PPM OSHA 15 MINUTE CEILING;
  0.5 PPM OSHA ACTION LEVEL AS AN 8 HOUR TWA
  5 PPM ACGIH TWA
  ACGIH A1-CONFIRMED HUMAN CARCINOGEN.
  LOWEST FEASIBLE LIMIT NIOSH RECOMMENDED EXPOSURE CRITERIA

  1 POUND CERCLA SECTION 103 REPORTABLE QUANTITY
  SUBJECT TO SARA SECTION 313 ANNUAL TOXIC CHEMICAL RELEASE REPORTING
  SUBJECT TO CALIFORNIA PROPOSITION 65 CANCER AND/OR REPRODUCTIVE TOXICITY
    WARNING AND RELEASE REQUIREMENTS- (FEBRUARY 27, 1987)


--------------------------------------------------------------------

## PHYSICAL DATA

DESCRIPTION:  COLORLESS GAS WITH A MILD, SWEET ODOR.

BOILING POINT:  9 F (-13 C)        MELTING POINT:  -245 F (-154 C)

SPECIFIC GRAVITY:  0.9106          SOLUBILITY IN WATER:  0.25%

VAPOR DENSITY:  2.2                VAPOR PRESSURE:  2515.6 MMHG @ 21.1 C


BOR 006323

ODOR-THRESHOLD:  260 PPM

OTHER SOLVENTS  (SOLVENT – SOLUBILITY):
SOLUBLE IN ALCOHOL, ETHER, CARBON TETRACHLORIDE,
BENZENE.


OTHER PHYSICAL DATA
VISCOSITY: 0.01072 CP @ 20 C (GAS); 0.280 CP @ -20 C (LIQUID)
--------------------------------------------------------------------------------

### FIRE AND EXPLOSION DATA

FIRE AND EXPLOSION HAZARD
DANGEROUS FIRE HAZARD WHEN EXPOSED TO HEAT OR FLAME.

DANGEROUS EXPLOSION HAZARD WHEN EXPOSED TO HEAT OR FLAME.

VAPORS ARE HEAVIER THAN AIR AND MAY TRAVEL A CONSIDERABLE DISTANCE TO A SOURCE
OF IGNITION AND FLASH BACK.

VAPOR-AIR MIXTURES ARE EXPLOSIVE.

DUE TO LOW ELECTROCONDUCTIVITY OF THE SUBSTANCE, FLOW OR AGITATION MAY
GENERATE ELECTROSTATIC CHARGES RESULTING IN SPARKS WITH POSSIBLE IGNITION.


FLASH POINT:  -108 F (-78 C)       UPPER EXPLOSION LIMIT:  33%

LOWER EXPLOSION LIMIT:  3.6%       AUTOIGNITION TEMP.:  882 F (472 C)

FIREFIGHTING MEDIA:
DRY CHEMICAL OR CARBON DIOXIDE
(1990 EMERGENCY RESPONSE GUIDEBOOK, DOT P 5800.5).

FOR LARGER FIRES, USE WATER SPRAY, FOG OR REGULAR FOAM
(1990 EMERGENCY RESPONSE GUIDEBOOK, DOT P 5800.5).


FIREFIGHTING:
MOVE CONTAINER FROM FIRE AREA IF YOU CAN DO IT WITHOUT RISK. FOR MASSIVE FIRE
IN CARGO AREA, USE UNMANNED HOSE HOLDER OR MONITOR NOZZLES; IF THIS IS
IMPOSSIBLE, WITHDRAW FROM AREA AND LET FIRE BURN. WITHDRAW IMMEDIATELY IN CASE
OF RISING SOUND FROM VENTING SAFETY DEVICE OR ANY DISCOLORATION OF TANK DUE TO
FIRE. COOL CONTAINER WITH WATER USING UNMANNED DEVICE UNTIL WELL AFTER FIRE IS
OUT. LET TANK, TANK CAR OR TANK TRUCK BURN UNLESS LEAK CAN BE STOPPED; WITH
SMALLER TANKS OR CYLINDERS, EXTINGUISH/ISOLATE FROM OTHER FLAMMABLES. ISOLATE
FOR 1/2 MILE IN ALL DIRECTIONS IF TANK, RAIL CAR OR TANK TRUCK IS INVOLVED IN
FIRE (1990 EMERGENCY RESPONSE GUIDEBOOK, DOT P 5800.5, GUIDE PAGE 17).

EXTINGUISH ONLY IF FLOW CAN BE STOPPED; USE WATER IN FLOODING QUNATITIES AS
FOG. COOL CONTAINERS WITH FLOODING AMOUNTS OF WATER, APPLY FROM AS FAR A
DISTANCE AS POSSIBLE. AVOID BREATHING TOXIC VAPORS, KEEP UPWIND. EVACUATE TO A
RADIUS OF 2500 FEET FOR UNCONTROLLABLE FIRES. CONSIDER EVACUATION OF DOWNWIND
AREA IF MATERIAL IS LEAKING.

STOP FLOW OF GAS (NFPA 325M, FIRE HAZARD PROPERTIES OF FLAMMABLE LIQUIDS,
GASES, AND VOLATILE SOLIDS, 1984).

BOR 006324

---

## TRANSPORTATION

DEPARTMENT OF TRANSPORTATION HAZARD CLASSIFICATION 49 CFR 172.101:
  FLAMMABLE GAS

DEPARTMENT OF TRANSPORTATION LABELING REQUIREMENTS 49 CFR 172.101 AND
SUBPART E:
  FLAMMABLE GAS

DEPARTMENT OF TRANSPORTATION PACKAGING REQUIREMENTS: 49 CFR 173.304;
  49 CFR 173.314 AND 49 CFR 173.315
EXCEPTIONS: 49 CFR 173.306

---

## TOXICITY

VINYL CHLORIDE:
TOXICITY DATA: 500 MG/KG ORAL-RAT LD50; 18 PPH/15 MINUTES INHALATION-RAT LC50;
  MUTAGENIC DATA (RTECS); REPRODUCTIVE EFFECTS DATA (RTECS);
  TUMORIGENIC DATA (RTECS).
CARCINOGEN STATUS: OSHA CARCINOGEN; KNOWN HUMAN CARCINOGEN (NTP); HUMAN
  SUFFICIENT EVIDENCE, ANIMAL SUFFICIENT EVIDENCE (IARC GROUP-1). STUDIES SHOW
  OCCUPATIONAL EXPOSURE RESULTED IN A SIGNIFICANT INCREASE IN ANGIOSARCOMAS OF
  THE LIVER, AND ALSO TUMORS OF THE BRAIN, LUNG, AND HEMATOPOIETIC SYSTEMS.
  VINYL CHLORIDE WAS CARCINOGENIC IN RATS, MICE, AND HAMSTERS FOLLOWING ORAL
  AND INHALATION EXPOSURE, PRODUCING ANGIOSARCOMAS OF THE LIVER AND ALSO
  TUMORS AT VARIOUS SITES, AND WAS CARCINOGENIC IN RATS FOLLOWING PRENATAL
  EXPOSURE.
LOCAL EFFECTS: IRRITANT- SKIN, EYE.
ACUTE TOXICITY LEVEL: TOXIC BY INGESTION; RELATIVELY NON-TOXIC BY INHALATION.
TARGET EFFECTS: CENTRAL NERVOUS SYSTEM DEPRESSANT. POISONING MAY AFFECT THE
  BLOOD, LIVER, AND LYMPHATIC AND RESPIRATORY SYSTEMS.
ADDITIONAL DATA: STIMULANTS SUCH AS EPINEPHRINE MAY INDUCE VENTRICULAR
  FIBRILLATION.

---

## HEALTH EFFECTS AND FIRST AID

INHALATION:
VINYL CHLORIDE:
NARCOTIC/CARCINOGEN.
  ACUTE EXPOSURE- MAY BE IRRITATING. EXPOSURE TO 1000-16,000 PPM MAY
    CAUSE CENTRAL NERVOUS SYSTEM DEPRESSION WITH DROWSINESS, VERTIGO,
    STAGGERING GAIT, TINGLING AND NUMBNESS OF HANDS AND FEET, IMPAIRED
    HEARING AND VISION, CARDIAC ARRHYTHMIAS AND POSSIBLY UNCONSCIOUSNESS;
    20,000-25,000 PPM FOR 3-5 MINUTES MAY CAUSE DIZZINESS, LIGHTHEADEDNESS,
    DISORIENTATION, NAUSEA AND BURNING SENSATION OF THE SOLES
    OF THE FEET; AND 120,000 PPM MAY BE FATAL. ADDITIONAL EFFECTS MAY INCLUDE
    NARCOLEPSY, HEADACHE, UNDUE FATIGUE, MUSCLE AND JOINT PAIN, DYSPNEA, AND
    ANESTHESIA. DEATH MAY BE DUE TO RESPIRATORY PARALYSIS WITH CARDIAC ARREST.
    HUMAN AND ANIMAL PATHOLOGIC REPORTS SHOW PULMONARY EDEMA, HYPEREMIA OF
    KIDNEYS AND LIVER, AND HEPATIC DEGENERATION.
  CHRONIC EXPOSURE- REPEATED EXPOSURE MAY RESULT IN DOSE-RELATED SENSORY

BOR 006325

DISORDERS, AUTONOMIC NERVOUS SYSTEM POLYNEURITIS, SPASTIC ANGIONEURITIS, LEUKOPENIA, THROMBOCYTOPENIA, SPLENOMEGALY, HEPATITIS-LIKE LIVER CHANGES, LIVER MALFUNCTION WITH PORTAL FIBROSIS, IMPOTENCE AND PULMONARY INSUFFICIENCY. WORKERS INVOLVED IN THE POLYMERIZATION PROCESS MAY EXHIBIT A PECULIAR TRIAD OF SYMPTOMS: MODIFICATION OF PERIPHERAL CIRCULATION RESULTING IN PALLOR, CYANOSIS, AND THEN REDNESS (RAYNAUD'S PHENOMENON); SKELETAL CHANGES OF DISTAL PHALANGES (ACRO-OSTEOLYSIS); AND SCLERODERMA LIKE SKIN CHANGES. PSEUDO-CLUBBING OF THE FINGERS MAY ALSO OCCUR. OCCUPATIONAL EXPOSURE HAS PRODUCED ANGIOSARCOMAS OF THE LIVER AND IS ASSOCIATED WITH TUMOR PRODUCTION AT OTHER SITES. ANIMAL STUDIES SHOW THAT VINYL CHLORIDE IS CARCINOGENIC IN RATS FOLLOWING PRENATAL EXPOSURE. ONE STUDY SUGGESTED AN INCREASED FETAL MORTALITY DUE TO EXPOSURE OF THE FATHERS TO VINYL CHLORIDE. SEVERAL STUDIES HAVE REPORTED AN INCREASED RATE OF BIRTH DEFECTS, ESPECIALLY CENTRAL NERVOUS SYSTEM ANOMALIES, IN THE CHILDREN OF PARENTS RESIDING IN COMMUMITIES WHERE VINYL CHLORIDE PRODUCTION AND POLYMERIZATION PLANTS ARE LOCATED.

FIRST AID- REMOVE FROM EXPOSURE AREA TO FRESH AIR IMMEDIATELY. IF BREATHING HAS STOPPED, GIVE ARTIFICIAL RESPIRATION. MAINTAIN AIRWAY AND BLOOD PRESSURE AND ADMINISTER OXYGEN IF AVAILABLE. KEEP AFFECTED PERSON WARM AND AT REST. TREAT SYMPTOMATICALLY AND SUPPORTIVELY. ADMINISTRATION OF OXYGEN SHOULD BE PERFORMED BY QUALIFIED PERSONNEL. GET MEDICAL ATTENTION IMMEDIATELY.


SKIN CONTACT:
VINYL CHLORIDE:
IRRITANT.
ACUTE EXPOSURE- CONTACT MAY CAUSE IRRITATION WITH REDNESS AND PAIN. DUE TO RAPID EVAPORATION, THE LIQUID MAY CAUSE FROSTBITE WITH REDNESS, TINGLING, AND PAIN OR NUMBNESS. IN MORE SEVERE CASES, THE SKIN MAY BECOME HARD AND WHITE AND DEVELOP BLISTERS.
CHRONIC EXPOSURE- WORKERS HANDLING VINYL CHLORIDE HAVE EXHIBITED A PECULIAR TRIAD OF SYMPTOMS: RAYNAUD'S PHENOMENON, ACRO-OSTEOLYSIS, AND SCLERODERMA LIKE SKIN CHANGES. REPEATED OR PROLONGED EXPOSURE TO IRRITANTS MAY CAUSE DERMATITIS.

FIRST AID- REMOVE CONTAMINATED CLOTHING AND SHOES IMMEDIATELY. WASH AFFECTED AREA WITH SOAP OR MILD DETERGENT AND LARGE AMOUNTS OF WATER UNTIL NO EVIDENCE OF CHEMICAL REMAINS.
IN CASE OF FROSTBITE, WARM AFFECTED SKIN IN WARM WATER AT A TEMPERATURE OF 107 F. IF WARM WATER IS NOT AVAILABLE OR IMPRACTICAL TO USE, GENTLY WRAP AFFECTED PART IN BLANKETS. ENCOURAGE VICTIM TO EXCERCISE AFFECTED PART WHILE IT IS BEING WARMED. ALLOW CIRCULATION TO RETURN NATURALLY (MATHESON GAS, 6TH ED.). GET MEDICAL ATTENTION IMMEDIATELY.

EYE CONTACT:
VINYL CHLORIDE:
IRRITANT.
ACUTE EXPOSURE- CONTACT MAY CAUSE IMMEDIATE AND SEVERE IRRITATION, AND CORNEAL INJURY WITH COMPLETE RECOVERY IN 48 HOURS. DUE TO RAPID EVAPORATION, THE LIQUID MAY CAUSE FROSTBITE WITH REDNESS, PAIN AND BLURRED VISION.
CHRONIC EXPOSURE- REPEATED OR PROLONGED EXPOSURE TO IRRITANTS MAY CAUSE CONJUNCTIVITIS.

FIRST AID- IMMEDIATELY WASH THE EYES WITH LARGE AMOUNTS OF WATER, OCCASIONALLY LIFTING UPPER AND LOWER LIDS, UNTIL NO EVIDENCE OF CHEMICAL REMAINS (APPROXIMATELY 15-20 MINUTES). IF FROSTBITE IS PRESENT, WARM WATER MAY BE PREFERRED. GET MEDICAL ATTENTION IMMEDIATELY.

BOR 006326

INGESTION:
VINYL CHLORIDE:
CARCINOGEN/TOXIC.
  ACUTE EXPOSURE- THE REPORTED LETHAL DOSE IN RATS IS 500 MG/KG. THE SYMPTOMS
    WERE NOT REPORTED. IF THE LIQUID IS SWALLOWED, FROSTBITE DAMAGE TO THE
    LIPS, MOUTH AND MUCOUS MEMBRANES MAY OCCUR.
  CHRONIC EXPOSURE- ORAL ADMINISTRATION TO RATS, MICE, AND HAMSTERS RESULTED
    IN TUMOR PRODUCTION AT VARIOUS SITES, INCLUDING ANGIOSARCOMAS OF THE
    LIVER.

FIRST AID- IF EXTENSIVE VOMITING HAS NOT OCCURRED, THE SUBSTANCE SHOULD BE
  REMOVED BY EMESIS OR GASTRIC LAVAGE PROVIDED THAT THE PATIENT IS CONSCIOUS
  AND CONVULSIONS ARE NOT PRESENT. KEEP HEAD BELOW HIPS DURING VOMITING TO
  PREVENT ASPIRATION. DO NOT ATTEMPT TO MAKE AN UNCONSCIOUS PERSON VOMIT.
  TREAT SYMPTOMATICALLY AND SUPPORTIVELY. GET MEDICAL ATTENTION IMMEDIATELY
  (DREISBACH, HANDBOOK OF POISONING, 12TH ED.). TREATMENT SHOULD BE PERFORMED
  BY QUALIFIED MEDICAL PERSONNEL.

ANTIDOTE:
NO SPECIFIC ANTIDOTE. TREAT SYMPTOMATICALLY AND SUPPORTIVELY.

-------------------------------------------------------------------------------

## REACTIVITY SECTION

REACTIVITY:
FORMS UNSTABLE PEROXIDES WHEN EXPOSED TO AIR WHICH MAY INITIATE
POLYMERIZATION. MAY ALSO POLYMERIZE ON EXPOSURE TO HEAT OR LIGHT.

INCOMPATIBILITIES:
VINYL CHLORIDE:
  ACETYLIDE-FORMING MATERIALS: MAY FORM EXPLOSIVE COMPOUNDS.
  ALUMINUM: MAY CAUSE POLYMERIZATION.
  COPPER AND ALLOYS: MAY FORM EXPLOSIVE COMPOUNDS.
  IRON: MAY CORRODE IN THE PRESENCE OF WATER.
  MONEL: MAY FORM EXPLOSIVE COMPOUND.
  NITROGEN OXIDES: EXPLODES.
  OXIDIZERS (STRONG): FIRE AND EXPLOSION HAZARD.
  PEROXIDES: MAY INITIATE POLYMERIZATION.
  STEEL: MAY CORRODE IN THE PRESENCE OF WATER.

DECOMPOSITION:
THERMAL DECOMPOSITION PRODUCTS MAY INCLUDE HIGHLY TOXIC FUMES OF PHOSGENE,
TOXIC AND CORROSIVE FUMES OF CHLORIDES, AND OXIDES OF CARBON.

POLYMERIZATION:
POLYMERIZATION OCCURS ON EXPOSURE TO SUNLIGHT, HEAT, OR AIR. THE PRESENCE OF
IMPURITIES MAY RESULT IN EXOTHERMIC SELF-POLYMERIZATION, GENERATING SUFFICIENT
HEAT AND PRESSURE TO RUPTURE THE CONTAINER.

-------------------------------------------------------------------------------

## STORAGE-DISPOSAL

OBSERVE ALL FEDERAL, STATE AND LOCAL REGULATIONS WHEN STORING OR DISPOSING
OF THIS SUBSTANCE. FOR ASSISTANCE, CONTACT THE DISTRICT DIRECTOR OF THE

BOR 006327

ENVIRONMENTAL PROTECTION AGENCY.

## **STORAGE**

STORE IN ACCORDANCE WITH 29 CFR 1910.101.

PROTECT AGAINST PHYSICAL DAMAGE. OUTSIDE OR DETACHED STORAGE IS PREFERABLE. INSIDE STORAGE SHOULD BE IN A COOL, WELL-VENTILATED, NON-COMBUSTIBLE LOCATION, AWAY FROM ALL POSSIBLE SOURCES OF IGNITION. SEPARATE FROM OXIDIZING MATERIALS. (NFPA 49, HAZARDOUS CHEMICALS DATA, 1975).

BONDING AND GROUNDING: SUBSTANCES WITH LOW ELECTROCONDUCTIVITY, WHICH MAY BE IGNITED BY ELECTROSTATIC SPARKS, SHOULD BE STORED IN CONTAINERS WHICH MEET THE BONDING AND GROUNDING GUIDELINES SPECIFIED IN NFPA 77-1983, RECOMMENDED PRACTICE ON STATIC ELECTRICITY.

## **DISPOSAL**

DISPOSAL MUST BE IN ACCORDANCE WITH STANDARDS APPLICABLE TO GENERATORS OF HAZARDOUS WASTE, 40CFR 262. EPA HAZARDOUS WASTE NUMBER U043.

VINYL CHLORIDE - REGULATORY LEVEL: 0.2 MG/L
   MATERIALS WHICH CONTAIN THE ABOVE SUBSTANCE AT OR ABOVE THE REGULATORY
   LEVEL MEET THE EPA CHARACTERISTIC OF TOXICITY, AND MUST BE DISPOSED OF IN
   ACCORDANCE WITH 40 CFR PART 262. EPA HAZARDOUS WASTE NUMBER D043.

-------------------------------------------------------------------------------

### CONDITIONS TO AVOID

MATERIAL IS EXTREMELY FLAMMABLE; AVOID CONTACT WITH HEAT, SPARKS, FLAMES OR OTHER SOURCES OF IGNITION. CONTENTS ARE UNDER PRESSURE; CONTAINERS MAY RUPTURE VIOLENTLY AND TRAVEL A CONSIDERABLE DISTANCE.

-------------------------------------------------------------------------------

### SPILLS AND LEAKS

WATER-SPILL:
THE CALIFORNIA SAFE DRINKING WATER AND TOXIC ENFORCEMENT ACT OF 1986 (PROPOSITION 65) PROHIBITS CONTAMINATING ANY KNOWN SOURCE OF DRINKING WATER WITH SUBSTANCES KNOWN TO CAUSE CANCER AND/OR REPRODUCTIVE TOXICITY.

OCCUPATIONAL-SPILL:
SHUT OFF IGNITION SOURCES. STOP LEAK IF YOU CAN DO IT WITHOUT RISK. USE WATER SPRAY TO REDUCE VAPORS. ISOLATE AREA UNTIL GAS HAS DISPERSED. NO SMOKING, FLAMES OR FLARES IN HAZARD AREA! KEEP UNNECESSARY PEOPLE AWAY; ISOLATE HAZARD AREA AND DENY ENTRY. VENTILATE CLOSED SPACES BEFORE ENTERING.

REPORTABLE QUANTITY (RQ): 1 POUND
THE SUPERFUND AMENDMENTS AND REAUTHORIZATION ACT (SARA) SECTION 304 REQUIRES THAT A RELEASE EQUAL TO OR GREATER THAN THE REPORTABLE QUANTITY FOR THIS SUBSTANCE BE IMMEDIATELY REPORTED TO THE LOCAL EMERGENCY PLANNING COMMITTEE AND THE STATE EMERGENCY RESPONSE COMMISSION (40 CFR 355.40). IF THE RELEASE OF THIS SUBSTANCE IS REPORTABLE UNDER CERCLA SECTION 103, THE NATIONAL RESPONSE CENTER MUST BE NOTIFIED IMMEDIATELY AT (800) 424-8802 OR (202) 426-2675 IN THE

BOR 006328

METROPOLITAN WASHINGTON, D.C. AREA (40 CFR 302.6).

---------------------------------------------------------------------

PROTECTIVE EQUIPMENT SECTION

VENTILATION:
PROVIDE LOCAL EXHAUST OR PROCESS ENCLOSURE VENTILATION TO MEET THE PUBLISHED
EXPOSURE LIMITS. VENTILATION EQUIPMENT MUST BE EXPLOSION-PROOF.

VINYL CHLORIDE:
VENTILATION SHOULD MEET THE REQUIREMENTS IN 29 CFR 1910.1017(F).

RESPIRATOR:
THE FOLLOWING RESPIRATORS ARE THE MINIMUM LEGAL REQUIREMENTS AS SET FORTH
  BY THE OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION FOUND IN 29 CFR 1910,
  SUBPART Z.

REQUIRED RESPIRATORS FOR VINYL CHLORIDE

| ATMOSPHERIC CONCENTRATIONS OF VINYL CHLORIDE | REQUIRED APPARATUS |
| --- | --- |
| UNKNOWN OR ABOVE 3600 PPM | OPEN-CIRCUIT, SELF CONTAINED BREATHING APPARATUS, PRESSURE DEMAND TYPE, WITH FULL FACEPIECE |
| NOT OVER 3600 PPM | COMBINATION TYPE 'C' SUPPLIED AIR RESPIRATOR, PRESSURE DEMAND TYPE, WITH A FULL OR HALF FACEPIECE AND AUXILIARY SELF-CONTAINED AIR SUPPLY;<br>OR<br>COMBINATION TYPE SUPPLIED AIR RESPIRATOR, CONTINUOUS FLOW TYPE, WITH A FULL OR HALF FACEPIECE, AND AUXILIARY SELF-CONTAINED AIR SUPPLY. |
| NOT OVER 1000 PPM | TYPE 'C' SUPPLIED AIR RESPIRATOR, CONTINUOUS FLOW TYPE, WITH A FULL OR HALF FACEPIECE, HELMET OR HOOD. |
| NOT OVER 100 PPM | COMBINATION TYPE 'C' SUPPLIED AIR RESPIRATOR, DEMAND TYPE, WITH A FULL FACEPIECE, AND AUXILIARY SELF-CONTAINED AIR SUPPLY;<br>OR<br>OPEN-CIRCUIT SELF-CONTAINED BREATHING APPARATUS WITH A FULL FACEPIECE, IN DEMAND MODE;<br>OR<br>TYPE 'C' SUPPLIED AIR RESPIRATOR, DEMAND TYPE, WITH FULL FACEPIECE. |
| NOT OVER 25 PPM | A POWERED AIR PURIFYING RESPIRATOR WITH HOOD, HELMET, FULL OR HALF FACEPIECE, AND A |

BOR 006329

CANISTER WHICH PROVIDES A SERVICE
LIFE OF AT LEAST 4 HOURS FOR
CONCENTRATIONS OF VINYL CHRLORIDE
UP TO 25 PPM;

OR

GAS MASK, FRONT- OR BACK-MOUNTED
CANISTER WHICH PROVIDES A SERVICE
LIFE OF AT LEAST 4 HOURS FOR
CONCENTRATIONS OF VINYL CHORIDE
UP TO 25 PPM.

NOT OVER 10 PPM

COMBINATION TYPE 'C' SUPPLIED AIR
RESPIRATOR, WITH A HALF FACEPIECE
AND AUXILIARY SELF-CONTAINED AIR
SUPPLY;

OR

TYPE 'C' SUPPLIED-AIR RESPIRATOR,
DEMAND TYPE, WITH A HALF
FACEPIECE;

OR

ANY CHEMICAL CARTRIDGE RESPIRATOR
WITH AN ORGANIC VAPOR CARTRIDGE
WHICH PROVIDES A SERVICE LIFE OF
AT LEAST 1 HOUR FOR
CONCENTRATIONS OF VINYL CHLORIDE
UP TO 10 PPM.

ENTRY INTO UNKNOWN CONCENTRATIONS OR CONCENTRATIONS GREATER THAN 36,000 PPM
(LOWER EXPLOSION LIMIT) MAY BE MADE ONLY FOR THE PURPOSES OF LIFE RESCUE;

AND

ENTRY INTO CONCENTRATIONS OF LESS THAN 36,000 PPM, BUT GREATER THAN 3600 PPM
MAY BE MADE ONLY FOR THE PURPOSES OF LIFE RESCUE, FIREFIGHTING OR SECURING
EQUIPMENT SO AS TO PREVENT A GREATER HAZARD OF RELEASE OF VINYL CHLORIDE.

THE FOLLOWING RESPIRATORS AND MAXIMUM USE CONCENTRATIONS ARE RECOMMENDATIONS
BY THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, NIOSH POCKET GUIDE TO
CHEMICAL HAZARDS, OR NIOSH CRITERIA DOCUMENTS.
THE SPECIFIC RESPIRATOR SELECTED MUST BE BASED ON CONTAMINATION LEVELS FOUND
IN THE WORK PLACE, MUST NOT EXCEED THE WORKING LIMITS OF THE RESPIRATOR AND
BE JOINTLY APPROVED BY THE NATIONAL INSTITUTE FOR OCCUPATIONAL SAFETY AND
HEALTH AND THE MINE SAFETY AND HEALTH ADMINISTRATION (NIOSH-MSHA).

VINYL CHLORIDE (AT ANY DETECTABLE CONCENTRATION):

SELF-CONTAINED BREATHING APPARATUS WITH FULL FACEPIECE OPERATED IN
PRESSURE-DEMAND OR OTHER POSITIVE PRESSURE MODE.
SUPPLIED-AIR RESPIRATOR WITH FULL FACEPIECE OPERATED IN
PRESSURE-DEMAND OR OTHER POSITIVE PRESSURE MODE IN COMBINATION
WITH AN AUXILIARY SELF-CONTAINED BREATHING APPARATUS OPERATED
IN PRESSURE-DEMAND OR OTHER POSITIVE PRESSURE MODE.

ESCAPE- AIR-PURIFYING FULL FACEPIECE RESPIRATOR (GAS MASK) WITH A CHIN-STYLE
OR FRONT- OR BACK-MOUNTED CANISTER PROVIDING PROTECTION AGAINST
VINYL CHLORIDE.
ESCAPE-TYPE SELF-CONTAINED BREATHING APPARATUS.

FOR FIREFIGHTING AND OTHER IMMEDIATELY DANGEROUS TO LIFE OR HEALTH CONDITIONS:

ANY SELF-CONTAINED BREATHING APPARATUS WITH FULL FACEPIECE OPERATED IN
PRESSURE-DEMAND OR OTHER POSITIVE PRESSURE MODE.

BOR 006330

ANY SUPPLIED-AIR RESPIRATOR WITH FULL FACEPIECE AND OPERATED IN
PRESSURE-DEMAND OR OTHER POSITIVE PRESSURE MODE IN COMBINATION WITH AN
AUXILIARY SELF-CONTAINED BREATHING APPARATUS OPERATED IN PRESSURE-DEMAND
OR OTHER POSITIVE PRESSURE MODE.

CLOTHING:
EMPLOYEE MUST WEAR APPROPRIATE PROTECTIVE (IMPERVIOUS) CLOTHING AND EQUIPMENT
TO PREVENT ANY POSSIBILITY OF SKIN CONTACT WITH THIS SUBSTANCE.

VINYL CHLORIDE:
PROTECTIVE CLOTHING SHOULD MEET THE REQUIREMENTS FOR PROTECTIVE GARMENTS IN
29 CFR 1910.1017(H).

GLOVES:
FOR GAS: WEAR IMPERVIOUS GLOVES. SPECIFIC TYPE OF GLOVE MAY BE TESTED AND/OR
         RECOMMENDED BY MANUFACTURER.

FOR COMPRESSED LIQUID: WEAR FULL PROTECTIVE, COLD INSULATING GLOVES.

VINYL CHLORIDE:
PROTECTIVE GLOVES SHOULD MEET THE REQUIREMENTS FOR PROTECTIVE GARMENTS IN
29 CFR 1910.1017(H).

EYE PROTECTION:
EMPLOYEE MUST WEAR SPLASH-PROOF OR DUST-RESISTANT SAFETY GOGGLES AND A
FACESHIELD TO PREVENT CONTACT WITH THIS SUBSTANCE.

EMERGENCY WASH FACILITIES:
WHERE THERE IS ANY POSSIBILITY THAT AN EMPLOYEE'S EYES AND/OR SKIN MAY BE
EXPOSED TO THIS SUBSTANCE, THE EMPLOYER SHOULD PROVIDE AN EYE WASH FOUNTAIN
AND QUICK DRENCH SHOWER WITHIN THE IMMEDIATE WORK AREA FOR EMERGENCY USE.

VINYL CHLORIDE:
PROTECTIVE EYE EQUIPMENT SHOULD MEET THE REQUIREMENTS FOR PROTECTIVE GARMENTS
IN 29 CFR 1910.1017(H).

AUTHORIZED BY- OCCUPATIONAL HEALTH SERVICES, INC.

CREATION DATE: 10/16/84          REVISION DATE: 12/03/90

****************************************************************************

BOR 006331

# Exhibit 103:1/1/1991 (CMA 119015 – 119025)

"A collaborative study of cancer incidence and mortality among vinyl chloride workers" by Simonato, L'Abbe, Anderson, Beli, Comba, Engholm, Hagmar, Langard, Lundberg, Piratsu, Thomas, Winkelmann, and Saracci finding increased incidence of BC in VCM exposed workers – but not associated with the (industry supplied!) "indices of exposure" employed.

ORIGINAL ARTICLES

Scand J Work Environ Health 1991;17:159—69

# A collaborative study of cancer incidence and mortality among vinyl chloride workers

by L Simonato, MD,[1,2] KA L'Abbé, PhD,[1,3] A Andersen, MD,[4] S Belli, DSc,[5] P Comba, DSc,[5] G Engholm,[6] G Ferro,[1] L Hagmar, MD,[7] S Langård, MD, PhD,[8] I Lundberg, MD,[9] R Pirastu, MSc,[10] P Thomas, BSc,[11] R Winkelmann, MA,[1] R Saracci, MD,[1]

SIMONATO L, L'ABBE KA, ANDERSEN A, BELLI S, COMBA P, ENGHOLM G, FERRO G, HAGMAR L, LANGÅRD S, LUNDBERG I, PIRASTU R, THOMAS P, WINKELMANN R, SARACCI R. A collaborative study of cancer incidence and mortality among vinyl chloride workers. Scand J Work Environ Health 1991;17:159—69. A large European multicentric cohort study has been coordinated by the International Agency for Research on Cancer with the objectives of investigating the dose-response relationship between liver cancer and exposure to vinyl chloride and assessing cancer risk for sites other than the liver. A nearly threefold increase in liver cancer was detected on the basis of 24 observed deaths and 8.4 expected (standardized mortality ratio 286, 95 % confidence interval 186—425). The excess from liver cancer was clearly related to time since first exposure, duration of employment, and estimated ranked and quantitative exposures. Other cancer sites investigated on the basis of a priori hypotheses were either not in excess (lung) or apparently unrelated to the exposure variables (brain and lymphoma).

Key terms: brain cancer, cohort study, dose-response relationship, liver cancer, lung cancer, lymphoma.

Vinyl chloride (VC) is an established carcinogen for humans (1, 2), and it is also one of the few substances for which the experimental evidence of carcinogenicity was available (3) before the carcinogenic effects on humans could be demonstrated.

The concern about the hazards from exposure to this substance led to control measures which lowered the levels of exposure in excess of 500 ppm in the early 1950s to values generally below 1 ppm in industrialized countries.

In recent years, the development of laboratory techniques in investigating possible effects at the molecu-

[1] International Agency for Research on Cancer, Lyon, France.
[2] Present address: Registro Tumori del Veneto, University of Padova, Italy.
[3] Present address: Department of Preventive Medicine and Biostatistics, University of Toronto, Toronto, Ontario, Canada.
[4] The Cancer Registry of Norway, Oslo, Norway.
[5] National Institute of Health, Rome, Italy.
[6] The Construction Industry's Organization for Working Environment, Safety and Health, Bygghälsan, Danderyd, Sweden.
[7] Department of Occupational Medicine, University Hospital, Lund, Sweden.
[8] Telemark Central Hospital, Department of Occupational Medicine, Porsgrunn, Norway.
[9] Karolinska Hospital, Department of Occupational Medicine, Stockholm, Sweden.
[10] Department of Animal and Human Biology, University of Rome, La Sapienza, Rome, Italy.
[11] Health and Safety Executive, Employment Medical Advisory Service, Bootle, United Kingdom.

Reprint requests to: Dr R Saracci, Unit of Analytical Epidemiology, International Agency for Research on Cancer, 150 Cours Albert-Thomas, F-69372 Lyon cedex 08, France.

lar level (4) renewed the interest in this substance. In addition the epidemiologic data have recently been updated (5—7) and reevaluated in a review (8).

Although occupational exposures have decreased, important scientific and public health questions remain. In 1986 the occupational program of the International Agency for Research on Cancer (IARC) invited European epidemiologists involved in research on the effects of VC to combine their efforts in a multicentric cohort study. The collaborative cohort study reported in this presentation was undertaken with the following three objectives: (i) to determine whether VC is associated with increased cancer risk at sites other than the liver, (ii) to investigate the possible exposure-response relationship between VC and liver cancer, particularly angiosarcoma of the liver, and (iii) to construct a data base which could be exploited in the future in relation to the assessment of potential risk at low levels of exposure.

In this report, we present the methods and results of this collaborative study, further details of which can be found in an IARC report (9).

## Subjects and methods

Collaborators from four countries (Italy, Norway, Sweden, and the United Kingdom) participated in the cohort study and contributed a total of 14 351 subjects to the combined data base. Both existing studies and newly collected cohorts were enrolled from 19 factories. Where existing study populations were included (10—15) follow-up was extended, and/or more factories were added. In the majority of factories in the cohort there was mixed VC monomer/polyvinyl chlo-

159

CMA 119015

ride (VCM/PVC) production (12 factories), two produced VCM only, four produced PVC only, and one was a PVC-processing plant.

For the sake of homogeneity, we decided to include only subjects with at least one year of employment in the analysis, and therefore 1518 subjects (10.6 % of the combined cohort) had to be excluded. An additional 127 subjects (0.9 % of the combined cohort) were excluded for the following reasons: female gender (N = 57), out of observation period (N = 48), member of more than one cohort (N = 21), and date of first exposure unknown (N = 1). After the total of 1645 exclusions (11.5 % of the combined data base), 12 706 subjects remained for the analysis.

The vital status of the subjects included in the mortality analysis is shown in table 1, and the completeness of follow-up at 97.7 % can be considered satisfactory. For the 12 706 subjects included in the analysis, the average length of follow-up was 17 (range 10—25) years, 36 % of the cohort having a follow-up period of 20 years or more. The total number of person-years at risk was 222 746, and the distribution of person-years according to duration and the number of years since first exposure is given in table 2.

National incidence or mortality rates (men only) specific for age and five-year calendar periods were used for reference. The observation period differed by factory, the majority of subjects having been followed from 1955 (first year for which reference rates were available) or from the start of the second year of employment, whichever came first, to 1986. Two of the four countries, Norway and Sweden, were also able to provide follow-up for incidence through nation-based cancer registries, while mortality rates were computed at IARC with the use of a data base belonging to the World Health Organization (WHO). As different revisions of the International Classification of Diseases (ICD) were used over the follow-up period,

a conversion table for causes of death was used and can be found in the detailed IARC report (9).

It should be noted that for this study liver cancer was defined as ICD 155—156 (seventh revision): liver, intrahepatic and extrahepatic bile ducts, and gallbladder specified as primary or secondary; ICD 155 (eighth revision): liver and intrahepatic bile ducts specified as primary; and ICD 155 (ninth revision): liver and intrahepatic bile ducts specified as primary and liver specified as secondary. Although ideally only primary liver cancer should be chosen as the definition, the seventh and ninth ICD revisions do not permit separation of primary and secondary (as this distinction is often difficult in reality). In the eighth and ninth revisions, secondary liver cancer is classified by a four-digit code, but specification of the national mortality rates to four digits in the WHO data base is not available from all countries. Therefore, it was necessary to choose the aforementioned definition for liver cancer.

Angiosarcoma of the liver is distinguished from other types of liver cancer through histology. This type of information was sought from national investigators, and only cases histologically confirmed were included in the analyses.

For the analysis, person-years at risk were calculated with the person-years program using a modified life-table approach (16). In calculating the person-years, no censoring at old age took place, and the date of entry for the tabulation of person-years started at the beginning of the observation period according to the availability of reference rates in 1955 or on day 1 of the second year of employment, whichever occurred later.

The standardized mortality ratio (SMR) or standardized incidence ratio (SIR) and the 95 % confidence interval (95 % CI) for the SMR or SIR were calculated on the assumption of a Poisson distribution. Prior to the analysis, it was decided that four causes of death suspected a priori (ie, liver cancer, lung cancer, brain cancer, and lymphosarcoma) would be examined in detail.

The mortality analysis was performed according to several temporal variables, specifically years since first exposure, calendar period at hire, calendar period at exit, age at hire, and age at exit. In the analysis all of these variables were based on individual information available for each subject. Exposure variables were job title as autoclave worker (ever/never), duration of employment, ranked level of exposure, and cumulative exposure in parts per million-years to VCM in the air.

For the ranked level of exposure and cumulative exposure indices, job histories were required, along with exposure estimates for specific jobs and calendar periods from job-exposure matrices. The job-exposure matrices specific for calendar period were provided by industrial hygienists for 13 of the 19 factories. These matrices were developed in various ways for the different factories. For most of them, job title was used as the basic unit with which exposure was assessed, and

job histories were av[...]
"Typical exposures[...]
time-weighted avera[...]
several sources of va[...]
occasional measuren[...]
past typical exposur[...]
exposure condition[...]
changes over time[...]
since the mid-1970[...]
exposure assessme[...]
ability of exposure[...]

In terms of agen[...]
posed in VCM, PVC[...]
was the main exposu[...]
in many of these fac[...]
In PVC processing[...]
over, additional exp[...]
dust, asbestos, and [...]
matrices referred or[...]

Each job-exposure[...]
by two independent[...]
able to provide, prio[...]
dex for the ranked l[...]
intermediate: 50—4[...]
which the classificat[...]
the highest level to v[...]
ly exposed, specific [...]
they worked, accord[...]
job exposure matri[...]

The same informa[...]
exposure matrices,[...]
exposure in parts per[...]
the job-exposure m[...]
employment) for the[...]
for cancer of the liv[...]
trix was used for the[...]
dom which were und[...]
The estimated job-e[...]
matrices provided fo[...]
Kingdom. This mat[...]
hygienist from the U[...]
text, it is clearly no[...]
sion include this es[...]

For liver cancer c[...]
sis was performed t[...]
variables simultane[...]
deaths and the per[...]
classified categories[...]
bles and performed[...]
baseline categories [...]

### Mortality results

Cause-specific mor[...]
sented in table 3. A[...]
all-cause mortality w[...]
versus 1636.4 expe[...]
The following four[...]

**Table 1.** Vital status of the cohort members.[a]

| Vital status | N | % |
|---|---|---|
| Alive | 10 981 | 86.4 |
| Dead | 1 438 | 11.3 |
| Unknown (lost or emigrated) | 287 | 2.3 |
| Total | 12 706 | 100 |

[a] Person-years at risk: 222 746

**Table 2.** Person-years by duration of employment and follow-up

| Duration of employment (years) | Years since first exposure | | | | Total |
|---|---|---|---|---|---|
| | 1—9 | 10—19 | 20—29 | ≥30 | |
| 1—9 | 95 178 | 43 306 | 13 293 | 2 670 | 154 446 |
| 10—19 | — | 43 256 | 8 842 | 1 427 | 53 526 |
| ≥20 | — | — | 11 810 | 2 965 | 14 775 |
| Total | 95 178 | 86 562 | 33 945 | 7 062 | 222 746 |

160

CMA 119016

job histories were available for all factories except two. "Typical exposures" to VC in air were estimated as time-weighted averages by industrial hygienists using several sources of variable quality. In most factories, occasional measurements of VC provided the basis for past typical exposures, supplemented by knowledge of exposure conditions, processes, and technological changes over time. Systematic measurements taken since the mid-1970s provided the basis for more recent exposure assessments, and an indication of the variability of exposure levels between job titles.

In terms of agents to which the workers were exposed in VCM, PVC, and VCM/PVC production, VC was the main exposure, and virtually the only exposure in many of these factories. Use of butadiene was rare. In PVC processing (one factory in this study), however, additional exposures could have included PVC dust, asbestos, and other agents. All the job-exposure matrices referred only to VC exposure in air.

Each job-exposure matrix was checked and validated by two independent industrial hygienists, who were able to provide, prior to the statistical analysis, an index for the ranked level of exposure (low: <50 ppm; intermediate: 50—449 ppm; and high: ≥500 ppm) in which the classification of the subjects was based on the highest level to which the workers were potentially exposed, specific to their jobs and the years in which they worked, according to levels of VC recorded in the job-exposure matrices.

The same information, that is, job histories and job-exposure matrices, was used to calculate cumulative exposure in parts per million-years (exposure level from the job-exposure matrices multiplied by duration of employment) for the subjects. In some of the analyses for cancer of the liver an estimated job-exposure matrix was used for the four factories in the United Kingdom which were unable to provide their own matrices. The estimated job-exposure matrix was based on the matrices provided for the other factories in the United Kingdom. This matrix was checked with the industrial hygienist from the United Kingdom. In the following text, it is clearly noted if the analyses under discussion include this estimated matrix.

For liver cancer only, the Poisson regression analysis was performed to assess the significance of several variables simultaneously. This analysis used observed deaths and the person-years distribution for cross-classified categories of temporal and exposure variables and performed an internal comparison with the baseline categories (ie, within the cohort only) (17, 18).

## Mortality results

Cause-specific mortality for the total cohort is presented in table 3. A statistically significant deficit for all-cause mortality was apparent (1438 deaths observed versus 1636.4 expected, SMR 88, 95 % CI 83—93). The following four main causes of death contributed

to this deficit: (i) diseases of the circulatory system, (ii) diseases of the respiratory system, (iii) accidents, poisonings and violence, and (iv) other known causes.

For all malignant neoplasms, the SMR was 104 (95 % CI 95—114), with 445 deaths observed. However, there were two causes of death, both cancers, which showed statistically significant excesses. They were cancer of the liver with 24 observed deaths and 8.4 expected (SMR 286, 95 % CI 183—425) and cancer of an unspecified site with 24 observed deaths and 12.9 expected (SMR 187, 95 % CI 120—278). Increases which were not statistically significant were apparent for bladder cancer (21 deaths observed, SMR 146, 95 % CI 91—224), malignant melanoma (7 deaths observed, SMR 163, 95 % CI 65—335), and lymphosarcoma (7 deaths observed, SMR 170, 95 % CI 69—351).

In this report the results are not given by process. The statistically significant excess of liver cancer evident in the total cohort was mainly due to the excess in VCM/PVC production (19 deaths observed, SMR 311, 95 % CI 187—486).

Twenty-three sites were selected for analysis according to the years since first exposure, and the results for 10 of these sites are presented in table 4. Apart from liver cancer, which will be discussed in detail, there were no noteworthy patterns in risk according to this variable.

Four sites were investigated in detail for relationships with temporal and exposure variables. Of the two sites with excess risk for the total cohort, cancer of an unspecified site was not analyzed further due to the diversity of cancers found in this category; they are however discussed in a descriptive fashion in the text. Liver cancer, lung cancer, brain cancer, and lymphosarcoma were chosen a priori for further analysis. Excesses of bladder cancer in PVC production (in the United Kingdom) and of melanoma (in Norway) were not investigated further for the total cohort since they were confined to one country.

### Liver cancer

No liver cancer deaths occurred before 15 years since first exposure, after which the SMR was 483 (95 % CI 208—951) for 15—19 years since first exposure, and it did not vary greatly from this level thereafter, the value always being statistically significant. In table 4, the pattern by years since first exposure is seen in 10-year groups. When only those with 15 years since first exposure or more were included in the analysis (15-year latency), the overall SMR for liver cancer was 445 (95 % CI 285—663).

Table 5 shows the SMR values for liver cancer according to the four exposure variables, without and with a 15-year latency analysis. According to job title, dichotomous as ever autoclave worker (suspected a priori as the highest risk job) versus never an autoclave worker, very high risk was experienced by those who

161

CMA 119017

**Table 3.** Mortality by detailed cause. (O = observed number of deaths, E = expected number of deaths, SMR = standardized mortality ratio, 95 % CI = 95 % confidence interval)

| Cause of death[a] | O | E | SMR | 95 % CI[b] |
|---|---|---|---|---|
| All causes (000—999) | 1438 | 1636.4 | 88 | 83—93 |
| All malignant neoplasms (140—207) | 445 | 427.8 | 104 | 95—113 |
| Buccal cavity and pharynx (140—149) | 7 | 9.8 | 72 | 29—148 |
| Esophagus (150) | 9 | 12.1 | 75 | 34—142 |
| Stomach (151) | 49 | 45.1 | 109 | 80—144 |
| Intestine, except rectum (152—153) | 21 | 25.9 | 81 | 50—124 |
| Rectum (154) | 15 | 17.8 | 85 | 48—141 |
| Liver and intrahepatic bile ducts (155) | 24 | 8.4 | 286 | 183—425 |
| Pancreas (157) | 16 | 19.3 | 83 | 47—135 |
| Larynx (161) | 5 | 7.3 | 68 | 22—159 |
| Trachea, bronchus and lung (162) | 144 | 148.3 | 97 | 82—114 |
| Bone (170) | 3 | 2.5 | 120 | 25—352 |
| Connective and other soft tissue (171) | 0 | 1.4 | 0 | 0—266 |
| Melanoma of skin (172) | 7 | 4.3 | 163 | 65—338 |
| Prostate (185) | 21 | 20.2 | 104 | 64—159 |
| Testis (186) | 3 | 2.5 | 118 | 24—345 |
| Bladder (188) | 21 | 14.3 | 146 | 91—224 |
| Kidney (189) | 4 | 10.0 | 40 | 11—103 |
| Brain (191) | 14 | 13.1 | 107 | 59—180 |
| Thyroid (193) | 2 | 1.1 | 181 | 22—654 |
| Unspecified site (199) | 24 | 12.9 | 187 | 120—278 |
| Lymphosarcoma (200) | 7 | 4.1 | 170 | 69—351 |
| Hodgkin disease (201) | 7 | 5.3 | 133 | 53—274 |
| Leukemia (204—207) | 11 | 13.4 | 82 | 41—147 |
| Other lymphatic neoplasms (202—203) | 4 | 9.9 | 40 | 11—104 |
| Other malignant neoplasms | 27 | 19.3 | 140 | 92—204 |
| Benign and unspecified neoplasms (210—239, 208) | 4 | 6.6 | 61 | 17—156 |
| Circulatory system (390—458) | 522 | 712.8 | 87 | 81—94 |
| Respiratory system (460—519) | 108 | 140.9 | 77 | 63—93 |
| Digestive system (520—577) | 72 | 77.2 | 93 | 73—117 |
| Chronic liver disease, cirrhosis (571) | 35 | 39.7 | 88 | 61—123 |
| Accidents, poisonings and violence (E800—E999) | 114 | 144.0 | 79 | 65—95 |
| Other known causes | 73 | 127.0 | 57 | 45—72 |

[a] Code of the International Classification of Diseases (eighth revision) in parentheses.
[b] Based on a Poisson distribution

were autoclave workers at some time (SMR 896, 95 % CI 447—1603). In the analysis with a 15-year latency period, a statistically significant increased risk was also apparent for those classified as "never an autoclave worker," a group which however included workers with job "unspecified" also.

Duration of employment was associated with an increasing mortality trend from liver cancer, which was statistically significant ($\chi^2$ 19.5, P<0.001). With a 15-year latency period, the trend was not as strong ($\chi^2$ 5.70, P<0.025).

A very clear exposure-response relationship was seen for ranked level of exposure and liver cancer mortality. Although the ranked level of exposure was unknown for six deaths, increasing risk at progressively increasing levels of exposure was demonstrated ($\chi^2$ 7.99, P<0.01). With the use of a 15-year latency period and the estimated job-exposure matrices from factories 10 through 13 from the United Kingdom, the SMR for the intermediate category (50—499 ppm) was also statistically significant (7 deaths observed, SMR 551, 95 % CI 222—1136). The risk clearly increased with increasing total cumulative exposure to VC in parts per million-years ($\chi^2$ 20.4, P<0.001). An analysis with a five-year lag in cumulative exposure made virtually no difference in any of the results, and therefore the data

are not presented. The results of the multivariate analysis for liver cancer in an internal comparison are presented in table 6. Only two variables, years since first exposure and cumulative exposure, had a statistically significant effect on the risk of liver cancer mortality.

Risk increased steadily with increasing exposure when years since first exposure was adjusted for. The tests for interactions were not statistically significant, and the addition of a quadratic term for cumulative exposure did not improve the fit of the model. The same procedure was followed when cumulative exposure from the estimated job-exposure matrix for the factories from the United Kingdom was included, and the regression results were similar. The relative risk estimates varied slightly from the previous model, probably because of the effect of misclassification from the job-exposure matrices of the four factories whose matrices were developed from those of other factories.

*Angiosarcoma of the liver*

Major characteristics of the 24 liver cancer deaths certified in the mortality data as ICD code 155 (eighth and ninth revision, as no death was coded according to the seventh revision) can be seen in table 7. When

162

in cancer w…
of exposure
sing pattern of
anked level of
based on four

ber of deaths,

% CI[a]

−143
−116

−120
−140
−129

−130
−163
−136
−119

−151 (77—151)
−143 (75—134)
−169 (51—135)
−149 (43—121)
−290 (73—280)
−384 (11—339)
−120 (41—139)

−114

ed as an auto-

erved number of

osarcoma

95 % CI

136—1931
40—377

178—1053
3—648
0—1230

3—705
4—983
28—846
64—907

6—1296
4—888
4—794
78—736

89—455

s as an autoclave

## Cancer of unspecified site

Twenty-four deaths in the cohort were classified as malignant neoplasms of unspecified sites (ICD 199), giving a statistically significant excess (24 deaths observed, SMR 187, 95 % CI 120—278). Additional information, such as cancer incidence data, was available for 20 of the 24 deaths. Three subjects had liver cancer and were therefore included in table 8. It was unknown, however, whether they had angiosarcoma of the liver since no histological information was available. No other clear excess of a particular cancer among those classified as cancer deaths of an unspecified site was apparent.

## Cancer incidence results

For the 2643 subjects from the four factories in Norway and Sweden included in the cancer incidence analysis, the total number of cancers observed was 127 (SIR 107, 95 % CI 89—127), and their distribution by site is shown in table 13 (reported for one or more observed deaths). The only statistically significant excess was for liver cancer, on the basis of seven observed cases (SIR 303, 95 % CI 122—623). Suggestive increases were found for stomach cancer (13 cases observed, SIR 150, 95 % CI 80—256), lung cancer (22 cases observed, SIR 152, 95 % CI 95—230), melanoma (8 cases observed, SIR 184, 95 % CI 79—362), and brain cancer (8 cases observed, SIR 159, 95 % CI, 68—312).

Although the lung cancer increase was not statistically significant, it was investigated in more detail as other studies have suggested increased risk for lung cancer. There was no excess according to process type or category of years since first exposure. A slight excess was suggested for < 15 years of employment, while the SIR values were close to 100 for 15—19 and ≥ 20 years of employment. For the ranked level of exposure, the risks in the high and low categories were virtually identical. According to cumulative exposure, no exposure-response was apparent (results not presented in tabular form). Without statistical significance and with little apparent relationship to VC exposure, some indication of increased lung cancer risk remained for one PVC-processing plant and one Norwegian VCM/PVC production plant. The national investigator for the PVC-processing plant attributed the excess to exposure to asbestos, which was utilized in the process (7), while the excess remained unexplained in Norway.

## Discussion

This collaborative study was carried out with the main purpose of analyzing exposure-response relationships between exposure to VC and liver cancer and investigating whether exposure to VC could increase cancer risk for sites other than the liver.

The results confirmed the association between exposure to VC and liver cancer. The excess of liver cancer mortality was associated with duration of employment, and a clear association with ranked level of exposure was found. The results were strengthened by the regression analyses, which indicated that the risk of liver cancer depended on cumulative exposure and years since first exposure.

Twenty-two subjects had histologically confirmed angiosarcoma of the liver, and the regression analyses demonstrated that the risk was mostly influenced by cumulative exposure to VC. The relative risks were higher at each level of cumulative exposure than those for all liver cancer deaths, but it must be remembered that the same 16 angiosarcoma deaths were included in both analyses. The approximate incidence rate of angiosarcoma of the liver in Norway, for example, based on 1953—1988 data, was 1 in 10 million per year (personal communication from A Andersen, 1989). Others have estimated the annual incidence at 1 to 2 in 10 million (20, 21).

Given 222 746 person-years at risk accumulated by this cohort, with an annual incidence of angiosarcoma of the liver of 2 per 10 million in the general population, the overall expected figure for the cohort would be 0.045. The rarity of this tumor supports the use of internal comparisons to assess the significance of exposure variables.

Table 13. Cancer incidence, based on data for four factories in Norway and Sweden, by detailed cause. (O = observed number of cases, E = expected number of cases, SIR = standardized incidence ratio, 95 % CI = 95 % confidence interval)

| Cancer site[a] | O | E | SIR | 95 % CI[b] |
|---|---|---|---|---|
| Buccal cavity and pharynx (140—148) | 5 | 4.2 | 119 | 39—277 |
| Stomach (151) | 13 | 8.7 | 150 | 80—256 |
| Intestine, except rectum (152—153) | 8 | 8.9 | 89 | 39—176 |
| Rectum (154) | 2 | 5.9 | 34 | 4—123 |
| Liver and intrahepatic bile ducts (155) | 7 | 2.3 | 303 | 122—623 |
| Pancreas (157) | 3 | 4.3 | 70 | 14—203 |
| Larynx (161) | 2 | 1.6 | 122 | 15—441 |
| Trachea, bronchus and lung (162) | 22 | 14.5 | 152 | 95—230 |
| Melanoma of skin (190) | 8 | 4.4 | 184 | 79—362 |
| Prostate (177) | 16 | 18.0 | 89 | 51—144 |
| Testis (178) | 1 | 2.2 | 45 | 1—252 |
| Bladder (181) | 7 | 7.9 | 88 | 36—182 |
| Kidney (180) | 4 | 5.4 | 74 | 20—188 |
| Brain (193) | 8 | 5.1 | 159 | 68—312 |
| Thyroid (194) | 3 | 0.9 | 327 | 67—955 |
| Lymphosarcoma and other lymphoma (200, 202) | 1 | 3.6 | 28 | 1—154 |
| Multiple myeloma (203) | 1 | 1.9 | 53 | 1—297 |
| Other malignant neoplasms | 16 | 11.9 | 135 | 77—219 |
| All malignant neoplasms (140—205) | 127 | 119.0 | 107 | 89—127 |

[a] Code of the International Classification of Diseases in parentheses.
[b] Based on a Poisson distribution.

167

CMA 119023

The exposure estimates used for the ranked level of exposure and cumulative exposure indices were based on the reconstruction of past exposures; and they appeared to be an efficient tool for investigating exposure-response relationships. Although the job-exposure matrices utilized for the analysis were often based on rough estimates and thus resulted in a certain degree of imprecision, the results demonstrate exposure-response relationships for the carcinogenicity of VC. A recent study also estimated cumulative exposure to VCM, PVC, and butadiene and found that only cumulative exposure to VCM had any effect on liver cancer risk (6).

No increase was evident for lung cancer mortality, nor was there any association with the exposure variables, including ranked and cumulative exposure indices. It should be noted that the power of the study would allow detection of a statistically significant (at the 5 % level, one-sided) SMR for lung cancer of 114 with 80 % probability.

A slight increase in lung cancer was suggested by the incidence data, which corresponded to about 10 % of the mortality data. There was no apparent relation between lung cancer incidence and VC exposure. In one factory of the four included in the incidence analysis, a case of pleural mesothelioma was reported, and exposure to asbestos has been documented for the PVC-processing plant (7).

Two other sites investigated for excess risk were brain cancer and lymphosarcoma according to the a priori hypotheses. The results from this collaborative study did not suggest an effect of exposure to VC on mortality from brain cancer, although the power of the study only permitted detection of an SMR of 182 or more, which could be labeled as statistically significant with 80 % probability. The excess at ≥30 years since first employment was, however, an indication that an effect of exposure cannot be fully dismissed. For lymphosarcoma, although an excess was suggested, the small numbers and missing information on exposure variables for some of the subjects prohibited interpretation in relation to exposure to VC.

None of the other causes of death was in excess; instead, some statistically significant deficits were apparent. The deficit in total mortality was probably due to the healthy worker effect, both in the hiring of healthy workers compared with the general population and in a survival effect within the cohort due to the criteria for inclusion of employment for one year or more.

These results are very similar to those reported recently in the United States (6). In that study only liver cancer was in excess for the cohort of VCM workers (SMR 333, 95 % CI 202—521), with no statistically significant excess of lung cancer (SMR 115, 95 % CI 95—139), brain cancer (SMR 145, 95 % CI 79—248) or hematopoietic cancers (SMR 78, 95 % CI 48—121). In the nested case-referent analysis, liver cancer risk increased with increasing cumulative exposure (esti-

mated as duration times categorized exposure levels). Of the 19 liver cancers, 12 were angiosarcomas, and for this subgroup only, unlike our results, was the positive dose-response evident.

## Concluding remarks

The results of this multicentric collaborative study on workers in the VC industry indicate that exposure to VC is associated with an increase in liver cancer. An exposure-response relationship was observed for both ranked and estimated cumulative exposure. The relationship was even more evident when only liver angiosarcoma was analyzed.

No significant excess of mortality was found for the other sites suspected a priori to be affected by exposure to VC. Although the incidence of lung cancer was slightly increased, neither it nor lung cancer mortality appeared to be associated with any of the exposure variables. Brain cancer and lymphosarcoma mortality, although showing slight increases, did not appear to be consistently associated with exposure, although the small numbers prohibited firm conclusions.

An increased risk of bladder cancer and melanoma of the skin was detected which did not appear to be related to exposure in that the association with employment in the VC industry was confined to one country only.

No increased mortality was observed for the other main causes of death.

## Acknowledgments

We are deeply indebted to Mr E Ljunggren from Nobel Industrier Sverige, Sundsvall, Sweden, and to Mr B Mountfield from ICI Chemicals and Polymers Ltd, Macclesfield, the United Kingdom, for their contribution to the estimation of past exposure levels of VC. The following people from IARC are thanked for their contributions: Mr A Barbin, Ms B Charnay, Ms A Hanss-Cousseau, and Dr M Kogevinas. Ms E Zanellato, from the Registro Tumori del Veneto, edited and typed the final manuscript. The analysis for this study was undertaken during the tenure of a research training fellowship awarded to Dr KA L'Abbé by IARC.

## References

1    International Agency for Research on Cancer (IARC). Some monomers, plastics, and synthetic elastomers and acrolin. Lyon: IARC, 1979. (IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: vol 19.)
2.   International Agency for Research on Cancer (IARC). Overall evaluations of carcinogenicity: an updating of IARC monographs volumes 1 to 42. Lyon: IARC, 1987. (IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans; suppl 7.)
3.   Viola PL. Pathology of vinyl chloride. In: Proceedings of the 16th International Congress on Occupational

CMA 119024

Health. Tokyo: Japan Organizing Committee, 1969: 296—7.

4. Barbin A, Bartsch H. Mutagenic and promutagenic properties of DNA adducts formed by vinyl chloride metabolites. In: Singer B. Bartsch H, ed. The role of cyclic nucleic acid adducts in carcinogenesis and mutagenesis. Lyon: International Agency for Research for Cancer, 1986:345—358. (IARC scientific publication; no 70.)

5. Jones RD, Smith DM, Thomas PG. A mortality study of vinyl chloride monomer workers employed in the United Kingdom in 1940—1974. Scand J Work Environ Health 1988;14:153—60.

6. Wu W, Steenland K, Brown D, Wells V, Jones J, Schulte P, Halperin W. Cohort and case-control analyses of workers exposed to vinyl chloride: an update. J Occup Med 1989;31:518—23.

7. Hagmar L, Akesson B, Nielson J, et al. Mortality and cancer morbidity in workers exposed to low levels of vinyl chloride monomer at a polyvinyl chloride processing plant. Am J Ind Med 1990;17:553—66.

8. Doll R. Effects of exposure to vinyl chloride: an assessment of the evidence. Scand J Work Environ Health, 1988;14,61—78.

9. L'Abbe KA, Ferro G, Winkelmann R, Saracci R, Simonato L. Mortality and cancer incidence results of the European multi-centric cohort study of workers employed in the vinyl chloride industry. Lyon: International Agency for Research on Cancer, 1989. (IARC internal report; no 89/007.)

10. Byren D, Engholm G, Englund A, Westerholm P. Mortality and cancer morbidity in a group of Swedish VCM and PVC production workers. Environ Health Perspect 1976;17 167—70.

11. Molina G, Homberg B, Elotsson S, Holmlund L, Blasing R, Westerholm P. Mortality and cancer rates among workers in the Swedish PVC processing indus-try. Environ Health Perspect 1981;41:145—51.

12. Storetvedt Heldaas S, Langård SL, Andersen A. Incidence of cancer among vinyl chloride and polyvinyl chloride workers. Br J Ind Med 1984;41:25—40.

13. Jones JH. Worker exposure to vinyl chloride and poly(vinylchloride). Environ Health Perspect 1981;41: 129—36.

14. Belli S, Bertazzi PA, Comba P. et al. A cohort study on vinyl chloride manufacturers in Italy: study design and preliminary results. Cancer Lett 1987;35:253—61.

15. Pirastu R, Comba P, Reggiani A, Foa V, Masina A, Maltoni C. Mortality from liver disease among Italian vinyl chloride monomer/polyvinyl chloride manufacturers. Am J Ind Med 1990;17:155—61.

16. Coleman MP, Hermon C, Douglas A. Person-years (PYRS): a Fortran program for cohort study analysis. Lyon: International Agency for Research on Cancer, 1989. (IARC internal report; no 89/006.)

17. Breslow NE, Day NE. Statistical methods in cancer Research: vol II (The design and analysis of cohort studies). Lyon: International Agency for Research on Cancer, 1987. (IARC scientific publications; no 82.)

18. Baker RJ. Glim 3.77: Reference manual. Oxford: Numerical Algorithms Group, 1985.

19. Creech JL, Johnson MN. Angiosarcoma of liver in the manufacture of polyvinyl chloride. J Occup Med 1974; 16:150—1.

20. Brady J, Liberatore F, Harper P. et al. Angiosarcoma of the liver: an epidemiologic survey. J Natl Cancer Inst 1977:59:1383—5.

21. Byren D, Holmberg B. Two possible cases of angiosarcoma of the liver in a group of Swedish vinyl chloride workers. Ann NY Acad Sci 1975;246:249—50.

Received for publication: 18 October 1990

169

CMA 119025

**Exhibit 104:4/15/1991 (VMD 723626 – 723627)**

Vista (J.R. Drumwright, M.D.) to Robert A. Wise, M.D. re: need for experts in worker's
comp cases involving brain cancer from VCM

Visto Chemical Company          900 Threadneedle          Houston, Texas 77224
                                Post Office Box 19029

April 15, 1991

Robert A. Wise, M. D.
2200 Willowick Road
Condominium #7C
Houston, Texas 77027

R. Drumwright, M.D.
Manager-Medical

Re: **WORLDWIDE REGISTER - ASL (DUE TO VCM)**

Dear Dr. Wise:

It is my pleasure to forward a copy of the 1991 Update of the ASL Register
for your review. Hopefully, the information contained will be useful for your
lecture on VCM.

The 1992 update will reflect the death of one of the three cases described as
"currently living" in the 1991 review.

If you are personally aware of someone who could serve as an expert witness
for a couple of potential workers' compensation cases where the deceased
employees' families allege VCM to have "produced" their brain tumors, I'd
appreciate you're letting me know their name(s) and how to locate them.
(We have no direct information of excess exposure for either - but, the latest
two cases of ASL in the USA were "born" in the w/c court without any
biopsy evidence not history of significant exposure to VCM to support the
alleged diagnoses. Therefore, ██████████████████████████████████████
████████████████████████████████████

Please let me know if I can be of any further assistance.

Sincerely,

J. R. Drumwright, M. D.

JRD/djr

cc: JRD/ASLFile

VMD 723626

TO:    See Distribution

teroffice    **FROM:**    J. R. Drumwright
ommunication    **DATE:**    November 7, 1991

# VISTA

**SUBJECT:**    OSHA Recordkeeping Guidelines for Occupational Injuries and Illnesses

Based on data presented at the NPRA National Safety conference, Sept. 24-25, 1991, several significant changes are forthcoming for the OSHA 200 Log record keeping functions.    (Vista Medical has received a copy of the presentation's slides).

Drafts of the recordkeeping revisions are scheduled to be printed in the Federal Register in December 1991 or early 1992. Probable implementation will occur in late 1992 or early 1993.

"Interesting" definition/changes include:

● Definition of Restricted Work Activity - "normal assignment" will include what an employee might be asked to do in any calendar year.  Partial days away from work, i.e. half days - are to be considered as whole days of restricted work activity.

● Redesign of the Statistical System (ROSH)
New BLS system will collect additional detailed information about injury and illness cases.  Demographics - age and sex of affected workers; occupation; length of service; part of body involved; nature of injury; source (car, equipment, etc); and more information on fatalities.

● Format Changes
♦ One version of guidelines (less than 30 pages long).
♦ Eliminate the question and answer format.
♦ New log will be smaller and fitting on normal paper.
♦ New log will have less than half the current number of columns.

● Changes in Recordkeeping Procedures
♦ Computerized recordkeeping enhanced .
♦ Improved employee involvement.
♦ Site Logs - may include compilation of all injuries at site from contractors, subs, etc.

VMD 723627

**Exhibit 105:10/16/1991 (VMO 101514 – 101515)**

Confidential Vista IOC (Drumright) to lots of people Re: Enclosing Dr. Wong's EPI
Update.

CONFIDENTIAL

Interoffice
Communication

**TO:**      See Distribution.

**VISTA**

**FROM:**    J. R. Drumwright, M. D.
**DATE:**    October 16, 1991

**SUBJECT:** Vinyl Chloride Workers - Industry-wide Epidemiologic Study;
Update - 1991

Attached for your information is a copy of Otto Wong's update of the 1942-1982 study of vinyl chloride workers. References have been made to this update in a recent BNA publication. The attached copy of the study appeared in the American Journal of Industrial Medicine.

In 1973, Tabershaw - Cooper Associates, under the sponsorship of CMA, implemented an epidemiologic study of 8,349 vinyl chloride workers from 34 plants. The study was enlarged to include 10,173 workers exposed to vinyl chloride from 37 plants (17 companies).

The updated study used the same cohort, etc. to review the mortality pattern as it appeared over an additional decade.

Excess cases were recorded for cancer of the liver and biliary tract and cancer of the brain and other central nervous system. For cancer of the liver - 37 deaths were observed compared with only 5.77 expected. For cancer of the brain and other central/nervous system, 23 deaths were observed and 12.76 were expected. For the former, the figure was significant at the 1% level and the latter was significant at the 5% level.

Only for cancer of the liver was there felt to be a "clear and obvious" latency. For cancer of the CNS no latency period was found to be statistically significant.

Of the 37 plants, 11 produced only VCM; 18 produced only PVC; 3 produced both and the remaining 5 plants produced other forms of vinyl chloride. There were only 2 brain cancer deaths found in the VCM employees and this number was not statistically significant. However for the PVC employees, 16 deaths were due to brain and other CNS cancers - statistically significant at the 5% level.

VMD 0101574

The duration of exposure to vinyl chloride for the brain and other CNS cancers ranged from 1.0 years to 30.8 years. Approximately half (12) of the cases came from the two plants with the largest number of angiosarcoma of the liver (ASL) cases. Both were PVC producers.

In summary, enlarged study reportedly confirmed an excess of Angiosarcoma of the liver cases as well as a "significant excess" of tumors of the brain and central nervous system. However, due to the small number of cases lack of appropriate exposure data, etc. no specific cause and effect relationship between vinyl/ chloride and the CNS tumors was established.

J. R. Drumwright, M. D.

JRD/sja

cc:  Bob Seymour
     Bruce Trego
     Harry Garrison
     Chris Markeson
     Paul Carrico
     Mike Lunsford
     Dave Penney
     George Williams
     Phil Foote
     Don Jackson

Without attachments
     JRD
     T. Grumbles
     T. Huffman
     G. Draper
     R. V. Dale
     S. Smith

VMO 0101515

## Exhibit 106:10/21/1991 (BFG 21278 – 21279)

BFG (Hinderer) to V.I. (Gottesman) re: accusing Shah of having 'violated his contract' by publishing the 1991 paper for not submitting a "draft" (which actually *had been* submitted and accepted by CMA in 1986!), but "predicting" that, given the chance of being given a commission to undertake a  new meta-analysis  *and not being blackballed by CMA members,* holding out the expressed "hope"  that Wong would disavow his previous repeated statement that they had *confirmed*  the link between VCM (after having not even characterized it as an important question that the study sought to resolve). The editor of the Journal in which the paper was published (Phillip Landrigan, Mt. Sinai)  would describe Wong's about face recantation as completely "unprecedented" in the epidemiologic literature, leading to a full page expose entitle "second opinion" in the Houston Post in 1998 – to which *no-one*  ever even bothered to respond.

**BFGoodrich**

The BFGoodrich Company
3925 Embassy Parkway
Akron, Ohio 44313-1799

*C C fn*
*Woodrow Ban Esq.*

October 21, 1991

*VCM*
*BRAIN CANCER*

Dr. Roy T. Gottesman
Vinyl Institute
Wayne Interchange Plaza II
155 Route 46 West
Wayne, NJ 07470

Dear Roy:

In response to your request, you should note that there are two main problems with the study by Wong et al. 1991, entitled "An Industry-wide Epidemiology Study of Vinyl Chloride Workers, 1942-1982". First, the authors use the 7th rather than the 9th revision of the International Classification of Disease. The effect here is to lump all brain cancers together. Secondly, the authors leave the question of whether there is a relationship between VCM and brain cancer hanging without providing some logical comments and assessments.

While they reference Doll's earlier review paper in the introduction, they fail to mention what is important from that paper. Specifically, they fail to note that for brain cancer, and in fact all cancers except liver, there is no consistency across studies which is an important consideration in assessing causal relationships in epidemiology studies. Furthermore, the effect of other potential biasing/confounding factors (eg. other exposures) are not addressed.

When I obtained a copy of this publication, I quickly realized that this was the work that was sponsored by the CMA VCM Panel. Unfortunately, the authors failed to send a draft to the Panel for review prior to publication. When I discussed this with Dr. Shah at CMA, he indicated that CMA would notify them that they have violated their contract.

The next step will be for the whole Panel to consider what corrective actions are necessary and/or appropriate. Hopefully, the authors will be agreeable to add some clarifying comments in a letter to the editor.

22508001

BFG21278

Dr. Gottesman
October 21, 1991
Page 2


At present, I view this as a CMA project.  However, I will
keep you posted as things progress.

Best regards,

THE BFGOODRICH COMPANY

Robert K. Hinderer,Ph.D.
Manager, Health and Toxicology
Environment, Health and
 Safety Management Systems

1021-4/jp

cc:  Dr. Drumwright
     Dr. Shah - CMA

BFG21279

**Exhibit 107:10/21/1991 (SL 066965 – 066966)**

BFG gives CMA Notice of Wong's breach of contract by publishing his EPI study with
conclusions the sponsors did not agree with and clearly already anticipating a letter to the
editor by "the authors" of this report (accepted by CMA in 1986)

# BFGoodrich

The BFGoodrich Company
3925 Embassy Parkway
Akron, Ohio 44313-1799

October 21, 1991

Dr. Roy T. Gottesman
Vinyl Institute
Wayne Interchange Plaza II
155 Route 46 West
Wayne, NJ 07470

Dear Roy:

In response to your request, you should note that there are
two main problems with the study by Wong et al. 1991, entitled
"An Industry-wide Epidemiology Study of Vinyl Chloride
Workers, 1942-1982". First, the authors use the 7th rath r
than the 9th revision of the International Classification of
Disease. The effect here is to lump all brain cancers
together. Secondly, the authors leave the question of wh ther
there is a relationship between VCM and brain cancer hanging
without providing some logical comments and assessments.

While they reference Doll's earlier review paper in the
introduction, they fail to mention what is important from that
paper. Specifically, they fail to note that for brain cancer,
and in fact all cancers except liver, there is no consistency
across studies which is an important consideration in
assessing causal relationships in epidemiology studies.
Furthermore, the effect of other potential biasing/confounding
factors (eg. other exposures) are not addressed.

When I obtained a copy of this publication, I quickly realized
that this was the work that was sponsored by the CMA VCM
Panel. Unfortunately, the authors failed to send a draft to
the Panel for review prior to publication. When I discussed
this with Dr. Shah at CMA, he indicated that CMA would notify
them that they have violated their contract.

The next step will be for the whole Panel to consider what
corrective actions are necessary and/or appropriate.
Hopefully, the authors will be agreeable to add some
clarifying comments in a letter to the editor.

SL 066965

Dr. Gottesman
October 21, 1991
Page 2


At present, I view this as a CMA project.  However, I will
keep you posted as things progress.

Best regards,

THE BFGOODRICH COMPANY

Robert K. Hinderer, Ph.D.
Manager, Health and Toxicology
Environment, Health and
 Safety Management Systems

1021-4/jp

cc:  Dr. Drumwright
     Dr. Shah - CMA

SL 066966

**Exhibit 108:11/8/1991 (SL 066963 – 066964)**

Vista gives Notice to VI of Wong's breach of contract by publishing his EPI study with
conclusions the sponsors did not agree with, expressing concerns about effect on
Industry's "Angiosarcoma only" position on VCM toxicity and already clearly anticipating
"clarification" (recantation)  by Wong" in a letter to the editor – that actually occurred.

Vista Chemical Company

900 Threadneedle
Post Office Box 19029

Huy 12 1991
Houston, Texas 77224

*Dr. H. Shah*
*FYI*
*R. Hinderer/pp*

November 8, 1991

J.R. Drumwright, M.D.
Manager-Medical

Roy T. Gottesman
Vinyl Institute
Wayne Interchange Plaza II
155 Route 46 West
Wayne, N.J. 07470

Dear Roy:

Bob Hinderer and I have discussed the Wong et al 1991 study entitled
"An Industry-wide Epidemiology Study of Vinyl Chloride Workers,
1942-1982".

I first heard about the updated report while attending the Denver meeting
of the VCSA. The BNA report had addressed some of Wong's
conclusions as they were reported in the American Journal of Industrial
Medicine.

My comments essentially agree with those already presented to you by
Bob Hinderer. Namely, the use of the ICD-7 classification lumps all
brain and other CNS cancers together; death certificate data without
adequate histopathological diagnosis/review and assumptions established
without specific cause/effect, consistency in latency period, etc.

Bob's recognition that the authors had apparently failed to have the CMA
Panel review the report prior to publication by Wong led to his
discussing this with Dr. Shah. It is my understanding that CMA will be
addressing this with Dr. Wong.

In any event, the study has been published and we must be cognizant of
this when new litigation appears. Hopefully, clarification by Wong et al
will receive adequate publication as well.

SL 066963

I plan to keep in contact with Bob and will keep you posted as well on any events dealing with this issue.

Sincerely,

J. R. Drumwright, M.D., FACOM

JRD/sjl

cc:   JRD Vi File
      T. Grumbles
      R. K. Hinderer, PhD
      Mgr. Health & Tox.
      B.F. Goodrich    Co.
      3925 Embassy Pkwy.
      Akron, Ohio 44313-1799

SL 066964

## Exhibit 109:11/20/1991 (SL 066944 – 066962)

CMA Notice of Wong's breach of contract by publishing his EPI study with conclusions the sponsors did not agree with (that the relationship between exposure to VCM and BC had been "confirmed," etc) This would eventually lead to Wong's highly publicized blackmail and bribery, culminating in a "clarifying letter to the editor discounting his own findings and conclusions – a letter that was discussed even at this early date.



CHEMICAL MANUFACTURERS ASSOCIATION

November 20, 1991

Dear Vinyl Chloride Research Coordinators:

Otto Wong et. al. recently published the enclosed article entitled, "An Industry-Wide Epidemiologic Study of Vinyl Chloride Workers, 1942-1982." The publication was based on studies that the CMA Vinyl Chloride Panel had sponsored in the past.

Dr. Wong did not send a draft manuscript to CMA for review and comments prior to the publication. Drs. Bob Hinderer and J.R. Drumwright have expressed concerns regarding the interpretation of our data by Dr. Wong et. al. The enclosed letters from Drs. Hinderer and Drumwright describe their concerns.

I would like to schedule a conference call during the week of December 1, 1991, to discuss the enclosed publication and the concerns expressed by Drs. Hinderer and Drumwright, and to decide on a course of action. Please complete the enclosed survey form concerning your availability and return it to me as soon as possible. You may fax your availability survey to me at (202) 887-1237. I have asked Dr. Bill Gaffey, who is very familiar with the studies we sponsored, to be available for the conference call. We may want to consider hiring him to prepare our response to Dr. Wong's publication.

Sincerely,

Hasmukh C. Shah
Manager, Vinyl Chloride Panel

cc:  J.R. Drumwright
     William Gaffey
     James Barter
     Eugene Skiest

SL 066944

2501 M Street, NW Washington, DC 20037   202-887-1100   Panafax 202-887-1237   Telex 89617 (CMA WSH)

OCT  3 '91  8:59  FROM CLEV-HLTH-SCI-LIB                PAGE.001

American Journal of Industrial Medicine 20:317–334 (1991)

# An Industry-Wide Epidemiologic Study Of Vinyl Chloride Workers, 1942–1982

Otto Wong, ScD, M. Donald Whorton, MD, Donna E. Foliart, MD, and David Ragland, PhD

The cohort consisted of 10,173 men who had worked for at least one year in jobs involving exposure to vinyl chloride prior to 1 January 1973. These men were employed at 37 plants in the U.S. belonging to 17 companies. Observation of the mortality experience of the cohort was updated from 31 December 1972 to 31 December 1982 (the study now covering 1942–1982). A total of 1,536 cohort members were identified as having died. The observed mortality, by cause, was compared with the expected based on U.S. mortality rates, standardized for age, race, and calendar time. Analyses by length of exposure, latency, age at first exposure, calendar year of first exposure, and type of products were performed. The study confirmed that the vinyl chloride workers experience a significant mortality excess in angiosarcoma (15 deaths), cancer of the liver and biliary tract (SMR = 641), and cancer of the brain and other central nervous system (SMR = 180). In addition, the study also found a significant mortality excess in emphysema/chronic obstructive pulmonary disease (COPD) (SMR = 179). On the other hand, the study did not find any excess in either respiratory cancer or lymphatic and hematopoietic cancer. This study also found an increase in biliary tract cancers, independent from liver cancer.

Key words: angiosarcoma, liver cancer, brain cancer, chronic obstructive pulmonary disease

## BACKGROUND

In 1974, three cases of angiosarcoma of the liver were reported among workers employed at a vinyl chloride (VC) polymerization plant in the U.S. [Creech and Johnson, 1974]. About the same time, similar cancerous hepatic effects were reported in laboratory animals exposed to vinyl chloride [Maltoni et al., 1981]. Since then, a number of epidemiologic studies have confirmed the association between angiosarcoma of the liver and occupational exposure to vinyl chloride [Tabershaw and Gaffey, 1974; Cooper, 1981; Fox and Collier, 1977; Waxweiler et al., 1976; Jones et al., 1988]. In addition to angiosarcoma of the liver a number of other cancer sites have also been implicated, including the overall digestive system [Thériault and Allard, 1981; Chiazze et al., 1977; Smulevich et al., 1988], the respiratory system [Monson

Applied Health Sciences, San Mateo, CA (O.W.).
ENSR Health Sciences, Alameda, CA (M.D.W., D.E.F., D.R.).
Address reprint requests to Dr. Otto Wong, Applied Health Sciences, 181 Second Avenue, Suite 628, P.O. Box 2078, San Mateo, CA 94401.
Accepted for publication December 31, 1990.

© 1991 Wiley-Liss, Inc.

1/1/91.5  VCT1    SL 66945 - 66962
010-1991-00003832
Page Number 001  TCA 1
Baggett, McCall & Burgess

SL 066945

318    Wong et al.

et al., 1974; Buffler et al., 1979; Waxweiler et al., 1976; Smulevich et al., 1988], lympho and hematopoietic tissue [Tabershaw and Gaffey, 1974; Smulevich et al., 1988], the brain and other central nervous system [Monson et al., 1974; Waxweiler et al., 1976; Cooper, 1981; Byren, 1976; Smulevich et al., 1988], and malignant melanoma [Heldaas et al., 1984]. Various studies have been extensively reviewed recently by Purchase et al. [1987] and Doll [1988].

While there is little doubt about the relationship between occupational exposure to vinyl chloride and angiosarcoma of the liver, there is still controversy about the association between vinyl chloride and the other cancers mentioned above. In their review, Beaumont and Breslow [1981] indicated that the results for brain cancer were consistent with an etiologic role for vinyl chloride, whereas the data for lung cancer were not consistent with an etiologic role, in that two studies with very high power yielded negative results. Purchase et al. and Doll both agree the data are sound for angiosarcoma of the liver but controversial to weak for the other cancers.

In June, 1973, Tabershaw-Cooper Associates, under the sponsorship of Chemical Manufacturers Association (CMA), implemented an epidemiologic study of 8,348 vinyl chloride workers from 34 plants. The study was planned and data were collected before cases of hepatic angiosarcoma had been reported. However, because of the angiosarcoma report, preliminary results of the study with only 85% follow-up were published [Tabershaw and Gaffey, 1974]. It was concluded, in that report, that vinyl chloride might be associated with cancers of the digestive system (primarily angiosarcoma), respiratory system, and other and unspecified sites (mainly central nervous system), and with lymphomas. The conclusion was based not on statistically significant excesses, but on comparisons between different exposure groups (high vs. low, long term vs. short term).

The CMA study was subsequently enlarged to include 10,173 workers exposed to vinyl chloride from 37 plants belonging to 17 companies. Vital status follow-up was also improved (5% unknown). The results of the enlarged study reported by Cooper [1981] showed, in addition to the angiosarcoma excess, a significant excess of tumors of the brain and central nervous system, but an inconclusive slight excess in respiratory cancer and lung cancer. No significant changes were seen when the data were analyzed by latency.

The two reports [Tabershaw and Gaffey, 1974; Cooper, 1981], based on the same study, came to slightly different conclusions. Although both reports agreed that exposure to vinyl chloride could result in angiosarcoma and, possibly, brain tumors, the issues of digestive cancer (other than angiosarcoma), lung cancer, and lymphoma were not resolved. Tabershaw and Gaffey based their conclusion on comparisons between various groups and not on statistically significant mortality ratios, whereas Cooper's conclusion was based on statistical findings. However, in Cooper's analysis, because of the lack of availability of appropriate computer programs at that time, liver cancer was not analyzed as a separate entity and latency analyses were restricted to only broad categories of cancer. In particular, no latency analysis was done for liver cancer or brain tumors.

A decade had passed since the original CMA study was completed when we were contracted to perform an epidemiologic update of the original study in order to monitor the mortality pattern of the cohort of vinyl chloride workers and attempt to resolve some of the outstanding issues. The updated study offered both an increased power (more person-years and an older cohort) and a longer latency (due to the 10

SL 066946

Page Number 002   TCA 1
Baggett, McCall & Burgess



additional years of observation). This report summarizes the conduct, statistical results, and epidemiologic interpretation of the updated CMA study.

## MATERIALS AND METHOD
### Original Study

The cohort consisted of 10,173 workers from 37 plants belonging to 17 companies. (Since the original study has been completed, the ownership of several plants has changed.) There were 11 plants with 1,214 workers which produced only vinyl chloride monomer (VCM), 18 plant with 6,848 workers which produced only poly-vinyl chloride (PVC), 3 plants with 935 workers which produced both, and 5 plants with 1,176 workers which produced homopolymers and copolymers. Twenty-two of the 37 plants are located in the South, with eight in the Northeast, six in the North Central, and one in the West.

To be eligible for the cohort, male employees at the 37 participating plants must satisfy the following criteria:

- exposure to VC for at least 1 year prior to 12/31/1972; and
- employed during or after 1942.

In the original study, the designation of jobs involving exposure to VC was made by staff members at individual plants or by corporate industrial hygienists. In approximately two-thirds of the study population, employment records of all employees at the plants were microfilmed by the original investigation team, and exposed individuals were identified through these records [Cooper, 1981]. In the remaining portion of the population, detailed employment information on exposed individuals was provided by plant personnel on special forms. A small portion of these individuals were identified in the study only by a study number, and no personal identifiers were available to the investigators.

The period of time in which the employees of a plant were included in the study depended on the date it began making or using VC and also on the earliest date when personnel records were complete for all employees, whichever was later. This was done to eliminate periods when there was differential record retention of workers terminated, deceased, or retired, since such differential record retention might result in a potentially biased cohort. The end of observation in the original study was 31 December 1972.

In an attempt to characterize historical exposures, individual jobs and job locations indicated by company personnel exposed to VC were graded by company personnel in terms of probable exposure on a scale of "high," "medium," and "low." These terms were used to describe relative exposures within each plant. The original investigators acknowledged in their report of the study that this approach failed to reconcile differences among plant exposures [Tabershaw and Gaffey, 1974]. In some plants it was likely that a "high" grading might have meant average exposures in excess of 200 ppm, while in others, a "high" might have indicated average exposures of about 50 ppm. Actual levels were not known.

### Study Update

The vital status of this cohort as determined by the original study investigators included 8,970 (92.7%) alive, 707 (7.3%) dead, and 496 (4.9%) unknown. These

1/1/91 5   VCT1    SL 66945 - 66962
010-1991-00003834
Page Number 003    TCA 1
Baggett, McCall & Burgess

SL 066947



320    Wong et al.

categories were used as the basis for this update. Vital status update was performed for those employees with vital status in the original study categorized as alive or unknown.

Companies were contacted regarding their participation in the update. Five plants with a total of 803 workers did not participate in the update. Thus, the number of participating plants in the update was 32, with 9,370 individuals. In order to acquire update information from the participating plants, individual two-page worksheets were prepared on each employee requiring updated information. The first page included demographic information, and the second page employment history. The worksheets were sent to the appropriate plant contact persons for distribution to the participating plants. Plant personnel were asked to: verify the accuracy of the information provided; add any necessary information; and provide updated information, such as vital status, employment status, and job history exposure.

In addition, names and social security numbers of individuals with unknown or alive vital status in the original study were sent to Social Security Administration for follow-up. This group of names was simultaneously submitted to the National Death Index for identification of any death occurring since 1979. Based on the plant, Social Security Administration, and National Death Index follow-ups, requests for copies of death certificates were sent to the appropriate state vital statistics department.

The underlying cause of death from each death certificate was coded according to the 7th Revision of the International Classification of Diseases (ICD), the revision used in the original study. Since the deaths in the original study were coded to the 7th Revision, we elected to code the new deaths in our update according to the 7th Revision.

After the vital status information (date and cause of death) was updated in the database, the data were thoroughly reviewed and edited to check for consistency, logical sequence of dates, and impossible and improbable values. Errors detected in data edit were corrected. Statistical calculations were performed by the standard computer package, OCMAP [Marsh and Preininger, 1980].

## RESULTS

### Descriptive Statistics

Included in the analysis were 10,173 individuals who satisfied the original cohort criteria. Of the 10,173, no race information was available from the original study for 9,507. These were either "assumed" white or unknown. Specific race information was available for 666 individuals. The majority (97%) of those with known race were white males. The entire cohort was assumed to be white in our analyses. The small number of known non-whites would not have any impact on the analyses.

The majority of the cohort members were born during the 1920s through the 1940s. Only some 10% were born after 1945. Major hiring at the participating plants occurred in the 1940s through the 1960s. Almost half of the cohort (46%) were hired before 1955, thus providing a possible latency of up to almost 30 years for this group. Approximately 70% of the cohort were hired before age 30. On the other hand, less than 5% were hired after age 44. Over 66% of the cohort were employed for 10 years or more, and only 21% were employed for less than 5 years. The average length of employment for the entire cohort was approximately 16 years.



SL 066948

1/1/91.5   VCT1    SL 66945 - 66962
010-1991-00003835

Page Number 004    TCA 1
Baggett, McCall & Burgess



Epidemiologic Study of Vinyl Chloride Workers      321

TABLE I. Distribution of Vital Status of Current PVC Study Cohort Members

|  | No. | % |
|---|---|---|
| Subject to update |  |  |
| Alive (as of 12/31/89) | 6939 | 75.42 |
| Dead (as of 12/31/89) | 1536 | 16.70 |
| Identified in original study (707) |  |  |
| Identified in update (829) |  |  |
| Unknown (as of 12/31/89) | 725 | 7.88 |
| Total (with updated vital status) | 9200 | 100 |
| Not subject to update |  |  |
| Alive (as of 12/31/1972) | 955 | 98.15 |
| Unknown (as of 12/31/1972) | 18 | 1.85 |
| Total (not subject to update) | 973 | 100 |

The vital status of the cohort as of 31 December 1982 is given in Table I. As of the end of the study period, 6,939 among those with updated vital status were still alive. A total of 1,536 individuals were identified as having died during the study period. Among these, death certificates were obtained for all except 97 deaths (6.3% of all deaths). Of the 1,536 deaths, 707 were identified in the original study and 829 in the update. A total of 973 individuals were not subject to follow-up in the update, either due to the lack of personal identifiers (the identification codes of 170 were lost) or non-participation of the plants (803). Among those with updated follow-up, the vital status (as of 31 December 1982) of 725 individuals (7.88%) remained unknown. Of the 973 individuals not subjected to a follow-up in the update, 955 were known to be alive on 31 December 1972, the end day in the original study. As such, person-years up to 31 December 1972 for these individuals were counted in the analysis.

## Cause-Specific Mortality Analysis

As mentioned earlier, race was not available for all individuals from the previous study. However, there were very few known non-whites (3%) among the employees at the participating plants. For the analysis, the entire cohort was assumed to be white.

In the study, a total of 1,536 deaths were identified. Death certificates were obtained for 1,439 (94%) decedents. The 97 deaths without death certificates, but with dates of death, were coded as cause unknown. These deaths were included in the calculation of overall SMRs, but not in any cause-specific SMRs.

The observed and expected deaths by cause, SMRs and their 95% confidence limits for the total cohort are presented in Table II. The 1,536 deaths observed produced an overall SMR of 90.07, which was significantly low (p < 0.01) in comparison with the U.S. national mortality experience.

Mortality from cancer of all sites combined was slightly, but not significantly, higher than the U.S. experience (359 observed vs. 341.73 expected, SMR = 105.1). The excess came primarily from the following sites: cancer of the liver and biliary tract (hereafter referred to as "liver") and cancer of the brain and other central nervous system (CNS). For cancer of the liver, 37 deaths were observed, compared

1/1/91 5  VCT1    SL 66945 - 66962
010-1991-00003836
Page Number 005   TCA 1
Baggett, McCall & Burgess

SL 066949

OCT 3 '91 9:03 FROM CLEV-HLTH-SCI-LIB    PAGE 001

322    Wong et al.

**TABLE II.** Observed and Expected Deaths by Cause SMRs and Their 95% Confidence Limits for All PVC Cohort Members

| Cause of death (7th of ICDA) | Observed deaths | Expected deaths | SMR | Lower limit | Upper limit |
|---|---|---|---|---|---|
| All causes (1–999) | 1536 | 1708.27 | 90.1* | 85.6 | 94.7 |
| All cancers (140–205) | 359 | 341.73 | 105.1 | 94.4 | 116.5 |
| Cancer of buccal cavity and pharynx (140–148) | 12 | 11.55 | 103.9 | 53.5 | 181.3 |
| Cancer of digestive system (150–159) | 99 | 89.21 | 111.0 | 90.2 | 135.1 |
| Cancer of esophagus (150–150) | 7 | 8.07 | 86.7 | 34.8 | 178.8 |
| Cancer of stomach (151–151) | 10 | 16.01 | 62.5 | 30.0 | 114.8 |
| Cancer of large intestine (153–153) | 20 | 28.79 | 69.5 | 42.4 | 107.4 |
| Cancer of liver and biliary tract (155–156) | 37 | 5.77 | 641.2* | 450.3 | 884.4 |
| Cancer of pancreas (157–157) | 16 | 18.40 | 87.0 | 49.7 | 141.2 |
| Cancer of respiratory system (160–164) | 115 | 122.25 | 94.1 | 77.6 | 113.0 |
| Cancer of lung (162–163) | 111 | 115.57 | 95.8 | 78.7 | 115.5 |
| Cancer of bone (196–196) | 2 | 1.81 | 110.5 | 13.4 | 398.8 |
| Cancer of skin (190–190) | 6 | 7.36 | 81.5 | 29.9 | 177.5 |
| Cancer of prostate (177–177) | 15 | 15.20 | 98.7 | 55.1 | 162.9 |
| Cancer of bladder (181–181) | 5 | 8.46 | 59.1 | 19.1 | 138.1 |
| Cancer of kidney (180–180) | 11 | 9.06 | 121.4 | 60.7 | 217.3 |
| Cancer of brain and CNS (193–193) | 23 | 12.76 | 180.2* | 114.1 | 270.6 |
| Lymphatic and hematopoietic cancer (200–205) | 37 | 36.28 | 102.0 | 71.6 | 140.7 |
| Lymphosarcoma and reticulosarcoma (200–200) | 11 | 7.98 | 137.9 | 69.0 | 246.7 |
| Hodgkin's Disease (201–201) | 3 | 5.45 | 55.0 | 11.3 | 161.0 |
| Leukemia and aleukemia (204–204) | 13 | 13.94 | 93.3 | 49.6 | 159.4 |
| Other lymphatic tissue cancer (202–203)(205–205) | 10 | 8.37 | 119.4 | 57.4 | 219.5 |
| Benign neoplasms (210–239) | 4 | 5.08 | 78.7 | 21.4 | 201.3 |
| Diabetes mellitus (260–260) | 22 | 23.52 | 93.5 | 58.5 | 141.7 |
| Diseases of blood (290–299) | 2 | 3.76 | 53.2 | 6.4 | 192.2 |
| Vascular lesions of CNS (330–334) | 70 | 91.93 | 76.1 | 59.5 | 96.3 |
| Diseases of circulatory system (400–468) | 635 | 721.28 | 88.0 | 81.3 | 95.2 |
| Arteriosclerotic heart disease (420–430) | 488 | 597.73 | 81.6 | 74.5 | 89.2 |
| Nonmalignant respiratory disease (470–527) | 70 | 87.61 | 79.9 | 62.4 | 101.0 |
| Pneumonia (490–493) | 15 | 31.94 | 47.0 | 26.2 | 77.5 |
| Emphysema, including C.O.P.D. (527–527) | 41 | 22.83 | 179.6 | 128.8 | 243.5 |
| Diseases of digestive system (530–587) | 60 | 95.58 | 62.8 | 47.9 | 80.1 |
| Cirrhosis of liver (581–581) | 35 | 56.06 | 62.4 | 43.4 | 84.8 |
| Diseases of genito-urinary system (590–639) | 9 | 20.41 | 44.1 | 20.2 | 83.7 |
| Accidents, poisoning, and violence (800–998) | 168 | 225.97 | 74.3 | 63.5 | 86.5 |
| Accidents (800–962) | 108 | 150.16 | 71.9 | 58.9 | 86.9 |
| Motor vehicle accidents (810–835) | 52 | 72.03 | 72.2 | 53.8 | 94.8 |
| Suicide (963–963)(970–979) | 46 | 52.78 | 87.2 | 63.8 | 116.3 |

*Significant at 1% level.
*Significant at 5% level.

with only 5.77 expected (SMR = 641.2, p < 0.01). For cancer of the brain and other CNS, 23 deaths were observed and 12.76 expected (SMR = 180.2, p < 0.05).
No other cancer sites showed any statistically significant excess. In particular, there was no excess found in cancer of the respiratory system. There were 115 deaths observed due to cancer of the respiratory system, compared with 122 deaths expected (SMR = 94.1). For the digestive system, except for liver, there was no excess found in any other organs. Mortality from all lymphatic and hematopoietic cancer was as expected (37 observed, 36.28 expected, SMR = 102.0).

1/1/91.5  VCT1    SL 86945 - 66962
010-1991-00003837

Page Number 006    TCA 1
Baggett, McCall & Burgess

SL 066950

Epidemiologic Study of Vinyl Chloride Workers    323

There was a significant deficit in mortality from all diseases of the circulatory system. The number of observed deaths was 635, compared with 721.28 expected (SMR = 88.0, p < 0.01). The deficit came primarily from arteriosclerotic heart disease (SMR = 81.6, p < 0.01).

Although mortality from all non-malignant respiratory diseases showed a slight nonsignificant deficit, the deficit from pneumonia was statistically significant (15 observed, 31.94 expected, SMR = 47.0). On the other hand, emphysema/chronic obstructive pulmonary disease (COPD) showed a statistically significant excess. The number of observed deaths from emphysema/COPD was 41, compared with 22.83 expected (SMR = 179.6, p < 0.01).

A number of statistically significant deficits were observed in the following causes of deaths. For all diseases of the digestive system, 60 were observed, compared with 95.58 expected (SMR = 62.8, p < 0.01). The deficit came mainly from cirrhosis of the liver (35 observed, 56.06 expected, SMR = 62.4). Mortality from diseases of the genitourinary system was significantly low (SMR = 44.1, p < 0.05). A statistically significant deficit was also observed in the category of all external causes of death. For this cause of death, 168 deaths were observed, compared with 225.97 expected (SMR = 74.3, p < 0.01). The deficit for external causes of death came mainly from the deficit in all accidents (108 observed, 150.16 expected, SMR = 71.9).

## Analysis by Length of Exposure

We analyzed SMRs for the entire cohort by length of vinyl chloride exposure by these categories: less than 10 years, 10–20 years, and greater than 20 years (Table III). No obvious increasing trends by length of exposure were identified for any cause of death, except for cancer of the liver and perhaps cancer of the brain and other CNS. For employees with less than 10 years of exposure, 6 deaths were due to cancer of the liver, with 3.30 expected (SMR = 182.1, not significant). However, for those with 10 to 20 years of exposure, there were 20 observed deaths due to cancer of the liver, with only 1.62 expected (SMR = 1235.6, p < 0.01). For those employees with more than 20 years exposure, 11 deaths were due to cancer of the liver, compared with only 0.86 expected (SMR = 1284.9 p < 0.01).

For cancer of the brain and other CNS, among those employees with less than 10 years exposure, 13 deaths were observed and 7.90 expected (SMR = 164.7, not significant). Among those with 10 to 20 years exposure, 4 deaths were due to cancer of the brain and other CNS, compared with 3.31 expected (SMR = 120.8, not significant). However, for those employees with 20 or more years of exposure, there were 6 deaths, compared with only 1.55 expected (SMR = 385.9, p < 0.05).

For emphysema/COPD, among those employees with less than 10 years of exposure there were 25 observed deaths, while 11.97 were expected (SMR = 208.9, p < 0.01). For those with 10 to 20 years of exposure, there were 11 deaths due to emphysema and COPD compared with 6.59 expected (SMR = 166.8, not significant). For the group with more than 20 years of exposure, the number of emphysema and COPD deaths was 5, with 4.27 expected (SMR = 117.1, not significant).

## Analysis by Latency

Long latent periods are usually required for chronic diseases to develop. In many situations, it is more appropriate to examine mortality experience only after a

1/1/91 5   VCT1     SL 66945 - 66962
010-1991-00003838

Page Number 007   TCA 1
Baggett, McCall & Burgess

SL 066951



OCT  9  '91  3:05   FROM ELEV-HEIN-SCI LTD

324     Wong et al.

TABLE III. Observed Deaths by Cause and SMRs for All Cohort Members by Length of Vinyl Chloride Exposure

| Cause of death (7th ICDA) | < 10 years | | 10–20 years | | 20 + years | |
|---|---|---|---|---|---|---|
| | Observed | SMR | Observed | SMR | Observed | SMR |
| All causes (1–999) | 576 | 84.6* | 466 | 102.6 | 104 | 81.6* |
| All cancers (140–205) | 180 | 93.0 | 114 | 121.6* | 65 | 119.3 |
| Cancer of buccal cavity and pharynx (140–148) | 10 | 138.2 | 2 | 61.7 | 0 | — |
| Cancer of digestive system (150–159) | 37 | 73.7 | 25 | 140.9 | 27 | 190.5* |
| Cancer of esophagus (150–150) | 6 | 135.7 | 1 | 44.1 | 0 | — |
| Cancer of stomach (151–151) | 5 | 54.1 | 4 | 89.8 | 1 | 43.3 |
| Cancer of large intestine (153–153) | 8 | 49.6* | 4 | 50.3 | 8 | 169.4 |
| Cancer of liver and biliary tract (155–156) | 6 | 182.1 | 20 | 1235.6* | 11 | 1284.9* |
| Cancer of pancreas (157–157) | 8 | 78.5 | 4 | 77.5 | 4 | 131.4 |
| Cancer of respiratory system (160–164) | 62 | 93.6 | 38 | 111.3 | 15 | 71.0 |
| Cancer of lung (162–163) | 59 | 93.0 | 37 | 114.4 | 15 | 74.6 |
| Cancer of bone (196–196) | 1 | 87.3 | 1 | 221.9 | 0 | — |
| Cancer of skin (190–190) | 4 | 86.8 | 2 | 106.1 | 0 | — |
| Cancer of prostate (177–177) | 5 | 62.3 | 7 | 163.1 | 3 | 108.6 |
| Cancer of bladder (181–181) | 5 | 169.2 | 0 | — | 0 | — |
| Cancer of kidney (180–180) | 7 | 134.5 | 3 | 119.3 | 1 | 70.3 |
| Cancer of brain and CNS (193–193) | 13 | 166.7 | 4 | 120.5 | 6 | 585.9* |
| Lymphatic and hematopoietic cancer (200–205) | 20 | 90.6 | 12 | 127.7 | 5 | 106.1 |
| Lymphosarcoma and reticulosarcoma (200–200) | 7 | 147.5 | 4 | 183.8 | 0 | — |
| Hodgkin's Disease (201–201) | 2 | 52.6 | 1 | 81.9 | 0 | — |
| Leukemia and aleukemia (204–204) | 8 | 93.7 | 3 | 83.7 | 2 | 118.4 |
| Other lymphatic tissue cancer (202–203)(205–205) | 3 | 63.8 | 4 | 175.9 | 3 | 214.4 |
| Benign neoplasms (210–239) | 3 | 94.6 | 1 | 77.1 | 0 | — |
| Diabetes mellitus (260–260) | 14 | 101.4 | 6 | 95.3 | 2 | 58.4 |
| Diseases of blood (290–299) | 1 | 42.3 | 1 | 107.5 | 0 | — |
| Vascular lesions of CNS (330–334) | 30 | 74.9 | 19 | 74.0 | 12 | 84.5 |
| Diseases of circulatory system (400–468) | 335 | 82.5* | 236 | 108.5 | 84 | 75.3* |
| Arteriosclerotic heart disease (420–420) | 259 | 77.7* | 172 | 101.6 | 57 | 60.1* |
| Nonmalignant respiratory disease (470–527) | 47 | 93.7 | 16 | 66.7 | 7 | 48.7* |
| Pneumonia (490–493) | 12 | 63.4 | 2 | 23.6* | 1 | 22.3 |
| Emphysema, including C.O.P.D. (527–527) | 25 | 201.9* | 11 | 104.5 | 5 | 117.1 |
| Diseases of digestive system (530–587) | 34 | 99.2* | 22 | 85.2 | 4 | 32.6* |
| Cirrhosis of liver (581–581) | 20 | 99.8* | 15 | 85.1 | 2 | 27.2* |
| Diseases of genitourinary system (590–639) | 6 | 46.2 | 3 | 58.6 | 0 | — |
| Accidents, poisonings, and violence (800–998) | 126 | 77.1* | 36 | 74.9 | 6 | 37.5* |
| Accidents (800–962) | 84 | 74.5* | 22 | 72.6 | 2 | 20.6* |
| Motor vehicle accidents (810–835) | 43 | 82.4 | 6 | 44.7* | 1 | 24.9 |
| Suicide (963–963)(970–979) | 29 | 79.6 | 13 | 107.8 | 4 | 98.1 |

*Significant at 1% level.
*Significant at 5% level.

certain lag time has elapsed. We analyzed latency since first exposure by these groupings: less than 20 years, 20–30 years, and more than 30 years (Table IV).

We found a clear and obvious latency only for cancer of the liver. For those employees with a latency of less than 20 years, there were 10 liver cancer deaths, compared with 2.59 expected ($SMR = 385.7$, $p < 0.01$). For those with 20 to 30 years of latency 11 were observed, while 1.86 were expected ($SMR = 590.1$, $p < 0.01$). For the 30 plus year grouping, 16 were observed, with 1.31 expected ($SMR = 1218.3$, $p < 0.01$).

1/1/91.5   VCT1     SL 66945 - 66962
010-1991-00003839
Page Number 008    TCA 1
Baggett, McCall & Burgess

SL 066952



TABLE IV. Observed Deaths by Cause and SMRs for All Cohort Members by Latency Since First Exposure to Vinyl Chloride

| Cause of death (7th ICDA) | < 20 years | | 20–30 years | | 30 + years | |
|---|---|---|---|---|---|---|
| | Observed | SMR | Observed | SMR | Observed | SMR |
| All causes (1–999) | 644 | 80.7* | 555 | 100.5 | 337 | 90.8 |
| All cancers (140–205) | 130 | 93.2 | 133 | 113.4 | 96 | 113.0 |
| Cancer of buccal cavity and pharynx (140–148) | 6 | 126.5 | 4 | 95.5 | 2 | 75.9 |
| Cancer of digestive system (150–159) | 31 | 85.3 | 32 | 105.1 | 36 | 160.8* |
| Cancer of esophagus (150–150) | 2 | 66.5 | 2 | 67.3 | 3 | 143.5 |
| Cancer of stomach (151–151) | 4 | 54.7 | 4 | 77.9 | 2 | 56.1 |
| Cancer of large intestine (153–153) | 8 | 72.7 | 3 | 30.2* | 9 | 114.5 |
| Cancer of liver and biliary tract (155–156) | 10 | 385.7* | 11 | 990.1* | 16 | 1218.3* |
| Cancer of pancreas (157–157) | 5 | 70.0 | 7 | 107.6 | 4 | 84.2 |
| Cancer of respiratory system (160–164) | 45 | 100.0 | 47 | 104.1 | 23 | 71.6 |
| Cancer of lung (162–163) | 44 | 103.8 | 45 | 105.0 | 22 | 71.8 |
| Cancer of bone (196–196) | 0 | — | 1 | 197.4 | 1 | 342.3 |
| Cancer of skin (190–190) | 2 | 49.4 | 2 | 92.4 | 2 | 173.5 |
| Cancer of prostate (177–177) | 1 | 27.5 | 6 | 113.8 | 8 | 127.1 |
| Cancer of bladder (181–181) | 1 | 36.2 | 2 | 67.5 | 2 | 73.3 |
| Cancer of kidney (180–180) | 5 | 131.3 | 2 | 62.5 | 4 | 193.9 |
| Cancer of brain and CNS (193–193) | 13 | 183.8 | 6 | 158.3 | 4 | 210.7 |
| Lymphatic and hematopoietic cancer (200–205) | 16 | 87.4 | 14 | 129.3 | 7 | 97.2 |
| Lymphosarcoma and reticulosarcoma (200–200) | 7 | 170.2 | 3 | 121.2 | 1 | 72.1 |
| Hodgkin's Disease (201–201) | 2 | 51.5 | 1 | 90.9 | 0 | — |
| Leukemia and aleukemia (204–204) | 5 | 71.0 | 6 | 148.1 | 2 | 70.4 |
| Other lymphatic tissue cancer (202–203)(205–205) | 2 | 69.7 | 4 | 134.8 | 4 | 176.6 |
| Benign neoplasms (210–239) | 2 | 71.8 | 2 | 142.4 | 0 | — |
| Diabetes mellitus (260–260) | 12 | 113.5 | 7 | 94.1 | 3 | 54.4 |
| Diseases of blood (290–299) | 1 | 50.7 | 1 | 97.1 | 0 | — |
| Vascular lesions of CNS (330–334) | 23 | 66.1* | 20 | 66.1 | 27 | 100.4 |
| Diseases of circulatory system (400–468) | 250 | 83.7* | 251 | 101.7 | 134 | 76.2* |
| Arteriosclerotic heart disease (420–420) | 201 | 83.9* | 200 | 95.7 | 87 | 58.6* |
| Nonmalignant respiratory disease (470–527) | 20 | 62.4* | 26 | 88.2 | 24 | 92.0 |
| Pneumonia (490–493) | 5 | 35.6* | 5 | 50.7 | 5 | 62.3 |
| Emphysema, including C.O.P.D. (527–527) | 11 | 157.5 | 17 | 198.0* | 13 | 179.0 |
| Diseases of digestive system (530–587) | 27 | 54.6* | 15 | 49.3* | 18 | 114.6 |
| Cirrhosis of liver (581–581) | 14 | 48.5* | 9 | 48.0* | 12 | 142.1 |
| Diseases of genitourinary system (590–639) | 1 | 8.9* | 6 | 116.3 | 2 | 50.5 |
| Accidents, poisonings, and violence (800–996) | 123 | 74.3* | 37 | 84.7 | 8 | 47.5* |
| Accidents (800–962) | 82 | 73.2* | 18 | 66.0 | 8 | 74.0 |
| Motor vehicle accidents (810–835) | 42 | 73.8* | 7 | 61.9 | 3 | 77.9 |
| Suicide (963–963)(970–979) | 29 | 79.6 | 17 | 143.3 | 0 | — |

*Significant at 1% level.
'Significant at 5% level.

For cancer of the brain and other CNS, the trend by latency was not at all obvious. The brain cancer SMRs were 183.8, 158.3, and 210.7, respectively, for those employees with less than 20, 20 to 30, and 30 or more years of latency. Furthermore, none of the three SMRs by latency was statistically significant.

The analysis by latency for emphysema/COPD also did not show any obvious

1/1/91.5  VCT1    SL 66945 - 66962
010-1991-00003840
Page Number 009    TCA 1
Baggett, McCall & Burgess

SL 066953

326    Wong et al.

trend. The respective SMRs were SMR = 157.5, 198.0, and 179. Only the middle grouping SMR was statistically significant at p < 0.05.

## Analysis by Age at First Exposure

We analyzed the cause-specific SMRs by age at first exposure by 3 groupings: less than 25 years of age, 25–34 years of age, and greater than 35 years of age (Table V). The respective liver cancer SMRs for these three groups were 1,611, 813, and 346. All were significant at p < 0.01. Thus, liver cancer risk in this cohort depended inversely on age at first exposure.

On the other hand, for cancer of the brain and other CNS, the trend by age at first exposure appeared to be opposite to that for liver cancer. The respective SMRs were 110.8, 164.8 and 239.5. Only the last group's SMR was significant at the 0.05 level.

The risk for emphysema/COPD seemed to be directly dependent on age at first exposure. The respective SMRs were 107, 160, 201, again with only the last group's SMR being significant at p < 0.01.

No other obvious relationship could be detected between cause-specific SMR and age at first exposure.

## Analysis by Calendar Year of First Exposure

We analyzed the cause-specific SMR's by calendar year of first exposure for these groupings: before 1950, 1950–59, and since 1960 (Table VI). For liver cancer, the respective SMRs are 780, 440, and 419. The first two SMRs are significant at the 0.01 level, while the last group's SMR is not statistically significant. Thus, liver cancer risk for those who were exposed before 1950 was almost twice that of those first exposed after 1960.

For brain and CNS cancers, the respective SMRs were 156, 164, and 256, with the last being significant at the 0.05 level. For emphysema and COPD the respective SMRs were 174, 189, and 187. Only the first group's SMR was significant at the 0.05 level. No other cause-specific SMR showed any obvious relationship with year of first exposure.

## Analysis by Type of Plant

As indicated earlier, there were 11 plants producing only VCM, 18 plants producing only PVC, 3 plants producing both, and the remaining 5 plants producing other forms of vinyl chloride. Table VII shows the cause-specific SMRs for those plants which produced only VCM as well as for those plants which produced only PVC. Although there were 11 VCM plants in the study, the total number of the individuals included was only 1,214. In this cohort of VCM employees, only 1 liver cancer death was observed, compared with 0.31 expected. Although the SMR was 325.8, it was not statistically significant because of the small number. There were 6,849 employees from the 18 plants which produced only PVC. The number of observed deaths due to liver cancer was 31, while the expected was 4.47 (SMR = 693.3, p < 0.01). Among the VCM employees, 12 deaths were due to respiratory cancer compared to 7.71 expected. The corresponding SMR was 155.7, but it was not statistically significant. For the PVC employees, 85 deaths were due to respiratory cancer, when 92.54 were expected (SMR = 91.8, not significant.) There were only 2 brain cancer deaths in the VCM employees, compared with 0.91 deaths ex-


SL 066954



OCT 3 '91 9:07 FROM CLEV-HLTH-SCI-LIB                    PAGE.812

the middle

groupings:
f age (Table
1, §13, and
rt depended

xd by age at
ctive SMRs
t at the 0.05

i age at first
last group's

ecific SMR

xposure for
iver cancer,
*** *pt at the
**** liver
** of those

d 256, with
e respective
t at the 0.05
with year of

18 plants
s producing
ts for those
xduced only
nber of the
only 1 liver
a SMR was
There were
number of
7 (SMR =
respiratory
st it was not
respiratory
s were only
deaths ex-

Epidemiologic Study of Vinyl Chloride Workers    327

TABLE V. Observed Deaths by Cause and SMRs for All Cohort Members by Age at First Exposure to Vinyl Chloride

| Cause of death (7th ICDA) | < 25 years Observed | < 25 years SMR | 25-34 years Observed | 25-34 years SMR | 35 + years Observed | 35 + years SMR |
|---|---|---|---|---|---|---|
| All causes (1–999) | 349 | 90.4 | 347 | 86.1* | 740 | 93.1 |
| All cancers (140–205) | 45 | 94.7 | 151 | 117.5 | 163 | 98.4 |
| Cancer of buccal cavity and pharynx (140–148) | 1 | 66.2 | 5 | 111.6 | 6 | 107.9 |
| Cancer of digestive system (150–159) | 12 | 66.2 | 44 | 137.5 | 43 | 92.3 |
| Cancer of digestive system (150–159) | 1 | 104.4 | 4 | 132.1 | 2 | 48.9 |
| Cancer of esophagus (150–150) | 0 | — | 3 | 54.6 | 7 | 80.1 |
| Cancer of stomach (151–151) | 0 | — | 8 | 77.1 | 12 | 80.7 |
| Cancer of large intestine (153–153) | 10 | 161.0* | 16 | 813.2* | 11 | 345.7* |
| Cancer of liver and biliary tract (155–156) | 1 | 44.7 | 6 | 80.0 | 9 | 96.4 |
| Cancer of pancreas (157–157) | 15 | 93.5 | 53 | 111.5 | 47 | 80.1 |
| Cancer of respiratory system (160–164) | 14 | 91.8 | 90 | 110.8 | 47 | 84.7 |
| Cancer of lung (162–163) | 0 | — | 2 | 288.3 | 0 | — |
| Cancer of bone (196–196) | 2 | 118.5 | 4 | 129.7 | 0 | — |
| Cancer of skin (190–190) | 1 | 134.2 | 2 | 49.7 | 12 | 115.7 |
| Cancer of prostate (177–177) | 1 | 142.8 | 1 | 37.3 | 3 | 59.1 |
| Cancer of bladder (181–181) | 0 | — | 6 | 149.0 | 5 | 119.0 |
| Cancer of kidney (180–180) | 3 | 110.8 | 9 | 164.8 | 11 | 239.5* |
| Cancer of brain and CNS (193–193) | 7 | 99.7 | 15 | 105.4 | 15 | 99.9 |
| Lymphatic and hemosopoietic cancer (200–205) | 3 | 207.6 | 3 | 94.2 | 5 | 140.4 |
| Lymphosarcoma and reticulosarcoma (200–200) | 0 | — | 1 | 43.6 | 2 | 130.3 |
| Hodgkin's Disease (201–201) | 3 | 113.0 | 6 | 113.2 | 4 | 66.8 |
| Leukemia and aleukemia (204–204) | 1 | 81.0 | 5 | 153.8 | 4 | 102.8 |
| Other lymphatic tissue cancer (202–203)(205–205) | 0 | — | 3 | 145.3 | 1 | 49.9 |
| Benign neoplasms (210–239) | 3 | 83.9 | 9 | 104.5 | 10 | 88.2 |
| Diabetes mellitus (260–260) | 0 | — | 0 | — | 2 | 114.8 |
| Diseases of blood (290–399) | 1 | 10.8* | 23 | 80.8 | 46 | 84.8 |
| Vascular lesions of CNS (330–334) | 16 | 98.1 | 194 | 76.0* | 331 | 94.1 |
| Diseases of circulatory system (400–468) | 67 | 93.0 | 149 | 66.4* | 272 | 88.3* |
| Arteriosclerotic heart disease (420–420) | 7 | 69.2 | 19 | 63.0* | 44 | 93.0 |
| Nonmalignant respiratory disease (470–527) | 5 | 113.9 | 2 | 18.1* | 8 | 48.6* |
| Pneumonia (490–493) | 2 | 106.5 | 12 | 160.0 | 27 | 200.7* |
| Emphysema, including C.O.P.D. (527–527) | 14 | 81.7 | 22 | 53.9* | 24 | 61.4* |
| Diseases of digestive system (530–587) | 10 | 91.0 | 12 | 40.1* | 13 | 63.0 |
| Cirrhosis of liver (581–581) | 2 | 63.7 | 1 | 14.2* | 6 | 58.5 |
| Diseases of genitourinary system (590–639) | 57 | 73.4* | 67 | 71.3* | 44 | 81.0 |
| Accidents, poisonings, and violence (800–998) | 33 | 62.5* | 47 | 76.4 | 28 | 78.3 |
| Accidents (800–962) | 17 | 99.5* | 21 | 72.6 | 14 | 96.4 |
| Motor vehicle accidents (810–835) | 17 | 99.5* | 21 | 72.6 | 14 | 96.4 |
| Suicide (963–963)(970–979) | 16 | 101.1 | 17 | 75.3 | 13 | 90.3 |

*Significant at 1% level.
bSignificant at 5% level.

pected (SMR = 219.5, not significant). For the cohort of PVC employees, 16 deaths were due to brain cancer and other CNS, when only 9.47 were expected. The corresponding SMR was 169.0, p < 0.05. Only one emphysema/COPD death was observed among the VCM employees. On the other hand, a total of 29 deaths were due to emphysema/COPD among the PVC employees, compared with 17.75 expected (SMR = 163.4, p < 0.05).

1/1/91.5  VCT1    SL 66945 - 66962
010-1991-00003842

Page Number 011   TCA 1
Baggett, McCall & Burgess

SL 066955

328    Wong et al.

TABLE VI. Observed Deaths by Cause and SMRs for All Cohort Members by Year of First Exposure to Vinyl Chloride

| Cause of death (7th ICDA) | Year of first exposure | | | | | |
|---|---|---|---|---|---|---|
| | < 1950 | | 1950–1959 | | 1960 + | |
| | Observed | SMR | Observed | SMR | Observed | SMR |
| All causes (1–999) | 862 | 95.5 | 454 | 80.3[a] | 220 | 74.8[b] |
| All cancers (140–205) | 193 | 105.9 | 114 | 109.2 | 52 | 94.4 |
| Cancer of buccal cavity and pharynx (140–148) | 4 | 65.0 | 5 | 137.7 | 3 | 170.0 |
| Cancer of digestive system (150–159) | 60 | 118.7 | 26 | 107.7 | 11 | 88.9 |
| Cancer of esophagus (150–150) | 4 | 90.9 | 3 | 121.2 | 0 | — |
| Cancer of stomach (151–151) | 6 | 62.9 | 3 | 67.7 | 1 | 49.0 |
| Cancer of large intestine (153–153) | 12 | 74.8 | 4 | 47.3 | 4 | 93.1 |
| Cancer of liver and biliary tract (155–156) | 27 | 779.6[a] | 7 | 440.1[b] | 3 | 418.9 |
| Cancer of pancreas (157–157) | 8 | 79.1 | 5 | 90.0 | 3 | 109.7 |
| Cancer of respiratory system (160–164) | 57 | 89.4 | 39 | 100.5 | 19 | 94.5 |
| Cancer of lung (162–163) | 54 | 89.6 | 39 | 105.8 | 18 | 96.0 |
| Cancer of bone (196–198) | 1 | 107.9 | 1 | 184.6 | 0 | — |
| Cancer of skin (190–190) | 4 | 128.3 | 2 | 81.6 | 0 | — |
| Cancer of prostate (177–177) | 10 | 97.4 | 5 | 141.5 | 0 | — |
| Cancer of bladder (181–181) | 5 | 95.6 | 0 | — | 0 | — |
| Cancer of kidney (180–180) | 7 | 150.1 | 1 | 34.7 | 3 | 198.1 |
| Cancer of brain and CNS (193–193) | 9 | 136.4 | 7 | 163.8 | 7 | 256.3[a] |
| Lymphatic and hematopoietic cancer (200–205) | 19 | 107.0 | 13 | 113.7 | 5 | 70.5 |
| Lymphosarcoma and reticulosarcoma (200–200) | 5 | 127.4 | 4 | 134.1 | 2 | 137.4 |
| Hodgkin's Disease (201–201) | 2 | 88.4 | 0 | — | 1 | 74.3 |
| Leukemia and aleukemia (204–204) | 6 | 83.6 | 5 | 117.7 | 2 | 74.7 |
| Other lymphatic tissue cancer (202–203)(205–205) | 6 | 142.1 | 4 | 151.9 | 0 | — |
| Benign neoplasms (210–239) | 2 | 77.3 | 2 | 129.9 | 0 | — |
| Diabetes mellitus (260–260) | 11 | 86.9 | 8 | 114.7 | 3 | 77.2 |
| Diseases of blood (290–299) | 2 | 92.7 | 0 | — | 0 | — |
| Vascular lesions of CNS (330–334) | 46 | 81.2 | 17 | 71.1 | 7 | 61.7 |
| Diseases of circulatory system (400–468) | 398 | 98.1 | 170 | 80.0[a] | 67 | 65.2[a] |
| Arteriosclerotic heart disease (420–420) | 284 | 85.3[a] | 150 | 84.0[a] | 54 | 62.6[a] |
| Nonmalignant respiratory disease (470–527) | 45 | 82.3 | 17 | 69.2 | 8 | 66.2 |
| Pneumonia (490–493) | 11 | 59.6 | 2 | 22.8[a] | 2 | 42.7 |
| Emphysema, including C.O.P.D. (527–527) | 24 | 173.7[a] | 12 | 189.3 | 5 | 186.8 |
| Diseases of digestive system (530–587) | 30 | 64.7[a] | 24 | 77.8 | 6 | 32.7[b] |
| Cirrhosis of liver (581–581) | 18 | 73.4 | 13 | 67.3 | 4 | 32.7[a] |
| Diseases of genitourinary system (590–639) | 4 | 22.1[a] | 4 | 73.8 | 1 | 39.5 |
| Accidents, poisonings, and violence (800–998) | 60 | 79.9[a] | 56 | 78.4 | 32 | 74.4[a] |
| Accidents (800–962) | 38 | 65.0[a] | 37 | 78.0 | 13 | 70.5 |
| Motor vehicle accidents (810–835) | 15 | 58.5[a] | 19 | 82.9 | 18 | 76.7 |
| Suicide (963–963)(970–979) | 17 | 94.1 | 16 | 94.3 | 13 | 83.3 |

[a]Significant at 1% level.
[b]Significant at 5% level.

## DISCUSSION

This study update was intended to monitor the mortality experience of the CMA cohort of vinyl chloride workers. In addition, we also attempted to address some of the unresolved epidemiologic issues regarding exposure to vinyl chloride. The unresolved issues include the relationship between exposure to vinyl chloride and devel-

1/1/91.5  VCT1    SL 66945 - 66962
010-1991-00003843

Page Number 012    TCA 1
Baggett, McCall & Burgess

SL 066956

OCT 3 '91 9:08 FROM CLEV-HLTH-SCI-LIB          PAGE.014

Epidemiologic Study of Vinyl Chloride Workers    329

TABLE VII. Observed Deaths by Cause and SMRs for All Cohort Members by Type of Plant

| Cause of death (7th ICDA) | VCM Observed | VCM SMR | PVC Observed | PVC SMR |
|---|---|---|---|---|
| All causes (1–999) | 76 | 71.9[a] | 1150 | 88.5[a] |
| All cancers (140–205) | 26 | 113.9 | 272 | 104.6 |
| Cancer of buccal cavity and pharynx (140–148) | 3 | 434.5 | 6 | 68.5 |
| Cancer of digestive system (150–159) | 4 | 77.5 | 78 | 113.8 |
| Cancer of esophagus (150–150) | 1 | 208.8 | 6 | 97.6 |
| Cancer of stomach (151–151) | 0 | — | 7 | 56.4 |
| Cancer of large intestine (153–153) | 0 | — | 16 | 72.4 |
| Cancer of liver and biliary tract (155–156) | 1 | 325.8 | 31 | 693.3 |
| Cancer of pancreas (157–157) | 1 | 91.0 | 11 | 78.3 |
| Cancer of respiratory system (160–164) | 12 | 135.7 | 85 | 91.8 |
| Cancer of lung (162–163) | 11 | 150.1 | 82 | 93.5 |
| Cancer of bone (196–198) | 0 | — | 1 | 72.8 |
| Cancer of skin (190–190) | 0 | — | 6 | 110.6 |
| Cancer of prostate (177–177) | 1 | 144.2 | 12 | 98.6 |
| Cancer of bladder (181–181) | 0 | — | 5 | 75.6 |
| Cancer of kidney (180–180) | 1 | 172.7 | 8 | 116.9 |
| Cancer of brain and CNS (193–193) | 2 | 219.5 | 16 | 189.0 |
| Lymphatic and hematopoietic cancer (200–205) | 0 | — | 31 | 113.6 |
| Lymphosarcoma and reticulosarcoma (200–200) | 0 | — | 10 | 167.4 |
| Hodgkin's Disease (201–201) | 0 | — | 3 | 74.3 |
| Leukemia and aleukemia (204–204) | 0 | — | 11 | 104.3 |
| Other lymphatic tissue cancer (202–203)(205–205) | 0 | — | 7 | 110.8 |
| Benign neoplasms (210–239) | 0 | — | 3 | 78.0 |
| Diabetes mellitus (260–260) | 0 | — | 14 | 77.9 |
| Diseases of blood (290–299) | 0 | — | 1 | 34.2 |
| Vascular lesions of CNS (330–334) | 3 | 62.6 | 60 | 83.3 |
| Diseases of circulatory system (400–468) | 26 | 62.0[a] | 463 | 83.6[a] |
| Arteriosclerotic heart disease (420–430) | 18 | 51.1[a] | 357 | 78.0[a] |
| Noncancer respiratory disease (470–527) | 1 | 20.4 | 54 | 79.5 |
| Pneumonia (490–493) | 0 | — | 11 | 44.3[a] |
| Emphysema, including C.O.P.D. (527–527) | 1 | 82.6 | 29 | 103.4[a] |
| Diseases of digestive system (530–587) | 4 | 61.9 | 46 | 64.2[a] |
| Cirrhosis of liver (581–581) | 3 | 72.6 | 26 | 62.9[a] |
| Diseases of genitourinary system (590–609) | 0 | — | 6 | 57.4[a] |
| Accidents, poisoning, and violence (800–990) | 14 | 77.5 | 125 | 75.6[a] |
| Accidents (800–962) | 10 | 85.9 | 80 | 72.4[a] |
| Motor vehicle accidents (810–835) | 4 | 68.8 | 36 | 68.6[a] |
| Suicide (963–963)(970–979) | 4 | 95.0 | 34 | 88.2 |

[a]Significant at 1% level.
[b]Significant at 5% level.

opment of lung cancer, as well as lymphatic and hematopoietic cancer. The update extended the observation period from the end of 1972 to the end of 1982. In addition to the 707 deaths identified in the original study, 829 deaths were identified in the update, 1973–1982, bringing the total number of deaths in the entire study to 1,536. With these newly identified deaths, we now can answer some of the questions that were raised in previous studies.

The cohort as a whole continued to experience a favorable general mortality

SL 066957

1/1/91 5  VCT1    SL 66945 - 66962
010-1991-00003844
Page Number 013   TCA 1
Baggett, McCall & Burgess

530    Wong et al.

experience as the overall SMR for the cohort was 90. On the other hand, a number of specific causes of death indicated a significant excess. For the entire study, 37 liver and biliary cancers were observed (SMR = 641). This SMR was very similar in magnitude to the combined relative risk of 5.17 for liver cancer estimated by Beaumont and Breslow (1981). In addition, analysis by length of exposure indicated that employees who were exposed to vinyl chloride for 10 or more years experienced a 12-fold liver cancer risk. In some cases, length of exposure might have been overstated, since there was little or no exposure in the industry as a whole since 1975. However, detailed information on exposure was not available on a plant by plant basis, and no allowance was made in the analysis. Analysis by latency also demonstrated an increasing trend. Cooper [1981] did not find "any striking changes in malignant patterns." when he analyzed the data for those with 20-25 years of latency in the CMA cohort. Contrary to his finding, our analysis demonstrated a marked increase in liver cancer risk with increasing latency. Two probable reasons could have accounted for the lack of dependence on latency in Cooper's analysis. First, the study at that time had only limited statistical power. Second, Cooper did not analyze liver cancer separately, but rather studied the entire digestive system.

In addition to length of exposure and latency, we also analyzed the data by age and year of first exposure. Our analysis clearly indicated that liver cancer risk in our study depended inversely on age at first exposure. For those who were exposed to vinyl chloride before age 25, the liver cancer SMR was 1611.0, almost 5 times the liver cancer SMR of 345.7 for those who were first exposed to vinyl chloride after age 35. Analysis by calendar year of first exposure also indicated that a higher risk of liver cancer was associated with earlier exposure. For those who were first exposed to vinyl chloride before 1950, the liver cancer SMR was 779.6, almost twice as the SMR of 418.9 for those who were first exposed to vinyl chloride in or after 1960.

It should be pointed out that both age and year of first hire were confounded by length of exposure and latency. Those who were hired at a younger age and an earlier year would likely to have a long length of exposure and latency. Therefore, these findings must be interpreted with caution.

A total of 15 angiosarcoma deaths were identified in the study based on death certificate information only. The duration of exposure among the angiosarcoma cases ranged from 4.2 years to 23.7 years. Two plants contributed a total of 14 angiosarcoma cases. Even though these two plants were the largest among the participating plants (contributing a total of 3,533 employees to the study), the number of angiosarcoma cases from these two plants was still disproportionately large. The concentration of the angiosarcoma cases in two plants might indicate that the exposure at these two plants was different from other plants. Another explanation could lie in the difference in local diagnostic practice. A detailed investigation in this area would require a review of all available pathology reports, tissue sample, diagnostic tests, and the like, data which are beyond the scope of the present study.

With regards to liver and biliary tract cancer, there was still an excess even if the recognized angiosarcoma cases were eliminated. Based on the death certificates, there were 15 other liver cancer cases (4 hepatomas, 1 hepatocellular carcinoma, 2 hepatic carcinomas, 7 carcinomas of the liver, and 1 metastatic liver cancer of unknown primary). There were 7 biliary tract cancers (2 carcinomas of common bile duct, 3 adenocarcinomas of gall bladder, 1 cholangiocarcinoma, and 1 carcinoma of

OCT  3 '91  9:09  ...

Epidemiologic Study of Vinyl Chloride Workers    331

the biliary system). Excluding the 15 angiosarcomas, there were 22 cases of liver and biliary tract cancers with only 5.7 expected, for an SMR of 386.0 (p < 0.02).

The above cited liver cancer diagnoses based on death certificates probably included cases of angiosarcoma which were not properly diagnosed. In an effort to validate the death certificate diagnosis of the 37 cases of liver/biliary tract cancer, requests for medical records were made to hospitals and attending physicians. Because of the lack of consent from the families, records were obtained for only 17 cases.

In 14 of the 17 cases, actual pathology reports were available. Among these 14 cases, based on the death certificate diagnosis, there were 8 cases of primary liver/biliary tract cancer, 5 cases of angiosarcoma, and 1 case of secondary liver cancer metastatic from another organ. In the same 14 cases, based on pathology records, there were 5 cases of primary liver/biliary tract cancer, 7 cases of angiosarcoma, and 2 cases of secondary liver cancer. Therefore, in 5/8, or 63% of the subset of 14 cases, the death certificate diagnosis of primary cancer of liver/biliary tract agreed with the pathology records.

Among the total 37 cases of liver and biliary tract cancer, 22 were listed on death certificates as dying of primary liver/biliary tract cancer. It is likely that cases of angiosarcoma and metastatic cancer of the liver were included among these 22. As indicated by our review of 14 pathology reports, the agreement rate between death certificates and pathology records for the diagnosis of primary cancer of the liver/biliary tract was 63%. We can estimate that the correct number of primary liver/biliary tract cancers is therefore 22 × 63%, or 13.9. With the expected number of liver cancer deaths of 5.7, the corrected liver cancer SMR is 243 (p < 0.01). Thus, after adjusting for the over-reporting of primary liver/biliary tract cancer, there remains a significant excess of primary cancer of the liver/biliary tract among this cohort of vinyl chloride workers.

Another approach was to check the 37 cases of liver/biliary tract cancer against the list of angiosarcomas maintained by ICI. According to the ICI list, there were 21 angiosarcomas among these 37 cases, leaving 16 cases of liver/biliary tract cancer. The corresponding SMR for liver/biliary tract cancer would become 281 (p < 0.01).

While angiosarcoma of the liver was the main concern as the primary cancer associated with vinyl chloride exposure, there was also an excess of cancer of the biliary tract (including gall bladder) among this cohort. The excess persisted even after adjustments for misdiagnosis based on death certificates were made. According to the Third National Cancer Survey incidence data, 52% of all hepatobiliary cancers are liver, while 48% arise from the biliary tract. According to these figures, in our study 2.7 cases (non-age adjusted) would be expected to be from the biliary tract, whereas 7 cases were reported for an observed/expected ratio (in %) of 259 (p < 0.05). This increase in biliary tract cancer (independent of liver cancer) in vinyl chloride workers has not been previously noted or reported. These results are shown in Table VIII.

This update confirms the excess in cancer of the brain and CNS. In the entire study, 23 deaths were due to brain cancer, compared with 12.76 expected. The corresponding SMR of 180.2, statistically significant at the 0.05 level, was very similar to the SMR of 203 previously reported for the same cohort by Cooper and the combined relative risk for overall brain cancer of 1.74 estimated by Beaumont and

SL 066959

1/1/91.5   VCT1    SL 66945 - 66962
010-1991-00003846

Page Number 015    TCA 1
Baggett, McCall & Burgess

Case 3:08-cv-00612-RET-SCR    Document 47-11    06/03/2009    Page 64 of 162



OCT 3 '91 9:10 FROM CLEV-ALTA-3-12-18

332    Wong et al.

TABLE VIII. Analysis of Cancers Of The Liver And Biliary Tract Excluding the 15 Obvious Angiosarcoma Cases in PVC Cohort. Updated to 1982

| Type of cancer | Observed | Expected | SMR |
|---|---|---|---|
| Total | 22 | 5.7 | 386[a] |
| Liver only | 15 | 3.0 | 500[a] |
| Biliary tract only | 7 | 2.7 | 259[b] |

[a]Significant at 1% level.
[b]Significant at 5% level.

Breslow. Our analysis did not demonstrate any dependence of brain cancer mortality on latency. Contrary to our observation on liver cancer, a higher brain cancer mortality risk was found among those who were exposed after age 35 and who were exposed during or after 1960 than those who were exposed before 1960 and at a younger age. Based on the limited exposure information available in this mortality study, the implication of this difference in risk profile is not clear at this point.

The duration of exposure to vinyl chloride in these 23 cases of brain and other CNS cancer ranged from 1.0 year to 30.8 years, and latency from 4 years to 41 years. Approximately half (12) of the cases came from the two plants with the largest number of angiosarcoma cases; both were PVC producers. Similar to our observations in liver cancer, these two plants produced a disproportionately large number of deaths from cancer of the brain and other CNS, when compared to the other participating plants in the study.

Results from this study also indicated that the cohort of vinyl chloride workers experienced a significant excess from emphysema/COPD mortality. For the entire cohort, 41 deaths were due to emphysema/COPD, compared with the expected 22.83 (SMR = 179.6, p < 0.01). The excess came mainly from those with less than 10 years of exposure. In this group, 25 deaths were due to emphysema/COPD (SMR = 208.9, p < 0.01). In terms of age at first exposure, those who were first exposed at age 35 or older experienced a twofold risk, SMR = 200.7, statistically significant at the 0.01 level. Analysis by type of plant indicates that the excess occurred among those plants which manufactured PVC. Among the PVC workers, 29 deaths were due to emphysema/COPD, with an SMR of 163.4 (p < 0.05).

For emphysema/COPD deaths, the duration of exposure to vinyl chloride ranged from 1.2 years to 23.6 years, and latency from 4.1 years to 42 years.

Our findings of a statistically significant excess in emphysema/COPD mortality has not been previously reported by other investigators. A number of investigators have reported pulmonary changes associated with polyvinyl chloride exposures as well as vinyl chloride monomer exposures. These changes are sometimes characterized by the appearance of a low-grade pneumoconiosis on chest x-ray [Lilis, 1980, 1981; Soutar, 1980; Lloyd et al., 1984; Wagner and Johnson, 1981]. In addition, polyvinyl chloride dust has also been found to cause benign pneumoconiosis in laboratory animals (rats, guinea pigs, and monkeys). Others, like Miller et al. [1975] and Siracusa et al. [1988], reported decrease in airflow rates among PVC exposed workers. These findings appear to be independent of smoking.

Unfortunately, based on the limited exposure information we have in the present study, we are not able to provide further explanation for the observed emphysema/

COPD ex cohort sin tion for th cancer. smokers t

Our pational provided chloride ies. whic statistica ers, did power to

So lymphati not find did not d to detect

It i which an limitatio As such

Ar lon status of addition cohort in the co the stud likely) modified

In might b However study m

Fi problem also suf informa useful i

REFER

Berrmsn c Seffer P c Byrea D. S

1/1/91.5  VCT1    SL 66945 - 66962
010-1991-00003847
Page Number 018    TCA 1
Baggett, McCall & Burgess

SL 066960

Case 3:08-cv-00612-RET-SCR    Document 47-11    06/03/2009    Page 65 of 162

OCT  3 '91  9:11    FROM CLEV-HLTH-SCI-LIB                    PAGE.018

*Epidemiologic Study of Vinyl Chloride Workers*     333

COPD excess. In particular, we do not have information on smoking history of the cohort members. Therefore, cigarette smoking could not be assessed as an explanation for the excess. However, it must be pointed out that there was no excess in lung cancer, which would imply that the cohort did not have a higher percentage of smokers than the general population.

One of the unresolved epidemiologic issues is the relationship between occupational exposure to vinyl chloride and respiratory cancer. Previous studies have provided conflicting results on the issue of whether employees exposed to vinyl chloride experienced a higher risk of respiratory cancer. Many of the previous studies, which did not find an excess in lung cancer, have been criticized for lack of statistical power. Our study, being one of the largest studies of vinyl chloride workers, did not indicate any excess in respiratory cancer. Overall, our study had 80% power to detect an increased risk as small as 24%.

Some of the previous studies have also shown an increased risk of cancer of the lymphatic and hematopoietic system among vinyl chloride workers, while others did not find such an excess. In our study, the corresponding SMR was 102.0. Thus, we did not detect any excess of these types of cancer. Overall, our study had 80% power to detect an increased risk in lymphatic and hematopoietic cancer as small as 45 .

It should be pointed out that there are several limitations in this study, most of which are typical of an historical mortality study of industrial populations. The major limitation of this study is the lack of exposure information for the cohort members. As such, analyses by detailed exposure were not feasible.

Another limitation of the study was that a small percentage of the cohort was lost to vital status follow-up. Among those who participated in the update, the vital status of 7.88% cohort members remained unknown as of December 31, 1982. In addition, among those who did not participate in the update, the vital status of 1.85% cohort workers remain unknown as of December 31, 1972, the end of the observation in the original study. A related limitation was that for 6% of all deaths identified in the study, no death certificate was available. Therefore, it was possible (but not very likely) that the missing information in vital status or cause of death could have modified the results of this study.

In the study, the entire cohort was assumed to be white, even though some might be non-white. Among those with race information, only 3% were non-white. However, if the actual number of non-white was larger, some of the results of this study might have been modified.

Finally, being a mortality study, this investigation not only inherited all the problems associated with death certificates (for example, diagnostic accuracy), but also suffered from the lack of in-depth clinical information. In particular, histologic information on the cell type of the liver cancers and brain cancers would have been useful in interpreting the epidemiologic findings.

## REFERENCES

Beaumont JJ, Breslow NE (1981): Power considerations in epidemiologic studies of vinyl chloride workers. Am J Epidemiol 114:725-734.

Buffler PA, Wood S, Eifler C, Suarez L, Kilian DJ (1979): Mortality experience of workers in a vinyl chloride monomer production plant. J Occup Med 21:195-203.

Byren D, Engholm G, Englund A, Westerholm P (1976): Mortality and cancer morbidity in a group of Swedish VCM and PVC production workers. Envv Hlth Perspect 17:167-170.

1/1/91.5   VCT1    SL 66945 - 66962
010-1991-00003848

Page Number 017    TCA 1
Baggett, McCall & Burgess

SL 066961

334    Wong et al.

Chiazze L, Nichols WE, Wong O (1977): Mortality among employees of PVC fabricators. J Occup Med 19(9):623–628.

Cooper WC (1981): Epidemiologic study of vinyl chloride workers: Mortality through December 31, 1972. Environ Health Perspect 41:101–106.

Creech JL, Johnson M (1974): Angiosarcoma of the liver in the manufacture of polyvinyl chloride. J Occup Med 16:150–151.

Doll R (1988): Effects of exposure to vinyl chloride. An assessment of the evidence. Scand J Work Environ Health 14:61–78.

Fox AJ, Collier PF (1977): Mortality experience of workers exposed to vinyl chloride monomer in the manufacture of polyvinyl chloride in Great Britain. Br J Ind Med 34:1–10.

Heldaas SS, Langard SL, Andersen A (1984): Incidence of cancer among vinyl chloride and polyvinyl chloride workers. Br J Ind Med 41:25–30.

Jones RD, Smith DM, Thomas PG (1988): A mortality study of vinyl chloride monomer workers employed in the united kingdom in 1940–1974. Scand J Work Environ Health 14:153–160.

Lilis R (1980): Vinyl chloride and polyvinyl chloride exposure and occupational lung disease. Chest 78(6):826–827.

Lilis R (1981): Review of pulmonary effects of polyvinyl chloride and vinyl chloride exposure. Environ Health Perspect 41:167–169.

Lloyd MH, Gauld S, Copland L, Soutar CA (1984): Epidemiological study of the lung function of workers at a factory manufacturing polyvinylchloride. Br J Ind Med 41:328–333.

Maltoni C, Lefemine G, Ciliberti A, Lesi G, Carreti D (1981): Carcinogenicity bioassays of vinyl chloride monomer: A model of risk assessment of an experimental basis. Environ Health Perspect 41:3.

Marsh GM, Preininger M (1980): OCMAP: A user-oriented occupational cohort mortality analysis program. Am Stat 34:245.

Miller A, Teirstein AS, Chuang U, Selikoff IJ, Warshaw R (1975): Changes in pulmonary function in workers exposed to vinyl chloride and polyvinyl chloride. In Selikoff IJ, Hammond EC (eds): "Toxicity of Vinyl Chloride-Polyvinyl Chloride." Ann NY Acad Sci 246:42–52.

Monson RR, Peters JM, Johnson MN (1974): Proportional mortality among vinyl chloride workers. Lancet ii:397.

Purchase IFH, Stafford J, Paddle GM (1987): Vinyl chloride: An assessment of the risk of occupational exposure. Fd Chem Toxic 25(2):187–202.

Saracci A, Forcina A, Velpi R, Moelichetia E, Cicloni C, Piardi T (1988): An 11-Year longitudinal study of the occupational dust exposure and lung function of polyvinyl chloride, cement and asbestos cement factory workers. Scand J Work Environ Health 14:181–188.

Smulevich VB, Fedotova IV, Filatova VS (1988): Increasing Evidence of the Rise of Cancer in Workers Exposed to Vinylchloride. Br J Ind Med 45:93–99.

Soutar CA (1980): Epidemiological study of respiratory disease in workers exposed to polyvinyl chloride dust. Thorax 35 (Suppl 9):644–652.

Tabershaw JR, Gaffey WR (1974): Mortality study of workers in the manufacture of vinyl chloride and its polymers. J Occup Med 16:509.

Theriault G, Allard P (1981): Cancer mortality of a group of canadian workers exposed to vinyl chloride monomer. J Occup Med 23:671.

Wagner JC, Johnson NF (1981): Preliminary observations of the effect of inhalation of PVC in man and experimental animals. Environ Health Perspect 41:83–84.

Waxweiler RJ, Stringer W, Wagoner JK, Jones J, Falk H, Carter C (1976): Neoplastic risk among workers exposed to vinyl chloride. In Saffiotti U, Wagoner JK (eds): "Occupational Carcinogenesis." Ann NY Acad Sci 271:40–48.

1/1/91 5   VCT1    SL 66945 - 66962
010-1991-00003849

Page Number 018   TCA 1
Baggett, McCall & Burgess

## Exhibit 110:7/24/1992

Dow to EPA, TSCA (8)(e) submission re: "information which may reasonably support the conclusion that the referenced chemical [vinyl chloride] may present a substantial risk of injury to human health … the information is summarized below: this study has confirmed the relationships between occupational exposure to vinyl chloride and … cancer of the brain and other central nervous system." (no bates number: Dow has been concealing this document in vinyl chloride litigation since at least 1995)

02/12/01   12:49  FAX 504 664 6925          CALVIN FAYARD JR                                ☑003

CONTAINS NO CBI



**The Dow Chemical Company**

2030 Dow Center
July 24, 1992

Document Processing Center
~~Office of Toxic Substances~~
~~401 M Street SW~~
Washington, D.C. 20460

Attn: ████ Coordinator

Re: ████████

CONTAINS NO CONFIDENTIAL
BUSINESS INFORMATION

CAP Agreement No. CAP-0111
Dow Reference No. CAP00770

Dear Sir/Madam:

████████████████████ the enclosed document titled:

████████████████████

pursuant to TSCA Section 8(e) Compliance Audit Program.

████████████████████
the environment, as indicated in ~~the Reporting Guide~~ th or
provided by EPA in connection with the CAP. Dow has not,
however, determined that any risk actually exists. The
information is summarized below:

████ CANCER AS WELL A~~S~~ ████████ ~~LIVER~~ AND BILIARY
████.



Dow requests guidance from EPA whether the Agency believes the
information contained in this document satisfies the criteria
in the CAP Reporting Guide.  Any correspondence relating to
this submission should reference document number CAP00770.

Where appropriate, three types of information have been
removed from the document: the term "Dow Confidential",
individual employee/researcher names (due to privacy
considerations); and Dow internal number systems.  This is
done with prior agreement from EPA.  The original documents
containing this information are retained by Dow according to
a document retention policy.

Sincerely,

Paul A. Wright
Attorney
517/636-1853

CHEMICALS
RESEARCH

NOV 19 1980

# Interoffice Communication

To  Flynt Kennedy

From  Tom Grumbles

Date  November 17, 1980

Subject  Vinyl Chloride Research Committee Meeting

11/17.80 I    VCT1    VVC 3842 - 3842
008-1980-00003111
Page Number 001    FCA 1
Baggett, McCall & Burgess

Several issues were decided and several questions were raised during the subject meeting.

1. Work histories of the study cohort will be updated for the period 12/31/72 through 12/31/79, as recommended. The proposal will be amended to reflect this change.

2. The last paragraph of Task 7 in the E H A proposal, dealing with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ cohort members, inclusion in the study ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. There was lengthy discussion of this issue but the basic decision was that we are attempting to update the "present" study data base in terms of mortality experience and no alteration of the cohort is prudent or necessary.

3. E H A had proposed dropping the exposure determinations used in the original study (pg. 3) for the follow-up study. This information is already in the data base file and it was the agreement of the committee that it should be used.

   However this classification scheme will not be used in the updating of work histories. This was also discussed at length with the basic agreement that after 1974 all exposures would be in the low category.

   An effort will be made to put cohort members into the following three catagories:  (1) VCM production only (2) PVC(resin) production only, and (3) both.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
the known resu▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ e. brain cancers, was discussed. This ▓▓tion wa▓▓ left open for future con▓▓eration.

Although no actual financial committments were made at the meeting , CMA will soon need to know who will support the follow-up. CMA is currently assuming all those in attendance, or those supporting the original study, will do so. The support asked for will be based on 1979 VCM production and PVC capacity. A formal request will soon be mailed to ascertain company financial support and company records support for the mortality update.

For the sake of brevity little detail of the discussions is contained above. If you would like to discuss these issues, please feel free to call.

Thomas G. Grumbles



TO:        M. J. Schneider

FROM:      J. C. Ledvina
DATE:      November 30, 1993

**Interoffice
Communication**

SUBJECT:   CMA Epidemiology Study Update

*file cma/vcm panel*

**VISTA**

During the VI Executive Committee and Board meetings next week we suggest you update member-company representatives on Vista's efforts to encourage the CMA to update the PVC/VCM cancer death study. We are not asking the VI to do anything. The CMA Vinyl Chloride Panel is considering this issue and is the appropriate organization to champion the update.

Information which may be helpful for you include:

- ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ If ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪n.

- ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ent to support the study both financially and to cooperate with a contractor to provide necessary worker records. CMA will approach them in the future for a commitment.

- The study involves over 10,000 PVC/VCM workers.

- CMA sponsored the last update for deaths occurring through 1982.

- Results of the 1982 update were not published until just a few years ago. Lead author was Otto Wong.

- The study covers all forms of cancer but ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪at ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪involved.

- As of 1982, the brain cancer incidence rate is not high enough to conclude that VCM is a brain cancer agent.

- ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪



Exhibit
3
S. APPLEBY, RPR



11/30/93.2  VCT5   VMF 697773 - 697775
BA003418 H

Page Number 001   TCA 2
Baggett, McCall & Burgess

VEV-508476



**CMA Epidemiology Study Update**
November 30, 1993
Page 2

- Jim Ball has spoken to Roger Hirl on this. Hirl seems supportive of updating the study. He is current president of the CMA Executive Management Committee.

- Both Jim Ball and Gary Draper support Vista's involvement in an industry effort to update the study.

- Cost is estimated at $400-600M. Assuming 10 companies participate, $40-60M each spread over two years.

- ~~████████████████████~~ among member companies in the VI and the CMA Vinyl Chloride Panel.

- The Panel is made up of technical people, like Dave Penney of Vista. They have agreed that an update is appropriate. However, the technical people can't commit their companies to finance the update. CMA staff will need to initiate the appropriate paperwork to get each company to sign on. That should occur in the first half of CY '94.

Joe Ledvina

/mb

cc: JRB, GGD, TGG, DAP

013-1993-00004582

Vinyl Chloride
Digital Process Instrument, Litigation Support
(504) 522-1950

VEV-508477

Vista Chemical Company    900 Threadneedle    P.O. Box 19029
                          Houston, Texas 77079-2990    Houston, Texas 77224-9029
                          (713) 588-3000    Fax (713) 588-3236

RECEIVED

NOV 15 93

Route: _____
Copy: _____
File: _____
X-F: _____

VISTA

*JCL
we have to be careful with our long wait here—we're not doing a study*

*just developing a tracking system to use if we want to do one*

*J Yes*

November 12, 1993

Dr. Kenneth Mundt
Applied Epidemiology Inc.
PO Box 2424
Amherst, MA 01004

Dear Dr. Mundt:

Enclosed is your copy of the signed agreement between Applied Epidemiology Inc. and Vista Chemical Company to explore the significance of specific brain tumor types. We look forward to seeing your draft report in December.

Vista is interested in proceeding with a three plant epidemiology study as we discussed on November 11. Dave Penney, Tom Grumbles and I will be getting together shortly to discuss project specifics after which, I will be sending you a request for a proposal. You can expect to see that within a month.

I will be acting as project manager for this project although Tom and Dave are the experts and will continue to be intimately involved. Feel free to contact me at (713) 588-3446 if you have any questions.

Best regards,

J. C. Ledvina
Director,
Safety, Health and Environmental
Olefins & Vinyl Division

/mb

cc:   TGG - Houston
      DAP - R&D

Exhibit
S. APPLEBY, RPR

VEV-500303

Carlo H. Tamburro, M.D., M.P.H.
Chief, Division of Occupational Toxicology,
Director, Liver Research Center

School of Medicine, U of A
University of Louisville
Louisville, Kentucky 40292
FAX: 502-588-8521

BoIJ  Apo
EXHIBIT  23
DATE 12 2 97

REPORTER: DAN ROBBINS, CSR
PAPPAS REPORTING SERVICE
412.566.2206 FAX 412.566.1070

# UNIVERSITY of LOUISVILLE

October 27, 1994

Hasmukh Shaw, M.D.
Chemical Manufacturers Association
2501 M. Street, N.W.
Washington, D.C. 20037

RE: Study of Brain Cancer in Vinyl Chloride Exposed Workers

Dear Dr. Shaw:

As per Mr. ███████████ request, I am submitting our time and cost estimate for the rapid completion of our study of brain cancer occurrence in vinyl chloride exposed workers. Enclosed you will find a summary of the budgetary assistance needed for us to complete the updating and publication of this brain cancer and vinyl chloride exposure study. The need to update is due in part to the recent reorganization of the B.F. Goodrich Company. Although all the original workers are still physically present in the original B.F. Goodrich Company Bells Lane plant, that site is now split into three different corporate structures: B.F. Goodrich, Geon, and Zeon Kentucky. As I indicated to Mr. Sweeney during their recent visit, we are now reestablishing a working network with all three companies that will provide for scientific information to be made available. This updating, based on part-time effort, was expected to proceed to completion over the next two years and one-half years.

We are prepared to proceed at a more rapid rate to complete the brain study with a 20-year prospective follow-up. This update would also provide a 25-year combined retrospective evaluation of the relationship of vinyl chloride to brain cancer. Each brain cancer case will be paired with all available matched controls and be analyzed by rank ordered analysis (reference Greenburg and Tamburro, JOM 1981). By this approach, each case will become an individual causal study. Each additional case will add further confirmation to the absence or presence of an identifiable relationship between any of 22 or more chemicals studied. In this manner ███████████ e our first observation ████████ cer.

The assistance we require, in the form of a grant to the University, would allow us to analyze workers exposed to vinyl chloride both by rank order and environmental levels. The study ███████████████████████████████████ ion. That:

1. ███████████████████████████, clinically or histologically with brain cancer development, based on 20-years of prospective and 25-years of retrospective study.

2. There is an ████████████████████████████████████████ (minimum environmental level) ████████████████ with any brain disease has been found.

3. ███████████████████ for disease development for humans exposed to vinyl chloride ██████ parts per million) or less TWA (time weighted average) exposure for less than 3 years.

Liver Research Center and Laboratory
Department of Medicine
502-588-3251



SL 107744

Dr. Shaw
October 27, 1994

Page 2

 scientifically, that the complete 

Our time estimate regarding updating, verifying, analyzing, and preparing the report for submission to a recognized national peer reviewed journal would be completion in 7-9 months. Enclosed is a summary of the work and services required to update the B.F. Goodrich study database in this time frame.

If I can provide any further clarification or information, please do not hesitate to give me a call. I look forward to hearing your response at your earliest convenience.

Sincerely,

Carlo H. Tamburro, M.D., M.P.H.
Professor of Medicine
Director of Liver Research Center & Lab
Professor of Pharmacology & Toxicology
Chief, Division of Occupational Toxicology

CHT:sam
Enclosures

SL 107745



## Interoffice Communication

To      Paul Fetzer

From    Tom Grumbles

Date    December 30, 1980

Subject    Comments on Evaluation of 3-M OVM Passive Dosimeter Badge

Jim Hall and I have reviewed the report on the subject study. The
results for EDC are reassuring and certainly justify the use of OVM's
for monitoring personnel exposures to EDC. The results for VCM are
perhaps not surprising but regardless are somewhat disturbing.
Therefore, the following comments will be confined to the VCM results.

From the results of the experiment we certainly would have to agree
with your conclusions. Basically, it appears we have a method that is
precise, but not accurate for measurement of VCM air concentrations.
However, as you state, it is equivalent with the charcoal tube method.

Whenever personnel monitoring is done to evaluate exposures, there are
several issues of concern. The first, but not necessarily most impor-
tant, is compliance with applicable exposure standards. Charcoal ad-
sorption, via a pump and tube or passive monitor, is recognized to
meet the accuracy requirements for monitoring in the VCM standard.
So from a compliance standpoint it is clear that we are monitoring
with a suitable method.

Another, and more important issue, is the level of exposure at which
health effects occur and the ability of monitoring methods to determine
employee exposure levels for comparison. As witnessed by your results,
charcoal adsorption with current sampling schemes appears not to pro-
vide an accurate value for personnel exposure to vinyl chloride. In
fact, your experiment results show that it can underestimate exposure
levels by more than 50%, at levels in the range of 0.5-5.0 ppm.

Assuming the experimental conditions are realistic in terms of field
conditions this is a disturbing result. However as stated before, the
standard says we shall not allow exposures to exceed 1.0 ppm based on
their sampling methods. We are doing this.

From the standpoint of health protection, the worst case is that we may
be underestimating employee exposures. The answer to this concern is
more involved. Briefly stated, OSHA set the 1.0 ppm standard based on
the regulatory policy of "lowest feasible level" of exposure for any
identified carcinogen. There are no reported effects of vinyl chloride
exposures in the range of 0.5-5.0 ppm. The American Conference of
Governmental Industrial Hygienist, the group setting TLV values every
year, has set an eight-hour TLV of 5.0 ppm for vinyl chloride. This
group is not bound by regulatory policies and sets its recommended
values based on scientific evidence only. Therefore if measured ex-
posures of 0.5 ppm were actually in the 1.0-2.0 ppm range, I feel con-
fident that employee exposure levels are well within safe limits.

VVC 000008798

Paul Fetzer
December 30, 1980
Page 2

Based on the results of this study, I would make the following recommendations:

1. We should continue to use the OVM for measuring personnel exposures while being aware of its limitations.

2. If you have the personnel to do more research next summer, I would suggest you consider a "field" study to verify these laboratory results. Perhaps a personnel sampling scheme of several shortened periods (i.e., 4 two-hour periods) could be devised and these results compared to current eight-hour results to see if there is a true difference or significant underestimation with the eight-hour sampling scheme.

3. With the continuing wide-spread use of passive dosimeters in the industry, I feel these results are important to share. I feel we should give consideration to reporting or publishing these results through an appropriate scientific medium.

Thomas G. Grumbles

dfb
cc:  J. J. Hall
     J. A. DeBernardi

VVC 000008799



# Interoffice Communication

To      J. A. DeBernardi

From    T. G. Grumbles

Date    September 23, 1983

Subject  INDUSTRIAL HYGIENE AUDIT - LCCP

The subject audit was conducted on August 10 and 11 by Randy Gantz, Safety Director, OKC, Jim Hall, Manager, Biomedical and Environmental Affairs, and myself. This was a second audit for the Chemical Plant, the first being in January of 1982. The emphasis of this audit was on reviewing actions taken on recommendations made from the first audit.

The plant is to be commended for efforts concerning air sampling and method development. A monitoring schedule is developed annually and used to direct routine sampling efforts. Other sampling is done on an as needed basis. Work has been done to evaluate new and improved methods for methyl chloride and ethylene oxide.

Training scripts for benzene and respiratory protection have been revised, and will be finalized once a training medium is chosen. A manual has been developed and put in use for retraining of current employees in respiratory protection. Training documentation for employees is improved, and material safety data sheets for specific materials used in each unit have been placed in control rooms.

Following are the audit team's recommendations.

I.  Respiratory Protection

   A.  A written program has been developed, however, it does not meet minimum OSHA standards for content, nor appear to be complete in terms of serving as a functional document to describe the program. It is recommended the program be reviewed and rewritten. I can discuss specifics of the program with Sid.

   B.  SCBA inspections are currently done quarterly. It is required that this be done on a monthly basis. The man-hours involved in doing this are recognized, however, these units are used in emergency, and potentially life saving situations and it is felt by the team that the effort is worth while to assure properly working units.

   C.  The new method of retraining employees in respiratory protection does not include "hands-on" practice with SCBAs. It is recommended that operations personnel and others potentially having to use these units receive hands-on training at least annually, and consideration be given to doing it more frequently.

CCR 000000

Exhibit
S. APPLEBY, RPR

J. A. DeBernardi
Page 2
September 23, 1983

D. The use of emergency egress bottles (5-minutes sling packs) was discussed. The use of these devices for any confined space work in IDLH atmospheres is recommended. Plant policies and procedures have been developed to minimize risk without the use of these devices. This policy should be reviewed and if maintained well documented in the respiratory protection or vessell entry procedures.

II. Training

A. The plant indicated intention to develop a training program for ethylene oxide. Based on the potential for an ethylene oxide standard, it is recommended that this be done in the near future.

B. Contractor training is done on a case by case basis. Currently, no formal record of this training is maintained. It is recommended that records of this training be maintained in the same manner as training for our employees.

C. Consideration should be given to retraining employees on specific health hazards (i.e., benzene) on a specified periodic basis. Although annual training is probably not necessary, some time period should be specified.

III. Employee Information

A. Discussion indicated that a review of Standing Order Books, in particular, portions concerning safety and health, is to be done. It is recommended this be done in a timely manner.

B. The Material Safety Data Sheets in the control rooms are generated in-house by the plant. It is recommended these be reviewed by toxicology and medical to assure accuracy and correctness of medical, health effects, and first-aid information.

C. The plant safety and health manual should be completed and published. In reviewing and discussing this manual it is not clear what the intent or scope of the manual is to be. It appears that part of the problem in completing the manual is related to this issue. The content of the safety and health manual in relation to its function should be clarified and its contents designed to achieve this function. This manual should be completed by the end of this year.

IV. Ventilation

A. Two detailed surveys of the laboratory fume hoods have been done. Results indicate the majority of hoods are below recommended flow rates. The team recommends that corrective actions be taken in a timely manner to achieve proper face velocities in these hoods.

Under separate cover, guidelines for hood flows are being sent.

CCR 000000536

**VCM Plant**

Conoco Chemicals
Continental Oil Company
P.O. Box 605
Westlake, Louisiana 70669
(318) 491-5211

February 22, 1978

R. J. Miller
Director of Administration
Tenneco Chemicals, Inc.
P. O. Box 365
Piscataway, NJ 08854

Dear Mr. Miller:

On January 21, 1978 two Tenneco tank cars containing vinyl chloride, ACFX 80421 and ACFX 80452, were derailed in East St. Louis, Illionis. These tank cars were loaded by us at our VCM Plant in Louisiana. An on-site inspection of the derailed cars was made by D. B. Williams who is an Inspector with the Bureau of Explosives, Association of American Railroads. His report indicates that on both cars the gauge rod slid easily up and down without restraint even though the packing gland nut was fully screwed down. Also, liquid and vapor leaks occurred at the gauge rod packing.

The possibility of leaking tank cars is of great concern to us as I am sure it is to you. Our attempts to reduce employee exposure to VCM would be hampered by leaking tank car equipment. Therefore, I am bringing this matter to your attention. Our plant policy is to not load any tank cars that leak or have other safety problems until repairs are made by the tank car owner.

Sincerely,

John Friend
Superintendent

is
Enc
BCC:
RWMc-THW-RDG-JAD-HDG-JHB-RRK-S/S-JFP

Exhibit
8
APPLEBY, RPR

VMO 415680

## Exhibit 111:12/7/1992 (BFG 21301 – 21311)

Dr. Wong's contrived after the fact and utterly corrupt "set up" and planned 'response'
(being the result of blackmail *and* bribery)to letter to editor, entitled   "Diagnostic bias of
brain cancer in occupational studies" in American Journal of Industrial medicine.
disorders

DEC 0 9 1992



CHEMICAL MANUFACTURERS ASSOCIATION

December 7, 1992

**Dear Vinyl Chloride Research Coordinators:**

Dr. Otto Wong's response to our letter to the editor of the American Journal of Industrial Medicine is enclosed. Please review the letter and call me if you have any comments.

In response to my last mailing regarding the ATSDR Vinyl Chloride Data Needs, Dr. James Knaak of OxyChem has requested a conference call to discuss a course of action. Please complete the enclosed availability survey for the conference call and return it to me by fax a (202) 887-1237.

If you have any questions, please call me at (202) 887-1192.

Sincerely,

Has Shah

Hasmukh C. Shah, Ph.D.
Manager, Vinyl Chloride Panel

Enclosures

22511001

2501 M Street, NW, Washington, DC 20037  202-887-1100  Panafax 202-887-1237  Telex 89617 (CMA WSH)

BFG21301

## Applied Health Sciences, Inc.

181 Second Avenue, Suite 628
P.O. Box 2078
San Mateo, CA 94401

Tel: (415) 347-7898
Fax: (415) 344-6887

November 30, 1992

Marise Burger, R.N., B.Sc.
Assistant Editor
American Journal of Industrial Medicine
Box 1057
Mount Sinai School of Medicine
The City University of New York
New York, NY  10029-6574

            Re:  Revised response to Dr. Shah's Letter to the Editor

Dear Ms. Burger:

Thank you for your review of our response to Dr. Shah's letter. We
have revised our response according to your comments, and have
shortened it considerably.  Enclosed please find two copies of our
revised response.  If you have further questions or comments,
please let us know.

Sincerely yours,

Applied Health Sciences, Inc.
by:

Otto Wong, Sc.D., F.A.C.E.
Chief Epidemiologist

Encl.
cc: M. Donald Whorton, MD
bcc: Hasmukh C. Shah, Ph.D.

BFG21302

Case 3:08-cv-00612-RET-SCR    Document 68-2    01/01/10    Page 85 of 162

Letter to the Editor

# Diagnostic Bias in Occupational Epidemiologic Studies; An Example Based on the Vinyl Chloride Literature

Otto Wong, Sc.D., F.A.C.E.
Applied Health Sciences

and

M. Donald Whorton, M.D., M.P.H.
ENSR Health Sciences

Key words: vinyl chloride, brain cancer, emphysema, chronic obstructive pulmonary disease, diagnostic bias

Reprint requests to Dr. O. Wong, Applied Health Sciences, Inc., 181 Second Avenue, Suite 628, P.O. Box 2078, San Mateo, CA  94401

Tel: 415/347-7898

2251100£

BFG21303

Case 3:08-cv-00612-RET-SCR    Document 47-11    06/03/2009    Page 85 of 162

Dr. Shah's Letter (1993) raised several issues of potential diagnostic bias on the brain cancer and emphysema findings in our recent paper of vinyl chloride workers (Wong et al., 1991). These are important and pertinent questions not only in our study of vinyl chloride exposed workers, but also in occupational epidemiologic studies in general.

## Brain Cancer

The first issue was the potential diagnostic bias of brain cancer in occupational studies. As Dr. Shah correctly pointed out in his letter, there are reports in the literature documenting the potential bias resulting from the more complete reporting and/or diagnoses of brain tumors in employees of large corporations than in the general population. Greenwald et al. (1981) reported a significantly higher frequency of brain scans (61.1% v. 30.0%) and pneumoencephalograms (35.2% v. 17.1%) than in other brain tumor patients in the same state. They concluded that the "diagnostic sensitivity bias" would appear to pertain to conditions that are difficult to diagnose, such as brain tumors, and to industries where workers have such employee benefits as health insurance and high-quality employee medical services with referral and follow-up. Thus, the apparent excess of brain tumors may have resulted from this "diagnostic sensitivity bias" arising from the more complete medical evaluation of employees of large corporations. "Diagnostic sensitivity bias" in brain cancer has also been discussed by other investigators (Wong et al., 1986; Wong and Raabe, 1989).

The participants in our vinyl chloride study were employees of major corporations in the chemical industry, and were covered by comprehensive medical care programs. Therefore, our finding of a brain cancer excess could very well have been subjected to the "diagnostic sensitivity bias."

In our 1991 paper, although we reported a statistical significant increase of brain cancer, we did not discuss our finding in relation to findings reported by other investigators; nor did we conclude that the observed brain cancer excess was related to vinyl chloride exposure. Although Dr. Shah did not raise the question explicitly in his letter, it seems to us that the most

1

BFG21304

22511004

important question is "Does exposure to vinyl chloride increase the risk of brain cancer?" The answer to this question should be based not only on our study but also on all other pertinent studies in the literature.

Prior to the publication of our 1991 paper, there were a number of cohort studies of workers exposed to vinyl chloride reporting an increased risk of brain cancer:

| Author and Location | Cohort Size | Brain Cancer SMR |
|---|---|---|
| Byren (1976), Sweden | 771 | 2/0.33 = 6.12 s |
| Hagmar (1990), Sweden | 2,031 | 6/2.60 = 2.29 ns |
| Smulevich (1988), USSR | 3,232 | 4/2.61 = 1.53 ns |
| Cooper (1981), USA | 10,173 | 12/5.90 = 2.03 s |
| Waxweiller (1976), USA | 1,294 | 3/0.90 = 3.29 ns |
| Wu (1989), USA | 4,835 | 15/9.20 = 1.62 ns |

s = significant at the 0.05 level          ns = non-significant at the 0.05 level

Based on a cursory reading of the literature (as the above table suggests), one may be led to believe that there are consistent reports of an increased risk of brain cancer among vinyl chloride workers in this country. In reality, all the American cohort studies were based on the same population. The Tabershaw and Gaffey (1974), the Cooper (1981) and the Wong et al. (1991) reports were all based on the same cohort study sponsored by the Chemical Manufacturers Association (CMA). The workers studied by Waxweiller et al. (1976) and Wu et al. (1988) were employees at plants which also participated in the CMA study. Thus, those who are not familiar with the history of the CMA study can easily be confused and led to assume that there had been more than one American study reporting a brain cancer excess. Essentially the same excess might be counted more than once.

To evaluate the relationship between vinyl chloride and brain cancer in the CMA cohort, we must examine, among other criteria, the strength of association (Hill, 1965). The overall brain cancer SMR reported by Wong et al. (1991) was 1.80 (23/12.76), only a modest increase (e.g., see Monson, 1990). Furthermore, the excess was only marginally significant at the 0.05 level (lower 95% confidence limit of 1.14). Even if the diagnostic sensitivity bias accounted for

2

BFG21305

22511005

only 15% of the excess, the increase would no longer be statistically significant. By way of comparison, the SMR for cancer of the liver, which has been demonstrated to be associated with vinyl chloride exposure, in our study was 6.41 (lower 95% confidence limit of 4.50).

With respect to length of exposure, there was no clear upward trend for brain cancer in our study, especially when compared to the striking upward trend observed for cancer of the liver. Perhaps the most remarkable difference between brain cancer and liver cancer (the latter was clearly related to vinyl chloride) is the analysis based on time of first exposure. For liver cancer, the excess was most evident among employees first exposed before 1950, when the exposures were higher than those in later years. For brain cancer, the reverse was true: significant excess was reported only among those first exposed after 1960. This observation argues against a causal role of vinyl chloride.

As we stated in our 1991 paper, the brain cancer excess in the CMA cohort occurred at primarily two plants. Wu et al. (1988) conducted a detailed analysis of both brain cancer and liver cancer at these two plants, and found that the increased brain cancer mortality was not associated with vinyl chloride exposure. On the other hand, these authors demonstrated a significant association between liver cancer and vinyl chloride exposure. Thus, no causal link between brain cancer and vinyl chloride exposure was found in the CMA cohort.

This conclusion is supported by other studies. Recently, collaborators from four European countries (Italy, Norway, Sweden and U.K.) in a cohort of 12,706 vinyl chloride workers reported a brain cancer SMR of 1.07 based on 14 observed deaths (Simonato et al., 1991). This collaborative study included the two previous small Swedish studies (Byren et al., 1976; Hagmar et al.,1990), which reported an increase of brain cancer. In addition, this study also included updates of studies which had not reported an excess of brain cancer previously (Jones et al., 1988; Pirastu et al., 1990; Storetvedt Heldaas et al., 1984). Furthermore, a small Canadian study also reported no excess of brain cancer (Theriault and Allard, 1981). Therefore, studies from both Europe and Canada support our interpretation of the CMA study in this country that the observed brain cancer excess was not related to vinyl chloride exposure.

3

2251100G

BFG21306

Sir Richard Doll (1988) in a recent review combined the data from four major studies from U.S., U.K., Canada and Italy, and reported a small non-significant increased risk of brain cancer (29 observed vs. 19.54 expected; summary SMR = 1.48). With the updated IARC collaborative study, which includes both the U.K. and the Italian studies that Doll relied on, the summary brain cancer SMR will be even lower. In Doll's combined data, our study was the only one reporting a statistically significant brain cancer excess. We conclude that our finding of an excess of brain cancer among U.S. vinyl chloride workers reported earlier was not likely related to the chemical. The most likely explanation is that the excess was due either to chance (Doll, 1988) or to the diagnostic sensitivity bias discussed above (Greenwald et al., 1981).

**Emphysema/Chronic Obstructive Pulmonary Disease (COPD)**

Dr. Shah's second concern about the excess of emphysema/chronic obstructive pulmonary disease (COPD) brings out important issues in evaluating chronic airway obstructive disorders. In our 1991 paper (Wong, et al.), we were concerned that the term "emphysema" was too narrow a diagnostic term. The diagnostic term more frequently used in the United States is COPD. Emphysema and COPD are two diagnostic terms for chronic airway obstructive disorders and do not represent different conditions.

In his review Doll (1988) noted:

> *International comparisons of chronic nonmalignant respiratory diseases are complicated by the usage of different terms to describe what is now agreed is best called chronic obstructive lung (or pulmonary) disease, but which in the past tended to be called emphysema in the U.S. and chronic bronchitis in the United Kingdom. It must, therefore, be presumed that the two categories of "emphysema" and "chronic bronchitis" used respectively in the two large national studies were meant to describe the same thing.*

Thus, in accordance with Doll's comments, one must include COPD with either chronic bronchitis or emphysema if one is to include all of the diagnostic terms for apparently the same

4

2251 1007

BFG21307

condition in a review or comparison of world literature on vinyl chloride.

The Seventh Revision of the International Classification of Diseases (ICD7), which was used in the original as well as the subsequent updates of the CMA study, does not recognize that these different diagnostic terms for chronic obstructive airway disease describe the same generic condition. In ICD7, the code for chronic bronchitis is 502, whereas the codes for emphysema and COPD are found within 527 ("other diseases of the lung and pleural cavity"). Emphysema is coded 527.1, and COPD is coded 527.2. On the other hand, chronic bronchitis with emphysema is coded 502.0. In an historical mortality study, the codes for various subgroups of nonmalignant respiratory disease are further complicated by the changes in nomenclature over time.

In our study we found an overall mortality deficit of nonmalignant respiratory disease (SMR = 0.79), consistent with other studies reviewed by Doll (1988) and the most recent IARC collaborative study (Simonato, et al., 1991). However, in our study, we found a significant mortality excess of emphysema/COPD, accompanied by a significant mortality deficit of other nonmalignant respiratory disease:

| Disease category | Observed | Expected | SMR |
|---|---|---|---|
| Nonmalignant respiratory disease | 70 | 87.61 | 0.79 |
| Emphysema/COPD | 41 | 22.83 | 1.79 s |
| Other nonmalignant respiratory disease | 29 | 64.78 | 0.45 s |

s = significant at the 0.05 level

As Doll (1988) pointed out in his comments on the above result in our study, the potential for diagnostic misclassification between emphysema/COPD and other nonmalignant respiratory disease in some patients was certainly possible. This diagnostic problem of COPD based on death certificates in epidemiologic studies has also been discussed in detail recently by Selikoff (1992).

5

BFG21308

In addition to this potential diagnostic misclassification, we did not observe any upward trend in emphysema/COPD mortality by length of exposure to vinyl chloride; in fact, we observed an inverse relationship. Thus, this lack of a positive dose-response relationship argues against the interpretation that the excess was solely occupational in origin.

In our 1991 paper, we stated that we could not explain the emphysema/COPD excess, due to the limited exposure data and, more importantly, the lack of smoking data. Our primary objective in reporting the emphysema/COPD result was to alert other investigators. Clearly one must include all of the diagnoses used in that particular country to make certain that the comparisons are similar. For example, if Jones et al. (1988) had included ICD 527 with ICD 502 in their U.K. study, they might have found a different result. The same is true for the von Greiser et al. (1982) study in Germany cited by Doll (1988).

In summary, although we agree that the excess of emphysema/COPD reported in our study could have been due in part to diagnostic misclassification, we do not believe that the issue of chronic obstructive airway disease in relation to vinyl chloride exposure has been examined in sufficient detail. This issue can be assessed best by a comprehensive review of the world literature of epidemiologic studies of vinyl chloride workers, a review that includes the gamut of terminology for chronic airway disorders.

6

2251009

BFG21309

## References

Byren D, Engholm G, Englund A, Westerholm P (1976): Mortality and cancer morbidity in a group of Swedish VCM and PVC production workers. Environ Hlth Perspect 17:167-170.

Cooper WC (1981): Epidemiologic study of vinyl chloride workers: mortality through December 31, 1972. Environ Hlth Perspect 41:101-106.

Doll R (1988): Effects of exposure to vinyl chloride; an assessment of the evidence. Scand J Work Environ Health 14:61-78.

Greenwald P, Friendlander BR, Lawrence CE, Hearne T, Earle K (1981): Diagnostic sensitivity bias - an epidemiologic explanation for an apparent brain tumor excess. J Occup Med 23:690-694.

Hagmar L, Akesson B, Nielsen J, Andersson C, Linden K, Attewell R, Moller T (1990): Mortality and cancer morbidity in workers exposed to low levels of vinyl chloride monomer at a polyvinyl chloride processing plant. Am J Ind Med 17:553-565.

Hill AB (1965): The environment and health: Association or causation? Proc R Soc Med 58:295-300.

Jones RD, Smith DM, Thomas PG (1988): A mortality study of vinyl chloride monomer workers employed in the United Kingdom in 1940-1974. Scand J Work Environ Health 14:153-160.

Monson RR (1990): "Occupational Epidemiology, 2nd edition." CRC Press, Inc., Boca Raton, Florida.

Pirastu R, Comba P, Reggiani A, Foa V, Masina A, Maltoni C (1990): Mortality from liver disease among Italian vinyl chloride monomer/polyvinyl chloride manufacturers. Am J Ind Med 17:155-161.

Selikoff IJ (1992): Use of death certificates in epidemiological studies, including occupational hazards: discordance with clinical and autopsy findings. Am J Ind Med 22:469-480.

Shah HC (1993): Diagnostic bias in occupational epidemiologic studies. Am J Ind Med 23:XX-XX.

Simonato L, Abbe KA, Andersen A, Belli S, Comba P, Engholm G, Ferro G, Hagmar L, Langard S, Lundberg I, Pirastu R, Thomas P, Winkelmann R, Saracci R (1991): A collaborative study of cancer incidence and mortality among vinyl chloride workers. Scand J Work Environ Health 17:159-169.

7

2251101010

BFG21310

Storetvedt Heldaas S, Langard SL, Andersen A (1984): Incidence of cancer among vinyl chloride and polyvinyl chloride workers. Br J Ind Med 41:25-30.

Smulevich VB, Fedotova IV, Filatova VS (1988): Increasing evidence of the rise of cancer in workers exposed to vinyl chloride. Br J Ind Med 45:93-99.

Tabershaw IR, Gaffey WR (1974): Mortality study of workers in the manufacture of vinyl chloride and its polymers. J Occup Med 16:509-518.

Theriault G, Allard P (1981): Cancer mortality of a group of Canadian workers exposed to vinyl chloride monomer. J Occup Med 23:671-676.

von Greiser E, Reinl W, Weber H (1982): Vinyl-chloride exposition und mortalitat deutscher chemiearbeiter im vergleich zur mortalitat nichtexponierter chemiearbeiter und PVC-verarbeiter. Zentralbl Arbeitsmed Arbeitssch Prophyl Ergonomie 32:44-62.

Waxweiler RJ, Stringir W, Wagoner JK, Jones J, Falk H, Carter C (1976): Neoplastic risk among workers exposed to vinyl chloride. Ann N Y Acad Sci 271:40-48.

Wong O, Morgan RW, Bailey WJ, Swencicki RE, Claxton K, Kheifets L (1986): An epidemiological study of petroleum refinery employees. Br J Ind Med 43:6-17.

Wong O, Raabe GK (1989): Critical review of cancer epidemiology in petroleum industry employees, with a meta-analysis by cancer site. Am J Ind Med 15:283-310.

Wong O, Whorton MD, Foliart DE, Ragland D (1991): An industry-wide epidemiologic study of vinyl chloride workers, 1942-1982. Am J Ind Med 20-317-334.

Wu W, Steenland K, Brown D, Wells V, Jones J, Schulte P, Halperin W (1989): Cohort and case-control analyses of workers exposed to vinyl chloride: an update. J Occup Med 31:518-523.

8

225110.

BFG21311

## Exhibit 112:10/13/1993 (VEV 508268)

SPI (Scheck) to Bob Seymour and VI HSEC Committee (Hinderer  Faxed to Vista from VI
RE: HSE Committee – in which the made item for Upcoming Executive
Committee/Executive Board Meeting of the Vinyl Institute (supposedly a separate
organization from the CMA) re the need to conduct what would eventually become the
Mundt/AEI "Industry Wide" study published in 2000. The *only* stated purpose of the study
was for use in BC/VCM litigation in Lake Charles, LA and in New Jersey.

-13-1993  12:39      VISTA MFG HOUSTON                    P.002/002
OCT-13-'93 12:49   ID:THE VINYL INSTITUTE    TEL NO:201 890-7029   RESU M02

Discuss w/ DAP

October 13, 1993

TO:     Bob

Re:     HSE  Committee  -  Item  for  Upcoming  Executive
        Committee/Executive Board Meeting

At the HSE meeting on October 6, Veldon Messick of Vista updated
the committee on litigation filed against the company related to
brain cancer.  The purpose of this update was to:

a) determine whether there is any other similar litigation pending
at other companies and

b) to seek industry support in having the CMA study updated.

The four cases at Vista involve one Lake Charles LA based railroad
worker, one Lake Charles company employee, and two employees from
Vista's Aberdeen MS facility (one current employee and one former
employee now deceased).   The lawyer has reportedly sent out
"solicitation letters" to all who were involved in the original CMA
study.  FYI, there have been meetings to brief employees at both
sites that have involved Dave Penney and Tom Grumbles (who has
Safety responsibilities).

McCreedy noted that he was aware that Dow has been cited in one
case pending against Goodyear.

According to Veldon, the CMA study would take a substantial amount
of resources to have updated ($400,000 - 600,000) and there is some
difference of opinion as to whether this alone or some additional
work would be needed.   The CMA Vinyl Chloride panel is next
scheduled to meet in January.  The Committee felt that a policy
level discussion among the VCM/PVC producers by the Executive
Committee/Executive Board would be appropriate at the December
meeting.

I do know that Vista's chairman has spoken with Roger Hirl about
the brain cancer issue.  I don't know whether Mark Schneider or
someone else would be the appropriate person at Vista to highlight
the issue for the Exec.Comm./Exec. Bd. When you are back in the
office on October 18, why don't you and I talk about the best way
to proceed.

                                        Meredith

cc:  V. Messick

TOTAL P.002

VEV-508268

**Exhibit 113:11/30/1993 (VEV-508476)**

Vista memo re: CMA Epidemiology Study Update demonstrating that the entire reason for
even conducting the Mundt study was to help industry defend brain cancer cases such as
those pending in Lake Charles and New Jersey.

TO:        M. J. Schneider

FROM:      J. C. Ledvina
DATE:      November 30, 1993

Interoffice
Communication

SUBJECT:   CMA Epidemiology Study Update

**VISTA**

During the VI Executive Committee and Board meetings next week we suggest you update member-company representatives on Vista's efforts to encourage the CMA to update the PVC/VCM cancer death study. We are not asking the VI to do anything. The CMA Vinyl Chloride Panel is considering this issue and is the appropriate organization to champion the update.

Information which may be helpful for you include:

- An update is important to everyone in the VCM/PVC industry. If VCM is a problem, it is not just Vista's problem.

- Our objective at this VI meeting is to prepare member-companies to make the commitment to support the study both financially and to cooperate with a contractor to provide necessary worker records. CMA will approach them in the future for a commitment.

- The study involves over 10,000 PVC/VCM workers.

- CMA sponsored the last update for deaths occurring through 1982.

- Results of the 1982 update were not published until just a few years ago. Lead author was Otto Wong.

- The study covers all forms of cancer but we are most interested in brain cancer due to the two cases at LCVCM and two cases at Aberdeen.

- Dow is involved with a brain cancer case at Goodyear.

- As of 1982, the brain cancer incidence rate is not high enough to conclude that VCM is a brain cancer agent.

- Our workers are aware of the CMA study and ask why it hasn't been updated.

11/30/93.2   VCT5     VMF 697773 - 697775
BA003418 4
Page Number 001   TCA 2
Baggett, McCall & Burgess

VEV-508476

**Exhibit 114:5/5/1994 (R&S 143931 – 143941)**

Dow (Bond) to entire VCRC for Potential sponsors re: Benefits of updating Wong study = *litigation defense* with regard to  "other (non-ASL) cancers" that most every knowledgeable occupational epidemiologist has known for years, but Dow and the CMA Vinyl Panel it chairs hope to somehow "disprove."



## **Dow North America**

The Dow Chemical Company
Midland, Michigan 48674

2020 DOW CENTER
April 5, 1994

Dr. Has Shah
Chemical Manufacturers Association
2501 M. Street N.W.
Washington, D.C., 20037

VINYL CHLORIDE RESEARCH COORDINATORS

Dear Has:

Find enclosed three items which I agreed to develop for the CMA
Vinyl Chloride Research Coordinators prior to our next meeting:

1. A list of bullet points outlining the benefits to member companies
   of updating the inter-industry epidemiology study (three additional
   slides are enclosed which members of the group also may find
   useful in discussions with their respective management.)

2. A draft of a Request for Proposals (RFP) which includes a scope of
   work for soliciting bids from contractors.

3. A list of names and addresses of potential contractors who are
   capable of undertaking the epidemiologic research (Note, other
   than ENSR, no effort has been made to contact these contractors to
   learn of their interest in such a project.)

I was assisted in pulling this material together by my Dow colleague,
Dr. Jonathon Ramlow. As was mentioned to you and the members of
the group at our last meeting, I anticipate that Dr. Ramlow will
eventually replace me as the Dow representative. He is a fully qualified
epidemiologist and should do an outstanding job. Dr. Ramlow and I
anticipate jointly participating in the next several meetings to effect a
smooth transition of responsibilities.

bcc:    G. S.   Dillon, 2020 Dow Center
        J. Y.   Domoradzki, 1803 Building
        W. C.   Hayes, 2020 Dow Center
        R. L.   McCreedy, 2020 Dow Center
        C. E.   Nuila, Freeport
        J. M.   Ramlow, 1803 Building
        W. J.   Stearns, 2020 Dow Center

Dr. Has Shah
VINYL CHLORIDE RESEARCH COORDINATORS
April 5, 1994
Page 2

I assume you will promptly distribute the attached materials to the
other members of the group so that we can discuss them at our
upcoming meeting.  If you have any questions about this material do
not hesitate to call on me.

Sincerely yours,

Gregory G. Bond, Ph.D., M.P.H.
Senior Manager
Chemicals TS&D and Environmental Affairs
(517) 636-9063

tlr

Enclosure

R&S 143932

## POTENTIAL CONTRACTORS

Howard Rockette, Ph.D.
Department of Biostatistics
Graduate School of Public Health
University of Pittsburgh
130 DeSoto Street
Pittsburgh, PA 15261

(412) 604-3022


Harris Pastides, Ph.D.
School of Public Health
Occupational Epidemiology
University of Massachusetts
Room 407 Arnold House
Amherst, MA 01003

(413) 545-6167


Dr. Roy E. Shore
Professor
Environmental Medicine
New York University Medical Center
341 E. 25th Street, Room 204
New York, NY 10010-6500

(212) 340-6500

R&S 143933

**DRAFT**

**Scope of Work**

**Update of Mortality Among Vinyl Chloride Workers**

The Chemical Manufacturers Association (CMA) is interested in receiving proposals to update the mortality experience among an established cohort of workers employed in the vinyl chloride/polyvinyl chloride (VC/PVC) industry. This cohort was previously studied by Tabershaw and Gaffey (1974), Cooper (1981) and Wong, et al. (1991).

The Scope of Work for this project is outlined below and includes some key elements which should be addressed in any proposals submitted.

As you will note, the CMA is interested in receiving two major work products at the conclusion of the project:  1)  A written technical report summarizing an epidemiologic evaluation of the mortality experience of the workers through 1992 and 2)  A manuscript which is suitable for publication in the peer-reviewed scientific literature.

**Background**

The original records which formed the basis for prior reports of the mortality experience of this cohort are currently in the possession of ENSR Health Sciences located in Alameda, California. If a different study group is awarded the contract to conduct the update study, CMA will arrange the transfer of all pertinent records from ENSR to that contractor.   However, as you will note in the attached correspondence between Dr. Shah of CMA and Dr. Whorton of ENSR, ENSR did make confidentiality agreements with some states precluding a direct transfer of death certificates for some of the cohort members. Therefore, submitted proposals will need to indicate how other contractors would proceed to obtain such death certificates for persons dying prior to 1983, the end date for follow-up in the most recent update.

**Projected Scope of Work**

All proposals submitted in response to this request should address the following issues:

1.  Verification of the completeness of the database in comparison with the results of the most recent update (see Wong, et al. 1991, attached.)

2.  How to obtain death certificates for employees dying before 1983 which could not be transferred directly from ENSR.

3.  Ascertainment of vital status of cohort members who survived through the end of the previous update period (i.e., 12/31/92.)

2

4.  Obtaining death certificates for employees determined to have died after 1982 and assigning a nosologically valid cause of death to each.

5.  Conduct of a Standardized Mortality Ratio analysis comparing the cause-specific mortality experience of the cohort with age-, race-, gender-, and period-specific rates for the U.S. male population and individual state male populations. The analyses conducted should consider at least the following factors:

    *   Age at first exposure

    *   Year of first exposure

    *   Type of plant (VCM or PVC)

    *   Length of exposure

    *   Elapsed time since first exposure

In addition to these points, any proposal should also include the investigators' thoughts on the feasibility and technical merit of the following:

1.  Updating the exposure histories of surviving cohort members from 1982 through 1992.

2.  Performing internally standardized mortality comparisons using such methods as Poison regression for comparing SMR's.

**Technical Criteria**

You may be interested in some of the criteria that the CMA Vinyl Chloride Research Coordinator's Group will use to evaluate the proposals received. These are listed below for your consideration when preparing your response. The criteria are not listed in any particular order and should not be viewed as having equal weight.

1.  The curriculum vitae for each of the scientists who will comprise your project team.

2.  Your proposed approach to each of the technical items listed in the Scope of Work.

3.  Your proposed schedule for completion of the required deliverable work products listed below.

4.  Your description of the technical and physical resources at your disposal for completion of this project.

R&S 143935

**Required Deliverable Work Products**

The deliverables expected by CMA include the following:

1.  A series of timely progress reports addressing the following:

    • Verification of completeness of the existing database against the tables presented in the 1986 report to CMA prepared by Wong, et al. (see attachment.)

    • Outcome of efforts to ascertain vital status of cohort members through 1992.

    • Outcome of efforts to obtain death certificates for employees dying after 1982, and for employees dying before 1983 if necessary.

2.  A detailed technical report summarizing the epidemiologic analysis submitted to CMA for review and commentary by participating member companies.

3.  A manuscript suitable for publication in the peer-reviewed scientific literature, submitted to CMA for review and commentary by participating member companies.

**Timing**

Investigators wishing to submit proposals should do so by June 15, 1994. CMA would like to receive proposals in two separate documents--one containing the technical proposal and one containing the cost and time-schedule proposals. This will allow us to evaluate the technical merits of the proposal independent of cost and time-schedule considerations. Please supply an original plus ten copies of the technical proposal, and an original plus two copies of the cost/time-schedule proposal.

CMA proposes to evaluate all proposals received in late June 1994, and will select a contractor in July 1994. CMA proposes to award a fixed-price contract to the successful applicant. If your project team prefers a different form of contract, please indicate your preference in your cost proposal.

**Additional Information**

Please contact Dr. Has Shah at (202) 887-1192 if you have any questions about this request or about contract administrative details. Our lead scientist for this effort is Dr. Jonathan Ramlow of The Dow Chemical Company. You may contact him at (517) 636-1276 with questions about the scientific aspects of this Scope of Work.

R&S 143936

# HISTORICAL PERSPECTIVE ON INTER-INDUSTRY VINYL CHLORIDE STUDY

| | |
|---|---|
| **1960-1963** | Report published documenting anesthetic effects in animals and humans and liver injury in animals from chronic exposure. |
| **1967** | Acroosteolysis reported in humans exposed to high levels of VCM. |
| **1971** | Carcinogenicity of VCM discovered in animals, including angiosarcoma of the liver. |
| **1973** | CMA sponsors Tabershaw-Cooper Associates to conduct an epidemiologic study of 8,384 vinyl chloride workers from 34 plants. |
| **1974** | First reports of angiosarcoma of the liver cases in VCM workers. |
| **1974** | Tabershaw-Cooper report preliminary results confirming high risk of angiosarcoma of the liver and suggesting excess cancers of respiratory system, brain and lymphoma. |

GGB 3/15/94

R&S 143937

# HISTORICAL PERSPECTIVE ON INTER-INDUSTRY VINYL CHLORIDE STUDY
### (cont.)

| | |
|---|---|
| 1974 | OSHA holds hearings and revises PEL down to 1 ppm. |
| 1981 | Cooper expands original epidemiology study to include 10,173 workers from 37 plants--reports show angiosarcoma and brain cancer to be in excess through 1972. |
| 1986 | EHA updates inter-industry study with follow-up through 1982--reports angiosarcoma, brain cancer and emphysema to be in excess--no excess respiratory cancer or lymphoma/leukemia. |
| 1991 | EHA study is published. |
| 1993 | CMA letter to the editor and EHA response are published clarifying the brain cancer and emphysema findings. |
| 1994 | CMA Vinyl Chloride Research Coordinators meet to discuss updating study. |

GGB 3/15/94

H&S 143300

"The study carried out by Environmental Health Associates on behalf of the U.S. Chemical Manufacturers Association is the largest and most informative investigation thus far undertaken."

Sir Richard Doll
Scand J Work Enviorn Health 1988; 14:61-78

GGB 3/15/94

R&S 143939

# BENEFITS OF UPDATING INTER-INDUSTRY STUDY OF VINYL CHLORIDE WORKERS

- Product Stewardship
  - Demonstrates to workers, community residents, customers, and other audiences our collective commitment to characterize cancer risks associated with employment in VCM/PVC processes.

- Scientific Knowledge
  - Refines the estimate of the number of cases of human angiosarcoma of the liver (ASL) associated with operating VCM/PVC plants in the pre-1972 era in North America.
  - Provides basis for refining human cancer risk assessments which are used by government agencies for permitting facilities, etc.
  - Contributes ASL cases to the international registry.
  - Helps to resolve unanswered questions about alleged links to cancers of the brain, lung, and hematopoeitic system as well as address non-cancer causes of death such as emphysema.

- Litigation Defense
  - VCM/PVC manufacturers continue to face toxic tort litigation alleging that numerous other types (non-ASL) of cancer are related to VCM/PVC employment. This type of research is useful in defending such litigation.

R&S 14394C

GGB 3/15/94

# BENEFITS OF UPDATING INTER-INDUSTRY STUDY OF VINYL CHLORIDE WORKERS
### (cont.)

- Chlorine Issue
  - VCM/PVC continue to be a part of the general debate on health and environmental impacts of chlorinated organics. This type of research serves a valuable role in helping to debate the issues on the basis of good science.

R&S 143941

GGB 9/15/94

**Exhibit 115:8/11/1994 (CMA 116555 – 116568)**

CMA (Has Shah) to Westlake Polymers (Ron Gilbert) Re:  WP's decision to join the Vinyl Chloride Panel Health Committee with enclosed comment form and activities list of VCPHC



2020 DOW CENTER
April 11, 1994

The Dow Chemical Company
Midland, Michigan 4867<

Dr. Has Shah
Chemical Manufacturers Association
2501 M Street N.W.
Washington, DC  20037

Dear Has:

Find enclosed a rewrite of the Scope of Work which removes any reference to
your correspondence with Don Whorton of **ENSR**, and instead includes an
attachment listing the status of ENSR Confidentiality Agreements with
Individual States.  I hope this draft can now be shared with other members of
our workgroup.

Gregory G. Bond, Ph.D., M.P.H., F.A.C.E.
Senior Manager
Chemicals TS&D and Environmental Affairs
(517) 636-9063

psk

Attachment

cc:  Jonathan Ramlow, The Dow Chemical Company

CMA 116555



# *Dow North America*

The Dow Chemical Company
Midland, Michigan 48674

2020 DOW CENTER
April 5, 1994

Dr. Has Shah
Chemical Manufacturers Association
2501 M. Street N.W.
Washington, D.C., 20037

## VINYL CHLORIDE RESEARCH COORDINATORS

Dear Has:

Find enclosed three items which I agreed to develop for the CMA Vinyl Chloride Research Coordinators prior to our next meeting:

1. A list of bullet points outlining the benefits to member companies of updating the inter-industry epidemiology study (three additional slides are enclosed which members of the group also may find useful in discussions with their respective management.)

2. A draft of a Request for Proposals (RFP) which includes a scope of work for soliciting bids from contractors.

3. A list of names and addresses of potential contractors who are capable of undertaking the epidemiologic research (Note, other than ENSR, no effort has been made to contact these contractors to learn of their interest in such a project.)

I was assisted in pulling this material together by my Dow colleague, Dr. Jonathon Ramlow. As was mentioned to you and the members of the group at our last meeting, I anticipate that Dr. Ramlow will eventually replace me as the Dow representative. He is a fully qualified epidemiologist and should do an outstanding job. Dr. Ramlow and I anticipate jointly participating in the next several meetings to effect a smooth transition of responsibilities.

CMA 116556

Dr. Has Shah
VINYL CHLORIDE RESEARCH COORDINATORS
April 5, 1994
Page 2

I assume you will promptly distribute the attached materials to the
other members of the group so that we can discuss them at our
upcoming meeting.  If you have any questions about this material do
not hesitate to call on me.

Sincerely yours,

Gregory G. Bond, Ph.D., M.P.H.
Senior Manager
Chemicals TS&D and Environmental Affairs
(517) 636-9063

tlr

Enclosure

CMA 116557

## DRAFT

### Scope of Work

### Update of Mortality Among Vinyl Chloride Workers

The Chemical Manufacturers Association (CMA) is interested in receiving proposals to update the mortality experience among an established cohort of workers employed in the vinyl chloride/polyvinyl chloride (VC/PVC) industry. This cohort was previously studied by Tabershaw and Gaffey (1974), Cooper (1981) and Wong, et al. (1991).

The Scope of Work for this project is outlined below and includes some key elements which should be addressed in any proposals submitted.

As you will note, the CMA is interested in receiving two major work products at the conclusion of the project:  1)  A written technical report summarizing an epidemiologic evaluation of the mortality experience of the workers through 1992 and 2)  A manuscript which is suitable for publication in the peer-reviewed scientific literature.

### Background

The original records which formed the basis for prior reports of the mortality experience of this cohort are currently in the possession of ENSR Health Sciences located in Alameda, California. If a different study group is awarded the contract to conduct the update study, CMA will arrange the transfer of all pertinent records from ENSR to that contractor.  However, ENSR did make confidentiality agreements with some states (see attached list) precluding a direct transfer of death certificates for some of the cohort members.  Therefore, submitted proposals will need to indicate how other contractors would proceed to obtain such death certificates for persons dying prior to 1983, the end date for follow-up in the most recent update.

### Projected Scope of Work

All proposals submitted in response to this request should address the following issues:

1. Verification of the completeness of the database in comparison with the results of the most recent update (see Wong, et al. 1991, attached.)

CMA 116558

2. How to obtain death certificates for employees dying before 1983 which could not be transferred directly from ENSR.

3. Ascertainment of vital status of cohort members who survived through the end of the previous update period (i.e., 12/31/92.)

4. Obtaining death certificates for employees determined to have died after 1982 and assigning a nosologically valid cause of death to each.

5. Conduct of a Standardized Mortality Ratio analysis comparing the cause-specific mortality experience of the cohort with age-, race-, gender-, and period-specific rates for the U.S. male population and individual state male populations.  The analyses conducted should consider at least the following factors:

   • Age at first exposure

   • Year of first exposure

   • Type of plant (VCM or PVC)

   • Length of exposure

   • Elapsed time since first exposure

In addition to these points, any proposal should also include the investigators' thoughts on the feasibility and technical merit of the following:

1. Updating the exposure histories of surviving cohort members from 1982 through 1992.

2. Performing internally standardized mortality comparisons using such methods as Poison regression for comparing SMR's.

CMA 116559

## Technical Criteria

You may be interested in some of the criteria that the CMA Vinyl Chloride Research Coordinator's Group will use to evaluate the proposals received. These are listed below for your consideration when preparing your response. The criteria are not listed in any particular order and should not be viewed as having equal weight.

1. The curriculum vitae for each of the scientists who will comprise your project team.

2. Your proposed approach to each of the technical items listed in the Scope of Work.

3. Your proposed schedule for completion of the required deliverable work products listed below.

4. Your description of the technical and physical resources at your disposal for completion of this project.

## Required Deliverable Work Products

The deliverables expected by CMA include the following:

1. A series of timely progress reports addressing the following:

   - Verification of completeness of the existing database against the tables presented in the 1986 report to CMA prepared by Wong, et al. (see attachment.)

   - Outcome of efforts to ascertain vital status of cohort members through 1992.

   - Outcome of efforts to obtain death certificates for employees dying after 1982, and for employees dying before 1983 if necessary.

2. A detailed technical report summarizing the epidemiologic analysis submitted to CMA for review and commentary by participating member companies.

CMA 116560

3. A manuscript suitable for publication in the peer-reviewed scientific literature, submitted to CMA for review and commentary by participating member companies.

## Timing

Investigators wishing to submit proposals should do so by June 15, 1994. CMA would like to receive proposals in two separate documents--one containing the technical proposal and one containing the cost and time-schedule proposals. This will allow us to evaluate the technical merits of the proposal independent of cost and time-schedule considerations. Please supply an original plus ten copies of the technical proposal, and an original plus two copies of the cost/time-schedule proposal.

CMA proposes to evaluate all proposals received in late June 1994, and will select a contractor in July 1994. CMA proposes to award a fixed-price contract to the successful applicant. If your project team prefers a different form of contract, please indicate your preference in your cost proposal.

## Additional   Information

Please contact Dr. Has Shah at (202) 887-1192 if you have any questions about this request or about contract administrative details. Our lead scientist for this effort is Dr. Jonathan Ramlow of The Dow Chemical Company. You may contact him at (517) 636-1276 with questions about the scientific aspects of this Scope of Work.

CMA 116561

## Status of ENSR Confidentiality Agreements with Individual States

ENSR had to enter into agreements with different entities to obtain death certificates. In some states, there were no restrictions with whom who we could share, while with others there are variable restrictions. The following summarizes the options by the states that know:

### Group A:

States will allow ENSR to give the death certificates to individual companies or CMA as long as we document what is being transmitted

This group includes the following states:  Alaska, California, Connecticut, Washington, D.C., Illinois, Iowa, Maryland, Massachusetts, Minnesota, Nevada, Ohio, and Washington.

### Group B:

ENSR can provide state file numbers, dates of death, and names to companies or CMA.

This group includes the following states:  Colorado, Georgia, Idaho, Indiana, Kentucky, Louisiana, Maine, New Mexico, New York, Oregon, Rhode Island, South Carolina, West Virginia, Wisconsin, and Wyoming.

### Group C:

These states require both ENSR and the companies or CMA to write and request the death certificates based on the studies. This involves completing application forms for each state (not all the same), entering the state file numbers, and communicating with each company or CMA. There is then the additional cost of the death certificates.

This group includes the following locations:  Alaska, Arizona, Arkansas, Delaware, Florida, Kansas, Michigan, Missouri, Mississippi, Montana, New Hampshire, New Jersey, New York City, North Carolina, North Dakota, Oklahoma, Pennsylvania, South Dakota, Tennessee, Texas, Utah, Virginia, and Puerto Rico.

We are still investigating the process for three states:  Hawaii, Nebraska, and Vermont.  They have not responded to multiple inquiries.

CMA 116562

## POTENTIAL CONTRACTORS

Howard Rockette, Ph.D.
Department of Biostatistics
Graduate School of Public Health
University of Pittsburgh
130 DeSoto Street
Pittsburgh, PA 15261

(412) 604-3022


Harris Pastides, Ph.D.
School of Public Health
Occupational Epidemiology
University of Massachusetts
Room 407 Arnold House
Amherst, MA 01003

(413) 545-6167

Dr. Roy E. Shore
Professor
Environmental Medicine
New York University Medical Center
341 E. 25th Street, Room 204
New York, NY 10010-6500

(212) 340-6500

CMA 116563

# HISTORICAL PERSPECTIVE ON INTER-INDUSTRY VINYL CHLORIDE STUDY

| | |
|---|---|
| 1960-1963 | Report published documenting anesthetic effects in animals and humans and liver injury in animals from chronic exposure. |
| 1967 | Acroosteolysis reported in humans exposed to high levels of VCM. |
| 1971 | Carcinogenicity of VCM discovered in animals, including angiosarcoma of the liver. |
| 1973 | CMA sponsors Tabershaw-Cooper Associates to conduct an epidemiologic study of 8,384 vinyl chloride workers from 34 plants. |
| 1974 | First reports of angiosarcoma of the liver cases in VCM workers. |
| 1974 | Tabershaw-Cooper report preliminary results confirming high risk of angiosarcoma of the liver and suggesting excess cancers of respiratory system, brain and lymphoma. |

CMA 116564

GGB 3/15/94

# HISTORICAL PERSPECTIVE ON INTER-INDUSTRY VINYL CHLORIDE STUDY

(cont.)

1974    OSHA holds hearings and revises PEL down to 1 ppm.

1981    Cooper expands original epidemiology study to include 10,173 workers from 37 plants-- reports show angiosarcoma and brain cancer to be in excess through 1972.

1986    EHA updates inter-industry study with follow-up through 1982-- reports angiosarcoma, brain cancer and emphysema to be in excess--no excess respiratory cancer or lymphoma/leukemia.

1991    EHA study is published.

1993    CMA letter to the editor and EHA response are published clarifying the brain cancer and emphysema findings.

1994    CMA Vinyl Chloride Research Coordinators meet to discuss updating study.

GGB 3/15/94

CMA 116565

"The study carried out by Environmental Health Associates on behalf of the U.S. Chemical Manufacturers Association is the largest and most informative investigation thus far undertaken."

Sir Richard Doll
Scand J Work Enviorn Health 1988;
14:61-78

CMA 116566

GGB 3/15/94

# BENEFITS OF UPDATING INTER-INDUSTRY STUDY OF VINYL CHLORIDE WORKERS

Product Stewardship

- Demonstrates to workers, community residents, customers, and other audiences our collective commitment to characterize cancer risks associated with employment in VCM/PVC processes.

Scientific Knowledge

- Refines the estimate of the number of cases of human angiosarcoma of the liver (ASL) associated with operating VCM/PVC plants in the pre-1972 era in North America.
- Provides basis for refining human cancer risk assessments which are used by government agencies for permitting facilities, etc.
- Contributes ASL cases to the international registry.
- Helps to resolve unanswered questions about alleged links to cancers of the brain, lung, and hematopoeitic system as well as address non-cancer causes of death such as emphysema.

- Litigation Defense
  - VCM/PVC manufacturers continue to face toxic tort litigation alleging that numerous other types (non-ASL) of cancer are related to VCM/PVC employment. This type of research is useful in defending such litigation.

CMA 116567

GGB 3/15/94

# BENEFITS OF UPDATING
# INTER-INDUSTRY STUDY OF
# VINYL CHLORIDE WORKERS
### (cont.)

- Chlorine Issue
  - VCM/PVC continue to be a part of the general debate on health and environmental impacts of chlorinated organics. This type of research serves a valuable role in helping to debate the issues on the basis of good science.

CMA 116568

GGB 3/15/94

**Exhibit 116:10/27/1994 (BFG 001092 – 001102)**

Tamburro to CMA (Hasmukh Shaw, M.D.) re: study of brain cancer in vinyl chloride exposed workers in which, at the solicitation of the indiscreetly identified Michael Sweeny (outside counsel for PPG in at least 3 VCM/BC cases pending in NJ and LA)as having solicited his (utterly corrupt and unethical) proposal to conduct a study that Tamburro assured CMA would at last "prove" VCM was not associated with BC (eventually published in 2002, 5 years overdue, after manipulation and substantive (supposedly "privileged") changes made by Dow and published under the name of authors not previously involved, and which was, incredibly, actually recently cited by IARC in its new industry influenced monograph( without knowledge of its corrupt conception and little details that Dow had led UOL *to put VCM exposed workers who had actually been in the cohort of exposed* workers – in at least 7 previous MCA/CMA "Industry wide" studies

Carlo H. Tamburro, M.D., M.P.H.
Chief, Division of Occupational Toxicology
Director, Liver Research Center

School of Medicine 119A
University of Louisville
Louisville Kentucky 40292
FAX (502) 568-8027

# UNIVERSITY of LOUISVILLE

October 27, 1994

Hasmukh Shaw, M.D.
Chemical Manufacturers Association
2501 M. Street, N.W.
Washington, D.C. 20037

RE: Study of Brain Cancer in Vinyl Chloride Exposed Workers

Dear Dr. Shaw:

As per Mr. Michael Sweeney's request, I am submitting our time and cost estimate for the rapid completion of our study of brain cancer occurrence in vinyl chloride exposed workers. Enclosed you will find a summary of the budgetary assistance needed for us to complete the updating and publication of this brain cancer and vinyl chloride exposure study. The need to update is due in part to the recent reorganization of the B.F. Goodrich Company. Although all the original workers are still physically present in the original B.F. Goodrich Company Bells Lane plant, that site is now split into three different corporate structures: B.F. Goodrich, Geon, and Zeon Kentucky. As I indicated to Mr. Sweeney during their recent visit, we are now reestablishing a working network with all three companies that will provide for scientific information to be made available. This updating, based on part-time effort, was expected to proceed to completion over the next two years and one-half years.

We are prepared to proceed at a more rapid rate to complete the brain study with a 20-year prospective follow-up. This update would also provide a 25-year combined retrospective evaluation of the relationship of vinyl chloride to brain cancer. Each brain cancer case will be paired with all available matched controls and be analyzed by rank ordered analysis (reference Greenburg and Tamburro, JOM 1981). By this approach, each case will become an individual causal study. Each additional case will add further confirmation to the absence or presence of an identifiable relationship between any of 22 or more chemicals studied. In this manner we expect to revalidate our first observation, that no causal relationship exists between vinyl chloride exposure and brain cancer.

The assistance we require, in the form of a grant to the University, would allow us to analyze workers exposed to vinyl chloride both by rank order and environmental levels. The study hypotheses to be confirmed are based on our initial observation. That:

1. Vinyl chloride exposure is not associated, clinically or histologically with brain cancer development, based on 20-years of prospective and 25-years of retrospective study.

2. There is an environmental vinyl chloride level or biological threshold (minimum environmental level) at which no association with any brain disease has been found.

3. The biological threshold for disease development for humans exposed to vinyl chloride is 50ppm (parts per million) or less TWA (time weighted average) exposure for less than 3 years.

Liver Research Center and Laboratory
Department of Medicine
(502) 588-5251

Division of Occupational Toxicology
Department of Pharmacology and
Toxicology
(502) 588-6181

BFG    01092

Dr. Shaw
October 27, 1994

Page 2

We feel, scientifically, that the complete updated analysis will reconfirm these initial observations.

Our time estimate regarding updating, verifying, analyzing, and preparing the report for submission to a recognized national peer reviewed journal would be completion in 7-9 months. Enclosed is a summary of the work and services required to update the B.F. Goodrich study database in this time frame.

If I can provide any further clarification or information, please do not hesitate to give me a call. I look forward to hearing your response at your earliest convenience.

Sincerely,

Carlo H. Tamburro, M.D., M.P.H.
Professor of Medicine
Director of Liver Research Center & Lab
Professor of Pharmacology & Toxicology
Chief, Division of Occupational Toxicology

CHT:sam
Enclosures

**BFG   01093**

# BUDGET FOR CMA

| PERSONNEL NAME | TIME ON PROJECT | ROLE ON PROJECT | SUMMARY COST |
|---|---|---|---|
| Carlo H. Tamburro, MD, MPH | 10% | Principle Investigator | 13,000. |
| H. Philip Fortwengler, MS | 75% | Occupational Data Manager | 33,066. |
| Lark Reynolds, BS | 75% | Data Coordinator | 15,190. |
| Mary Heck, MT | 25% | Histological Procurement | 7,420. |
| Stephen W. Looney, PhD | 20% | Biostatistician | 18,130. |
| SUBTOTAL | | | 86,806. |

| | |
|---|---|
| EMPLOYEE CONSULTATIVE COSTS[1] | 2,140. |
| SUPPLIES, EQUIPMENT[2] | 1,900. |
| TRAVEL[3] | 200. |
| SUBTOTAL | 4,240. |
| TOTAL (DIRECT COSTS) | 91,046. |
| INDIRECT COSTS (25% S&W) | 21,702. |
| GRAND TOTAL | 112,748. |

---

1. Consultative cost for past and present key employee needed to work with U of L staff in work and environmental record data collection and verification, also cost for external independent biostatistical and epidemiology review.

2. Includes special computer updated software to increase speed and efficiency of large data set analysis, use of university main frame (computer time), telephone, mailing and support services cost.

3. Costs that will be encountered to check all regional hospitals for tissue verification of tumor diagnosis, especially the 100 not having complete cause of death data.

**BFG    01094**

# PROPOSAL AND OUTLINE
## LABOR AND SUPPLIES NEEDED
## FOR RAPID UPDATING OF
## THE 20 YEAR PROSPECTIVE/45 YEAR RETROSPECTIVE
## BRAIN CANCER STUDY ON VINYL CHLORIDE EXPOSURE

INFORMATION NEEDED:

1.  **Contiguous Work Histories.** Updating of the contiguous industrial work histories will need to be completed and verified on all employees from the original B.F. Goodrich Company and the two offspring companies, Zeon and Geon. Some employees have been continually employed, others are new hires, retired, or have died since the last update. A reasonable estimate is 600-700 employees per year from 1979-1993 need updating or verification.

2.  **Job Title Listings by Industry, Plant, Building, and Year.** Review and updating of all past (before 1980) and new job titles (after 1980). New plant construction, renovations, and manufacturing location changes, which have occurred in recent years necessitate this step. In addition, there have been physical plant areas segregated into offspring companies. These job title listings will be used to produce a table of updated exposure ranking for all employees for all of the 1980's and 1990's.

3.  **Exposure Rankings.** Exposure ranking updates are required on the cohort as described above. Updated ratings (ranking) will be given to all new job titles and old job titles used in the old and new sections of the plant(s) from 1979-1994. Participation of experienced employees will be needed and used for rating processes.

4.  **Chemical History.** Updated documentation/verification of the continuous use of the 22 chemicals originally identified is needed. The area and personal monitoring data, where available, for these chemicals under evaluation will also be updated. This will be used for quantitative confirmation of rank order. The years and the buildings in which any of the 22 chemicals under study were used will also be reconfirmed.

5.  **Death Confirmation Data.** Death certificate data is available on ~~484~~ vinyl monomer workers. Forty-six have incomplete data or need updating for cause of deaths. Retired, and separated employees data needs to be completed and reverified.

6.  **Cancer Records.** The histology, where and when ever available, will be examined for all brain cancer cases. This will be done for verification and confirmation of the histological tissue type. There will also be a follow-up conducted by phone or mail for retired former employees living outside the greater Louisville area if contact information is available.

LABOR EXPENDITURES REQUIRED:

Where needed, employees from B.F. Goodrich, Zeon, and Geon, paid by and working for the U of L staff, will be used to assist in gathering all pertinent work records and documents. The U of L staff will supervise the acquisition of all employee work records and the transfer of data via computer into the occupational interrelational data bank.

BFG    01095

RECORDS GENERATED:

1.    **Employee-Year Records.** An estimated 600-700 employees per year for 15 years yields approximately 9,750 employee-years of work histories.

2.    **Maximum Estimated Cancer Cases.** Brain cancer cases (all types) from 1945-1993 is estimated (based on all Kentucky cancer deaths 200/100,000) at no greater than 5-7/1,000. This estimate includes non-death cancer cases. At this point, we have identified 136 cancer cases (all types) and 10 brain cancer cases in the 484 deaths.

3.    **Analysis.** Analysis regarding exposure and cancer by site and tissue type will be analyzed by nonparametic statistics. These methods are used and validated in the publication: Greenburg RA, Tamburro CH, Exposure indices for epidemiological surveillance of carcinogenic agents in an industrial chemical environment. *Journal of Occupational Medicine* 1981; 23(5):353-358.

**BFG    01096**

# Exposure Indices for Epidemiological Surveillance of Carcinogenic Agents in an Industrial Chemical Environment

Richard A. Greenberg, Ph.D., M.P.H., and Carlo H. Tamburro, M.D.

*A prospective system for establishing chemical exposure indices was developed and implemented for 22 chemicals used at a Louisville chemical plant. Validation of the indices was done statistically using industry-related cancer (liver angiosarcoma) and worker-matched controls. A rank ordered system for exposures was used to identify a relationship between the occurrence of disease and the presence of a suspect chemical used in the industrial environment.*

$A$ major difficulty in the epidemiology of occupational carcinogenesis is obtaining accurate exposure data, especially if the data must be procured after cancer develops. While epidemiological investigations of outbreaks of disease, infectious or chronic, are always retrospective, the long latent period between exposure to a causative factor and the occurrence of cancer complicates this problem. Routine continuous recording of exposure to possible carcinogens is an ideal goal. Unfortunately, this is not practical for most chemicals in a modern industrial setting. What is eminently practical, however, is a system utilizing rank ordering of exposures for highly suspect chemicals.

The B. F. Goodrich Louisville Chemical plant developed such a system in 1974 in response to the discovery of cases of hepatic angiosarcoma.[1-5] This system was the basis of the initial reports. It was extensively modified during a prospective medical screening program established by the University of Louisville under contract NO1-CN-55212 with the cancer control program of the National Cancer Institute.[6,7] The authors are unaware of other similar existing data sets. Occupational studies are usually based on group, rather than individual, exposures. An excellent review of the literature is given by Gamble et al.[8] A recent discussion of a computerized system is given by Kerr.[9]

The system for establishing exposure indices on an ongoing basis was developed through employee work histories and rank ordered job exposure categories. All jobs are classified uniquely by both area location and work description by means of area-description (A-D) codes which identify employment occurring in a particular building or area, independent of job; in a particular job, independent of building or area; or by both area and description.

The exposure index combines two components, i.e., work history and job exposure category, by utilizing the A-D code. The chemical exposure rating is an ordered, six-category ranking assigned to each A-D number for each calendar year, as follows:

| Rating | Level of Exposure |
|---|---|
| 0 | Absent from Environment (on leave, furlough, layoff, etc.) |
| 1 | Lowest Exposure (includes exposure up to somewhere near one hour per day) |
| 2 | Minimal Exposure to Low Levels (chemical in building — not handled; low vapor pressure and dust level; individual probably works on different floor) |
| 3 | Moderate Exposure (works around the chemical, but exposure is minimal; individual is frequently exposed to little spills or leaks and infrequently — less than once per month — to large spills or leaks) |
| 4 | Works in Area Subject to High Occupational Exposures (normally exposure is minimal, but large spills or leaks occur once per month or more) |
| 5 | Works in Areas Where Level is High (exposure levels in area are frequently high; might consider that some risk is involved if the chemical is very toxic) |
| 6 | Intimate Contact — Skin or High Inhalation (includes individuals with daily and direct contact with the chemicals, such as poly cleaner in the old days and those who handled slurry) |

From the University of Louisville, Dept. of Community Health (Dr. Greenberg) and Dept. of Medicine (Dr. Tamburro), P.O. Box 35260, Louisville, KY 40232.

Reprinted from Journal of Occupational Medicine
May, 1981, Volume 23, No. 5
pp. 353-358
©JOM 1981

353

BFG    01097

| | | | | | Table 1. — Detailed Work and Exposure History. | | | | |

| | 1A Work History | | | 1B Exposure Rank for Each Chemical | | | | |
| Year | A Building | D Job | No. Months | Vinyl Chloride | 2* | 3* | | 22* |
|------|-----------|-------|------------|----------------|-----|-----|------|-----|
| 1944 | 000 | 575 | 6 | 2 | 1 | 1 | .................... | 4 |
| 1945 | 000 | 576 | 5 | 2 | 1 | 1 | .................... | 4 |
| 1945 | 111 | 194 | 7 | 5 | 1 | 1 | .................... | 1 |
| 1946 | 111 | 194 | 12 | 6 | 4 | 1 | .................... | 1 |
| 1947 | 111 | 194 | 12 | 6 | 4 | 3 | .................... | 1 |
| 1948 | 111 | 194 | 8 | 5 | 4 | 3 | .................... | 1 |
| 1948 | 121 | 192 | 4 | 4 | 3 | 1 | .................... | 1 |
| 1949 | 121 | 192 | 4 | 4 | 3 | 1 | .................... | 1 |
| 1949 | 112 | 253 | 8 | 2 | 6 | 3 | .................... | 2 |
| 1949 | 112 | 253 | 8 | | | | | |
| 1949 | 112 | 253 | 8 | | | | | |
| 1949 | 112 | 253 | 8 | | | | | |
| 1957 | 121 | 235 | 12 | 4 | 3 | 1 | .................... | 1 |
| 1957 | 121 | 235 | 12 | | | | | |
| 1957 | 121 | 235 | 12 | | | | | |
| 1957 | 121 | 235 | 12 | | | | | |
| 1972 | 117 | 573 | 5 | 1 | 2 | 1 | .................... | 1 |
| 1972 | 000 | 574 | 7 | 2 | 1 | 1 | .................... | 4 |
| 1973 | 000 | 574 | 12 | 2 | 1 | 1 | .................... | 4 |
| 1974 | 000 | 574 | 8 | 2 | 1 | 1 | .................... | 4 |
| 1974 | Terminated | | | | | | | |

*Other chemical

Twenty-two chemicals from two distinct manufacturing processes, one related to synthetic rubber and the other to plastics, were selected for rating. The ratings were assigned by panels of chemical exposure judges. The full six-point scale was not utilized for all chemicals. Although it would have been ideal to have a quantitative, continuous scale of actual exposure to parts per million, this was not available for all B. F. Goodrich employees for all chemicals (nor is it likely to be available in any other industry). In order to overcome the subjectivity inherent in this exposure rating system, knowledgeable people from each area of the plant were selected to serve as that area's chemcal exposure judges. The primary criterion for their selection was experience in the given area. As a rule, production foremen and technical people (i.e., chemical engineers) were in the majority among each area's panel of judges. The area production foremen were especially invaluable as they are experienced in and knowledgeable of all jobs performed in their areas. Most valuable, however, were those individuals who had been at the plant since its inception, or shortly thereafter. The chemical exposure judges met as a group and agreement was by consensus.

Table 1A gives the work history for a hypothetical individual. Note that each job is identified for each year indicating both the A-D number and the number of months worked during the year. This individual, therefore, began work in 1944 and worked for six months on A-D number 000576. He worked an additional five months on this number during 1945. He completed the last seven months in 1945 working at A-D number 111194. Table 1B identifies the exposure rating assigned to each of the 22 monitored chemicals for each A-D number for each year. For instance, the first row indicates the exposure ratings assigned in 1944 to A-D number 000576. In 1945 these remained unchanged. The third row indicates the exposure

ratings for A-D number 111194 during 1945. The information in Tables 1A and 1B is combined to give cumulative exposure rank months (CERM) and average exposure ranks (AER). In this example, this individual in 1944 would have had 12 CERM for vinyl chloride in 1944, having worked six months at an exposure rank of 2 during the year. During 1945, this individual would have had CERM to vinyl chloride of (5 x 2) plus (7 x 5) or 45. He would have worked a total of 12 months and would have had an AER (45 ÷ 12) equal to 3.75. The assumption is made that the CERM can be used as a rank order statistic. The assumption is empirically validated later in this paper. The CERM cannot be considered as representing interval data and no such use of it is intended. The results given here are based on revised work histories and A-D codes developed during the NCI contract period. These same codes are now applied to the individual monitoring of all employees.

The data are accurately obtained in a prospective manner. Work histories are obtained on an ongoing basis. Each time an employee changes jobs, the change is identified by a payroll change card indicating the last A-D number, the new A-D number and the date of change. In addition, the rating of exposures by A-D number is now done on an annual basis using auxiliary information available about the A-D number including individual and area monitoring pertinent to the particular A-D number. Thus far this is available for only three chemicals and only since 1974. The rating of exposures is now obtained from chemical exposure judges consisting of representatives of both labor and management. This process takes about two weeks annually.

In order to determine whether such a system could work retrospectively, work histories were abstracted by A-D numbers from payroll records for all employees who worked on or after January 1, 1974, from records dating back to the opening of the plant in 1942. Payroll records

354

BFG    01098

| Table 2. — Standard Normal Deviates Comparing Exposure Ranks of Angiosarcoma Cases with the Average Exposure of Matched* Controls (by Selected Chemicals). | | | |
|---|---|---|---|
| | Group | | |
| Chemical | 1 (23 Controls) | 2 (29 Controls) | 3 (36 Controls) | 4 (4 Controls) |
| 1 | − 1.43 | 2.32 | − 0.66 | − 2.20 |
| 2 | − 2.13 | − 0.93 | − 2.00 | − 0.53 |
| 3 | − 3.54 | − 2.16 | − 3.16 | − 1.50 |
| 4 | − 3.31 | − 1.79 | − 0.06 | − 1.76 |
| 5 | 3.97 | 0.84 | 5.08 | 3.11 |
| 6 | − 2.01 | − 2.58 | − 1.59 | — |
| 7 | − 2.33 | − 2.59 | − 1.93 | − 1.50 |
| 8 | 0.29 | − 0.47 | 1.56 | — |
| 9 | − 3.92 | − 0.27 | 6.44 | − 2.28 |
| 10 | − 0.76 | 3.64 | 0.17 | − 0.71 |
| 11 | 11.27 | 7.59 | 0.93 | 5.08 |
| 12 | − 1.69 | − 1.35 | 0.45 | − 1.00 |
| 13 | − 1.78 | − 1.41 | 5.95 | 0.00 |
| 14 | − 2.41 | − 2.91 | − 2.35 | − 0.85 |
| 15 | − 1.87 | − 1.63 | 0.40 | − 1.21 |
| 16 | 5.13 | 3.12 | 5.77 | 2.55 |
| 17 | − 0.77 | − 3.43 | 5.53 | − 1.50 |
| 18 | 1.55 | − 1.45 | 5.68 | 1.07 |
| 10 | 2.56 | − 4.36 | 4.64 | − 0.83 |
| 20 | 9.11 | 2.65 | 3.72 | 2.60 |
| 21 | − 3.87 | − 2.39 | − 2.91 | − 1.31 |
| 22 | 6.55 | 2.34 | 2.36 | 2.85 |

*Matched by age, sex, race, year of employment and survival as a B. F. Goodrich employee to January 1, 1974

did not have the A–D numbers that were subsequently developed; these older records referred to many jobs which no longer existed, and to some which were performed in buildings long since torn down. However, a staff of knowledgeable employees matched the jobs listed on these payroll records with current A–D numbers. Final determination for controversial work records was made, wherever possible, by an individual employee's review. The chemical exposure judges, who were assigning ordered rating exposures to A–D numbers for each year, faced these same problems. They used, in addition to their memory, whatever records of chemical processes and procedures that were available. (The company maintains a file on all products ever produced and all processes ever used at the plant.)

This system of determining work exposure data was validated empirically in the following manner: The incidence of hepatic angiosarcoma at the B. F. Goodrich plant since January 1, 1974, presented in four subjects. Each of the four subjects was matched by exact year of birth, by sex and race (white or non-white), by exact year of employment, and by continuing employment at the

B. F. Goodrich plant through January 1, 1974. All matches are included in the subsequent analysis. Each of the angiosarcoma subjects and the corresponding matched group were compared on CERM separately for each calendar year. The results were then ranked within each calendar year and the ranks were summed over the calendar years. If the work histories and the ordered rating exposures were no better than random assignments, one would expect a uniform distribution of ranks within each year and independence from year to year. Otherwise, rank order exposures should demonstrate higher exposure to vinyl chloride in those individuals with hepatic angiosarcoma.

Table 2, which gives standard normal deviates, was calculated from the observed sum of ranks, the expected sum of ranks, and the theoretical standard error (conditional on the observed pattern of tied ranks) of the expected sum of ranks. Sums were over years. The results show a very clear pattern of high exposure to chemical number 16, vinyl chloride. This is to be expected a priori if the work history data and the exposure rank data are valid. A second finding of importance is that all four angio-

| Table 3. — Comparison of Frequency of Observed and Expected Excess Exposure to Selected Chemicals. | | | | |
|---|---|---|---|---|
| Number of Angiosarcomas Showing Excess Exposure | Expected* Proportion | Observed Frequency | Expected Frequency | Contribution to Chi Square |
| 0 | 1/16 | 6 | 1.25 | 18.05 |
| 1 | 4/16 | 6 | 5.00 | 0.20 |
| 2 | 6/16 | 2 | 7.50 | 4.03 |
| 3 | 4/16 | 1 | 5.00 | 3.20 |
| 4 | 1/16 | 5 | 1.25 | 11.25 |
| Total | | 20 | 20.00 | 36.73 = $X_4^2$ $p < 0.001$ |

*Calculated from the binomial distribution with n = 4 and p = 1/2



Fig. 1 — Observed and expected exposure rank to vinyl chloride for each full year of employment matched by age, sex, race, year of employment and survival as a B. F. Goodrich employee to January 1, 1974.



Fig 2. — Observed and expected exposure rank to vinyl chloride for each full year of employment matched by age, sex, race, year of employment and survival as a B. F. Goodrich employee to January 1, 1974.



Fig. 3 — Observed and expected exposure rank to vinyl chloride for each full year of employment matched by age, sex, race, year of employment and survival as a B. F. Goodrich employee to January 1, 1974.

356

BFG     01100



Fig 4. — Observed and expected exposure rank to vinyl chloride for each full year of employment matched by age, sex, race, year of employment and survival as a B. F. Goodrich employee to January 1, 1974.



Fig 5. — Observed and expected cumulative exposure rank sums for four angiosarcoma cases compared with matched sets of controls. (Matched by age, sex, race, year of employment and survival as a B. F. Goodrich Chemical Company employee to January 1, 1974. The numbers of controls for the four angiosarcoma patients were 4, 23, 29 and 36. The maximum possible rank sum is 96 and the minimum is 4. Expected rank sum is 50. A rank sum of 80 or more would occur by chance 2.6% of the time. A rank sum of 20 or less would occur 2.6% of the time.)

sarcoma subjects also showed significantly high exposures to chemicals number 20 and 22. Chemical number 20 is a group of catalysts used only with vinyl chloride and chemical number 22 is hexane, used as a solvent for the group of vinyl chloride catalysts. In addition, the data also strongly suggest a high exposure to chemical number 11, diethyl maleate, also a specialized catalyst used only for a specialized process with vinyl chloride.

A clear pattern of exposure is apparent in Table 2. All four angiosarcoma subjects showed excess exposure to 5 of 20 chemicals (numbers 5, 11, 16, 20, 22). By chance, this would be expected to occur for only 1.25 chemicals. All four angiosarcoma subjects also had less than expected exposure to six additional chemicals (numbers 2, 3, 4, 7, 14, 21). The expectation again is only 1.25. When the binomial distribution is inspected (i.e., the distribution of the number of successes in four trials with the probability of success at each trial being one-half), the results are statistically significant ($\chi_1^2 = 36.7$: $p < 0.001$). These are summarized in Table 3. Once more the null hypothesis of random assignment of exposures is rejected. For chemicals number 6 and 8, the exposure was tied for all members of group 4 and they were not included in the analysis. Figs 1 to 4 show the observed to the expected rank exposure for each employee with angiosarcoma by each full year of exposure. The pattern is one of consistent high exposure

as compared to the matched controls. It is evident that the system does reflect the autocorrelation in jobs over time as well as the exposure to vinyl chloride among the subjects with angiosarcoma.

To remove the assumption of independence from year to year (as would be required in new field studies), the CERM were summed over years for each angiosarcoma subject and the associated controls. These then provided a single ranking for each matched group. The observed independent ranks of the four angiosarcoma subjects were then summed and compared to the expected rank sums in 5. The exact distribution of the rank sums was obtained by direct enumeration. The angiosarcoma subjects again show significantly high exposure to chemicals number 16 (vinyl chloride), number 20 (catalysts), number 22 (hexane used as a catalyst solvent), and number 11 (diethyl maleate). Fig 6 displays the vinyl chloride rank of the angiosarcoma subject in each matched group; this is the chemical through which empirical validation of the procedure is achieved.

Prior knowledge of the etiology of angiosarcoma was used by the authors to validate these exposure indices. It is questionable what the situation would have been if such prior knowledge had not existed. This study would have shown that employees who subsequently developed angiosarcoma had had high exposure as compared to

357

BFG    01101



RANK ORDER

ANGIOSARCOMAS

Fig 6. — Vinyl chloride exposure rank of matched individuals with angiosarcoma. (Matched by year of birth, sex, race, year of employment and survival as a B. F. Goodrich Chemical Company employee to January 1, 1974.)

matched controls for a set of four highly correlated chemicals selected from a larger set of 22 studied. These 22 had been selected because of potential toxicity or carcinogenicity by the following criteria: known hepatotoxin, suspected carcinogen, degree of toxicity, degree of contact, and location relative to vinyl monomer polymerization areas. The chemicals would certainly be suspect, but because of correlated exposures, a determination of an exact cause-effect relationship would not be possible. It is certain that further studies would be initiated to interpret the observed events.

The total cost incurred in setting up this system retrospectively (i.e., the cost of going back into records covering plant operation from the beginning up to the present), including the standardization of 321 job classifications ($450), the application of A-D codes to work histories for 1400 employees ($4,760), the assignment of exposure rating to each job classification for each of 35 years for each of 22 chemicals ($880), the extraction of medical history

data ($6,000), and computerization ($7,920) was $20,010, or $16 to $17 per employee. The prospective cost, i.e., the cost of work that is recorded regularly forward in time (not including work and exposure history from past times) averaged $3,281 per year, or $2 to $3 per employee, with a breakdown as follows: job classification (1 to 3 new jobs per year), $60; work history (240 new employees per year), $136; exposure indices (20 new chemicals per year), $160; medical data $1,425; and computer costs $1,500. Costs were determined on the basis of actual man-hours worked using industrial hourly wages of the individuals who performed the work.

These data demonstrate empirically that a system of rank ordered individual exposure indices (CERM) for highly suspect chemicals can be implemented in an industrial environment and can identify a known causative relationship between exposure and the development of disease. This system can provide a means of monitoring industrial environments of any size at minimum costs. It can also allow for the introduction of sophisticated monitoring methods and prospective surveillance of an environment, taking into account co-factors which influence biological outcome.

References

1. Creech JL and Johnson MN. Angiosarcoma of liver in the manufacture of polyvinyl chloride. J Occup Med 16:150, 1974.

2. Creech JL and Makk L: Liver disease among polyvinyl chloride production workers. Ann NY Acad Sci 246:88-94, 1975.

3. Greenberg RA, Tamburro CH, and Kupchella CE: Prospective medical surveillance program for detection and prevention of industrially related cancer, in Prevention and Detection of Cancer, Parts 1 and 2, H. Nieburgs (Ed.). New York: Marcel, Dekker, 1978.

4. Tamburro CH: Texas Reports, Environmental Cancer: A Report to the Public, 1976.

5. Tamburro CH: Chemical hepatitis, pathogenesis, detection and management. Med Clin North Am 63:545-566, 1979.

6. Tamburro CH, Greenberg RA, Newby LC, and Turns DM: Implementation and Assessment of a Demonstration Cancer Control Detection and Prevention Program in a Cohort of Industrial Workers, Final Report, NCI Contract #N01-CN-55212, November, 1978.

7. Tamburro CH: Medical surveillance for chemical hepatotoxicity, in Guidelines for Detection of Hepatotoxicity Due to Drugs and Chemicals. C. S. Davidson, C. M. Leevy, and E. C. Chamberlayne (Eds.). (DHEW-NIH Publication No. 79-313, October, 1979), pp 60-80.

8. Gamble J and Spirtas R: Job classification and utilization of complete work histories in occupational epidemiology. J Occup Med 18:299-404, 1976.

9. Kerr PS: Recording occupational health data for future analysis. J Occup Med 20:197-203, 1978.

BFG    01102

**Exhibit 117:4/5/1995 (CMA 013936 – 013946)**
Letter to Shah from Seigneur re: signed copy of the agreement between CMA and ENSR

CONFIDENTIAL
Subject to Protective Order in
Conoco Inc. No. 90-4837
14th Judicial District Court
Ross v.
Calcasieu Parish, Louisiana

Manufacturing Chemists Association

Minutes of Meeting

TECHNICAL PANEL ON VINYL CHLORIDE RESEARCH

MCA Conference Room                     Washington, D.C.

May 22, 1975

Dr. Torkelson presided and convened the meeting at 9:00 a.m.

Members Present:

| | |
|---|---|
| Dr. T. R. Torkelson, Chairman | The Dow Chemical Company |
| Mr. R. J. Abramowitz | Hooker Chemicals & Plastics Corp. |
| Dr. Z. G. Bell, Jr. | PPG Industries, Inc. |
| Mr. H. B. Carr | Tenneco Chemicals, Inc. |
| Dr. O. P. Cohen (for Dr. A. W. Fuhrman) | Great American Chemical Corporation |
| Mr. R. E. Eckardt | Exxon Chemical Company |
| Dr. L. Fishbein (for Mr. A. B. Magram) | W. R. Grace & Co. |
| Dr. M. R. Gasque | Olin Corporation |
| Dr. M. N. Johnson | B. F. Goodrich Chemical Company |
| Dr. F. Kennedy | Continental Oil Company |
| Mr. H. L. Kusnetz | Shell Oil Company |
| Mr. W. C. Koch (for Mr. W. S. Ferguson) | Allied Chemical Corporation |
| Mr. R. W. Laundrie | The General Tire & Rubber Company |
| Mr. J. M. Lawrence (for Dr. R. W. McBurney) | Diamond Shamrock Corporation |
| Dr. H. N. MacFarland (for Dr. R. L. Gibson) | Gulf Oil Chemicals Company |
| Mr. W. E. Nessell (for Dr. G. Roush, Jr.) | Monsanto Company |
| Mr. R. A. Park (for Dr. R. S. Brookman) | The Firestone Tire & Rubber Company |
| Dr. W. E. Rinehart | Ethyl Corporation |
| Mr. H. L. Schmidt | Borden Chemical Division of Borden, Inc. |
| Dr. W. M. Smith | Air Products and Chemicals, Inc. |
| Mr. R. N. Wheeler | Union Carbide Corporation |
| Mr. M. Freifeld | MCA Staff |

CMA 013936

Case 3:08-cv-00612-RET-SCR    Document 68-2    01/04/10    Page 139 of 162

Members Absent:

| | |
|---|---|
| Mr. J. J. Davies | Georgia-Pacific Corporation |
| Dr. B. W. Duck | British Petroleum Company Limited |
| Mr. J. E. Ertel | Robintech Incorporated |
| Dr. W. D. Harris | UNIROYAL, Inc. |
| Dr. C. A. Johnson | The Goodyear Tire & Rubber Company |
| Mr. W. R. Krause | CERTAIN-TEED Products Corporation |
| Mr. S. K. Law | Keysor-Century Corporation |
| Mr. A. B. Lindquist | Stauffer Chemical Company |
| Mr. H. A. Russell | The Pantasote Company |

CONFIDENTIAL
Subject to Protective Order in
Ross v. Conoco, Inc., No. 90-4837
14th Judicial District Court
Calcasieu Parish, Louisiana

1. **Minutes of Previous Meetings**

The minutes of the Technical Panel's meeting December 12, 1974 and of the Research Coordinators' meeting February 13, 1975 were approved as distributed except for a correction in the spelling of Dr. Chiazzi's name in the latter.

2. **Renaming of Technical Task Group on Vinyl Chloride Research**

It was agreed that henceforth the title of this group would be "Technical Panel on Vinyl Chloride Research" since this is the nomenclature employed for similar MCA single-product groups.

3. **Update on Handling VC/PVC Shipments**

Mr. Sam Watts, secretary of MCA's Transportation and Distribution Committee, reported on a meeting between Society of the Plastics Industry (SPI) and Occupational Safety and Health Administration (OSHA) personnel on March 20. The parties there concluded that the "cancer-suspect agent" warning should be added to the following:

1. For VC monomer bulk shipments, on the Department of Transportation Compressed Gas Placard.

2. For bulk PVC, on tags or pressure sensitive labels approximately 4 inches by 6 inches to be placed on hatch covers and valve outlets.

3. One label on each PVC bag.

4. All shipping papers for monomer and polymer.

CMA 013937

CONFIDENTIAL
Subject to Protective Order in
Ross v. Conoco, Inc., No. 90-4837
14th Judicial District Court
Calcasieu Parish, Louisiana

TPVCR 3

Success of the industry in greatly reducing the monomer content of PVC and the regulatory implications were also discussed. It was brought out that in the light of this development, OSHA is planning to reopen the standard and is considering reduced requirements in work areas below the action level. Public hearings on the low residual monomer issue are planned but have not yet been scheduled.

4.  Review of Epidemiological Studies

   4.1. Tabershaw/Cooper Associates (TCA)

   Dr. Torkelson reported that TCA is preparing tables in the old format incorporating recently acquired data. These should be ready by the end of June. Information from the old South Charleston plant of Union Carbide cannot be included since that investigation is still underway.

   There was some question about whether the General Tire plant at Ashtabula was missed by TCA, and Dr. Torkelson is to check this.

   In his letter to the Task Group May 2, Dr. Torkelson proposed attempting to better define the high, medium, and low exposure categories used in previous TCA reports. The view expressed by many was that their companies could not adequately pin down the exposure of each man for a variety of reasons. A consensus was therefore reached that there should be no attempt to refine exposure categories any more than in the old reports.

   Dr. Torkelson agreed to discuss with TCA the grouping of plants so that monomer plants could be compared with PVC plants.

   4.2. National Institute for Occupational Safety and Health (NIOSH)

   Mr. Russ Park reported that preliminary data from a NIOSH study indicate no excessive disease in chemical vs. rubber workers. The populations under study were drawn from Firestone's PVC and rubber plants at Pottstown, Pennsylvania. When the final report has been prepared, it will be mailed to this Panel.

5.  Review of Industrial BIO-TEST (IBT) Studies

   Copies of IBT's interim report of May 13 covering the first eighteen months of their study were distributed at the meeting. (Note: Copies have since been sent to companies not represented at the meeting.) It was noted that the pathology examinations are scheduled to be made at the end of the two-year period. An

TPVCR 4

earlier interim report dated May 9 had been mailed to the Panel
prior to the meeting. It covered gross and histopathologic
findings in small groups of rats sacrificed after one year.

It was agreed that if the secretary did not receive comments
to the contrary by June 7, concurrence would be assumed. In
that case these reports would then be made public including dis-
tribution to appropriate government agencies.

The secretary relayed a question from Dr. Gordon of IBT
regarding the examinations of brain tissues from animals that
had died. Dr. Gordon felt such information could be useful in
the light of Professor Maltoni's reported correlation of tumors
in animal and human brain tissues. Similar work on sacrificed
animals is already covered in the MCA agreement with IBT. This
is to be resolved by Dr. Torkelson. (Note: it has since been
reported by Dr. Torkelson that in the future IBT will attempt
to examine brains from all animals, including those found dead.)

6. Review of Dow Studies

    6.1. Metabolism

        At the meeting, Dr. Torkelson gave the secretary a
formal interim report, September 1, 1974 to May 1, 1975, from
Dow to be reproduced and distributed to the Panel. Dow is also
preparing an article based on this information for publication
in a scientific journal which will be distributed to the sponsors.

    6.2. Teratology

        It is expected that the final report will be completed
by the end of this summer per Dr. Torkelson.

    6.3. Mutagenisis

        The report is currently in preparation and should be
ready withing two weeks per Dr. Torkelson.

7. Financial Status

    Mr. A. C. Clark summarized the financial data on the project
and a copy of his report is attached.

    The Panel was also informed that since so many changes had
occurred in the industry recently, reported capacities were being
updated by questionnaires to management contacts.

CONFIDENTIAL

Subject to Protective Order in
Ross v. Conoco, Inc., No. 90-4837,
14th Judicial District Court
Calcasieu Parish, Louisiana

CMA 013939

CONFIDENTIAL
Subject to Protective Order in
Ross v. Conoco, Inc., No. 90-483Z
14th Judicial District Court
Calcasieu Parish, Louisiana                    TPVCR 5

8. **Research Activities of Federal Agencies**

   8.1. EPA - Photochemistry of VCM

        The secretary reported on conversations with Dr. B. J.
Steigerwald of EPA's Office of Air Quality Planning and Standards
to the effect that Dr. Steigerwald considered the photoreactivity
of VCM a very low - priority issue. EPA's current emphasis is on
preparing regulations based on limiting emissions with best avail-
able technology. However, EPA is studying the photoreactivity
of vinyl chloride as one item in a broader study of the fate of
solvents in the atmosphere. The secretary is attempting to get
additional information and ultimately a report on this work. The
group agreed to defer initiating any work in this area.

        Dr. Mayo Smith spoke of an EPA study in progress on VCM
concentrations in the vicinity of fabricating plants (upholstery,
floor tile, food wraps, pipe and fittings, wire and cable). While
the study is not complete, readings have been in the parts/billion
range so far.

   8.2. Aquatic Environment Studies

        The secretary has learned that EPA is also conducting
the above studies and is trying to get reports and additional
information.

   8.3. Consumer Product Safety Commission

        In a letter to the Panel May 8, the secretary reported
on activities of the Commission regarding VCM. A letter from
Dr. Hehir May 6 to Dr. Torkelson with additional detail will be
circulated to this group.

        There was some discussion about formally requesting
permission to visit Edgewood Arsenal where this work is being
performed for the Commission. However, Dr. MacFarland said he
planned to be at that location soon on another matter and will
inquire about vinyl chloride at that time.

                                               CMA 013940
   8.4. Correspondence with NIOSH

        The secretary has written to Dr. Lloyd at NIOSH
(March 20 and May 8) asking for information on their programs
relating to VCM. Emphasis was placed on getting histopathologi-
cal data on reported human cases of angiosarcoma of the liver.
Despite a number of follow-up telephone calls, no formal reply
had been received. The group, therefore, voted to draft a letter
to be sent to Dr. Finklea, the new Director for NIOSH, citing the

CONFIDENTIAL
Subject to Protective Order in
Ross v. Conoco, Inc., No. 90-4837,
14th Judicial District Court
Calcasieu Parish, Louisiana

TPVCR 6

Freedom of Information Act to elicit a response.  (Note:  a letter
has since been received from Dr. Lloyd's office responding in part
to our inquiries.  Also, Dr. Torkelson has reached Dr. Lloyd by
telephone on May 30 to discuss this.  Hence, the letter drafted by
Torkelson, Kusnetz, and Rinehart to Finklea will not be forwarded.)

9.  "Cancer Suspect Agent" Warning

   The secretary expressed the opinion that this warning should
be included in all MCA publications, such as Cargo Information
Cards, Chem Cards, Labels, and Chemtrec Response Cards, in order
to bring them in compliance with OSHA regulations.  The group
concurred and referred to the appropriate Committees (Safety and
Fire Protection and Labels and Precautionary Information) the
details of placement of this clause in MCA literature.

10. Handouts at Meeting

   By courtesy of Mr. Kusnetz, copies of a summary were distrib-
uted describing a paper by Dr. Reynolds, et al. at the Biochemi-
cal Pathology of Cell Injury Symposium in Atlantic City, New Jersey,
April 15.

   The secretary distributed the first page of an article by
Myers, et al., "Determination of Vinyl Chloride Monomer at the
Sub-ppm Level Using a Personal Monitor" from the "American In-
dustrial Hygiene Association Journal," Volume 35, Number 5, page
332, May 1975.

11. Article in "Science" Magazine of May 16

   Mr. Kusnetz brought the above article by Dr. Edsall to the
group's attention, and copies were distributed.  It attacked the
industry and MCA in strong language for allegedly withholding in-
formation on the toxicity of VCM.  The Panel agreed with one ex-
ception (Mr. Nessell) to respond to this article.  A subgroup was
established (Kusnetz, Rinehart, and Torkelson, ex officio) to
draft such a reply.  Furthermore, this subgroup was given author-
ity to release the text of their response on behalf of the Panel
following MCA clearance.  (Note:  This letter to the editor was
delivered to the "Science" offices June 2.)

12. Release and Distribution of Publications

   The consensus of the Panel was that the Research Coordinators
should be empowered to act on behalf of the parent body in review-
ing and releasing for publication reports and other official
statements of the group.  The entire Panel will be notified as
soon as possible in all situations.

CMA 013941

There was also a discussion about the inefficiency of sending copies of reports to various government agencies. In this connection, Dr. Torkelson will follow up with Dr. Wands of the National Academy of Science regarding their data storage and dissemination service.

13. Next Meeting

The next meeting is to be called at the discretion of the Chairman, probably next fall.

Milton Freifeld
Project Manager

MF/etv

Minutes subject to approval
June 16, 1975

CONFIDENTIAL
Subject to Protective Order in
Ross v. Conoco, Inc., No. 90-4837,
14th Judicial District Court
Calcasieu Parish, Louisiana

CMA 013942

Vinyl Chloride Research Program

Financial Statement - May 20, 1975

| | Invoiced (Committed) | Received | Research Contract | Time Reports | Administrative Travel | Miscellaneous | Research Contracts | Total | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **1. Epidemiology Study Tabershaw/Cooper Associates** | | | | | | | | | |
| (a) Health Study of VC Workers (6/13/73) | $ 91,940 | $ 91,940 | $ 71,345 | | | | | | |
| (b) Adjustment - Travel (8/16/73) | | | $ 3,950 | | | | | | |
| (c) Adjustment - Extension (3/12/74) | | | $ 5,250 | | | | | | |
| (d) Recabulation of Data (7/13/74) | | | $ 1,000 | | | | | | |
| (a) Study of Workers - 4 plants (11/5/74) | | | $ 10,350 | | | | | | |
| (f) Extended Epidemiology Study (4/22/75) | $ 52,597 | $ 51,913 | $ 32,000 | $467 | | $ 45 | $ 81,545 | $ 86,940 | $ 5,350 |
| **2. Chronic Inhalation Studies Industrial BIO-TEST Labs** | | | | | | | | | |
| (a) Original-Protocol (2/1/73) | $190,281 | $190,281 | $149,000 | | | | $130,375 | $143,319 | $ 46,962 |
| (b) Additional Animals - 100 rats (5/22/73) | | | $ 15,000 | | | | $ 10,000 | $101,250 | $ 15,625 |
| (c) I B-T-L Contract Adjustments (Restart-Agreement 8/31/73) | $ 50,000 | $ 49,405 | $ 712 | | $2,665 | $279 | $140,375 | $ 101,250 | $ 5,662 |
| **3. Dow Studies** | | | | | | | | | |
| (a) Metabolic | $101,250 | $101,250 | $ 50,000 | | | | $ 50,000 | | -8,692 |
| (b) Teratology | | | $ 20,000 | | | | $ 20,000 | | 11,250 |
| (c) Extension of Studies | $149,990 | $148,205 | $852 | | | | | | $147,353 |

Note 1. Due T/C - Receipt of Final Report
2. Gasque, Kociba & Torkelson to Italy
3. Cylinders for Vinyl Chloride
4. Due 1 B-T - Receipt of Final Report

CMA 013943

CONFIDENTIAL

Subject to Protective Order in
Ross v. Conoco, Inc., No. 90-4837
14th Judicial District Court
(Calcasieu Parish, Louisiana)

**ATTENDANCE SHEET**

(please print)

Date: **May 22, 1975**

Committee: **Technical Task Group on
Vinyl Chloride Research**

IF NOT PREVIOUSLY SUBMITTED FOR THIS COMMITTEE'S RECORDS,
PLEASE ALSO COMPLETE THE FOLLOWING:

| Indicate Dr. or Mr. NAME | COMPANY | TITLE | ADDRESS | TEL. NO. |
|---|---|---|---|---|
| Mac Roy Gasowe | Olin | | | |
| R.E. ECKARDT | Exxon CORP. | | | |
| MAYO Smith | Air Products | | | |
| W.S. NESSELL | MONSANTO Co, | | | |
| M.N. Johnson | BF Goodrich | | | |
| H.B. Carr | Tenneco Chemicals | | | |
| D Paul Cole | Great Western Chem Corp | | | |

CMA 013944

CONFIDENTIAL
Subject to Protective Order in
Ross v. Conoco, Inc. 14th JDC
14th Judicial District Court
Calcasieu Parish, Louisiana
No: 90-4837

(please print)

A T T E N D A N C E   S H E E T

Date: **May 22, 1975**

Committee: **Technical Task Group on Vinyl Chloride Research**

| NAME (indicate Dr. or Mr.) | COMPANY | TITLE | ADDRESS | TEL. NO. |
|---|---|---|---|---|
| I. R. Joelsson | Thribru Chem. Co. | | | |
| H. L. Kusnetz | Shell Oil Co. | | | |
| H. A. Schmidt Jr. | Freedon Chem | | | |
| R. W. Wheelerlin | Union Carbide | | | |
| R. W. Laundrie | General Tire | | | |
| R. J. Abramowitz | Hooker Chemical | | | |
| F. Kennedy | Conoco | | | |

IF NOT PREVIOUSLY SUBMITTED FOR THIS COMMITTEE'S RECORDS, PLEASE ALSO COMPLETE THE FOLLOWING:

CMA 013945

CONFIDENTIAL
Subject to Protective Order in
Ross v. Conoco, Inc.,
14th Judicial District Court
Calcasieu Parish, Louisiana
No. 90-4837

**ATTENDANCE SHEET**

(please print)

Committee: **Technical Task Group on Vinyl Chloride Research**

Date: **May 22, 1975**

| (Indicate Dr. or Mr.) NAME | COMPANY | TITLE | IF NOT PREVIOUSLY SUBMITTED FOR THIS COMMITTEE'S RECORDS, PLEASE ALSO COMPLETE THE FOLLOWING: ADDRESS | TEL. NO. |
|---|---|---|---|---|
| W. W. E. Kushir | E+E Corp | | | |
| WC Koch | Allied Chem. Corp. | Dir. Occ. Health + Prod. Safety | Dr. W.S. Ferguson P.O. 1139 R Morristown N.J 07960 | 20.1 455-3044 |
| Dr. L. Fishbein | HATCO Div. W.R. GRACE & Co. | TECH. DIRECTOR OF PLASTICS | KING GEORGE POST R D FORDS, N.J 08863 | 201-738-1000 |
| R.A. Park for Dr. R.S. Brockman | Firestone Plastics Co. | Special Projects Coordinator Technical Dept. | Box 699 Pottstown, Pa. 14464 | 215-326-20... |
| ZEB G BELL Jr | PPG | MGR. ENVIRONMENTAL HEALTH & TOXICOLOGY | | 412-434-27... |
| Mr. MacFarland for Dr. R. Fischer | Goodrich Corp. | Director of Toxicology | Pittsburgh | (412) 391-290... Ex 5157 |
| J. M. Lawrence | Diamond Shamrock | Industrial Hygiene Coordinator | 1100 Superior Ave. Cleve. OH 44114 | (216) 694-4144 |

CMA 013746

CONFIDENTIAL
Subject to Protective Order in
Ross v. Conoco, Inc., No. 90-4837
14th Judicial District Court
Calcasieu Parish, Louisiana

**Exhibit 118:6/21/1996 (BFG 001081 – 001084)**

Review and Critique (by Gary Marsh, Univ. Pittsburgh) of Tamburro, CH and Shah, protocols for "Brain Cancer Occurrence in Vinyl Chloride Exposed Chemical Workers Protocol" recommending that its "rank-ordinal" exposure classification was untested, unknown, outdated, and suggesting the proposed (and essentially unpublished)  author (Dr. Carlo Tamburro, UOL) was obviously incompetent, etc., and recommending that CMA not fund the study at all.

$\rightarrow B_8$ Dr. Gary March ) Conf Call
GG 2/31/96

**Review and Critique of**

## Tamburro, CH and Shah, HC, "Brain Cancer Occurrence in Vinyl Chloride Exposed Chemical Workers Protocol"

This review focuses on the biostatistical and epidemiological aspects of the protocol, which are the primary areas of expertise of this reviewer. This review was conducted without access to the eight appendices listed by the authors in the table of contents.

### General Comments

Overall Strengths

1.  The investigators have access to the University of Louisville's Occupational Surveillance data base of 3,330 workers from the B. F. Goodrich Bells Lane Plant. Once they update the work history and exposure data beyond 1978, this data base will provide, for causes of death with ample numbers of observed events, an epidemiologically valuable resource for assessing the long-term health effects of exposure to one or more of the 22 chemicals that they monitor and for which they have developed retrospective estimates.

2.  The cohort data base is theoretically appropriate (relative to types of data, completeness, etc.) for exploring the hypothesized association between vinyl chloride (VC) exposure and brain cancer, but only after a statistically sufficient number of brain cancer deaths are observed.

3.  The investigators incorporated a very comprehensive and detailed data quality assurance and control protocol to help ensure the accuracy and completeness of all data associated with the surveillance program.

Overall Weaknesses

1.  One of the most glaring deficiencies in the protocol is the absolute omission of any information concerning the expected number of brain cancer deaths. Without this information, it is not possible to evaluate how informative the study will be regarding its ability to detect an important excess (or deficit) in brain cancer mortality and/or to relate brain cancer mortality to vinyl chloride exposure. It is also not possible to evaluate fully the proposed work plan and budget (not included with this reviewer's materials). The investigators propose an elaborate plan for confirming the diagnosis of brain cancer (to the extent of reviewing the histo-pathology records of all deaths due to cancer), but offer the reader no sense of how many brain cancer cases are likely to be found.

<div align="right">

**BFG**    **01081**

</div>

The investigators do report on page 14 that a total of 178 cancers will be examined to confirm that a diagnosis of brain cancer was not missed. Given that roughly 2-3% of all cancers are of the brain and other central nervous system, one would only expect about four or five brain cancer deaths among this cohort. Given this very small number of expected cases it is not reasonable to enter into this investigation with the hopes of learning much about the exposure-response association for VC and brain cancer.

2.  The research protocol is neither well organized nor clearly written. The research methods section contains much extraneous information and does not focus clearly and concisely on the stated objectives and aims of the study. For example, the investigators provide a lengthy discussion of available medical illness and disease records, medical history and physical exam data, laboratory studies, and radiological and imaging studies. However, these data have almost no relevance to the proposed study, which is based solely on brain cancer decedents identified from death certificates and confirmed via histo-pathological review.

3.  The investigators focus the "analytic approach not widely known in the field of occupational epidemiology" described by Greenberg and Tamburro, and devote a disproportionate amount of protocol space describing the application of the approach to the hepatic angiosarcoma data (as in *J Occup Med* 23:353-358, 1981). While in 1981 or earlier, this may have been a novel analytic approach, more sophisticated, model-based procedures, such as Poisson and Cox regression modeling, have supplanted it for some time.

Unlike the Greenberg-Tamburro approach, the modern procedures provide factor-adjusted estimates of rate ratios or relative risks, which are more appropriate and informative for evaluating possible associations between exposures and health outcomes. The Greenberg-Tamburro approach relies on extensive matching of cases and controls (to the extent of possible overmatching) and provides no summary measures of risk. One must rely on a simple descriptive (or graphical) examination of exposure differences between cases and controls and then make a subjective judgement of the importance of the observed differences. Their method also does not readily enable an assessment of multiple exposures as can be done in the model-based procedures.

Also, while Greenberg-Tamburro argue that the cumulative exposure rank method (CERM) is not considered as an interval-scale-level summary measure, it is essentially used as such in their approach. Conceivably, the Greenberg-Tamburro approach could still be used as a screen or descriptive assessment of the data as a preliminary step to relative risk regression modelling.

BFG    01082

There are many other questionable aspects of the protocol that are described below in the Specific Comments section.

Overall Evaluation

The primary hypothesis of the study (brain cancer mortality is associated with VC exposure) does not appear to be testable with the proposed research plan given the very small expected number of brain cancer deaths.

Recommendation

It is recommended that this project not be funded based primarily on the very low expected number of brain cancer deaths and secondarily on the generally inadequate research plan and proposal. CMA might consider a revised and analytically improved proposal after additional years of cohort follow-up have taken place and more brain cancer deaths are observed.

**Specific Comments**

Numerous uncertainties exist in the proposed work plan that the investigators need to address before a revised proposal could be considered. These include:

The analysis plan is clearly limited to brain cancer *deaths*, however, living cases of brain cancer could also be identified via the neurological physical examination and other health records. What, if anything, are the investigators going to do with such cases in terms of testing the main study hypothesis regarding VC exposure?

2.  No provisions exist on the protocol for attempting to obtain (with more aggressive techniques, for example) the 40 missing death certificates. Brain cancers could possibly be under ascertained without information on cause of death for all known deaths.

3.  No provisions exist for handling the missing or incomplete work histories relative to the exposure assessment and data analysis.

No provisions exist for examining the cases and controls relative to multiple chemical exposures. Besides VC, estimates are available for 21 chemicals, and co-exposures to one or more of these agents could act as a potentially confounding or effect modifying factor(s).

BFG    01083

5.    The section on "Confounders" (page 7) makes little sense. First, most of the factors listed as potential confounders (viral infections, smoking, alcohol, etc.) are not likely to be important confounders for a VC-brain cancer association because they are not established risk factors for brain cancer. Even if they were important confounders, the proposed analytic approach contains no procedure for explicitly adjusting for their confounding effects.

6.    Under Task 1, plans are described for cooperating and coordinating this study with that of Applied Epidemiological, Inc., although the rationale or work plan for this arrangement are neither described nor justified in the protocol.

7.    The so-called "Review of the Literature" is simply a listing of related references. An annotated listing or discussion and interpretation of this literature would be more useful to the reader of the proposal. In particular, a fuller presentation and interpretation of the extant literature on the purported VC-brain cancer association would help to support the primary research hypothesis of this proposed study.

BFG    01084

**Exhibit 119:4/14/1997 (CMA 121202 – 121203)**

AEI (Ken Mundt) to CMA (Shah and Ramlow) re: University of Louisville Case - Control
Study on Vinyl Chloride Exposure and Brain Cancer



**APPLIED
EPIDEMIOLOGY
INC.**

TO:        Drs. Hasmukh Shah and Jonathan Ramlow

FROM:      Kenneth A. Mundt, Ph.D.

DATE:      April 14, 1997

RE:        University of Louisville Case-Control Study on Vinyl Chloride
           Exposure and Brain Cancer

Following are several thoughts on what we might seek to accomplish with Dr. Tamburro and his
team in Louisville on April 18, 1997.

1.    To date, we have not seen a detailed protocol which clearly addresses all the items
      specified in CMA's Guidelines for Good Epidemiological Practices (GEP). At our
      last meeting, Dr. Tamburro suggested that he will prepare a more complete study
      protocol after the upcoming meeting, so that he may incorporate appropriate ideas
      from our discussions.

*Suggested Action: Establish a time line for preparation, review and approval of the final protocol.
Peer review and sign-off should take place as soon as possible.*

2.    Additional elements of the GEP's should be addressed, including quality control
      (which is apparently quite high with regard to the database), standard operating
      procedures, various review mechanisms, etc.

*Suggested Action: Review the GEP's in detail to identify specific areas to be addressed.*

3.    Several of the external reviewers' comments are still germane, and have not been
      appropriately addressed. Some of these points should be addressed directly in the
      revised protocol. For those determined to be inappropriate or for which a decision
      is made not to incorporate suggested changes, an explanation should be made in a
      separate memorandum. This memorandum should accompany the protocol when re-
      submitted to the reviewers.

**P.O. BOX 2424 • AMHERST, MA 01004        (413) 256-3556 • FAX (413) 256-3503**

CMA 121202

(Drs. Shah and Ramlow, page 2)

*Suggested Action: Request that Dr. Tamburro prepare individual responses to the points raised by the external reviewers, Drs. Checkoway and Marsh, and incorporate any that are determined to be appropriate directly in the protocol. A time line for this action should be established.*

4.    One of the main concerns of the reviewers (as well as ▮▮▮▮▮▮ and myself) is that the ▮▮▮▮▮▮▮ statistical methodology (Greenberg/Tamburro method) may not be ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ VCM/VC, should not be ▮▮▮▮▮ Part of this concern stems from the small anticipated sample size, leading to low statistical power, and part from the lack of documentation of the performance of these techniques outside of extremely strong and highly specific associations (such as VCM and angiosarcoma of the liver).

*Suggested Action: Discuss extending the proposed analytical methodology to include classical case-control analyses (logistic regression) in parallel with the proposed approach. Statistical power will remain a problem. Perhaps estimates of power should be determined for each analytical approach to enhance the interpretation of the study results.*

5.    A less tangible concern about the study is ▮▮▮▮▮▮ it will be seen as credible by the scientific community. On the other hand, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ control study nested in a larger cohort ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ of the cohort giving rise to the cases approach doesn't necessarily ▮▮▮▮. For example, does the set of cases proposed for the case-control study represent an excess of such cancer cases (deaths)? Are there other patterns of specific causes of death which might help us understand the context in which the brain cases were identified (e.g., a marked deficit of cardiovascular disease deaths)? In many ways, the surveillance database constructed by Dr. Tamburro and his team is impressive, and much of its value will not be realized in the current case-control effort.

*Suggested Action: Evaluate the role this case-control study plays in the context of the broader research objectives being pursued by this team, with the aim of enhancing the total package. If the case-control study is perceived by the scientific community as a preliminary strategy for assessing the potential risk of interest, what next steps might be considered? Linking it with other planned analyses/studies might help capitalize on this unseen value. Perhaps conducting a proper cohort analysis first or in parallel would be informative.*

CMA 121203

**Exhibit 120:11/13/1997 (BFG40780 - 40784)**

Geon correspondence enclosing Vinyl Institute/EVCM (European trade association)
coordination of efforts including their mutual interest in  vinyl chloride brain cancer
litigation pending in Lake Charles, Louisiana and manslaughter charges brought against
vinyl manufacturers in Venice, Italy.)

** TOTAL PAGE.01. **

# THE GEON COMPANY
## One Geon Center, Avon Lake, Ohio 44012

Date: 11/13/97

| To: | | Phone |
|---|---|---|
| FRANK BORRELLI @ VI (302) 537-5540 | From: ☒ Edward Beeler | 440 216-930-3030 |
| | ☐ John Gressler | 3031 |
| WENDY SHERMAN @ CMA (703) 741-6091 | ☐ Jim Lewis | 3032 |
| | ☐ Herm Waltemate | 1912 |
| | ☐ Jan Suhay | 3033 |
| Number of pages including this page: | Fax Number: | 440 216-930-3034 |

**MESSAGE:** RE: VCM Health Related Matters in Europe

***PLEASE NOTE***: Effective 8/16/97, our new area code is 440!

Frank & Wendy: As followup to my telecon w/ Frank last week, thought I would update you re results of our Dr. Lewi recent conversation with coordinator of ECVM medical group —

- No known cluster of new health issues @ Cologne, Germany (as had been referenced by EVC rep @ New Orleans VCSA mtg)

- Litigation in Italy prompted gov't. thru Oc Health Inst at Bologna, to renew review of all VCM using workers in Italy; also, related research being conducted by Int'l Agency for Cancer Research, considering non-angio cancers plus PVC dust exposure impacts.

BFG    00274

minimal data — No reports issued to date; however, informal (& preliminary) feedback from Italy indicated an excess of non-angio cancer might exist in study population.

P.01/01

NOV 13 '97 08:40 FR GEON-ENV-SAFE-HEALTH- 216 930 3034 TO 87037416091

BFG40780



**The Vinyl Institute**

*A Division of The Society of The Plastics Industry, Inc.*

*FAX*

FRANK E. BORRELLI

TO: _____    FROM: _____

RE: _____    DATE: _____    #/PAGES: _____ (plus cover)

**COMMENTS:**
At the meeting in Osaka, I believe we were in agreement that we needed to establish a direct contact between industry groups in Europe and the US dealing with vinyl chloride monomer medical health issues, specifically the ECVM Medical Working Group and the US CMA Vinyl Chloride Health Committee. I am requesting that we establish Wendy Sherman, staff for the CMA Committee, as the US liaison to the EVCM Medical Working Group and that you identify a liaison to the CMA Committee so that a direct communication between these individuals can be established. I will coordinate with Wendy on health studies that are considered outside the mission of the CMA Committee to assure that those activities are addressed by the proper US working groups. All of our Vinyl Institute VCM producers are represented on the CMA Vinyl Chloride Health Committee. John, please confirm if this is satisfactory and make the necessary arrangements to include Wendy in this capacity with your Working Group.

Wendy can be reached at:

Wendy Sherman
Chemical Manufacturing Association
1300 Wilson Boulevard
Arlington, Va. 22209

Tele:  1-703-741-5639
Fax:   1-703-741-6091
E-mail  Wendy_Sherman@mail.CMAHQ.com

RESPOND TO:    FRANK E. BORRELLI
               THE VINYL INSTITUTE
               30 THE HORSESHOE
               NEWARK DE 19711
               (302) 738-0757
               FAX: (302) 737-7740

973          973

*65 Madison Avenue • Morristown, NJ 07960 • (201) 890-8600 • Fax # (201) 898-8633*

BFG     00275

BFG40781

MINUTES OF THE
JOINT VINYL INSTITUTE/EVCM

**Meeting on EVCM Health Studies**

Monday, July 9, 1997
Keller and Heckman

**ATTENDEES:**

John Svlander, EVCM
Mark Boeckx, LVM
Irv Schroeder, Schintech
Tom Grumbles, Vista Chemical Company
Bill Carroll, Occidental Chemical Company
Fred Krause, Geon
Robert H. Burnett, Vinyl Institute
Frank E. Borrelli, Vinyl Institute
Wendy Sherman, CMA
Peter de la Cruz, Keller and Heckman

1.    Bob Burnett opened the meeting at 12:15 and indicated that the purpose of this session was to allow EVCM to brief the Vinyl Institute on health studies and programs being proposed or sponsored by EVCM.

2.    John Svlander introduced Dr. Mark Boeckx.  Mr. Svlander explained that all but one of the twelve company members of EVCM have their own physicians on staff and that Dr. Boeckx would be explaining the background and proposal, after which there would be discussion about mutual participation.

3.    Dr. Boeckx briefly described the angiosarcoma of the liver (ASL) registry, indicated that it was handled by the EVCM Medical Committee, and explained that the Committee is attempting to make refinements in the quality and quantity of the data, such as refinements in diagnostic techniques as well as encouraging better reporting by soliciting reports on ASL.  The last ASL Registry update was in 1993, and an update is expected to be completed later this year.  Because of considerably higher exposures in eastern European facilities, the Medical Committee is considering establishing a separate chapter or section of the registry for those operations.  No ASL cases have been reported for workers with first exposure after 1975.  The cluster effect still continues, with approximately one-fourth of the cases coming from three plants. The latency period varies and is generally in the range of 20 to 25 years.  Frank Borrelli commented that the CMA epidemiology update is due later this year and that an IARC study is under way on VCM/PVC workers that is essentially an update of a 1989 study. (Copies of Dr. Boeckx's slides are enclosed.)

BFG40782                                    **BFG     00276**

4.  Dr. Boeckx described litigation in Italy involving the Porto Maguera facility. The judge has ordered a study of all VCM/PVC plants in Italy. The study report is expected in September. Padua University is conducting the study. Dr. Boeckx also noted an interest in hepatocellular carcinoma (HCC) which is being studied for its relationship with ASL.

5.  Peter de la Cruz reported on the Ross litigation pending in Louisiana. Plaintiffs have not pursued this case as aggressively as initially anticipated. While there has been a substantial amount of discovery, pretrial motions are still pending and a court order is expected later this year which has helped define the prospect and outlook for trial.

6.  Dr. Boeckx reported that the Netherlands has posed reducing the worker exposure limit for PVC dust to 0.5 milligrams per cubic meter ($mg/m^3$) measured as respirable dust. ECETOC has recommended a 2.5 $mg/m^3$ standard for exposure to total PVC dust, which is equivalent to 1 $mg/m^3$ of dust. EVCM has conducted a literature survey on PVC dust and the Dutch government is delaying a change in the standard until 1999. Dr. Boeckx viewed dust exposure as a converter issue.

    The EVCM Medical Committee is working on several proposals which are expected to be available in September. These include cytotoxicity studies, a mortality study which would update the Soutar study, and a morbidity study that would update a study conducted in the late 80s, together with lung function testing. The cytotoxicity would look at PVC itself, since surfactants such as polyvinyl alcohol, cellulose derivates, and sulfonates were considered likely controlling factors *in vitro* studies. Both *in vitro* and *in vivo* studies were being planned.

    The Dutch proposal is considered politically sensitive because it might be adopted by other Nordic countries and ultimately the EU. The Vinyl Institute representatives indicated that they would be happy to review the protocols in September and provide their comments. Dr. Boeck invited any Vinyl Institute representatives with the appropriate technical background to the 9-10 October 1997 meeting of the EVCM Medical Committee.

7.  John Svlander suggested several conceptual approaches to funding. If both the VI and EVCM agree on the need for the study and its relevance, funding might be split 50/50. If they agree on the propriety of the protocols as such, but one group does not see the need or relevance for the study, then the study costs might be split 75/25. If the Vinyl Institute does not see the need for the studies, EVCM would fund the studies alone. In addition to financial participation, Mr. Svlander stressed that EVCM was also seeking support through the participation of individual representatives from VI member companies, as well as EVCM's commitment to share the results of the studies regardless of the funding mechanism. On behalf of the Vinyl Institute, Mr. Burnett indicated that the VI would certainly give the protocols careful consideration and, based on member review, would

- 2 -

*BFG40783*

**BFG    00277**

evaluate potential support. Wendy Sherman, on behalf of CMA, indicated CMA's interest and that she would communicate these studies and developments to her members.

8.    Meeting was adjourned at approximately 4:00 p.m.

Respectfully submitted,


Peter L. de la Cruz

Enclosure


- 3 -

**BFG    00278**

BFG40784