# Exhibit 127:10/21/2008

Order of the Court in Philadelphia sanctioning a Dow subsidiary and not allowing the Dr.
Bigner to which defendant's refer in their memoranda to testify therefore what amounted,
essentially, to "witness tampering."

## Exhibit 128:2/03/2009

Deposition of David Lewis in a recent Pennsylvania case discussing evidence pertaining to the carcinogenicity of vinyl chloride in general and brain cancer in particular.

# CONDENSED TRANSCRIPT

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR AND INDUSTRY
BUREAU OF WORKERS' COMPENSATION

8219

LINDA LANGE

            Plaintiff        SSN 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

v.                    Bureau Claim No. 25957986

ROHM & HAAS

            Defendant

DEPOSITION OF DAVID N. LOUIS, M.D.

Tuesday, February 3, 2009, 9:03 a.m.

Ropes & Gray

One International Place

Boston, Massachusetts

Reporter: Kathleen Mullen Silva, RPR, CRR





**James DeCrescenzo Reporting, LLC**
INNOVATING LITIGATION
1880 JFK Blvd., 6th Floor • Philadelphia, PA 19103
www.jdreporting.com

215.564.3905
PHONE

215.751.0581
FAX

**2**

1 APPEARANCES:
2 Layser & Freiwald, P.C.
3 Aaron J. Freiwald, Esq.
4 1500 Walnut Street, 18th Floor
5 Philadelphia, Pennsylvania 19102
6 215.875.8000 Fax: 215.875.8575
7 ajf@layserfreiwald.com
8 for Plaintiff
9 .
10 Schnader Harrison Segal & Lewis, LLP
11 Dennis R. Suplee, Esq.
12 1600 Market Street, Suite 3600
13 Philadelphia, Pennsylvania 19103
14 215-751-2000 Fax: 215-751-2205
15 dsuplee@schnader.com
16 for Defendant
17 .
18 Swartz Cambell, LLC
19 Jane A. Lombard, Esq. (By telephone)
20 50 South 16th Street, 2 Liberty Place
21 Philadelphia, Pennsylvania 19102
22 215.299.4278 Fax: 215.299.4301
23 jlombard@swartzcampbell.com
24 for Defendant and Travelers

**3**

1 EXAMINATION
2 .
3 BY MR. SUPLEE                    4
4 BY MR. FREIWALD                 46
5 BY MR. SUPLEE                  139
6 .
7 .
8 EXHIBITS INDEX
9 MARKED
10 1001 Report                      4
11 1002 Curriculum Vitae            4
12 1003 Supplementary Information, Section   121
13 C, Loss of Heterozygosity Analysis
14 1004 Excerpt of Textbook        125
15 .
16 .
17 .
18 .
19 .
20 .
21 .
22 .
23 .
24 .

**4**

1       PROCEEDINGS
2       (Marked, Exhibit-1001, report.)
3       (Marked, Exhibit-1002, curriculum
4 vitae.)
5       DAVID N. LOUIS, M.D., sworn
6            EXAMINATION
7 BY MR. SUPLEE:
8   Q.   Your full name, Doctor?
9   A.   David Neil Louis, L-o-u-i-s.
10       MR. SUPLEE:  We have marked as Exhibit
11 1001 the doctor's report in this case, and as Exhibit 1002
12 the doctor's CV.
13   Q.   Doctor, you have a copy of both of those
14 items in front of you, I take it, your report and CV?
15   A.   I have my report here.
16   Q.   All right.  Let me give you your CV as
17 well.  Using your report, if you would like, can you
18 give us a description of your qualifications and
19 background, please?
20   A.   I'm the Benjamin Castleman Professor of
21 Pathology at Harvard Medical School, and I'm the
22 pathologist-in-chief at the Massachusetts General
23 Hospital, and I also direct a research lab entitled
24 the Molecular Neuro-Oncology Laboratory.  My

**5**

1 clinical work and research over the past 17 years
2 have focused on brain tumors with an emphasis on the
3 molecular genetic basis of brain tumors and on the
4 classification of brain tumors.
5       I've contributed many articles to the medical
6 literature, nearly all of them in the area of brain tumors,
7 and my laboratory has been a pioneer in establishing the
8 use of genetic analysis to classify brain tumors and
9 to understand how they will behave clinically.
10       To this end, I've served on many
11 committees, both nationally and internationally,
12 including for the World Health Organization, the
13 Brain Tumor Society, the Society For Neuro-Oncology,
14 and have also authored some large textbooks in the
15 field.
16       I've also done extensive work for the
17 National Institutes of Health in the area of cancer
18 genetics and brain tumors, chairing a number of
19 groups, including study sections, which are groups
20 that meet regularly to review grants.  And for this
21 work, I've received a number of awards, both
22 locally, nationally and internationally.
23   Q.   Doctor, backing you up to page 1 of your
24 report and just updating things a little bit,



**James DeCrescenzo Reporting**, LLC

**6**

1 towards the bottom of the page there it says that
2 you serve as chair of the Scientific Advisory Panel
3 of the Brain Tumor Society. Is that information
4 still current?
5    A. That changed very recently. I moved up to
6 a more senior position at the Brain Tumor Society,
7 where I'm a senior scientific advisor.
8    Q. And it says, reading along, that you're on
9 the board of directors at the Society For
10 Neuro-Oncology. Is that still current information?
11    A. So the Society for Neuro-Oncology is the
12 major national society for neuro-oncology, both
13 clinical and research. I was for six years on the
14 board of directors as the representative for
15 neuropathology, and that term has ended.
16    Q. Okay. In describing your background, you
17 have referred to brain tumors a couple of times.
18 Are they sometimes described as malignant gliomas?
19    A. Malignant glioma is one group within the
20 larger group of brain tumors.
21    Q. And in your clinical practice and research
22 over the last ten years or so, could you tell us how
23 many malignant gliomas you have examined?
24    A. Many thousands.

**7**

1    MR. SUPLEE: And gliomas is
2 g-l-i-o-m-a-s.
3    Q. Have you been involved in the genetic
4 analysis of such tumors?
5    A. Yes. Our group was one of the earliest to
6 show a number of genetic changes in these tumors.
7 Our group was the first to show that the most common
8 variant, called glioblastoma, could be subdivided on
9 a genetic basis, and we were also the first group to
10 show that genetic analysis could be used to predict
11 the behavior of other types of malignant gliomas to
12 therapy.
13    Q. And what types of analyses have you used in
14 your work?
15    A. Our work has ranged from using clinical
16 data to analysis of the tissues, with the tissue
17 analysis involving almost all types of tissue
18 analysis at the level of protein, RNA and DNA. The
19 bulk of it has focused at the DNA, that is, the
20 genetic level.
21    MR. SUPLEE: I would tender Dr. Louis as
22 an expert in the field of neuropathology with
23 expertise in particular in the molecular genetic
24 basis of malignant gliomas and the application of

**8**

1 molecular diagnostics to malignant glioma
2 classification.
3    MR. FREIWALD: Well, I have quite a
4 number of questions about qualifications and
5 background, but perhaps it makes sense for me to
6 just reserve those and I'll do it as part of my
7 general cross.
8    MR. SUPLEE: That's fine.
9    Q. Dr. Louis, were you asked to review and
10 comment upon the report of Dr. Sydney Finkelstein?
11    A. Yes.
12    Q. Can you tell us what review and comment
13 you've made upon the report that came from Abington
14 Memorial Hospital?
15    A. I reviewed the slides as well as the report
16 on Mr. Lange's left frontal brain tumor that was
17 removed at Abington Memorial Hospital, and provided
18 what would be the proper WHO classification of the
19 tumor at the time, as well the more current WHO
20 classification, and those are that in the current
21 nomenclature, it would be called a glioblastoma with
22 oligodendroglioma components, WHO grade IV, with IV
23 being a Roman numeral.
24    In the 2000 WHO classification, the

**9**

1 tumor would be diagnosed as an anaplastic
2 oligoastrocytoma, WHO grade III.
3    Q. Did you review Dr. Finkelstein's amended
4 report, which was corrected to change the phrase
5 "prostate cancer" to "brain cancer"?
6    A. Yes.
7    Q. And what allelic losses -- that's
8 a-l-l-e-l-i-c -- what allelic losses did
9 Dr. Finkelstein's laboratory report?
10    A. He found allelic losses for five regions on
11 chromosome 3, both on the short and the long arm,
12 and those five regions are 3p23, 3p12.1, 3q13.31 and
13 3q21.3 and 3q22.1.
14    Q. Can you tell us what else you noted about
15 Dr. Finkelstein's report?
16    A. Usually when people do these analyses, they
17 state not only what was found, but what was looked
18 for, and in that report, it does not state how many
19 chromosome 3 loci, l-o-c-i, were evaluated. The
20 report simply states that there was, quote, "a panel
21 of polymorphic microsatellite markers distributed
22 across chromosome 3," end quote.
23    Q. Did Dr. Finkelstein make some effort to
24 distinguish between earlier and later changes?



**James DeCrescenzo Reporting**, LLC

InnovatingLitigation
215.564.3905          FAX 215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.jdrReporting.com

Case 3:08-cv-00612-RET-SCR    Document 13    06/03/2009    Page 5 of 142



10

1    A.   He noted that two of the changes, those at
2  3q21.3 and 3q22.1, were what he said as, quote,
3  "present in the majority of brain cancer cells," end
4  quote, and he feels that these are in keeping with
5  acquisition, quote, "early in brain cancer
6  formation," end quote.
7    Q.   Did he note allelic losses anywhere other
8  than on chromosome 3?
9    A.   Also he noted them on 1p and 10q, but he
10  went on to state that the chromosome 3 losses at
11  3q21.3 and 3q22.1 temporally preceded the
12  acquisition of the 1p and 10q losses.
13    Q.   Dr. Finkelstein's report refers to an
14  abstract that he prepared, does it not?
15    A.   Yes.
16    Q.   And can you tell us what his report says
17  about the abstract?
18    A.   In his report, he stated, quote, "That our
19  own studies," at which point he cited the abstract,
20  "based on over 50 individuals," but when you look at
21  the abstract, it only discusses five cancer
22  subjects.  He drew parallels between what he found
23  in this abstract and what he is finding in
24  Dr. Lange's tumor, but the abstract found changes at

11

1  3p25.3, 3p24.2, and at two genes, the TOP2B and RARB
2  genes at 3p24.3.  Notably, the abstract did not
3  mention alterations at any of the five regions that
4  Dr. Finkelstein found to have losses in Mr. Lange's
5  tumor.
6    Q.   Dr. Louis, in your view, do the data
7  reported by Dr. Finkelstein report a causative role
8  for environmental or chemical exposure as a cause of
9  Dr. Lange's malignant glioma?
10    A.   No, they do not.  The data do not provide
11  any evidence to support a causative role for any
12  putative environmental exposure in the causation of
13  this malignant glioma for two reasons.  It has not
14  been shown that these detected changes are specific
15  to this case or that the detected changes are
16  related to the causation of brain tumors.
17    Q.   Now, on page 5 of your report, you list six
18  different reasons supporting your view.  Is that
19  correct?
20    A.   Yes.
21    Q.   Let's take them one by one, and I'm going
22  to ask you to explain them to us.  The first as
23  listed on page 6 of your report says that
24  "Appropriate controls have not been performed by

12

1  Dr. Finkelstein: there has been no study of control
2  cohorts with the same technique and the identical
3  group of chromosome 3 markers."  Did I read it
4  right?
5    A.   Yes.
6    Q.   And can you can explain to us what that
7  means, please?
8    A.   It's critical to understand that a
9  scientist presenting data has to not only present
10  the data on a series of experimental subjects, but
11  on appropriate control subjects as well.  Otherwise,
12  one cannot tell whether the changes found in the
13  experimental subjects are in any way specific to
14  that group.
15    What I was pointing out was that in no
16  place in the report does Dr. Finkelstein make any
17  mention of control patient samples.  He has to have
18  a control cohort, and that control cohort has to be
19  studied with the same markers and with the same
20  technique to determine that the experimental group,
21  in this case Mr. Lange's tumor, was different from
22  other types of tumors that have not had
23  environmental exposures.
24    I want to emphasize that this is a

13

1  control that involves a control cohort of patients
2  who have not had the same putative environmental
3  exposure.  I'm not here talking about controls for
4  the actual assays themselves, which merely get at
5  the issue of whether the technique, the assay, is
6  working.
7    Q.   Does that mean then that what you would be
8  doing would be comparing the cases that
9  Dr. Finkelstein says are attributed to chemicals
10  with a group of brain cancer cases where there was
11  no such exposure?
12    A.   Yes.
13    Q.   In a deposition that he gave in the Hsu,
14  H-s-u, case recently Dr. Lange said that -- and have
15  you read that deposition, by the way?
16    A.   Yes, I have.
17    Q.   And I'm looking at page. 32 of his
18  deposition, and I'll -- I won't read every word, but
19  simply paraphrase it.
20    MR. FREIWALD:  Objection to your
21  paraphrasing.  It's inappropriate.
22    MR. SUPLEE:  Well, then I'll read it.
23    MR. FREIWALD:  Yeah.  I think that is
24  what you should do, respectfully.



**James DeCrescenzo Reporting**, LLC

InnovatingLitigation
215.564.3905                          FAX  215.751.0581
1880 JFK Blvd, 6ᵗʰ Floor, Philadelphia, PA 19103
www.JDReporting.com
Case 3:08-cv-00612-RET-SCR   Document 47-13   06/03/2009   Page 6 of 142

Case 3:08-cv-00612-RET-SCR Document 68-3 01/01/10 Page 7 of 142
ORAL DEPOSITION OF DAVID LOUIS M.D. 01/01/10 Page 7of 142

5 (Pages 14 to 17)

14

1   Q.  Picking up with his answer on page .32, line
2 12, Dr. Finkelstein said "Yes, we have looked at a
3 control series of patients, patients who have, who
4 do not have an exposure to the best of our
5 understanding. And these are age and sex match to
6 other patients that we have evaluated, not the
7 specific patients, but as part of our general
8 program.
9   "And using these controls we have
10 evaluated them to see whether they using the very
11 same markers, the exact same methods, the precise
12 methodology that is used to generate these results,
13 to generate information using these known controls
14 who have not had exposures.
15   "Question: How were the controls
16 selected?
17   "Answer: The controls were selected
18 based on a group of six patients and they were
19 selected in order to match as close as possible the
20 age, the sex, and very closely match the specific
21 histopathologic type of glioma.
22   "And in addition, these patients have
23 been evaluated for any apparent exposure and they
24 should not have had such exposure.

15

1   "Question: Where did you get the
2 control tissue from?
3   "Answer: From a tissue bank.
4   "Question: What are the results of that
5 study?
6   "Answer: Well, our control studies are
7 ongoing. Based on the first six we were able to
8 reproduce the pattern of and frequency of chromosome
9 3 damage, that one sees in sporadic brain cancer.
10 It did not have the high levels of accumulated
11 mutations as seen here."
12   And then question: "Based on the
13 control study that you have done and the mutational
14 patterns you observed in Dr. Lange and Dr. Hsu, does
15 it support your opinions as to causation and
16 exposure to these two individuals?
17   "Answer: Yes."
18   Now, you've reviewed that testimony,
19 have you not, Dr. Louis?
20  A.  Yes.
21   Q.  Does that take care of your concern about
22 the absence of a control group for Dr. Finkelstein's
23 work?
24  A.  No, it does not, for a number of reasons.

16

1 The first reason is number. When doing such
2 studies, one typically does what are called power
3 calculations, often by statisticians, to determine
4 how many subjects are needed both in the
5 experimental group and in the control group. And
6 the number of cases needed in each group depends on
7 a variety of factors, including the number of
8 variables to be examined, the expected frequency of
9 positive findings within those variables and so on. I
10 haven't done a power calculation, nor could I
11 in this case, but typically these types of studies have
12 far more than six patients in a control group.
13   The second reservation I have about
14 these is whether they have bona fide control
15 patients or not. It's absolutely essential, given
16 what Dr. Finkelstein is trying to show concerning
17 exposure to a putative carcinogen, that he be
18 absolutely sure that any control patients that he
19 uses have not had such an exposure. I'm not aware
20 of this level of detail being included either in the
21 academic tissue banks that I know of, nor in the
22 commercial tissue banks that I know of. So I would
23 have grave concerns about the level of validation
24 that has occurred to rule out the possibility that

17

1 these control patients have not had any type of
2 putative exposures.
3   Lastly, I have not seen the data on
4 this, and for any type of evaluation at a proper
5 scientific level, one would have to see the actual
6 data.
7   Q.  Now, later in his deposition at page .59,
8 Dr. Finkelstein was asked these questions and gave
9 these answers: "Question: With respect to this
10 work that you say you did with the six people who
11 consisted of the control group?
12   "Answer: Yes.
13   "Question: There is nowhere that we
14 could read about that, is that right?
15   "MR. FREIWALD: Objection. It's beyond
16 the scope of this report.
17   "Answer: That's correct.
18   "MR. FREIWALD: I'll object to this
19 whole line of questioning, as well as the previous
20 questioning which was also beyond the scope of the
21 witness's report."
22   So as things stand right now, there is
23 nowhere for you to go to look at the data that
24 supposedly supports this conclusion?



**James DeCrescenzo Reporting**, LLC

215.564.3905      InnovatingLitigation      FAX  215.751.0581
1880 JFK Blvd., 6ᵗʰ Floor, Philadelphia, PA 19103
www.JDReporting.com

Case 3:08-cv-00612-RET-SCR Document 42-13  06/03/2009   Page 7 of 142



---

**18**

1    A.    That's correct. I don't have a way of
2    looking at that data.
3    Q.    Dr. Finkelstein said that he could rely
4    upon the biomedical literature as a kind of control
5    group, and that the biomedical literature reported
6    comparatively few changes on chromosome 3 where
7    there was no chemical exposure. Is that a valid
8    approach? And we're now getting into the second
9    reason that you list on page .6 of your report.
10         MR. FREIWALD: Object to the form of the
11    question. It's an inappropriate question.
12         MR. SUPLEE: It's what?
13         MR. FREIWALD: An inappropriate
14    question.
15         MR. SUPLEE: Okay.
16    Q.    You can answer.
17         MR. FREIWALD: Frankly, he can answer,
18    but I'm not sure what the question is. I guess
19    that's my problem. Unless the question is
20    clarified, I think the witness is going to be
21    speechifying, and I think it should be in response
22    to an intelligible question.
23         MR. SUPLEE: Let's eliminate any
24    concerns.

---

**19**

1    Q.    Let's go to your second reason on page .6 of
2    your report, which says, "The biomedical literature
3    does contain evidence of chromosome 3 changes being
4    found in malignant gliomas that have not had any
5    reported exposures." Did I read it right?
6    A.    Yes.
7    Q.    And is that your view?
8    A.    Yes.
9    Q.    Can you explain that to us, please?
10    A.    Dr. Finkelstein relies on the biomedical
11    literature as his control group, which is not
12    acceptable, because the biomedical literature has
13    not performed the exact same analyses as he has
14    performed. Notably some papers use different
15    techniques; none of the papers use all of the
16    markers that he's looked at; and therefore, it's not
17    quite -- it's not an appropriate control group to
18    use the medical literature. Nonetheless, he makes a
19    statement that chromosome 3 changes really don't
20    occur in the medical literature, and as I've
21    catalogued here, there are many places where
22    chromosome 3 abnormalities have been reported in the
23    medical literature.
24         MR. FREIWALD: Objection, and move to

---

**20**

1    strike as mischaracterizing Dr. Finkelstein's
2    opinions and testimony.
3    Q.    Let me take you through the literature as
4    you describe it in your report here. Now, you speak
5    first about the Ruano, R-u-a-n-o, article, which was
6    cited by Dr. Finkelstein. Does that support the
7    view that the pattern of molecular chromosome 3
8    mutational changes is not typical of sporadic brain
9    cancer formation, which -- on that language, I'm
10    quoting Dr. Finkelstein's report.
11         MR. FREIWALD: Objection to the
12    misquoting of Dr. Finkelstein's report. It's an
13    improper question.
14         MR. SUPLEE: Well, in what way does it
15    misquote it?
16         MR. FREIWALD: You're paraphrasing,
17    you're not quoting. That's improper.
18         MR. SUPLEE: Well, I think I am quoting
19    it, but let me break it down into little steps so
20    that there's no dispute about it.
21    Q.    Dr. Louis, at the top of page .7, you quote
22    the following sentence, "This pattern of multiple
23    chromosome 3 mutational changes is not typical of
24    sporadic brain cancer formation and supports

---

**21**

1    alternative mechanisms that contribute to cancer
2    development," citing articles 3 and 4. Do you see
3    that?
4    A.    Yes.
5    Q.    And what are you quoting there at the top
6    of that page?
7    A.    I'm quoting from the amended report from
8    Dr. Finkelstein, the Pathfinder TG report on Barry
9    Lange, and that sentence occurs in the second
10    paragraph of the section noted "final report."
11    Q.    Now, in terms of articles 3 and 4, is
12    article 3 the Ruano article?
13    A.    Yes.
14    Q.    And can you tell us whether the Ruano
15    article supports Dr. Finkelstein's statement?
16    A.    Again, to reiterate, the goal here of using
17    the literature is to evaluate whether similar types
18    of approaches were done in the literature.
19    Reference 3 by Ruano, et al.., takes a completely
20    different approach to studying genetic changes in
21    these tumors. Firstly, it uses a completely
22    different approach in terms of technique. While
23    Dr. Finkelstein uses PCR-based analyses, this is
24    using array-based comparative genomic hybridization

---



**James DeCrescenzo Reporting**, LLC

215.564.3905              InnovatingLitigation                FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

Case 3:08-cv-00612-RET-SCR   Document 22-13   06/03/2009   Page 8 of 142

22

1    and expression profiling.
2           Secondly, what the Ruano paper looked at
3    was looking mostly at chromosomal gains, not at
4    losses, and an overexpression at the RNA level. And
5    these were not aspects that Dr. Finkelstein looked
6    at.
7           MR. FREIWALD: Wait. Just before you go
8    on, I have a question, because I'm confused not by
9    the testimony, but by the reference. You're saying
10   reference 3 is the Ruano article, but I'm looking at
11   your list of references on page .16, and reference
12   number 3 is not the Ruano article.
13          MR. SUPLEE: He's saying that reference
14   number 3 is a reference by Dr. Finkelstein.
15          MR. FREIWALD: In his report?
16          MR. SUPLEE: Yes.
17          MR. FREIWALD: Okay. That wasn't clear
18   to me. Now I understand.
19          MR. SUPLEE: Okay.
20   Q.     And would using a PCR method versus an
21   array-based comparative genomic hybridization and
22   expression profiling, would that or might that
23   result in different losses being detected?
24   A.     The fact is that the approaches are

23

1    different approaches, and therefore might have
2    different sensitivities and specificities.
3    Q.     And for that reason and because this
4    article focuses on chromosomal gains, not losses, is
5    that your basis for distinguishing Ruano?
6           MR. FREIWALD: Objection, leading,
7    inappropriate question.
8    Q.     You can answer.
9    A.     I don't see anything in the Ruano paper
10   that specifically says we don't see losses on
11   chromosome 3, and therefore I don't understand how
12   this can be used as a comparison from the
13   literature.
14   Q.     Now, the next reference by Dr. Finkelstein,
15   his footnote 4 is to the Nishizaki article,
16   N-i-s-h-i-z-a-k-i. Can you tell us whether, in your
17   view, that supports Dr. Finkelstein's conclusion?
18   A.     So this is an even more problematic
19   reference, because it uses a technique known as
20   standard comparative genomic hybridization on
21   metaphase -- that's m-e-t-a-p-h-a-s-e -- chromosome
22   spreads. This is a technique that's not designed
23   for detecting any small deletions, and therefore is
24   absolutely not a comparable technique with the one

24

1    that Dr. Finkelstein uses.
2           It's interesting, though, however, even
3    using this insensitive technique of standard
4    comparative genomic hybridization on metaphase
5    chromosomes, loss of chromosome 3 material was, in
6    fact, found in some of the glioblastomas.
7    Q.     Now, moving along, Dr. Finkelstein makes
8    the statement in his report that this pattern of
9    multiple chromosome 3 mutational change is not
10   typical of sporadic brain cancer formation. Is that
11   correct? That is, that he makes that statement?
12   A.     Yes, he makes that statement.
13   Q.     Is that statement accurate, in your view?
14   A.     No. As I've catalogued in my report, there
15   are a number of papers that report changes,
16   including losses, on chromosome 3 in malignant
17   gliomas.
18   Q.     And could you take the first of those
19   authorities and tell us what it reports?
20   A.     The first paper that I cited in this regard
21   was by Srivastava, S-r-i-v-a-s-t-a-v-a, et al.
22   they studied 43 sporadic human gliomas that didn't
23   have any known environmental exposures. They looked
24   only at six microsatellite markers from the short

25

1    arm of chromosome 3 using techniques similar those
2    of Dr. Finkelstein. They found genetic losses at
3    these markers ranging from about 6 to about 42
4    percent of low grade astrocytomas and about -- and
5    from 0 to 9 percent of glioblastomas.
6           It's very important to point out, though, that
7    Srivastava, et al., defined allelic loss in the usual way
8    it's defined in the literature where it has to be
9    complete loss of a band in the tumor sample relative
10   to the corresponding DNA. And the reason it's
11   important to point this out is they're using a more
12   stringent cutoff than does Dr. Finkelstein.
13   Dr. Finkelstein scores cases even if there is a
14   partial reduction in the intensities. He scores
15   those as positive. So as a result, if Srivastava
16   presumably used looser criteria like Dr. Finkelstein
17   is using, their frequencies of allelic loss could
18   have been much higher.
19   Q.     Okay. You also cite the von Deimling
20   article. Can you tell us what that reports?
21   A.     That was a report from a colleague of mine
22   that involved his large laboratory in Germany and
23   mine at the Massachusetts General Hospital where we
24   looked at all chromosome arms across all chromosomes

**James DeCrescenzo Reporting**, LLC

InnovatingLitigation

215.564.3905                                                              FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

Case 3:08-cv-00612-RET-SCR  Document 41-13  06/03/2009  Page 9 of 142

26

1 in 466 patients. In that study, we did have markers
2 from chromosome 3. There were two on the short arm
3 of chromosome 3 and three markers on the long arm.
4     Although we only studied these small numbers
5 of markers, we did find losses in up to ten percent of
6 the malignant gliomas. Again, as in the Srivastava
7 paper, it's important to point out that we scored a
8 loss only if there was a very clear loss. And if we
9 had used looser criteria, the frequencies that we
10 would have found would have been higher. It's also
11 very important to point out that we only used five
12 markers on chromosome 3. If we had used 16 markers,
13 like Dr. Finkelstein said he used, we would
14 certainly have found more losses.
15     Q.    You cite also a Kanno article, K-a-n-n-o.
16 Could you tell us what that reports?
17     A.    Kanno, et al.. is interesting because they
18 used a larger number of microsatellites. They used
19 9 just for the short arm, and they found losses in
20 40 percent of their cases. Interestingly, 13 of the
21 15, that is, 87 percent, had loss of at least one
22 marker on 3p, and that was true for five of the six
23 glioblastomas. So this illustrates that if one uses
24 more markers, one will find more losses.

27

1     Q.    Did you find an article in which
2 Dr. Finkelstein himself, along with others, reported
3 losses on chromosome 3 in sporadic malignant
4 gliomas?
5     A.    Dr. Finkelstein reported in a paper by
6 Mohan, et al.. where he only studied two
7 microsatellite markers on chromosome 3, but did,
8 even though it's a small number of microsatellite
9 markers, did find 3p loss in some cases, and one of
10 those cases was illustrated in figure 3 of the
11 paper.
12     Q.    Are you familiar with the TCGA, Doctor?
13     A.    Yes.
14     Q.    Can you tell us what that is?
15     A.    TCGA standards for The Cancer Genome Atlas.
16 TCGA is a large multi-million-dollar study started
17 about a year to two ago by the National Cancer
18 Institute, the NCI. The goal of TCGA was to do
19 extensive genetic analysis at the DNA and at the RNA
20 level on a large group of cancers and to provide
21 this information on-line to the public to further
22 cancer research. The first tumor type chosen by
23 TCGA for study has been glioblastoma, and to date
24 there have been well over a hundred glioblastomas

28

1 analyzed by TCGA. I am aware of this not only
2 because of the public interest that this has raised
3 in the scientific community, but also because I'm on
4 the glioblastoma working group for the TCGA in which
5 we've helped guide this project along.
6     One can now look on-line at any region
7 of the chromosome in well over 100 glioblastomas and
8 find whether abnormalities have been described at a
9 DNA or in many cases at an RNA level.
10     Q.    Does it report such losses with respect to
11 chromosome 3?
12     A.    Yes. One can find losses for chromosome 3
13 in many, many areas of chromosome 3, both on the
14 short arm and on the long arm, in glioblastomas. Of
15 note, in addition to finding losses, the TCGA
16 notices frequent gains of chromosome 3, that is,
17 extra copies of chromosome 3, in a substantial
18 fraction of the cases. And the reason I mention
19 this is that Dr. Finkelstein's technique of using
20 PCR to detect allelic imbalance does detect
21 imbalances between the two alleles, between the two
22 chromosomal copies.
23     I mention that because if one
24 chromosome is present in a greater amount rather

29

1 than a lesser amount, that will also show up as an
2 allelic imbalance in his assay. And, therefore,
3 many of the alterations described in the TCGA
4 database, not only the losses but the gains also,
5 would correspond to the type of allelic imbalance
6 alterations that he's finding in his tumors or in
7 this tumor, I should say.
8     Q.    Let me go to your, or let us go to your
9 third reason as reported on page .11, that is the
10 third reason for your opinion about
11 Dr. Finkelstein's view, and that reads as follows:
12 "Another set of appropriate controls has not been
13 performed: Dr. Finkelstein has not studied other
14 chromosomes in this tumor with similarly densely
15 spaced markers and with the same technique." Is
16 that, in fact, your view, sir?
17     A.    Yes.
18     Q.    Can you explain to us what that means,
19 please?
20     A.    The question here is whether there's
21 anything specific to chromosome 3 that
22 Dr. Finkelstein is reporting on, or if you looked at
23 any chromosome in the genome, would one find similar
24 types of changes. It's important to do so, because



**James DeCrescenzo Reporting**, LLC
InnovatingLitigation

215.564.3905                                                          FAX  215.751.0581
1880 JFK Blvd, 6th Floor, Philadelphia, PA 19103
www.JDReporting.com



---

**30**

1  that would weigh heavily on whether there's anything
2  specific about the changes that he's finding on
3  chromosome 3.
4  　　Q.　Well, suppose, for example, that
5  Dr. Finkelstein found changes on chromosome 13 --
6  excuse me -- chromosome 12 that were similar to what
7  he reported on chromosome 3, of what significance
8  would that be?
9  　　A.　If he found similar changes and they were
10  similar to the ones he found on chromosome 3, in
11  other words, they were scattered across the
12  chromosome, they were mostly what he calls late
13  changes or illustrates as thin lines in his
14  diagrams -- if they were these types of changes,
15  then that would very effectively argue against any
16  position that there was anything specifically
17  abnormal about chromosome 3 in this patient or in
18  any other patients that he found chromosome 3
19  abnormalities in.
20  　　Q.　If he found similar deletions on chromosome
21  12, what would that say one way or the other about a
22  growth gene on chromosome 3 being the cause of the
23  cancer?
24  　　A.　As mentioned, it would undermine any

---

**31**

1  argument relating to a specific growth regulatory
2  gene on chromosome 3 being involved. But I would
3  also add that the data that he has presented on
4  chromosome 3 itself would undermine any such
5  argument as well, because, as I mentioned, these are
6  mostly late types of changes, and these are barely
7  overlapping in any way.
8  　　Q.　Have you, in fact, looked at a report of
9  what Dr. Finkelstein reported on chromosome 12?
10  　　A.　Yes.
11  　　Q.　And what did you observe?
12  　　A.　In the cases --
13  　　　　MR. FREIWALD: Objection.
14  　　Q.　Tell us about what that revealed.
15  　　　　MR. FREIWALD: I still don't even know
16  what you're talking about. "What that revealed"? I
17  object.
18  　　Q.　What Dr. Finkelstein's report concerning
19  chromosome 12 revealed.
20  　　A.　I've seen the results of Dr. Finkelstein
21  having performed similar chromosome 12 analyses on
22  patients, and those do show similar findings in that
23  he finds scattered losses in both the short and long
24  arm of chromosome 12. These losses are almost all

---

**32**

1  thin lines or so-called late changes, and that these
2  lines don't overlap across all of the cases in a
3  single region.
4  　　Q.　When you say they're similar findings, you
5  mean similar to what he found on chromosome 3?
6  　　A.　Yes. In terms of the scattering of the
7  losses, the partial nature of most of the losses and
8  the fact that they don't target a specific region of
9  the chromosome.
10  　　Q.　Of what significance is it that a change is
11  late rather than early?
12  　　A.　Cancers develop in a multi-step process,
13  and changes that are early in a tumor are ones much
14  more closely related to when the tumor formed, and
15  therefore are more likely to be associated with the
16  causation of that tumor. Changes that occur only in
17  some regions of the tumor are very recent changes
18  that are related to how that particular region of
19  the tumor happens to be progressing further.
20  　　Q.　Do authors in this field sometimes in their
21  articles simply not mention later changes?
22  　　A.　That's correct. Some authors do not
23  mention later changes because they're focused on the
24  changes that are present throughout the tumor that

---

**33**

1  are related to the earlier stages, and therefore
2  more related to causative events.
3  　　Q.　Let's go to your fourth reason, which is on
4  page .11, which reads, "Three of the five genetic
5  changes detected on chromosome 3 are not found
6  uniformly throughout the cellular population studied
7  and are therefore not early genetic alterations
8  likely to be associated with tumor formation." Is
9  that, in fact, your view, Dr. Louis?
10  　　A.　Yes.
11  　　Q.　And could you explain that to us, please.
12  　　A.　This is similar to the point we were just
13  discussing, which is that cancers arise in a
14  multistep fashion. Three of the five changes that
15  Dr. Finkelstein detected on chromosome 3 were found
16  only in certain areas of the tumor, and therefore he
17  considered them late changes rather than early. So
18  three out of the five, one would have to say do not
19  have to do with why that tumor arose. And as
20  mentioned a little while ago, most people would not
21  discuss those as part of their results when they
22  came to be talking about early changes in the tumor
23  and putative causation.
24  　　Q.　And here when you're talking about three of

---



**James DeCrescenzo Reporting**, LLC

215.564.3905　　　　InnovatingLitigation　　　　FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

Case 3:08-cv-00612-RET-SCR   Document 47-3   06/03/2009   Page 11 of 142

34

1  the five genetic changes detected on chromosome 3,
2  you're speaking specifically of what Dr. Finkelstein
3  found concerning Dr. Lange?
4  A.  Yes.
5  Q.  The next reason, the fifth reason on page.
6  12 says, "The genetic changes detected are not
7  changes specific to an individual gene, and simply
8  reflect loss of relatively large chromosomal
9  regions." Is that your view?
10  A.  Yes.
11  Q.  Can you explain to us what that means,
12  please?
13  A.  It's important to understand that the parts
14  of chromosomes that do things that bring about
15  changes in cells are the genes themselves. It's the
16  genes that encode the RNA that then subsequently
17  encodes the proteins, which are the action figures
18  of tumors -- of cells in general and in particular
19  of tumor cells. It's the proteins that come from
20  the genes that go about and lead to abnormal growth
21  in the situation in a cancer cell.
22      Chromosomes themselves are merely ways
23  of packing genes together in a storage manner. What
24  Dr. Finkelstein has shown is not specific to any

35

1  gene, but has to do with what are called
2  microsatellite markers, which are markers located
3  sometimes in genes, sometimes near genes, sometimes
4  pretty far away from known genes. But these are not
5  the genes themselves. These are simply markers
6  nearby. When we think about implicating DNA in a
7  cancer process, what about it at the level of
8  the individual genes, and in terms of understanding
9  biology, one really has to understand what is going
10  on at an individual gene level, not in terms of
11  these microsatellite markers that are not
12  necessarily related to the function of the DNA on
13  the chromosome.
14  Q.  And your sixth reason on page .13 reads, "No
15  biomedical literature demonstrates an association
16  between specific genetic changes on chromosome 3 and
17  malignant glioma formation." Is that your view,
18  sir?
19  A.  Yes.
20  Q.  Can you explain what that means to us,
21  please?
22  A.  Well, as stated, I don't know of any
23  biomedical literature that has shown any association
24  between a specific change on chromosome 3 and the

36

1  formation, the actual causation and development of
2  malignant gliomas. Dr. Finkelstein had drawn
3  attention to the studies reporting mutations in the
4  VHL gene in renal cell cancer from patients who had
5  trichloroethylene exposure. And I felt it was very
6  important to point out that such studies, number
7  one, included control cohorts. They were peer-
8  reviewed publications, in addition. But they found
9  mutations in specific areas of that single VHL gene.
10  That's very different from finding losses scattered
11  across the chromosome in no particular pattern.
12  Q.  In those studies of TCE and VHL gene
13  mutations in renal cell carcinomas, did they report
14  any results concerning brain tumors?
15  A.  No.
16  Q.  Dr. Louis, do you become involved from time
17  to time in reviewing grant applications?
18  A.  Yes.
19  Q.  And how does that occur, sir?
20  A.  Grants are submitted by scientists. A
21  grant is a proposal to do a type of work. They are
22  first sent to a set of reviewers, a subset of a
23  large panel of reviewers. Typically two or three
24  reviewers will look over a grant, evaluate its

37

1  science, and then score it. And then the group will
2  get together, and the reviewers assigned to that
3  grant will present details of the grant, following
4  which there'll be a general discussion. And based
5  on a combination of the score and the discussion, a
6  grant will be accepted or rejected.
7  Q.  If you were reviewing what Dr. Finkelstein
8  has done here and he were seeking funding in
9  connection with his hypothesis that if there are
10  four or more deletions on chromosome 3, that means
11  that there was a chemical cause of the human brain
12  cancer, would you support giving him the grant?
13      MR. FREIWALD: Objection. It misstates
14  his opinions. Inappropriate question.
15  Q.  You can answer.
16  A.  No.
17  Q.  And can you explain to us why?
18  A.  In order to justify a review panel
19  believing that there's merit in a grant proposal,
20  there have to be carefully prepared preliminary
21  data. The type of data that Dr. Finkelstein shows,
22  most notably because it has no control cohorts and
23  because it doesn't perform other critical controls
24  and because it misstates what is present in the





**James DeCrescenzo Reporting**, LLC

Innovating Litigation

215.564.3905                                              FAX  215.751.0581

1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103

www.JDReporting.com

Case 3:08-cv-00612-RET-SCR   Document 3   06/03/2009   Page 12 of 142

Case 3:08-cv-00612-RET-SCR Document 68-3 06/03/2009 Page 13 of 142

---

38

1 medical literature, would not be reviewed favorably.
2 It would be my recommendation if a grant like this
3 came to the study section at the NIC that I chaired
4 for four years, that it would fall within the --
5 certainly within the lower half of applications,
6 which are those that are so low we don't even bother
7 discussing them at the main meeting.
8    Q.    In Dr. Finkelstein's deposition in this
9 case -- this is on page .30 of his deposition -- he
10 was asked about his opinion and said, "It was my
11 opinion that there were" -- I'm sorry.  Let me try
12 again.  "It was my opinion that there were
13 mutational changes in the brain tumor cells that
14 were beyond that which is encountered in sporadic
15 brain cancer and which raises the causation as being
16 due to factors other than sporadic cancer and
17 specifically exposure to toxic compounds that could
18 damage DNA."  Do you know of any scientific support
19 for that opinion?
20    A.    No.
21    Q.    Let me ask you some general questions about
22 Dr. Finkelstein's View and his hypothesis concerning
23 deletions on chromosome 3 and chemical causation.
24        Are Dr. Finkelstein's views generally

---

39

1 accepted in the medical community at large?
2    A.    No.
3    Q.    Are they generally accepted among the
4 community of neuropathologists?
5    A.    No.
6    Q.    Do they represent even a recognized
7 minority view?
8    A.    No.
9    Q.    Do you know of anyone other than
10 Dr. Finkelstein who subscribes to his views?
11    A.    No.
12    Q.    Do you know of any peer-reviewed
13 publication setting forth Dr. Finkelstein's views?
14    A.    No.
15    Q.    Why does peer-reviewed publication matter?
16    A.    Similar to the situation we were just
17 discussing with grant reviews, it's essential that
18 publications be peer-reviewed for a number of
19 reasons, primarily because it provides a quality
20 control step where expert peers look over in great
21 detail the submitted material, the submitted
22 manuscript, and they evaluate it for quality and for
23 problems.  And if there are problems, then the
24 reviewers will make suggestions back to the editor,

---

40

1 who will pass those discussions back on to the
2 person assigned to submitting the manuscript.  Then
3 the scientists can then begin to address those.  And
4 if they are addressed after one or two back and
5 forths, then the paper might be judged acceptable by
6 the reviewer and published.
7        The important thing here then is that
8 there's been a careful review process by experts in
9 the field.  Almost all journals will involve at
10 least two reviewers.  Many of them will involve
11 three reviewers, plus the editor.  So a good number
12 of experts in the field will go over the data in the
13 paper and determine that it is acceptable,
14 believable, that all of the appropriate controls
15 have been put forth, that the conclusions are
16 reasonable, before it becomes published.
17    Q.    Have you seen the abstract that
18 Dr. Finkelstein cites that he submitted in
19 connection with a toxicological meeting in San
20 Diego?
21    A.    Yes.
22    Q.    Is that the equivalent of a peer-reviewed
23 publication?
24    A.    No, it is not.

---

41

1    Q.    Can you explain why?
2    A.    Abstracts submitted to scientific meetings
3 are reviewed in different ways.  For some societies,
4 they are very broadly reviewed to make sure they're
5 not too long, and that they don't say anything too
6 wild or offensive in them.  And some societies put
7 them through relatively brief reviews.  But, again,
8 it's important to point out that even those
9 societies that put abstracts for meeting
10 presentations through a review process, that review
11 process by definition cannot be of the level of
12 detail that happens with a peer-reviewed publication
13 for a journal.
14        The amount of information in the
15 abstract provided is small, typically under 250
16 words, for instance.  And the level of information,
17 including things like controls, cannot be conveyed
18 in enough detail for the same type of review process
19 as would go into a journal article.
20    Q.    More specifically, in your view, is the
21 abstract that Dr. Finkelstein prepared in this case
22 equivalent to what would be submitted to a peer-
23 reviewed journal?
24    A.    No.

---



**James DeCrescenzo Reporting**, LLC

42

1    Q.   What about the poster that was shown at
2  that meeting; is that subject to peer review?
3    A.   No.   Typically what happens between an
4  abstract being accepted for a presentation and a
5  poster being put up in a meeting, there's no
6  external review process that goes on between those
7  two points.
8    Q.   It's been suggested that in terms of
9  deletions from chromosome 3 that a similar scoring
10 system is used in connection with liver transplants,
11 and that that suggests that Dr. Finkelstein's method
12 is, in fact, scientifically reliable.  Can you tell
13 us whether you agree or disagree with that?
14   A.   This is like comparing apples and oranges.
15 One of the key issues with organ transplantation has
16 to do with whether there's a match of an organ.
17 People who are more closely related, such as an
18 identical twin, typically have more closely related
19 organs.  And so one of the ways that you can think
20 about organ matching is to look at variations that
21 occur within individuals.  Notably those are
22 variations that you inherit, that an individual
23 inherits from their mother or their father, and
24 these are known as alleles.

43

1       In the setting of organ transplantation,
2  it makes sense that the more alleles you have
3  imbalanced, the less likely a transplant will
4  succeed.  That's based on the biology of what
5  transplantation is all about, which is to find an
6  organ that matches as closely as possible at a
7  genetic level with the donor and the recipient, so
8  that the immune system doesn't reject it.  That's
9  entirely different from what Dr. Finkelstein is
10 doing, because although he's look at the allelic
11 imbalance, the allelic imbalances have nothing do
12 with the underlying biology of the cancer itself.
13 And so the notion that you can use a scoring system
14 based on alleles for transplantation and just adapt
15 that in the setting of cancer causation is, in my
16 opinion, ludicrous.
17   Q.   Let me just read an excerpt from
18 Dr. Finkelstein's most recent deposition, which was
19 in the Hsu case, and this is at page .19, line 14.
20      MR. FREIWALD:  You're reading from which
21 case?
22      MR. SUPLEE:  The Hsu case.
23   Q.   Line 14, and I'm going to -- when I read
24 it, I'll skip -- well, I won't skip anything.

44

1       "Question:  Is there a difference in the
2  way that sporadic tumors arise versus chemically-
3  induced tumors?
4       "MR. SUPLEE:  Same general objection as
5  previously stated.
6       "Answer:  Sporadic cancers generally
7  take a longer time and are characterized by defined
8  areas of mutational change which tends to be
9  consistent and characterize the form of cancer."
10      Then he goes on, "Question:  What is the
11 mutational profile for chemically-induced cancers?
12      "MR. SUPLEE:  Same objection.
13      "Answer:  In --
14      "Question:  Go ahead.
15      "Answer:  In chemically-induced cancers
16 the changes are more widespread, they are more
17 numerous, tend to occur over a shorter interval and
18 are associated with a heavier cumulative load of DNA
19 damage."
20      Do you know of any scientific basis for
21 that testimony?
22   A.   I don't know of any scientific basis for
23 that statement regarding human cancers.
24   Q.   Are you familiar with Dr. Finkelstein's

45

1  company, RedPath?
2    A.   Yes, somewhat.
3    Q.   What does it do, as you understand it?
4    A.   It's a molecular diagnostics company that
5  takes in tissue and does analyses on that tissue,
6  analyses like what he's done in Mr. Lange's case,
7  and they report those results out to people who
8  request the tests on their patient materials.
9    Q.   And in terms of that analysis, you're not
10 making any challenge to the work of RedPath, are
11 you, or are you?
12   A.   No.
13   Q.   Okay.
14   A.   I think that they are an approved
15 diagnostic company.
16   Q.   Can you tell us, then, once you have those
17 findings, do you agree or disagree with
18 Dr. Finkelstein's method of interpreting what those
19 deletion findings mean?
20   A.   In this particular case of Mr. Lange, I
21 don't disagree with the RedPath finding that there
22 were partial losses here and full losses there.  The
23 company has the ability to do those tests.  What I
24 disagree with is the interpretation that



**James DeCrescenzo Reporting**, LLC

InnovatingLitigation

215.564.3905                                    FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

Case 3:08-cv-00612-RET-SCR   Document 68-3   01/01/10   Page 15 of 142
ORAL DEPOSITION OF DAVID LOUIS, M.D.

13 (Pages 46 to 49)

46

1   Dr. Finkelstein has offered for those genetic
2   changes.
3       Q.   And the views that you expressed here in
4   your critique of Dr. Finkelstein, do you express
5   these opinions with reasonable medical and
6   professional certainty?
7       A.   Yes.
8           MR. SUPLEE:  That's all I have.  So
9   maybe we'll take a short break and Mr. Freiwald will
10  ask his questions.
11          MR. FREIWALD:  Very well.
12          EXAMINATION
13  BY MR. FREIWALD:
14      Q.   Dr. Louis, good morning.  We met before we
15  started.  My name is Aaron Freiwald and I represent
16  the Lange family as well as the Hsu family in these
17  matters.
18          I have some follow-up questions.  And I
19  may jump many around a little bit, a little bit
20  less methodological than Mr. Suplee was able to be.
21          Let me start by asking you about some of
22  your background.  First of all, you are testifying
23  today as an expert witness, is that correct?
24      A.   Yes.

47

1       Q.   And you're being compensated for your time
2   today?
3       A.   Yes.
4       Q.   At $1,000 an hour?
5       A.   Yes.
6       Q.   That's an awfully high rate, at least in my
7   experience.  How did you arrive at that number for
8   your rate as an expert?
9       A.   By asking colleagues of mine.
10      Q.   Who did you ask?
11      A.   I don't recall offhand at this point.
12      Q.   And they told you that they thought it was
13  appropriate for you to bill your time out at $1,000
14  per hour for testifying in a legal matter?
15      A.   Yes.
16      Q.   Does the $1,000 an hour for your deposition
17  include time preparing with Mr. Suplee?
18      A.   I don't recall offhand if the preparation
19  time is at $750 an hour or $1,000 an hour.
20      Q.   Okay.  So you have a different rate that
21  you charge for preparing for the deposition as
22  compared to actually giving the testimony?
23      A.   The rate of $750 an hour is for all of the
24  work that I've done in preparing the report, yes.

48

1       Q.   All right.  So you charge $750 an hour for
2   all the time you spent preparing your report.  And
3   that may include, you think, time spent preparing
4   for your deposition, and then a higher rate for
5   actually giving the testimony, as you're doing
6   today, is that correct?
7       A.   Yes.
8       Q.   Why do you charge $250 an hour more to
9   actually testify?
10      A.   This is what I was told by colleagues is
11  common practice.
12      Q.   Well, we're going to spend time today
13  talking about what's generally accepted and what are
14  the logical and scientific rationales for different
15  things that we do.  Do you have a logical or
16  scientific rationale for charging $250 an hour more
17  to testify?
18      A.   What was told to me by my colleagues was
19  that the type of effort involved in testifying at
20  deposition or at trial was somewhat different, and,
21  therefore, it made sense to charge more for that.
22      Q.   Now that you've had the experience of at
23  least going through part of your deposition, do you
24  agree with that; that there's more effort involved

49

1   in answering questions than went into doing the work
2   that went into preparing your report?
3       A.   Only in the sense that I've had to come to
4   a different place and break out time in a specific
5   time zone, rather than doing it at my own
6   convenience.
7       Q.   You prepared your report in this case,
8   dated January 14, 2009.  It is a report of 13 pages
9   and a bit, correct?
10      A.   Yes.
11      Q.   And you list 22 different articles in the
12  references section of your report, is that true?
13      A.   Yes.
14      Q.   Did you read all of those articles and
15  review them for the purposes of reaching your
16  opinions in this case?
17      A.   Yes.
18      Q.   How much time do you believe you spent in
19  doing that part of your work?
20      A.   Some of these articles were ones that I've
21  reviewed over the course of my work in the field.
22  So it's difficult to evaluate how much time each one
23  of these went into preparation for this particular
24  report.


James DeCrescenzo Reporting, LLC
InnovatingLitigation
215.564.3905                                          FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com


Case 3:08-cv-00612-RET-SCR   Document 68-3   06/03/2009   Page 15 of 142



50

1    Q.   Well, let me back up then and clarify,
2  because I thought I had asked you whether you read
3  each of these 22 articles for the purpose of
4  reaching your opinions in this case.
5    A.   Mm-hmm.
6    Q.   And I thought you answered that you did.
7  I understand that some of these articles may be
8  articles you had read previously for some other
9  reason.  But let me make sure I'm clear in
10  understanding.  Did you read and review each of
11  these 22 articles for purposes of reaching your
12  opinions in this case?
13    A.   Yes.  The reason -- there is a difference
14  in what I said versus your interpretation -- was
15  that, depending on how well I knew these articles in
16  the past, that conditioned how much time I might
17  spend on an individual article for this particular
18  case.
19    Q.   I understand.  Give me your best estimate,
20  then, Dr. Louis, as to how much time you believe you
21  spent reviewing the articles and preparing your 13-
22  plus-page report.
23    A.   I would -- it's very difficult to make a
24  guess without checking -- you know, without looking

51

1  at individual times, but I would -- a stab in the
2  dark guess would be 15 to 20 hours.
3    Q.   Do you actually have records of how much
4  time you spent?
5    A.   Yes.
6    Q.   Would you provide them?
7    A.   I can, yes.
8    Q.   In your report, which I was provided in
9  advance of your deposition, you indicate that you
10  reviewed some other materials in addition to the
11  articles that you list in the references section.
12  And specifically you include the report of
13  Dr. Finkelstein in this matter, in the Lange case,
14  correct?
15    A.   Yes.
16    Q.   And did you also review Dr. Finkelstein's
17  deposition that he gave with regard to the Lange
18  matter?
19    A.   Yes.
20    Q.   And then you also indicate in your report
21  that you reviewed Dr. Lange's pathology slides
22  regarding his brain tumor, correct?
23    A.   Yes.
24    Q.   How much time would you estimate that added

52

1  to the total time you spent in preparing this
2  report?
3    A.   I would estimate that the process of
4  receiving the slides, looking at the reports,
5  putting the slides in order, microscopically
6  evaluating them and formulating a report component
7  of it took between 45 minutes and an hour.
8    Q.   Okay.  What about the report and deposition
9  of Dr. Finkelstein with regard to this matter; how
10  much time would you estimate you spent reading that
11  report and that testimony?
12    A.   The report itself is quite short.  One can
13  read this in a matter of minutes.  The deposition
14  was longer.  I don't recall exactly how long, but
15  perhaps an hour or two.
16    Q.   Okay.  How much time do you believe you
17  spent preparing for the deposition?
18    A.   Perhaps an hour or two reviewing paperwork,
19  and then Mr. Suplee and I spent some time yesterday
20  together, perhaps two hours.
21    Q.   And then you mentioned during the course of
22  Mr. Suplee's questioning that there were some
23  additional materials that you reviewed not reflected
24  in your report, including Dr. Finkelstein's

53

1  testimony in the case of Dr. Charles Hsu, another
2  individual who worked at Rohm & Haas who had had
3  brain cancer.  How much time did you spend reviewing
4  that testimony?
5    A.   The report, again, is short.  So I would
6  say only a matter of minutes.  The testimony itself,
7  I would also estimate perhaps an hour or two.
8    Q.   Are there other materials that you reviewed
9  that I've not covered with you now so that you could
10  testify today?
11    A.   The only thing that Mr. Suplee raised was
12  the TCGA data.
13    Q.   That's something he came up with?
14    A.   No.  He brought it up in the conversation
15  earlier that we had today during this deposition.
16    Q.   Oh, I see.
17    A.   And that required some review of mine of
18  the on-line material.
19    Q.   That's The Cancer Genome Atlas you referred
20  to?
21    A.   Yes.
22    Q.   How much time would you estimate you spent
23  on that?
24    A.   I would guess one to two hours.



**James DeCrescenzo Reporting**, LLC

Innovating Litigation
215.564.3905                                              FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

54

1  Q.   Well, this is not very scientific, I'll
2  admit, but I count up somewhere between 22 and 30
3  hours or so, not counting your time here during the
4  actual deposition.  Does that sound roughly about
5  correct?
6  A.   I believe I estimated somewhere between 15
7  and 20, and these are all rough estimates, so...
8  Q.   Oh -- well, I had asked you -- I know you
9  had said 15 to 20, but then I asked you about some
10  additional things that you've done to review.  Are
11  you suggesting that the grand total for what you
12  have spent -- the time you spent is about 15 to 20
13  hours?
14  A.   Again, as a rough estimate, that was my
15  guess.  If it's 20 to 25, that might also be true.
16  I...
17  Q.   Was it your assignment to review and
18  evaluate Dr. Finkelstein's work and opinions with
19  regard to Dr. Lange?
20  A.   Yes.
21  Q.   What information were you provided, if any,
22  about Dr. Lange's circumstances in the course of
23  receiving this assignment?
24  A.   Could you clarify what you mean by

55

1  "circumstances"?
2  Q.   What information of any kind did you
3  receive about Dr. Lange?
4  A.   Just the information that I've mentioned,
5  the report, the deposition.  I don't recall
6  receiving other information.
7  Q.   Well, how were you approached to do this
8  case?  How did that come about?
9  A.   I believe a phone call from the Schnader
10  company -- firm.
11  Q.   What did they tell you they wanted you to
12  do?
13  A.   I don't recall the details of the
14  conversation.
15  Q.   Well, what was your understanding of what
16  you were being asked to do?
17  A.   To look at the report of Dr. Finkelstein
18  and to comment on whether the conclusions he was
19  coming up with were valid ones.
20  Q.   Why did you think that was something you
21  would be interested in doing?
22  A.   It's an area that I'm an expert in, and it
23  seemed like something that would be of interest, and
24  that I could provide useful information on.

56

1  Q.   What I'm really trying to find out is what
2  you knew or understood to be the circumstances of
3  this review when you agreed to take on this
4  assignment.
5  A.   And I think I understood that there was a
6  question of whether Dr. Finkelstein's results
7  provided information whether Mr. Lange's brain
8  tumor --
9  Q.   It's Dr. Lange, by the way.
10  A.   Oh, I'm sorry.
11  Q.   That's all right.
12  A.   -- Dr. Lange's brain tumor was induced by
13  chemicals in some way.
14  Q.   Did you have an opinion before you began
15  this assignment as to whether any chemicals,
16  genotoxic or otherwise, could induce brain cancer?
17  A.   I was certainly familiar with medical
18  literature on the subject.
19  Q.   That wasn't my question.  My question was,
20  did you have an opinion before you began this
21  assignment as to whether chemicals, genotoxic or
22  otherwise, could induce a brain tumor?
23  A.   My opinion was based on what I had read in
24  the medical literature, which was that there had not

57

1  been any published proof yet that specific chemicals
2  had been implicated in the formation of malignant
3  gliomas.
4  Q.   So would it be fair to say then that your
5  opinion prior to taking on this case was that no
6  chemicals were known or established to induce brain
7  tumors?
8  A.   Yes.
9  Q.   Did you understand that in the -- did you
10  understand, upon receiving this assignment from the
11  Schnader attorneys, that this was a legal matter?
12  A.   Yes.
13  Q.   Did you understand that you were being
14  asked to offer an opinion in a legal matter?
15  MR. SUPLEE:  I'm going to object to
16  form.
17  A.   Yes.
18  Q.   It's okay.  You can answer.
19  A.   Yes.
20  Q.   In other words, that this was not an
21  academic matter?  This was not a grant application
22  or a peer-reviewed scientific publication, but
23  rather a legal proceeding.  Do you understand that?
24  A.   Yes.




**JDR**

**James DeCrescenzo Reporting**, LLC

58

1    Q.    And even before you received
2    Dr. Finkelstein's work, his report and his
3    deposition transcript, did you understand -- in
4    other words, did the Schnader attorneys tell you
5    that it was Dr. Finkelstein's opinion that genotoxic
6    chemicals had induced Dr. Lange's brain cancer?
7    A.    I believe they indicated that that's what
8    his report suggested.
9    Q.    In other words, when you agreed to accept
10   this assignment -- well, strike that.
11        Before I ask you that, when you were
12   contacted by the Schnader firm, did they indicate to
13   you that they were calling on behalf of Rohm & Haas
14   Chemical Company?
15   A.    I don't recall that at all.
16   Q.    Who did you think you were going to be
17   offering an opinion on behalf of?
18   A.    Again, I understood that as the case went
19   on. I'm not sure I understood that when they
20   initially called.
21   Q.    Okay. I see.
22        Do you think it would be like you,
23   knowing yourself, that you would agree to take on an
24   assignment without knowing who you were working for?

59

1    A.    I think I would agree to look at the basic
2    information and to evaluate it, and knowing -- I
3    mean, I knew who the law firm was that was asking me
4    to do it. So I think my actions in this situation
5    were in keeping with what I usually do.
6    Q.    Had you worked with the Schnader firm at
7    any time before?
8    A.    No.
9    Q.    Did you check up on them at all to see who
10   they were?
11   A.    No.
12   Q.    So was it the case that you just received a
13   call out of the blue, so to speak, never having
14   dealt with these people before, and you agreed to do
15   work on their behalf for the first time?
16   A.    As far as I recall, that is the situation,
17   yeah.
18   Q.    And so as you got more involved in
19   reviewing the materials then, did you come to
20   understand that you were retained by or had been
21   retained by the law firm representing Rohm & Haas
22   Chemical Company?
23   A.    Yes.
24   Q.    And did you understand that the claims in

60

1    the legal proceeding were that Dr. Lange was
2    claiming -- his family was claiming that his brain
3    cancer, which was a glioblastoma, was workplace-
4    related; that is, related to his workplace, which
5    was Rohm & Haas Chemical Company?
6    A.    Yes.
7    Q.    So as you accepted this assignment to look
8    into this matter for the Schnader lawyers, would it
9    be fair to say that, based on your experience and
10   your knowledge, even before you looked at anything
11   having to do with this case at all, that you already
12   had an opinion about whether chemicals can induce
13   brain tumors, as Dr. Lange's family is claiming in
14   this case?
15        MR. FREIWALD: Object to the form. You
16   can answer.
17   A.    Again, as I stated earlier, my opinion was
18   based on prior knowledge of the medical literature,
19   and that's all.
20   Q.    I heard that part of your answer some
21   moments ago. I'm now asking whether before you even
22   received the first piece of paper about this case,
23   you already were of the opinion that chemicals do
24   not induce brain tumors, as is being claimed in this

61

1    legal proceeding. Am I correct?
2        MR. SUPLEE: I'm going to object to the
3    question. At this point you're badgering the
4    witness. We're 20 minutes into cross-examination
5    and we are still on the most peripheral of items.
6        MR. FREIWALD: That's your opinion,
7    Mr. Suplee. It's not peripheral to me.
8        MR. SUPLEE: The witness has stated at
9    least three times what his opinion was and what his
10   opinion was based on, and you're just trying to get
11   an answer in isolation without him referring to the
12   literature so that you can use that sound bite.
13        MR. FREIWALD: Could I ask respectfully,
14   as I know you really love to do this, can I ask that
15   you not speechify or testify. If you have something
16   substantive to say in front of the witness, I would
17   ask that we excuse the witness, if it's important
18   for you to put that on the record. Otherwise, it's
19   inappropriate. I will state right up front because
20   I'm early on in my cross. I have a long way to go,
21   and I'm sorry if that disturbs you. But I have a
22   responsibility to my client, Mr. Suplee, and I have
23   a long way to go here.
24        MR. SUPLEE: I have no problem --



**James DeCrescenzo Reporting**, LLC
Innovating Litigation

215.564.3905                          FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JdReporting.com
Case 3:08-cv-00612-RET-SCR   Vol. 7-14-09   06/03/2009   Page 18 of 142

---

**62**

1    MR. FREIWALD: If you have something to
2  say that is of a substantive nature and it's
3  important for you to put it on the record, more than
4  just objecting to the question, which I know it's
5  your right to do, then I'm going to ask going
6  forward that we excuse the witness. Because it's
7  not appropriate for you to testify in front of the
8  witness.
9    MR. SUPLEE: I have no problem with your
10  taking whatever time is necessary for cross-
11  examination. I do have a problem with us wasting
12  time on peripheral matters. That's all I'll say,
13  and we'll get on with it.
14    MR. FREIWALD: That's your editorial
15  view, which I, of course, very strongly disagree.
16  Q.   Can I have an answer to my question,
17  please.
18    MR. FREIWALD: You may have to read it
19  back.
20    (Question read.)
21  A.   So yes, I had an opinion. It was based on
22  my prior information to that point, but that doesn't
23  mean that an opinion cannot change based on
24  additional information that subsequently comes

---

**63**

1  along.
2  Q.   Well, beyond reviewing Dr. Finkelstein's
3  report and his deposition, did you do any research
4  into the medical or scientific literature regarding
5  genotoxic chemicals and whether they can induce
6  brain tumors?
7  A.   As a part of my area of interest as an
8  academic neuropathologist and brain tumor
9  researcher, I keep up with the literature on brain
10  tumors.
11  Q.   So you did no additional or new research in
12  that regard, is that right?
13    MR. SUPLEE: Object to the form. You
14  can answer.
15  A.   Besides what I do all the time, keeping up
16  with the medical literature, specifically with
17  regard to chemical carcinogenesis of brain tumors,
18  no, I did not do any additional literature review
19  specifically on that.
20  Q.   Okay. So you had an opinion about whether
21  chemicals can induce brain tumors before you started
22  work on this assignment, which was that chemicals do
23  not. You said today that opinions can change. But
24  you're suggesting that you didn't do any further

---

**64**

1  work or research into the question that might aid
2  you in testing your opinion?
3    MR. SUPLEE: I object to the form of the
4  question; it mischaracterizes what he said. But you
5  can answer.
6  A.   I did do additional work, which was to
7  evaluate Dr. Finkelstein's claim and the literature
8  that he supported -- that he said supported his
9  claim. That was the evaluation that I subsequently
10  made.
11  Q.   Do you know Dr. Bigner?
12  A.   Yes.
13  Q.   Have you worked with him before?
14  A.   Yes.
15  Q.   Have you spoken with him about your work on
16  this matter?
17  A.   The only conversation we ever had about
18  this was he at one point mentioned to me that
19  lawyers may call me about a case, that he suggested
20  they might be, and that I might have expertise in.
21  Q.   When did that conversation occur?
22  A.   I don't recall.
23  Q.   Well, did Dr. Bigner tell you that he was
24  involved in this case when he mentioned that to you?

---

**65**

1  A.   I don't recall if he said that he was
2  involved at the time.
3  Q.   You have offered opinions in other legal
4  matters, is that true?
5  A.   Rarely, but yes.
6  Q.   You've offered opinions in a case called
7  Gates versus Rohm & Haas, is that true?
8  A.   Yes.
9  Q.   That's also a case involving brain cancers
10  and alleged chemical exposure, correct?
11  A.   Yes.
12  Q.   It's also a case in which Rohm & Haas
13  Chemical Company is a defendant, is that right?
14  A.   Yes.
15  Q.   It's also a case in which you are working
16  with the Schnader firm, am I correct?
17  A.   Yes.
18  Q.   So I asked you earlier if you'd ever worked
19  with the Schnader firm prior to accepting this
20  assignment --
21  A.   Ah.
22  Q.   -- the Lange case and you said no. Is that
23  because your work on this case, the Lange case,
24  preceded the work that you're doing with the

---



**James DeCrescenzo Reporting**, LLC

215.564.3905                InnovatingLitigation                FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com



66

1  Schnader firm and Rohm & Haas in the Gates case?
2      A.   I don't recall which was the first one that
3  I was called about.
4      Q.   All right.  Well, in any case, are you
5  charging the same rate for your time on work that
6  you do on the Gates case, that is, $750 an hour for
7  report preparation and $1,000 an hour for deposition
8  or trial testimony?
9      A.   Yes.
10     Q.   Have you been paid for that work in the
11 Gates case by Schnader and the Rohm & Haas Company?
12     A.   I have been paid for work that I've done on
13 their cases, yes.
14     Q.   That's what I was asking.  You have been
15 paid?
16     A.   Yes.  For some of the work that I've done
17 for those cases, yes.
18     Q.   Well, okay.  Is there some work that you've
19 done on those cases, the Gates cases, for which you
20 have not yet been paid?
21     A.   There may have been time that I've spent on
22 the cases that I have not yet billed for.
23     Q.   Okay.  Do you know how much you've been
24 paid to date by the Rohm & Haas Company for your

67

1  work on the Gates brain cancer cases?
2      A.   No.  I don't know exactly how it breaks
3  down for Gates versus Lange versus...
4      Q.   There are some other brain tumor cases on
5  behalf of individuals from McCollum Lake, Illinois
6  who are alleging that their brain cancers or brain
7  tumors are related to chemical exposure and Rohm &
8  Haas is a defendant in those cases.  Do you know if
9  you're going to have any involvement in those cases?
10     A.   Yes.
11     Q.   You are going to?
12     A.   (Witness nodding head.)  Yes.
13     Q.   Okay.  And there are 22 such individual
14 brain tumor cases in that litigation, is that your
15 understanding?
16          MR. SUPLEE:  I'm going to object to the
17 form of the question.  There are not 22 brain cancer
18 cases --
19          MR. FREIWALD:  I didn't say that.  I
20 said brain tumors.
21          MR. SUPLEE:  There are not 22 brain
22 tumor cases filed in the Court of Common Pleas in
23 Philadelphia that constitute the Browman case and
24 the other 22 cases.

68

1          MR. FREIWALD:  This is what I meant
2  about you testifying, Mr. Suplee.  It's just
3  inappropriate.  You're not under oath, and the
4  witness is.  I mean, when you testify, you are
5  advising your expert, your witness, what to say.
6  It's just about as wrong as anything a lawyer can
7  do, and I asked politely and respectfully the first
8  time, and I'm going to note in the record that I am
9  objecting to your conduct here.  I have objected in
10 other depositions, and with all due respect to you,
11 and I do respect you, I would ask you to stop it.
12          MR. SUPLEE:  Mr. Freiwald, there is
13 nothing about my conduct here or in any of the other
14 depositions that is in any way inappropriate.  And
15 you know very well what the facts are with respect
16 to those 22 cases.  So there was nothing at all
17 inappropriate about the comment I made.  And in any
18 event, let's just get on with it and complete
19 Dr. Louis's deposition.
20     Q.   Dr. Louis, did you know that Dr. Bigner
21 Dr. Bigner's a neuro-oncologist and
22 neuropathologist, is that your understanding?
23     A.   He's a neuropathologist and neuro-oncology
24 researcher.  He's not a clinical neuro-oncologist.

69

1      Q.   You meaning he doesn't practice neuro-
2  oncology; is that what you mean?
3      A.   He doesn't treat patients directly.
4      Q.   Dr. Bigner is -- strike that.
5          Dr. Bigner was involved as an expert
6  witness in the McCollum Lake, Illinois individual
7  cases; did you know that?
8      A.   No.  He told me he was involved with the
9  Schnader firm, but he didn't mention which cases
10 they were.
11     Q.   Did Dr. Bigner mention to you or did you
12 otherwise know that Dr. Bigner had been disqualified
13 as an expert in the state court brain cancer cases?
14     A.   No, I did not know that.
15          MR. SUPLEE:  I let the witness answer
16 the question, but I'm going to object to that.  This
17 has absolutely nothing to do with Dr. Louis's report
18 in this case or his testimony here this morning.
19          MR. FREIWALD:  It does, Mr. Suplee.
20          MR. SUPLEE:  We're now 45 minutes into
21 the deposition and we're still dealing with very --
22 worse than peripheral matters; it's completely
23 irrelevant what Dr. Bigner's role is or is not in
24 some other case.



**James DeCrescenzo Reporting**, LLC

215.564.3905                     Innovating Litigation                     FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

Case 3:08-cv-00612-RET-SCR    Document 68-3    06/03/2009    Page 20 of 142



**70**

1     MR. FREIWALD: I'm not going to argue
2  with you. I'm just going to proceed with my
3  cross-examination, which will cover collateral
4  issues, which are, of course, relevant, as well as
5  substantive issues.
6     MR. SUPLEE: I'm not arguing with you.
7  I'm making my objection.
8     MR. FREIWALD: Yeah, well...
9     Q.   Do you know Dr. Gary Marsh?
10    A.   No.
11    Q.   Have you had anything to do with the Pratt
12  & Whitney brain tumor workplace cluster
13  investigation?
14    A.   No.
15    Q.   Have you heard of it?
16    A.   Only in a single piece of paper that was
17  provided to me last week.
18    Q.   What single piece of paper was that?
19    A.   It says "Pratt & Whitney Cancer Study
20  Update, Summer 2006."
21    Q.   Oh, I see. This is something that was
22  marked as an exhibit, I see, at Dr. Finkelstein's
23  deposition. It looks like it has an Exhibit 3 on
24  it.

**71**

1     A.   That's correct.
2     Q.   Okay. And that's the first time you saw
3  that write-up about the Pratt & Whitney cancer study
4  or had any knowledge of it at all, is that true?
5     A.   Yes.
6     Q.   In reviewing your CV and your work, it
7  seems that your focus in your career as a
8  neuropathologist has been in the study of brain
9  cancers for the purpose of understanding better
10  their diagnosis and treatment. Would that be fair
11  to say?
12    A.   I would add not only understanding their
13  diagnosis and treatment, but their biological and
14  genetic bases.
15    Q.   Other than the work that you're doing for
16  the Rohm & Haas Chemical Company in these legal
17  proceedings, that is, regarding Dr. Lange and
18  Dr. Hsu, as I review your CV, I don't see any
19  evidence of your having done any work, that is,
20  research or writing, with regard to workplace
21  exposures at any length to brain tumor formation, is
22  that correct?
23    A.   That's correct.
24    Q.   Similarly, I don't see any work in your

**72**

1  background, publications, presentations or research
2  that you've been involved in that dealt with the
3  subject of chemicals or other causes of or potential
4  causes of brain tumors. Am I correct in that?
5     A.   With the exception of -- the answer is yes,
6  but with the exception of review types of articles
7  that I've done, which have necessitated an overview
8  of the literature, which would have included those
9  subjects.
10    Q.   But in terms of your own work -- I'm not
11  meaning to ignore what you've said regarding review
12  work that you've done, meaning reviewing other
13  people's work -- in terms of your own work, you have
14  not, in your career, engaged in the study of the
15  causes of brain cancer specifically referencing
16  chemicals or genotoxic chemicals?
17    A.   No. That's correct.
18    Q.   Again, other than the legal work that
19  you're doing for the Rohm & Haas Company, correct?
20    A.   Correct.
21    MR. SUPLEE: Off the record for a
22  minute.
23    (Discussion held off the record.)
24    Q.   Dr. Louis, in reviewing your CV, you

**73**

1  indicate that your lab has used genetic analysis to
2  study brain tumors. I know it's a very general, big
3  picture statement, but is that true?
4     A.   Yes.
5     Q.   Let me just try and get that increasingly
6  more specific. You have, in your experience, used
7  genetic analysis to identify and classify brain
8  tumors, correct?
9     A.   Yes.
10    Q.   And the use of genetic analysis as a
11  neuropathologist would do, is that a generally
12  accepted approach to the study of brain tumors
13  generally and to the identifying and classifying of
14  brain tumors?
15    A.   I'm sorry. I didn't understand the
16  question.
17    Q.   The work that you've done using genetic
18  analysis to study brain tumors, is that a generally
19  accepted approach in the field of neuropathology?
20    A.   It's a generally accepted approach in the
21  area of brain tumor research. The research that I
22  carry out is in addition to my role as a
23  neuropathologist.
24    Q.   I'm just trying to understand your answer.



**James DeCrescenzo Reporting**, LLC

215.564.3905                    InnovatingLitigation                    FAX 215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

Case 3:08-cv-00612-RET-SCR  Document 68-3  06/03/2009  Page 21 of 142



74

1  Are you answering that way because there are others
2  besides neuropathologists who involve themselves in
3  this type of research?
4      A.    That's correct, yes.
5      Q.    Okay.  All right.
6          Certainly neuropathologists are among
7  the medical and scientific specialists who engage in
8  genetic analysis of brain tumors for the purpose of
9  studying brain tumors and for the purpose of
10  identifying and classifying them, is that true?
11      A.    Yes.
12      Q.    And the use is really what I was trying to
13  get to.  The use of genetic analysis is a generally
14  accepted approach for those purposes?
15      A.    When it's based on a reasonable literature
16  to say that there is a role in a particular clinical
17  situation for a genetic analysis.
18      Q.    Well, respectfully, I think you're jumping
19  ahead of me a little bit, because now you're
20  bringing in interpretation.  Let me first start with
21  the scientific approach, if you will, and then I'll
22  separately ask you about interpretation.  Is the use
23  of genetic analysis an appropriate and widely
24  accepted scientific approach to the study of brain

75

1  tumors?
2      A.    Yes.
3      Q.    And I note that you were asked specifically
4  about RedPath, the company that Dr. Finkelstein now
5  has after having been at the University of
6  Pittsburgh.  You did know that he was at the
7  University of Pittsburgh before founding RedPath
8  Company?
9      A.    Yes.
10      Q.    And you described it as a molecular
11  diagnostics company.  Is it your understanding that
12  the techniques and approaches Dr. Finkelstein and
13  RedPath use are types of genetic analysis for the
14  purpose of making molecular diagnoses?
15      A.    Yes.
16      Q.    And you indicated that you're familiar
17  enough with RedPath to know that Dr. Finkelstein and
18  his company use these molecular diagnostic
19  approaches to report to "people" was the word you
20  used and I wrote down.  Are you familiar with the
21  fact that RedPath uses these approaches and reports
22  to hospitals and to doctors all over the country?
23          MR. SUPLEE:  Are you talking about
24  molecular --

76

1          MR. FREIWALD:  Yes.
2          MR. SUPLEE:  -- detections?
3          MR. FREIWALD:  Of course.
4      A.    I am aware that RedPath reports their
5  results to physicians around the country who request
6  those tests to be done on their patient samples.
7      Q.    And, again, I'm going to spend some time
8  reviewing your comments about Dr. Finkelstein's
9  findings, but let me leave that to the side until we
10  get there and just for the moment stay with the
11  approach.
12          If I understand it, your testimony this
13  morning was that Dr. Finkelstein's findings are
14  okay.  And I know you have issues with his
15  interpretation of those findings, but just on the
16  subject of the findings themselves.  He finds five
17  regions of allelic damage in chromosome 3 and
18  there's some findings regarding chromosome 12.  The
19  methodologic approach Dr. Finkelstein employed to
20  produce these findings, I take it you don't have any
21  criticism about that methodological approach?
22      A.    That's correct.
23      Q.    Okay.  Now, what is fractional allelic
24  loss?

77

1      A.    Dr. Finkelstein defines it --
2      Q.    I'm asking you for your definition, sir.
3      A.    Well, the way it's sometimes used is, as
4  the term suggests, you look at the fraction of the
5  markers that you evaluated to see what fraction of
6  them have allelic losses.
7      Q.    Is the use of fractional allelic loss a
8  methodological approach that is commonly used in the
9  field of cancer study and cancer research?
10          MR. SUPLEE:  Object.  It's overly broad,
11  but you can answer.
12      A.    People have used fractional allelic loss to
13  study cancers, yes.
14      Q.    Well, it's fairly commonly used in the
15  study of cancers, is it not?
16      A.    If one looks at papers that look at allelic
17  losses in cancer, of which there are thousands and
18  thousands and thousands, I would argue that the vast
19  minority talks about fractional allelic loss.  So
20  no, I would not say it's commonly used.
21      Q.    Are you familiar with a paper entitled
22  "Fractional Allelic Loss of Tumor Suppresser Genes
23  Identifies Malignancy and Predicts Clinical Outcome
24  in Follicular Thyroid Tumors" by Hunt, et al. from


**James DeCrescenzo Reporting**, LLC

Innovating Litigation
215.564.3905                                                    FAX 215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

Case 3:08-cv-00612-RET-SCR   Document 68-3   06/03/2009   Page 22 of 142

78

1  2006?
2      A.   I don't know the specific paper, no.
3      Q.   Are you familiar with an article entitled
4  "Fractional Allele Loss Indicates Distinct Genetic
5  Populations In the Development of Squamous Cell
6  Carcinoma of the Head and Neck" by Nunn, et al.?
7      A.   Again, I don't know that specific article.
8      Q.   What about an article entitled "Fractional
9  Allelic Loss From Gastric Carcinoma Correlates With
10 Growth Patterns" by Sang-Wook Choi, et al. from
11 1998?
12     A.   No, I do not know that specific article.
13     Q.   How about this one, "Fractional Allele Loss
14 Data Indicate Distinct Genetic Populations In the
15 Development of Non-Small-Cell Lung Cancer" by Field,
16 et al.? They're with the Molecular Genetics and
17 Oncology Group at the University of Liverpool.  Are
18 you familiar with that article, sir?
19     A.   No, not that specific article.
20         MR. SUPLEE:  So the record is clear,
21 you're reading the titles, but none of these
22 articles are being shown to Dr. Louis as we sit
23 here.
24         MR. FREIWALD:  Well, I haven't asked him

79

1  to read them.  I'm just asking if he's familiar with
2  them.
3          MR. SUPLEE:  And I just wanted the
4  record to be clear.
5      Q.   How about "Fractional Allele Loss Is a
6  Valuable Marker For Human Lung Cancer Detection In
7  Sputum" by Arvanitis, A-r-v-a-n-i-t-i-s, et al. from
8  2002?
9      A.   No.
10     Q.   So I can understand a little bit more as to
11 what that refers to, the word "fraction" appears to
12 me in the reference to this type of analysis, and is
13 that because what you're looking at is the
14 percentage of losses out of a group of markers or
15 loci that are being studied?
16     A.   That's correct.
17     Q.   So that if you, for instance, were to look
18 at 16 markers on a particular chromosome, what would
19 be important would not necessarily be the raw number
20 of deletions, but rather the number out of the total
21 number looked at?
22         MR. SUPLEE:  Object to the form.
23     A.   Important for what?
24         MR. SUPLEE:  Yeah.

80

1      Q.   Making any scientific interpretation.
2      A.   If the question is so broad as to be any
3  scientific interpretation, then I can't answer that.
4  The fractional allelic loss may be relevant to some
5  things, it may not be relevant to others.
6      Q.   But what may be relevant is the fraction,
7  is the percentage of losses, not so much the raw
8  number, correct?
9      A.   Again, it depends on what you're looking
10 for.
11     Q.   It may be significant if it's two out of
12 three, but if it's two out of 12, that might be less
13 significant.  It's just basic math?
14     A.   No.  It's only if the fractional allelic
15 loss has been shown to be a relevant measurement of
16 some end point.
17     Q.   I understand that.  But that's, again,
18 getting into the interpretation.  I'm just trying to
19 understand the concepts, first of all.  Fractional
20 allelic loss as a mode of analysis means that you're
21 looking at the number of losses as compared to the
22 number of markers or loci that you're studying?
23         MR. SUPLEE:  He's already answered.
24     Q.   That's what that means?

81

1          MR. SUPLEE:  He's already answered.  Go
2  ahead and answer again.
3      A.   Technically it's the number of losses as
4  the value on top, and the value on the bottom is the
5  number of informative markers that you found.
6      Q.   Okay.  And you're inserting the word
7  "informative" for a reason.  What is the reason?
8      A.   To determine allelic imbalance, one has to
9  be able to distinguish one allele from the other
10 allele, and that can only be done when the patient
11 has inherited a different allele from the father
12 versus from the mother.  The situation when a
13 different allele is inherited from the mother versus
14 the father at a locus is called the informative
15 state.
16     Q.   So what Mr. Suplee asked you about and you
17 commented on with regard to -- you referred to as
18 Dr. Finkelstein's scoring system is the term that
19 was used this morning.  Do you recall that?
20     A.   I don't recall the exact term, but okay.
21     Q.   Well, I wrote it down in quotes "scoring
22 system."  Is that a term that you recall being asked
23 about?
24     A.   It makes sense.


James DeCrescenzo Reporting, LLC

215.564.3905                    Innovating Litigation                    FAX  215.751.0581
                       1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                               www.JDReporting.com

Case 3:08-cv-00612-RET-SCR    Document 68-3    06/03/2009    Page 23 of 142



82

1    Q.   Well, is it your understanding that
2  Dr. Finkelstein is employing a scoring system in his
3  analysis of Dr. Lange's brain tissue?
4    A.   My understanding is that in the deposition,
5  he mentioned that if he finds four of these markers
6  lost versus three of the markers lost, he has a
7  different interpretation of the significance of four
8  versus three.
9    Q.   Did you understand that to be completely
10 detached from the number of informative markers?
11   MR. SUPLEE:  Object to the form.
12   Q.   Let me ask you this way:  Do you know
13 whether Dr. Finkelstein is employing a fractional
14 allelic loss analysis in his report?  Would you say
15 that he is?
16   MR. SUPLEE:  I'm going to object to the
17 form of the question.  The witness has referred to
18 the deposition.
19   A.   I don't see in my review of the amended
20 report the phrase "fractional allelic loss" being
21 used.
22   Q.   Does Dr. Finkelstein, either in his report
23 or in his deposition, refer to the number of allelic
24 losses as compared to the number of informative

83

1  markers obtained?
2    A.   He does not state that in the report,
3  because the report simply says that he used a panel
4  of polymorphic microsatellite markers, and he
5  doesn't mention, as far as I can see, how many were
6  informative.  I don't recall offhand in the
7  deposition if he mentioned that.
8    Q.   Let me ask it this way then:  Assuming that
9  that is what he did, that he looked at a panel of
10 markers, out of that panel, a certain number yielded
11 informative data, and he mapped or determined which
12 of those informative data represented allelic
13 losses, forgetting about the interpretation just for
14 a moment -- again, let's leave that to the side --
15 just the process, the methodology, if you will, is
16 that a methodology that you understand to be
17 consistent with what we have been discussing as a
18 fractional allelic loss analysis?
19   MR. SUPLEE:  I'm going to object to the
20 question as a hypothetical that's contrary to what
21 appears on the record as to what Dr. Finkelstein
22 did, and as a question that is general, and
23 additionally that --
24   MR. FREIWALD:  Please stop.

84

1    MR. SUPLEE:  In addition --
2    MR. FREIWALD:  Please stop testifying.
3    MR. SUPLEE:  In addition --
4    MR. FREIWALD:  Dr. Louis, would you
5  please be excused.
6    MR. SUPLEE:  You can step outside, if
7  this is --
8    MR. FREIWALD:  Yes, it is.
9    MR. SUPLEE:  If it matters greatly.
10   (Dr. Louis left the room.)
11   MR. FREIWALD:  It does.  It's so
12 inappropriate what you're doing.  You insist on
13 doing it, and it's wrong.
14   MR. SUPLEE:  And that it is not clear --
15   MR. FREIWALD:  Please start over,
16 because now you're just completely speaking in
17 fragments.  Well, I'd like to know what you meant to
18 say, but I just don't want it said in front of the
19 witness.  It's coaching.  It's inappropriate.
20   MR. SUPLEE:  I've excused the witness
21 this time.  I am not going to do that again with
22 this type of objection.  There is no reason to do
23 so.
24   I object to the question because it puts

85

1  to the witness hypothetical facts which are contrary
2  to what the testimony in this case has been, what
3  the evidence has been, and that is what the evidence
4  has been and the testimony has been from
5  Dr. Finkelstein himself.  I object to the question
6  because it is so general, and I object to the
7  question because what was being referred to was not
8  sufficiently specific.  And now I'm going to get
9  Dr. Louis.
10   MR. FREIWALD:  I disagree with
11 everything you just said.  I don't appreciate your
12 getting up in the middle of my saying what I have to
13 say.
14   (Dr. Louis entered the room.)
15   MR. SUPLEE:  Well, are you going to
16 testify?
17   MR. FREIWALD:  No, but I might want to
18 speak to your objection.
19   MR. SUPLEE:  The doctor is here.  You
20 can say what you want to say or not say.  This is
21 getting to the point of being -- I will just say
22 it's not an efficient use of time.
23   MR. FREIWALD:  Well, you're -- I know
24 how concerned you are about efficiency.  I'm



**James DeCrescenzo Reporting**, LLC

215.564.3905                                    FAX  215.751.0581
InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com
Case 3:08-cv-00612-RET-SCR   Document 69-3   06/03/2009   Page 24 of 142



86

1  concerned with the deposition being conducted in an
2  appropriate manner. I really -- I don't know why
3  that isn't also important to you. Efficiency is not
4  the only goal. And I will proceed as efficiently as
5  I can out of respect for my obligation to my
6  clients, but I also have respect for the process.
7  Every time that I believe you are stepping outside
8  the lines of what is appropriate, I'm going to say
9  something. And if you, again, feel it is important
10  to make a lengthy substantive speech, I'm going to
11  ask that the witness be excused before you do so.
12  I'm not going to say you don't have a right to do
13  it. I just don't think you should do it in front of
14  the witness.
15      MR. SUPLEE: I see no value in this
16  bickering of counsel.
17      MR. FREIWALD: I don't think it's
18  bickering. I'm sorry you see it that way. I'm
19  trying to protect the process.
20      MR. SUPLEE: And I think that there is
21  irony, at least, in a lecture being given about
22  deposition conduct. Why don't we get the questions
23  and the answers.
24  Q.   Dr. Louis, assume that Dr. Finkelstein ran

87

1  a panel of markers, obtained a certain number of
2  informative data, counted the number of allelic
3  losses, ones that he believed were allelic losses,
4  would that be consistent with what we've discussed
5  today as a fractional allelic losses analysis?
6      MR. SUPLEE: Same objection for the same
7  reasons. You can answer.
8  A.   Yes, I think it would be consistent with
9  it, but I would add the reservation that the way he
10  scores things with the partial losses and the
11  regional losses may be quite different from the way
12  other people use that terminology in the literature.
13  So it may not be comparable with what has been
14  reported.
15  Q.   Again, I understand you have a number of
16  points that you've made as to the interpretations,
17  but -- and I'm going to come to those. But the
18  methodology, assuming that that is the methodology
19  that he used, that you don't quarrel with, correct?
20      MR. SUPLEE: Whoa, whoa, whoa. I object
21  to the form of the question for all of the reasons
22  previously stated, and also specific to the language
23  "that you don't quarrel with," because I think that
24  it is so general and potentially very misleading as

88

1  to what Dr. Louis is saying here today.
2  Q.   You may answer.
3  A.   How one scores losses is relevant to the
4  methodology of how one comes up with the numbers.
5  That's part of the methodology. It's not part of
6  the interpretation.
7  Q.   Let me just finish up on some other points
8  regarding what you have reviewed and what are the
9  bases of your opinions today. You are not an
10  epidemiologist, is that correct?
11  A.   Correct.
12  Q.   You did not look at any of the epidemiology
13  opinions in this matter for Dr. Lange, correct?
14  A.   That's correct.
15  Q.   In terms of your review of the literature,
16  as referenced in your report, you didn't review any
17  of the epidemiology literature extant with regard to
18  genotoxic chemicals inducing brain tumors, am I
19  correct?
20  A.   Not for this specific report, I did not,
21  but in my capacity as somebody who does research on
22  brain tumors, I am familiar with epidemiological
23  literature on the subject.
24  Q.   Do you know what the IARC is, I-A-R-C?

89

1  A.   Yes, the International Agency for Research
2  on Cancer.
3  Q.   Have you reviewed their monographs on
4  different chemicals and substances?
5  A.   I've not reviewed their individual
6  monographs, no.
7  Q.   Do you know that the International Agency
8  for Research on Cancer designates vinyl chloride as
9  a brain carcinogen?
10      MR. SUPLEE: Object to that question. I
11  think it's substantively wrong.
12      MR. FREIWALD: It's not. You can look
13  it up, if you like.
14  A.   I'm not aware that they do that in human
15  beings, no.
16  Q.   Are you aware of literature -- scientific
17  literature in the field of epidemiology and other
18  fields that links nitrosamines to human brain
19  cancer?
20  A.   Yes, I'm aware of the literature on that
21  subject, but not that it's been definitive.
22  Q.   What does "definitive" mean to you, a
23  hundred percent, sir?
24      MR. SUPLEE: I object to the form.



**James DeCrescenzo Reporting**, LLC

90

1    You've asked him a double question. Let him say
2    what "definitive" means.
3         MR. FREIWALD: Can I please ask my
4    questions? If you want to follow up, you may do so.
5    Just let me do my cross. If this were in a
6    courtroom, Mr. Suplee, you would never by any judge
7    that I know of be permitted to do what you're doing
8    today. Please respect the process and respect me,
9    as I'm attempting to respect you. You can ask any
10   questions you like when it's your turn.
11        MR. SUPLEE: Mr. Freiwald, you seem to
12   feel free to throw all sorts of snowballs at other
13   counsel and then to work yourself up into a state of
14   high dudgeon when somebody suggests that they're not
15   just going to be a target for you.
16        MR. FREIWALD: I'm not in any state of
17   dudgeon.
18        MR. SUPLEE: Now, if I made that
19   objection in the courtroom on the ground it was a
20   double question, it would have been sustained and we
21   would have moved on. I'm letting the doctor answer
22   the question.
23        Why don't you just go ahead, Doctor, and
24   give him your answer and let's move on.

92

1    and we heard your testimony this morning about the
2    classification you give to Dr. Lange's brain tumor
3    based on that review, correct?
4    A.   Yes.
5    Q.   Did you perform any genetic analysis of
6    Dr. Lange's tissue?
7    A.   No.
8    Q.   Do you have that capability in your lab?
9    A.   Yes.
10   Q.   Have you, yourself, done that type of
11   analysis in the past?
12   A.   What type of analysis?
13   Q.   Genetic analysis.
14   A.   Yes.
15   Q.   Have you done the type of genetic analysis
16   that looks for allelic losses in particular
17   chromosomes of brain tissue?
18   A.   Yes.
19   Q.   Have you done fractional allelic loss
20   analysis on brain tissue?
21   A.   We have done what the equivalent would be
22   without using that term.
23   Q.   What is the equivalent?
24   A.   To look at a lot of markers across a

91

1    A.   Please repeat the question.
2    Q.   When you say "definitive," is that a
3    hundred percent?
4    A.   No.
5    Q.   What percentage is it?
6    A.   To a reasonable degree of scientific
7    certainty.
8    Q.   Have you gone through the literature with
9    regard to nitrosamines to determine what studies are
10   valid and which ones are -- should be weighted in
11   this way or that way?
12   A.   I have not, but I've worked with neuro-
13   epidemiology people who have looked at this
14   literature.
15   Q.   Is that the source of your opinion about
16   nitrosamines?
17   A.   That and looking at scientific review
18   articles on the subject, yes.
19        MR. SUPLEE: I'm just going to lodge an
20   objection to this whole line of questioning, which
21   goes far beyond anything that is in the doctor's
22   report and far beyond anything that was in his
23   direct examination.
24   Q.   You looked at Dr. Lange's pathology slides,

93

1    chromosome and determine where losses are and where
2    they are not.
3    Q.   Okay. How is that different from a
4    fractional allelic loss analysis as we've been
5    describing it?
6    A.   Our interest was not in cataloguing the
7    number of alterations across the chromosomal arm,
8    but in using that approach to narrow down to
9    specific gene loci ses.
10   Q.   And having the capability and experience to
11   do a genetic analysis on brain tissue, why did you
12   not do that type of analysis with regard to
13   Dr. Lange?
14   A.   My laboratories do brain tumor genetic
15   analysis for two reasons. One is for clinical
16   purposes. This would not fall under that. And the
17   other is for specific research projects, and this
18   would also not fall under that.
19   Q.   I understand that. But nothing that you're
20   doing here today has to do with clinical work or
21   research. It has to do with expert legal work,
22   correct?
23        MR. SUPLEE: Well, I object to the form
24   of the question.

 

94

1    A.    You're asking what my laboratory would or
2    could do for this particular case, not what I would
3    do.
4    Q.    Well, I'm asking why you didn't carry your
5    review of this matter to the point of actually
6    looking for yourself at this brain tissue for the
7    purpose of doing a genetic analysis?
8    A.    So your question is why didn't I confirm
9    what Dr. Finkelstein had done?
10    Q.    You didn't do anything. You didn't do
11    anything in the way of a genetic analysis of this
12    brain tissue.
13    A.    I don't have any objections to what
14    Dr. Finkelstein has done at the genetic level to
15    identify that some of these markers have partial or
16    more extensive losses in this tumor.
17    Q.    Do you have an opinion as to whether
18    genotoxic chemicals induced Dr. Lange's brain
19    cancer?
20    A.    My opinion is that there's no evidence
21    presented here on the material that I've looked at
22    to suggest that genotoxic chemicals have produced
23    this brain tumor.
24    Q.    Do you have your own opinion on that

95

1    question?
2    A.    I would say not independent of what I've
3    looked at here and my incorporation of the
4    literature, as I've stated in my report.
5    Q.    You're not -- I don't believe you're
6    answering my question. You may be intending to. So
7    let me try it a different way. You've looked at the
8    literature that you're familiar with. You have
9    experience in this field. You've reviewed some of
10    the material relating to Dr. Lange. Do you know
11    where he worked?
12    A.    I don't recall the name of the individual
13    laboratory, no.
14    Q.    Does the name Springhouse bring it back to
15    mind?
16    A.    I believe so, yes.
17    Q.    Do you know what type of work was done at
18    the Springhouse facility during the time Dr. Lange
19    worked there?
20    A.    No.
21    Q.    Do you know what type of work he did there?
22    A.    No.
23    Q.    Do you know what his educational and
24    professional background is?

96

1    A.    No.
2    Q.    Do you know what position he held at Rohm &
3    Haas Chemical Company at the Springhouse facility?
4    A.    No.
5    Q.    Do you know what types of chemicals or
6    compounds he was exposed to during the 20 years or
7    so that he worked at the Springhouse facility?
8    A.    No.
9    MR. SUPLEE: I'm going to renew the same
10    objection. You're asking a whole bunch of questions
11    that have nothing to do with the report that
12    Dr. Louis has submitted and has nothing to do with
13    the testimony that he gave on direct examination.
14    MR. FREIWALD: Okay. I think they have
15    a lot to do with the basis of his opinions. I'm
16    just going to carry on.
17    Q.    Other than your criticisms of the work that
18    Dr. Finkelstein has done, do you have any of your
19    own opinions as to whether Dr. Lange's brain cancer
20    was related to his work experience at Rohm & Haas?
21    MR. SUPLEE: He's already answered that.
22    Same objection. You can answer.
23    MR. FREIWALD: No, he hasn't. That's
24    why I'm asking it again.

97

1    A.    Again, to be clear, my opinion is based on
2    my review of these materials and my knowledge of the
3    medical literature.
4    Q.    I didn't ask you that question, sir. I
5    have heard your criticisms of Dr. Finkelstein. I'm
6    going to follow up on those shortly. I've heard
7    some of the things you've had to say about some of
8    the literature. I'm going to follow up with you on
9    that shortly.
10    I'm asking you very specifically whether
11    you have an opinion, apart from those criticisms, as
12    to whether Dr. Lange's glioblastoma was related to
13    his work experience at Rohm & Haas?
14    MR. SUPLEE: He has given you the answer
15    to that question at least three times.
16    You can go ahead and answer it.
17    A.    Apart from my evaluations of these
18    materials and the medical literature, I don't have
19    an independent opinion of it, no.
20    Q.    Well, what does your review of the
21    literature suggest as far as your opinion on whether
22    Dr. Lange's brain cancer was related to his work
23    experience?
24    MR. SUPLEE: This is repetitious in the



**James DeCrescenzo Reporting**, LLC

215.564.3905                    InnovatingLitigation                    FAX 215.751.0581
1880 JFK Blvd, 6th Floor, Philadelphia, PA 19103
www.JDReporting.com
Case 3:08-cv-00612-RET-SCR    Document 68-3    06/03/2009    Page 27 of 142

98

1    extreme, but you can answer.
2        A.    I'm sorry?
3        Q.    I think that's the first time I've asked
4    you that question.
5        A.    Could you repeat that question.
6        Q.    Yes. You've said now that you don't have
7    an opinion as to whether Dr. Lange's brain cancer
8    was related to working at Rohm & Haas, other than
9    your opinions about Dr. Finkelstein and your
10    understanding of the literature. Am I correct in
11    that?
12        A.    I believe so.
13        Q.    Okay. I just want to separate those out.
14    I'm going to ask you separately about
15    Dr. Finkelstein and his work, and I'm going to ask
16    you about the literature.
17        A.    Okay.
18        Q.    You said that the literature informs your
19    opinion about whether Dr. Lange's brain cancer was
20    related to his work experience. I'm now asking you
21    what the literature tells you about whether
22    Dr. Lange's brain cancer was related to his work
23    experience.
24            MR. SUPLEE:  Objection; asked and

99

1    answered. You can answer.
2        A.    The literature documents that, if you look
3    at tumors that have not had any putative exposure,
4    that they will also show abnormalities on chromosome
5    3.
6        Q.    What, if anything, does that tell you that
7    you can give us your opinions today, as to whether
8    Dr. Lange's brain cancer was related to his work
9    experience, if anything?
10        A.    It tells me that Dr. Lange's tumor was
11    similar to other tumors that have been studied in
12    the literature when it comes to chromosome 3.
13        Q.    When you say that Dr. Lange's brain cancer
14    is similar to other brain cancers reported in the
15    literature, we've heard the term sporadic brain
16    tumors. Is that a term that you're in agreement we
17    should use to describe those other tumors?
18        A.    One can use the term "sporadic." It
19    generally means that there was not a distinct cause
20    known such as hereditary predisposition or something
21    like that.
22        Q.    Or some other exposure?
23            MR. SUPLEE:  Object to the form. You
24    can answer.

100

1        A.    Or some other known exposure for whatever
2    cancer you're studying.
3        Q.    Right. So when you say that Dr. Lange's
4    chromosome 3 abnormalities are similar to other
5    brain cancers that are reported, are you comparing
6    Dr. Lange's chromosome 3 abnormalities to sporadic
7    brain tumors and their abnormalities, as documented
8    in the literature?
9        A.    Well, yes, with the assumption being that
10    those tumors reported in the literature are not --
11    are sporadic cancers, yes.
12        Q.    Okay. We'll come back to that in just a
13    minute.
14            You looked at Dr. Lange's slides. Did
15    you look at Dr. Hsu's slides, that is, his brain
16    tumor pathology slides?
17        A.    Yes.
18        Q.    Because I don't see that mentioned in your
19    report at all. Is that mentioned in your report?
20        A.    I believe that was only last week that I
21    looked at those, after my report was generated.
22        Q.    Okay. Did you review Dr. Finkelstein's
23    findings of genetic damage to chromosome 3 in
24    Dr. Hsu's brain tissue?

101

1        A.    Yes, I have that report.
2        Q.    Did you look at the reported findings with
3    regard to Dr. Hsu's brain tumor and make any
4    comparisons to the findings of damage to Dr. Lange's
5    brain tumor? Excuse me -- yes, the findings with
6    regard to Dr. Lange's brain tumor?
7        A.    Yes.
8        Q.    Did you know that Dr. Lange and Dr. Hsu
9    both research chemists who worked at the same
10    facility at Springhouse for the Rohm & Haas Company?
11        A.    Yes, I was told that.
12        Q.    When were you told that?
13        A.    I don't recall.
14        Q.    Well, was that part of the initial
15    conversation you had when you took on this
16    assignment or something you believe you learned
17    subsequently?
18        A.    I think it was probably part of the initial
19    conversation.
20        Q.    So the initial conversation that you had
21    with the Schnader attorneys regarding this matter
22    was that you would be asked to review two matters
23    regarding two Rohm & Haas employees, Dr. Lange and
24    Dr. Hsu?




**James DeCrescenzo Reporting**, LLC

102

1    A.    No.  I don't believe that was the case.  I
2    believe I was told about one of them and
3    subsequently told about the other.
4    Q.    All right.  Did you know that Dr. Lange and
5    Dr. Hsu worked in the same building at Springhouse?
6    A.    I believe you asked me that a minute or two
7    ago.  I said yes, I was informed that.
8    Q.    I apologize.  I thought I had asked whether
9    you knew they had worked at Springhouse.  Perhaps I
10   wasn't clear.  Springhouse is a campus consisting of
11   a number of different buildings.  And I believe the
12   record is that they both worked in Building 4, which
13   is one of the buildings on this research campus,
14   Springhouse.  Did you know that fact?
15   A.    I do not believe I knew that fact.
16   Q.    Did you know that the company has
17   acknowledged 12 cases of brain cancer and three
18   cases of so-called benign brain tumors among the
19   cohort of individuals who have worked at the
20   Springhouse?
21          MR. FREIWALD:  I'm going to object to
22   the form, but you can answer.
23   A.    No.
24   Q.    You did not have any information about

103

1    other instances of brain cancers and brain tumors at
2    Springhouse, other than Dr. Lange's case and
3    Dr. Hsu's case?
4    A.    That's correct.
5    Q.    I'd earlier asked you about vinyl chloride
6    and nitrosamines.  I want to ask you about one other
7    before I move along.  Are you familiar with a
8    chemical called 1,3-propane sultone?
9    A.    No.
10   Q.    Never heard of that?
11   A.    No.
12   Q.    Would it be fair to say then that you've
13   not reviewed any of the literature discussing
14   whether 1,3-propane sultone is a chemical or
15   compound that may induce a brain tumor?
16   A.    That is correct.
17   Q.    Did you know or have you been informed by
18   the Schnader attorneys that a Rohm & Haas
19   epidemiology study into 12 brain tumors, brain
20   cancers at Springhouse found that 1,3-propane
21   sultone was statistically significant in terms of
22   being associated with those 12 cases?
23          MR. SUPLEE:  I'm going to object to the
24   form and to the substance of the question, and I'm

104

1    also going to object on the grounds that this goes
2    far, far beyond Dr. Louis' report and his direct
3    testimony in this case.
4    A.    No.
5    Q.    In addition to -- strike that.
6          You have served as one of the editors on
7    a textbook called Greenfield Pathology 8th edition,
8    is that true?
9    A.    Yes.
10   Q.    I think you have referred to it -- I'm not
11   exactly sure I remember where -- if this is in your
12   CV or elsewhere -- you've referred to this as a
13   standard textbook in the field of neuropathology?
14   A.    Yes.
15   Q.    And in volume 2 there's a section that
16   deals with brain tumors, specifically beginning at
17   Chapter 23, which is entitled, "Tumors, Introduction
18   and Neuroepithelial Tumors," is that correct?
19   A.    Yes.
20   Q.    And you're one of the editors specifically
21   of this section of the text?
22   A.    Yes.
23   Q.    And in terms of your approach in this
24   section of the text, you go through a number of

105

1    different specific types of brain tumors and provide
2    the latest information about them in terms of their
3    incidence and mortality, etiology and genetic or
4    molecular data.  Am I correct?
5    A.    Yes.
6    Q.    One of the tumor types that you discuss is
7    glioblastoma beginning at page .1846 of your text.
8    A.    Yes.
9    Q.    I only brought one copy of this with me.
10   It's awful heavy, but if at any time I'm asking you
11   about this and you want me to hand it to you to show
12   you, I'd be more than happy to do that.  Okay?
13          And you have -- by the way, we know that
14   Dr. Lange had glioblastoma and you've given a more
15   precise identification of his tumor type using the
16   latest classification system available and also that
17   Dr. Hsu had a glioblastoma.  Is that correct?
18   A.    Yes.
19   Q.    In the section of this part of the chapter
20   that deals with glioblastoma, you have a subsection
21   called "Molecular Genetics, Key Genetic Events,"
22   right?
23   A.    Yes.
24   Q.    What do you mean by the phrase "key genetic



106

1    events"?
2    A.    Those are the ones that have been most
3    clearly shown to be associated with either
4    biological or clinical significance within the
5    tumors.
6    Q.    And when we say "tumors," when you're
7    describing in this section the key markers, key
8    genetic markers of glioblastoma, the cases of
9    glioblastoma that you're reporting on here or
10   referring to in this part of your text are
11   necessarily sporadic glioblastomas, am I correct?
12   A.    I didn't understand.  Did you say they are
13   necessarily --
14   Q.    They are.
15   A.    They are necessarily sporadic.  They are,
16   certainly, based on large studies of tumors for
17   which there has been no stated exposure.
18   Q.    Exactly.  In other words, this is not --
19   this section does not describe the key genetic
20   events or the markers or loci of genetic damage or
21   change in any particular exposed population,
22   correct?
23   A.    That's correct.
24   Q.    So this is a description, if you will, in

107

1    this 8th edition of your textbook which has a 2008
2    publication date -- this is the latest information
3    that we have of the molecular markers of genetic
4    damage we would find in sporadic glioblastomas,
5    correct?
6    A.    Not exactly.  This is a summary of what it
7    said there is key ones that are related -- where we
8    know about the underlying biology or some other
9    clinical correlation.  I can look it over, but I
10   don't recall that that section was meant to be a
11   comprehensive analysis.
12        MR. SUPLEE:  Do you want to see that
13   section?
14   Q.    Yeah, do you want to?
15   A.    Sure.
16        (Mr. Freiwald handing book.)
17        MR. SUPLEE:  Why don't we get copies of
18   this.  We've got a big volume here.
19        MR. FREIWALD:  Well, I don't mind
20   getting a copy, but I don't want to take a break for
21   you to discuss it with him, because he's on cross.
22   I certainly don't mind the witness taking the time
23   to read it.
24        MR. SUPLEE:  Aaron, lighten up.  I'm

108

1    going to get copies made.  The witness is going to
2    sit there.
3        MR. FREIWALD:  That's fine.  I just
4    don't want you to discuss it with him because he's
5    on cross.
6        MR. SUPLEE:  And I would like the
7    courtesy of you having brought copies with you, but
8    you didn't.  So we'll take care of that.  I don't
9    need any more lectures from that side of the table.
10   I find it ironic in the extreme.
11        MR. FREIWALD:  I don't know why you say
12   that.  You have a habit of doing that, so it's not
13   ironic at all.
14        (A recess was taken.)
15   Q.    Dr. Louis, I want to lead into the subject
16   of your textbook and the Key Genetic Events In
17   Glioblastoma that is indicated on page .1851 of your
18   text by first doing one other thing, which is
19   referring to your CV and one of the articles in your
20   CV, which is publication 186 on page .33 of your
21   resume.
22   A.    Yes.
23   Q.    This is an article by Krieger, et al.,
24   including yourself as a co-author, entitled "Losses

109

1    of chromosomes 1p and 19q are rare in pediatric
2    oligodendrogliomas," is that right?
3    A.    Yes.
4    Q.    1p and 19q are deletions that are common in
5    adult oligodendrogliomas, correct?
6    A.    Yes.
7    Q.    And, of course, oligodendrogliomas is
8    another type of glial cell brain cancer, correct?
9    A.    Yes.
10   Q.    In this article, you are reporting a review
11   of pediatric cases of a type of brain cancer and the
12   finding that you see a difference in terms of the
13   presence of these two particular genetic changes
14   when looking in the cases of children versus adults,
15   correct?
16   A.    Yes.
17   Q.    When you see, as you do here, a difference
18   in the key genetic events, if you will, as between
19   children and adults, does that suggest a different
20   process in the forming of that brain tumor?
21   A.    Yes, it does, in that chromosome 1p and 19q
22   loss are early changes in the formation of adult
23   brain tumors.
24   Q.    In both cases, if you'd looked at the --




110

1    that is, both in the adult cases and the pediatric
2    cases, they are oligodendrogliomas, the same type of
3    brain cancers in both children and adults, correct?
4        A.    As defined by the light microscopy, sure.
5        Q.    Right. In the classification system we
6    have, that's accepted.
7        A.    Yes.
8        Q.    What the genetic analysis provides is at
9    least some understanding of the ways in which the
10   cancer was formed, was created?
11       MR. SUPLEE: You're talking about the
12   article, which is 186?
13       Q.    Well, speaking generally, yes, but with
14   this experience as an illustration.
15       A.    I think if there are early changes and you
16   have a control population, then yes.
17       Q.    With that thought in mind, let me turn to
18   this part of your text in Greenfield's Pure
19   Pathology. And you have a copy in front of you. I
20   did hear you say earlier that this section of your
21   text is not meant to report or record every genetic
22   change that one sees or can see in a glioblastoma,
23   correct?
24       A.    That's correct.

111

1        Q.    But it does report what you characterize as
2    the key genetic events or the key genetic changes
3    that one sees in a sporadic glioblastoma, right?
4        A.    That's correct.
5        Q.    And this is based on, I think you said
6    earlier, a large number of cases culled from a
7    number of different studies and source materials,
8    all of which you're summarizing here in the
9    textbook?
10       A.    That's correct.
11       Q.    I've looked it through a number of times
12   now, the two pages, page .1851 and page .1852, and
13   although it's in a language I'm not accustomed to
14   speaking or reading, nonetheless, I did look at it,
15   and I don't see any mention in here in your textbook
16   of genetic changes to chromosome 3 as being among
17   the key genetic events you describe as being
18   associated with sporadic or ordinarily occurring
19   glioblastomas. Am I correct?
20       A.    You are correct, because there are no known
21   changes on chromosome 3 that have been shown to
22   match with specific pathways that are described here
23   or at a clinical significance level.
24       Q.    Well, I don't know what you mean by

112

1    "clinical significance level." Could you explain
2    that?
3        A.    Sure. We would mention an event being key
4    if it had been shown, for example, that it
5    correlated with a younger age or better prognosis,
6    some clinical correlation to give it importance from
7    the perspective of a neuropathologist reading this.
8        Q.    I now do understand that. But let me
9    single out some of what you have to say about other
10   locations within the human genome, and where there
11   have been findings associated with glioblastomas in
12   the first paragraph of the section, you note -- this
13   is five lines down -- "Particular pathways clearly
14   implicated in glioblastoma include those
15   involving" -- and then you go on to list a number of
16   them, beginning with p53 and some others as well.
17   First of all, are those chromosomal locations, or
18   are those genes that you're referencing here?
19       A.    In that sentence, those are genes.
20       Q.    Okay. And genes are found on chromosomes?
21   You describe chromosomes as being storage locations,
22   if you will?
23       A.    Yes.
24       Q.    Are any of these locations or any of the

113

1    genes here referenced, which you describe as clearly
2    implicated in glioblastoma, located on chromosome 3?
3        A.    No.
4        Q.    By "clearly implicated," do you mean here
5    that these are frequently associated with cases of
6    glioblastoma?
7        A.    Not necessarily frequently, but at a
8    biological level they've been shown to play a role.
9        Q.    Okay. In other parts of this section, you
10   describe specific chromosomal locations where
11   genetic damage is found based on the frequency of
12   that finding in glioblastomas, correct?
13       A.    Are you saying in the second paragraph that
14   begins with "The EGFR"?
15       Q.    We can start there. That would be one of
16   the locations I had in mind. You refer in the
17   second full paragraph to the EGFR gene as being
18   involved in the control of the cell proliferation
19   and that that's found in what you say here is 40
20   percent of the time, correct?
21       A.    In more than one-third is what it says.
22       Q.    More than one-third of glioblastomas?
23       A.    That's correct.
24       Q.    I see that. Okay. In the second column of



**James DeCrescenzo Reporting**, LLC

114

1  information, the first paragraph, you are discussing
2  TP53 mutations, and you say in the third sentence of
3  that paragraph, quote, "In unselected series of
4  glioblastomas, the reported frequency varies
5  considerably, with a mean of 25 to 30 percent,"
6  correct?
7      A.   Yes.
8          MR. SUPLEE:  Where are you reading?
9          MR. FREIWALD:  This is the third
10  sentence of the paragraph beginning "A key pathway
11  that regulates cell cycle control."
12         MR. SUPLEE:  Okay.
13     Q.   Further down in the second column in the
14  paragraph that starts, "The Mdm2 protein," the last
15  sentence refers to "A detailed analysis of many
16  components of the p53 pathway showed that 76 percent
17  of glioblastomas had a deregulated pathway as a
18  result of either TP53 mutation," or some other
19  genetic changes that are identified.  Correct?
20     A.   Yes.
21     Q.   Once again, you're characterizing sporadic
22  or ordinarily occurring glioblastomas by reference
23  to what you frequently -- or more frequently see in
24  terms of different genetic alterations, correct?

115

1      A.   In those sentences, yes.
2      Q.   If you turn to page .1852 of your textbook,
3  Dr. Louis, in the second sentence, you say "CDKN2A
4  deletion correlates with EGFR amplification, and
5  one-third of glioblastomas with normal p16
6  expression have accumulated Mdm2 protein."  Correct?
7      A.   Yes.
8      Q.   And the next paragraph, first sentence, you
9  refer to, "Mutations of the RB1 gene, as well as
10  corresponding loss of the remaining 13q allele, are
11  found in about one-quarter of high-grade astrocytic
12  tumors," correct?
13     A.   Yes.
14     Q.   None of those, that is, the RB1 gene or the
15  13q allele, are found on chromosome 3, am I correct?
16     A.   That's correct.
17     Q.   In the second full paragraph on page .1852,
18  you say, "Loss of large regions at 10p, 10q23 and
19  10q25-26 loci, or loss of an entire copy of
20  chromosome 10 are the most frequent genetic
21  alterations in glioblastomas," correct?
22     A.   Correct.
23     Q.   Obviously chromosome 10 is not chromosome
24  3, right?

116

1      A.   Correct.
2      Q.   Here you're describing what you most
3  commonly see in terms of genetic alterations, where
4  you find them; what chromosome you find them on in
5  sporadic ordinarily occurring glioblastomas,
6  correct?
7      A.   Your last question, was that pertaining to
8  that whole section or just that issue of chromosome
9  10?
10     Q.   Right there, at chromosome 10.
11     A.   That's correct.
12     Q.   In the last paragraph of this section you
13  say, "Loss of heterozygosity (LOH) on chromosome 19q
14  occurs in 44 percent of anaplastic astrocytomas and
15  21 to 24 percent of glioblastomas."  Correct?
16     A.   Yes.
17     Q.   19q here refers to chromosome 19, is that
18  right?
19     A.   That's correct.
20     Q.   There's no mention of any findings
21  whatsoever in this summary of large numbers of
22  glioblastomas that you're reviewing here in your
23  textbook; chromosome 3 isn't even mentioned,
24  correct?

117

1      A.   That's correct, because this section had to
2  do with the genetic events that were included
3  because they were members of these three regulatory
4  pathways and/or they had some clinical correlations,
5  and chromosome 3 wouldn't fit in with that.  As I
6  mentioned earlier, it was not meant to be a
7  comprehensive overview of all of the genetic
8  abnormalities.
9      Q.   But if in the grand collection of all the
10  literature on genetic alterations in glioblastomas,
11  there was a very significant body of data with
12  regard to chromosome 3, that would then be a body of
13  data that you could ascribe some clinical
14  significance to, correct?
15         MR. SUPLEE:  Object to the form.
16     A.   Not necessarily.
17     Q.   Well, not in this section nor in any
18  section of your textbook discussion of glioblastoma
19  do you mention chromosome 3 genetic changes as being
20  commonly or frequently observed in genetic analysis
21  of glioblastomas.  Am I correct in that?
22     A.   At least from what I've reviewed here, yes,
23  I would guess that what you're saying is true.
24     Q.   And although there are some articles that



**James DeCrescenzo Reporting**, LLC

215.564.3905                    InnovatingLitigation              FAX  215.751.0581
                         880 CFR Blvd. 6th Floor Philadelphia, PA 19103
Case 3:08-cv-00612-RET-SCR    Document 68-3    06/03/2009    Page 32 of 142
                              www.JDReporting.com





**118**

1  have identified some number or percentage of
2  deletions on chromosome 3 neuroblastomas, we know
3  and you report in your textbook that chromosome 3 is
4  not one of those locations where we commonly find
5  evidence of significant LOH. Do you agree with
6  that?
7      A.    Not entirely, because, number one, that
8  represents state of the art from a year, year and a
9  half ago, when the last chapters went in. But
10  number two, that was what I would say is capturing
11  the tip of the iceberg that we could put together
12  into a story that reflected the biology of the
13  disease, and that there may have been many other
14  loci in the human genome that had frequencies of
15  loss that we wouldn't have necessarily included
16  there.
17          The other thing that's not in there
18  clearly because of the timing is a reference to the
19  TCGA data, which are really the first publicly
20  available extensive data that would be available for
21  something like that.
22      Q.    Well, let me ask you about that
23  specifically. Did The Cancer Genome Atlas, or does
24  The Cancer Genome Atlas look at markers on

**119**

1  chromosomes or at genes?
2      A.    Both.
3      Q.    And the brain cancers that were included in
4  that work or that have so far been included in that
5  work, it's an ongoing project, isn't that right?
6      A.    Yes.
7      Q.    So it's not a piece of research that's
8  finished?
9      A.    Parts of it have been finished and
10  reported.
11      Q.    Well, has the work on glioblastoma been
12  finished and reported?
13      A.    Yes. There is a paper in the journal
14  Nature that came out in I believe September of 2008.
15      Q.    And have you read that paper?
16      A.    Yes.
17      Q.    Including the supplement?
18      A.    Yes.
19      Q.    What were the exposures for the individuals
20  whose brain cancers were included in that work, if
21  any?
22      A.    We don't have any knowledge of specific
23  exposures in any of those patients.
24      Q.    So these would then be sporadic brain

**120**

1  tumors, at least as far as we know and can tell?
2      A.    Yes.
3      Q.    Do you know how many markers were used on
4  each of the individuals whose brain tissue was
5  examined?
6      A.    Thousands.
7      Q.    Thousands of -- how about how many markers
8  on chromosome 3?
9      A.    I would have to look, but my guess is
10  somewhere on the order of 500 to 1,000.
11      Q.    So a lot?
12      A.    Yes.
13      Q.    How many of those yielded informative data?
14  I'm only speaking of chromosome 3 for now.
15      A.    The technique that was used is a different
16  technique than detecting alleles. So the issue of
17  informative versus non-informative is not relevant
18  to that data set.
19      Q.    What percentage of the markers that were
20  looked at showed as losses on chromosome 3?
21      A.    There were some cases where it looked like
22  all of chromosome 3 was lost, so I would guess the
23  vast majority showed at least some cases with
24  losses.

**121**

1      Q.    Why would you guess? Let me ask it
2  differently. I'm going to ask you not to guess. Do
3  you know?
4          MR. SUPLEE: Answer however you feel you
5  have to answer, Doctor. You don't take instruction
6  from Mr. Freiwald.
7          MR. FREIWALD: Well, you do in the sense
8  that I ask the questions.
9      Q.    So I'm asking you not to guess. Just tell
10  me if you know how many -- what percentage of the
11  losses -- what percentage of the markers were
12  reported as losses on chromosome 3?
13      A.    Without the data set in front of me and
14  able to on-line inquire, I don't want to hazard a
15  guess that might be off.
16          (Marked, Exhibit-1003, supplementary
17  information, Section C, Loss of Heterozygosity
18  Analysis.)
19          MR. FREIWALD: I'm marking as Exhibit
20  1003 a page of the supplement. This is the only
21  copy I have. You can make an extra copy if you
22  want.
23      Q.    This is from the supplemental information
24  with regard to the report in Nature Magazine in



**James DeCrescenzo Reporting**, LLC

122

1 September '08 on the Atlas, and what I'm showing is
2 the part that I have. It's downloadable. If you
3 want during the lunch break, we can get the whole
4 thing. The part I'm showing you is Section C of the
5 supplement, Loss of Heterozygosity, and two
6 illustrations. Do you see those?
7 A. Yes.
8 Q. Have you reviewed those before?
9 A. I've seen this draft before, yes.
10 Q. The graphing actually looks somewhat
11 similar to the illustrating technique that
12 Dr. Finkelstein uses in his report in this matter,
13 do you agree?
14 A. No.
15 Q. What chromosome indicated there shows the
16 greatest of number of heterozygosity in this review?
17 A. What I'm having trouble seeing here is the
18 difference between what they're calling light blue
19 and dark blue, because the dark blue is showing LOH
20 events that overlap with copy number changes, but
21 the light blue is showing copy-neutral LOH events.
22 So I'm not sure on this thing that you've shown me
23 which is dark blue versus light blue.
24 Q. Well, in the chart marked A, which is the

123

1 one using the Affymetrix arrays for analysis, there
2 don't appear to be any indications on chromosome 3,
3 light or dark blue, do you agree?
4 A. No, not without seeing a copy that I could
5 be confident that I saw what they mean by light blue
6 here.
7 Q. But there's no blue at all on chromosome 3
8 in the chart?
9 A. But I don't see light blue anywhere on the
10 chart. I see dark blue lines.
11 Q. I see light blue and I see dark blue; but
12 maybe during a break you can get a copy of the full
13 article. Maybe we will just leave it as is. I'll
14 leave it up to you. What I'm showing to you, and
15 I'll represent to you that this is a color photocopy
16 of this page of the report from Nature. On the
17 basis of this, subject to your showing us something
18 or Mr. Suplee showing us something later that shows
19 differently, there doesn't appear to be any
20 indications of loss of heterozygosity referring to
21 the Affymetrix array results depicted in Chart A,
22 correct?
23 A. Again, I don't feel comfortable unless I
24 see what they mean by light blue.

124

1 Q. Well, do you see blue lines indicated for
2 chromosome 17?
3 A. Dark blue lines, yes.
4 Q. Do you see lines indicated for other
5 chromosomes on this chart, looking at chart A?
6 A. Dark blue lines, yes.
7 Q. Does chromosome 3 stand out to you from
8 this representation, either referencing chart A or
9 chart B, as illustrating frequent or significant
10 numbers of LOHs as compared to the other chromosomes
11 that are looked at in the study?
12 A. At least according to these dark blue
13 lines, there are more on some of the other
14 chromosomes than there are at chromosome 3 at this
15 low resolution.
16 Q. And there are no or few LOHs with regard to
17 chromosome 3 as depicted in this illustration, correct?
18 A. As shown by dark blue lines, no, I don't
19 see any in panel A.
20 Q. And few in panel B?
21 A. That's correct.
22 Q. Okay.
23 A. At this low resolution.
24 MR. MR. FREIWALD: Dennis, I know it's

125

1 ten of. Do you want to take our lunch break now?
2 MR. SUPLEE: Yes.
3 (Marked, Exhibit-1004, excerpt of
4 textbook.)
5 (Luncheon recess.)
6 Q. Dr. Louis, did you discuss the facts of
7 this case or your testimony with Mr. Suplee during
8 the lunch break?
9 A. No.
10 Q. As I understand it, one of the criticisms
11 you have of Dr. Finkelstein is the statement that
12 Mr. Suplee quoted from -- and that you quote from in
13 your report on page .7 where Dr. Finkelstein says,
14 "This pattern of multiple chromosome 3 mutational
15 change is not typical of sporadic brain cancer
16 formation and supports alternative mechanisms that
17 contributed to cancer development." I'd like to
18 focus on that for a few minutes. I'm on my way to
19 wrapping up.
20 You remember I had asked you about the
21 article on which you were co-author about pediatric
22 oligodendrogliomas and you agreed with me there that
23 where you see a different pattern of mutational
24 change in the childhood ODGs as compared to the



**James DeCrescenzo Reporting**, LLC

215.564.3905     InnovatingLitigation     FAX 215.751.0581
1880 JFK Blvd., 10th Floor, Philadelphia, PA 19103
www.JDReporting.com

Case 3:08-cv-00612-RET-SCR Document 68-3   06/03/2009   Page 34 of 142



126

1  adult ODGs, one can conclude from that a different
2  process in the forming of those cancers. Do you
3  recall that discussion?
4    A.  Yes.
5    Q.  And here Dr. Finkelstein has identified
6  what he characterizes as a significant number of
7  chromosome 3 mutational changes. If we were to
8  compare that to the large number -- I think you said
9  it would be in the thousands -- of brain cancers
10  that are behind the information you present in your
11  textbook, there in that textbook, there is no
12  discussion of chromosome 3 as being a location for
13  mutational change or a location where one sees
14  significant mutational damage in glioblastomas. Do
15  you agree?
16    A.  No, I don't agree with your statement. The
17  reason it's not in there was because of the reasons
18  I stated earlier, that it's not related to those
19  particular pathways or that it has clinical significance.
20    Q.  Okay. I'm not going to go though again
21  with you all of the different chromosome locations
22  and genes that you identify as being present with
23  some frequency in ordinarily occurring brain cancer.
24  I simply ask you, do you recall my going through

127

1  that discussion with you in your textbook?
2    A.  Yes.
3    Q.  And then you suggested, well, there's --
4  the textbook may not represent the most current
5  information. We now have this Cancer Genome Atlas,
6  and we looked at that Exhibit 1003, and here,
7  whether you look at just the actual numbers of LOHs
8  with regard to chromosome 3 as depicted in this
9  study or look at chromosome 3 in relation to other
10  chromosomes, either way you see fairly current data
11  that supports Dr. Finkelstein's view that chromosome
12  3 mutational change is not commonly seen in sporadic
13  brain cancers. Do you agree?
14    A.  I disagree, because of the specifics of
15  what that is supposed to be showing.
16    Q.  Well, you brought it up and said, "Oh,
17  here's our current information," and I believe on
18  direct you said that the study finds all kinds of
19  evidence of significant chromosome 3 damage, but
20  when you actually look at the findings, whether
21  using the Affymetrix array or Illumina array as
22  depicted in the publication version of this study
23  from a few months ago, you don't see really hardly
24  any mutational change to chromosome 3.

128

1    MR. SUPLEE:  Don't say anything. Wait
2  for a question.
3    Q.  Do you?
4    MR. SUPLEE:  Wait for a proper question.
5  That was a long speech and a long argument.
6    MR. FREIWALD:  That's my question.
7    A.  Can you repeat the question?
8    Q.  When you look at the actual data -- you
9  brought it up during direct without the report, and
10  now I'm showing you the report -- when you actually
11  look at it, you don't see, as reported in September
12  of 2008 with regard to glioblastomas, significant
13  mutational changes on chromosome 3?
14    MR. SUPLEE:  Same objection. You can
15  answer.
16    A.  I disagree, because that is one depiction
17  of one type of analysis that was done on these
18  glioblastomas. If you actually go in and look at
19  the data, there are many abnormalities on multiple
20  areas of chromosome 3 that are documented.
21    Q.  Not in comparison to the other chromosomes
22  where one more frequently sees loss of
23  heterozygosity or mutational change, correct?
24    MR. FREIWALD:  Object to the form.

129

1    A.  It may be less on chromosome 3 than on some
2  other chromosome, but nonetheless, there are many
3  abnormalities noted throughout chromosome 3.
4    Q.  A 200-hitter is going to hit a home run
5  every now and then, but that's not to say that a
6  200-hitter is someone you'd put in the upper three
7  or number four spot, correct?
8    MR. SUPLEE:  Let's wait for a proper
9  question.
10    Q.  Do you see what I'm saying?
11    MR. FREIWALD:  That's a question.
12    MR. SUPLEE:  Aaron, the question -- it's
13  up to you to ask a question -- not a question about
14  baseball philosophy. It's up to you to ask a
15  question that has to do with Dr. Finkelstein's
16  report or his direct examination.
17    MR. FREIWALD:  I'm trying to do that,
18  Mr. Suplee, but I'm getting answers that are not
19  responsive.
20    MR. SUPLEE:  Oh, the answers are
21  terribly responsive. I think that's the problem.
22    Q.  Dr. Louis, I understand the words you're
23  using when you say that there are mutational changes
24  that have been seen in some of the cases included in



**James DeCrescenzo Reporting**, LLC

215.564.3905                InnovatingLitigation                FAX 215.751.0581
Case 3:08-cv-00612-RET-SCR    1380 JFK Blvd., Ste. 6, Floor, Philadelphia, PA 19103    06/03/2009    Page 35 of 142
www.JDReporting.com

---

130

1  this cancer genome project. I do understand that,
2  but that's not what I'm asking you. I'm not -- the
3  assertion isn't that one never sees genetic change
4  or mutational change on chromosome 3. Let's just
5  agree we can put that to the side.
6       When you look at the frequency of
7  chromosome 3 changes, you see chromosome 3 as a
8  location of genetic change far less frequently than
9  you do with other chromosomes --
10      MR. SUPLEE: I object to the form.
11  Q.    -- in this type of cancer. Do you agree or
12  not?
13      MR. SUPLEE: I object to the form of the
14  question. It's been asked and answered, and is -- I
15  will let it go at that. You can answer.
16  A.    I agree that there are chromosomes that are
17  more frequently involved than chromosome 3.
18  Nonetheless, I don't agree that that necessarily
19  means that chromosome 3 is infrequently involved in
20  this tumor. The more closely you look at chromosome
21  3, the more likely you will find abnormalities in
22  chromosome 3.
23  Q.    When was the last time you did a
24  comprehensive look at chromosome 3 for mutational

---

131

1  change and attempted to associate that with
2  glioblastoma formation?
3  A.    In my lab?
4  Q.    Yes, sir.
5  A.    The last time I studied chromosome 3 was
6  part of the von Deimling article.
7  Q.    And in that article you found only 10
8  percent of the time was there chromosomal damage on
9  chromosome 3 in glioblastomas, correct?
10      MR. SUPLEE: Object to the form.
11  A.    Yes, but we only used very few markers to
12  look at chromosome 3.
13  Q.    However many you used, that was the finding
14  of your published study, that it was in 10 percent
15  of the cases, correct?
16  A.    Correct.
17  Q.    And in the Srivastava study?
18      MR. SUPLEE: And I'm going to object
19  because you're not including his earlier testimony
20  about how they were counted.
21      MR. FREIWALD: I don't care about that,
22  Dennis. I'm asking questions, not testifying,
23  unlike you, sir.
24      MR. SUPLEE: It's an un --

---

132

1       MR. FREIWALD: Let me ask my questions.
2  I'm almost done. If you want to interrupt and testify
3       MR. SUPLEE: I don't care --
4       MR. FREIWALD: -- excuse the witness, as
5  I thought I suggested earlier.
6       MR. SUPLEE: I don't care whether you're
7  almost done or not almost done. When you ask a
8  question and unfairly summarize the testimony, I'm
9  going to object, and I did object.
10      MR. FREIWALD: I'm asking questions.
11  I'm not summarizing anything.
12      MR. SUPLEE: Why don't you ask --
13      MR. FREIWALD: May I continue?
14      MR. SUPLEE: Yes, please do.
15      MR. FREIWALD: In the name of
16  efficiency.
17  Q.    In the von Deimling study you found
18  chromosome 3 mutational changes in 10 percent of the
19  time and in the Srivastava study, which is the other
20  work you cited, chromosome 3 markers came back
21  showing mutational change in 0 to 9 percent of the
22  glioblastoma cases, correct?
23  A.    Yes.
24  Q.    That hardly makes chromosome 3 a frequent

---

133

1  site of chromosomal damage in genetic analyses of
2  glioblastomas, would you agree with that?
3       MR. SUPLEE: Same objection.
4  A.    No, I would not agree with that, because
5  it's conditioned on the type of analysis that you do.
6  Q.    And if I understand what's behind that
7  comment, you're saying, or perhaps guessing, that if
8  you were to look at additional markers, you would
9  certainly know the outcome of that analysis, even
10  though you haven't done the analysis, is that right?
11      MR. SUPLEE: I object to that. That's
12  not -- it doesn't even --
13      MR. FREIWALD: Just object.
14      MR. SUPLEE: No, I'm not going to just
15  object.
16      MR. FREIWALD: Then let's excuse the
17  witness.
18      MR. SUPLEE: Stay where you are.
19      MR. FREIWALD: You may be excused.
20      MR. SUPLEE: Stay where you are.
21      MR. FREIWALD: Under my protest. You
22  may not testify in front of the witness. It is
23  improper for all the reasons I've stated. I'm
24  offering you a chance to say what you will out of

---



**James DeCrescenzo Reporting**, LLC
215.564.3905                              InnovatingLitigation                              FAX 215.751.0581
1880 JFK Blvd, 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

Case 3:08-cv-00612-RET-SCR    Document 68-3    06/03/2009    Page 36 of 142

---

### 134

1  the presence of the witness, but if you insist on
2  testifying and commenting and preaching and coaching
3  and whatever else you're going to say in front of
4  the witness, then I object and he remains under my
5  protest, and I move to strike anything that is said
6  thereafter. In fact, I'll move to strike the whole
7  testimony on the basis of this conduct. But now say
8  what you will.
9      MR. SUPLEE: Are you finished?
10     If you are finished, then I want to
11  object to the question. It is not by any means a
12  fair summary of what the witness has testified to.
13  You can answer.
14  Q.   Do you recall the question, sir?
15  A.   No. Could you please repeat it.
16  Q.   A finding of 10 percent, as you found in
17  the von Deimling study; a finding of 0 to 9 percent
18  as was found in Srivastava hardly qualifies
19  chromosome 3 as a frequent location for mutational
20  damage in genetic analysis of glioblastomas, do you
21  agree or not?
22     MR. SUPLEE: Same objection.
23  A.   I agree only with the reservation that
24  that's based on a limited sampling of those tumors.

### 135

1  And what I've shown in quoting some of these other
2  ones is that as you increase the sampling by doing
3  more markers, you're liable to find more
4  alterations.
5  Q.   In terms of chromosome 3, you don't know
6  that?
7  A.   We know that by comparing the different
8  results. So once you go up in an article that uses
9  9 microsatellite markers on the short arm of
10  chromosome 3 like Kanno, then they do find much
11  greater percentages.
12  Q.   Once you got down to the writing part of
13  your report, did you do so unassisted?
14  A.   Yes.
15  Q.   Did you share a draft of that report with
16  counsel from the Schnader firm?
17  A.   We discussed how I was going to write it
18  up, yes.
19  Q.   My question is, did you share a draft of
20  the report?
21  A.   No.
22  Q.   So you just discussed in advance how you
23  would put together your report?
24  A.   Yes.

### 136

1  Q.   Did you share it with any colleagues?
2  A.   No.
3  Q.   Did you submit it to a publication?
4  A.   No.
5  Q.   Did you submit it to any type of peer
6  review analysis?
7  A.   No.
8  Q.   Well, one of your big criticisms of
9  Dr. Finkelstein is that's something he didn't do, do
10  you recall?
11  A.   Yes.
12  Q.   You didn't do that either, did you?
13  A.   I viewed what I was doing here as the peer
14  review on what he was submitting.
15  Q.   Oh. So you are the self-appointed peer
16  reviewer in this case, is that your testimony, sir?
17     MR. SUPLEE: Don't get into bickering
18  with Mr. Freiwald.
19  Q.   Are you the self-appointed peer reviewer at
20  $1,000 an hour in this case, sir?
21     MR. SUPLEE: I object to the question
22  and to your abusive treatment.
23     MR. FREIWALD: I'm asking that question.
24  I want to understand what the witness's perspective

### 137

1  is on his role in this case. That's fair.
2      MR. SUPLEE: I object to the question.
3  I object to the tone. I object.
4      MR. FREIWALD: There's no tone. It's a
5  question.
6      MR. SUPLEE: I object to the attitude.
7      MR. FREIWALD: There's no attitude,
8  Mr. Suplee. It's a fair question on cross to assess
9  a witness's credibility. That's what I'm doing.
10  And I'd like to finish my deposition with that
11  question.
12     MR. SUPLEE: He has already told you how
13  he sees his role. He has already told you what his
14  compensation was. So that for you to be arguing
15  with him and bickering and attempting to belittle
16     MR. FREIWALD: It's not any of those
17  things. You keep using those words. It is none of
18  those things. Just because you say something
19  doesn't make it so. I'm not arguing or bickering.
20  I'm merely asking a question.
21     MR. SUPLEE: Oh, it's all very clear.
22     MR. FREIWALD: Okay. Apparently it is
23  to you, sir, but I just want to finish.
24  Q.   Do you consider yourself -- you've been



**JDR**

**James DeCrescenzo Reporting**, LLC

InnovatingLitigation

215.564.3905                                    FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

138

1   around the academic world a number of years. Do you
2   consider yourself to be the self-appointed peer
3   reviewer in this litigation?
4       MR. SUPLEE: I object to the form.
5       A.   I don't know what "self-appointed" means,
6   but I do consider myself an expert in the area of
7   glioma genetics.
8       Q.   Well, do you know if anyone has appointed
9   you the peer reviewer in this litigation?
10      A.   I'm not an -- I'm asked to serve as an
11  expert in this case.
12      Q.   For compensation?
13      A.   Yes.
14      MR. FREIWALD: All right. I've marked
15  as Exhibit 1004 the photocopy of the section from
16  Dr. Louis's textbook on glioblastoma taken from
17  Greenfield's Neuropathology, 8th edition, 2008,
18  which we've discussed at some length and attached
19  for reference. Those are all the questions I have
20  for now.
21      MR. SUPLEE: May I take a break and
22  we'll be back.
23      MR. FREIWALD: We just took a break.
24      MR. SUPLEE: Mr. Freiwald, I want to

139

1   talk to the witness to organize my redirect
2   examination. I invited you to let me do that during
3   the lunch break if you were finished with -- on the
4   subjects with which you were finished, and you told
5   me you objected to that, so I did not speak to him.
6   So now, as we have done in all other depositions on
7   both sides, we will take a break and I will be back
8   and we will proceed.
9       MR. FREIWALD: That's fine. I will say
10  for the record, I object to your preparing the
11  witness for redirect, and I've now noted that on the
12  record. Regardless of how many times you've done
13  it, I think it's improper. I don't think any court
14  would allow it. I object to it.
15      MR. SUPLEE: Well, just to complete this
16  exchange, the same thing has been done on both sides
17  of the table, and there's absolutely nothing
18  improper about it.
19      MR. FREIWALD: That is not true.
20      (A recess was taken.)
21          EXAMINATION
22  BY MR. SUPLEE:
23      Q.   I have some follow-up questions, Dr. Louis.
24          Assuming for the moment that

140

1   Dr. Finkelstein was doing or was intending to be
2   doing some fractional allelic loss analysis, is that
3   accepted in the medical community as a way of
4   determining whether chemicals were the cause of
5   human brain cancer?
6       A.   I'm not aware of any literature supporting
7   that.
8       Q.   Let me ask you some questions about the
9   textbook that you were questioned about, and can you
10  explain to us in laymen's terms why there is no
11  reference to chromosome 3 in the section that deals
12  with key elements?
13      A.   The chapter in that section was not
14  intended to be a comprehensive review. It was
15  intended to highlight what I termed key events, and
16  by "key," as I explained, this related to whether
17  they were involved in known biological pathways or
18  whether there was clear clinical significance. So,
19  for example, I highlighted the p53, the RB, the EGFR
20  PI3-kinase, all those pathways, and there are no
21  genes that I know of that have been implicated in
22  those pathways from chromosome 3.
23      Q.   So were you dealing with those three
24  pathways in that section and only those three

141

1   pathways?
2       A.   I should add I was dealing with those three
3   pathways, pathways of biological relevance, or as I
4   mentioned, events with known clinical significance;
5   and one of the events noted in that section was chromosome
6   19q, which was mentioned at the end of that section,
7   and that was brought up because of the relevance of
8   chromosome 19q in oligodendrogliomas and to clarify
9   that involvement.
10      MR. SUPLEE: Could I have that top
11  exhibit over there, please.
12      (Mr. Freiwald handing document.)
13      Q.   Let me show you what was marked as Exhibit
14  1003, and this was page .38 from the Nature article.
15  We don't have the rest of the article here today.
16  If you assume for the moment that if we got a better
17  copy of this document you would not see any changes
18  noted on chromosome 3, can you explain why that
19  would be?
20      A.   Well, first let me say that when you do
21  look in detail at chromosome 3, you find many
22  events, but let me explain why this diagram might
23  not show it. Firstly, I would point out that this
24  is a low resolution diagram as opposed to going into



**142**

1  high resolution and looking at individual areas of
2  the chromosome. But more importantly, this looks to
3  detect LOH, and by "LOH" here they mean allelic
4  imbalances, that is, allele-based discrimination of
5  two chromosomes based on arrays. And as you see,
6  they make a distinction between dark blue, which
7  they say shows LOH, that is, allelic imbalance that
8  overlaps with copy number changes, versus light blue
9  which shows what's called copy-neutral LOH. That
10  is, there's allelic imbalance, but not loss of an
11  actual chromosome.
12     What that demonstrates is that this
13  approach using these arrays are distinguishing one
14  allele from another allele. This is not a sensitive
15  way to do LOH analysis at this period of time, and
16  is a far less sensitive way than some of the PCR-
17  based analyses to distinguish different alleles, as
18  is used by Dr. Finkelstein, as was used by some of
19  the papers that I discussed, such as the von
20  Deimling paper and the Srivastava paper.
21     So I think, again, it's somewhat of an
22  apples and oranges, comparing what this diagram
23  shows and what is shown when you look in greater
24  detail at the much more sensitive chromosomal

**143**

1  assays.
2     Q.    With respect to the Srivastava and the von
3  Deimling articles, how did they count a loss or how
4  did they score a loss?
5     A.    As I mentioned in my report, they scored a
6  loss if there was clear loss of the chromosome. So
7  not partial losses, not losses that are present in
8  one area of the tumor and not the other, but clear
9  losses.
10     Q.    Is the way that Srivastava and von Deimling
11  scored it the same or different from what
12  Dr. Finkelstein did?
13     A.    It's different in that he is analyzing
14  different regions in the tumor and also within the
15  regions he's looking at the relative loss of the
16  band. So he's using a lower threshold to call
17  something positive. He's quantitating that
18  threshold, but those would not have been called
19  positive in these other papers.
20     Q.    So he would count as a loss what Srivastava
21  and von Deimling would not?
22     MR. FREIWALD: Objection.
23     Q.    In some instances.
24     MR. FREIWALD: Objection, leading

**144**

1  inappropriate question.
2     Q.    Well, tell me whether there are changes
3  that Dr. Finkelstein would count as loss that
4  Srivastava and von Deimling would not?
5     A.    Clearly, based on the von Deimling paper,
6  which as I say, I was part of, and the comment in
7  the Srivastava paper about how they scored their
8  cases, they specifically say they defined allelic
9  losses as complete loss of a band in the tumor
10  sample relative to the corresponding normal DNA.
11  Clearly that is a much more stringent cutoff than
12  what Dr. Finkelstein used.
13     MR. SUPLEE: Okay. That's all I have.
14     MR. FREIWALD: No further questions.
15     (2:05 p.m.)
16  .
17  .
18  .
19  .
20  .
21  .
22  .
23  .
24  .

**145**

1     WITNESS CERTIFICATION
2  .
3  .
4     I hereby certify that I have read the foregoing transcript
5  of my deposition testimony, and that my answers to the
6  questions propounded, with the attached corrections or
7  changes, if any, are true and correct.
8  .
9  .
10  .
11  .
12  .
13  _____   _____
14  DATE              DAVID N. LOUIS, M.D.
15  .
16  .
17  _____
18  PRINTED NAME
19  .
20  .
21  .
22  .
23  .
24  .



**James DeCrescenzo Reporting**, LLC

InnovatingLitigation

215.564.3905                    FAX 215.751.0581

1880 JFK Blvd, 6th Floor Philadelphia, PA 19103

www.JDReporting.com

Case 3:08-cv-00612-RET-SCR Document 68-3 06/03/2009 Page 39 of 142



ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09



**A**

Aaron 2:3 46:15
  107:24 129:12
ability 45:23
Abington 8:13,17
able 15:7 46:20
  81:9 121:14
abnormal 30:17
  34:20
abnormalities
  19:22 28:8 30:19
  99:4 100:4,6,7
  117:8 128:19
  129:3 130:21
about 8:4 9:14
  10:17 13:3 15:21
  16:13,23 17:14
  20:5,20 25:3,3,4
  27:17 29:10 30:2
  30:17,21 31:14
  31:16 33:22,24
  34:14,20 35:6,7
  38:10,21 42:1,20
  43:5 46:21 48:13
  52:8 54:4,9,12
  54:22 55:3,8
  60:12,22 63:20
  64:15,17,19 66:3
  68:2,6,13,17
  71:3 74:22 75:4
  75:23 76:8,21
  77:19 78:8,13
  79:5 81:16,23
  83:13 85:24
  86:21 91:15 92:1
  97:7 98:9,14,16
  98:19,21 102:2,3
  102:24 103:5,6
  105:2,11 107:8
  110:11 112:9
  115:11 118:22
  120:7 125:20,21
  129:13 131:20,21
  139:18 140:8,9
  144:7
absence 15:22
absolutely 16:15
  16:18 23:24
  69:17 139:17
abstract 10:14,17
  10:19,21,23,24
  11:2 40:17 41:15
  41:21 42:4
abstracts 41:2,9
abusive 136:22
academic 16:21
  57:21 63:8 138:1

accept 58:9
acceptable 19:12
  40:5,13
accepted 37:6 39:1
  39:3 42:4 48:13
  60:7 73:12,19,20
  74:14,24 110:6
  140:3
accepting 65:19
according 124:12
accumulated 15:10
  115:6
accurate 24:13
accustomed 111:13
acknowledged
  102:17
acquisition 10:5
  10:12
across 9:22 25:24
  30:11 32:2 36:11
  92:24 93:7
action 34:17
actions 59:4
actual 13:4 17:5
  36:1 54:4 127:7
  128:8 142:11
actually 47:22
  48:5,9 51:3 94:5
  122:10 127:20
  128:10,18
adapt 43:14
add 31:3 71:12
  87:9 141:2
added 51:24
addition 14:22
  28:15 36:8 51:10
  73:22 84:1,3
  104:5
additional 52:23
  54:10 62:24
  63:11,18 64:6
  133:8
additionally 83:23
address 40:3
addressed 40:4
admit 54:2
adult 109:5,22
  110:1 126:1
adults 109:14,19
  110:3
advance 51:9
  135:22
advising 68:5
advisor 6:7
Advisory 6:2
Affymetrix 123:1
  123:21 127:21
after 40:4 75:5

100:21
again 21:16 26:6
  38:12 41:7 53:5
  54:14 58:18
  60:17 72:18 76:7
  78:7 80:9,17
  81:2 83:14 84:21
  86:9 87:15 96:24
  97:1 114:21
  123:23 126:20
  142:21
against 30:15
age 14:5,20 112:5
Agency 89:1,7
ago 27:17 33:20
  60:21 102:7
  118:9 127:23
agree 42:13 45:17
  48:24 58:23 59:1
  118:5 122:13
  123:3 126:15,16
  127:13 130:5,11
  130:16,18 133:2
  133:4 134:21,23
agreed 56:3 58:9
  59:14 125:22
agreement 99:16
Ah 65:21
ahead 44:14 74:19
  81:2 90:23 97:16
aid 64:1
ajf@layserfrei...
  2:7
al 21:19 24:21
  25:7 26:17 27:6
  77:24 78:6,10,16
  79:7 108:23
alleged 65:10
alleging 67:6
allele 78:4,13
  79:5 81:9,10,11
  81:13 115:10,15
  142:14,14
alleles 28:21
  42:24 43:2,14
  120:16 142:17
allele-based 142:4
allelic 9:7,8,10
  10:7 25:7,17
  28:20 29:2,5
  43:10,11 76:17
  76:23 77:6,7,12
  77:16,19,22 78:9
  80:4,14,20 81:8
  82:14,20,23
  83:12,18 87:2,3
  87:5 92:16,19
  93:4 140:2 142:3

142:7,10 144:8
allow 139:14
almost 7:17 31:24
  40:9 132:2,7,7
along 6:8 24:7
  27:2 28:5 63:1
  103:7
already 60:11,23
  80:23 81:1 96:21
  137:12,13
alterations 11:3
  29:3,6 33:7 93:7
  114:24 115:21
  116:3 117:10
  135:4
alternative 21:1
  125:16
although 26:4
  43:10 111:13
  117:24
amended 9:3 21:7
  82:19
among 39:3 74:6
  102:18 111:16
amount 28:24 29:1
  41:14
amplification
  115:4
analyses 7:13 9:16
  19:13 21:23
  31:21 45:5,6
  133:1 142:17
analysis 3:13 5:8
  7:4,10,16,17,18
  27:19 45:9 73:1
  73:7,10,18 74:8
  74:13,17,23
  75:13 79:12
  80:20 82:13,24
  83:18 87:5 92:5
  92:11,12,13,15
  92:20 93:4,11,12
  93:15 94:7,11
  107:11 110:8
  114:15 117:20
  121:18 123:1
  128:17 133:5,9
  133:10 134:20
  136:6 140:2
  142:15
analyzed 28:1
analyzing 143:13
anaplastic 9:1
  116:14
and/or 117:4
another 29:12 53:1
  109:8 142:14
answer 14:1,17





**James DeCrescenzo Reporting**, LLC

215.564.3905                    InnovatingLitigation                    FAX  215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com
Case 3:08-cv-00612-RET-SCR    Document 68-3    06/03/2009    Page 40 of 142

ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

15:3,6,17 17:12
17:17 18:16,17
23:8 37:15 44:6
44:13,15 57:18
60:16,20 61:11
62:16 63:14 64:5
69:15 72:5 73:24
77:11 80:3 81:2
87:7 88:2 90:21
90:24 96:22
97:14,16 98:1
99:1,24 102:22
121:4,5 128:15
130:15 134:13
**answered** 50:6
80:23 81:1 96:21
99:1 130:14
**answering** 49:1
74:1 95:6
**answers** 17:9 86:23
129:18,20 145:5
**anyone** 39:9 138:8
**anything** 23:9
29:21 30:1,16
41:5 43:24 60:10
68:6 70:11 91:21
91:22 94:10,11
99:6,9 128:1
132:11 134:5
**anywhere** 10:7
123:9
**apart** 97:11,17
**apologize** 102:8
**apparent** 14:23
**Apparently** 137:22
**appear** 123:2,19
**APPEARANCES** 2:1
**appears** 79:11
83:21
**apples** 42:14
142:22
**application** 7:24
57:21
**applications** 36:17
38:5
**appointed** 138:8
**appreciate** 85:11
**approach** 18:8
21:20,22 73:12
73:19,20 74:14
74:21,24 76:11
76:19,21 77:8
93:8 104:23
142:13
**approached** 55:7
**approaches** 21:18
22:24 23:1 75:12
75:19,21

**appropriate** 11:24
12:11 19:17
29:12 40:14
47:13 62:7 74:23
86:2,8
**approved** 45:14
**area** 5:6,17 55:22
63:7 73:21 138:6
143:8
**areas** 28:13 33:16
36:9 44:8 128:20
142:1
**argue** 30:15 70:1
77:18
**arguing** 70:6
137:14,19
**argument** 31:1,5
128:5
**arise** 33:13 44:2
**arm** 9:11 25:1 26:2
26:3,19 28:14,14
31:24 93:7 135:9
**arms** 25:24
**arose** 33:19
**around** 46:19 76:5
138:1
**array** 123:21
127:21,21
**arrays** 123:1 142:5
142:13
**array-based** 21:24
22:21
**arrive** 47:7
**art** 118:8
**article** 20:5 21:12
21:12,15 22:10
22:12 23:4,15
25:20 26:15 27:1
41:19 50:17 78:3
78:7,8,12,18,19
108:23 109:10
110:12 123:13
125:21 131:6,7
135:8 141:14,15
**articles** 5:5 21:2
21:11 32:21
49:11,14,20 50:3
50:7,8,11,15,21
51:11 72:6 78:22
91:18 108:19
117:24 143:3
**Arvanitis** 79:7
**ascribe** 117:13
**asked** 8:9 17:8
38:10 50:2 54:8
54:9 55:16 57:14
65:18 68:7 75:3
78:24 81:16,22

90:1 98:3,24
101:22 102:6,8
103:5 125:20
130:14 138:10
**asking** 46:21 47:9
59:3 60:21 66:14
77:2 79:1 94:1,4
96:10,24 97:10
98:20 105:10
121:9 130:2
131:22 132:10
136:23 137:20
**aspects** 22:5
**assay** 13:5 29:2
**assays** 13:4 143:1
**assertion** 130:3
**assess** 137:8
**assigned** 37:2 40:2
**assignment** 54:17
54:23 56:4,15,21
57:10 58:10,24
60:7 63:22 65:20
101:16
**associate** 131:1
**associated** 32:15
33:8 44:18
103:22 106:3
111:18 112:11
113:5
**association** 35:15
35:23
**assume** 86:24
141:16
**assuming** 83:8
87:18 139:24
**assumption** 100:9
**astrocytic** 115:11
**astrocytomas** 25:4
116:14
**Atlas** 27:15 53:19
118:23,24 122:1
127:5
**attached** 138:18
145:6
**attempted** 131:1
**attempting** 90:9
137:15
**attention** 36:3
**attitude** 137:6,7
**attorneys** 57:11
58:4 101:21
103:18
**attributed** 13:9
**authored** 5:14
**authorities** 24:19
**authors** 32:20,22
**available** 105:14
118:20,20

**awards** 5:21
**aware** 16:19 28:1
76:4 89:14,16,20
140:6
**away** 35:4
**awful** 105:10
**awfully** 47:6
**a-l-l-e-l-i-c** 9:8
**A-r-v-a-n-i-t-i-s**
79:7
**a.m** 1:13

---

**B**

**B** 124:9,20
**back** 39:24 40:1,4
50:1 62:19 95:14
100:12 132:20
138:22 139:7
**background** 4:19
6:16 8:5 46:22
72:1 95:24
**backing** 5:23
**badgering** 61:3
**band** 25:9 143:16
144:9
**bank** 15:3
**banks** 16:21,22
**barely** 31:6
**Barry** 21:8
**baseball** 129:14
**based** 10:20 14:18
15:7,12 37:4
43:4,14 56:23
60:9,18 61:10
62:21,23 74:15
92:3 97:1 106:16
111:5 113:11
134:24 142:5,17
144:5
**bases** 71:14 88:9
**basic** 59:1 80:13
**basis** 5:3 7:9,24
23:5 44:20,22
96:15 123:17
134:7
**become** 36:16
**becomes** 40:16
**before** 22:7 40:16
46:14 56:14,20
58:1,11 59:7,14
60:10,21 63:21
64:13 75:7 86:11
103:7 122:8,9
**began** 56:14,20
**begin** 40:3
**beginning** 104:16
105:7 112:16





**JDR**
**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
215.564.3905        FAX 215.751.0581
1500 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

Case 3:08-cv-00612-RET-SCR    Document 68-3    06/03/2009    Page 41 of 142

ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

114:10
begins 113:14
behalf 58:13,17
  59:15 67:5
behave 5:9
behavior 7:11
behind 126:10
  133:6
being 8:23 16:20
  19:3 22:23 30:22
  31:2 38:15 42:4
  42:5 47:1 55:16
  57:13 60:24
  78:22 79:15
  81:22 82:20 85:7
  85:21 86:1,21
  100:9 103:22
  111:16,17 112:3
  112:21 113:17
  117:19 126:12,22
beings 89:15
believable 40:14
believe 49:18
  50:20 52:16 54:6
  55:9 58:7 86:17
  95:5,16 98:12
  100:20 101:16
  102:1,2,6,11,15
  119:14 127:17
believed 87:3
believing 37:19
belittle 137:15
benign 102:18
Benjamin 4:20
besides 63:15 74:2
best 14:4 50:19
better 71:9 112:5
  141:16
between 9:24 10:22
  28:21,21 35:16
  35:24 42:3,6
  52:7 54:2,6
  109:18 122:18
  142:6
beyond 17:15,20
  38:14 63:2 91:21
  91:22 104:2
bickering 86:16,18
  136:17 137:15,19
big 73:2 107:18
  136:8
Bigner 64:11,23
  68:20 69:4,5,11
  69:12
Bigner's 68:21
  69:23
bill 47:13
billed 66:22

biological 71:13
  106:4 113:8
  140:17 141:3
biology 35:9 43:4
  43:12 107:8
  118:12
biomedical 18:4,5
  19:2,10,12 35:15
  35:23
bit 5:24 46:19,19
  49:9 74:19 79:10
bite 61:12
blue 59:13 122:18
  122:19,19,21,23
  122:23 123:3,5,7
  123:9,10,11,11
  123:24 124:1,3,6
  124:12,18 142:6
  142:8
board 6:9,14
body 117:11,12
bona 16:14
book 107:16
Boston 1:19
both 4:13 5:11,21
  6:12 9:11 16:4
  28:13 31:23
  101:9 102:12
  109:24 110:1,3
  119:2 139:7,16
bother 38:6
bottom 6:1 81:4
brain 5:2,3,4,6,8
  5:13,18 6:3,6,17
  6:20 8:16 9:5
  10:3,5 11:16
  13:10 15:9 20:8
  20:24 24:10
  36:14 37:11
  38:13,15 51:22
  53:3 56:7,12,16
  56:22 57:6 58:6
  60:2,13,24 63:6
  63:8,9,17,21
  65:9 67:1,4,6,6
  67:14,17,20,21
  69:13 70:12 71:8
  71:21 72:4,15
  73:2,7,12,14,18
  73:21 74:8,9,24
  82:3 88:18,22
  89:9,18 92:2,17
  92:20 93:11,14
  94:6,12,18,23
  96:19 97:22 98:7
  98:19,22 99:8,13
  99:14,15 100:5,7
  100:15,24 101:3

101:5,6 102:17
  102:18 103:1,1
  103:15,19,19
  104:16 105:1
  109:8,11,20,23
  110:3 119:3,20
  119:24 120:4
  125:15 126:9,23
  127:13 140:5
break 20:19 46:9
  49:4 107:20
  122:3 123:12
  125:1,8 138:21
  138:23 139:3,7
breaks 67:2
brief 41:7
bring 34:14 95:14
bringing 74:20
broad 77:10 80:2
broadly 41:4
brought 53:14
  105:9 108:7
  127:16 128:9
  141:7
Browman 67:23
building 102:5,12
buildings 102:11
  102:13
bulk 7:19
bunch 96:10
bureau 1:2,7

_____
C
_____
C 3:13 4:1 121:17
  122:4
calculation 16:10
calculations 16:3
call 55:9 59:13
  64:19 143:16
called 7:8 8:21
  16:2 35:1 58:20
  65:6 66:3 81:14
  103:8 104:7
  105:21 142:9
  143:18
calling 58:13
  122:18
calls 30:12
Cambell 2:18
came 8:13 33:22
  38:3 53:13
  119:14 132:20
campus 102:10,13
cancer 5:17 9:5,5
  10:3,5,21 13:10
  15:9 20:9,24
  21:1 24:10 27:15

27:17,22 30:23
  34:21 35:7 36:4
  37:12 38:15,16
  43:12,15 44:9
  53:3,19 56:16
  58:6 60:3 67:1
  67:17 69:13
  70:19 71:3 72:15
  77:9,9,17 78:15
  79:6 89:2,8,19
  94:19 96:19
  97:22 98:7,19,22
  99:8,13 100:2
  102:17 109:8,11
  110:10 118:23,24
  125:15,17 126:23
  127:5 130:1,11
  140:5
cancers 27:20
  32:12 33:13 44:6
  44:11,15,23 65:9
  67:6 71:9 77:13
  77:15 99:14
  100:5,11 103:1
  103:20 110:3
  119:3,20 126:2,9
  127:13
capability 92:8
  93:10
capacity 88:21
capturing 118:10
carcinogen 16:17
  89:9
carcinogenesis
  63:17
Carcinoma 78:6,9
carcinomas 36:13
care 15:21 108:8
  131:21 132:5,6
career 71:7 72:14
careful 40:8
carefully 37:20
carry 73:22 94:4
  96:16
case 4:11 11:15
  12:21 13:14
  16:11 38:9 41:21
  43:19,21,22 45:6
  45:20 49:7,16
  50:4,12,18 51:13
  53:1 55:8 57:5
  58:18 59:12
  60:11,14,22
  64:19,24 65:6,9
  65:12,15,22,23
  65:23 66:1,4,6
  66:11 67:23
  69:18,24 85:2



James DeCrescenzo Reporting, LLC
Innovating Litigation
215.564.3905                                        FAX 215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

94:2 102:1 103:2
103:3 104:3
125:7 136:16,20
137:1 138:11
cases 13:8,10 16:6
25:13 26:20 27:9
27:10 28:9,18
31:12 32:2 66:13
66:17,19,19,22
67:1,4,8,9,14,18
67:22,24 68:16
69:7,9,13 102:17
102:18 103:22
106:8 109:11,14
109:24 110:1,2
111:6 113:5
120:21,23 129:24
131:15 132:22
144:8
Castleman 4:20
catalogued 19:21
24:14
cataloguing 93:6
causation 11:12,16
15:15 32:16
33:23 36:1 38:15
38:23 43:15
causative 11:7,11
33:2
cause 11:8 30:22
37:11 99:19
140:4
causes 72:3,4,15
CDKN2A 115:3
cell 34:21 36:4,13
78:5 109:8
113:18 114:11
cells 10:3 34:15
34:18,19 38:13
cellular 33:6
certain 33:16
83:10 87:1
certainly 26:14
38:5 56:17 74:6
106:16 107:22
133:9
certainty 46:6
91:7
CERTIFICATION
145:1
certify 145:4
chair 6:2
chaired 38:3
chairing 5:18
challenge 45:10
chance 133:24
change 9:4 24:9
32:10 35:24 44:8

62:23 63:23
106:21 110:22
125:15,24 126:13
127:12,24 128:23
130:3,4,8 131:1
132:21
changed 6:5
changes 7:6 9:24
10:1,24 11:14,15
12:12 18:6 19:3
19:19 20:8,23
21:20 24:15
29:24 30:2,5,9
30:13,14 31:6
32:1,13,16,17,21
32:23,24 33:5,14
33:17,22 34:1,6
34:7,15 35:16
38:13 44:16 46:2
109:13,22 110:15
111:2,16,21
114:19 117:19
122:20 126:7
128:13 129:23
130:7 132:18
141:17 142:8
144:2 145:7
chapter 104:17
105:19 140:13
chapters 118:9
characterize 44:9
111:1
characterized 44:7
characterizes
126:6
characterizing
114:21
charge 47:21 48:1
48:8,21
charging 48:16
66:5
Charles 53:1
chart 122:24 123:8
123:10,21 124:5
124:5,8,9
check 59:9
checking 50:24
chemical 11:8 18:7
37:11 38:23
58:14 59:22 60:5
63:17 65:10,13
67:7 71:16 96:3
103:8,14
chemically 44:2
chemically-ind...
44:11,15
chemicals 13:9
56:13,15,21 57:1

57:6 58:6 60:12
60:23 63:5,21,22
72:3,16,16 88:18
89:4 94:18,22
96:5 140:4
chemists 101:9
childhood 125:24
children 109:14,19
110:3
chloride 89:8
103:5
Choi 78:10
chosen 27:22
chromosomal 22:3
23:4 28:22 34:8
93:7 112:17
113:10 131:8
133:1 142:24
chromosome 9:11,19
9:22 10:8,10
12:3 15:8 18:6
19:3,19,22 20:7
20:23 23:11,21
24:5,9,16 25:1
25:24 26:2,3,12
27:3,7 28:7,11
28:12,13,16,17
28:24 29:21,23
30:3,5,6,7,10,12
30:17,18,20,22
31:2,4,9,19,21
31:24 32:5,9
33:5,15 34:1
35:13,16,24
36:11 37:10
38:23 42:9 76:17
76:18 79:18 93:1
99:4,12 100:4,6
100:23 109:21
111:16,21 113:2
115:15,20,23,23
116:4,8,10,13,17
116:23 117:5,12
117:19 118:2,3
120:8,14,20,22
121:12 122:15
123:2,7 124:2,7
124:14,17 125:14
126:7,12,21
127:8,9,11,19,24
128:13,20 129:1
129:2,3 130:4,7
130:7,17,19,20
130:22,24 131:5
131:9,12 132:18
132:20,24 134:19
135:5,10 140:11
140:22 141:5,8

141:18,21 142:2
142:11 143:6
chromosomes 24:5
25:24 29:14
34:14,22 92:17
109:1 112:20,21
119:1 124:5,10
124:14 127:10
128:21 130:9,16
142:5
circumstances
54:22 55:1 56:2
cite 25:19 26:15
cited 10:19 20:6
24:20 132:20
cites 40:18
citing 21:2
claim 1:7 64:7,9
claimed 60:24
claiming 60:2,2,13
claims 59:24
clarified 18:20
clarify 50:1 54:24
141:8
classification 5:4
8:2,18,20,24
92:2 105:16
110:5
classify 5:8 73:7
classifying 73:13
74:10
clear 22:17 26:8
50:9 78:20 79:4
84:14 97:1
102:10 137:21
140:18 143:6,8
clearly 106:3
112:13 113:1,4
118:18 144:5,11
client 61:22
clients 86:6
clinical 5:1 6:13
6:21 7:15 68:24
74:16 77:23
93:15,20 106:4
107:9 111:23
112:1,6 117:4,13
126:19 140:18
141:4
clinically 5:9
close 14:19
closely 14:20
32:14 42:17,18
43:6 130:20
cluster 70:12
coaching 84:19
134:2
cohort 12:18,18




James DeCrescenzo Reporting, LLC
Innovating Litigation
215.564.3905          1880 JFK Blvd, 6th Floor, Philadelphia, PA 19103          FAX 215.751.0581
www.JDReporting.com


Case 3:08-cv-00612-RET-SCR    Document 68-3    06/03/2009    Page 43 of 142

ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

. 13:1 102:19
cohorts 12:2 36:7
   37:22
collateral 70:3
colleague 25:21
colleagues 47:9
   48:10,18 136:1
collection 117:9
color 123:15
column 113:24
   114:13
combination 37:5
come 34:19 49:3
   55:8 59:19 87:17
   100:12
comes 62:24 88:4
   99:12
comfortable 123:23
coming 55:19
comment 8:10,12
   55:18 68:17
   133:7 144:6
commented 81:17
commenting 134:2
comments 76:8
commercial 16:22
committees 5:11
common 7:7 48:11
   67:22 109:4
commonly 77:8,14
   77:20 116:3
   117:20 118:4
   127:12
COMMONWEALTH 1:1
community 28:3
   39:1,4 140:3
company 45:1,4,15
   45:23 55:10
   58:14 59:22 60:5
   65:13 66:11,24
   71:16 72:19 75:4
   75:8,11,18 96:3
   101:10 102:16
comparable 23:24
   87:13
comparative 21:24
   22:21 23:20 24:4
comparatively 18:6
compare 126:8
compared 47:22
   80:21 82:24
   124:10 125:24
comparing 13:8
   42:14 100:5
   135:7 142:22
comparison 23:12
   128:21
comparisons 101:4

compensated 47:1
compensation 1:2
   137:14 138:12
complete 25:9
   68:18 139:15
   144:9
completely 21:19
   21:21 69:22 82:9
   84:16
component 52:6
components 8:22
   114:16
compound 103:15
compounds 38:17
   96:6
comprehensive
   107:11 117:7
   130:24 140:14
concepts 80:19
concern 15:21
concerned 85:24
   86:1
concerning 16:16
   31:18 34:3 36:14
   38:22
concerns 16:23
   18:24
conclude 126:1
conclusion 17:24
   23:17
conclusions 40:15
   55:18
conditioned 50:16
   133:5
conduct 68:9,13
   86:22 134:7
conducted 86:1
confident 123:5
confirm 94:8
confused 22:8
connection 37:9
   40:19 42:10
consider 137:24
   138:2,6
considerably 114:5
considered 33:17
consisted 17:11
consistent 44:9
   83:17 87:4,8
consisting 102:10
constitute 67:23
contacted 58:12
contain 19:3
continue 132:13
contrary 83:20
   85:1
contribute 21:1
contributed 5:5

125:17
control 12:1,11,17
   12:18,18 13:1,1
   14:3 15:2,6,13
   15:22 16:5,12,14
   16:18 17:1,11
   18:4 19:11,17
   36:7 37:22 39:20
   110:16 113:18
   114:11
controls 11:24
   13:3 14:9,13,15
   14:17 29:12
   37:23 40:14
   41:17
convenience 49:6
conversation 53:14
   55:14 64:17,21
   101:15,19,20
conveyed 41:9
copies 28:17,22
   107:17 108:1,7
copy 4:13 105:9
   107:20 110:19
   115:19 121:21,21
   122:20 123:4,12
   141:17 142:8
copy-neutral
   122:21 142:9
correct 11:19
   17:17 18:1 24:11
   32:22 46:23 48:6
   49:9 51:14,22
   54:5 61:1 65:10
   65:16 71:1,22,23
   72:4,17,19,20
   73:8 74:4 76:22
   79:16 80:8 87:19
   88:10,11,13,14
   88:19 92:3 93:22
   98:10 103:4,16
   104:18 105:4,17
   106:11,22,23
   107:5 109:5,8,15
   110:3,23,24
   111:4,10,19,20
   113:12,20,23
   114:6,19,24
   115:6,12,15,16
   115:21,22 116:1
   116:6,11,15,19
   116:24 117:1,14
   117:21 123:22
   124:17,21 128:23
   129:7 131:9,15
   131:16 132:22
   145:7
corrected 9:4

corrections 145:6
correlated 112:5
correlates 78:9
   115:4
correlation 107:9
   112:6
correlations 117:4
correspond 29:5
corresponding
   25:10 115:10
   144:10
counsel 86:16
   90:13 135:16
count 54:2 143:3
   143:20 144:3
counted 87:2
   131:20
counting 54:3
country 75:22 76:5
couple 6:17
course 49:21 52:21
   54:22 62:15 70:4
   76:3 109:7
court 67:22 69:13
   139:13
courtesy 108:7
courtroom 90:6,19
cover 70:3
covered 53:9
co-author 108:24
   125:21
created 110:10
credibility 137:9
criteria 25:16
   26:9
critical 12:8
   37:23
criticism 76:21
criticisms 96:17
   97:5,11 125:10
   136:8
critique 46:4
cross 8:7 61:20
   62:10 90:5
   107:21 108:5
   137:8
cross-examination
   61:4 70:3
CRR 1:21
culled 111:6
cumulative 44:18
current 6:4,10
   8:19,20 127:4,10
   127:17
curriculum 3:11
   4:3
cutoff 25:12
   144:11





ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

CV 4:12,14,16 71:6
 71:18 72:24
 104:12 108:19,20
cycle 114:11

                  D

D 4:1
damage 15:9 38:18
 44:19 76:17
 100:23 101:4
 106:20 107:4
 113:11 126:14
 127:19 131:8
 133:1 134:20
dark 51:2 122:19
 122:19,23 123:3
 123:10,11 124:3
 124:6,12,18
 142:6
data 7:16 11:6,10
 12:9,10 17:3,6
 17:23 18:2 31:3
 37:21,21 40:12
 53:12 78:14
 83:11,12 87:2
 105:4 117:11,13
 118:19,20 120:13
 120:18 121:13
 127:10 128:8,19
database 29:4
date 27:23 66:24
 107:2 145:14
dated 49:8
david 1:11 4:5,9
 145:14
dealing 69:21
 140:23 141:2
deals 104:16
 105:20 140:11
dealt 59:14 72:2
defendant 1:9 2:16
 2:24 65:13 67:8
defined 25:7,8
 44:7 110:4 144:8
defines 77:1
definition 41:11
 77:2
definitive 89:21
 89:22 90:2 91:2
degree 91:6
Deimling 25:19
 131:6 132:17
 134:17 142:20
 143:3,10,21
 144:4,5
deletion 45:19
 115:4

deletions 23:23
 30:20 37:10
 38:23 42:9 79:20
 109:4 118:2
demonstrates 35:15
 142:12
Dennis 2:11 124:24
 131:22
densely 29:14
DEPARTMENT 1:1
depending 50:15
depends 16:6 80:9
depicted 123:21
 124:17 127:8,22
depiction 128:16
deposition 1:11
 13:13,15,18 17:7
 38:8,9 43:18
 47:16,21 48:4,20
 48:23 51:9,17
 52:8,13,17 53:15
 54:4 55:5 58:3
 63:3 66:7 68:19
 69:21 70:23 82:4
 82:18,23 83:7
 86:1,22 137:10
 145:5
depositions 68:10
 68:14 139:6
deregulated 114:17
describe 20:4
 99:17 106:19
 111:17 112:21
 113:1,10
described 6:18
 28:8 29:3 75:10
 111:22
describing 6:16
 93:5 106:7 116:2
description 4:18
 106:24
designates 89:8
designed 23:22
detached 82:10
detail 16:20 39:21
 41:12,18 141:21
 142:24
detailed 114:15
details 37:3 55:13
detect 28:20,20
 142:3
detected 11:14,15
 22:23 33:5,15
 34:1,6
detecting 23:23
 120:16
Detection 79:6
detections 76:2

determine 12:20
 16:3 40:13 81:8
 91:9 93:1
determined 83:11
determining 140:4
develop 32:12
development 21:2
 36:1 78:5,15
 125:17
diagnosed 9:1
diagnoses 75:14
diagnosis 71:10,13
diagnostic 45:15
 75:18
diagnostics 8:1
 45:4 75:11
diagram 141:22,24
 142:22
diagrams 30:14
Diego 40:20
difference 44:1
 50:13 109:12,17
 122:18
different 11:18
 12:21 19:14
 21:20,22 22:23
 23:1,2 36:10
 41:3 43:9 47:20
 48:14,20 49:4,11
 81:11,13 82:7
 87:11 89:4 93:3
 95:7 102:11
 105:1 109:19
 111:7 114:24
 120:15 125:23
 126:1,21 135:7
 142:17 143:11,13
 143:14
differently 121:2
 123:19
difficult 49:22
 50:23
direct 4:23 91:23
 96:13 104:2
 127:18 128:9
 129:16
directly 69:3
directors 6:9,14
disagree 42:13
 45:17,21,24
 62:15 85:10
 127:14 128:16
discrimination
 142:4
discuss 33:21
 105:6 107:21
 108:4 125:6
discussed 87:4

 135:17,22 138:18
 142:19
discusses 10:21
discussing 33:13
 38:7 39:17 83:17
 103:13 114:1
discussion 37:4,5
 72:23 117:18
 126:3,12 127:1
discussions 40:1
disease 118:13
dispute 20:20
disqualified 69:12
distinct 78:4,14
 99:19
distinction 142:6
distinguish 9:24
 81:9 142:17
distinguishing
 23:5 142:13
distributed 9:21
disturbs 61:21
DNA 7:18,19 25:10
 27:19 28:9 35:6
 35:12 38:18
 44:18 144:10
doctor 4:8,13 5:23
 27:12 85:19
 90:21,23 121:5
doctors 75:22
doctor's 4:11,12
 91:21
document 141:12,17
 128:20
documented 100:7
 128:20
documents 99:2
doing 13:8 16:1
 43:10 48:5 49:1
 49:5,19 55:21
 65:24 71:15
 72:19 84:12,13
 90:7 93:20 94:7
 108:12,18 135:2
 136:13 137:9
 140:1,2
done 5:16 15:13
 16:10 21:18 37:8
 45:6 47:24 54:10
 66:12,16,19
 71:19 72:7,12
 73:17 76:6 81:10
 92:10,15,19,21
 94:9,14 95:17
 96:18 128:17
 132:2,7,7 133:10
 139:6,12,16
donor 43:7
double 90:1,20



**James DeCrescenzo Reporting**, LLC

Innovating Litigation

215.564.3905                                    FAX 215.751.0581
Case 3:08-cv-00612-RET-SCR   1880 JFK Blvd. 16th Floor Philadelphia PA 19103   06/03/2009   Page 45 of 142
www.JDReporting.com

ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

down 20:19 67:3
 75:20 81:21 93:8
 112:13 114:13
 135:12
downloadable 122:2
Dr 7:21 8:9,10 9:3
 9:9,15,23 10:13
 10:24 11:4,6,7,9
 12:1,16 13:9,14
 14:2 15:14,14,19
 15:22 16:16 17:8
 18:3 19:10 20:1
 20:6,10,12,21
 21:8,15,23 22:5
 22:14 23:14,17
 24:1,7 25:2,12
 25:13,16 26:13
 27:2,5 28:19
 29:11,13,22 30:5
 31:9,18,20 33:9
 33:15 34:2,3,24
 36:2,16 37:7,21
 38:8,22,24 39:10
 39:13 40:18
 41:21 42:11 43:9
 43:18 44:24
 45:18 46:1,4,14
 50:20 51:13,16
 51:21 52:9,24
 53:1 54:18,19,22
 55:3,17 56:6,9
 56:12 58:2,5,6
 60:1,13 63:2
 64:7,11,23 68:19
 68:20,20,21 69:4
 69:5,11,12,17,23
 70:9,22 71:17,18
 72:24 75:4,12,17
 76:8,13,19 77:1
 78:22 81:18 82:2
 82:3,13,22 83:21
 84:4,10 85:5,9
 85:14 86:24,24
 88:1,13 91:24
 92:2,6 93:13
 94:9,14,18 95:10
 95:18 96:12,18
 96:19 97:5,12,22
 98:7,9,15,19,22
 99:8,10,13 100:3
 100:6,14,15,22
 100:24 101:3,4,6
 101:8,8,23,24
 102:4,5 103:2,3
 104:2 105:14,17
 108:15 115:3
 122:12 125:6,11
 125:13 126:5

 127:11 129:15,22
 136:9 138:16
 139:23 140:1
 142:18 143:12
 144:3,12
draft 122:9 135:15
 135:19
drawn 36:2
drew 10:22
dsuplee@schnad...
 2:15
dudgeon 90:14,17
due 38:16 68:10
during 52:21 53:15
 54:3 95:18 96:6
 122:3 123:12
 125:7 128:9
 139:2

_____
        E
_____
E 4:1,1
each 16:6 49:22
 50:3,10 120:4
earlier 9:24 33:1
 53:15 60:17
 65:18 103:5
 110:20 111:6
 117:6 126:18
 131:19 132:5
earliest 7:5
early 10:5 32:11
 32:13 33:7,17,22
 61:20 109:22
 110:15
edition 104:7
 107:1 138:17
editor 39:24 40:11
editorial 62:14
editors 104:6,20
educational 95:23
effectively 30:15
efficiency 85:24
 86:3 132:16
efficient 85:22
efficiently 86:4
effort 9:23 48:19
 48:24
EGFR 113:14,17
 115:4 140:19
either 16:20 82:22
 106:3 114:18
 124:8 127:10
 136:12
elements 140:12
eliminate 18:23
elsewhere 104:12
emphasis 5:2

emphasize 12:24
employed 76:19
employees 101:23
employing 82:2,13
encode 34:16
encodes 34:17
encountered 38:14
end 5:10 9:22 10:3
 10:6 80:16 141:6
ended 6:15
engage 74:7
engaged 72:14
enough 41:18 75:17
entered 85:14
entire 115:19
entirely 43:9
 118:7
entitled 4:23
 77:21 78:3,8
 104:17 108:24
environmental 11:8
 11:12 12:23 13:2
 24:23
epidemiological
 88:22
epidemiologist
 88:10
epidemiology 88:12
 88:17 89:17
 91:13 103:19
equivalent 40:22
 41:22 92:21,23
Esq 2:3,11,19
essential 16:15
 39:17
established 57:6
establishing 5:7
estimate 50:19
 51:24 52:3,10
 53:7,22 54:14
estimated 54:6
estimates 54:7
et 21:19 24:21
 25:7 26:17 27:6
 77:24 78:6,10,16
 79:7 108:23
etiology 105:3
evaluate 21:17
 36:24 39:22
 49:22 54:18 59:2
 64:7
evaluated 9:19
 14:6,10,23 77:5
evaluating 52:6
evaluation 17:4
 64:9
evaluations 97:17
even 23:18 24:2

25:13 27:8 31:15
 38:6 39:6 41:8
 58:1 60:10,21
 116:23 133:9,12
event 68:18 112:3
events 33:2 105:21
 106:1,20 108:16
 109:18 111:2,17
 117:2 122:20,21
 140:15 141:4,5
 141:22
ever 64:17 65:18
every 13:18 86:7
 110:21 129:5
everything 85:11
evidence 11:11
 19:3 71:19 85:3
 85:3 94:20 118:5
 127:19
exact 14:11 19:13
 81:20
exactly 52:14 67:2
 104:11 106:18
 107:6
examination 3:1
 4:6 46:12 62:11
 91:23 96:13
 129:16 139:2,21
examined 6:23 16:8
 120:5
example 30:4 112:4
 140:19
exception 72:5,6
excerpt 3:14 43:17
 125:3
exchange 139:16
excuse 30:6 61:17
 62:6 101:5 132:4
 133:16
excused 84:5,20
 86:11 133:19
exhibit 4:10,11
 70:22,23 121:11
 127:6 138:15
 141:11,13
EXHIBITS 3:8
Exhibit-1001 4:2
Exhibit-1002 4:3
Exhibit-1003
 121:16
Exhibit-1004 125:3
expected 16:8
experience 47:7
 48:22 60:9 73:6
 93:10 95:9 96:20
 97:13,23 98:20
 98:23 99:9
 110:14





ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09



experimental 12:10
  12:13,20 16:5
expert 7:22 39:20
  46:23 47:8 55:22
  68:5 69:5,13
  93:21 138:6,11
expertise 7:23
  64:20
experts 40:8,12
explain 11:22 12:6
  19:9 29:18 33:11
  34:11 35:20
  37:17 41:1 112:1
  140:10 141:18,22
explained 140:16
exposed 96:6
  106:21
exposure 11:8,12
  13:3,11 14:4,23
  14:24 15:16
  16:17,19 18:7
  36:5 38:17 65:10
  67:7 99:3,22
  100:1 106:17
exposures 12:23
  14:14 17:2 19:5
  24:23 71:21
  119:19,23
express 46:4
expressed 46:3
expression 22:1,22
  115:6
extant 88:17
extensive 5:16
  27:19 94:16
  118:20
external 42:6
extra 28:17 121:21
extreme 98:1
  108:10

_____

        F
_____

facility 95:18
  96:3,7 101:10
fact 22:24 24:6
  29:16 31:8 32:8
  33:9 42:12 75:21
  102:14,15 134:6
factors 16:7 38:16
facts 68:15 85:1
  125:6
fair 57:4 60:9
  71:10 103:12
  134:12 137:1,8
fairly 77:14
  127:10
fall 38:4 93:16,18

familiar 27:12
  44:24 56:17
  75:16,20 77:21
  78:3,18 79:1
  88:22 95:8 103:7
family 46:16,16
  60:2,13
far 16:12 35:4
  59:16 83:5 91:21
  91:22 97:21
  104:2,2 119:4
  120:1 130:8
  142:16
fashion 33:14
father 42:23 81:11
  81:14
favorably 38:1
Fax 2:6,14,22
February 1:13
feel 86:9 90:12
  121:4 123:23
feels 10:4
felt 36:5
few 18:6 124:16,20
  125:18 127:23
  131:11
fide 16:14
field 5:15 7:22
  32:20 40:9,12
  49:21 73:19 77:9
  78:15 89:17 95:9
  104:13
fields 89:18
fifth 34:5
figure 27:10
figures 34:17
filed 67:22
final 21:10
find 26:5,24 27:1
  27:9 28:8,12
  29:23 43:5 56:1
  107:4 108:10
  116:4,4 118:4
  130:21 135:3,10
  141:21
finding 10:23
  28:15 29:6 30:2
  36:10 45:21
  109:12 113:12
  131:13 134:16,17
findings 16:9
  31:22 32:4 45:17
  45:19 76:9,13,15
  76:16,18,20
  100:23 101:2,4,5
  112:11 116:20
  127:20
finds 31:23 76:16

82:5 127:18
fine 8:8 108:3
  139:9
finish 88:7 137:10
  137:23
finished 119:8,9
  119:12 134:9,10
  139:3,4
Finkelstein 8:10
  9:23 11:4,7 12:1
  12:16 13:9 14:2
  16:16 17:8 18:3
  19:10 20:6 21:8
  21:23 22:5,14
  23:14 24:1,7
  25:2,12,13,16
  26:13 27:2,5
  29:13,22 30:5
  31:9,20 33:15
  34:2,24 36:2
  37:7,21 39:10
  40:18 41:21 43:9
  46:1,4 51:13
  52:9 55:17 75:4
  75:12,17 76:19
  77:1 82:2,13,22
  83:21 85:5 86:24
  94:9,14 96:18
  97:5 98:9,15
  122:12 125:11,13
  126:5 136:9
  140:1 142:18
  143:12 144:3,12
Finkelstein's 9:3
  9:9,15 10:13
  15:22 20:1,10,12
  21:15 23:17
  28:19 29:11
  31:18 38:8,22,24
  39:13 42:11
  43:18 44:24
  45:18 51:16
  52:24 54:18 56:6
  58:2,5 63:2 64:7
  70:22 76:8,13
  81:18 100:22
  127:11 129:15
firm 55:10 58:12
  59:3,6,21 65:16
  65:19 66:1 69:9
  135:16
first 7:7,9 11:22
  15:7 16:1 20:5
  24:18,20 27:22
  36:22 46:22
  59:15 60:22 66:2
  68:7 71:2 74:20
  80:19 98:3

108:18 112:12,17
  114:1 115:8
  118:19 141:20
Firstly 21:21
  141:23
fit 117:5
five 9:10,12 10:21
  11:3 26:11,22
  33:4,14,18 34:1
  76:16 112:13
Floor 2:4
focus 71:7 125:18
focused 5:2 7:19
  32:23
focuses 23:4
Follicular 77:24
follow 90:4 97:6,8
following 20:22
  37:3
follows 29:11
follow-up 46:18
  139:23
footnote 23:15
foregoing 145:4
forgetting 83:13
form 18:10 44:9
  57:16 60:15
  63:13 64:3 67:17
  79:22 82:11,17
  87:21 89:24
  93:23 99:23
  102:22 103:24
  117:15 128:24
  130:10,13 131:10
  138:4
formation 10:6
  20:9,24 24:10
  33:8 35:17 36:1
  57:2 71:21
  109:22 125:16
  131:2
formed 32:14
  110:10
forming 109:20
  126:2
formulating 52:6
forth 39:13 40:15
forths 40:5
forward 62:6
found 9:10,17
  10:22,24 11:4
  12:12 19:4 24:6
  25:2 26:10,14,19
  30:5,9,10,18,20
  32:5 33:5,15
  34:3 36:8 81:5
  103:20 112:20
  113:11,19 115:11





**James DeCrescenzo Reporting**, LLC

215.564.3905          Innovating Litigation          FAX 215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

115:15 131:7
132:17 134:16,18
**founding** 75:7
**four** 37:10 38:4
82:5,7 129:7
**fourth** 33:3
**fraction** 28:18
77:4,5 79:11
80:6
**fractional** 76:23
77:7,12,19,22
78:4,8,13 79:5
80:4,14,19 82:13
82:20 83:18 87:5
92:19 93:4 140:2
**fragments** 84:17
**Frankly** 18:17
**free** 90:12
**freiwald** 2:2,3 3:4
8:3 13:20,23
17:15,18 18:10
18:13,17 19:24
20:11,16 22:7,15
22:17 23:6 31:13
31:15 37:13
43:20 46:9,11,13
46:15 60:15 61:6
61:13 62:1,14,18
67:19 68:1,12
69:19 70:1,8
76:1,3 78:24
83:24 84:2,4,8
84:11,15 85:10
85:17,23 86:17
89:12 90:3,11,16
96:14,23 102:21
107:16,19 108:3
108:11 114:9
121:6,7,19
124:24 128:6,24
129:11,17 131:21
132:1,4,10,13,15
133:13,16,19,21
136:18,23 137:4
137:7,16,22
138:14,23,24
139:9,19 141:12
143:22,24 144:14
**frequencies** 25:17
26:9 118:14
**frequency** 15:8
16:8 113:11
114:4 126:23
130:6
**frequent** 28:16
115:20 124:9
132:24 134:19
**frequently** 113:5,7

114:23,23 117:20
128:22 130:8,17
**from** 7:15 8:13
12:21 15:2,3
21:7,7 23:12
24:24 25:3,5,21
26:2 34:19 35:4
36:4,10,16 42:9
42:23 43:9,17,20
55:9 57:10 67:5
77:24 78:9,10
79:7 81:9,11,12
81:13 82:10 85:4
87:11 93:3 97:11
97:17 108:9
111:6 112:6
117:22 118:8
121:6,23 123:16
124:7 125:12,12
126:1 127:23
135:16 138:15,16
140:22 141:14
142:14 143:11
**front** 4:14 61:16
61:19 62:7 84:18
86:13 110:19
121:13 133:22
134:3
**frontal** 8:16
**full** 4:8 45:22
113:17 115:17
123:12
**function** 35:12
**funding** 37:8
**further** 27:21
32:19 63:24
114:13 144:14

---

G

**G** 4:1
**gains** 22:3 23:4
28:16 29:4
**Gary** 70:9
**Gastric** 78:9
**Gates** 65:7 66:1,6
66:11,19 67:1,3
**gave** 13:13 17:8
51:17 96:13
**gene** 30:22 31:2
34:7 35:1,10
36:4,9,12 93:9
113:17 115:9,14
**general** 4:22 8:7
14:7 25:23 34:18
37:4 38:21 44:4
73:2 83:22 85:6
87:24

**generally** 38:24
39:3 44:6 48:13
73:11,13,18,20
74:13 99:19
110:13
**generate** 14:12,13
**generated** 100:21
**genes** 11:1,2 34:15
34:16,20,23 35:3
35:3,4,5,8 77:22
112:18,19,20
113:1 119:1
126:22 140:21
**genetic** 5:3,8 7:3
7:6,9,10,20,23
21:20 25:2 27:19
33:4,7 34:1,6
35:16 43:7 46:1
71:14 73:1,7,10
73:17 74:3,13,17
74:23 75:13 78:4
78:14 92:5,13,15
93:11,14 94:7,11
94:14 100:23
105:3,21,24
106:8,19,20
107:3 108:16
109:13,18 110:8
110:21 111:2,2
111:16,17 113:11
114:19,24 115:20
116:3 117:2,7,10
117:19,20 130:3
130:8 133:1
134:20
**genetics** 5:18
78:16 105:21
138:7
**genome** 27:15 29:23
53:19 112:10
118:14,23,24
127:5 130:1
**genomic** 21:24
22:21 23:20 24:4
**genotoxic** 56:16,21
58:5 63:5 72:16
88:18 94:18,22
**Germany** 25:22
**getting** 18:8 80:18
85:12,21 107:20
129:18
**give** 4:16,18 50:19
90:24 92:2 99:7
112:6
**given** 16:15 86:21
97:14 105:14
**giving** 37:12 47:22
48:5

**glial** 109:8
**glioblastoma** 7:8
8:21 27:23 28:4
60:3 97:12 105:7
105:14,17,20
106:8,9 108:17
110:22 111:3
112:14 113:2,6
117:18 119:11
131:2 132:22
138:16
**glioblastomas** 24:6
25:5 26:23 27:24
28:7,14 106:11
107:4 111:19
112:11 113:12,22
114:4,17,22
115:5,21 116:5
116:15,22 117:10
117:21 126:14
128:12,18 131:9
133:2 134:20
**glioma** 6:19 8:1
11:9,13 14:21
35:17 138:7
**gliomas** 6:18,23
7:1,11,24 19:4
24:17,22 26:6
27:4 36:2 57:3
**go** 17:23 19:1 22:7
29:8,8 33:3
34:20 40:12
41:19 44:14
61:20,23 81:1
90:23 97:16
104:24 112:15
126:20 128:18
130:15 135:8
**goal** 21:16 27:18
86:4
**goes** 42:6 44:10
91:21 104:17
**going** 11:21 18:20
35:9 43:23 48:12
48:23 57:15
58:16 61:2 62:5
62:5 67:9,11,16
68:8 69:16 70:1
70:2 76:7 82:16
83:19 84:21 85:8
85:15 86:8,10,12
87:17 90:15
91:19 96:9,16
97:6,8 98:14,15
102:21 103:23
104:1 108:1,1
121:2 126:20,24
129:4 131:18




**JDR**
**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
215.564.3905                                    FAX 215.751.0581
Case 3:08-cv-00612-RET-SCR    1880 JFK Blvd. D55 Floor Philadelphia PA 19103    06/03/2009    Page 48 of 142
www.JDReporting.com

ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

132:9 133:14
134:3 135:17
141:24
gone 91:8
good 40:11 46:14
grade 8:22 9:2
 25:4
grand 54:11 117:9
grant 36:17,21,24
 37:3,3,6,12,19
 38:2 39:17 57:21
grants 5:20 36:20
graphing 122:10
grave 16:23
Gray 1:15
great 39:20
greater 28:24
 135:11 142:23
greatest 122:16
greatly 84:9
Greenfield 104:7
Greenfield's
 110:18 138:17
ground 90:19
grounds 104:1
group 6:19,20 7:5
 7:7,9 12:3,14,20
 13:10 14:18
 15:22 16:5,5,6
 16:12 17:11 18:5
 19:11,17 27:20
 28:4 37:1 78:17
 79:14
groups 5:19,19
growth 30:22 31:1
 34:20 78:10
guess 18:18 50:24
 51:2 53:24 54:15
 117:23 120:9,22
 121:1,2,9,15
guessing 133:7
guide 28:5
g-l-i-o-m-a-s 7:2

— H —

haas 1:8 53:2
 58:13 59:21 60:5
 65:7,12 66:1,11
 66:24 67:8 71:16
 72:19 96:3,20
 97:13 98:8
 101:10,23 103:18
habit 108:12
half 38:5 118:9
hand 105:11
handing 107:16
 141:12

happens 32:19
 41:12 42:3
happy 105:12
hardly 127:23
 132:24 134:18
Harrison 2:10
Harvard 4:21
having 31:21 59:13
 60:11 71:19 75:5
 93:10 108:7
 122:17
hazard 121:14
head 67:12 78:6
Health 5:12,17
hear 110:20
heard 60:20 70:15
 92:1 97:5,6
 99:15 103:10
heavier 44:18
heavily 30:1
heavy 105:10
held 72:23 96:2
helped 28:5
hereditary 99:20
heterozygosity
 3:13 116:13
 121:17 122:5,16
 123:20 128:23
high 15:10 47:6
 90:14 142:1
higher 25:18 26:10
 48:4
highlight 140:15
highlighted 140:19
high-grade 115:11
him 37:12 61:11
 64:13,15 78:24
 90:1,1,24 107:21
 108:4 137:15
 139:5
himself 27:2 85:5
histopathologic
 14:21
hit 129:4
home 129:4
Hospital 4:23 8:14
 8:17 25:23
hospitals 75:22
hour 47:4,14,16,19
 47:19,23 48:1,8
 48:16 52:7,15,18
 53:7 66:6,7
 136:20
hours 51:2 52:20
 53:24 54:3,13
Hsu 13:13 15:14
 43:19,22 46:16
 53:1 71:18 101:8

101:24 102:5
 105:17
Hsu's 100:15,24
 101:3 103:3
human 24:22 37:11
 44:23 79:6 89:14
 89:18 112:10
 118:14 140:5
hundred 27:24
 89:23 91:3
Hunt 77:24
hybridization
 21:24 22:21
 23:20 24:4
hypothesis 37:9
 38:22
hypothetical 83:20
 85:1
H-s-u 13:14

— I —

IARC 88:24
iceberg 118:11
identical 12:2
 42:18
identification
 105:15
identified 114:19
 118:1 126:5
Identifies 77:23
identify 73:7
 94:15 126:22
identifying 73:13
 74:10
ignore 72:11
III 9:2
Illinois 67:5 69:6
Illumina 127:21
illustrated 27:10
illustrates 26:23
 30:13
illustrating
 122:11 124:9
illustration
 110:14 124:17
illustrations
 122:6
imbalance 28:20
 29:2,5 43:11
 81:8 142:7,10
imbalanced 43:3
imbalances 28:21
 43:11 142:4
immune 43:8
implicated 57:2
 112:14 113:2,4
 140:21

implicating 35:6
importance 112:6
important 25:6,11
 26:7,11 29:24
 34:13 36:6 40:7
 41:8 61:17 62:3
 79:19,23 86:3,9
importantly 142:2
improper 20:13,17
 133:23 139:13,18
inappropriate
 13:21 18:11,13
 23:7 37:14 61:19
 68:3,14,17 84:12
 84:19 144:1
incidence 105:3
include 47:17 48:3
 51:12 112:14
included 16:20
 36:7 72:8 117:2
 118:15 119:3,4
 119:20 129:24
including 5:12,19
 16:7 24:16 41:17
 52:24 108:24
 119:17 131:19
incorporation 95:3
increase 135:2
increasingly 73:5
independent 95:2
 97:19
INDEX 3:8
indicate 51:9,20
 58:12 73:1 78:14
indicated 58:7
 75:16 108:17
 122:15 124:1,4
Indicates 78:4
indications 123:2
 123:20
individual 34:7
 35:8,10 42:22
 50:17 51:1 53:2
 67:13 69:16 89:5
 95:12 142:1
individuals 10:20
 15:16 42:21 67:5
 102:19 119:19
 120:4
induce 56:16,22
 57:6 60:12,24
 63:5,21 103:15
induced 44:3 56:12
 58:6 94:18
inducing 88:18
INDUSTRY 1:1
information 3:12
 6:3,10 14:13




**James DeCrescenzo Reporting**, LLC
InnovatingLitigation
215.564.3905          FAX 215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

27:21 41:14,16
54:21 55:2,4,6
55:24 56:7 59:2
62:22,24 102:24
105:2 107:2
114:1 121:17,23
126:10 127:5,17
informative 81:5,7
81:14 82:10,24
83:6,11,12 87:2
120:13,17
informed 102:7
103:17
informs 98:18
infrequently
130:19
inherit 42:22
inherited 81:11,13
inherits 42:23
initial 101:14,18
101:20
initially 58:20
inquire 121:14
insensitive 24:3
inserting 81:6
insist 84:12 134:1
instance 41:16
79:17
instances 103:1
143:23
Institute 27:18
Institutes 5:17
instruction 121:5
intelligible 18:22
intended 140:14,15
intending 95:6
140:1
intensities 25:14
interest 28:2
55:23 63:7 93:6
interested 55:21
interesting 24:2
26:17
Interestingly
26:20
International 1:17
89:1,7
internationally
5:11,22
interpretation
45:24 50:14
74:20,22 76:15
80:1,3,18 82:7
83:13 88:6
interpretations
87:16
interpreting 45:18
interrupt 132:2

interval 44:17
Introduction
104:17
investigation
70:13
invited 139:2
involve 40:9,10
74:2
involved 7:3 25:22
31:2 36:16 48:19
48:24 59:18
64:24 65:2 69:5
69:8 72:2 113:18
130:17,19 140:17
involvement 67:9
141:9
involves 13:1
involving 7:17
65:9 112:15
ironic 108:10,13
irony 86:21
irrelevant 69:23
isolation 61:11
issue 13:5 116:8
120:16
issues 42:15 70:4
70:5 76:14
items 4:14 61:5
IV 8:22,22
I-A-R-C 88:24

_____
J
_____
J 2:3
Jane 2:19
January 49:8
jlombard@swart...
2:23
journal 41:13,19
41:23 119:13
journals 40:9
judge 90:6
judged 40:5
jump 46:19
jumping 74:18
just 5:24 8:6 22:7
26:19 33:12
39:16 43:14,17
55:4 59:12 61:10
62:4 68:2,6,18
70:2 73:5,24
76:10,15 79:1,3
80:13,18 83:13
83:15 84:16,18
85:11,21 86:13
88:7 90:5,15,23
91:19 96:16
98:13 100:12

108:3 116:8
121:9 123:13
127:7 130:4
133:13,14 135:22
137:18,23 138:23
139:15
justify 37:18

_____
K
_____
Kanno 26:15,17
135:10
Kathleen 1:21
keep 63:9 137:17
keeping 10:4 59:5
63:15
key 42:15 105:21
105:24 106:7,7
106:19 107:7
108:16 109:18
111:2,2,17 112:3
114:10 140:12,15
140:16
kind 18:4 55:2
kinds 127:18
knew 50:15 56:2
59:3 102:9,15
know 16:21,22
31:15 35:22
38:18 39:9,12
44:20,22 50:24
54:8 61:14 62:4
64:11 66:23 67:2
67:9,12,14 70:9
73:2 75:6,17
76:14 78:2,7,12
82:12 84:17
85:23 86:2 88:24
89:7 90:7 95:10
95:17,21,23 96:2
96:5 101:8 102:4
102:14,16 103:17
105:13 107:8
108:11 111:24
118:2 120:1,3
121:3,10 124:24
133:9 135:5,7
138:5,8 140:21
knowing 58:23,24
59:2
knowledge 60:10,18
71:4 97:2 119:22
known 14:13 23:19
24:23 35:4 42:24
57:6 99:20 100:1
111:20 140:17
141:4

Kreiger 108:23
K-a-n-n-o 26:15

_____
L
_____
lab 4:23 73:1 92:8
131:3
LABOR 1:1
laboratories 93:14
laboratory 4:24
5:7 9:9 25:22
94:1 95:13
Lake 67:5 69:6
lange 1:5 13:14
15:14 21:9 34:3
45:20 46:16
51:13,17 54:19
55:3 56:9 60:1
65:22,23 67:3
71:17 88:13
93:13 95:10,18
101:8,23 102:4
105:14
Lange's 8:16 10:24
11:4,9 12:21
45:6 51:21 54:22
56:7,12 58:6
60:13 82:3 91:24
92:2,6 94:18
96:19 97:12,22
98:7,19,22 99:8
99:10,13 100:3,6
100:14 101:4,6
103:2
language 20:9
87:22 111:13
large 5:14 25:22
27:16,20 34:8
36:23 39:1
106:16 111:6
115:18 116:21
126:8
larger 6:20 26:18
last 6:22 70:17
100:20 114:14
116:7,12 118:9
130:23 131:5
Lastly 17:3
late 30:12 31:6
32:1,11 33:17
later 9:24 17:7
32:21,23 123:18
latest 105:2,16
107:2
law 59:3,21
lawyer 68:6
lawyers 60:8 64:19
laymen's 140:10




James DeCrescenzo Reporting, LLC
InnovatingLitigation
215.564.3905                                    FAX  215.751.0581
Case 3:08-cv-00612-RET-SCR    Document 68-3    06/03/2009    Page 50 of 142
1880 JFK Blvd, 6th Floor Philadelphia, PA 19103
www.JDReporting.com

ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

Layser 2:2
lead 34:20 108:15
leading 23:6
  143:24
learned 101:16
least 26:21 40:10
  47:6 48:23 61:9
  86:21 97:15
  110:9 117:22
  120:1,23 124:12
leave 76:9 83:14
  123:13,14
lecture 86:21
lectures 108:9
left 8:16 84:10
legal 47:14 57:11
  57:14,23 60:1
  61:1 65:3 71:16
  72:18 93:21
length 71:21
  138:18
lengthy 86:10
less 43:3 46:20
  80:12 129:1
  130:8 142:16
lesser 29:1
let 4:16 20:3,19
  29:8,8 38:11,21
  43:17 46:21 50:1
  50:9 69:15 73:5
  74:20 76:9 82:12
  83:8 88:7 90:1,5
  95:7 110:17
  112:8 118:22
  121:1 130:15
  132:1 139:2
  140:8 141:13,20
  141:22
letting 90:21
let's 11:21 18:23
  19:1 33:3 68:18
  83:14 90:24
  129:8 130:4
  133:16
level 7:18,20
  16:20,23 17:5
  22:4 27:20 28:9
  35:7,10 41:11,16
  43:7 94:14
  111:23 112:1
  113:8
levels 15:10
Lewis 2:10
liable 135:3
Liberty 2:20
light 110:4 122:18
  122:21,23 123:3
  123:5,9,11,24

142:8
lighten 107:24
like 4:17 25:16
  26:13 38:2 41:17
  42:14 45:6 55:23
  58:22 70:23
  84:17 89:13
  90:10 99:21
  108:6 118:21
  120:21 125:17
  135:10 137:10
likely 32:15 33:8
  43:3 130:21
limited 134:24
LINDA 1:5
line 14:1 17:19
  43:19,23 91:20
lines 30:13 32:1,2
  86:8 112:13
  123:10 124:1,3,4
  124:6,13,18
links 84:18
list 11:17 18:9
  22:11 49:11
  51:11 122:15
listed 11:23
literature 5:6
  18:4,5 19:2,11
  19:12,18,20,23
  20:3 21:17,18
  23:13 25:8 35:15
  35:23 38:1 56:18
  56:24 60:18
  61:12 63:4,9,16
  63:18 64:7 72:8
  74:15 87:12
  88:15,17,23
  89:16,17,20 91:8
  91:14 95:4,8
  97:3,8,18,21
  98:10,16,18,21
  99:2,12,15 100:8
  100:10 103:13
  117:10 140:6
litigation 67:14
  138:3,9
little 5:24 20:19
  33:20 46:19,19
  74:19 79:10
liver 42:10
Liverpool 78:17
LLC 2:18
LLP 2:10
load 44:18
locally 5:22
located 35:2 113:2
location 126:12,13
  130:8 134:19

locations 112:10
  112:17,21,24
  113:10,16 118:4
  126:21
loci 9:19 79:15
  80:22 106:20
  115:19 118:14
locus 81:14
locuses 93:9
lodge 91:19
logical 48:14,15
LOH 116:13 118:5
  122:19,21 142:3
  142:3,7,9,15
LOHs 124:10,16
  127:7
Lombard 2:19
long 9:11 26:3
  28:14 31:23 41:5
  52:14 61:20,23
  128:5,5
longer 44:7 52:14
look 10:20 17:23
  28:6 36:24 39:20
  42:20 43:10
  55:17 59:1 60:7
  77:4,16 79:17
  88:12 89:12
  92:24 99:2
  100:15 101:2
  107:9 111:14
  118:24 120:9
  127:7,9,20 128:8
  128:11,18 130:6
  130:20,24 131:12
  133:8 141:21
  142:23
looked 9:17 14:2
  19:16 22:2,5
  24:23 25:24
  29:22 31:8 60:10
  79:21 83:9 91:13
  91:24 94:21 95:3
  95:7 100:14,21
  109:24 111:11
  120:20,21 124:11
  127:6
looking 13:17 18:2
  22:3,10 50:24
  52:4 79:13 80:9
  80:21 91:17 94:6
  109:14 124:5
  142:1 143:15
looks 70:23 77:16
  92:16 122:10
  142:2
looser 25:16 26:9
loss 3:13 24:5

25:7,9,17 26:8,8
  26:21 27:9 34:8
  76:24 77:7,12,19
  77:22 78:4,9,13
  79:5 80:4,15,20
  82:14,20 83:18
  92:19 93:4
  109:22 115:10,18
  115:19 116:13
  118:15 121:17
  122:5 123:20
  128:22 140:2
  142:10 143:3,4,6
  143:6,15,20
  144:3,9
losses 9:7,8,10
  10:7,10,12 11:4
  22:4,23 23:4,10
  24:16 25:2 26:5
  26:14,19,24 27:3
  28:10,12,15 29:4
  31:23,24 32:7,7
  36:10 45:22,22
  77:6,17 79:14
  80:7,21 81:3
  82:24 83:13 87:3
  87:3,5,10,11
  88:3 92:16 93:1
  94:16 108:24
  120:20,24 121:11
  121:12 143:7,7,9
  144:9
lost 82:6,6 120:22
lot 92:24 96:15
  120:11
louis 1:11 4:5,9
  7:21 8:9 11:6
  15:19 20:21 33:9
  36:16 46:14
  50:20 68:20
  72:24 78:22 84:4
  84:10 85:9,14
  86:24 88:1 96:12
  104:2 108:15
  115:3 125:6
  129:22 139:23
  145:14
Louis's 68:19
  69:17 138:16
love 61:14
low 25:4 38:6
  124:15,23 141:24
lower 38:5 143:16
ludicrous 43:16
lunch 122:3 125:1
  125:8 139:3
Luncheon 125:5
Lung 78:15 79:6





ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

l-o-c-i 9:19
L-o-u-i-s 4:9

**M**

made 8:13 48:21
  64:10 68:17
  87:16 90:18
  108:1
Magazine 121:24
main 38:7
major 6:12
majority 10:3
  120:23
make 9:23 12:16
  39:24 41:4 50:9
  50:23 86:10
  101:3 121:21
  137:19 142:6
makes 8:5 19:18
  24:7,11,12 43:2
  81:24 132:24
making 45:10 70:7
  75:14 80:1
Malignancy 77:23
malignant 6:18,19
  6:23 7:11,24 8:1
  11:9,13 19:4
  24:16 26:6 27:3
  35:17 36:2 57:2
manner 34:23 46:1
manuscript 39:22
  40:2
many 5:5,10 6:23
  6:24 9:18 16:4
  19:21 28:9,13,13
  29:3 40:10 46:19
  83:5 114:15
  118:13 120:3,7
  120:13 121:10
  128:19 129:2
  131:13 139:12
  141:21
mapped 83:11
marked 3:9 4:2,3
  4:10 70:22
  121:16 122:24
  125:3 138:14
  141:13
marker 26:22 79:6
markers 9:21 12:3
  12:19 14:11
  19:16 24:24 25:3
  26:1,3,5,12,12
  26:24 27:7,9
  29:15 35:2,2,5
  35:11 77:5 79:14
  79:18 80:22 81:5

82:5,6,10 83:1,4
  83:10 87:1 92:24
  94:15 106:7,8,20
  107:3 118:24
  120:3,7,19
  121:11 131:11
  132:20 133:8
  135:3,9
Market 2:12
marking 121:19
Marsh 70:9
Massachusetts 1:19
  4:22 25:23
match 14:5,19,20
  42:16 111:22
matches 43:6
matching 42:20
material 24:5
  39:21 53:18
  94:21 95:10
materials 45:8
  51:10 52:23 53:8
  59:19 97:2,18
  111:7
math 80:13
matter 39:15 47:14
  51:13,18 52:9,13
  53:6 57:11,14,21
  60:8 64:16 88:13
  94:5 101:21
  122:12
matters 46:17
  62:16 65:4 69:22
  84:9 101:22
may 46:19 48:3
  50:7 62:18 64:19
  66:21 80:4,5,6
  80:11 87:11,13
  88:2 90:4 95:6
  103:15 118:13
  127:4 129:1
  132:13 133:19,22
  138:21
maybe 46:9 123:12
  123:13
McCullom 67:5 69:6
Mdm2 114:14 115:6
mean 13:7 32:5
  45:19 54:24 59:3
  62:23 68:4 69:2
  89:22 105:24
  111:24 113:4
  114:5 123:5,24
  142:3
meaning 69:1 72:11
  72:12
means 12:7 29:18
  34:11 35:20

37:10 80:20,24
  90:2 99:19
  130:19 134:11
  138:5
meant 68:1 107:10
  110:21 117:6
measurement 80:15
mechanisms 21:1
  125:16
medical 4:21 5:5
  19:18,20,23 38:1
  39:1 46:5 56:17
  56:24 60:18 63:4
  63:16 74:7 97:3
  97:18 140:3
meet 5:20
meeting 38:7 40:19
  41:9 42:2,5
meetings 41:2
members 117:3
Memorial 8:14,17
mention 11:3 12:17
  28:18,23 32:21
  32:23 69:9,11
  83:5 111:15
  112:3 116:20
  117:19
mentioned 30:24
  31:5 33:20 52:21
  55:4 64:18,24
  82:5 83:7 100:18
  100:19 116:23
  117:6 141:4,6
  143:5
merely 13:4 34:22
  137:20
merit 37:19
met 46:14
metaphase 23:21
  24:4
method 22:20 42:11
  45:18
methodologic 76:19
methodological
  46:20 76:21 77:8
methodology 14:12
  83:15,16 87:18
  87:18 88:4,5
methods 14:11
microsatellite
  9:21 24:24 27:7
  27:8 35:2,11
  83:4 135:9
microsatellites
  26:18
microscopically
  52:5
microscopy 110:4

middle 85:12
might 22:22 23:1
  40:5 50:16 54:15
  64:1,20,20 80:12
  85:17 121:15
  141:22
mind 95:15 107:19
  107:22 110:17
  113:16
mine 25:21,23 47:9
  53:17
minority 39:7
  77:19
minute 72:22
  100:13 102:6
minutes 52:7,13
  53:6 61:4 69:20
  125:18
mischaracterizes
  64:4
mischaracterizing
  20:1
misleading 87:24
misquote 20:15
misquoting 20:12
misstates 37:13,24
Mm-hmm 50:5
mode 80:20
Mohan 27:6
molecular 4:24 5:3
  7:23 8:1 20:7
  45:4 75:10,14,18
  75:24 78:16
  105:4,21 107:3
moment 76:10 83:14
  139:24 141:16
moments 60:21
monographs 89:3,6
months 127:23
more 6:6 8:19
  16:12 23:18
  25:11 26:14,24
  26:24 32:14,15
  33:2 37:10 41:20
  42:17,18 43:2
  44:16,16 48:8,16
  48:21,24 59:18
  62:3 73:6 79:10
  94:16 105:12,14
  108:9 113:21,22
  114:23 124:13
  128:22 130:17,20
  130:21 135:3,3
  142:2,24 144:11
morning 46:14
  69:18 76:13
  81:19 92:1
mortality 105:3



**James DeCrescenzo Reporting**, LLC

ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

most 7:7 32:7
    33:20 37:22
    43:18 61:5 106:2
    115:20 116:2
    127:4
mostly 22:3 30:12
    31:6
mother 42:23 81:12
    81:13
move 19:24 90:24
    103:7 134:5,6
moved 6:5 90:21
moving 24:7
much 25:18 32:13
    49:18,22 50:16
    50:20 51:3,24
    52:10,16 53:3,22
    66:23 80:7
    135:10 142:24
    144:11
Mullen 1:21
multiple 20:22
    24:9 125:14
    128:19
multistep 33:14
multi-million-...
    27:16
multi-step 32:12
mutation 114:18
mutational 15:13
    20:8,23 24:9
    38:13 44:8,11
    125:14,23 126:7
    126:13,14 127:12
    127:24 128:13,23
    129:23 130:4,24
    132:18,21 134:19
mutations 15:11
    36:3,9,13 114:2
    115:9
myself 138:6
m-e-t-a-p-h-a-s-e
    23:21
M.D 1:11 4:5
    145:14

**N**

N 1:11 4:1,5
    145:14
name 4:8 46:15
    95:12,14 132:15
    145:18
narrow 93:8
national 5:17 6:12
    27:17
nationally 5:11,22
nature 32:7 62:2

119:14 121:24
    123:16 141:14
NCI 27:18
near 35:3
nearby 35:6
nearly 5:6
necessarily 35:12
    79:19 106:11,13
    106:15 113:7
    117:16 118:15
    130:18
necessary 62:10
necessitated 72:7
Neck 78:6
need 108:9
needed 16:4,6
Neil 4:9
neuro 69:1 91:12
neuroblastomas
    118:2
Neuroepithelial
    104:18
neuropathologist
    63:8 68:22,23
    71:8 73:11,23
    112:7
neuropathologists
    39:4 74:2,6
neuropathology
    6:15 7:22 73:19
    104:13 138:17
neuro-oncologist
    68:21,24
neuro-oncology
    4:24 5:13 6:1
    6:11,12 68:23
never 59:13 90:6
    103:10 130:3
new 63:11
next 23:14 34:5
    115:8
NIC 38:3
Nishizaki 23:15
nitrosamines 89:18
    91:9,16 103:6
nodding 67:12
nomenclature 8:21
none 19:15 78:21
    115:14 137:17
nonetheless 19:18
    111:14 129:2
    130:18
non-informative
    120:17
Non-Small-Cell
    78:15
normal 115:5
    144:10

notably 11:2 19:14
    37:22 42:21
note 10:7 28:15
    68:8 75:3 112:12
noted 9:14 10:1,9
    21:10 129:3
    139:11 141:5,18
nothing 43:11
    68:13,16 69:17
    93:19 96:11,12
    139:17
notices 28:16
notion 43:13
nowhere 17:13,23
number 5:18,21 7:6
    8:4 15:24 16:1,6
    16:7 22:12,14
    24:15 26:18 27:8
    36:6 39:18 40:11
    47:7 79:19,20,21
    80:8,21,22 81:3
    81:5 82:10,23,24
    83:10 87:1,2,15
    93:7 102:11
    104:24 111:6,7
    111:11 112:15
    118:1,7,10
    122:16,20 126:6
    126:8 129:7
    138:1 142:8
numbers 26:4 88:4
    116:21 124:10
    127:7
numeral 8:23
numerous 44:17
Nunn 78:6
N-i-s-h-i-z-a-k-i
    23:16

**O**

O 4:1
oath 68:3
object 17:18 18:10
    31:17 57:15
    60:15 61:2 63:13
    64:3 67:16 69:16
    77:10 79:22
    82:11,16 83:19
    84:24 85:5,6
    87:20 89:10,24
    93:23 99:23
    102:21 103:23
    104:1 117:15
    128:24 130:10,13
    131:10,18 132:9
    132:9 133:11,13
    133:15 134:4,11

136:21 137:2,3,3
    137:6 138:4
    139:10,14
objected 68:9
    139:5
objecting 62:4
    68:9
objection 13:20
    17:15 19:24
    20:11 23:6 31:13
    37:13 44:4,12
    70:7 84:22 85:18
    87:6 90:19 91:20
    96:10,22 98:24
    128:14 133:3
    134:22 143:22,24
objections 94:13
obligation 86:5
observe 31:11
observed 15:14
    117:20
obtained 83:1 87:1
Obviously 115:23
occur 19:20 32:16
    36:19 42:21
    44:17 64:21
occurred 16:24
occurring 111:18
    114:22 116:5
    126:23
occurs 21:9 116:14
ODGs 125:24 126:1
off 72:21,23
    121:15
offensive 41:6
offer 57:14
offered 46:1 65:3
    65:6
offering 58:17
    133:24
offhand 47:11,18
often 16:3
Oh 53:16 54:8
    56:10 70:21
    127:16 129:20
    136:15 137:21
okay 6:16 18:15
    22:17,19 25:19
    45:13 47:20 52:8
    52:16 57:18
    58:21 63:20
    66:18,23 67:13
    71:2 74:5 76:14
    76:23 81:6,20
    93:3 96:14 98:13
    98:17 100:12,22
    105:12 112:20





**JDR**
**James DeCrescenzo Reporting**, LLC
215.564.3905          Innovating Litigation          FAX 215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia PA 19103
www.JDReporting.com
Case 3:08-cv-00612-RET-SCR   Document 68-3   Filed 06/03/2009   Page 53 of 142

. 113:9,24 114:12
124:22 126:20
137:22 144:13
oligoastrocytoma
9:2
oligodendroglioma
8:22
oligodendrogli...
109:2,5,7 110:2
125:22 141:8
once 45:16 114:21
135:8,12
oncology 69:2
78:17
one 1:17 6:19 7:5
11:21,21 12:12
15:9 16:2 17:5
23:24 26:21,23
26:24 27:9 28:6
28:12,23 29:23
30:21 33:18 35:9
36:7 40:4 42:15
42:19 49:22
52:12 53:24
64:18 66:2 77:16
78:13 81:8,9
88:3,4 93:15
99:18 102:2,13
103:6 104:6,20
105:6,9 108:18
108:19 110:22
111:3 113:15
118:4,7 123:1
125:10 126:1,13
128:16,17,22
130:3 136:8
141:5 142:13
143:8
ones 30:10 32:13
49:20 55:19 87:3
91:10 106:2
107:7 135:2
one-quarter 115:11
one-third 113:21
113:22 115:5
ongoing 15:7 119:5
only 9:17 10:21
12:9 24:24 26:4
26:8,11 27:6
28:1 29:4 32:16
33:16 49:3 53:6
53:11 64:17
70:16 71:12
80:14 81:10 86:4
100:20 105:9
120:14 121:20
131:7,11 134:23
140:24

on-line 27:21 28:6
53:18 121:14
opinion 29:10
38:10,11,12,19
43:16 56:14,20
56:23 57:5,14
58:5,17 60:12,17
60:23 61:6,9,10
62:21,23 63:20
64:2 91:15 94:17
94:20,24 97:1,11
97:19,21 98:7,19
opinions 15:15
20:2 37:14 46:5
49:16 50:4,12
54:18 63:23 65:3
65:6 88:9,13
96:15,19 98:9
99:7
opposed 141:24
oranges 42:14
142:22
order 14:19 37:18
52:5 120:10
ordinarily 111:18
114:22 116:5
126:23
organ 42:15,16,20
43:1,6
Organization 5:12
organize 139:1
organs 42:19
other 7:11 10:7
12:22 14:6 29:13
30:11,18,21
37:23 38:16 39:9
50:8 51:10 53:8
55:6 57:20 58:4
58:9 65:3 67:4
67:24 68:10,13
69:24 71:15 72:3
72:12,18 81:9
87:12 88:7 89:17
90:12 93:17
96:17 98:8 99:11
99:14,17,22
100:1,4 102:3
103:1,2,6 106:18
107:8 108:18
112:9 113:9
114:18 118:13,17
124:4,10,13
127:9 128:21
129:2 130:9
132:19 135:1
139:6 143:8,19
others 27:2 74:1
80:5 112:16

otherwise 12:11
56:16,22 61:18
69:12
out 12:15 16:24
25:6,11 26:7,11
33:18 36:6 41:8
45:7 47:13 49:4
56:1 59:13 73:22
79:14,20 80:11
80:12 83:10 86:5
98:13 112:9
119:14 124:7
133:24 141:23
outcome 77:23
133:9
outside 84:6 86:7
over 5:1 6:22
10:20 27:24 28:7
36:24 39:20
40:12 44:17
49:21 75:22
84:15 107:9
141:11
overexpression
22:4
overlap 32:2
122:20
overlapping 31:2
overlaps 142:8
overly 77:10
overview 72:7
117:7
own 10:19 49:5
72:10,13 94:24
96:19

_____

P

P 4:1
packing 34:23
page 5:23 6:1
11:17,23 13:17
14:1 17:7 18:9
19:1 20:21 21:6
22:11 29:9 33:4
34:5 35:14 38:9
43:19 105:7
108:17,20 111:12
111:12 115:2,17
121:20 123:16
125:13 141:14
pages 49:8 111:12
paid 66:10,12,15
66:20,24
panel 6:2 9:20
36:23 37:18 83:3
83:9,10 87:1
124:19,20

paper 22:2 23:9
24:20 26:7 27:5
27:11 40:5,13
60:22 70:16,18
77:21 78:2
119:13,15 142:20
142:20 144:5,7
papers 19:14,15
24:15 77:16
142:19 143:19
paperwork 52:18
paragraph 21:10
112:12 113:13,17
114:1,3,10,14
115:8,17 116:12
parallels 10:22
paraphrase 13:19
paraphrasing 13:21
20:16
part 8:6 14:7
33:21 48:23
49:19 60:20 63:7
88:5,5 101:14,18
105:19 106:10
110:18 122:2,4
131:6 135:12
144:6
partial 25:14 32:7
45:22 87:10
94:15 143:7
particular 7:23
32:18 34:18
36:11 45:20
49:23 50:17
74:16 79:18
92:16 94:2
106:21 109:13
112:13 126:19
parts 34:13 113:7
119:9
pass 40:1
past 5:1 50:16
92:11
Pathfinder 21:8
pathologist-in...
4:22
pathology 4:21
51:21 91:24
100:16 104:7
110:19
pathway 114:10,16
114:17
pathways 111:22
112:13 117:4
126:19 140:17,20
140:22,24 141:1
141:3,3
patient 12:17





James DeCrescenzo Reporting, LLC

InnovatingLitigation

215.564.3905                        FAX 215.751.0581

Case 3:08-cv-00612-RET-SCR    Document 68-3    06/03/2009    Page 54 of 142

1880 JFK Blvd, 6th Floor, Philadelphia, PA 19103

www.JDReporting.com

ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09



30:17 45:8 76:6
81:10
patients 13:1 14:3
14:3,6,7,18,22
16:12,15,18 17:1
26:1 30:18 31:22
36:4 69:3 119:23
pattern 15:8 20:7
20:22 24:8 36:11
125:14,23
patterns 15:14
78:10
PCR 22:20 28:20
142:16
PCR-based 21:23
pediatric 109:1,11
110:1 125:21
peer 36:7 41:22
42:2 136:5,13,15
136:19 138:2,9
peers 39:20
peer-reviewed
39:12,15,18
40:22 41:12
57:22
pennsylvania 1:1
2:5,13,21
people 9:16 17:10
33:20 42:17 45:7
59:14 75:19
77:12 87:12
91:13
people's 72:13
per 47:14
percent 25:4,5
26:5,20,21 89:23
91:3 113:20
114:5,16 116:14
116:15 131:8,14
132:18,21 134:16
134:17
percentage 79:14
80:7 91:5 118:1
120:19 121:10,11
percentages 135:11
perform 37:23 92:5
performed 11:24
19:13,14 29:13
31:21
perhaps 8:5 52:15
52:18,20 53:7
102:9 133:7
period 142:15
peripheral 61:5,7
62:12 69:22
permitted 90:7
person 40:2
perspective 112:7

136:24
pertaining 116:7
Philadelphia 2:5
2:13,21 67:23
philosophy 129:14
phone 55:9
photocopy 123:15
138:15
phrase 9:4 82:20
105:24
physicians 76:5
Picking 14:1
picture 73:3
piece 60:22 70:16
70:18 119:7
pioneer 5:7
Pittsburgh 75:6,7
PI3-kinase 140:20
place 1:17 2:20
12:16 49:4
places 19:21
Plaintiff 1:6 2:8
play 113:8
Pleas 67:22
please 4:19 12:7
19:9 29:19 33:11
34:12 35:21
62:17 83:24 84:2
84:5,15 90:3,8
91:1 132:14
134:15 141:11
plus 40:11
plus-page 50:22
point 10:19 25:6
25:11 26:7,11
33:12 36:6 41:8
47:11 61:3 62:22
64:18 80:16
85:21 94:5
141:23
pointing 12:15
points 42:7 87:16
88:7
politely 68:7
polymorphic 9:21
83:4
population 33:6
106:21 110:16
Populations 78:5
78:14
position 6:6 30:16
96:2
positive 16:9
25:15 143:17,19
possibility 16:24
possible 14:19
43:6
poster 42:1,5

potential 72:3
potentially 87:24
power 16:2,10
practice 6:21
48:11 69:1
Pratt 70:11,19
71:3
preaching 134:2
preceded 10:11
65:24
precise 14:11
105:15
predict 7:10
Predicts 77:23
predisposition
99:20
preliminary 37:20
preparation 47:18
49:23 66:7
prepared 10:14
37:20 41:21 49:7
preparing 47:17,21
47:24 48:2,3
49:2 50:21 52:1
52:17 139:10
presence 109:13
134:1
present 10:3 12:9
28:24 32:24 37:3
37:24 126:10,22
143:7
presentation 42:4
presentations
41:10 72:1
presented 31:3
94:21
presenting 12:9
presumably 25:16
pretty 35:4
previous 17:19
previously 44:5
50:8 87:22
primarily 39:19
PRINTED 145:18
prior 57:5 60:18
62:22 65:19
probably 101:18
problem 18:19
61:24 62:9,11
129:21
problematic 23:18
problems 39:23,23
proceed 70:2 86:4
139:8
proceeding 57:23
60:1 61:1
proceedings 71:17
process 32:12 35:7

40:8 41:10,11,18
42:6 52:3 83:15
86:6,19 90:8
109:20 126:2
produce 76:20
produced 94:22
professional 46:6
95:24
Professor 4:20
profile 44:11
profiling 22:1,22
prognosis 112:5
program 14:8
progressing 32:19
project 28:5 119:5
130:1
projects 93:17
proliferation
113:18
proof 57:1
proper 8:18 17:4
128:4 129:8
proposal 36:21
37:19
propounded 145:6
prostate 9:5
protect 86:19
protein 7:18
114:14 115:6
proteins 34:17,19
protest 133:21
134:5
provide 11:10
27:20 51:6 55:24
105:1
provided 8:17
41:15 51:8 54:21
56:7 70:17
provides 39:19
110:8
public 27:21 28:2
publication 39:13
39:15 40:23
41:12 57:22
107:2 108:20
127:22 136:3
publications 36:8
39:18 72:1
publicly 118:19
published 40:6,16
57:1 131:14
Pure 110:18
purpose 50:3 71:9
74:8,9 75:14
94:7
purposes 49:15
50:11 74:14
93:16




JDR

James DeCrescenzo Reporting, LLC
Innovating Litigation
215.564.3905          FAX 215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com


Case 3:08-cv-00612-RET-SCR   Document 68-3   06/03/2009   Page 55 of 142

ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

put 40:15 41:6,9
  42:5 61:18 62:3
  118:11 129:6
  130:5 135:23
putative 11:12
  13:2 16:17 17:2
  33:23 99:3
puts 84:24
putting 52:5
P.C 2:2
p.m 144:15
p16 115:5
p53 112:16 114:16
  140:19

---

**Q**

qualifications
  4:18 8:4
qualifies 134:18
quality 39:19,22
quantitating
  143:17
quarrel 87:19,23
question 14:15
  15:1,4,12 17:9
  17:13 18:11,11
  18:14,18,19,22
  20:13 22:8 23:7
  29:20 37:14 44:1
  44:10,14 56:6,19
  56:19 61:3 62:4
  62:16,20 64:1,4
  67:17 69:16
  73:16 80:2 82:17
  83:20,22 84:24
  85:5,7 87:21
  89:10 90:1,20,22
  91:1 93:24 94:8
  95:1,6 97:4,15
  98:4,5 103:24
  116:7 128:2,4,6
  128:7 129:9,11
  129:12,13,13,15
  130:14 132:8
  134:11,14 135:19
  136:21,23 137:2
  137:5,8,11,20
  144:1
questioned 140:9
questioning 17:19
  17:20 52:22
  91:20
questions 8:4 17:8
  38:21 46:10,18
  49:1 86:22 90:4
  90:10 96:10
  121:8 131:22

132:1,10 138:19
  139:23 140:8
  144:14 145:6
quite 8:3 19:17
  52:12 87:11
quote 9:20,22 10:2
  10:4,5,6,18
  20:21 114:3
  125:12
quoted 125:12
quotes 81:21
quoting 20:10,17
  20:18 21:5,7
  135:1

---

**R**

R 2:11 4:1
raised 28:2 53:11
raises 38:15
ran 86:24
ranged 7:15
ranging 25:3
RARB 11:1
rare 109:1
Rarely 65:5
rate 47:6,8,20,23
  48:4 66:5
rather 28:24 32:11
  33:17 49:5 57:23
  79:20
rationale 48:16
rationales 48:14
raw 79:19 80:7
RB 140:19
RB1 115:9,14
reaching 49:15
  50:4,11
read 12:3 13:15,18
  13:22 17:14 19:5
  43:17,23 49:14
  50:2,8,10 52:13
  56:23 62:18,20
  79:1 107:23
  119:15 145:4
reading 6:8 43:20
  52:10 78:21
  111:14 112:7
  114:8
reads 29:11 33:4
  35:14
really 19:19 35:9
  56:1 61:14 74:12
  86:2 118:19
  127:23
reason 16:1 18:9
  19:1 23:3 25:10
  28:18 29:9,10

33:3 34:5,5
  35:14 50:9,13
  81:7,7 84:22
  126:17
reasonable 40:16
  46:5 74:15 91:6
reasons 11:13,18
  15:24 39:19 87:7
  87:21 93:15
  126:17 133:23
recall 47:11,18
  52:14 55:5,13
  58:15 59:16
  64:22 65:1 66:2
  81:19,20,22 83:6
  95:12 101:13
  107:10 126:3,24
  134:14 136:10
receive 55:3
received 5:21 58:1
  59:12 60:22
receiving 52:4
  54:23 55:6 57:10
recent 32:17 43:18
recently 6:5 13:14
recess 108:14
  125:5 139:20
recipient 43:7
recognized 39:6
recommendation
  38:2
record 61:18 62:3
  68:8 72:21,23
  78:20 79:4 83:21
  102:12 110:21
  139:10,12
records 51:3
redirect 139:1,11
RedPath 45:1,10,21
  75:4,7,13,17,21
  76:4
reduction 25:14
refer 82:23 113:16
  115:9
reference 21:19
  22:9,10,11,13,14
  23:14,19 79:12
  114:22 118:18
  138:19 140:11
referenced 88:16
  113:1
references 22:11
  49:12 51:11
referencing 72:15
  112:18 124:8
referred 6:17
  53:19 81:17
  82:17 85:7

104:10,12
referring 61:11
  106:10 108:19
  123:20
refers 10:13 79:11
  114:15 116:17
reflect 34:8
reflected 52:23
  118:12
regard 24:20 51:17
  52:9 54:19 63:12
  63:17 71:20
  81:17 88:17 91:9
  93:12 101:3,6
  117:12 121:24
  124:16 127:8
  128:12
regarding 44:23
  51:22 63:4 71:17
  72:11 76:18 88:8
  101:21,23
Regardless 139:12
region 28:6 32:3,8
  32:18
regional 87:11
regions 9:10,12
  11:3 32:17 34:9
  76:17 115:18
  143:14,15
regularly 5:20
regulates 114:11
regulatory 31:1
  117:3
reiterate 21:16
reject 43:8
rejected 37:6
related 11:16
  32:14,18 33:1,2
  35:12 42:17,18
  60:4,4 67:7
  96:20 97:12,22
  98:8,20,22 99:8
  107:7 126:18
  140:16
relating 31:1
  95:10
relation 127:9
relative 25:9
  143:15 144:10
relatively 34:8
  41:7
relevance 141:3,7
relevant 70:4 80:4
  80:5,6,15 88:3
  120:17
reliable 42:12
relies 19:10
rely 18:3



ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

remaining 115:10
remains 134:4
remember 104:11
 125:20
removed 8:17
renal 36:4,13
renew 96:9
repeat 91:1 98:5
 128:7 134:15
repetitious 97:24
report 3:10 4:2,11
 4:14,15,17 5:24
 8:10,13,15 9:4,9
 9:15,18,20 10:13
 10:16,18 11:7,17
 11:23 12:16
 17:16,21 18:9
 19:2 20:4,10,12
 21:7,8,10 22:15
 24:8,14,15 25:21
 28:10 31:8,18
 36:13 45:7 47:24
 48:2 49:2,7,8,12
 49:24 50:22 51:8
 51:12,20 52:2,6
 52:8,11,12,24
 53:5 55:5,17
 58:2,8 63:3 66:7
 69:17 75:19
 82:14,20,22 83:2
 83:3 88:16,20
 91:22 95:4 96:11
 100:19,19,21
 101:1 104:2
 110:21 111:1
 118:3 121:24
 122:12 123:16
 125:13 128:9,10
 129:16 135:13,15
 135:20,23 143:5
reported 11:7 18:5
 19:5,22 27:2,5
 29:9 30:7 31:9
 87:14 99:14
 100:5,10 101:2
 114:4 119:10,12
 121:12 128:11
Reporter 1:21
reporting 29:22
 36:3 106:9
 109:10
reports 24:19
 25:20 26:16 52:4
 75:21 76:4
represent 39:6
 46:15 123:15
 127:4
representation

124:8
representative
 6:14
represented 83:12
representing 59:21
represents 118:8
reproduce 15:8
request 45:8 76:5
required 53:17
research 4:23 5:1
 6:13,21 27:22
 63:3,11 64:1
 71:20 72:1 73:21
 73:21 74:3 77:9
 88:21 89:1,8
 93:17,21 101:9
 102:13 119:7
researcher 63:9
 68:24
reservation 16:13
 87:9 134:23
reserve 8:6
resolution 124:15
 124:23 141:24
 142:1
respect 17:9 28:10
 68:10,11,15 86:5
 86:6 90:8,8,9
 143:2
respectfully 13:24
 61:13 68:7 74:18
response 18:21
responsibility
 61:22
responsive 129:19
 129:21
rest 141:15
result 22:23 25:15
 114:18
results 14:12 15:4
 31:20 33:21
 36:14 45:7 56:6
 76:5 123:21
 135:8
resume 108:21
retained 59:20,21
revealed 31:14,16
 31:19
review 5:20 8:9,12
 9:3 37:18 40:8
 41:10,10,18 42:2
 42:6 49:15 50:10
 51:16 53:17
 54:10,17 56:3
 63:18 71:18 72:6
 72:11 82:19
 88:15,16 91:17
 92:3 94:5 97:2

97:20 100:22
 101:22 109:10
 122:16 136:6,14
 140:14
reviewed 8:15
 15:18 36:8 38:1
 41:3,4,23 49:21
 51:10,21 52:23
 53:8 88:8 89:3,5
 95:9 103:13
 117:22 122:8
reviewer 40:6
 136:16,19 138:3
 138:9
reviewers 36:22,23
 36:24 37:2 39:24
 40:10,11
reviewing 36:17
 37:7 50:21 52:18
 53:3 59:19 63:2
 71:6 72:12,24
 76:8 116:22
reviews 39:17 41:7
right 4:16 12:4
 17:14,22 19:5
 48:1 56:11 61:19
 62:5 63:12 65:13
 66:4 74:5 86:12
 100:3 102:4
 105:22 109:2
 110:5 111:3
 115:24 116:10,18
 119:5 133:10
 138:14
RNA 7:18 22:4
 27:19 28:9 34:16
rohm 1:8 53:2
 58:13 59:21 60:5
 65:7,12 66:1,11
 66:24 67:7 71:16
 72:19 96:2,20
 97:13 98:8
 101:10,23 103:18
role 11:7,11 69:23
 73:22 74:16
 113:8 137:1,13
Roman 8:23
room 84:10 85:14
Ropes 1:15
rough 54:7,11
roughly 54:4
RPR 1:21
Ruano 20:5 21:12
 21:14,19 22:2,10
 22:12 23:5,9
rule 16:24
run 129:4
R-u-a-n-o 20:5

| S |
| --- |

S 4:1
same 12:2,19,19
 13:2 14:11,11
 19:13 29:15
 41:18 44:4,12
 66:5 87:6,6 96:9
 96:22 101:9
 102:5 110:2
 128:14 133:3
 134:22 139:16
 143:11
sample 25:9 144:10
samples 12:17 76:6
sampling 134:24
 135:2
San 40:19
Sang-Wook 78:10
saw 71:2 123:5
saying 22:9,13
 85:12 88:1
 113:13 117:23
 129:10 133:7
says 6:1,8 10:16
 11:23 13:9 19:2
 23:10 34:6 70:19
 83:3 113:21
 125:13
scattered 30:11
 31:23 36:10
scattering 32:6
Schnader 2:10 55:9
 57:11 58:4,12
 59:6 60:8 65:16
 65:19 66:1,11
 69:9 101:21
 103:18 135:16
School 4:21
science 37:1
scientific 6:2,7
 17:5 28:3 38:18
 41:2 44:20,22
 48:14,16 54:1
 57:22 63:4 74:7
 74:21,24 80:1,3
 89:16 91:6,17
scientifically
 42:12
scientist 12:9
scientists 36:20
 40:3
scope 17:16,20
score 37:1,5 143:4
scored 26:7 143:5
 143:11 144:7
scores 25:13,14
 87:10 88:3





**James DeCrescenzo Reporting**, LLC

215.564.3905    InnovatingLitigation    FAX 215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

Case 3:08-cv-00612-RET-SCR    Document 22-13    06/03/2009    Page 57 of 142

ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

scoring 42:9 43:13
  81:18,21 82:2
second 16:13 18:8
  19:1 21:9 113:13
  113:17,24 114:13
  115:3,17
Secondly 22:2
section 3:12 21:10
  38:3 49:12 51:11
  104:15,21,24
  105:19 106:7,19
  107:10,13 110:20
  112:12 113:9
  116:8,12 117:1
  117:17,18 121:17
  122:4 138:10
  140:11,13,24
  141:6
sections 5:19
see 14:10 17:5
  21:2 23:9,10
  53:16 58:21 59:9
  70:21,22 71:18
  71:24 77:5 82:19
  83:5 86:15,18
  100:18 107:12
  109:12,17 110:22
  111:15 113:24
  114:23 116:3
  122:6 123:9,10
  123:11,11,24
  124:1,4,19
  125:23 127:10,23
  128:11 129:10
  130:7 141:17
  142:5
seeing 122:17
  123:4
seeking 37:8
seem 90:11
seemed 55:23
seems 71:7
seen 15:11 17:3
  31:20 40:17
  122:9 127:12
  129:24
sees 15:9 110:22
  111:3 126:13
  128:12 130:3
  137:13
Segal 2:10
selected 14:16,17
  14:19
self-appointed
  136:15,19 138:2
  138:5
senior 6:6,7
sense 8:5 43:2

48:21 49:3 81:24
  121:7
sensitive 142:14
  142:16,24
sensitivities 23:2
sent 36:22
sentence 20:22
  21:9 112:19
  114:2,10,15
  115:3,8
sentences 115:1
separate 98:13
separately 74:22
  98:14
September 119:14
series 12:10 14:3
  114:3
serve 6:2 138:10
served 5:10 104:6
set 29:12 36:22
  120:18 121:13
setting 39:13 43:1
  43:15
sex 14:5,20
share 135:15,19
  136:1
short 9:11 24:24
  26:2,19 28:14
  31:23 46:9 52:12
  53:5 135:9
shorter 44:17
shortly 97:6,9
show 7:6,7,10
  16:16 29:1 31:22
  99:4 105:11
  141:13,23
showed 114:16
  120:20,23
showing 122:1,4,19
  122:21 123:14,17
  123:18 127:15
  128:10 132:21
shown 11:14 34:24
  35:23 42:1 78:22
  80:15 106:3
  111:21 112:4
  113:8 122:22
  124:18 135:1
  142:23
shows 37:21 122:15
  123:18 142:7,9
  142:23
side 76:9 83:14
  108:9 130:5
sides 139:7,16
significance 30:7
  32:10 82:7 106:4

111:23 112:1
  117:14 126:19
  140:18 141:4
significant 80:11
  80:13 103:21
  117:11 118:5
  124:9 126:6,14
  127:19 128:12
Silva 1:21
similar 21:17 25:1
  29:23 30:6,9,10
  30:20 31:21,22
  32:4,5 33:12
  39:16 42:9 99:11
  99:14 100:4
  122:11
similarly 29:14
  71:24
simply 9:20 13:19
  32:21 34:7 35:5
  83:3 126:24
single 32:3 36:9
  70:16,18 112:9
sir 29:16 35:18
  36:19 77:2 78:18
  89:23 97:4 131:4
  131:23 134:14
  136:16,20 137:23
sit 78:22 108:2
site 133:1
situation 34:21
  39:16 59:4,16
  74:17 81:12
six 6:13 11:17
  14:18 15:7 16:12
  17:10 24:24
  26:22
sixth 35:14
skip 43:24,24
slides 8:15 51:21
  52:4,5 91:24
  100:14,15,16
small 23:23 26:4
  27:8 41:15
snowballs 90:12
societies 41:3,6,9
society 5:13,13
  6:3,6,9,11,12
some 5:14 9:23
  19:14 24:6 27:9
  32:17,22 38:21
  41:3,6 46:18,21
  49:20 50:7,8
  51:10 52:19,22
  53:17 54:9 56:13
  60:20 66:16,18
  67:4 69:24 76:7
  76:18 80:4,16

88:7 94:15 95:9
  97:7,7 99:22
  100:1 107:8
  110:9 112:6,9,16
  114:18 117:4,13
  117:24 118:1
  120:21,23 124:13
  126:23 129:1,24
  135:1 138:18
  139:23 140:2,8
  142:16,18 143:23
somebody 88:21
  90:14
someone 129:6
something 53:13
  55:20,23 61:15
  62:1 70:21 86:9
  99:20 101:16
  118:21 123:17,18
  136:9 137:18
  143:17
sometimes 6:18
  32:20 35:3,3,3
  77:3
somewhat 45:2
  48:20 122:10
  142:21
somewhere 54:2,6
  120:10
sorry 38:11 56:10
  61:21 73:15
  86:18 98:2
sorts 90:12
sound 54:4 61:13
source 91:15 111:7
South 2:20
so-called 32:1
  102:18
spaced 29:15
speak 20:4 59:13
  85:18 139:5
speaking 34:2
  84:16 110:13
  111:14 120:14
specialists 74:7
specific 11:14
  12:13 14:7,20
  29:21 30:2 31:1
  32:8 34:7,24
  35:16,24 36:9
  49:4 57:1 73:6
  78:2,7,12,19
  85:8 87:22 88:20
  93:9,17 105:1
  111:22 113:10
  119:22
specifically 23:10
  30:16 34:2 38:17





**James DeCrescenzo Reporting**, LLC
Innovating Litigation
215.564.3905          130 RK Blvd., 6th Floor, Philadelphia, PA 19103          FAX 215.751.0581
www.JDReporting.com

ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

41:20 51:12
63:16,19 72:15
75:3 97:10
104:16,20 118:23
144:8
specificities 23:2
specifics 127:14
speech 86:10 128:5
speechify 61:15
speechifying 18:21
spend 48:12 50:17
53:3 76:7
spent 48:2,3 49:18
50:21 51:4 52:1
52:10,17,19
53:22 54:12,12
66:21
spoken 64:15
sporadic 15:9 20:8
20:24 24:10,22
27:3 38:14,16
44:2,6 99:15,18
100:6,11 106:11
106:15 107:4
111:3,18 114:21
116:5 119:24
125:15 127:12
spot 129:7
spreads 23:22
Springhouse 95:14
95:18 96:3,7
101:10 102:5,9
102:10,14,20
103:2,20
Sputum 79:7
Squamous 78:5
Srivastava 24:21
25:7,15 26:6
131:17 132:19
134:18 142:20
143:2,10,20
144:4,7
SSN 1:6
stab 51:1
stages 33:1
stand 17:22 124:7
standard 23:20
24:3 104:13
standards 27:15
start 46:21 74:20
84:15 113:15
started 27:16
46:15 63:21
starts 114:14
state 9:17,18
10:10 61:19
69:13 81:15 83:2
90:13,16 118:8

stated 10:18 35:22
44:5 60:17 61:8
87:22 95:4
106:17 126:18
133:23
statement 19:19
21:15 24:8,11,12
24:13 44:23 73:3
125:11 126:16
states 9:20
statistically
103:21
statisticians 16:3
stay 76:10 133:18
133:20
step 39:20 84:6
stepping 86:7
steps 20:19
still 6:4,10 31:15
61:5 69:21
stop 68:11 83:24
84:2
storage 34:23
112:21
story 118:12
Street 2:4,12,20
strike 20:1 58:10
69:4 104:5 134:5
134:6
stringent 25:12
144:11
strongly 62:15
studied 12:19
24:22 26:4 27:6
29:13 33:6 79:15
99:11 131:5
studies 10:19 15:6
16:2,11 36:3,6
36:12 91:9
106:16 111:7
study 5:19 12:1
15:5,13 26:1
27:16,23 38:3
70:19 71:3,8
72:14 73:2,12,18
74:24 77:9,13,15
103:19 124:11
127:9,18,22
131:14,17 132:17
132:19 134:17
studying 21:20
74:9 80:22 100:2
subdivided 7:8
subject 42:2 56:18
72:3 76:16 88:23
89:21 91:18
108:15 123:17
subjects 10:22

12:10,11,13 16:4
72:9 139:4
submit 136:3,5
submitted 36:20
39:21,21 40:18
41:2,22 96:12
submitting 40:2
136:14
subscribes 39:10
subsection 105:20
subsequently 34:16
62:24 64:9
101:17 102:3
subset 36:22
substance 103:24
substances 89:4
substantial 28:17
substantive 61:16
62:2 70:5 86:10
substantively
89:11
succeed 43:4
sufficiently 85:8
suggest 94:22
97:21 109:19
suggested 42:8
58:8 64:19 127:3
132:5
suggesting 54:11
63:24
suggestions 39:24
suggests 42:11
77:4 90:14
Suite 2:12
sultone 103:8,14
103:21
summarize 132:8
summarizing 111:8
132:11
summary 107:6
116:21 134:12
Summer 70:20
suplee 2:11 3:3,5
4:7,10 7:1,21
8:8 13:22 18:12
18:15,23 20:14
20:18 22:13,16
22:19 43:22 44:4
44:12 46:8,20
47:17 52:19
53:11 57:15 61:2
61:7,8,22,24
62:9 63:13 64:3
67:16,21 68:2,12
69:15,19,20 70:6
72:21 75:23 76:2
77:10 78:20 79:3
79:22,24 80:23

81:1,16 82:11,16
83:19 84:1,3,6,9
84:14,20 85:15
85:19 86:15,20
87:6,20 89:10,24
90:6,11,18 91:19
93:23 96:9,21
97:14,24 98:24
99:23 103:23
107:12,17,24
108:6 110:11
114:8,12 117:15
121:4 123:18
125:2,7,12 128:1
128:4,14 129:8
129:12,18,20
130:10,13 131:10
131:18,24 132:3
132:6,12,14
133:3,11,14,18
133:20 134:9,22
136:17,21 137:2
137:6,8,12,21
138:4,21,24
139:15,22 141:10
144:13
Suplee's 52:22
supplement 119:17
121:20 122:5
supplemental
121:23
supplementary 3:12
121:16
support 11:11
15:15 20:6 37:12
38:18
supported 64:8,8
supporting 11:18
140:6
supports 17:24
20:24 21:15
23:17 125:16
127:11
suppose 30:4
supposed 127:15
supposedly 17:24
Suppresser 77:22
sure 16:18 18:18
41:4 50:9 58:19
104:11 107:15
112:3 122:22
sustained 90:20
Swartz 2:18
sworn 4:5
Sydney 8:10
system 42:10 43:8
43:13 81:18,22
82:2 105:16



**James DeCrescenzo Reporting**, LLC

InnovatingLitigation

215.564.3905    1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103    FAX  215.751.0581
www.JDReporting.com

ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

110:5
S-r-i-v-a-s-t-...
  24:21

**T**
table 108:9 139:11
take 4:14 11:21
  15:21 20:3 24:18
  44:7 46:9 56:3
  58:23 76:20
  107:20 108:8
  121:5 125:1
  138:21 139:7
taken 108:14
  138:16 139:20
takes 21:19 45:5
taking 57:5 62:10
  107:22
talk 139:1
talking 13:3 31:16
  33:22,24 48:13
  75:23 110:11
talks 77:19
target 32:8 90:15
TCE 36:12
TCGA 27:12,15,16
  27:18,23 28:1,4
  28:15 29:3 53:12
  118:19
Technically 81:3
technique 12:2,20
  13:5 21:22 23:19
  23:22,24 24:3
  28:19 29:15
  120:15,16 122:11
techniques 19:15
  25:1 75:12
telephone 2:19
tell 6:22 8:12
  9:14 10:16 12:12
  21:14 23:16
  24:19 25:20
  26:16 27:14
  31:14 42:12
  45:16 55:11 58:4
  64:23 99:6 120:1
  121:9 144:2
tells 98:21 99:10
temporally 10:11
ten 6:22 26:5
  125:1
tend 44:17
tender 7:21
tends 44:8
term 6:15 77:4
  81:18,20,22
  92:22 99:15,16

99:18
termed 140:15
terminology 87:12
terms 21:11,22
  32:6 35:8,10
  42:8 45:9 72:10
  72:13 88:15
  103:21 104:23
  105:2 109:12
  114:24 116:3
  135:5 140:10
terribly 129:21
testified 134:12
testify 48:9,17
  53:10 61:15 67:7
  68:4 85:16 132:2
  133:22
testifying 46:22
  47:14 48:19 68:2
  84:2 131:22
  134:2
testimony 15:18
  20:2 22:9 44:21
  47:22 48:5 52:11
  53:1,4,6 66:8
  69:18 76:12 85:2
  85:4 92:1 96:13
  104:3 125:7
  131:19 132:8
  134:7 136:16
  145:5
testing 64:2
tests 45:8,23 76:6
text 104:21,24
  105:7 106:10
  108:18 110:18,21
textbook 3:14
  104:7,13 107:1
  108:16 111:9,15
  115:2 116:23
  117:18 118:3
  125:4 126:11,11
  127:1,4 138:16
  140:9
textbooks 5:14
TG 21:8
their 25:17 26:20
  32:20 33:21
  42:23,23 45:8
  59:15 66:13 67:6
  71:10,12,13 76:4
  76:6 89:3,5
  100:7 105:2
  144:7
themselves 13:4
  34:15,22 35:5
  74:2 76:16
therapy 7:12

thin 30:13 32:1
thing 40:7 53:11
  108:18 118:17
  122:4,22 139:16
things 5:24 17:22
  34:14 41:17
  48:15 54:10 80:5
  87:10 97:7
  137:17,18
think 13:23 18:20
  18:21 20:18 35:6
  35:7 42:19 45:14
  48:3 55:20 56:5
  58:16,22 59:1,4
  74:18 86:13,17
  86:20 87:8,23
  89:11 96:14 98:3
  101:18 104:10
  110:15 111:5
  126:8 129:21
  139:13,13 142:21
third 29:9,10
  114:2,9
though 24:2 25:6
  27:8 126:20
  133:10
thought 47:12 50:2
  50:6 102:8
  110:17 132:5
thousands 6:24
  77:17,18,18
  120:6,7 126:9
three 26:3 33:4,14
  33:18,24 36:23
  40:11 61:9 80:12
  82:6,8 97:15
  102:17 117:3
  129:6 140:23,24
  141:2
threshold 143:16
  143:18
through 20:3 41:7
  41:10 48:23 91:8
  104:24 111:11
  126:24
throughout 32:24
  33:6 129:3
throw 90:12
Thyroid 77:24
time 8:19 36:16,17
  44:7 47:1,13,17
  47:19 48:2,3,12
  49:4,5,18,22
  50:16,20 51:4,24
  52:1,10,16,19
  53:3,22 54:3,12
  59:7,15 62:10,12
  63:15 65:2 66:5

66:21 68:8 71:2
  76:7 84:21 85:22
  86:7 95:18 98:3
  105:10 107:22
  113:20 130:23
  131:5,8 132:19
  142:15
times 6:17 51:1
  61:9 97:15
  111:11 139:12
timing 118:18
tip 118:11
tissue 7:16,17
  15:2,3 16:21,22
  45:5,5 82:3 92:6
  92:17,20 93:11
  94:6,12 100:24
  120:4
tissues 7:16
titles 78:21
today 46:23 47:2
  48:6,12 53:10,15
  63:23 87:5 88:1
  88:9 90:8 93:20
  99:7 141:15
together 34:23
  37:2 52:20
  118:11 135:23
told 47:12 48:10
  48:18 69:8
  101:11,12 102:2
  102:3 137:12,13
  139:4
tone 137:3,4
top 20:21 21:5
  81:4 141:10
TOP2B 11:1
total 52:1 54:11
  79:20
towards 6:1
toxic 38:17
toxicological
  40:19
TP53 114:2,18
transcript 58:3
  145:4
transplant 43:3
transplantation
  42:15 43:1,5,14
transplants 42:10
Travelers 2:24
treat 69:3
treatment 71:10,13
  136:22
trial 48:20 66:8
trichloroethylene
  36:5
trouble 122:17



**James DeCrescenzo Reporting, LLC**

215.564.3905                    InnovatingLitigation                    FAX 215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia PA 19103
www.JDReporting.com
Case 3:08-cv-00612-RET-SCR    Document 68-3    06/03/2009    Page 60 of 142

ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

true 26:22 49:12
  54:15 65:4,7
  71:4 73:3 74:10
  104:8 117:23
  139:19 145:7
try 38:11 73:5
  95:7
trying 16:16 56:1
  61:10 73:24
  74:12 80:18
  86:19 129:17
Tuesday 1:13
tumor 5:13 6:3,6
  8:16,19 9:1
  10:24 11:5 12:21
  25:9 27:22 29:7
  29:14 32:13,14
  32:16,17,19,24
  33:8,16,19,22
  34:19 38:13
  51:22 56:8,12,22
  63:8 67:4,14,22
  70:12 71:21
  73:21 77:22 92:2
  93:14 94:16,23
  99:10 100:16
  101:3,5,6 103:15
  105:6,15 109:20
  130:20 143:8,14
  144:9
tumors 5:2,3,4,6,8
  5:18 6:17,20 7:4
  7:6 11:16 12:22
  21:21 29:6 34:18
  36:14 44:2,3
  57:7 60:13,24
  63:6,10,17,21
  67:7,20 72:4
  73:2,8,12,14,18
  74:8,9 75:1
  77:24 88:18,22
  99:3,11,16,17
  100:7,10 102:18
  103:1,19 104:16
  104:17,18 105:1
  106:5,6,16
  109:23 115:12
  120:1 134:24
turn 90:10 110:17
  115:2
twin 42:18
two 10:1 11:1,13
  15:16 26:2 27:6
  27:17 28:21,21
  36:23 40:4,10
  42:7 52:15,18,20
  53:7,24 80:11,12
  93:15 101:22,23

102:6 109:13
  111:12 118:10
  122:5 142:5
type 14:21 17:1,4
  27:22 29:5 36:21
  37:21 41:18
  48:19 74:3 79:12
  84:22 92:10,12
  92:15 93:12
  95:17,21 105:15
  109:8,11 110:2
  128:17 130:11
  133:5 136:5
types 7:11,13,17
  12:22 16:11
  21:17 29:24
  30:14 31:6 72:6
  75:13 96:5 105:1
  105:6
typical 20:8,23
  24:10 125:15
typically 16:2,11
  36:23 41:15 42:3
  42:18

——————— U ———————

un 131:24
unassisted 135:13
under 41:15 68:3
  93:16,18 133:21
  134:4
underlying 43:12
  107:8
undermine 30:24
  31:4
understand 5:9
  12:8 22:18 23:11
  34:13 35:9 45:3
  50:7,19 57:9,10
  57:13,23 58:3
  59:20,24 73:15
  73:24 76:12
  79:10 80:17,19
  82:9 83:16 87:15
  93:19 106:12
  112:8 125:10
  129:22 130:1
  133:6 136:24
understanding 14:5
  35:8 50:10 55:15
  67:15 68:22 71:9
  71:12 75:11 82:1
  82:4 98:10 110:9
understood 56:2,5
  58:18,19
unfairly 132:8
uniformly 33:6

University 75:5,7
  78:17
unless 18:19
  123:23
unlike 131:23
unselected 114:3
until 76:9
Update 70:20
updating 5:24
upper 129:6
use 5:8 19:14,15
  19:18 43:13
  61:12 73:10
  74:12,13,22
  75:13,18 77:7
  85:22 87:12
  99:17,18
used 7:10,13 14:12
  23:12 25:16 26:9
  26:11,12,13,18
  26:18 42:10 73:1
  73:6 75:20 77:3
  77:8,12,14,20
  81:19 82:21 83:3
  87:19 120:3,15
  131:11,13 142:18
  142:18 144:12
useful 55:24
uses 16:19 21:21
  21:23 23:19 24:1
  26:23 75:21
  122:12 135:8
using 4:17 7:15
  14:9,10,13 21:16
  21:24 22:20 24:3
  25:1,11,17 28:19
  73:17 92:22 93:8
  105:15 123:1
  127:21 129:23
  137:17 142:13
  143:16
usual 25:7
usually 9:16 59:5

——————— V ———————

v 1:7
valid 18:7 55:19
  91:10
validation 16:23
Valuable 79:6
value 81:4,4 86:15
variables 16:8,9
variant 7:8
variations 42:20
  42:22
varies 114:4
variety 16:7

vast 77:18 120:23
version 127:22
versus 22:20 44:2
  50:14 65:7 67:3
  67:3 81:12,13
  82:6,8 109:14
  120:17 122:23
  142:8
very 6:5 14:10,20
  25:6 26:8,11
  30:15 32:17 36:5
  36:10 41:4 46:11
  50:23 54:1 62:15
  68:15 69:21 73:2
  87:24 97:10
  117:11 131:11
  137:21
VHL 36:4,9,12
view 11:6,18 19:7
  20:7 23:17 24:13
  29:11,16 33:9
  34:9 35:17 38:22
  39:7 41:20 62:15
  127:11
viewed 136:13
views 38:24 39:10
  39:13 46:3
vinyl 89:8 103:5
vitae 3:11 4:4
volume 104:15
  107:18
von 25:19 131:6
  132:17 134:17
  142:19 143:2,10
  143:21 144:4,5

——————— W ———————

wait 22:7 128:1,4
  129:8
Walnut 2:4
want 12:24 84:18
  85:17,20 90:4
  98:13 103:6
  105:11 107:12,14
  107:20 108:4,15
  121:14,22 122:3
  125:1 132:2
  134:10 136:24
  137:23 138:24
wanted 55:11 79:3
wasn't 22:17 56:19
  102:10
wasting 62:11
way 12:13 13:15
  18:1 20:14 25:7
  30:21 31:7 44:2
  56:9,13 61:20,23





James DeCrescenzo Reporting, LLC

215.564.3905                    InnovatingLitigation                    FAX 215.751.0581
1880 JFK Blvd, 6th Floor Philadelphia, PA 19103
www.JDReporting.com
Case 3:08-cv-00612-RET-SCR    Document 68-3    06/03/2009    Page 61 of 142

68:14 74:1 77:3
82:12 83:8 86:18
87:9,11 91:11,11
94:11 95:7
105:13 125:18
127:10 140:3
142:15,16 143:10
ways 34:22 41:3
42:19 110:9
week 70:17 100:20
weigh 30:1
weighted 91:10
well 4:17 8:3,15
8:19 12:11 13:22
15:6 17:19 20:14
20:18 27:24 28:7
30:4 31:5 35:22
43:24 46:11,16
48:12 50:1,15
54:1,8 55:7,15
58:10 63:2 64:23
66:4,18 68:15
70:4,8 74:18
77:3,14 78:24
81:21 82:1 84:17
85:15,23 93:23
94:4 97:20 100:9
101:14 107:19
110:13 111:24
112:16 115:9
117:17 118:22
119:11 121:7
122:24 124:1
127:3,16 136:8
138:8 139:15
141:20 144:2
went 10:10 49:1,2
49:23 58:18
118:9
were 7:9 8:9 9:19
10:2 14:15,17,18
15:7 21:18 22:5
26:2 30:6,9,11
30:12,14 33:12
33:15 36:7 37:7
37:8 38:11,12,14
39:16 45:22
49:20 52:22
54:21 55:7,16,19
57:6,13 58:11,13
58:16,24 59:5,10
59:20 60:1,23
69:10 75:3 79:17
83:5 87:3 90:5
101:12 117:2,3
119:3,19,20
120:3,19,21
121:11 125:21

126:7 131:20
133:8 139:3,4
140:4,9,17,23
we'll 46:9 62:13
100:12 108:8
138:22
we're 18:8 48:12
61:4 69:20,21
we've 28:5 87:4
93:4 99:15
107:18 138:18
whatsoever 116:21
while 21:22 33:20
Whitney 70:12,19
71:3
whoa 87:20,20,20
whole 17:19 91:20
96:10 116:8
122:3 134:6
widely 74:23
widespread 44:16
wild 41:6
witness 18:20
46:23 61:4,8,16
61:17 62:6,8
67:12 68:4,5
69:6,15 82:17
84:19,20 85:1
86:11,14 107:22
108:1 132:4
133:17,22 134:1
134:4,12 139:1
139:11 145:1
witness's 17:21
136:24 137:9
word 13:18 75:19
79:11 81:6
words 30:11 41:16
57:20 58:4,9
106:18 129:22
137:17
work 5:1,16,21
7:14,15 15:23
17:10 36:21
45:10 47:24 49:1
49:19,21 54:18
58:2 59:15 63:22
64:1,6,15 65:23
65:24 66:5,10,12
66:16,18 67:1
71:6,15,19,24
72:10,12,13,13
72:18 73:17
90:13 93:20,21
95:17,21 96:17
96:20 97:13,22
98:15,20,22 99:8
119:4,5,11,20

132:20
worked 53:2 59:6
64:13 58:18
91:12 95:11,19
96:7 101:9 102:5
102:9,12,19
WORKERS 1:2
working 13:6 28:4
58:24 65:15 98:8
workplace 60:3,4
70:12 71:20
world 5:12 138:1
worse 69:22
wouldn't 117:5
118:15
wrapping 125:19
write 135:17
write-up 71:3
writing 71:20
135:12
wrong 68:6 84:13
89:11
wrote 75:20 81:21

———————
Y
———————
yeah 13:23 59:17
70:8 79:24
107:14
year 27:17 118:8,8
years 5:1 6:13,22
38:4 96:6 138:1
yesterday 52:19
yielded 83:10
120:13
younger 112:5

———————
Z
———————
zone 49:5

———————
$
———————
$1,000 47:4,13,16
47:19 66:7
136:20
$250 48:8,16
$750 47:19,23 48:1
66:6

———————
0
———————
0 25:5 132:21
134:17
08 122:1

———————
1
———————
1 5:23
1p 10:9,12 109:1,4
109:21
1,000 120:10

1,3-propane 103:8
103:14,20
10 115:20,23 116:9
116:10 131:7,14
132:18 134:16
10p 115:18
10q 10:9,12
10q23 115:18
10q25-26 115:19
100 28:7
1001 3:10 4:11
1002 3:11 4:11
1003 3:12 121:20
127:6 141:14
1004 3:14 138:15
11 29:9 33:4
12 14:2 30:6,21
31:9,19,21,24
34:6 76:18 80:12
102:17 103:19,22
121 3:12
125 3:14
13 26:20 30:5
35:14 49:50 50:21
13q 115:10,15
139 3:5
14 43:19,23 49:8
15 26:21 51:2 54:6
54:9,12
1500 2:4
16 22:11 26:12
79:18
16th 2:20
1600 2:12
175:1 124:2
18th 2:4
1846 105:7
1851 108:17 111:12
1852 111:12 115:2
115:17
186 108:20 110:12
19 43:19 116:17
19q 109:1,4,21
116:13,17 141:6
141:8
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 1:6
19102 2:5,21
19103 2:13
1998 78:11

———————
2
———————
2 2:20 104:15
2:05 144:15
20 51:2 54:7,9,12
54:15 61:4 96:6
200-hitter 129:4,6
2000 8:24



JDR
James DeCrescenzo Reporting, LLC
215.564.3905        Innovating Litigation        FAX 215.751.0581
1880 JFK Blvd, 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

Case 3:08-cv-00612-RET-SCR    Document 68-3    06/03/2009    Page 62 of 142

ORAL DEPOSITION OF DAVID N. LOUIS, M.D., 02/03/09

**2002** 79:8
**2006** 70:20 78:1
**2008** 107:1 119:14
  128:12 138:17
**2009** 1:13 49:8
**21** 116:15
**215-751-2000** 2:14
**215-751-2205** 2:14
**215.299.4278** 2:22
**215.299.4301** 2:22
**215.875.8000** 2:6
**215.875.8575** 2:6
**22** 49:11 50:3,11
  54:2 67:13,17,21
  67:24 68:16
**23** 104:17
**24** 116:15
**25** 54:15 114:5
**250** 41:15
**2595798 6** 1:7

---

**3**

**3** 1:13 9:11,19,22
  10:8,10 12:3
  15:9 18:6 19:3
  19:19,22 20:7,23
  21:2,11,12,19
  22:10,12,14
  23:11 24:5,9,16
  25:1 26:2,3,12
  27:3,7,10 28:11
  28:12,13,16,17
  29:21 30:3,7,10
  30:17,18,22 31:2
  31:4 32:5 33:5
  33:15 34:1 35:16
  35:24 37:10
  38:23 42:9 70:23
  76:17 99:5,12
  100:4,6,23
  111:16,21 113:2
  115:15,24 116:23
  117:5,12,19
  118:2,3 120:8,14
  120:20,22 121:12
  123:2,7 124:7,14
  124:17 125:14
  126:7,12 127:8,9
  127:12,19,24
  128:13,20 129:1
  129:3 130:4,7,7
  130:17,19,21,22
  130:24 131:5,9
  131:12 132:18,20
  132:24 134:19
  135:5,10 140:11
  140:22 141:18,21

**3p** 26:22 27:9
**3p** 12.1 9:12
**3p** 23 9:12
**3p** 24.2 11:1
**3p** 24.3 11:2
**3p** 25.3 11:1
**3q** 13.31 9:12
**3q** 21.3 9:13 10:2
  10:11
**3q** 22.1 9:13 10:2
  10:11
**30** 38:9 54:2 114:5
**32** 13:17 14:1
**33** 108:20
**3600** 2:12
**38** 141:14

---

**4**

**4** 3:3,10,11 21:2
  21:11 23:15
  102:12
**40** 26:20 113:19
**42** 25:3
**43** 24:22
**44** 116:14
**45** 52:7 69:20
**46** 3:4
**466** 26:1

---

**5**

**5** 11:17
**50** 2:20 10:20
**500** 120:10
**59** 17:7

---

**6**

**6** 11:23 18:9 19:1
  25:3

---

**7**

**7** 20:21 125:13
**76** 114:16

---

**8**

**8th** 104:7 107:1
  138:17
**87** 26:21

---

**9**

**9** 25:5 26:19
  132:21 134:17
  135:9
**9:03** 1:13



**Report on Gates, et al. v. Rohm and Haas Company, et al.**


David N. Louis, M.D.

January 22, 2008


I am the Benjamin Castleman Professor of Pathology at Harvard Medical School and

Pathologist-in-Chief at Massachusetts General Hospital, where I also direct the Molecular

Neuro-Oncology Laboratory. My clinical neuropathology practice and research over the past

17 years have focused on brain tumors, with an emphasis on the molecular genetic basis of

malignant gliomas and the application of molecular diagnostics to malignant glioma

classification. I have contributed over 200 original articles as well as numerous reviews and

chapters to the medical literature, nearly all of them in the area of brain tumor biology and

classification. My laboratory was the first to demonstrate that molecular approaches could be

used to subdivide malignant gliomas in a biologically relevant manner, and that molecular

approaches could be used to predict the response of particular malignant gliomas to specific

therapies. This work has resulted in worldwide adoption of molecular testing for the

management of patients with these tumors. I served on the 2000 WHO Committee on the

Classification of Tumours of Nervous System and was the primary chair of the 2007 WHO

Committee for the Classification of Tumours of the Central Nervous System. I serve as chair

of the Scientific Advisory Panel of the Brain Tumor Society, on the Board of Directors of the

Society for Neuro-Oncology, and on editorial boards of more than 10 national and

international journals. I am currently one of three editors for the 8th edition of *Greenfield's*

*Neuropathology*, which is the standard international reference in the field of neuropathology.

1



EXHIBIT

I was also co-chair of the Brain Tumor Progress Review Group sponsored by the National Cancer Institute and National Institute of Neurological Disorders and Stroke, and just completed a four-year term as the founding chair of the Cancer Biomarkers Study Section at the National Institutes of Health. My work has been recognized by multiple awards and invitations to lecture, around the United States and abroad. My clinical practice and research over the past approximately 10 years has involved the examination of many thousand malignant gliomas, including numerous glioblastomas, and has also involved molecular genetic analysis of hundreds of malignant gliomas. In addition, I have used both microdissection and PCR-based microsatellite analyses to examined human malignant gliomas since the early 1990s (1,2). My curriculum vitae is attached as Exhibit A. My opinion in the present case is based on my experience in diagnostic and research neuro-oncology, my review of Dr. Sydney Finkelstein's report and deposition (with accompanying exhibits), and my review of the pertinent biomedical literature.

Dr. Finkelstein's laboratory has analyzed tumors and corresponding normal tissues from six patients with malignant gliomas/glioblastomas. He has detected allelic losses affecting various regions of the short and long arm of chromosome 3 in all six tumors. These are summarized in the diagram on page 18 of his report.

These data do not provide evidence to support a causative role for putative environmental exposure in the causation of these glioblastomas because the data do not demonstrate that the detected changes are specific to these cases or that the detected changes are related to brain tumor causation. The following facts support this conclusion:

2



1.  *Appropriate controls have not been performed by Dr. Finkelstein: there has been no study of control cohorts with the same technique and the identical group of chromosome 3 markers.*

2.  *The biomedical literature <u>does</u> contain evidence of chromosome 3 changes being found in malignant gliomas that have not had any reported exposures.*

3.  *Another set of appropriate controls has not been performed: Dr. Finkelstein has not studied other chromosomes in these six tumors with the similarly densely spaced markers and with the same technique.*

4.  *Nearly all of the genetic changes detected are not found uniformly throughout the cellular populations studied, and are therefore not "early" genetic alterations likely to be associated with tumor formation.*

5.  *The genetic changes detected are not changes specific to an individual gene, and simply reflect loss of relatively large chromosomal regions.*

6.  *Those genetic changes that do affect the majority of cells within a studied population show little overlap between tumors.*

7.  *No biomedical literature demonstrates an association between specific genetic changes on chromosome 3 and brain tumor formation.*

8.  *Dr. Finkelstein's assertions about the standard practice of pathology in the United States are incorrect.*

Each of these specific facts is discussed below.



3

*1. Appropriate controls have not been performed by Dr. Finkelstein: there has been no study of control cohorts with the same technique and the identical group of chromosome 3 markers.*

The only controls included in Dr. Finkelstein's analysis are positive and negative controls for the assays themselves. Such positive and negative controls only ensure that the assays had reagents that worked adequately and that the specimens were not contaminated with other DNA. However, there is a critical set of controls that is necessary to determine if the changes detected on chromosome 3 are specific to the six patients studied: one must demonstrate that similar chromosome 3 changes are *not* found in sporadic glioblastomas and other malignant gliomas (i.e., from patients who have not had the putative environmental exposures). It is therefore necessary to do the same 16 chromosome 3 assays on a group of sporadic malignant gliomas. Without performing these assays, one cannot exclude the possibility that many glioblastomas and other malignant gliomas, including those without any putative environmental exposures, would have similar chromosome 3 changes when analyzed in the same manner.

*2. The biomedical literature does contain evidence of chromosome 3 changes being found in malignant gliomas that have not had any reported exposures.*

Given that Dr. Finkelstein has not studied a control cohort of glioblastomas and other malignant gliomas for similar chromosome 3 changes (see point 1 above), he apparently

4



relies on a selective review of the biomedical literature as a substitute "control" for the six studied cases. This is an inherently flawed methodology, since it is essential to study a cohort of sporadic malignant gliomas using the same techniques and none of the reported studies have used the same 16 chromosome 3 markers with the same methodology. Nonetheless, Dr. Finkelstein cites selected literature for comparison with the six studied cases: he states that "Chromosome 3 mutational damage is distinctly uncommon in human brain cancer" and that "Changes of the type seen in these six patients, consisting of multiple chromosome 3 genomic deletion mutations, is not encountered in sporadic brain cancer formation (2-4)." These two statements, however, are not true. For example, Srivastava et al. studied 43 sporadic human gliomas (i.e., without any known environmental exposures). They analyzed six microsatellite markers from the short arm of chromosome 3 using microdissection and PCR microsatellite LOH techniques similar to those of Dr. Finkelstein. Genetic losses at these six markers on chromosome 3 ranged from 6.25 to 41.66 percent of lower-grade astrocytomas and 0 to 9.09 percent of glioblastomas *(3)*. Srivastava et al. defined allelic loss as "complete loss of a band in the tumor sample relative to the corresponding normal DNA" and therefore used a more stringent cut-off than did Dr. Finkelstein. (Using the cut-off value in the Srivastava et al. paper, none of the thin lines ["late changes"] scored as losses by Dr. Finkelstein would have been scored as positive by Srivastava et al.) As a result, if Srivastava et al. had used similarly loose criteria for scoring losses as used by Dr. Finkelstein, their frequencies of allelic losses on chromosome 3p would have been even higher.

Other authors have used similar microdissection and PCR microsatellite LOH techniques to assess sporadic human gliomas (i.e., without any known environmental exposures). von

- 5



Deimling et al., in a study that involved my laboratory at the Massachusetts General Hospital, reported an analysis of different types of brain tumors from 466 patients using 129 markers that spanned the human genome, and that included two markers on the short arm of chromosome 3 and three markers on the long arm of chromosome 3. Although we studied only two markers on 3p, we found 3p losses in up to 10% of studied human gliomas, including in one glioblastoma; and, although we only studied three markers on 3q, we found 3q losses in up to 9 percent of studied human gliomas, including in five of 58 glioblastomas. As in the Srivastava et al. paper, we scored a case as having a loss only if there was clear loss *(2,4)*; if we had used looser criteria as used by Dr. Finkelstein, the frequencies of allelic losses on chromosome 3 would have been even higher. In addition, we only used five markers on chromosome 3; if we had used 16 markers like Dr. Finkelstein did, we would have found more losses.



In fact, a study by Kanno et al. used nine microsatellite markers for the short arm of chromosome 3 in 15 human astrocytic gliomas *(5)*. This is a similar number to that used by Dr. Finkelstein (ten markers, according to the figure at the bottom of page 11 in his report). Kanno et al. and found extensive losses of 3p in 40% of cases. They also provided data for individual markers in Figure 4 of their paper, which demonstrates that, using nine markers on 3p, 13 of 15 tumors (87%) had losses at at least one marker on 3p, including in five of six (83%) studied glioblastomas.

Finally, it is important to point out that Dr. Finkelstein himself, using his microdissection and PCR microsatellite LOH technique, has reported losses of chromosome 3 in sporadic

6

malignant gliomas. For example, a paper by Mohan et al. that included Dr. Finkelstein as an author,  studied only two microsatellite markers on chromosome 3p but reports chromosome 3p loss in some cases, including in a case illustrated in Figure 3 of the paper and detailed in Table 4 *(6)*. The methods used in this paper for scoring losses allow declaration of a loss with partial losses: "Low-level allelic imbalance was said to exist when the microsatellite allelic peak height ratios fell into the range 0.50-0.66 or 1.50-2.00. High-level allelic imbalance was present when the allele ratios fell below 0.50 or above 2.00." Mohan and colleagues also explain that chromosome 3p loss was not found throughout all regions of the tumors in which it was found, and that "3p... loss tends to accumulate later in glioma progression causing it to be focal and circumscribed in distribution." The authors further state that "high-grade gliomas displayed significantly higher fractional allelic loss which could be attributed to accumulation of allelic loss mutations involving 3p, 5q, 9p, 10q and 17p genomic regions." This sentence implies that 3p losses were more common in high-grade gliomas and Mohan et al. state that "Our study indicated that allelic losses affecting 3p, 5q, 9p, 10q and 17p correlated closely with aggressive biological characteristics including high grade of anaplasia and less likelihood of treatment response." Thus, Dr. Finkelstein and his colleagues have themselves acknowledged that chromosome 3 losses occur in sporadic malignant gliomas.

In summary, the literature shows that sporadic malignant gliomas do have allelic losses of chromosome 3 and that, when one uses many markers along the chromosome, one finds frequent losses affecting individual markers on the chromosome.

*3. Another set of appropriate controls has not been performed: Dr. Finkelstein has not studied other chromosomes in these six tumors with similarly densely spaced markers and with the same technique.*

As noted above, the only controls included in Dr. Finkelstein's analysis are positive and negative controls for the assays themselves, which only ensure that the reagents worked adequately and that the specimens were not contaminated. However, another critical control is to determine if the frequency of changes detected on chromosome 3 is specific to chromosome 3. Alternatively, the frequency of chromosomal change detected may not be specific to chromosome 3; instead, it may simply reflect increased sensitivity of Dr. Finkelstein's technique to detecting such changes and/or the increased sensitivity of studying a relatively large number of markers (16) from a given chromosome. (As noted in the review of the medical literature above, the more markers one studies, the more losses one tends to detect.) The corollary of this possibility is that one would detect similar frequencies of losses on any chromosome studied.

*4. Nearly all of the genetic changes detected are not found uniformly throughout the cellular populations studied, and are therefore not "early" genetic alterations likely to be associated with tumor formation.*

Tumors develop through a multistep, evolutionary process *(7)*. At each step of the process, the tumor acquires additional genetic changes that provide growth advantages; in this

8



manner, there are "survival of the fittest" cancer cells, i.e., those cells most able to grow and make more tumor cells. This multistep process has been demonstrated in most human cancers, including in malignant gliomas *(8-14)*. In any tumor, therefore, those changes that are present in all cells are more likely the "earliest" of changes: in other words, those changes occurred in cells in the early stages of the tumor and are therefore found in all of the descendent cells. Those changes that are found in the earliest stages of a tumor are the changes most related to the formation of the tumor. Changes occurring much later in a tumor's development may be related to the tumor becoming more malignant, but are not related to its original formation.

Of the 26 vertical bars depicted on page 18 of Dr. Finkelstein's report, only five of them are thicker bars and the rest are thin bars. As noted by Dr. Finkelstein, only the thicker bars represent "early" changes in the tumor. Therefore, based on the information discussed in the immediately preceding paragraph, the vast majority (21 of 26) of changes illustrated by Dr. Finkelstein in the figure on page 18 of his report are not related to the formation of these tumors.

**5. The genetic changes detected are not changes specific to an individual gene, and simply reflect loss of relatively large chromosomal regions.**

Chromosomes are large structures, containing many genes. Chromosome 3, for example, is estimated to have approximately 200 million base pairs (which are the building blocks of

genes) that form over 1400 genes *(15)*. None of Dr. Finkelstein's data demonstrates alterations of specific genes. In fact, he stated in his deposition that he looked at some specific genes (e.g., *VHL* gene, see pp. 37-39) and he did not find alterations. Most human malignancies have alterations of many chromosomal regions; in many situations, such gross chromosomal changes reflect overall genetic instability in these tumors *(16)*. Because Dr. Finkelstein has not demonstrated alterations specific to an individual gene and because he has not performed controls to look at similarly-spaced markers on other chromosomes (see point 3 above), it is likely that these scattered gross chromosomal changes are secondary to overall genetic instability rather than being causative changes.

*6. Those genetic changes that do affect the majority of cells within a studied population show little overlap between tumors.*

If one focuses only on the thicker bars ("early" changes) in Dr. Finkelstein's diagram on page 18 of his report—since these are the genetic changes that affected very high percentages of the cells within a studied population of cells—then one observes little overlap between affected regions. Only two thicker bars overlap with one another, at 3p25, in the Maas and Roszak cases. Overlap is essential since the vast majority of clinically relevant human tumor suppressor genes have been identified as residing in regions of overlapping losses, when comparing regions of loss across many different tumors *(17-22)*. The finding of only two cases affecting one region (at 3p25, in the Maas and Roszak cases) does not provide strong evidence to implicate a specific gene. I have reviewed hundreds of scientific grants and

10



manuscripts for the National Institutes of Health and for many scientific journals and I do not think that such scant data (deletions affecting the same region in two cases) would have resulted in grant funding or manuscript acceptance in a peer-review process.

*7. No biomedical literature demonstrates an association between specific genetic changes on chromosome 3 and brain tumor formation.*

I am not aware of any biomedical literature that demonstrates an association between specific genetic changes on chromosome 3 and brain tumor formation. Dr. Finkelstein draws attention to studies reporting mutations in specific regions of the *VHL* gene in renal cell carcinomas from patients who had exposures to trichloroethylene. It is important to understand that such studies *(23-25)*: 1) have included control cohorts; and 2) have found mutations in specific areas of a single gene. Neither of these features is true of Dr. Finkelstein's findings, which do not find mutations in specific genes and which do not include control cohorts. Moreover, the studies reporting associations between trichloroethylene exposure and *VHL* gene mutations in renal cell carcinomas do not report any results regarding brain tumors.

11

*8. Dr. Finkelstein's assertions about the standard practice of pathology in the United States are incorrect.*

Dr. Finkelstein's assertions about the role of the pathologist do not agree with the standard practice of pathology in the United States. As the head of one of the largest and oldest pathology departments in the United States, I believe that Dr. Finkelstein's statements are incorrect for the following reasons:

1. Pathologists do not routinely determine the cause of disease in their daily practices.

2. Pathologists do require clinical and other information before rendering a diagnosis.

Dr. Finkelstein states that "Surgical pathologist [sic] deal everyday with the need to provide attending physicians discriminating information that bears directly on disease causality" (p. 7); that "Surgical pathology, because they [sic] deal directly and are responsible for individual patient diagnosis, are always attuned to findings that impact on cancer causation (p. 7); and that "Each day pathologist [sic] across this nation analyze tissue specimens suspected to harbor evidence of cancer and in every case it is their responsibility to search for evidence of causation" (p. 23). On the contrary, while surgical pathologists make diagnoses every day on thousands and thousands of biopsies, they do not establish causality. If a pathologist, for example, first found an asbestos fiber in a lung cancer specimen, that single observation would not have allowed him to conclude that asbestos played a role in the formation of that tumor. Only once there had been published data that demonstrated an association between asbestos and lung cancer (data based on examination of many cases and many appropriate controls) could such a conclusion be drawn. A pathologist's observation of

12

a previously unrecognized change in a few cases does not prove causality; at best, it raises an interesting question that needs to be studied in formal manner that includes large enough numbers of cases and controls. Dr. Finkelstein's statement is therefore incorrect.

Dr. Finkelstein also states that "The role of the pathologist is to objective [sic] examine tissue specimens an [sic] derive tissue based information independent of parallel work that may be occurring in clinical examination, laboratory testing and imaging" (p. 23) and "By allowing himself to be influenced by information derived from non-tissue based sources of analysis, the pathologist fails to perform his primary function" (p. 24). On the contrary again, surgical pathologists always require clinical information before making a diagnosis. For instance, page 3 of *Rosai and Ackerman's Surgical Pathology*, the definitive textbook of surgical pathology, states "By its very nature, surgical pathology depends heavily on the input of clinicians and surgeons who are fully aware of the potentials and limitations of the specialty. They should know that a microscopic diagnosis is a subjective evaluation that acquires full meaning only when the pathologist is fully cognizant of the essential clinical data, surgical findings, and type of surgery" *(26)*. Dr. Rosai's approach, as described in this quote, is the approach used by all well-trained surgical pathologists. And while many pathologists begin their examinations of cases "blinded" to clinical information, no competent pathologist completes a diagnosis without incorporating clinical information. Indeed, despite Dr. Finkelstein's statement that "RedPath testing operates in complete contrast to" Dr. Bigner's statement that one requires clinical or other data to utilize molecular data to make a diagnosis (as summarized by Dr. Finkelstein on p. 5), RedPath's website features downloadable submission forms to accompany specimens [http://www.redpathip.com/documents/

13

RequisitionInstructions-2Pageforcolorprinting_requisition_RP-CO-F-0001-02_071807.pdf]
and these forms state that the requisition must contain clinical data [http://www.redpathip.
com/documents/Instructionform022807.pdf]. Dr. Finkelstein's statements are therefore
incorrect.

In summary, the data presented by Dr. Finkelstein in the present case do not support the
conclusion that a putative exposure caused the malignant gliomas in these six patients. There
is no evidence that the changes detected on chromosome 3 in the tumors from these six
patients are either specific to these patients or specific to chromosome 3. Moreover, there is
no medical literature to support a conclusion that putative chemical exposure causes
abnormalities of chromosome 3 in human malignant gliomas. I have formed the above
opinions to a reasonable degree of medical probability.

14

References (see References attached)


Publications authored by David N. Louis, M.D.

See curriculum vitae


Fee

$750/hour for all legal services except $1000/hour for deposition and testimony


List of cases for which I have provided legal testimony in past four years

Concha Lawand, M.D., Plaintiff, vs. David J. Arnold, M.D. and University of Miami
    CA NO. 03-26341CA15
    Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, FL
    Deposition, 10/21/04 (Plaintiff)


David N. Louis, M.D.

15

References

1. Louis DN, Rubio MP, Correa KM, Gusella JF, von Deimling A. Molecular genetics of pediatric brain stem gliomas. Application of PCR techniques to small and archival brain tumor specimens. *J Neuropathol Exp Neurol* 52: 507-15, 1993.

2. Louis DN, von Deimling A, Seizinger BR. A (CA)n dinucleotide repeat assay for evaluating loss of allelic heterozygosity in small and archival human brain tumor specimens. *Am J Pathol* 141: 777-82, 1992.

3. Srivastava T, Chosdol K, Chattopadhayay P, Sarkar C, Mahapatra AK, Sinha S. Frequent loss of heterozygosity encompassing the hMLH1 locus in low grade astrocytic tumors. *J Neurooncol* 81: 249-55, 2007.

4. von Deimling A, Fimmers R, Schmidt MC, Bender B, Fassbender F, Nagel J, Jahnke R, Kaskel P, Duerr EM, Koopmann J, Maintz D, Steinbeck S, Wick W, Platten M, Muller DJ, Przkora R, Waha A, Blumcke B, Wellenreuther R, Meyer-Puttlitz B, Schmidt O, Mollenhauer J, Poustka A, Stangl AP, Lenartz D, von Ammon K. Comprehensive allelotype and genetic anaysis of 466 human nervous system tumors. *J Neuropathol Exp Neurol* 59: 544-58, 2000.

5. Kanno H, Shuin T, Kondo K, Yamamoto I, Ito S, Shinonaga M, Yoshida M, Yao M. Somatic mutations of the von Hippel-Lindau tumor suppressor gene and loss of heterozygosity on chromosome 3p in human glial tumors. *Cancer Res* 57: 1035-8, 1997.

6.  Mohan D, Finkelstein SD, Swalsky PA, Sasatomi E, Wiley C, Hamilton RL, Lieberman F, Couce ME. Microdissection genotyping of gliomas: therapeutic and prognostic considerations. *Mod Pathol* 17: 1346-58, 2004.

7.  Nowell PC. The clonal evolution of tumor cell populations. *Science* 194: 23-8, 1976.

8.  Louis DN, Gusella JF. A tiger behind many doors: multiple genetic pathways to malignant glioma. *Trends Genet* 11: 412-5, 1995.

9.  Louis DN. A molecular genetic model of astrocytoma histopathology. *Brain Pathol* 7: 755-64, 1997.

10.  Maher EA, Furnari FB, Bachoo RM, Rowitch DH, Louis DN, Cavenee WK, DePinho RA. Malignant glioma: genetics and biology of a grave matter. *Genes Dev* 15: 1311-33, 2001.

11.  Louis DN, Holland EC, Cairncross JG. Glioma classification: a molecular reappraisal. *Am J Pathol* 159: 779-86, 2001.

12.  Louis DN, Pomeroy SL, Cairncross JG. Focus on central nervous system neoplasia. *Cancer Cell* 1: 125-8, 2002.

13.  Louis DN. Molecular pathology of malignant gliomas. *Annu Rev Pathol* 1: 97-117, 2006.

14.  Louis DN, Ohgaki H, Wiestler OD, Cavenee W. <u>WHO Classification of Tumours of the Central Nervous System</u>, IARC, Lyon, 2007.

15.  Muzny DM, Scherer SE, Kaul R, Wang J, Yu J, Sudbrak R, Buhay CJ, Chen R, Cree A, Ding Y, Dugan-Rocha S, Gill R, Gunaratne P, Harris RA, Hawes AC, Hernandez J, Hodgson AV, Hume J, Jackson A, Khan ZM, Kovar-Smith C, Lewis LR, Lozado RJ, Metzker ML, Milosavljevic A, Miner GR, Morgan MB, Nazareth



17

LV, Scott G, Sodergren E, Song XZ, Steffen D, Wei S, Wheeler DA, Wright
MW, Worley KC, Yuan Y, Zhang Z, Adams CQ, Ansari-Lari MA, Ayele M,
Brown MJ, Chen G, Chen Z, Clendenning J, Clerc-Blankenburg KP, Davis C,
Delgado O, Dinh HH, Dong W, Draper H, Ernst S, Fu G, Gonzalez-Garay ML,
Garcia DK, Gillett W, Gu J, Hao B, Haugen E, Havlak P, He X, Hennig S, Hu S,
Huang W, Jackson LR, Jacob LS, Kelly SH, Kube M, Levy R, Li Z, Liu B, Liu J,
Liu W, Lu J, Maheshwari M, Nguyen BV, Okwuonu GO, Palmeiri A, Pasternak
S, Perez LM, Phelps KA, Plopper FJ, Qiang B, Raymond C, Rodriguez R,
Saenphimmachak C, Santibanez J, Shen H, Shen Y, Subramanian S, Tabor PE,
Verduzco D, Waldron L, Wang Q, Williams GA, Wong GK, Yao Z, Zhang J,
Zhang X, Zhao G, et al. The DNA sequence, annotation and analysis of human
chromosome 3. *Nature* 440: 1194-8, 2006.

16. Cahill DP, Kinzler KW, Vogelstein B, Lengauer C. Genetic instability and darwinian
    selection in tumours. *Trends Cell Biol* 9: M57-60, 1999.

17. Baker SJ, Fearon ER, Nigro JM, Hamilton SR, Preisinger AC, Jessup JM, vanTuinen
    P, Ledbetter DH, Barker DF, Nakamura Y, White R, Vogelstein B. Chromosome
    17 deletions and p53 gene mutations in colorectal carcinomas. *Science* 244: 217-
    21, 1989.

18. Cavenee WK, Dryja TP, Phillips RA, Benedict WF, Godbout R, Gallie BL,
    Murphree AL, Strong LC, White RL. Expression of recessive alleles by
    chromosomal mechanisms in retinoblastoma. *Nature* 305: 779-84, 1983.

18

19.  Dryja TP, Rapaport JM, Joyce JM, Petersen RA. Molecular detection of deletions involving band q14 of chromosome 13 in retinoblastomas. *Proc Natl Acad Sci U S A* 83: 7391-4, 1986.

20.  Friend SH, Horowitz JM, Gerber MR, Wang XF, Bogenmann E, Li FP, Weinberg RA. Deletions of a DNA sequence in retinoblastomas and mesenchymal tumors: organization of the sequence and its encoded protein. *Proc Natl Acad Sci U S A* 84: 9059-63, 1987.

21.  Li J, Yen C, Liaw D, Podsypanina K, Bose S, Wang SI, Puc J, Miliaresis C, Rodgers L, McCombie R, Bigner SH, Giovanella BC, Ittmann M, Tycko B, Hibshoosh H, Wigler MH, Parsons R. PTEN, a putative protein tyrosine phosphatase gene mutated in human brain, breast, and prostate cancer. *Science* 275: 1943-7, 1997.

22.  Steck PA, Pershouse MA, Jasser SA, Yung WK, Lin H, Ligon AH, Langford LA, Baumgard ML, Hattier T, Davis T, Frye C, Hu R, Swedlund B, Teng DH, Tavtigian SV. Identification of a candidate tumour suppressor gene, MMAC1, at chromosome 10q23.3 that is mutated in multiple advanced cancers. *Nat Genet* 15: 356-62, 1997.

23.  Bruning T, Weirich G, Hornauer MA, Hofler H, Brauch H. Renal cell carcinomas in trichloroethene (TRI) exposed persons are associated with somatic mutations in the von Hippel-Lindau (VHL) tumour suppressor gene. *Arch Toxicol* 71: 332-5, 1997.

24.  Brauch H, Weirich G, Hornauer MA, Storkel S, Wohl T, Bruning T. Trichloroethylene exposure and specific somatic mutations in patients with renal cell carcinoma. *J Natl Cancer Inst* 91: 854-61, 1999.

25. Brauch H, Weirich G, Klein B, Rabstein S, Bolt HM, Bruning T. VHL mutations in renal cell cancer: does occupational exposure to trichloroethylene make a difference? *Toxicol Lett* 151: 301-10, 2004.

26. Rosai J. Rosai and Ackerman's Surgical Pathology, Mosby, 2004.

20







# CURRICULUM VITAE AND BIBLIOGRAPHY

DATE PREPARED: January 5, 2009

## PART I: General Information

**Name:** David Neil Louis

**Office Address:** James Homer Wright Pathology Laboratories
Warren 225
Massachusetts General Hospital
Fruit St.
Boston, MA 02114

617 726-2966; 617 726-7533 (fax)
dlouis@partners.org

**Home Address:** One Chestnut Street
Wellesley, MA 02481

**Date / Place of Birth:** December 25, 1959 / London, England
(Citizenship: USA)

## Education:

| | | |
|---|---|---|
| 1981 | A.B. | Cornell University College of Arts and Sciences Ithaca, NY (English and Medieval Studies) |
| 1985 | M.D. | State University of New York at Stony Brook School of Medicine Stony Brook, NY |

## Postdoctoral Training:

| | |
|---|---|
| 1985-1987 | Intern and Resident, Internal Medicine, Albany Medical Center Hospital, Albany, NY |
| 1987-1989 | Resident, Anatomic Pathology, Massachusetts General Hospital, Boston, MA |
| 1989-1991 | Resident and Chief Resident, Neuropathology, Massachusetts General Hospital, Boston, MA |
| 1990-1991 | Clinical Neuropathology Fellow, Alzheimer's Disease Research Center, Massachusetts General Hospital, Boston, MA |
| 1990-1992 | Post-doctoral Fellow, Molecular Neuro-Oncology Laboratory (Dr. B.R. Seizinger), Massachusetts General Hospital, Boston, MA |

## Licensure and Certification:

| | |
|---|---|
| 1987 | License, Commonwealth of Massachusetts |
| 1991 | Diplomat, American Board of Pathology (Anatomic Pathology) |
| 1991 | Diplomat, American Board of Pathology (Neuropathology) |



EXHIBIT

_____

DN Louis, page 2
January 5, 2009

## Academic Appointments:

| | |
|---|---|
| 1985-1987 | Assistant Clinical Instructor in Internal Medicine, Albany Medical College of Union University, Albany, NY |
| 1987-1991 | Clinical Fellow / Clinical and Research Fellow in Pathology, Harvard Medical School, Boston, MA |
| 1991-1993 | Instructor in Pathology, Harvard Medical School, Boston, MA |
| 1993-1996 | Assistant Professor of Pathology, Harvard Medical School, Boston, MA |
| 1996-2002 | Associate Professor of Pathology, Harvard Medical School, Boston, MA |
| 2002- | Professor of Pathology, Harvard Medical School, Boston, MA |
| 2006- | Benjamin Castleman Professor of Pathology, Harvard Medical School, Boston, MA |

## Hospital Appointments:

| | |
|---|---|
| 1992-1993 | Assistant in Pathology, Pathology Service, Massachusetts General Hospital, Boston, MA |
| 1992-1995 | Assistant Neuropathologist in Neurosurgery, Neurosurgical Service, Massachusetts General Hospital, Boston, MA |
| 1993-1995 | Assistant Neuropathologist, Pathology Service, Massachusetts General Hospital, Boston, MA |
| 1995-2001 | Associate Neuropathologist, Pathology Service and Neurosurgical Service, Massachusetts General Hospital, Boston, MA |
| 2001- | Pathologist, Pathology Service and Neurosurgical Service, Massachusetts General Hospital, Boston, MA |
| 2006- | Pathologist-in-Chief (Chief, Pathology Service), Massachusetts General Hospital, Boston, MA |

## Hospital Responsibilities:

| | |
|---|---|
| 1992- | Staff neuropathologist, Massachusetts General Hospital, Boston, MA |
| 1992- | Co-Director, Molecular Neuro-Oncology Laboratory, Massachusetts General Hospital, Boston, MA |
| 2001-2006 | Director, Division of Molecular Pathology and Research, Pathology Service, Massachusetts General Hospital, Boston, MA |
| 2001- | Member, MGH Cancer Center, Massachusetts General Hospital, Boston, MA |
| 2001-2006 | Director, Molecular Pathology Unit, Massachusetts General Hospital, Boston, MA |
| 2001- | Director, NIH T32 Research Training Grant, MGH, Boston, MA |
| 2002-2006 | Director, MGH component of Harvard Molecular Genetic Pathology fellowship, Massachusetts General Hospital, Boston, MA |
| 2002-2006 | Associate Chief of Pathology (Research), Pathology Service, Massachusetts General Hospital, Boston, MA |
| 2006- | Pathologist-in-Chief (Chief, Pathology Service), Massachusetts General Hospital, Boston, MA |



DN Louis, page 3
January 5, 2009

**Major Committee Assignments:**

Massachusetts General Hospital (MGH)

| | |
|---|---|
| 1993-99 | Residency Selection Committee, Pathology Service |
| 1996 | Faculty Search Committee, MGH Cancer Center |
| 1996-99 | Tumor Tissue Bank Scientific Review Committee |
| 1996 | Committee on Research Strategy, Pathology Service |
| 1996-99 | Pathology Executive Committee, Pathology Service |
| 1997 | Faculty Search Committee, Pathology Service |
| 1997-2000 | Executive Comm. on Research, Subcommittee on Review of Research Proposals |
| 1999-05 | Clinical Research Council, MGH |
| 2000-06 | Residency Training and Recruitment Committee, Pathology Service |
| 2001-02 | Strategic Planning Committee, Pathology Service |
| 2002 | Faculty Search Committee, Ovarian Cancer Biology, Cancer Center |
| 2002 | Chair, Faculty Search Committee, Mouse Cancer Models, Pathology and Cancer Center |
| 2002 | Chair, Research Planning Committee, Pathology Service |
| 2002-06 | Pathology Executive Committee, Pathology Service |
| 2003-04 | Co-chair, Faculty Search Committee, MGH Cancer Center |
| 2003- | Committee of Professors, Pathology Service |
| 2003- | Scientific Leadership Committee, MGH Cancer Center |
| 2003 | Chair, Faculty Search Committee, GI Immunopathology, Pathology Service |
| 2003 | Clinical Innovations Task Force, MGH |
| 2003-04 | Chair, Faculty Search Committee, Veterinary Pathology, Pathology Service |
| 2004 | Chair, Faculty Search Committee, Molecular Diagnostics, Dept. of Pathology |
| 2005 | Chair, Faculty Search Committee, Molecular Pathology Unit, Dept. of Pathology |
| 2005-07 | Council on Technology Adoption and Innovative Process Promotion (CTAIPP) |
| 2005-06 | Anatomic Pathology Steering Committee, Pathology Service |
| 2006 | Faculty Search Committee, MGH Center for Cancer Research |
| 2006- | Executive Committee, Molecular Therapeutics Program, MGH Cancer Center |
| 2006- | Chiefs' Council, MGH |
| 2006- | General Executive Committee, MGH |
| 2006- | Executive Committee on Research |
| 2007- | Multicultural Affairs Office Advisory Board |
| 2007- | Women in Academic Medicine Committee |
| 2008- | MGH Bicentennial Steering Committee |

Massachusetts General Physician's Organization

| | |
|---|---|
| 2006- | Physicians Organization Executive Committee |
| 2008-09 | Search Committee for Chief Operating Officer |

Partners HealthCare

| | |
|---|---|
| 2004-05 | Partners Research Council |
| 2005-06 | Partners Tissue Banking Task Force |
| 2006 | Partners Research Information Technology Steering Committee |
| 2007- | Partners Biospecimens Management System Executive Committee |

Harvard Medical School

| | |
|---|---|
| 1997-99 | Dana-Farber/Partners Joint Venture Steering Committee on Neuro-Oncology |
| 1997-98 | Thesis advisory committee, Manish Aghi, Harvard Medical School, PhD thesis: "Gene therapy of brain tumors using synergistic prodrug-activating systems" |
| 1999 | General Planning Committee, Dana-Farber/Harvard Cancer Center |
| 2000 | Faculty Search Committee, Department of Pathology, Brigham and Women's Hospital (BWH) and Children's Hospital |
| 2001 | Harvard Center for Neurodegeneration Research, Core C |
| 2002 | Molecular Genetic Pathology Training Working Group |

DN Louis, page 4
January 5, 2009

| | |
|---|---|
| 2002 | Search Committee for Director, Laboratory of Molecular Medicine, Harvard Medical School-Partners Healthcare System Center for Genetics and Genomics |
| 2003 | Faculty Search Committee, Department of Pathology, Harvard Medical School |
| 2003-07 | Executive Committee, Department of Defense Ovarian Cancer Training Program |
| 2003 | Chair, ad hoc Committee of Evaluators for Promotion to Full Professor, H. Kinney |
| 2003- | Governing Committee, Molecular Genetic Pathology Fellowship |
| 2003- | Advisory Committee, Harvard Neuro-Oncology K12 Training Grant |
| 2004- | Member, HMS Center for Neurofibromatosis and Allied Disorders |
| 2004 | Advisory Committee, Clinical Operations, Dept. of Pathology, Children's Hosp. |
| 2005 | Faculty Search Committee, Professor of Neurology and Neuroscience, Children's Hospital and Harvard Medical School |
| 2005 | Faculty Search Committee, Department of Pathology, BWH/Dana-Farber Cancer Center |
| 2005-06 | Chair, ad hoc Committee of Evaluators for Promotion to Full Professor, M. Loda |
| 2006 | Search Committee for Molecular Geneticist, Laboratory of Molecular Medicine, Harvard Medical School-Partners Healthcare System Center for Genetics and Genomics |

Boston area
| | |
|---|---|
| 1997-98 | Scientific advisory committee, U Mass neuro-oncology program project |
| 2004-05 | Thesis Committee, Kevin Sloan, Ph.D. Candidate, Tufts University-Sackler School of Medicine, Boston, MA |

National
| | |
|---|---|
| 1994-97 | Awards Committee, American Association of Neuropathologists |
| 1994 | Program Committee, American Association of Neuropathologists |
| 1994 | American Cancer Society, ad hoc reviewer |
| 1995 | NIH, ad hoc member, Chemistry and Related Sciences Special Emphasis Panel |
| 1997-08 | The Brain Tumor Society, Scientific Advisory Panel/Council |
| 1997 | Abstract Committee, Society for Neuro-Oncology |
| 1997-2003 | Brain Tumor Genome Anatomy Project Working Group, NINDS, NIH |
| 1998-06 | National Neurofibromatosis Foundation (Children's Tumor Foundation, after 2005), Research Advisory Board member |
| 1998 | NIH, ad hoc member, Brain Disorders & Clinical Neurosciences 4 Study Section |
| 1998 | NIH, ad hoc member, Biological/Physiological Sciences Special Emphasis Panel |
| 1998-99 | Children's Brain Tumor Foundation, ad hoc reviewer |
| 1998-99 | Co-chair, Program Committee, American Association of Neuropathologists |
| 1999-2001 | NIH, temporary member, PTHB Study Section |
| 2000-03 | CNS Cancer Organ Site Comm., Mouse Models of Human Cancer Consortium |
| 2000-04 | Program Committee, American Association of Neuropathologists |
| 2000-06 | Board of Directors, Society for Neuro-Oncology |
| 2000-01 | Co-chair, NCI/NINDS Brain Tumor Progress Review Group |
| 2001-03 | NIH, Chartered member, PTHB/PTHC/CAMP Study Section |
| 2001-03 | External Advisory Board, Johns Hopkins University SPORE for GI Cancer |
| 2001- | External Advisory Board, Hermelin Brain Tumor Center, Henry Ford Hospital, Detroit, MI |
| 2001-04 | External Advisory Board, Glioma Marker Network PO1, Mayo Clinic/UCSF/Ohio State Univ/Johns Hopkins |
| 2003-06 | External Advisory Board, UCSF Brain Tumor Center |
| 2003 | Nominating Committee, Society for Neuro-Oncology |
| 2003 | Program Committee, Society for Neuro-Oncology |
| 2003-07 | NIH, Chair, Cancer Biomarkers Study Section (founding Chair) |
| 2004-06 | Scientific Advisory Committee, Goldhirsh Foundation |
| 2006-08 | The Brain Tumor Society, Chair, Scientific Advisory Council |



DN Louis, page 5
January 5, 2009

| | |
|---|---|
| 2006- | Castleman Award Committee, US-Canadian Academy of Pathology |
| 2007- | Neurological and Eye Tumors Cancer Protocol Panel, College of American Pathologists |
| 2007- | AACR Grants Committee, sub-Committee for Brain Tumor Research |
| 2007- | Internal member and representative for the Broad Institute Genome Sequencing Center, Glioblastoma Disease Working Group, The Cancer Genome Atlas (TCGA), NCI, NIH |
| 2008 | Awards Committee, American Association of Neuropathologists |
| 2008 | NIH/NCI, ad hoc member, Molecular Oncology PO1 Study Section |
| 2008- | National Brain Tumor Society, Strategic Scientific Advisor |
| 2008-09 | President-Elect, American Association of Neuropathologists |
| 2009- | External Advisory Board, The University of Texas M.D. Anderson Cancer Center, Houston, TX |

International

| | |
|---|---|
| 1994,1997 | Dutch Cancer Society, ad hoc reviewer |
| 1997,1999 | Swiss Cancer League, ad hoc reviewer |
| 1998 | Samantha Dickson Research Trust (United Kingdom), ad hoc reviewer |
| 1998-2002 | Councilor for the American Association of Neuropathologists to the International Society of Neuropathology |
| 1998 | Dissertation Committee, Dr. Tom Böhling, University of Helsinki, PhD thesis |
| 1999-2000 | International Society for Neuropathology, Theme Group on Neuro-Oncology |
| 1999 | The Wellcome Trust (UK) International Prize Travelling Research Fellowship, ad hoc reviewer |
| 1999 | Medical Research Council of Canada, ad hoc reviewer |
| 1999 | World Health Organization Committee on the Classification of Tumours of the Nervous System, 3rd Blue Book (meeting: Lyon, France) |
| 2000 | Research Grants Council, Hong Kong, ad hoc reviewer |
| 2000-02 | Nominating Subcommittee, International Society for Neuropathology, member |
| 2001-02 | Chair, Neoplasia Planning Committee, International Society for Neuropathology, Turin 2003 |
| 2001-02 | Scientific Advisory Board, 7th European Congress of Neuropathology |
| 2003 | Medical Advisory Board, North American Brain Tumor Coalition |
| 2003 | Cancer Research UK, ad hoc reviewer |
| 2004 | Cancer Society of New Zealand, ad hoc reviewer |
| 2004-05 | Scientific Programme Committee, 2nd Quadrennial Meeting of the World Federation of NeuroOncology |
| 2005-06 | Planning Committee, 16th International Conference on Brain Tumor Research and Therapy |
| 2006- | Neurological Disorders Evaluation Board of the Faculty of 1000 Medicine, Faculty Member of the 'Neuro-oncology' Section |
| 2006-07 | Chair, World Health Organization Committee on the Classification of Tumours of the Central Nervous System, 4th Blue Book (meeting: Heidelberg, Germany) |

**Memberships in Professional Societies:**

American Association of Neuropathologists
    (see committee assignments above)
International Society of Neuropathology
    (see committee assignments above)
American Society for Investigative Pathology
Society for Neuro-oncology
    (see committee assignments above)
American Association for Cancer Research
    (see committee assignments above)
Canadian Association of Neuropathology
Association for Molecular Pathology

DN Louis, page 6
January 5, 2009

College of American Pathologists
Massachusetts Society of Pathologists
United States and Canadian Academy of Pathology
Roxbury Society for Medical Improvement

**Editorial Board Member:**
Journal of Neuropathology and Experimental Neuropathology, 1994-
Acta Neuropathologica, 1994-
Brain Pathology, 1996-
American Journal of Pathology, 1996- (Associate Editor, 2000-2002)
Neurogenetics, 1997-
Neuro-Oncology, 1998-
Neuropathology and Applied Neurobiology (North American editor), 1999-
Folia Neuropathologica, 2000-
Pathology International, 2001- (International Advisory Board)
Cancer Biology and Therapy, 2001-
Neuropathology, 2003-

**Ad hoc Journal Reviewer:**
Cancer Research
Cancer
Human Molecular Genetics
Genes, Chromosomes and Cancer
European Journal of Cancer
Oncogene
Archives of Pathology and Laboratory Medicine
Laboratory Investigation
Neurology
Journal of Clinical Pathology
Modern Pathology
Journal of Neuro-Oncology
Gene
British Journal of Cancer
Annals of Neurology
Nucleic Acids Research
Neurosurgical Focus
Journal of Clinical Investigation
Proceeding of the National Academy of Sciences USA
Clinical Cancer Research
Journal of Histochemistry and Cytochemistry
Genomics
American Journal of Medical Genetics
Emerging Therapeutic Targets
Journal of Clinical Oncology
Journal of Neurology, Neurosurgery, and Psychiatry
Journal of Molecular Diagnostics
Journal of Pathology
Journal of the National Cancer Institute
Frontiers in Bioscience
Human Pathology
Cancer Cell
Molecular Cancer Therapeutics
Cancer Genetics and Cytogenetics
New England Journal of Medicine

DN Louis, page 7
January 5, 2009

Neuropathology
European Journal of Neurology
International Journal of Molecular Sciences

**Awards / Honors:**

Cornell University College of Arts and Sciences, Magna cum laude, 1981

Cornell University College of Arts and Sciences, Distinction in All Subjects, 1981

State University of New York at Stony Brook School of Medicine, Valedictory Speaker, Class of 1985

State University of New York at Stony Brook School of Medicine, Alpha Omega Alpha Medical Honor Society, 1985

Honorable Mention, Rubinstein Award for Best Paper on Neuro-oncology, American Association of Neuropathologists, 1991

Nomination, Prize for Excellence in Teaching, Harvard Medical School, 1991

Honorable Mention, Rubinstein Award for Best Paper on Neuro-oncology, American Association of Neuropathologists, 1992

Poster Prize, 37th Annual Meeting of the German Society for Neuropathology and Neuroanatomy, 1992

Rubinstein Award for Best Paper on Neuro-oncology, American Association of Neuropathologists, 1993

Rubinstein Award for Best Paper on Neuro-oncology, American Association of Neuropathologists, 1995

Rappaport Scholar, Massachusetts General Hospital, 1996-97

Alexis A. Boss Chair of Research, The Brain Tumor Society, 1996-97

Honorable Mention, Weil Award for Best Paper on Experimental Neuropathology, American Association of Neuropathologists, 1997

Honorable Mention, Morrison H. Finlayson Award for Best Scientific Paper, Canadian Association of Neuropathologists, 1997 (AO Stemmer-Rachamimov et al.)

Hoshino Award, Seventh Japanese Conference on Brain Tumor Research and Therapy, 1998 (K Ueki et al.)

Speaker of the Royal College of Physicians and Surgeons of Canada, Canadian Association of Neuropathologists, 1998

American Brain Tumor Association Research Excellence Award, Society for Neuro-Oncology, 1998

Featured Researcher, Society for Neuro-Oncology Report, Fall 1999

Irving M. London Teaching Award, Harvard University/Massachusetts Institute of Technology Division of Health Sciences and Technology, 2000

M.A. (Honoris causa), Harvard University, Cambridge, MA, 2002

The Society of Authors and The Royal Society of Medicine Book Award, New authored book, Highly commended, 2003; for Ironside JW, Moss TH, Louis DN, Lowe JS, Weller RO. <u>Diagnostic Pathology of Nervous System Tumours</u>. London: Churchill Livingstone, 2002.

Farber Award for Meritorious Achievements in Brain Tumor Research, Anne and Jason Farber Foundation, Society for Neuro-Oncology and Joint Section on Tumors of the American Association of Neurosurgeons/Congress of Neurological Surgeons, 2003

Hoshino Award, 22nd Annual Meeting of the Japan Society for Neuro-Oncology, 2004 (Y Okada et al.)

Partners in Excellence Award, Partners Healthcare, for development of EGFR mutation testing as part of the Harvard-Partners Center for Genetics and Genomics Laboratory for Molecular Medicine, 2004

Seth Harris Feldman Chair of Research, The Brain Tumor Society, 2006-07

Lucien J. Rubinstein Visiting Research Lectureship in Neuropathology, University of Virginia, 2006

DN Louis, page 8
January 5, 2009

Team Award, MGH Clinical Research Day, Massachusetts General Hospital, May 2007
Saul R. Korey Award/Lecture, American Association of Neuropathologists, 2008
President-elect, American Association of Neuropathologists, 2008-2009

British Medical Association Medical Book Competition, High commended, 2008, in the
    Pathology category; for Louis DN, Ohgaki H, Wiestler OD, Cavenee WK.
    <u>WHO Classification of Tumours of the Central Nervous System 4th</u>
    edition Lyon: IARC, 2007.
Zülch Prize (Klaus Joachim Zülch-Preis of the Gertrud Reemtsma Foundation of the Max
    Planck Society; highest honor in Germany for neurological research),
    2008
Distinguished Alumnus Award, SUNY-Stony Brook School of Medicine, 2008

## Part II: Research, Teaching and Clinical Contributions

### A. Narrative report

My research focuses on the molecular pathology of brain tumors, with an emphasis on the molecular genetic basis of human gliomas. My laboratory has delineated a number of genetic alterations that characterize the formation and progression of human gliomas. We initially demonstrated that molecular genetic analysis could be used to divide specific types of human gliomas into distinct clinicopathological subsets. We have also shown that this approach can be used to subdivide brain tumors into prognostically and therapeutically important subgroups, a finding that has influenced clinical neuro-oncology: as a result of this work, molecular diagnostic testing for 1p and 19q loss is now a standard component in the management of patients with malignant gliomas. Emphasis was also placed on the physical cloning and detailed characterization of a tumor suppressor candidate region on the long arm of chromosome 19. Another focus has been on the molecular pathology of hereditary brain tumor syndromes, such as neurofibromatosis 2. At the NIH, I have served as co-chair of the NCI/NINDS Brain Tumor Progress Review Group (http://osp.nci.nih.gov/Prg_assess/), on the scientific advisory working group for the Brain Tumor Genome Anatomy Project, and on the Pathology B/C/CAMP Study Section. In addition, I am currently the chair of the Cancer Biomarkers Study Section at NIH.

My local teaching contributions centered on directing the neuroanatomy component of the HMS200/HST130 neuroscience course, which involved course planning as well as 4 weeks of lectures (approximately 10 lectures by me per year for this course) and laboratories each fall from 1994 until 2001. For this teaching, I received the Irving London award at the Harvard Medical School/Massachusetts Institute of Technology HST graduation ceremonies in June 2000. I have also participated extensively in teaching pathology and neurology residents, as well as neuropathology fellows, at Massachusetts General Hospital. I currently direct the departmental NIH T32 Training Grant for research fellowships and serve as the director of the MGH component of the Molecular Genetic Pathology fellowship. On a national and international level, my teaching contributions have involved lectures, primarily on the genetic basis of human brain tumors but also on brain tumor pathology. I have also served on program and abstract committees for a number of national and international neuropathology and neuro-oncology meetings. I am on the editorial boards of 11 journals, including as the North American editor of the British neuropathology journal and as an Associate Editor of the American Journal of Pathology (2000-2002).

My clinical work includes the neuropathology service at Massachusetts General Hospital (where I attend as a staff neuropathologist for 8-12 weeks a year) and neuropathology brain tumor consult cases from pathologists around North America and overseas. I have also served as a central neuropathology reviewer for national and international brain tumor trials, and as a member of the WHO committee for the 2000 classification of nervous system tumors. I am currently serving as co-chair of the 2006-2007 WHO committee for the classification of nervous system tumors, and am the first editor on the 2007 WHO classification. I am also one of the three editors for the 8th edition of *Greenfield's Neuropathology*, which is the standard international reference in the field of neuropathology. Finally, I am first author, along with four colleagues, on the upcoming Armed Forces Institute of Pathology (AFIP) fascicle on surgical diagnosis of non-neoplastic diseases of the central nervous system.

My department-wide administrative activities began in 2001, when I was appointed the founding director of the Division of Molecular Pathology and Research, which involved directing the research activities of the department, directing the NIH research training grant, and supervising the development of molecular diagnostic laboratories. In 2002, these activities were extended, during departmental reorganization, to involve department-wide administration as the Associate Chief of Pathology for Research. During the period of 2002-2006, I instituted an administrative structure for the Division; recruited three basic scientists at the Assistant Professor level and one at the Instructor level (with two of the Assistant Professors as full members of the Center for Cancer Research and one as a member of the Harvard-MIT Broad Institute), as well as a veterinary pathologist (with the Center for Comparative Medicine) and a molecular diagnostic pathologist; greatly expanded the Pathology research space; provided competitive pilot grants to junior clinical

DN Louis, page 10
January 5, 2009

faculty; organized the MGH Pathology component of the Harvard-wide Molecular Genetic Pathology fellowship; implemented a molecular pathology rotation for Pathology residents; and guided development of a new CLIA-approved molecular diagnostics laboratory, which became operative in the summer of 2005. The expansion of research activities has resulted in a considerable number of new RO1s and other competitive grants being obtained by MGH Pathology investigators.

In September of 2006, I became the Pathologist-in-Chief at the Massachusetts General Hospital as well as Benjamin Castleman Professor of Pathology at Harvard Medical School. The Pathology department at MGH consists of approximately 80 faculty members and 700 employees, and provides full pathology clinical services, including anatomic pathology, laboratory medicine and the blood transfusion service, as well as a residency training program and multiple fellowships, and a growing research group focusing on the molecular pathology of cancer. On becoming Chief, I undertook an aggressive restructuring of the department, designed to create synergies between the prior "silos" of anatomic pathology and laboratory medicine and between the clinical and research arms. Expansion of the department to date has targeted three areas: molecular diagnostics, pathology informatics and cancer-related research.

## B. Funding Information: Research

Principal Investigator, National Research Service Award, NIH CA 09144, "Tumor suppressor genes in astrocytomas," 1991-1993

Principal Investigator, American Cancer Society, Research Grant CB-31A, "Genetic mechanisms of tumorigenesis in human astrocytomas," 1992-1994

Co-investigator, NIH RO1 CA57683, "Toward a molecular classification of human astrocytomas," 1992-1997

Principal Investigator, NIH PO1 NS24279 (Xandra Breakefield, PI), Core C: Neuropathology, "Molecular genetics of inherited neurological diseases," 1995-2005

Principal Investigator, American Cancer Society, Institutional Research Grant "The chromosome 19q glioma tumor suppressor gene," 1995-1996

Principal Investigator, Brain Tumor Society, Research Grant "The chromosome 19q glioma tumor suppressor gene," 1995-1997

Principal Investigator, NIH PO1 CA69246 (Fred Hochberg, PI), Core C: Neuropathology and molecular genetics, "Gene therapy of brain tumors," 1996-2004

Principal Investigator, NIH RO1 CA 69285, "The chromosome 19q glioma tumor suppressor gene," 1996-2003

Principal Investigator, National Brain Tumor Foundation, Research Grant "Molecular genetic subsets of glioblastoma multiforme," 1997-1998

Principal Investigator, NIH RO1 CA57683, "Toward a molecular classification of human gliomas," 1999-2014

Principal Investigator, Brain Tumor Society, Research Grant "Molecular genetic predictors of chemotherapeutic response and survival in oligodendroglial neoplasms," 1998-1999

Principal Investigator, UO1 CA62475 (New Approaches to Brain Tumor Therapy), Biology Core award, "Molecular subsets of human astrocytomas and oligodendrogliomas," 1998-1999

Principal Investigator, Army Research grant, Neuropathology core, "Vestibular schwannomas in NF2," 1998-2002

Co-Principal Investigator, Dana-Farber/Partners Cancer Center Clinical Cancer Genetics grant, "Chromosome 1p loss in brain tumors," 1999-2000

Co-Principal Investigator, U01 CA894314 (Terry van Dyke, PI) "Mouse Models of Human Cancer Consortium, Preclinical Mouse Models: Central Nervous System Cancers," 1999-2004

Principal Investigator, 5T32CA09216-26 Research Fellowship Training Grant, "Molecular Immunology and Tumor Biology," 2002-2006

 

DN Louis, page 11
January 5, 2009

Principal Investigator, NIH PO1 CA095281 (Daniel Haber, PI), Core C: Molecular Pathology,
"Genetic Models of Cellular Proliferation," 2002-2007
Principal Investigator, NIH PO1 CA95616 (Ron DePinho, PI), Core B: Molecular Pathology,
"Genetics and Biology of Malignant Glioma," 2003-2008
Principal Investigator, NIH R21/R33 CA106695
"Custom array CGH for glioma diagnosis and management," 2005-2010
Principal Investigator, Brain Tumor Society, Research Grant
"Analysis of the mismatch repair pathway in chemoresistant human
glioblastomas," 2006-2008

## C. Report of Current Research Activities

Molecular genetics and molecular diagnostics of human gliomas
Mouse models of brain tumors
Molecular genetics of inherited neurological tumor syndromes
Gene therapy of brain tumors
Molecular genetics and animal models of other human cancers

## D. Central Neuropathological Review for National/International Brain Tumor Trials

"Phase I multicenter dose escalation study of GLIADEL in recurrent malignant glioma,"
NABTT UO1 Consortium
"Phase III study of neoadjuvant intravenous Cereport and carboplatin in newly diagnosed
glioblastoma multiforme," Alkermes
"Phase II study of low-dose PCV (mini-PCV) chemotherapy as initial treatment for low-
grade pure and mixed oligodendrogliomas," Oligodendroglioma Study Group
"Phase I/III randomized study of radiation therapy and temozolamide versus radiation
therapy and BCNU versus radiation therapy and temozolamide and BCNU for
anaplastic astrocytoma," RTOG 98-13
"Phase II trial of intensive chemotherapy and autotransplantation for patients with newly
diagnosed anaplastic oligodendroglioma," Memorial Sloan-Kettering Cancer Center



DN Louis, page 12
January 5, 2009

**E. Report of Teaching**

**1. Local contributions**

**a. Harvard Medical School**

| | |
|---|---|
| 1989-1990 | Laboratory instructor, Human Nervous System and Behavior |
| 1991-93 | Laboratory instructor and lecturer, Introduction to Neuroscience, HMS200/HST130 |
| 1993,1996 | Lecturer, Neurobiology of Disease |
| 1995-2000 | Lecturer, Human Nervous System and Behavior |
| 1998-2004 | Lecturer, Revisiting Biomedical Sciences and Pathology |
| 2002,2004 | Lecturer, Neurobiology of Disease |
| 2002 | Lecturer, Pathology |
| 2003,2005-08 | Lecturer, HST Pathology |
| 2004-2005 | Lecturer, HMS/BBS Molecular Mechanisms of Disease |
| 2006 | Lecturer, HST Diseases of the Nervous System, HST424/MIT9.24 |
| 2007 | Lecturer, Introduction to Neuroscience, HMS200/HST130 |

**b. Leadership roles in Harvard Medical School courses**

| | |
|---|---|
| 1994-2001 | Director, Neuroanatomy section (lectures and laboratories), Introduction to Neuroscience, HMS 200/HST 130 |

**c. Local (MGH/HMS) invited teaching presentations**

Massachusetts General Hospital, Boston, MA, Neurosurgery Grand Rounds, 3/26/92
Massachusetts General Hospital, Boston, MA, Pathology Grand Rounds, 1/25/93
Massachusetts General Hospital, Boston, MA, Neurology Grand Rounds, 5/20/93
Brigham and Women's Hospital, Boston, MA, Neuro-oncology Conference, 5/5/94
Massachusetts General Hospital, Boston, MA, Pathology Grand Rounds, 11/7/94
Massachusetts General Hospital, Boston, MA, Pathology Grand Rounds, 9/16/96
100th Anniversary of the MGH Dept. of Pathology, Boston, MA 10/13/96
Brigham and Women's Hospital, Boston, MA, Neuro-oncology Conference, 2/13/97
Massachusetts General Hospital, Boston, MA, Neurology Grand Rounds, 2/27/97
Massachusetts General Hospital, Boston, MA, Hematology-Oncology Grand Rounds, 3/14/97
150th Anniversary of the Harvard Med. School Dept. of Pathology, Boston, MA, 10/24/97
Pathology Seminar Series, Harvard Medical School, Boston, MA, 3/24/98
Massachusetts General Hospital, Boston, MA, Pathology Grand Rounds, 5/6/98
Massachusetts General Hospital, Boston, MA, Neurosurgery Grand Rounds, 5/21/98
Children's Hospital, Boston, MA, Neurology Research Seminar, 2/11/99
Massachusetts General Hospital, Boston, MA, Neurology Grand Rounds, 6/3/99
Brigham and Women's Hospital, Boston, MA, Pathology Seminar, 12/3/99
Massachusetts General Hospital, Boston, MA, Pathology Grand Rounds, 2/23/00
Massachusetts General Hospital, Boston, MA, Neurosurgery Grand Rounds, 10/19/00
Massachusetts General Hospital, Boston, MA, Neurosurgery Grand Rounds, 2/17/02
Massachusetts General Hospital, Boston, MA, Cancer Center seminar, 2/13/02
Massachusetts General Hospital, Boston, MA, Neurology Grand Rounds, 3/7/02
Massachusetts General Hospital, Boston, MA, GI Research Seminar, 10/29/02
Brigham and Women's Hospital, Boston, MA, Pathology Grand Rounds, 12/1/03
Massachusetts General Hospital, Boston, MA, Neurology Resident Seminar, 12/3/03
Dana-Farber Cancer Institute, Boston, MA, Pediatric Heme-Onc Conf, 1/22/04
Massachusetts General Hospital, Boston, MA, Hematology-Oncology Grand Rounds, 2/3/04
Harvard-Partners Telemedicine Conference to Saudi Arabia, Boston, MA, 3/23/04
Massachusetts General Hospital, Boston, MA, Neurology Resident Seminar, 4/12/06
Massachusetts General Hospital, Boston, MA, Neurosurgery Grand Rounds, 5/11/06
Massachusetts General Hospital, Boston, MA, Cancer Center Grand Rounds, 5/11/06
Dana-Farber Cancer Institute/Brigham and Women's Hospital, Boston, MA, Neuro-oncology Conference, 6/9/06

Harvard Medical School, LAM/TSC Seminar Series, Boston, MA, 3/15/07
Brigham and Women's Hospital, Boston, MA, Pathology Grand Rounds, 5/14/07

### d. Continuing medical education (Harvard Med School Postgraduate Courses)

| | |
|---|---|
| 1991/1994 | Lecturer, "Neurology in the 1990's: Intensive Review and Update" |
| 1992 | Lecturer, "AVMs: The New Era" |
| 1992-2003, 2005- | Lecturer, "Current Concepts in Surgical Pathology" |
| 1998,2000- | Lecturer, "Tumors of the Central Nervous System" |
| 1999 | Lecturer, "Neuroradiology" |
| 2003 | Lecturer, "Laboratory Medicine" |

### e. Laboratory trainees (current positions in parentheses)

Mari-Paz Rubio (1992-94), Graduate Student, PhD 8/94, University of Navarra, Spain, Award for best biology thesis, University of Navarra, 1994 (Research scientist, Instituto de Biomedicina de Valencia, Valencia, Spain)

Laurence Rhines (1992-93), Harvard Medical School, Medical Student IV, Advanced Basic Science Requirement (Assistant. Prof., Dept of Neurosurgery, MD Anderson Cancer Center)

Keisuke Ueki MD (1993-97), Post-doctoral Fellow (Associate Professor of Neurosurgery, Director, Dokkyo University Comprehensive Cancer Center, Dokkyu University, Japan)

Selina Cortez MD (1993), Neuropathology Resident, Brigham and Women's Hospital (Assistant Professor of Pathology, Brown University School of Medicine)

Dean Chou (1994-95), UC San Francisco, Medical Student IV, Howard Hughes Medical Institute Medical Student Fellow (Assistant Professor of Neurosurgery, UCSF, San Francisco, CA)

William Yong MD (1994-95), Pathology Resident, MGH (Associate Professor of Pathology, UCLA, Los Angeles, CA)

Jeffrey Joseph MD PhD (1994), Neuropathology Resident, Brigham and Women's Hosp. (Associate Professor of Neurology, Neuropathologist, Beth Israel Deaconess Medical Center and Harvard Medical School)

Yasuhiro Ono MD PhD (1995), Post-doctoral Fellow (Neurosurgeon, Okayama Medical School Hospitals, Okayama, Japan)

Anat Stemmer-Rachamimov MD (1995-2000), Post-doctoral Fellow (Assistant Professor of Pathology, Harvard Medical School, Boston, MA; Staff neuropathologist, MGH, Boston, MA)

Jon Rosenberg (1995-96), Harvard Medical School, Medical Student IV, Howard Hughes Medical Institute Medical Student Fellow (Assistant Professor of Medicine, UCSF, San Francisco, CA)

Michael Platten (1995-96), University of Bonn, Germany, Medical Student, Biomedical Sciences Exchange Program student (Neuro-oncologist, University of Tübingen, Tübingen, Germany)

Shivapriya Ramaswamy PhD (1996-98), Post-doctoral fellow (Instructor in Medicine, Dana-Farber Cancer Center, Harvard Medical School, Boston, MA)

Karen Burns MD (1996-97), Post-doctoral fellow (Assistant Professor of Pathology, University of Ottawa, Ottawa, Canada)

Yasushi Ino MD (1997-2000), Post-doctoral fellow (Assistant Professor of Neurosurgery, University of Tokyo, Japan)

G. Petur Nielsen MD (1997-99), Research associate (Associate Professor of Pathology, Harvard Medical School, Boston, MA)

Ute Pohl MD (1998-2000), Post-doctoral fellow (Neuropathology fellow, Cambridge University, Cambridge, UK)

Michael Møller MD (1998), Visiting fellow, Odense University, Denmark

DN Louis, page 14
January 5, 2009

Nils Peters (1998), Medical student, University of Bonn, Germany (Neurologist, University of Munich, Germany)

Wolfgang Roggendorf MD (1998), Visiting professor, University of Würzburg, Germany

Hikaru Sasaki MD (1998-2001), Post-doctoral fellow (Neurosurgeon, Keio University, Tokyo, Japan)

Wendy Cohen (1999-2001), Tufts University undergraduate student (Dental student, Harvard Dental School)

Christian Hartmann MD (1999-2001), Post-doctoral fellow (Neuropathology fellow, Charité Hospital, Berlin, Germany)

Yoshifumi Okada, MD (2000-2002), Post-doctoral fellow (Neurosurgeon, Dokkyu University, Japan)

Catherine Nutt PhD (2000-2003), Post-doctoral fellow (Instructor in Pathology, Harvard Medical School, Boston, MA; Assistant in Molecular Pathology, MGH, Boston, MA)

Masahiro Mizoguchi (2001-03), Post-doctoral fellow (Neurosurgeon, Kyushu University, Kyushu, Japan)

Shumin Dong (2002-2007), Post-doctoral fellow (Research pathologist/scientist, Tufts University, Boston, MA)

Daniel Cahill (2002-2003, 2005-2006), Post-doctoral fellow (Neurosurgery resident, MGH, Boston, MA)

Shinji Nagakawa (2003-2004), Post-doctoral fellow (Neurosurgeon, Saitama Medical School Hospitals, Saitama, Japan)

Wolf Mueller (2003-2005), Post-doctoral fellow (Neuropathologist, University of Heidelberg, Germany)

Markus Riemenschneider (2004-2006), Post-doctoral fellow (Neuropathology fellow, Heinrich Heine University, Dusseldorf, Germany)

Luigi Poliani (2004), Visiting neuropathology fellow (Pathologist, Milan, Italy)

Audrey Rousseau (2005-2006), Post-doctoral fellow (Neuropathologist, Salpetriere Hospital, Paris, France)

Stephen Yip (2006- ), Post-doctoral fellow

Darlene Gabeau-Lacet (2007- ), Post-doctoral fellow

John Miao (2007- ), Post-doctoral fellow



DN Louis, page 15
January 5, 2009

## 2. National and international contributions (invited lectures)

Rhode Island Hospital/Brown Univ., Providence, RI, Neurology Grand Rounds, 10/91
Georgetown University Med. Ctr., Washington, DC, Pathology Research Seminar, 2/24/92
Case Western University, Cleveland, OH, Pathology Research Seminar, 3/16/92
University of California, San Francisco, CA, Pathology Research Seminar, 3/23/92
Loyola University Medical Center, Chicago, IL, Pathology Grand Rounds, 1/24/94
Growth Control in Central Nervous System Neoplasia Workshop, Boston, MA, 5/20/94.
Duke University, Durham, NC, Genetics Department Seminar, 7/21/94
International Congress of Neuropathology, Tumor Genetics Workshop, Toronto, 9/20/94
Cornell Univeristy Medical College, NY, NY, Pathology Grand Rounds, 10/31/94
Boston Society for Neurology and Psychiatry, Boston, MA, 11/17/94
Rhode Island Hospital/Brown Univ., Providence, RI, Neurology Grand Rounds, 3/1/95
Institute of Psychiatry, University of London, UK, Research Seminar, 6/21/95
British Neuro-Oncology Group, Sheffield, UK, Keynote Address, 6/23/95
Review and Update in Neurobiology for Neurosurgeons, Woods Hole, MA, 11/2/95
Boston University, Boston, MA, Neurology Grand Rounds, 11/9/95
Wistar Institute, Philadelphia, PA, Albert R. Taxin Brain Tumor Symposium, 11/30/95
Tufts University, Boston, MA, Neurology/Neurosurgery Grand Rounds, 3/14/96
American Association of Neuropathologists, Special Course, Invited speaker, Vancouver, BC,
    6/12/96
Review and Update in Neurobiology for Neurosurgeons, Woods Hole, MA, 10/29/96
Fifth Japanese Conference on Brain Tumor Research and Therapy, Hakone, Japan, Keynote
    Addresses, 11/11-12/96
National Cancer Center, Tokyo, Japan, Research Seminar, 11/13/96
Banff Conference on Brain Tumours, Banff, Canada, Invited Lecture, 12/6/96
Baystate Medical Center, Springfield, MA, Pathology Grand Rounds, 1/8/97
U. Mass. Medical Center, Worcester, MA, Pathology Grand Rounds, 1/29/97
Rhode Island Society of Pathologists, Invited Lecture, Providence, RI, 3/18/97
American Society of Investigative Pathologists, Special Course, New Orleans, LA, 4/6/97
Neurology Grand Rounds, University Hospital, London, Ontario, Canada, 5/13/97
Oncology Seminar, London Regional Cancer Centre, London, Ontario, Canada, 5/13/97
Neuroscience Seminar, Nervenklinik, University Hospital, Bonn, Germany, 5/22/97
Cancer of the Nervous System, AACR/AANS course, Invited Lecture, San Diego, CA, 6/9/97
The Brain Tumor Society Annual Meeting, Keynote Speaker, Boston, MA, 9/15/97
12th International Conference on Brain Tumour Research and Therapy, Invited Lecture, Keble
    College, Oxford, UK, 9/21/97
The Brain Tumor Society, New Fontiers '97, Keynote Speaker, Boston, MA 11/1/97
Review and Update in Neurobiology for Neurosurgeons, Woods Hole, MA, 11/4/97
A Systems Approach to Glial Neoplasms, Invited Speaker, NYU, New York, NY, 11/13/97
Pediatric Oncology Series, Division of Clinical Sciences, NCI/NIH, Bethesda MD, 11/21/97
Pathology Grand Rounds, Univ Texas Southwestern, Dallas, TX, 3/17/98
University of Vermont, Burlington, VT, Neuroscience Grand Rounds, 4/2/98
University of Vermont, Burlington, VT, Cancer Center Symposium, 4/2/98
Wistar Institute, Philadelphia, PA, Research Seminar, 4/29/98
AANS Satellite Symposium, Philadelphia, PA, Invited Lecture, 4/30/98
Memorial Sloan-Kettering Cancer Center, Human Genetics and Human Cancer, 5/1/98
McGill Univ. Dept of Pathology, Montreal, Quebec, Finlayson Day lecturer, 6/11/98
Canadian Association of Neuropathologists, Royal College of Physicians and Surgeons
    Lecturer, Saskatoon, Saskatchewan, Canada, 9/18/98
Review and Update in Neurobiology for Neurosurgeons, Woods Hole, MA, 10/19/98
Society for Neuro-Oncology, Invited speaker, Special Course on Low Grade Gliomas, San
    Francisco, CA, 11/12/98
University of Connecticut, Farmington, CT, Molecular Medicine seminar, 12/21/98
Oligodendroglioma Study Group, Toronto, Ontario, Canada, 2/19/99
Boston Association for Cancer Research, Boston, MA, 3/18/99
University of Virginia, Charlottesville, VA, Pathology research seminar, 4/14/99



DN Louis, page 16
January 5, 2009

Neuropathology at the Turn of the Millenium, Invited Speaker, Bonn, Germany, 10/8/99
Review and Update in Neurobiology for Neurosurgeons, Woods Hole, MA, 10/15/99
Congress of Neurological Surgeons, Invited speaker, Boston, MA, 11/1/99
The Brain Tumor Society Annual Symposium, Invited speaker, Providence, RI, 11/14/99
Society for Neuro-Oncology, Invited speaker Special Course on Germ Cell Neoplasms,
    Scottsdale, AZ, 11/18/99
Washington University School of Medicine Cancer Center, Tumor Genetics Seminar, Invited
    speaker, St. Louis, MO, 12/7/99
Deborah and Edward Strobin Lectureship in Neuro-Oncology, UCSF Department of
    Neurosurgery, San Francisco, CA, 3/30/00
Congressional Luncheon Banquet, Brain Tumor Awareness Week, Guest speaker, Washington,
    DC, 5/2/00
Symposium: Brain Tumors, Max Delbrück Center for Molecular Medicine, Invited speaker,
    Berlin, Germany, 6/15/00
International Congress of Neuropathology, Keynote lecturer, Birmingham, UK, 9/4/00
National Advisory Neurological Disorders and Stroke Council, National Institute of
    Neurological Disorders and Stroke, Invited speaker, 9/14/00
Review and Update in Neurobiology for Neurosurgeons, Woods Hole, MA, 10/16/00
Pathology Research Seminar, Memorial Sloan-Kettering Cancer Center, NY, NY, 11/7/00
Consensus Conference of the Collection of Data on Primary Brain Tumors, Invited speaker,
    Chicago, IL 11/9/00
National Cancer Advisory Board, National Cancer Institute, Brain Tumor PRG presentation,
    Bethesda, MD, 12/5/00
Neurosurgical Oncology Symposium, Invited speaker, MD Anderson Cancer Center, Houston,
    TX, 1/27/01
Neuro-Oncology Symposium, American Association for Cancer Research Annual Meeting,
    Invited speaker, New Orleans, LA, 3/27/01
American Society of Neuroradiology Annual Meeting, Invited speaker, Boston, MA, 4/21/01
19th Annual Meeting of The Japan Society of Brain Tumor Pathology, Invited speaker, Tokyo,
    Japan, 5/23-24/01
University of Tokyo, Department of Neurosurgery, Invited speaker, Tokyo, Japan, 5/24/01
NCI Gynecological Cancer Progress Review Group, Plenary speaker, Washington, DC, 6/18/01
3rd International Symposium on Neuro-Oncology, Invited speaker, Buenos Aires,
    Argentina, 9/3-4/01
Third Annual Pencer Brain Tumor Centre Lectureship, Princess Margaret Hospital and Toronto
    Western Hospital, Toronto, Canada, 10/25/01
Arthur and Sonia Labatt Brain Tumour Research Centre, Hospital for Sick Children,
    Invited speaker, Toronto, Canada, 10/25/01
World Federation for Neuro-Oncology, Invited speaker, Meet-the-Expert session, Washington,
    DC, 11/17/01
Hermelin Brain Tumor Center, Invited speaker, Henry Ford Hospital, Detroit, MI, 12/7/01
10th Canadian Neuro-Oncology Meeting, Invited speaker, Montreal, Canada, 5/3/02
European Congress of Neuropathology, Plenary and workshop speaker, Helsinki, Finland, 7/14/02
Fifteenth Biannual NABTT Lecturer, NABTT Consortium meeting, Greensboro, NC, 11/8/02
Society for Neuro-Oncology, Invited speaker, Special Course on Molecular Diagnosis, San
    Diego, CA, 11/21/02
National Neurofibromatosis Foundation Mouse Model Meeting, Invited speaker, Boston, MA,
    2/10/03
National Cancer Institute Comprehensive Molecular Analysis of Human Gliomas and
    Medulloblastomas workshop, Invited speaker, Bethesda, MD, 9/9/03
University of Wisconsin, Madision, WI, Cellular and Molecular Pathology Seminar Series,
    10/10/03
Farber Award lecture, Society for Neuro-Oncology, Keystone, CO, 11/14/03
Clarissa Dolman Memorial Lecture, University of British Columbia and Vancouver General
    Hospital, Vancouver, Canada, 3/10/04

DN Louis, page 17
January 5, 2009

11th International Symposium on Pediatric Neuro-Oncology, Invited speaker, Boston, MA,
6/16/04
American Association of Neuropathologists, Special Course, Invited speaker, Cleveland, OH,
6/24/04
The Brain Tumor Society Annual Symposium, Invited speaker, Boston, MA, 10/30/04
The Ohio State University Comprehensive Cancer Center, Annual symposium, Invited speaker,
Columbus, OH, 3/11/05
Children's Hospital of Philadelphia, Pathology Seminar Series, Invited speaker, Philadelphia,
PA, 5/10/05
Boston University School of Medicine, Pathology Research Seminar, Invited speaker, Boston,
Massachusetts, 10/25/05
Cancer of the Nervous System Symposium, American Association for Cancer Research Annual
Meeting, Invited speaker and Co-chair, Washington, DC, 4/03/06
16th International Conference on Brain Tumor Research and Therapy, Invited sepaker, Napa,
California, 4/28/06
Salpêtrière Hospital, Neurology and Pathology Departments, Research Seminar, Paris, France,
6/30/06
16th International Congress of Neuropathology, Invited speaker, San Francisco, CA, 9/12/06
The Brain Tumor Society Annual Meeting, Keynote speaker, Needham, MA, 10/23/06
Lucien J. Rubinstein lectures, Department of Pathology and Neuro-oncology, University of
Virginia, Charlottesville, VA, 11/7-8/06
American Association of Neuropathologists, Special Course, Invited speaker, Washington, DC,
4/27/07 (Louis lecture delivered by course organizer because of inability to travel)
William Sweet lecture, New England Neurosurgical Society, Concord, MA, 6/8/07
2007 International Conference on Glioma Research and Therapy, Invited speaker, Boston, MA,
10/12/07
Columbia University, Neurology Grand Rounds, New York, NY, 12/19/07
Saul R. Korey Award/Lecture, American Association of Neuropathologists, San Diego,
CA, 4/7/08
University of Pennsylvania, Pathology Grand Rounds, Philadelphia, PA, 4/14/08
Association of Pathology Chairs, Invited speaker, Colorado Springs, CO, 7/18/08
Boston University School of Medicine, Pathology Grand Rounds, Invited speaker, Boston,
Massachusetts, 10/3/08

## F. Report of Clinical Activities

1. Clinical practice
   Staff neuropathologist, Massachusetts General Hospital: surgical and autopsy neuropathology
   Consult practice as neuropathologist for multiple hospitals in US, Canada and overseas, as well
   as National Cancer Institute: diagnostically challenging cases from general pathologists
   Administration of Pathology Service at Massachusetts General Hospital

2. Clinical contributions
   Refinement of diagnostic criteria and nosological entities in tumor neuropathology
   Introduction of molecular genetic analysis into clinical neuropathology/neuro-oncology
   Publication of a multiple neuropathology textbooks
   Editor of 2007 WHO Classification of Tumours of the Central Nervous System

3. Clinical recognition at national and international level
   Central neuropathology reviewer for multiple national and international brain tumor trials
   Consultation service deriving cases from different regions of US and abroad
   Member of 2000 WHO committee for classification of human brain tumors
   Chair of 2007 WHO committee for classification of tumors of the central nervous system
   Author of neuropathology textbooks, including editor of *Greenfield's Neuropathology*, the
   international reference text for the field of neuropathology



## Part III: Bibiliography

### Original Reports

1. Louis DN, Vickery AL, Rosai J, Wang CA. Multiple branchial cleft-like cysts in Hashimoto's thyroiditis. Am J Surg Path 13:45-49, 1989.

2. Louis DN, Richardson EP, Dickersin GR, Petrucci DA, Rosenberg AE, Ojemann RG. Primary intracranial leiomyosarcoma. J Neurosurg 71:279-282, 1989.

3. Louis DN, Hedley-Whyte ET, Martuza RL. Sarcomatous proliferation of the vasculature in a subependymoma. Acta Neuropathol 78:332-335, 1989.

4. Miralbell R, Louis DN, O'Keefe D, Rosenberg AE, Suit HD. Metastatic ependymoma of the sacrum. Cancer 65:2353-2355, 1990.

5. Louis DN, Hochberg FH. Cerebral primitive neuroectodermal tumor in an adult, metastatic after 18-year dormancy. J Neuro-Oncol 9:77-80, 1990.

6. Steichen J, Stewart R, Louis DN, Choi B, Kung R, Martuza RL. A new 1.9 u laser for neurosurgery. J Neurosurg 73:611-614, 1990.

7. Louis DN, Swearingen B, Linggood RL, Dickersin GR, Kretschmar C, Bhan AK, Hedley-Whyte ET. Central nervous system neurocytoma and neuroblastoma in adults-- report of 8 cases. J Neuro-Oncol 9:231-238, 1990.

8. Louis DN, Hedley-Whyte ET, Martuza RL. Sarcomatous proliferation of the vasculature in a subependymoma: a follow-up study of sarcomatous dedifferentiation. Acta Neuropathol 80:573-574, 1990.

9. Louis DN, Hamilton AJ, Sobel RA, Ojemann RG. Pseudopsammomatous meningioma with elevated serum carcino-embryonic antigen (CEA)-- a true secretory meningioma. J Neurosurg 74:129-132, 1991.

10. Arriagada PV, Louis DN, Hedley-Whyte ET, Hyman BT. Neurofibrillary tangles and olfactory dysgenesis: A test of the olfactory hypothesis of neurofibrillary tangle formation. Lancet 337:559, 1991.

11. Louis DN, Edgerton S, Thor AD, Hedley-Whyte ET. Proliferating cell nuclear antigen (PCNA) and Ki-67 immunohistochemistry in brain tumors-- a comparative study. Acta Neuropathol 81:675-679, 1991.

12. Chung RY, Whaley JM, Kley N, Anderson KM, Louis DN, Menon AG, Hettlich C, Freiman RN, Hedley-Whyte ET, Martuza RL, Jenkins RG, Yandell DW, Seizinger BR. TP53 gene mutations and chromosome 17p deletion in human astrocytomas. Genes Chrom Cancer 3:323-331, 1991.

13. Ropper AH, Cole D, Louis DN. Clinicopathologic correlation in a case of pupillary dilation from massive cerebral hemorrhage. Arch Neurol 48:1166-1169, 1991.



DN Louis, page 19
January 5, 2009

14. Louis DN, Arriagada PV, Hyman BT, Hedley-Whyte ET. Olfactory dysgenesis or hypoplasia: a variant in the arhinencephaly spectrum? Neurology 42:179-182, 1992.

15. Louis DN, Meehan SM, Ferrante RJ, Hedley-Whyte ET. The use of the silver nucleolar organizer region technique in the diagnosis of CNS neoplasia. J Neuropathol Exp Neurol 51:150-157, 1992.

16. Glass J, Hochberg FH, Gruber ML, Louis DN, Smith D, Rattner B. The treatment of oligodendrogliomas and mixed oligodendroglioma-astrocytomas with PCV chemotherapy. J Neurosurg 76:741-745, 1992.

17. von Deimling A, Eibl RH, Ohgaki H, Louis DN, von Ammon K, Petersen I, Kleihues P, Chung RY, Wiestler OD, Seizinger BR. p53 mutations are associated with 17p allelic loss in grade II and grade III astrocytoma. Cancer Res 52:2987-2990, 1992.

18. von Deimling A, Louis DN, von Ammon K, Petersen I, Hoell T, Chung RY, Martuza RL, Schoenfeld DA, Yasargil MG, Wiestler OD, Seizinger BR. Association of epidermal growth factor receptor gene amplification with loss of chromosome 10 in human glioblastoma multiforme. J Neurosurg 77:295-301, 1992.

19. Ogilvy CS, Louis DN, Ojemann RG. Cavernous angiomas of the spinal cord. Neurosurg 31:219-230, 1992.

20. Louis DN, von Deimling A, Seizinger BR. A $(CA)_n$ dinucleotide repeat assay for detection of loss of heterozygosity in small and archival human brain tumor specimens. Am J Pathol 141:777-782, 1992.

21. von Deimling, Louis DN, von Ammon K, Petersen I, Wiestler OD, Seizinger BR. Evidence for a tumor suppressor gene on chromosome 19q associated with human astrocytomas, oligodendrogliomas and mixed gliomas. Cancer Res 52:4277-4279, 1992.

22. von Deimling A, von Deimling F, Louis DN, Trofatter J, Gusella JF, Seizinger BR. A *Rsa* I polymorphism in the ERCC2 locus. Hum Molec Genet 1:355, 1992.

23. Louis DN, von Deimling A, Dickersin GR, Dooling EC, Seizinger BR. Desmoplastic cerebral astrocytomas of infancy: pathological, immunohistochemical, ultrastructural and molecular genetic study. Human Pathol 23:1402-1409, 1992.

24. Louis DN, von Deimling A, Chung RY, Rubio M-P, Whaley JM, Eibl RH, Ohgaki H, Wiestler OD, Thor AD, Seizinger BR. Comparative study of p53 gene and protein alterations in human astrocytic tumors. J Neuropathol Exp Neurol 52:31-38, 1993.

25. von Deimling A, von Ammon K, Schonfeld DA, Wiestler OD, Seizinger BR, Louis DN. Subsets of glioblastoma multiforme defined by molecular genetic analysis. Brain Pathol 3:19-26, 1993.

26. Burnstine MA, Levin LA, Louis DN, Hedley-Whyte ET, Kupsky WJ, Doepner D, Albert DM. Nucleolar organizer regions in optic gliomas. Brain 116:1465-1476, 1993.

DN Louis, page 20
January 5, 2009

27. Centeno BA, Louis DN, Kupsky WJ, Preffer F, Sobel RA. Silver nucleolar organizer (AgNOR) impregnation, proliferating cell nuclear antigen (PCNA) immunohistochemistry and flow cytometry in the differential diagnosis of choroid plexus lesions. Am J Clin Pathol 100:690-696, 1993.

28. von Deimling A, Louis DN, Menon AG, von Ammon K, Petersen I, Ellison D, Wiestler OD, Seizinger BR. Deletions on the long arm of chromosome 17 in pilocytic astrocytomas. Acta Neuropathol 86:81-85, 1993.

29. Louis DN, Rubio M-P, Correa K, Gusella JF, von Deimling A. Molecular genetics of pediatric brain stem gliomas. Application of PCR techniques to small and archival brain tumor specimens. J Neuropathol Exp Neurol 52:507-515, 1993.

30. Rubio M-P, von Deimling A, Yandell DW, Wiestler OD, Gusella JF, Louis DN. Accumulation of wild-type p53 protein in human astrocytomas. Cancer Res 53:3465-3467, 1993.

31. von Deimling A, Bender B, Louis DN, Wiestler OD. A rapid and non-radioactive PCR-based assay for the detection of allelic loss in human tumors. Neuropathol Appl Neurobiol 19:524-529, 1993.

32. von Deimling A, Bender B, Jahnke R, Waha A, Kraus J, Albrecht S, Wellenreuther R, Fassbender F, Nagel J, Menon AG, Louis DN, Lenartz D, Schramm J, Wiestler OD. Loci associated with malignant progression in astrocytomas: a candidate on chromosome 19q. Cancer Res 54:1397-1401, 1994.

33. Cryns VL, Rubio M-P, Thor AD, Louis DN, Arnold A. p53 abnormalities in human parathyroid carcinoma. J Clin Endocrinol Metab 78:1320-1324, 1994.

34. Jacoby LB, MacCollin MM, Louis DN, Mohney T, Rubio M-P, Pulaski K, Trofatter JA, Kley N, Seizinger BR, Ramesh V, Gusella JF. Exon scanning for mutation of the NF2 gene in schwannomas. Hum Mol Genet 3:413-419, 1994.

35. Rubio M-P, Correa KC, Ramesh V, MacCollin MM, Jacoby LB, von Deimling A, Gusella JF, Louis DN. Analysis of the neurofibromatosis 2 (NF2) gene in human ependymomas and astrocytomas. Cancer Res 54:45-47, 1994.

36. Tatter S, Borges LF, Louis DN. Central neurocytomas of the cervical spinal cord. J Neurosurg 81:288-293, 1994.

37. Aronen HJ, Gazit IE, Louis DN, Pardo FS, Buchbinder BR, Harsh GR, Cosgrove GR, Hochberg FH, Rosen BR. Cerebral blood volume maps of gliomas: comparison with tumor grade and histologic findings. Radiology 191:41-51, 1994.

38. Miller DC, Hochberg FH, Harris NL, Gruber ML, Louis DN, Cohen H. Pathology with clinical correlations of primary CNS non-Hodgkins lymphoma: the Massachusetts General Hospital experience 1958-1989. Cancer 74:1383-1397, 1994.

DN Louis, page 21
January 5, 2009

39. von Deimling A, Nagel J, Bender B, Lenartz D, Schramm J, Louis DN, Wiestler OD. Deletion mapping of chromosome 19 in human gliomas. Int J Cancer 57:676-680, 1994.

40. Tatter SB, Ogilvy CS, Golden JA, Ojemann RG, Louis DN. Third ventricular xanthogranulomas clinically and radiologically mimicking colloid cysts. J Neurosurg 81:605-609, 1994.

41. Henson JW, Schnitker BL, Correa K, von Deimling A, Fassbinder F, Xu H-J, Benedict WF, Yandell DW, Louis DN. The retinoblastoma gene is involved in the malignant progression of astrocytomas. Ann Neurol 36:714-721, 1994.

42. MacCollin MM, Ramesh V, Jacoby LB, Louis DN, Rubio M-P, Pulaski K, Trofatter JA, Short MP, Bove C, Eldridge R, Parry D, Gusella JF. Mutational analysis of patients with neurofibromatosis type 2. Am J Hum Genet 55:314-320, 1994.

43. Ueki K, Richardson EP, Henson JW, Louis DN. In situ PCR demonstration of JC virus in PML, including an index case. Ann Neurol 36:670-673, 1994.

44. Rubio M-P, Correa KM, Ueki K, Mohrenweiser HW, Gusella JF, von Deimling A, Louis DN. The putative glioma tumor suppressor gene on chromosome 19q maps between APOC2 and HRC. Cancer Res 54:4760-4763, 1994.

45. Xu L, Sgroi D, Sterner CJ, Beauchamp RL, Pinney DM, Keel S, Ueki K, Rutter JL, Buckler AJ, Louis DN, Gusella JF, Ramesh V. Mutational analysis of the CDKN2 (MTS1/p16$^{ink4}$) gene in human breast carcinomas. Cancer Res 54:5262-5264, 1994.

46. Ueki K, Rubio M-P, Ramesh V, Correa KM, Rutter JL, von Deimling A, Buckler AJ, Gusella JF, Louis DN. MTS1/CDKN2 gene mutations are rare in primary human astrocytomas with allelic loss of chromosome 9p. Hum Molec Genet 3:1841-1845, 1994.

47. Kraus JA, Koopman J, Kaskel P, Maintz D, Brandner S, Schramm J, Louis DN, Wiestler OD, von Deimling A. Shared allelic losses on chromosomes 1p and 19q suggest a common origin of oligodendroglioma and oligoastrocytoma. J Neuropathol Exp Neurol 54:91-95, 1995.

48. von Deimling A, Kraus JA, Stangl AP, Wellenreuther R, Lenartz D, Schramm J, Louis DN, Ramesh V, Gusella JF, Wiestler OD. Evidence for subarachnoid spread in the development of multiple meningiomas. Brain Pathol 5:11-14, 1995.

49. Weissmann DJ, Ferry JA, Harris NL, Louis DN, Delmonico F, Spiro I. Posttransplantation lymphoproliferative disorders in solid organ recipients are predominantly aggressive tumors of host origin. Am J Clin Pathol 103:748-755, 1995.

50. Wellenreuther R, Kraus JA, Lenartz D, Menon AG, Schramm J, Louis DN, Ramesh V, Gusella JF, Wiestler OD, von Deimling A. Analysis of the neurofibromatosis 2 gene reveals molecular variants of meningioma. Am J Pathol 146:827-832, 1995.



DN Louis, page 22
January 5, 2009

51. Reeves SA, Rubio M-P, Louis DN. General method for PCR amplification and direct sequencing of mRNA differential display products. Biotechniques 18:18-20, 1995.

52. Raffel C, Ueki K, Harsh GR, Louis DN. The multiple tumor suppressor 1 / cyclin dependent kinase inhibitor 2 gene in human central nervous system primitive neuroectodermal tumor. Neurosurgery 36:971-975, 1995.

53. Alderson L, Castleberg R, Harsh GR, Louis DN, Henson JW. Human gliomas with wild-type p53 express bcl-2. Cancer Res 55:999-1001, 1995.

54. Dirven CMF, Tuerlings J, Molenaar WM, Go KG, Louis DN. Glioblastoma multiforme in four siblings: a cytogenetic and molecular genetic study. J Neuro-Oncol 24:251-258, 1995.

55. Yong WH, Chou D, Ueki K, Harsh GR, von Deimling A, Gusella JF, Mohrenweiser HW, Louis DN. Chromosome 19q deletions in human gliomas overlap telomeric to D19S219 and may target a 425 kb region centromeric to D19S112. J Neuropathol Exp Neurol 54:622-626, 1995.

56. Koopman J, Maintz D, Schild S, Schramm J, Louis DN, Wiestler OD, von Deimling A. Multiple polymorphisms, but no mutations, in the WAF1/CIP1 gene in human brain tumors. Brit J Cancer 72:1230-1233, 1995.

57. Marchuk DA, Gallione C, Morrison LA, Clericuzio CL, Hart BL, Kosofsky BE, Louis DN, Gusella JF, Davis LE, Prenger V. A locus for cerebral cavernous malformations maps to chromosome 7q in two families. Genomics 28:311-314, 1995.

58. Joseph JT, Lisle DK, Jacoby LB, Paulus W, Barone R, Cohen M, Roggendorf W, Bruner JM, Gusella JF, Louis DN. *NF2* gene analysis distinguishes hemangiopericytoma from meningioma. Am J Pathol 147:1450-1455, 1995.

59. Yong WH, Ueki K, Chou D, Reeves SA, von Deimling A, Gusella JF, Mohrenweiser HW, Buckler AJ, Louis DN. Cloning of a highly conserved human protein serine-threonine phosphatase from the glioma candidate region on chromosome 19q13.3. Genomics 29:533-536, 1995.

60. Johnson EW, Iyer LM, Rich SS, Orr HT, Gil-Nagel A, Kurth JH, Zabramski JM, Marchuk DA, Weissenbach J, Clericuzio CL, Davis LE, Hart BL, Gusella JF, Kosofsky BE, Louis DN, Morrison LA, Green ED, and Weber JL. Refined localization of the cerebral cavernous malformation gene (CCM1) to a 4-cM interval of chromosome 7q contained in a well-defined YAC contig. Genome Research 5:368-380, 1995.

61. Yong WH, Raffel C, von Deimling A, Louis DN. "The APC gene in Turcot's syndrome" (Letter to the Editor). New Eng J Med 333:524, 1995.

62. Reeves SA, Ueki K, Sinha B, DiFiglia M, Louis DN. Regional expression and subcellular localization of the tyrosine-specific phosphatase SH-PTP2 in the adult human nervous system. Neurosci 71:1037-1042, 1996.

63. Alderson L, Fetell M, Sisti M, Hochberg FH, Cohen M, Louis DN. Sentinel lesions of primary CNS lymphoma. J Neurol Neurosurg Psych 60:102-105, 1996.



DN Louis, page 23
January 5, 2009

64. Paulus W, Lisle DK, Tonn JC, Wolf HK, Roggendorf W, Reeves SA, Louis DN. Molecular genetic alterations in pleomorphic xanthoastrocytoma. Acta Neuropathol 91:293-297, 1996.

65. Cramer SC, Glaspy J, Efird JT, Louis DN. Chronic lymphocytic leukemia and the central nervous system: a clinical and pathological study. Neurology 46:19-25, 1996.

66. Rainov NG, Kramm CM, Aboody-Gutermann K, Chase M, Ueki K, Louis DN, Harsh GR, Chiocca EA, Breakefield XO. Retrovirus-mediated gene therapy of experimental brain neoplasms using the HSV-TK/ganciclovir paradigm. Cancer Gene Ther 3:99-106, 1996.

67. Hermanson M, Funa K, Koopman J, Mainz D, Waha A, Westermark B, Heldin C-H, Wiestler OD, Louis DN, von Deimling A, Nistér M. Association of loss of heterozygosity (LOH) on chromosome 17p with high platelet-derived growth factor (PDGF) α-receptor expression in human malignant gliomas. Cancer Res 56:164-171, 1996.

68. Ono Y, Ueki K, Joseph JT, Louis DN. Homozygous deletions of the CDKN2/p16 gene in dural hemangiopericytomas. Acta Neuropathol 91:221-225, 1996.

69. Chou D, Miyashita T, Mohrenweiser HW, Ueki K, Kastury K, Druck T, von Deimling A, Huebner K, Reed JC, Louis DN. The BAX gene maps to the glioma candidate region at 19q13.3, but is not altered in human gliomas. Cancer Genet Cytogenet 88:136-140, 1996.

70. Ueki K, Ono Y, Henson JW, Efird JT, von Deimling A, Louis DN. CDKN2/p16 or RB alterations occur in the majority of glioblastomas and are inversely correlated. Cancer Res 56:150-153, 1996.

71. Rollbrocker B, Waha A, Louis DN, Wiestler OD, von Deimling A. Amplification of the cyclin dependent kinase 4 (CDK4) gene is associated with high cdk4 protein levels in glioblastoma multiforme. Acta Neuropathol 92:70-74, 1996.

72. Platten M, Giordano MJ, Dirven CMF, Gutmann DH, Louis DN. Upregulation of specific *NF1* gene transcripts in sporadic pilocytic astrocytomas. Am J Pathol 149:621-627, 1996.

73. Kim L, Hochberg FH, Thornton AF, Harsh GR, Patel H, Finkelstein D, Louis DN. PCV (procarbazine, CCNU, vincristine) therapy of grade III and grade IV oligo-astrocytoma. J Neurosurg 85:602-607, 1996.

74. Ono Y, Tamiya T, Ichikawa T, Kunishio K, Matsumoto K, Furuta T, Ohmoto T, Ueki K, Louis DN. Malignant astrocytomas with homozygous *CDKN2/p16* gene deletions have higher Ki-67 proliferation indices. J Neuropathol Exp Neurol 55:1026-1031, 1996.

75. Rosenberg JE, Lisle DK, Burwick JA, Ueki K, von Deimling A, Mohrenweiser HW, Louis DN. Refined deletion mapping of the chromosome 19q glioma tumor suppressor gene to the D19S412-STD interval. Oncogene 13:2483-2485, 1996.

76. Ueki K, Ramaswamy S, Billings SJ, Mohrenweiser HW, Louis DN. ANOVA, a putative astrocytic RNA-binding protein gene that maps to chromosome 19q13.3. Neurogenetics 1:31-36, 1997.

77. Ono Y, Tamiya T, Ichikawa T, Matsumoto K, Furuta T, Ohmoto T, Akiyama K, Seki S, Ueki K, Louis DN. Accumulation of wild type p53 in astrocytomas is regionally heterogeneous and associated with increased p21 expression. Acta Neuropathol 94:21-27, 1997.

78. Platten M, Meyer-Puttliz B, Blumcke I, Waha A, Wolf HK, Nothen MM, Louis DN, Sampson JR, von Deimling A. A novel splice site associated polymorphism in the tuberous sclerosis 2 (TSC2) gene may predispose to the development of sporadic gangliogliomas. J Neuropathol Exp Neurol 56:806-810, 1997.

79. Chung DC, Smith AP, Louis DN, Graeme-Cook F, Warshaw AL, Arnold A. Analysis of the retinoblastoma tumor suppressor gene in pancreatic endocrine tumors. Clin Endocrinol 47:523-528, 1997.

80. Hayashi Y, Ueki K, Waha A, Wiestler OD, Louis DN, von Deimling A. Association of EGFR gene amplification and CDKN2 (p16/MTS1) gene deletion in glioblastoma multiforme. Brain Pathol 7:871-875, 1997.

81. Herrlinger U, Kramm CM, Johnston KM, Louis DN, Finkelstein D, Reznikoff G, Dranoff G, Breakefield XO, Yu JS. Vaccination for experimental gliomas using GM-CSF transduced glioma cells. Canc Gene Therapy 4:345-352, 1997.

82. Chung DC, Smith AP, Louis DN, Graeme-Cook F, Warshaw AL, Arnold A. A novel pancreatic endocrine tumor suppressor gene locus on chromosome 3p with clinical prognostic implications. J Clin Invest 100:404-410, 1997.

83. Hsu DW, Louis DN, Efird J, Hedley-Whyte ET. The use of MIB-1 (Ki-67) immunoreactivity in differentiating grade II and III gliomas. J Neuropathol Exp Neurol 56:857-865, 1997.

84. Meyer-Puttlitz B, Hayashi Y, Waha A, Rollbrocker B, Bostrom J, Wiestler OD, Louis DN, Reifenberger G, von Deimling A. Molecular genetic analysis of giant cell glioblastomas. Am J Pathol 151:853-857, 1997.

85. Stemmer-Rachamimov AO, Gonzalez-Agosti C, Xu L, Burwick JA, Beauchamp R, Pinney D, Louis DN, Ramesh V. Expression of NF2-encoded merlin and related ERM family proteins in the human central nervous system. J Neuropathol Exp Neurol 56:735-742, 1997.

86. Jones RM, MacDonald ME, Branda J, Altherr MR, Louis DN, Schmidt EV. Assignment of the human gene encoding eukaryotic initiation factor 4E (EIF4E) to the region q21-25 on chromosome 4. Somatic Cell Molec Genet 23:221-223, 1997.

87. Stemmer-Rachamimov AO, Horgan M, Taratuto AL, Munoz DG, Smith TW, Frosch MP, Louis DN. Meningioangiomatosis is associated with neurofibromatosis 2 but not with somatic alterations of the NF2 gene. J Neuropathol Exp Neurol 56:485-489, 1997.

DN Louis, page 25
January 5, 2009

88. Maintz D, Fiedler K, Koopman J, Rollbrocker B, Nechev S, Lenartz D, Stangl AP, Louis DN, Schramm J, Wiestler OD, von Deimling A. Molecular genetic evidence for subtypes of oligoastrocytomas. J Neuropathol Exp Neurol 56:1098-1104, 1997.

89. Ueki K, Ramaswamy S, Billings SJ, Mohrenweiser HW, Louis DN. Chromosomal localization to 19q13.3, partial genomic structure and 5' cDNA sequence of the human symplekin gene. Somatic Cell Molec Genet 23:229-231, 1997.

90. Stemmer-Rachamimov AO, Xu L, Gonzalez-Agosti C, Burwick J, Pinney D, Beauchamp R, Jacoby LB, Gusella JF, Ramesh V, Louis DN. Universal absence of merlin, but not other ERM family members, in schwannomas. Am J Pathol 152:1649-1654, 1997.

91. Bakshi R, Glass J, Louis DN, Hochberg FH. Magnetic resonance imaging features of solitary inflammatory brain masses. J Neuroimaging 8:8-14, 1998.

92. Husain N, Chiocca EA, Rainov N, Louis DN, Zervas NT. Co-expression of Fas and Fas ligand in malignant glial tumors and cell lines. Acta Neuropathol 95:287-290, 1998.

93. Duerr E-M, Rollbrocker B, Hayashi Y, Peters N, Meyer-Puttlitz B, Louis DN, Schramm J, Wiestler OD, Parsons R, Eng C, von Deimling A. PTEN mutations in gliomas and glioneuronal tumors. Oncogene 16:2259-2264, 1998.

94. Herrlinger U, Kramm CM, Aboody-Guterman KS, Silver JS, Ikeda K, Johnston KM, Pechan PA, Barth RF, Finkelstein D, Chiocca EA, Louis DN, Breakefield XO. Pre-existing Herpes simplex virus-1 (HSV-1) immunity decreases, but does not abolish gene transfer to experimental brain tumors by a HSV-1 vector. Gene Therapy 5:809-819. 1998.

95. Cobbers JMJL, Wolter M, Reifenberger J, Ring GU, Jessen F, An H-X, Niederacher D, Schmidt EE, Ichimura K, Floeth F, Kirsch L, Borchand F, Louis DN, Collins VP, Reifenberger G. Frequent inactivation of CDKN2A and rare mutation of TP53 in primary central nervous system non-Hodgkin's lymphomas from immunocompetent patients. Brain Pathol 8:263-276, 1998.

96. Cheng LL, Chang I-W, Louis DN, Gonzalez RG. Correlation of high resolution magic angle spinning proton MR spectroscopy with histopathology of intact human brain tumor specimens. Cancer Res 58:1825-1832, 1998.

97. Burns KL, Ueki K, Jhung SL, Koh J, Louis DN. Molecular genetic correlates of p16, cdk4 and pRb immunohistochemistry in glioblastomas. J Neuropathol Exp Neurol 57:122-130, 1998.

98. Brecher K, Hochberg FH, Louis DN, de la Monte S, Riskind P. Unusual leukoencephalopathy preceding primary central nervous system lymphoma. J Neurol Neurosurg Psych 65:917-20, 1998.

99. Nielsen GP, Burns KL, Rosenberg AE, Louis DN. CDKN2A gene deletions and loss of p16 expression occur in osteosarcomas that lack RB alterations. Am J Pathol 153:159-163, 1998.

100. Cairncross JG, Ueki K, Zlatescu MC, Lisle DK, Finkelstein DM, Hammond RR, Silver JS, Stark PC, Macdonald DR, Ino Y, Ramsay DA, Louis DN. Specific genetic predictors of chemotherapeutic response and survival in patients with anaplastic oligodendrogliomas. J Natl Canc Inst 90:1473-1479, 1998.

101. Ohh M, Yauch RL, Lonergan KM, Whaley JM, Stemmer-Rachamimov AO, Louis DN, Gavin BJ, Kley N, Kaelin WG Jr, Iliopoulos O. The von Hippel-Lindau tumor suppressor protein is required for proper assembly of extracellular fibronectin matrix. Molecular Cell 1:959-968, 1998.

102. Stemmer-Rachamimov AO, Ino Y, Lim ZY, Jacoby LB, MacCollin M, Gusella JF, Ramesh VR, Louis DN. Loss of the *NF2* gene and merlin occur in the tumorlet stage of schwannoma development in neurofibromatosis 2. J Neuropathol Exp Neurol 57:1164-1167, 1998.

103. Stemmer-Rachamimov AO, Nielsen GP, Jones D, Ramesh V, Rosenberg AE, Gusella JF, Louis DN, Jacoby LB. The NF2 gene and merlin protein in human osteosarcomas. Neurogenetics 2:73-74, 1998.

104. Møller MB, Ino Y, Gerdes A-M, Skjødt K, Louis DN, Pedersen NT. Aberrations of the p53 pathway components p53, MDM2 and CDKN2A appear independent in diffuse large B cell lymphoma. Leukemia 13:453-459, 1999.

105. Taylor MD, Perry J, Zlatescu MC, Stemmer-Rachamimov AO, Ang LC, Ino Y, Schwartz M, Becker L, Louis DN, Cairncross JG. *hPMS2* exon 5 mutation and malignant glioma: case report and molecular genetic study. J Neurosurg 90:946-950, 1999.

106. Peters N, Smith JS, Tachibana I, Lee HK, Pohl U, Portier BP, Louis DN, Jenkins RB. The human glia maturation factor-gamma (HGMF-γ) gene: genomic structure and mutation analysis in gliomas with chromosome 19q loss. Neurogenetics 2:163-166, 1999.

107. Ino Y, Silver JS, Blazejewski L, Nishikawa R, Matsutani M, von Deimling A, Louis DN. Common regions of deletion on chromosome 22q12.3-13.1 and 22q13.2 in human astrocytomas appear related to malignancy grade. J Neuropathol Exp Neurol 58:881-885, 1999.

108. Nielsen GP, Stemmer-Rachamimov AO, Shaw J, Roy J, Koh J, Louis DN. Immunohistochemical survey of p16INK4A expression in human tissues. Lab Invest 79:1137-1143, 1999.

109. Pohl U, Cairncross JG, Louis DN. Homozygous deletions of the CDKN2C/p18INK4C gene on the short arm of chromosome 1 in anaplastic oligodendrogliomas. Brain Pathol 9:639-643, 1999.

110. Castells A, Ino Y, Louis DN, Ramesh V, Gusella JF, Rustgi AK. Mapping of a target region of allelic loss to a 0.5-cM interval on chromosome 22q13 in human colorectal cancer. Gastroenterology 117:831-837, 1999.

111. Ikeda K, Ichikawa T, Silver JS, Hiroaki W, Suling KM, Deisbock TS, Finkelstein D, Harsh GR, Louis DN, Bartus RT, Hochberg FH, Chiocca EA. Oncolytic virus therapy of multiple tumors in the brain requires

DN Louis, page 27
January 5, 2009

suppression of innate and elicited antiviral responses. Nature Med 5:881-887, 1999.

112. Nielsen GP, Stemmer-Rachamimov AO, Ino Y, Møller MB, Rosenberg AE, Louis DN. Malignant transformation of neurofibromas in neurofibromatosis 1 is associated with CDKN2A/p16 inactivation. Am J Pathol 155:1879-1884, 1999.

113. Sahoo T, Johnson EW, Thomas JW, Kuehl PM, Jones TL, Dokken CG, Touchman JW, Gallione CJ, Lee-Lin S-Q, Kosofsky B, Kurth JH, Louis DN, Mettler G, Morrison L, Orr HT, Rich SS, Zabramski JM, Boguski MS, Green ED, and Marchuk DA Mutations in the gene encoding KRIT1, a Krev-1/rap1a binding protein, cause cerebral cavernous malformations *(CCM1)*. Hum Molec Genet 8:2325-2333, 1999.

114. Qureshi NH, Bankiewicz KS, Louis DN, Hochberg FH, Chiocca EA, Harsh GR. Multicolumn infusion of gene therapy cells into human brain tumor: technical report. Neurosurgery 46:663-669, 2000.

115. Henson JW, Thornton AF, Louis DN. Spinal cord astrocytoma: response to PCV chemotherapy. Neurology 54: 518-520, 2000.

116. Møller MB, Kania PW, Ino Y, Gerdes A-M, Nielsen O, Louis DN, Skjødt K, Pedersen NT. Frequent disruption of the RB1 pathway in diffuse large B-cell lymphoma: prognostic significance of E2F-1 and p16INK4A. Leukemia 92:804-811, 2000.

117. Dickson MA, Hahn WC, Ino Y, Ronfard V, Wu JY, Weinberg RA, Louis DN, Li FP, Rheinwald JG. Human keratinocytes that express hTERT and also bypass p16INK4A-enforced mechanism that limits lifespan become immortal yet retain normal growth controls and differentiation characteristics. Mol Cell Biol 20:1436-1447, 2000.

118. Chan AW, Tarbell NJ, Black PMcL, Louis DN, Frosch MP, Ancukiewicz M, Chapman P, Loeffler JS. Adult medulloblastoma: prognostic factors and patterns of relapse. Neurosurgery 47:623-631, 2000.

119. Ikeda K, Wakimoto H, Ichikawa T, Jhung S, Hochberg FH, Louis DN, Chiocca EA. Complement depletion facilitates the infection of multiple brain tumors by an intravascular, replication-conditional herpes simplex virus mutant. J Virol 74:4765-4775, 2000.

120. Harsh GR, Deisboeck TS, Louis DN, Hilton J, Colvin OM, Silver JS, Qureshi N, Kracher J, Finkelstein D, Chiocca EA, Hochberg FH. Thymidine kinase activation of ganciclovir in recurrent malignant gliomas: a gene-marking and neuropathological study. J Neurosurg 92:804-811, 2000.

121. Ino Y, Zlatescu MC, Sasaki H, Macdonald DR, Stemmer-Rachamimov AO, Jhung S, Ramsay DA, von Deimling A, Louis DN, Cairncross JG. Long survival and therapeutic responses in histologically disparate high grade gliomas with chromosome 1p loss. J Neurosurg 92:983-990, 2000.

122. Misdraji J, Ino Y, Louis DN, Rosenberg AE, Chiocca EA, Harris NL. Primary lymphoma of peripheral nerve: report of 4 cases. Am J Surg Pathol 24:1257-1265, 2000

123. Smith JS, Tachibana I, Lee HK, Quian J, Pohl U, Mohrenweiser HW, Borell TJ, Hosek SM, Soderberg CL, von Deimling A, Perry A, Scheithauer BW, Louis DN, Jenkins RB. Mapping of the chromosome 19 q-arm glioma tumor suppressor gene using fluorescence in situ hybridization and novel microsatellite markers. Genes Chromosom Cancer 29:16-25, 2000.

124. Ino Y, Wahrer DC, Bell DW, Haber DA, Louis DN. Mutation analysis of the hCHK2 gene in primary human malignant gliomas. Neurogenetics 3:45-46, 2000.

125. Bauman GS, Ino Y, Ueki K, Zlatescu MC, Fisher BJ, Macdonald DR, Stitt L, Louis DN, Cairncross JG. Allelic loss of chromosome 1p and radiotherapy plus chemotherapy in patients with oligodendrogliomas. Int J Radiat Oncol Biol Phys 48:825-830, 2000.

126. Smith JS, Tachibana I, Pohl U, Lee HK, Thanarajasingam U, Portier BP, Ueki K, Ramaswamy S, Billings SJ, Mohrenweiser HW, Louis DN, Jenkins RB. A transcript map of the chromosome 19q-arm tumor suppressor region. Genomics 64:44-50, 2000.

127. Pohl U, Smith JS, Tachibana I, Ueki K, Lee HK, Ramaswamy S, Wu Q, Mohrenweiser HW, Jenkins RB, Louis DN. EHD2, EHD3 and EHD4 encode novel members of a highly conserved family of EH domain-containing proteins. Genomics 63:255-262, 2000.

128. Park C, Hartmann C, Folkerth R, Loeffler JS, Wen PY, Fine HA, Black PMcL, Shafman T, Louis DN. Systemic metastasis in glioblastoma may represent the emergence of neoplastic subclones. J Neuropathol Exp Neurol 59:1044-1050, 2000.

129. Tortosa A, Ino Y, Odell N, Swilley S, Sasaki H, Louis DN, Henson JW. Molecular genetics of radiographically defined *de novo* glioblastoma. Neuropathol Appl Neurobiol 26:544-552, 2000.

130. von Deimling A, Fimmers R, Schmidt MC, Bender B, Fassbender F, Nagel J, Jahnke R, Kaskel P, Duerr E-M, Koopmann J, Mainz D, Steinbeck S, Wick W, Platten M, Müller D, Przkora R, Waha A, Blümcke B, Wellenreuther R, Meyer-Puttlitz B, Schmidt O, Mollenhauer J, Poustka A, Stangl AP, Lenartz D, von Ammon K, Henson JW, Schramm J, Louis DN, Wiestler OD. Comprehensive allelotype and genetic analysis of 466 human nervous system tumors. J Neuropathol Exp Neurol 59:544-558, 2000.

131. Campen R, Mankin H, Louis DN, Hirano M, MacCollin M. Familial occurrence of adiposis dolorosa. J Am Acad Dermatol, 44:132-136, 2001.

132. Murthy V, Stemmer-Rachamimov AO, Haddad LA, Roy JE, Cutone AN, Beauchamp RL, Smith N, Louis DN, Ramesh V. Developmental expression of the tuberous sclerosis proteins tuberin and hamartin. Acta Neuropathol 101:202-10, 2001.



DN Louis, page 29
January 5, 2009

133. Stemmer-Rachamimov AO, Wiederhold T, Nielsen GP, James M, Pinney-Michalowski D, Roy JE, Cohen WA, Ramesh V, Louis DN. NHE-RF, a merlin-interacting protein, is primarily expressed in luminal epithelia, proliferative endometrium and estrogen receptor-positive breast carcinomas. Am J Pathol 158:57-62, 2001.

134. Blakley P, Louis DN, Short MP, MacCollin M. A clinical study of patients with multiple isolated neurofibromas. J Med Genet 38(7):485-488, 2001.

135. Primavera J, Nikas DC, Zamani AA, Shafman T, Alexander E III, DeGirolami U, Louis DN. Clear cell pleomorphic xanthoastrocytoma. Acta Neuropathol 102:404-408, 2001.

136. Sasaki H, Zlatescu MC, Betensky RA, Ino Y, Cairncross JG, Louis DN. PTEN is a target of chromosome 10q loss in anaplastic oligodendrogliomas and PTEN alterations are associated with poor prognosis. Am J Pathol 159:359-367, 2001.

137. Niida Y, Stemmer-Rachamimov AO, Logrip M, Tapon D, Perez R, Kwiatkowski DJ, Sims K, MacCollin M, Louis DN, Ramesh V. Survey of somatic mutations in TSC hamartomas suggests different mechanisms for pathogenesis of TSC lesions. Am J Hum Genet 69:493-503, 2001.

138. Lu QR, Park J, Noll E, Chan JA, Alberta J, Yuk D, Alzmora MG, Louis DN, Stiles CD, Rowitch DH, Black PMcL. Oligodendrocyte lineage genes (OLIG) as molecular markers for human glial brain tumors. Proc Natl Acad Sci USA 98:10851-10856, 2001.

139. Dai C, Celestino JC, Okada Y, Louis DN, Fuller GN, Holland EC. PDGF autocrine stimulation dedifferentiates cultured astrocytes and induces oligodendrogliomas and astrocytomas from neural progenitors and astrocytes in vivo. Genes and Develop 15:1913-1925, 2001.

140. Lu X, Magrane G, Yin C, Louis DN, Gray J, van Dyke T. Selective inactivation of p53 facilitates mouse epithelial tumor progression without chromosomal instability. Mol Cell Biol 21:6017-6030, 2001.

141. Ino Y, Betensky RA, Zlatescu MC, Sasaki H, Macdonald DR, Stemmer-Rachamimov AO, Ramsay DA, Cairncross JG, Louis DN. Molecular subtypes of anaplastic oligodendroglioma: implications for patient management at diagnosis. Clinical Cancer Res 7:839-845, 2001.

142. Zlatescu MC, TehraniYazdi AR, Sasaki H, DelMaestro RF, Betensky RA, Louis DN, Cairncross JG. Tumor location and growth pattern correlate with genetic signature in oligodendroglial neoplasms. Cancer Res 61:6713-6715, 2001.

143. Kohane DS, Lipp M, Kinney RC, Anthony DC, Louis DN, Lotan N. Langer R. Biocompatibility of lipid-protein-sugar particles containing bupivicaine in the epineurium. J Biomed Materials Res 59:450-459, 2002.

144. Smith ER, Ott M, Wain J, Louis DN, Chiocca EA. Massive growth of a meningioma into the brachial plexus and thoracic cavity after intraspinal and supraclavicular resection. J Neurosurg 96:107-111, 2002.



DN Louis, page 30
January 5, 2009

145. Li, Y, Betensky RA, Louis DN, Cairncross JG. The use of frailty hazard models for unrecognized heterogeneity that interacts with treatment: considerations of efficiency and power. Biometrics 58, 232-236, 2002.

146. Hartmann C, Johnk L, Sasaki H, Jenkins RB, Louis DN. Novel *PLA2G4C* polymorphism as a molecular diagnostic assay for 19q loss in human gliomas. Brain Pathol 12:178-182, 2002.

147. Rabinov J, Lee PL, Barker FG, Louis DN, Harsh GR, Cosgrove GR, Chiocca EA, Thornton AF, Loeffler J, Henson JW, Gonzalez RG. In vivo 3-T MR spectroscopy in the distinction of recurrent glioma versus radiation effects: initial experience. Radiology 225:871-879, 2002.

148. Lam P, Hui KM, Wang Y, Allen PD, Louis DN, Yuan CJ, Breakefield XO. Dynamics of transgene expression in human glioblastoma cells mediated by HSV/AAV amplicon vectors. Human Gene Therapy 13:2147-2159, 2002.

149. Sasaki H, Betensky RA, Cairncross JG, Louis DN. DMBT1 polymorphisms: relationship to malignant glioma tumorigenesis. Cancer Res 62:1790-1796, 2002.

150. Pomeroy SL, Tamayo P, Gaasenbeek M, Sturla LM, Angelo M, McLaughlin ME, Kim JYH, Goumnerova OC, Black PMcL, Lau C, Allen JC, Zagzag D, Olson JM, Curran T, Wetmore C, Biegel JA, Poggio T, Mukherjee S, Califano A, Stolovitzky G, Louis DN, Mesirov JP, Lander ES, Golub TR. Prediction of central nervous system embryonal tumour outcome based on gene expression. Nature 415:436-442, 2002.

151. Betensky RA, Louis DN, Cairncross JG. Influence of unrecognized molecular heterogeneity on randomized clinical trials. J Clin Oncol 20:2495-2499, 2002.

151. Sasaki H, Zlatescu MC, Betensky RA, Johnk L, Cutone A, Cairncross JG, Louis DN. Histopathological-molecular genetic correlations in referral pathologist-diagnosed low-grade "oligodendroglioma." J Neuropathol Exp Neurol 61:58-63, 2002.

152. Schmidt MC, Antweller S, Urban N, Mueller W, Kuklik A, Meyer-Puttlitz, Wiestler OD, Louis DN, Frimmers R, von Deimling A. Impact of genotype and morphology on the prognosis of glioblastoma. J Neuropathol Exp Neurol 61:321-328, 2002.

153. Okada Y, Nishikawa R, Matsutani M, Louis DN. Hypomethylated X chromosome gain and rare isochromosome 12p in diverse intracranial germ cell tumors. Neuropathol Exp Neurol 61(6):531-538, 2002.

154. Mueller W, Hartmann C, Lanksch W, Kiwit W, Tonn J, Veelken J, Schramm J, Weller M, Wiestler OD, Louis DN, von Deimling A. Genetic signature of oligoastrocytomas tumors correlates with tumor location and denotes distinct molecular subsets. Am J Pathol 161:313-319, 2002.

DN Louis, page 31
January 5, 2009

155. Xiao A, Wu H, Pandolfi PP, Louis DN, van Dyke T. Astrocyte inactivation of the pRb pathway predisposes mice to malignant astrocytoma formation that is accelerated by PTEN mutation. Cancer Cell 1:157-168, 2002.

156. Bachoo RM, Maher EA, Ligon K, Sharpless NE, Chan S, You J, Tang Y, DeFrances J, Stover E, Weissleder R, Rowitch DH, Louis DN, DePinho RA. Epidermal growth factor receptor and Ink4a/Arf: convergent mechanisms governing terminal differentiation and transformation along the neural stem cell to astrocyte axis. Cancer Cell 1:269-277, 2002.

157. Hartmann C, Johnk L, Kitange G, Wu Y, Ashworth LK, Jenkins RB, Louis DN. Transcript map of the 3.7-Mb D19S112-D19S246 candidate tumor suppressor region on the long arm of chromosome 19. Cancer Res 62:4100-4108, 2002.

158. Heinrich B, Hartmann C, Stemmer-Rachamimov AO, Louis DN, and MacCollin M. Multiple meningiomas: investigating the molecular basis of sporadic and familial forms. Int J Cancer 103:483-488, 2002.

159. Weiss WA, Israel M, Cobbs C, Holland E , James CD, Louis DN, Marks C, McClatchey A, Roberts T, Van Dyke T, Wetmore C, Chiu I, Giovannini M, Guha A, Higgins R, Marino S, Radovanovic I, Reilly K, Aldape K. Neuropathology of genetically engineered mice: consensus report and recommendations from an international forum. Oncogene 21, 7453-7463, 2002.

160. Okada Y, Hurwitz EE, Esposito JM, Brower MA, Nutt CL, Louis DN. Selection pressures of TP53 mutation and microenvironmental location influence EGFR gene amplification in human glioblastomas. Cancer Res 63:413–416, 2003.

161. Deisboeck TS, Wakimoto H, Nestler U, Louis DN, Sehgal PK, Simon M, Chiocca EA, Hochberg FH. Development of a novel non-human primate model for preclinical gene vector safety studies. Determining the effects of intracerebral HSV-1 inoculation in the common marmoset: a comparative study. Gene Therapy 10:1225-1233, 2003.

162. Betensky RA, Louis DN, Cairncross JG. Analysis of a molecular genetic neuro-oncology study with partially biased selection. Biostatistics 4, 167-178, 2003.

163. Hampl JA, Camp SM, Mydlarz WK, Hampl M, Ichikawa T, Chiocca EA, Louis DN, Sena-Esteves M, Breakefield XO. Potentiated gene delivery to tumors using HSV/EBV/RV tribrid amplicon vectors. Human Gene Therapy 14:611-626, 2003.

164. Kohane DS, Smith SE, Louis DN, Colombo G, Ghoroghchian P, Hunfeld NG, Berde CB, Langer R. Prolonged duration local anesthesia from tetrodotoxin-enhanced local anesthetic microspheres. Pain. 104:415-421, 2003.

165. MacCollin M, Willet C, Heinrich B, Jacoby LB, Acierno JS, Perry A, Louis DN. Familial schwannomatosis: exclusion of the NF2 locus as the germline event. Neurology 60:1968-1974, 2003.

166. Gutmann DH, James CD, Poyhonen M, Louis DN, Ferner R, Guha A, Hariharan S, Viskochil D, Perry A.  Molecular analysis of astrocytomas presenting after age ten in individuals with neurofibromatosis 1.  Neurology 61: 1397-1400, 2003.

167. Nutt CL, Mani DR, Betensky DA, Tamayo P, Cairncross JG, Ladd C, Pohl U, Hartmann C, McLaughlin ME, Batchelor TT, Black PM, von Deimling A, Pomeroy SL, Golub TR, Louis DN.  Gene expression-based classification of malignant gliomas correlates better with survival than histological classification. Cancer Res 63:1602-1607, 2003.

168. Braaten, KM, Betensky RA, de Leval L, Okada Y, Hochberg F, Louis DN, Harris NL, and Batchelor TT.  Bcl-6 expression predicts improved survival in patients with primary central nervous system lymphoma.  Clin Cancer Res 9:1063-1069, 2003.

169. Mizoguchi M, Nutt CL, Louis DN. Mutation analysis of CBL-C and SPRED3 on 19q in human glioblastoma. Neurogenetics 5:81-82, 2004.

170. Yang C, Ionescu-Tiba V, Burns K, Gadd M, Zukerberg LR, Louis DN, Sgroi D, Schmidt EV.  The role of the cyclin D1- dependent kinases erbB2-mediated breast cancer.  Am J Pathol 164:1031-1038, 2004.

171. Kiehl T-R, Kalkanis SN, Louis DN.  Pigmented central neurocytoma.  Acta Neuropathol 107:571-574, 2004.

172. Ligon KL, Alberta JA, Kho AT, Weiss J, Kwaan MR, Nutt CL, Louis DN, Stiles CD, Rowitch DH  The oligodendroglial lineage marker OLIG2 is universally expressed in diffuse gliomas. J Neuropath Exp Neurol 63:499-509, 2004.

173. Stemmer-Rachamimov AO, Louis DN, Nielsen GP, Antonescu C, Borowsky A, Bronson R, Burns DK, Cervera P, McLaughlin M, Reifenberger G, Schmale M, MacCollin M, Chao R, Cichowski K, Kalamarides M, Messerli SM, McClatchey A, Niwa-Kawakita M, Ratner N, Reilly KM, Zhu Y, Giovannini M.  Comparative pathology of nerve sheath tumors in mouse models and humans.  Cancer Res 64:3718-3724, 2004.

174. Batchelor TT, Betensky RA, Esposito JM, Pham L, Dorfman MV, Piscatelli N, Jhung S, Rhee D, Louis DN. Age-dependent prognostic effects of genetic alterations in glioblastoma.  Clin Cancer Res 10:228-233, 2004.

175. Mrak RE, Yasargil MG, Mohapatra G, Earel J, Louis DN.  Atypical extraventricular neurocytoma with oligodendroglioma-like spread and an unusual pattern of chromosome 1p and 19q loss.  Human Pathol 35:1156-1159, 2004.

176. Megyesi JF, Kachur E, Lee DA, Zlatescu MC, Betensky RA, Forsyth PA, Okada Y, Sasaki H, Louis DN, Cairncross JG.  Imaging correlates of molecular signatures in oligodendrogliomas. Clin Cancer Res 10:4303-4306, 2004.

177. Chang SM, Seiferheld W, Curran W, Share R, Atkins J, Choucair A, Kresl J, Thoron L, Cairncross G, Gilbert M, Bahary JP, Dolinskas C, Louis DN, Bushunow P, Buckner J, Barger G, Mehta M.  Phase I study pilot arms of radiotherapy and carmustine with temozolomide for anaplastic



astrocytoma (Radiation Therapy Oncology Group 9813): implications for
studies testing initial treatment of brain tumors.  Int J Rad Oncol Biol
Physics 59:1122-1126, 2004.

178. Plummer NW, Gallione CJ, Srinivasan S, Louis DN, Marchuk DA.  Loss of p53
sensitizes mice with a mutation in Ccm1 (KRIT1) to development of
cerebral vascular malformations.  Am J Pathol 165:1509–1518, 2004.

179. Lynch TJ, Bell DW, Sordella R, Gurubhagavatula S, Okimoto RA, Brannigan BW,
Harris PL, Haserlat SM, Supko JG, Haluska FG, Louis DN, Christiani DC,
Settleman J, Haber DA. Activating mutations in the epidermal growth
factor  receptor underlying responsiveness of non-small cell lung cancer to
Gefitinib.  New Eng J Med 350:2129-2139, 2004.

180. Mizoguchi M, Nutt CL, Mohapatra G, Louis DN.  Genetic alterations of
phosphoinositide 3-kinase subunit genes in human glioblastomas.  Brain
Pathol 14: 372-377, 2004.

181. Sloan KE, Eustace BK, Stewart JK, Zehetmeier C, Torella C, Simeone M, Roy JE,
Unger C, Louis DN, Ilag LL, Jay DG.  CD155/PVR plays a key role in
cell motility during tumor cell invasion and migration.  BMC Cancer 4:73,
2004.

182. Chiocca EA, Abbed KM, Tatter S, Louis DN, Hochberg FH, Barker F, Kracher J,
Grossman SA, Fisher JD, Carson K, Rosenblum M, Mikkelsen T, Olson J,
Markert J, Rosenfeld S, Nabors LB, Brem S, Phuphanich S, Freeman S,
Kaplan R, Zwiebel J.  A phase I open-label, dose-escalation, multi-
institutional trial of injection with an E1B-attenuated ddenovirus, ONYX-
015, into the peritumoral region of recurrent malignant gliomas, in the
adjuvant setting.  Mol Ther. 10:958-966, 2004.

183. Stephens P, Hunter C, Bignell G, Edkins S, Davies H, Teague J, Stevens C,
O'Meara S, Smith R, Parker A, Barthorpe A, Blow M, Brackenbury L,
Butler A, Clarke O, Cole J, Dicks E, Dike A, Drozd A, Edwards K, Forbes
S, Foster R, Gray K, Greenman C, Halliday K, Hills K, Kosmidou V,
Lugg R, Menzies A, Perry J, Petty R, Raine K, Ratford L, Shepherd R,
Small A, Stephens Y, Tofts C, Varian J, West S, Widaa S, Yates A,
Brasseur F, Cooper CS, Flanagan AM, Knowles M, Leung SY, Louis DN,
Looijenga LH, Malkowicz B, Pierotti MA, Teh B, Chenevix-Trench G,
Weber BL, Yuen ST, Harris G, Goldstraw P, Nicholson AG, Futreal PA,
Wooster R, Stratton MR.  Lung cancer: intragenic ERBB2 kinase
mutations in tumours. Nature 431:525-526, 2004.

184. Voloschin AD, Louis DN, Cosgrove GR, Batchelor TT.  Neoadjuvant
temozolomide followed by complete resection of a 1p, 19q deleted
anaplastic oligoastrocytoma.  Neuro-Oncology 7:97-100, 2005.

185. Henson JW, Hobbs W, Chakravarti A, Louis DN. Alterations in p53, p21 and MIB-
1 labeling index in primary human astrocytomas following radiation
therapy.  J Neuro-Oncol 74:151-154, 2005.

186. Kreiger PA, Okada Y, Simon S, Rorke LB, Louis DN, Golden JA.  Losses of
chromosomes 1p and 19q are rare in pediatric oligodendrogliomas.  Acta
Neuropathol 109:387-392, 2005.

187. Betensky RA, Nutt CL, Batchelor TT, Louis DN. Statistical considerations for immunohistochemistry panel development following gene expression profiling of human cancers. J Molec Diagnostics 7:276-282, 2005.

188. Mueller M, Mizoguchi M, Silen E, d' Amore K, Nutt CL, Louis DN. Mutations of the *PIK3CA* gene are rare in human glioblastoma. Acta Neuropathol 109:654-655, 2005.

189. Nutt CL, Betensky RA, Brower MA, Batchelor TT, Louis DN*, Stemmer-Rachamimov AO. YKL-40 is a differential diagnostic marker for histological subtypes of high grade gliomas. (*corresponding author) Clin Cancer Res 11:2258–2264, 2005.

190. Dahiya S, Sarkar C, Hedley-Whyte ET, Sharma MC, Zervas NT, Sridhar E, Louis DN. Spindle cell oncocytoma of the adenohypophysis: report of two cases. Acta Neuropathologica 110:97-99, 2005.

191. Ma D, Nutt CL*, Shanehsaz P, Peng X, Louis DN, Kaetzel DM. Autocrine PDGF-dependent gene expression in glioblastoma cells is mediated largely by activation of the transcription factor SRE-BP, and is associated with altered genotype and patient survival in human brain tumors. Cancer Res 65:5523-5534, 2005. (*co-first author from Louis laboratory).

192. McDonald JM, See SJ, Tremont I, Colman H, Gilbert M, Groves M, Burger P, Louis DN, Giannini C, Fuller G, Passe S, Blair H, Jenkins RB, Yang H, Ledoux A, Tipnis U, Zhang W, Hess K, Aldape K. Prognostic impact of histology and 1p status in anaplastic oligodendroglioma. Cancer 10:1468-1477, 2005.

193. Shih HA, Betensky RA, Dorfman MV, Louis DN, Loeffler JS, Batchelor TT. Genetic analyses for predictors of radiation response in glioblastoma. Int J Rad Oncol Biol Physics 63:704-710, 2005.

194. Riemenschneider MJ, Bell DW, Haber DA, Louis DN. "Pulmonary adenocarcinomas with mutant epidermal growth factor receptors" (Letter to the Editor). New Eng J Med 352:1724-1725, 2005.

195. Barnet C, Louis DN, Kohane DS. Tissue injury from tricyclic antidepressants used as local anesthetics. Anesth Analg 101:1838 –43, 2005.

196. Aghi M, Gaviani P, Henson J, Batchelor TT, Louis DN, Barker FG. Magnetic resonance imaging characteristics predict EGFR amplification status in glioblastoma. Clin Cancer Res 11:8600-8605, 2005.

197. Dong S, Nutt CL, Betensky RA, Stemmer-Rachamimov AO, Denko NC, Ligon KL, Rowitch DH, Louis DN. Histology-based expression profiling yields novel prognostic markers in human glioblastoma. J Neuropathol Exp Neurol 64:948-955, 2005.

198. Riemenschneider MJ, Mueller W, Betensky RA, Mohapatra G, Louis DN. In situ analysis of integrin and growth factor receptor signaling pathways in



human glioblastomas suggests overlapping relationships with FAK activation. Am J Pathol 167:1379-1387, 2005.

199. Engler DA, Mohapatra GM, Louis DN, Betensky RA, A pseudolikelihood approach for simultaneous analysis of array comparative genomic hybridizations (aCGH). Biostatistics 7:399-421, 2006.

200. Hunter C, Smith R, Cahill DP*, Stephens P, Stevens C, Teague J, Greenman C, Edkins S, Bignell G, Davies H, O'Meara S, Parker A, Avis T, Barthorpe S, Brackenbury L, Buck G, Butler A, Clements J, Cole J, Dicks E, Forbes S, Gorton M, Gray K, Halliday K, Harrison R, Hills K, Hinton J, Jenkinson A, Jones D, Kosmidou V, Laman R, Lugg R, Menzies A, Perry J, Petty R, Raine K, Richardson D, Shepherd R, Small A, Solomon H, Tofts C, Varian J, West S, Widaa S, Yates A, Easton DF, Riggins G, Roy JE, Levine KK, Mueller W, Batchelor TT, Louis DN, Stratton MR, Futreal PA, Wooster R. A hypermutation phenotype and somatic MSH6 mutations in recurrent human malignant gliomas after alkylator chemotherapy (*co-first author from Louis laboratory). Cancer Res 66:3987-3991, 2006.

201. Mohapatra G, Betensky RA, Miller ER, Carey B, Gaumont LD, Engler DA, Louis DN. Glioma test array for use with formalin-fixed, paraffin-embedded tissue: array comparative genomic hybridization correlates with loss of heterozygosity and fluorescence in situ hybridization. J Molec Diagnostics 8:268-76, 2006.

202. Riemenschneider MJ, Betensky RA, Pasedag SM, Louis DN. AKT activation in human glioblastomas enhances proliferation via TSC2 and S6 kinase signaling. Cancer Res 66:5618-23, 2006.

203. Fulci G, Breymann L, Gianni D, Kurozomi K, Rhee SS, Yu J, Kaur B, Louis DN, Weissleder R, Caligiuri MA, Chiocca EA. Cyclophosphamide enhances glioma virotherapy by inhibiting innate immune responses. Proc Natl Acad Sci USA 103:12873-12878, 2006.

204. Sequist LV, Joshi VA, Janne, PA, Bell DW, Fidias P, Lindeman NI, Louis DN, Lee JC, Mark EJ, Longtine J, Verlander P, Kucherlapati R, Meyerson M, Haber DA, Johnson BE, Lynch TJ. Epidermal growth factor receptor mutation testing in the care of lung cancer patients. Clin Canc Res 12:4403s-4408s, 2006.

205. Rousseau A, Nutt CL, Betensky RA, Iafrate AJ, Han M, Ligon KL, Rowitch DH, Louis DN. Expression of oligodendroglial and astrocytic lineage markers in diffuse gliomas: use of ApoE, YKL-40, Mash1 and nkx2.2. J Neuropathol Exp Neurol 65:1149-1156, 2006.

206. Mizoguchi M, Betensky RA, Batchelor TT, Bernay DC, Louis DN, Nutt CL. Activation of STAT3, MAPK and AKT in malignant astrocytic gliomas: correlation with EGFR status, tumor grade, and survival. J Neuropathol Exp Neurol 65:1181-1188, 2006.



207. Maher EA, Brennan C, Wen PY, Durso L, Ligon KL, Richardson A, Khatry D, Feng B, Sinha R, Louis DN, Quackenbush J, Black PMcL, Chin L, DePinho RA. Marked genomic differences characterize primary and secondary glioblastoma subtypes and identify two distinct molecular and clinical secondary glioblastoma entities. Cancer Res 66:11502-11513, 2006.

208. Abrey LE, Louis DN, Paleologos N, Lassman AB, Raizer JJ, Mason W, Finlay J, MacDonald DR, DeAngelis LM, Cairncross JG, for the Oligodendroglioma Study Group. Survey of practice patterns for anaplastic oligodendroglioma. Neuro-Oncology 9:314-318, 2007.

209. Mueller W, Nutt CL, Ehrich M, Riemenschneider M, von Deimling A, van den Boom D, Louis DN. Downregulation of *RUNX3* and *TES* by hypermethylation in glioblastoma. Oncogene 26:583-93, 2007.

210. Stegh AH, Kim H, Bachoo RM, Forloney KL, Zhang J, Schulze H, Park K, Hannon GJ, Yuan J, Louis DN, DePinho RA, Chin L. Bcl2L12 inhibits post-mitochrondrial apoptosis signaling in glioblastoma. Genes Develop 21:98-111, 2007.

211. Batchelor TT, Sorensen AG, Di Tomaso E, Zhang W-T, Duda DG, Cohen KS, Kozak KR, Cahill DP, Chen P-J, Zhu M, Ancukiewicz M, Mrugala M, Plotkin S, Drappatz J, Louis DN, Ivy P, Scadden DT, Benner T, Loeffler JS, Wen PY, Jain RK. AZD2171, a pan-VEGF and PDGF receptor tyrosine kinase inhibitor, normalizes tumor vasculature and alleviates edema in glioblastoma patients. Cancer Cell 11:83-95, 2007.

212. Ligon KL, Huillard E, Mehtal S, Kesari S, Liu H, Alberta J, Bachoo R, Kane M, Louis DN, DePinho RA, Anderson DJ, Stiles CD, Rowitch DH. Olig2-regulated lineage-restricted pathway controls replication competence in neural stem cells and malignant glioma. Neuron 53:503-17, 2007.

213. Greenman C, Stephens P, Smith R, Dalgliesh G, Hunter C, Bignell G, Davies H, Teague J, Butler A, Stevens C, Edkins S, O'Meara S, Vastrik I, Schmidt EE, Avis T, Barthorpe S, Bhamra G, Buck G, Choudhury B, Clements J, Cole J, Dicks E, Fobers S, Gray K, Halliday K, Harrison R, Hills K, Hinton J, Jenkinson A, Jones D, Menzies A, Mironenko T, Perry J, Raine K, Richardson D, Shepherd R, Small A, Tofts C, Varian J, Webb T, West S, Widaa S, Yates A, Cahill DP, Louis DN, Goldstraw P, Nicholson AG, Brasseur F, Looijenga L, Weber BL, Chiew Y-E, deFazio A, Greaves ML, Green AR, Campbell P, Birney E, Easton DF, Chevenix-Trench G, Tan M-H, Khoo SK, Teh BT, Yen ST, Leung SY, Wooster R, Futreal PA, Stratton MR. Patterns of somatic mutation in human cancer genomes. Nature 446:153-158, 2007.

214. Betensky RA, Louis DN, Cairncross JG. Tests of association under misclassification: application to histological sampling in oncology. Stat Med 26:4808-4816, 2007.

215. Cahill DP, Levine KK, Betensky RA, Codd PJ, Romany CA, Reavie LB, Batchelor TT, Futreal PA, Stratton MR, Curry WT, Iafrate JA, Louis DN. Loss of the mismatch repair protein MSH6 in human glioblastomas is associated

DN Louis, page 37
January 5, 2009

with tumor progression during temozolomide treatment. Clin Cancer Res 13:2038-2045, 2007.

216. Lawlor MW, Nielsen GP, Louis DN. Malignant solitary fibrous tumor of the meninges with marked amianthoid fiber deposition. Neurpathol Appl Neurobiol (in press).

217. de la Iglesia N, Konopka G, Nutt CL, Bromberg JF, Frank DA, Mischel PS, Louis DN, Bonni A. Deregulation of a STAT3-IL8 signaling pathway promotes human glioblastoma cell proliferation and invasiveness. J Neurosci 28:5870-5878, 2008.

218. Mohile NA, Forsyth P, Stewart D, Raizer JJ, Paleologos N, Kewalramani T, Louis DN, Cairncross JG, Abrey LE. A Phase II study of intensified chemotherapy alone as initial treatment for newly diagnosed anaplastic oligodendroglioma: an interim analysis. J Neuro-Onc (in press).

219. Stegh AH, Kesari S, Mahoney JE, Jenq H, Forloney KL, Protopopov A, Louis DN, Chin L, DePinho RA. Bcl2L12-mediated inhibition of effector caspases 3 and 7 via distinct distinct mechanisms in glioblastoma. Proc Natl Acad Sci USA (in press).

220. DeSantis SM, Houseman EA, Coull BA, Louis DN, Mohapatra G, Betensky RA. A latent class model with hidden Markov dependence for array CGH data. Biometrics (in press).

221. Du J, Bernasconi P, Clauser K, Mani DR, Finn SP, Beroukhim R, Burns M, Lokchander B, Peng XP, Hieronymus H, Lewis T, Liau LM, Nghiemphu P, Mellinghoff I, Louis DN, Loda M, Carr S, Kung AL, Golub TR. Bead-based kinase phosphorylation profiling identifies SRC as a therapeutic target in glioblastoma. Nature Biotech (in press).

222. Wilbur DC, Madi K, Colvin RB, Duncan LM, Faquin WC, Ferry JA, Frosch MP, Houser SL, Kradin RL, Lauwers GY, Louis DN, Mark EJ, Mino-Kenudson M, Misdraji J, Nielsen GP, Pitman MB, Rosenberg AE, Smith RN, Sohani AR, Stone JR, Tambouret RH, Wu C-L, Young RH, Zembowicz A, Klietmann W. Whole slide imaging digital pathology as a platform for teleconsultation: a pilot study using paired subspecialist correlations. Arch Pathol Lab Med (in press).



DN Louis, page 38
January 5, 2009

**Reviews, Chapters and Editorials**

1. Seizinger BR, Klinger HP, Junien C, Nakamura Y, LeBeau M, Cavenee W, Emanuel B, Ponder B, Naylor S, Mitelman F, Louis DN, Menon AG, Decker J, Kaelbling M, Henry I, von Deimling A.  Report of the committee on chromosome and gene loss in human loss in human neoplasia (Human Gene Mapping 11).  Cytogenet Cell Genet 58:1080-1096, 1991.

2. Louis DN.  The p53 gene and protein in human brain tumors. J Neuropathol Exp Neurol 53:11-21, 1994.

3. Louis DN, Seizinger BR.  Genetic basis of neurological tumors. In: *Genetics in Neurology*. AE Harding, ed. London: Bailliere Tindall, 1994.

4. von Deimling A, Louis DN, Schramm J, Wiestler OD.  Astrocytic gliomas: characterization on a molecular genetic basis.  Recent Results in Cancer Research 135:33-42, 1994.

5. Louis DN, Hedley-Whyte ET.  Introduction: Molecular genetics of human brain tumors. Brain Pathol 4:317-319, 1994.

6. Louis DN, Seizinger BR, Cavenee WK.  Molecular genetic basis of cerebral gliomas. In: *Benign Cerebral Gliomas*. MLJ Apuzzo (ed.) Lebanon, NH: AANS Publication, 1995.

7. Louis DN, von Deimling A.  Hereditary tumor syndromes of the nervous system: overview and rare syndromes.  Brain Pathol 5:145-151, 1995.

8. Louis DN, Ramesh V, Gusella JF.  Neuropathology and molecular genetics of neurofibromatosis 2 and related tumors.  Brain Pathol 5:163-172, 1995.

9. Louis DN.  The brain's "other cells" go awry.  On The Brain S95:1-7, 1995.

10. von Deimling A, Louis DN, Wiestler OD.  Molecular pathways in the formation of gliomas.  Glia 15:328-338, 1995.

11. Louis DN, Gusella JF.  A tiger behind many doors: multiple pathways to malignant glioma.  Trends in Genetics 11:412-415, 1995.

12. Louis DN.  Clinicopatho-genetic subsets of glioblastoma multiforme: from both sides now.  Brain Pathol 6:223-224, 1996.

13. Rempel SA, Seizinger BR, Louis DN.  Tumor suppressor genes in human nervous system neoplasia. In: *Cancer of the Nervous System* . Black PMcL, Loeffler JS (eds.). New York: Blackwell, 1997.

14. Louis DN, Neumann HPH, Menon AG, Short MP, Zbar B, von Deimling A.  The molecular genetic basis of hereditary tumor syndromes of the nervous system.  In: *The Molecular Biology of Neurosurgical Disease*.. Raffel C, Harsh GR (eds.) 1997.

15. Louis DN, Cavenee WK.  Molecular biology of central nervous system tumors.  In: *Cancer: Principles and Practice of Oncology*. DeVita VT, Hellman S, Rosenberg SA (eds.), 5th Ed.  Philadelphia: Lippincott-Raven, 1997.



DN Louis, page 39
January 5, 2009

16. Listernick R, Louis DN, Packer RJ, Gutmann DH. Optic pathway gliomas in children with neurofibromatosis 1: Consensus statement from the NF1 Optic Pathway Glioma Task Force. Ann Neurol 41:143-149, 1997.

17. Stemmer-Rachamimov AO, Louis DN. Histopathological and immunohistochemical prognostic factors in malignant gliomas. Curr Opin Oncol 9:230-234, 1997.

18. Louis DN. A molecular genetic model of astrocytoma histopathology. Brain Pathol 7:755-764, 1997.

19. Louis DN. Gliomas: looking for a few bad genes. Heads Up: The Brain Tumor Society 3:8, 1997.

20. Louis DN, Budka H, von Deimling A. Meningiomas. In: *Pathology and Genetics of Tumours of the Nervous System.* Kleihues P, Cavenee WK (eds.). Lyon: International Agency for Research on Cancer, 1997.

21. Kepes JJ, Louis DN, Paulus W. Pleomorphic xanthoastrocytoma. In: *Pathology and Genetics of Tumours of the Nervous System.* Kleihues P, Cavenee WK (eds.). Lyon: International Agency for Research on Cancer, 1997.

22. Jääskeläinen J, Louis DN, Paulus W, Plate KH, Haltia MJ. Hemangiopericytoma. In: *Pathology and Genetics of Tumours of the Nervous System.* Kleihues P, Cavenee WK (eds.). Lyon: International Agency for Research on Cancer, 1997.

23. Woodruff JM, Khourea HP, Louis DN. Tumours of cranial and peripheral nerves. In: *Pathology and Genetics of Tumours of the Nervous System.* Kleihues P, Cavenee WK (eds.). Lyon: International Agency for Research on Cancer, 1997.

24. Louis DN, Wiestler OD. Neurofibromatosis 2. In: *Pathology and Genetics of Tumours of the Nervous System.* Kleihues P, Cavenee WK (eds.). Lyon: International Agency for Research on Cancer, 1997.

25. Mason W, Louis DN, Cairncross JG. Chemosensitive gliomas: which ones and why? J Clin Oncol 15:3423-3426, 1997.

26. Reeves SA, Rubio M-P, Louis, DN. A general method for PCR amplification and direct sequencing of mRNA differential display products. In: *The PCR Technique: DNA Sequencing II* (ed. Gyllensten U, Ellingboe J) Eaton Publishing Co., Natick MA, 1997.

27. Perry JR, Louis DN, Cairncross JG. Current treatment of oligodendrogliomas. Arch Neurol Arch Neurol 56:434-436, 1999.

28. Louis DN. Glioma genetics: widening the light under the lamppost. Brain Pathol 9:442-443, 1999.

29. Reeves SA, Rubio M-P, Louis, DN. A general method for PCR amplification and direct sequencing of mRNA differential display products. In: *Expression Genetics: Differential Display* (ed. Pardee A, McClelland M) Eaton Publishing Co., Natick MA, 1999.

30. Louis DN, Stemmer-Rachamimov AO. Neuropathology of brain tumors. In: *Neuro-Oncology: the Essentials*. M. Bernstein, M.S. Berger, (eds.). New York: Thieme, 2000.

31. Louis DN, Scheithauer BW, Budka H, von Deimling A, Kepes JJ. Meningiomas. In: *World Health Organization Histological Classification of Tumours of the Nervous System*. Kleihues P, Cavenee WK (eds.). Lyon: International Agency for Research on Cancer, 2000.

32. Reifenberger G, Kros JM, Burger PC, Louis DN, Collins VP. Oligodendroglioma; Anaplastic oligodendroglioma; Oligoastrocytoma; and Anaplastic oligoastrocytoma. In: *World Health Organization* Histological Classification of Tumours of the Nervous System. Kleihues P, Cavenee WK (eds.). Lyon: International Agency for Research on Cancer, 2000.

33. Kepes JJ, Louis DN, Giannini C, Paulus W. Pleomorphic xanthoastrocytoma. In: *World Health Organization Histological Classification of Tumours of the Nervous System*. Kleihues P, Cavenee WK (eds.). Lyon: International Agency for Research on Cancer, 2000.

34. Jääskeläinen J, Louis DN, Paulus W, Haltia MJ. Hemangiopericytoma. In: *World Health Organization Histological Classification of Tumours of the Nervous System*. Kleihues P, Cavenee WK (eds.). Lyon: International Agency for Research on Cancer, 2000.

35. Woodruff JM, Khourea HP, Louis DN, Scheithauer BW. Schwannoma; Neurofibroma; and Malignant peripheral nerve sheath tumour. In: *World Health Organization Histological Classification of Tumours of the Nervous System*. Kleihues P, Cavenee WK (eds.). Lyon: International Agency for Research on Cancer, 2000.

36. Louis DN, Stemmer-Rachamimov AO, Wiestler OD. Neurofibromatosis 2. In: *World Health Organization Histological Classification of Tumours of the Nervous System*. Kleihues P, Cavenee WK (eds.). Lyon: International Agency for Research on Cancer, 2000.

37. Louis DN, Cavenee WK. Molecular biology of central nervous system tumors. In: *Cancer: Principles and Practice of Oncology*. DeVita VT, Hellman S, Rosenberg SA (eds.), 6th Ed. Philadelphia: Lippincott-Raven, 2001.

38. Louis DN. Molecular diagnostic advances in glioma therapy. Advances in Glioma Therapy, 1:6-10, 2000.

39. Batchelor TT, Louis DN. Pathology and biology of high grade astrocytomas. UpToDate in Oncology. Wellesley: UpToDate, Inc., 2001.

40. Louis DN, Holland EC, Cairncross JG. Glioma classification: a molecular reappraisal. Am J Pathol 159:779-786, 2001.

41. Maher EA, Furnari FB, Bachoo RM, Rowitch DH, Louis DN, Cavenee WK, DePinho RA. Malignant glioma: genetics and biology of a grave matter. Genes Dev. 15:1311-1333, 2001.

42. Wong A, Padarathsingh M, Louis DN, Rempel S, Ladisch S, Gladson C. New approaches to the molecular biology, classification, and therapy of



nervous system tumors : a workshop of the National Institutes of Health Pathology B Study Section. Am J Pathol. 159:1971-1974, 2001.

43. Kleihues P, Louis DN, Scheithauer BW, Rorke LB, Reifenberger G, Burger PC, Cavenee WK. The WHO classification of tumors of the nervous system. J Neuropathol Exp Neurol 61:215-225, 2002.

44. Louis DN, Pomeroy SL, Cairncross JG. Focus on CNS Neoplasia. Cancer Cell 1:125-128, 2002.

45. Lantos PL, Louis DN, Rosenblum M, Kleihues P. Tumours of the nervous system. In: DI Graham, P Lantos (eds.). *Greenfield's Neuropathology*, London: Arnold, 2002, vol. 2.

46. Reifenberger G, Louis DN. Oligodendroglioma: toward molecular definitions in diagnostic neuro-oncology. J Neuropathol Exp Neurol 62:111-126, 2003.

47. Smith TW, Folkerth RD, Poirier J, Louis DN. Tumors of the central nervous system. In: *Esourolle and Poirier's Manual of Basic Neuropathology*, 4th Edition. Gray F, De Girolami U, Poirier J (eds.) Philadelphia: Butterworth Heinemann, 2004.

48. Perry A, Heffner R, Louis DN. Pathology and molecular genetics of nervous system tumors. In: *Neurology in Clinical Practice: Principles of Diagnosis and Management*, 4th Edition. Bradley WG, Daroff RB, Fenichel GM, Jankovic J (eds.) Philadelphia: Butterworth Heinemann, 2004.

49. Nutt CL, Louis DN. Molecular pathology of nervous system tumors. In: *Cancer of the Nervous System* . 2nd Edition. Black PMcL, Loeffler JS (eds.). New York: Blackwell, 2004.

50. Louis DN, Cavenee WK. Molecular biology of central nervous system tumors. In: *Cancer: Principles and Practice of Oncology*. DeVita VT, Hellman S, Rosenberg SA (eds.), 7th Ed. Philadelphia: Lippincott-Raven, 2004.

51. Nutt CL, Stemmer-Rachamimov AO, Cairncross JG, and Louis DN. Molecular pathology of nervous system tumors. In: *Brain Tumors*. Ali-Osman F (ed). Totowa, New Jersey: Humana Press, 2004.

52. Aldape K, Borowsky A, Louis DN. Mouse models of nervous system tumors. Comparative Med 54:264-267, 2004.

53. Louis DN. Molecular pathology of malignant glioma. Ann Rev Pathol Mech Dis 1:97-117, 2006.

54. Louis DN, Ohgaki H, Wiestler OD, Cavenee WK, Burger PC, Jouvet A, Scheithauer BW, Kleihues P. The 2007 WHO classification of tumours of the central nervous system. Acta Neuropathol 114:97-109, 2007.

55. Kleihues P, Louis DN, Wiestler OD, Burger PC, Scheithauer BW. WHO grading of tumours of the central nervous system. In: Louis DN, Ohgaki H, Wiestler OD, Cavenee WK (eds). *World Health Organization Histological Classification of Tumours of the Central Nervous System.* Lyon: International Agency for Research on Cancer, 2007.

56. Giannini C, Paulus W, Louis DN, Liberski P. Pleomorphic xanthoastrocytoma. In: Louis DN, Ohgaki H, Wiestler OD, Cavenee WK (eds). *World Health Organization Histological Classification of Tumours of the Central Nervous System.* Lyon: International Agency for Research on Cancer, 2007.

57. Reifenberger G, Kros JM, Louis DN, Collins VP. Oligodendroglioma; Anaplastic oligodendroglioma. In: Louis DN, Ohgaki H, Wiestler OD, Cavenee WK (eds). *World Health Organization Histological Classification of Tumours of the Central Nervous System.* Lyon: International Agency for Research on Cancer, 2007.

58. von Deimling A, Reifenberger G, Kros JM, Louis DN, Collins VP. Oligoastrocytoma; and Anaplastic oligoastrocytoma. In: Louis DN, Ohgaki H, Wiestler OD, Cavenee WK (eds). *World Health Organization Histological Classification of Tumours of the Central Nervous System.* Lyon: International Agency for Research on Cancer, 2007.

59. Scheithauer BW, Louis DN, Hunter S, Woodruff JM, Antonescu CR. Schwannoma; Neurofibroma; and Malignant peripheral nerve sheath tumour. In: Louis DN, Ohgaki H, Wiestler OD, Cavenee WK (eds). *World Health Organization Histological Classification of Tumours of the Central Nervous System.* Lyon: International Agency for Research on Cancer, 2007.

60. Perry A, Louis DN, Scheithauer BW, Budka H, von Deimling A. Meningiomas. In: Louis DN, Ohgaki H, Wiestler OD, Cavenee WK (eds). *World Health Organization Histological Classification of Tumours of the Central Nervous System.* Lyon: International Agency for Research on Cancer, 2007.

61. Stemmer-Rachamimov AO, Wiestler OD, Louis DN. Neurofibromatosis type 2. In: Louis DN, Ohgaki H, Wiestler OD, Cavenee WK (eds). World Health Organization Histological Classification of Tumours of the Central Nervous System. Lyon: International Agency for Research on Cancer, 2007.

62. Furnari FB, Fenton T, Bachoo RM, Mukasa A, Stommel J, Stegh A, Hahn WC, Ligon K, Louis DN, Brennan C, Chin L, DePinho RA, Cavenee WK. Malignant glioma: genetics, biology and paths to treatment. Genes Dev 21:2683–2710, 2007.

63. James, CD, Louis DN, Cavenee WK. Molecular biology of central nervous system tumors. In: *DeVita, Hellman, and Rosenberg's Cancer: Principles and Practice of Oncology.* DeVita VT, Lawrence TS, Rosenberg SA (eds.), 8th Ed. Philadelphia: Lippincott-Raven, 2008.

64. Louis DN, Perry A, Heffner R. Cancer of the nervous system: Pathology and molecular genetics. In: *Neurology in Clinical Practice: Principles of Diagnosis and Management,* 5th Edition. Bradley WG, Daroff RB, Fenichel GM, Jankovic J (eds.) Philadelphia: Butterworth Heinemann, 2008.

65. Yip S, Iafrate AJ, Louis DN. Molecular diagnostic testing in malignant gliomas: a practical update on predictive markers. J Neuropathol Exp Neurol 67:1-15, 2008.

DN Louis, page 43
January 5, 2009

66. Louis DN, Reifenberger G, Brat DJ, Ellison DW.  Tumours: introduction and neuroepithelial tumours.  In: Love S, Louis DN, Ellison DW (eds.). *Greenfield's Neuropathology*, London: Arnold, 2008

67. Ellison DW, Perry A, Rosenblum M, Asa S, Reid R, Louis DN.  Tumours: non-neuroepithelial tumours and secondary effects.  IIn: Love S, Louis DN, Ellison DW (eds.). *Greenfield's Neuropathology*, London: Arnold, 2008

68. Louis DN. The role of the pathologist in the care of brain tumor patients: it ain't CSI.... National Brain Tumor Foundation (in press).

69. Iafrate AJ, Louis DN. Invited commentary: MGMT and pt mgmt: is "methylguanine methyltransferase" testing ready for patient "management"?  J Molec Diagnostics 10:308-310, 2008.

70. Stegh AH, Chin L, Louis DN, DePinho RA.  Bcl2L12 is a multi-functional cell death regulator in glioblastoma.  Cell Cycle (in press).

71. Cahill DP, Codd PJ, Batchelor TT, Curry WT, Louis DN.  MSH6 inactivation and emergent temozolomide resistance in glioblastoma.  Clinical Neursurg (in press).



DN Louis, page 44
January 5, 2009

**NIH reports**

> Louis DN, Posner JB, Jacobs T, Kaplan R. *Report of the Brain Tumor Progress Review Group.* NIH Publication Number 01-4902, 2000

**Authored books**

> Ironside JW, Moss TH, Louis DN, Lowe JS, Weller RO. <u>Diagnostic Pathology of Nervous System Tumours.</u> London: Churchill Livingstone, 2002.

> Louis DN, Frosch MP, Mena H, Rushing EJ, Judkins AR. <u>Non-neoplastic Disease of the Central Nervous System.</u> First Non-neoplastic Disease Fascicle Series. Washington, D.C.: Armed Forces Institute of Pathology (expected publication date 2009)

**Edited books**

> Louis DN, Ohgaki H, Wiestler OD, Cavenee WK (eds). <u>World Health Organization Histological Classification of Tumours of the Central Nervous System.</u> Lyon: International Agency for Research on Cancer, 2007.

> Love S, Louis DN, Ellison DW (eds.). <u>Greenfield's Neuropathology,</u> London: Arnold, 2008.

**Clinical Communications**

1. Louis S, Louis DN. <u>A Pocket Manual of the Neurological Examination.</u> East Meadow, NY: NCMC Press, 1985.

2. Louis DN, Casper DS, Armenia DC. Letter to the Editor: "Bowlogenic dysrhythmias." Am J Med 81:949, 1986.

3. Louis DN. "Bursa" and "Mastoid." The Adler Museum of the History of Medicine Bulletin, 15:22, 1989.

4. Louis DN, Vickery AL, Rosai J. Letter to the Editor: "Thyroid cysts." Am J Surg Path 13:1074, 1989.

5. Louis DN, Vickery AL, Rosai J. Letter to the Editor: "Branchial cleft-like cysts of the thyroid." Am J Surg Path 14:1170-1171, 1990.

6. Kase CS, Louis DN. Case Records of the Massachusetts General Hospital: "Astrocytoma with multiple foci of glioblastoma and hemorrhage." New Eng J Med 322:1866-1878, 1990.

7. Black PMcL, Louis DN. Case Records of the Massachusetts General Hospital: "Radiation-induced astrocytoma." New Eng J Med 324:1651-1659, 1991.

8. Dewitt LD, Louis DN. Case Records of the Massachusetts General Hospital: "Cerebral amyloid angiopathy with leukoencephalopathy." New Eng J Med 325:42-54, 1991.



DN Louis, page 45
January 5, 2009

9.  Ropper AH, Cole D, Louis DN.  Letter to the Editor: "The brain stem viewed in situ from above." Arch Neurol 49:1230-1231, 1992.

10. Freeman R, Louis DN.  Case Records of the Massachusetts General Hospital: "Small unmyelinated fiber neuropathy." New Eng J Med 331:259-265, 1994.

11. Golden JA, Louis DN.  Images in Clinical Medicine: Acute bacterial meningitis. New Eng J Med 331:364, 1994.

12. Lachance D, Louis DN.  Case Records of the Massachusetts General Hospital: "Intravascular lymphomatosis." New Eng J Med 333:992-999, 1995.

13. Tatter S, Borges LF, Louis DN.  Letter to the Editor: "Recurrent central neurocytoma of the cervical spinal cord." J Neurosurg 82:184, 1995.

14. Caplan D, Louis DN.  Case Records of the Massachusetts General Hospital: "Intravascular lymphomatosis." New Eng J Med 335:952-959, 1996.

15. Recht L, Louis DN.  Case Records of the Massachusetts General Hospital: "Cerebral schistosomiasis." New Eng J Med 335:1906-1914, 1996.

16. Sandrock A, Louis DN.  Case Records of the Massachusetts General Hospital: "Acute illness myopathy." New Eng J Med 336:1079-1088, 1997.

17. Batchelor TT, Louis DN.  Case Records of the Massachusetts General Hospital: "Neurolymphomatosis." New Eng J Med 337:1829-1837, 1997.

18. Caplan LR, Louis DN. Case Records of the Massachusetts General Hospital: "Cerebral amyloid angiopathy with giant cell reaction to amyloid." New Eng J Med 342:957-965, 2000.

19. Wong E, Louis DN. Case Records of the Massachusetts General Hospital: "Lymphoplasmacytic lymphoma involving the central nervous system." New Eng J Med 344:832-883, 2001.

20. Eskandar EN, Loeffler JS, O'Neill AM, Hunter GJ, Louis DN. Case Records of the Massachusetts General Hospital: "Anaplastic oligodendroglioma." New Eng J Med 351:1875-1882, 2004.

21. Iliopoulos O, Chan-Smutko G, Gonzalez RG, Louis DN, Stone JR.  Case Records of the Massachusetts General Hospital: "von Hippel-Lindau disease." New Eng J Med 55:394-402, 2006.

DN Louis, page 46
January 5, 2009

**Miscellaneous Publications**

1. Louis DN.  Book review: *Molecular Genetics of Nervous System Tumors*, edited by AJ Levine and HH Schmidek.  Trends in Genetics 9:326, 1993.

2. Louis DN.  Book review: *Molecular Genetics of Nervous System Tumors*, edited by AJ Levine and HH Schmidek.  Brain Pathology, 4:197, 1994.

3. Louis DN.  Book review: *Pediatric Neuropathology*, edited by S Duckett.  New Eng J Med 332:1454, 1995.

4. Louis DN, Vonsattel JP, De Girolami U.  E. P. Richardson, Jr. (1918-1998).  Acta Neuropathologica 97:327-328,1999.

5. Vonsattel JP, Louis DN, De Girolami U.  Hommage à Edward Peirson Richardson, Jr., 1918-1998.  Rev Neurol 155:1088-1089, 1999.

6. De Girolami U, Louis DN, Schoene WC, Vonsattel JP, Hedley-Whyte ET.  In memoriam, Edward Peirson Richardson, Jr., 1918-1998.  J Neuropathol Exp Neurol 58:506-507, 1999.

7. Henson JW, Louis DN.  Edward Peirson Richardson, Jr. (1918-1998) and the discovery of PML.  J Neurovirol 5:325-326, 1999.

8. Hedley-Whyte ET, Pope A, Adams RD, De Girolami U, Fisher CM, Louis DN, Richardson GS, Scully RE, Vonsattel J-P.  Faculty of Medicine—Memorial Minute: Edward Peirson Richardson, Jr.  Harvard University Gazette C, 13: 30, 2004.



doi: 10.1038/nature07385

**SUPPLEMENTARY INFORMATION**



(CNV). The 200 genes with top-ranked GTS scores in the aCGH dataset were compared to the GTS rankings derived from the SNP dataset. For amplifications, 78% of the top 200 aCGH-identified genes were ranked within the top 400 SNP-identified genes. For deletions, the comparable overlap was 63%. The regions identified in common are given in Supplemental Table 4. In addition to the 139 paired samples in the comparative study, GTS was also run separately on the full set of 203 aCGH profiles (Agilent, MSKCC).

Enrichment for cancer-relevant genes at loci of focal CNA was assessed by Fisher's Exact test, considering the subset of genes from the Cancer Gene Census which did not reside in regions of known or suspected CNV. There is significant overrepresentation of cancer-relevant genes in these focally altered sets, as assessed by comparison with the Cancer Gene Census list [82], both for amplified regions (odds ratio 7.34, p<0.00001) and deletions (odds ratio 3.5, p=0.01).

## C. Loss of Heterozygosity Analysis (LOH)

Only samples with paired normals were used for LOH analysis. In total, 137 samples from the Illumina platform and 100 from the Affymetrix 6.0 platform were used.



**Supplementary Methods Figure 4. Loss of Heterozygosity Analysis** The left and the right panel show the LOH regions from the on Affymetrix and Illumina arrays, respectively. The dark blue shows LOH that overlaps with copy number changes. The light blue shows the copy-neutral LOH, which is most common on 17p, and which would impact the p53 gene.

EXHIBIT





EXHIBIT

1004

2|3|09   KmS

# GLIOBLASTOMA

The glioblastoma is the most malignant neoplasm of the group of diffuse astrocytic tumours. The term 'glioblastoma' is now used without the suffix 'multiforme'.[668,552] Glioblastomas typically affect adults and are preferentially located in the cerebral hemispheres. In less than 10 per cent of cases,[818] these tumours develop from low-grade or anaplastic astrocytomas ('secondary glioblastoma'), but more commonly they arise *de novo* after a short clinical history, without evidence of a less malignant precursor lesion ('primary glioblastoma'). Details of the history of glioblastoma terminology and classification have been discussed elsewhere.[293,620,669,974,1277] The 2000 WHO classification restricts glioblastoma to the astrocytic tumour series,[668] but this definition is not straightforward in clinical practice[668] (Box 23.3).

## Incidence

Glioblastoma is the most frequent brain tumour and accounts for approximately 12–15 per cent of all intracranial neoplasms,[1277] and 50–60 per cent of all astrocytic tumours. The incidence in the general population is in the range of 2–4 new cases per 100 000 per year for most European and North American countries.

## Age and sex

Glioblastomas may manifest at any age, but preferentially affect adults, with a peak incidence between 40 and 70 years. In a review of 715 glioblastomas from the canton of Zurich, approximately two-thirds of patients fell into this age group.[818] Primary glioblastomas typically develop in older patients (mean age 62 years), while secondary glioblastomas derived from low-grade or anaplastic astrocytoma manifest in younger patients (mean age approximately 45 years).[818] The overall male:female ratio was 1.28:1, but primary glioblastomas are more frequent in males, whereas secondary glioblastomas are more common in females.[818] In a series of 488 glioblastomas, 8.8 per cent were diagnosed in children.[240]

## Site, spread and metastasis

Glioblastomas preferentially affect the cerebral hemispheres (Figure 23.8a,b). Tumour infiltration often extends into the basal ganglia (Figure 23.8c). Glioblastomas of the brain stem are less frequent and often affect children (Figure 23.8d), while the cerebellum and the spinal cord are rarer sites.

Although occasional glioblastomas appear pseudoencapsulated and may 'shell out' at the time of neurosurgery, glioblastomas are notorious for their extensive and

**BOX 23.3 The definition of glioblastoma**

Although the 2000 WHO classification restricts the diagnosis of glioblastoma to a tumour with astrocytic differentiation,[552] previous classification schemes[293,620,974,1277] allowed the diagnosis of glioblastoma in the setting of other glial lineages as well; glioblastomas could arise, for example, in the setting of astrocytomas, oligodendrogliomas or ependymomas. Indeed, many of the typical histological features of glioblastoma, such as microvascular proliferation and necrosis, are common to non-astrocytic high-grade gliomas. Current diagnostic uncertainties arise in particular when distinguishing high-grade oligodendrogliomas and oligoastrocytomas from glioblastoma. Glioblastomas may contain regions with an oligodendroglioma phenotype.[419,1020] If such a tumour appears to consist largely of glioblastoma, we prefer to designate it as glioblastoma and to add a note raising the possibility of an oligodendroglial component. Testing for 1p and 19q loss is indicated in such lesions and some will have allelic loss of 1p and 19q;[406] in our experience, however, it is the absence of 1p/19q loss that provides more definitive clinical help, since intact 1p and 19q strongly suggest that the tumour will behave like a glioblastoma. As discussed in the text (see page 1865, Oligodendroglioma), some high-grade oligodendrogliomas have features such as perinecrotic palisades that raise the differential diagnosis of glioblastoma; it has been our practice to perform 1p/19q analyses on such cases, but to retain the diagnosis of anaplastic oligodendroglioma and to let genotype influence therapeutic decisions. We have not used 1p/19q loss, therefore, to define anaplastic oligodendroglioma *per se*, and have seen rare glioblastomas with these changes.[468] In the long run, however, it is likely that future insights into tumour biology and behaviour, and potentially new approaches to therapies that target specific molecules, will modify these approaches to classification.[668]

sometimes rapid invasion of neighbouring brain.[131] The poor clinical prognosis of patients with glioblastoma is largely due to this extensive spread, particularly along myelinated tracts, making complete surgical resection impossible. Extension through the corpus callosum (Figure 23.8b,c) into the contralateral hemisphere is common, creating the image of a bilateral, symmetrical lesion ('butterfly glioma'). Similarly, spread is observed in the internal capsule, fornix, anterior commissure and optic radiation, with these structures becoming enlarged and distorted. New tumour masses may then arise at distant sites, thereby leading to the neuroradiological image of a multifocal glioblastoma. It is somewhat controversial



Figure 23.8   Glioblastoma. (a) Contrast-enhanced, T1-weighted magnetic resonance scan of ring-enhancing glioblastoma of the left temporal lobe. (b) Large, haemorrhagic glioblastoma of the left hemisphere with expansion of the corpus callosum. (c) Apparently multifocal glioblastoma involving the right temporal lobe, deep right hemispheric grey matter and corpus callosum. (d) Glioblastoma of the pons in a child ('brain stem glioma'), with ventral extension around the basilar artery.

whether or not true multicentric gliomas exist outside the setting of inherited neoplastic syndromes and most cases likely represent spread from an original lesion.[50,54,516,974] Although the application of molecular markers could permit distinction between true multiple versus multicentric tumours, the current inability to evaluate the earliest tumorigenic changes may not allow this distinction to be made with certainty.

Despite its highly infiltrative growth pattern, glioblastomas do not routinely invade the subarachnoid space and only rarely metastasize via the cerebrospinal fluid (CSF). Extension within and along perivascular spaces is another,

typical mode of infiltration, but invasion of the blood vessel lumen does not seem to occur, and haematogenous spread to extraneural tissues is very rare in patients without previous surgical intervention; similarly, dural, venous sinus and bone penetration are exceptional.[620]

## Clinical features

Clinical history is usually less than 3 months, unless the neoplasm has developed from a lower-grade astrocytoma. Patients typically present with non-specific neurological

symptoms, headache, personality changes and epilepsy, and sometimes focal signs.

## Neuroimaging

On CT scans, glioblastomas typically present as irregularly shaped lesions with a peripheral ring-like zone of contrast enhancement around a dark central area of necrosis, which is usually hypodense. On enhanced MR images, the contrast-enhanced ring structure corresponds to the cellular and highly vascularized peripheral area of the neoplasm and the dark centre corresponds to central necrosis (Figure 23.8a). A study of untreated glioblastomas on whole brain sections clearly shows that this ring structure does not represent the outer tumour border, since infiltrating glioma cells can easily be identified within and, occasionally, beyond a 2-cm margin.[131] In T2-weighted images this zone is broader and less well defined, and overlaps with surrounding vasogenic oedema. In some cases, neuroimaging has shown that neoplasms may develop within a few months from small cortical lesions into full-blown glioblastomas.[1141]

## Macroscopic appearances

Glioblastomas are poorly delineated, the cut surface showing a variable coloration with peripheral greyish tumour masses, yellowish necrosis and single or multiple haemorrhages (Figure 23.8b–d). The central necrosis may occupy as much as 90 per cent of the total tumour mass. Macroscopic cysts, if present, contain a turbid fluid and represent liquefied necrotic tumour tissue. Haemorrhages are usually small and dispersed throughout the neoplasm. However, extensive haemorrhages may occur and evoke stroke-like symptoms, which are sometimes the first clinical sign of tumour manifestation.

## Microscopy

The histopathology of the glioblastoma is extremely variable and regional heterogeneity is found in nearly all cases. Although some lesions show a high degree of cellular and nuclear pleomorphism with numerous multinucleated giant cells (Figure 23.9a), others have a high cell density, but are rather monotonous. The astrocytic nature of the neoplasms may be easily identifiable, at least focally, in some tumours, but difficult to recognize in others, owing to their poor differentiation. There are multiple variants of glioblastoma, with gliosarcoma, giant cell glioblastoma and small cell glioblastoma being the best characterized and most readily identifiable as variants. These three variants are discussed later (see page 1854, Glioblastoma variants), while the following section discusses key histological features common to all glioblastomas.

The combination of highly anaplastic glial cells, mitotic activity and microvascular proliferation and/or necrosis is diagnostic (Figure 23.9a,b). The distribution of these key elements within the tumour is variable, but, usually, large necrotic areas occupy the tumour centre, while viable tumour cells tend to accumulate in the periphery. Vascular proliferation is seen throughout the lesion, with a certain tendency for preferential location around necrotic foci and in the peripheral infiltration zone. The infiltrating edges of glioblastomas display the same propensity to create 'secondary structures of Scherer' as do their lower-grade counterparts; subpial growth, perineuronal satellitosis, perivascular accumulation and spread along white matter tracts are all common findings.

Few human neoplasms are as cytologically heterogeneous as glioblastomas. Although poorly differentiated, fusiform, round or pleomorphic cells may prevail, more differentiated neoplastic astrocytes are usually discernible, at least focally and particularly in secondary glioblastomas. The transition between areas with still recognizable astrocytic differentiation and highly anaplastic cells may be either gradual or abrupt. Some tumours are dominated by giant cells (Figure 23.9c), small anaplastic cells, spindle-shaped cells, large epithelioid cells, granular (Figure 23.6c, page 1843) cells or lipidized cells, and therefore a host of other neoplasms may come into the differential diagnosis; immunohistochemistry (see Immunohistochemistry and differential diagnosis) may be helpful in ruling in a diagnosis of glioblastoma and in excluding other possibilities. It is likely that most of these changes (with the current exception of extensive giant cell and small cell changes) are secondary in nature and that these do not designate specific biological forms of glioblastoma. For example, some glioblastomas may feature numerous granular cells – large cells with granular, periodic acid–Schiff (PAS)-positive cytoplasm – but tumours with these cells do not seem to follow a stereotypic clinical course or have unifying genetic features.[150] Extensive cellular lipidization is another feature sometimes observed in glioblastomas,[528] but its primary importance lies in distinguishing glioblastomas from PXA. Of note, cellular pleomorphism can be noted at the ultrastructural level as well,[974] but is not of diagnostic significance.

Occasionally, glioblastomas contain foci with glandular and ribbon-like epithelial ('adenoid') structures or even squamous epithelial-like cells, which may be well delineated from the remaining tumour areas. A very few glioblastomas show mesenchymal changes, including cartilage and bone formation. Both epithelial and mesenchymal metaplastic changes are more common in the gliosarcoma variant. Significantly, genetic studies of histologically biphasic tumours have generally shown clonal genetic changes between the histologically distinct regions, including in oligoastrocytomas, gliosarcomas and glioblastomas with metaplastic changes. For instance, glial and sarcomatous,[75] as well as glial and epithelial areas[548,762] may have the same TP53 mutations.

Case 3:08-cv-00612-RET-SCR    Document 68-3    01/01/10    Page 137 of 142



Figure 23.9    Glioblastoma. (a) Cellular pleomorphism and mitotic activity. (b) Gliosarcoma with biphasic pattern of spindle cell 'sarcomatous' region, left, and more typical glial areas, right. (c) Giant cell glioblastoma with markedly pleomorphic enlarged cells. (d) Small cell glioblastoma resembling PNET.

Proliferative activity is usually prominent, with numerous typical and atypical mitoses (Figure 23.9a). The growth fraction, as determined by the antibodies Ki-67/MIB-1, varies considerably and may reach very high percentages. Small undifferentiated cells, particularly around necrotic foci, often display a marked proliferative activity, in contrast with the multinucleated giant cells and neoplastic gemistocytes, which typically display a lesser degree of proliferation.

The cardinal diagnostic histological features of glioblastoma are microvascular proliferation and necrosis. The biological underpinnings of these phenomena are discussed above (see page 1833, Overview and biology of diffuse astrocytic tumours). Microvascular proliferation appears as glomeruloid tufts (Figure 23.10a), which are often arranged in a festoon-like pattern, typically around regions of necrosis. These tufts may extend over considerable distances, suggesting the formation of a three-dimensional network and a

perhaps around the central necrotic core. Vascular proliferation is indeed a signpost for the presence of necrosis, and either feature justifies classifying a high-grade astrocytoma as glioblastoma. The glomeruloid appearance is based on multilayered hyperplastic endothelial cells, which typically show mitotic activity and high MIB-1 labelling. Thrombosis is also often present.

Necrosis (Figure 23.10b) is found in nearly all glioblastomas, depending on the diagnostic criteria employed. Using the WHO or St Anne–Mayo systems, in which glioblastoma can be diagnosed on the basis of either microvascular proliferation or necrosis, one study found necrosis in 88 per cent of glioblastomas.[47] In some tumours, necrosis may comprise more than 80 per cent of the total tumour mass and may present significant challenges for surgical pathological diagnosis. The most characteristic form of necrosis in glioblastomas, however, consists of multiple, small, irregularly shaped necrotic foci, typically rimmed by small

Case 3:08-cv-00612-RET-SCR    Document 68-3    06/03/2009    Page 137 of 142

1850   Tumours: introduction and neuroepithelial tumours





Figure 23.10   Glioblastoma. (a) Glomeruloid microvascular proliferation. (b) Necrosis with surrounding palisading.

fusiform glioma cells – the 'pseudo-palisading' pattern (Figure 23.10b; see also page 1839, Necrosis and hypoxia). The central area of such geographical necrosis sometimes consists of a fine fibrillary network in which neither viable nor necrotic glioma cells are identified.

## Grading

Glioblastomas are WHO grade IV.[668] In the St Anne–Mayo system, glioblastomas are classified as grade 4 astrocytomas, i.e. their diagnosis requires three criteria: nuclear atypia, mitoses and either necrosis or vascular proliferation.[215]

## Immunohistochemistry and differential diagnosis

Glioblastomas show variable staining for GFAP. In general, astrocyte-like tumour cells, in particular gemistocytes, are strongly positive, while small, undifferentiated cells tend to

be negative or stain only weakly. Giant cells stain variably, with marked differences in GFAP expression even among neighbouring cells. Although large portions of a glioblastoma may lack GFAP expression, wider sampling usually reveals at least occasional tumour cells immunoreactive for this marker. GFAP expression tends to decrease during glioma progression, but there is no indication that its extent is a prognostic factor. Vimentin and S-100 protein are usually diffusely expressed.

The primary utility of GFAP immunohistochemistry is in the differential diagnosis of glioblastoma from other malignancies. As mentioned above, the marked cytological heterogeneity of glioblastoma may bring metastatic carcinoma, sarcoma, melanoma, lymphoma or even anaplastic meningioma into the histological differential diagnosis. Although GFAP positivity may rarely be seen in other tumours, its presence strongly supports a diagnosis of an astrocytic tumour in the appropriate clinicopathological setting. Moreover, an immunohistochemical panel for epithelial, mesenchymal, melanocytic and lymphoid markers will typically help to exclude other diagnostic possibilities. In rare situations, electron microscopy can be used to demonstrate the intermediate filaments and processes characteristic of astrocytomas[974] and exclude diagnostic ultrastructural features of other malignancies.

## Molecular genetics: subtypes of glioblastoma

Two nearly mutually exclusive subtypes of glioblastoma have been extensively discussed over the past 10 years, defined alternatively as either primary or secondary glioblastomas, or as glioblastomas with either *EGFR* gene amplification or *TP53* mutation. Each of these two approaches features mutually exclusive subsets: by definition, clinically defined primary and secondary glioblastomas do not overlap; and according to numerous reports, *TP53* mutations/chromosome 17p loss and *EGFR* amplification/overexpression are nearly mutually exclusive.[614,818,1178,1195] There is moderately good correlation between these two approaches, since a considerable majority of true secondary glioblastomas (i.e. those glioblastomas arising in the setting of prior lower-grade astrocytoma) have *TP53* mutations[933] and since *TP53* mutations are less frequent and *EGFR* gene amplification more frequent in primary glioblastomas.[818] However, true secondary glioblastomas are rare, accounting for only 5 per cent of glioblastomas in a population-based study,[818] and a considerable number of primary, *de novo* glioblastomas have *TP53* mutations.[818,1020] Therefore, it would appear simplistic at this time to equate primary glioblastoma with *EGFR* gene amplification and secondary glioblastoma with *TP53* mutation. Tighter associations appear to hold true for giant cell glioblastomas with *TP53* mutation,[860] and small cell glioblastoma with *EGFR* gene amplification,[133]



but not all giant cell tumours have *TP53* mutations and not all small cell tumours have *EGFR* amplification (see page 1854, Glioblastoma variants). At a molecular level, however, the fact that combinations of genetic changes associate with either *EGFR* amplification or *TP53* mutation strongly suggest the presence of at least two molecular pathways, and this may assume significance for future molecularly targeted therapies.[375,665,673,942]

## Molecular genetics: key genetic events

As discussed above, glioblastoma may arise through alterations in multiple genetic pathways, but there is clear convergence on particular sets of pathways that govern cell growth, cell death, invasion and angiogenesis (see page 1838, Tumour progression). Particular pathways clearly implicated in glioblastoma include those involving p53-Mdm2/Mdm4-ARF, pRb-cdk4-p16, EGFR-Ras and PI3 kinase-PTEN-Akt, but it must be recognized that there are multiple points at which these cascades overlap.[457,953] These pathways are deregulated by particular genetic events, such as gene mutations and amplifications, as well as by primary deregulation of growth-promoting and growth-suppressing molecules that may only be apparent at the mRNA and protein levels. For example, glioblastomas elaborate a wide variety of growth factors and cognate receptors in addition to EGFR, including PDGF and its receptors,[89,301,413,692] fibroblast growth factors,[1154,1250] insulin-like growth factors 1 and 2 and their receptors[20] and a host of angiogenic factors, such as VEGF (see page 1833, Overview and biology of diffuse astrocytic tumours). The expression of these growth factors most likely affects an equally broad variety of processes, including cell proliferation, cell migration and angiogenesis, all integral to glioblastoma biology. With the exception of EGFR and occasionally PDGF-A, these growth factor receptor alterations are reflected in high levels of expression rather than as gene amplification. Within each of the major regulatory pathways implicated in glioblastoma development, some genes are directly affected in a structural manner while others are affected at the level of gene transcription or protein stabilization.

The *EGFR* gene is involved in the control of cell proliferation and is amplified and overexpressed in more than one-third of glioblastomas, about 40 per cent of the time in a truncated and rearranged form known as the vIII mutant,[264,309,642,1242] rarely with other mutations,[309] and often together with neighbouring genes at 7p12.[652] In unselected series of glioblastomas, *EGFR* amplification has been reported to occur at a frequency of approximately 30–40 per cent.[614,1175] Estimates suggest that *EGFR* gene amplification is found in 36 per cent of primary glioblastomas and in only 8 per cent of secondary glioblastomas.[818] Immunoreactivity for *EGFR* protein also prevails in primary glioblastomas: more than 60 per cent of cases versus

10 per cent in secondary glioblastomas.[1195] There is close correlation, although not perfect, between gene amplification and overexpression. In particular, expression of the vIII mutant correlates closely with underlying *EGFR* amplification, particularly in glioblastomas.[10] Glioblastomas with *EGFR* amplification typically show a simultaneous loss of chromosome 10.[1175]

A key pathway that regulates cell cycle control and apoptosis, among other functions, involves p53, mdm2 and ARF.[457] *TP53* mutations were among the first genetic alterations identified in astrocytic brain tumours.[184] In unselected series of glioblastomas, the reported frequency varies considerably, with a mean of 25–30 per cent.[663,818] *TP53* mutations are uncommon in primary or *de novo* glioblastomas, while secondary glioblastomas have a high incidence of *TP53* mutations (>65 per cent), of which over 90 per cent are already present in the first biopsy.[404,814,1195,1197] The incidence of p53 protein accumulation is observed more frequently than *TP53* mutations,[614,672,785,1197] but is also significantly higher in secondary (>90 per cent) than in primary glioblastomas (<35 per cent).[1195] The percentage of glioma cells with p53 protein accumulation appears to increase from the first biopsy to recurrent tumours,[933,1197] and one study suggests that this reflects the clonal expansion of glioma cells carrying a *TP53* mutation.[1052]

The Mdm2 protein forms a complex with p53, thereby abolishing its transcriptional activity and constituting an alternative mechanism to escape from p53-regulated control of cell growth. Amplification of *MDM2* on 12q is present in about 8 per cent of glioblastomas,[929] all of which appear to be primary glioblastomas that lack a *TP53* mutation.[76,929] Overexpression of Mdm2 is observed immunohistochemically in more than 50 per cent of primary glioblastomas, but the fraction of immunoreactive cells varies considerably and some secondary glioblastomas are immunopositive.[76,571,786] The related *MDM4* gene on 1q appears to be the primary gene underlying the occasional glioblastomas with amplifications at 1q32.[951] A detailed analysis of many components of the p53 pathway showed that 76 per cent of glioblastomas had a deregulated pathway as a result of either *TP53* mutation, *MDM2* amplification or homozygous *CDNK2A/ARF* deletion/mutation.[457]

A second key regulatory pathway, primarily affecting cell cycle control, involves p16, cdk4 and pRb, which is deregulated in the vast majority of glioblastomas.[455] The *CDKN2A* locus on chromosome 9p21 is frequently altered in a variety of human neoplasms, including glioblastomas.[454,1155] This locus encodes two distinct proteins. The product of exons 1α, 2 and 3 (*CDKN2α/INK4A* transcript) is the p16 tumour suppressor which induces a G1 cell cycle arrest by inhibiting phosphorylation of the Rb1 protein through binding to cdk4. The product of exons 1β, 2 and 3 (*CDKN2β/ARF* transcript) is most commonly termed ARF, which acts by binding directly to Mdm2, resulting in

the stabilization of both p53 and Mdm2. In glioblastomas, CDKN2A deletion and RB1 alterations appear mutually exclusive,[77,135,1156] and these changes occur in both primary and secondary glioblastomas.[77,775] CDKN2A deletion correlates with EGFR amplification,[404,407] and one-third of glioblastomas with normal p16 expression have accumulated Mdm2 protein.[786] ARF alterations (either promoter hypermethylation or homozygous deletion) occur in 50 per cent of primary and 75 per cent of secondary glioblastomas,[775] but the 9p deletions are large and often also affect p16 as well as the nearby CDKN2B gene,[486] and therefore the significance of these changes is not clear.

Mutations of the RB1 gene, as well as corresponding loss of the remaining 13q allele, are found in about one-quarter of high-grade astrocytic tumours.[412] Promoter hypermethylation of the RB1 gene also occurs, more often in secondary (43 per cent) than in primary glioblastomas (14 per cent), and hypermethylation correlated closely with gene silencing as shown by a lack of Rb1 immunoreactivity.[775] In addition to pRb and p16 inactivation, this pathway is also re-regulated by amplification and overexpression of cdk4, which occurs in up to 15 per cent of glioblastomas.[455,457,930] Extensive analyses of the p16-cdk4-pRb and the ARF-Mdm2-p53 pathways have shown that two-thirds of glioblastomas have abnormalities of G1–S control, either by mutation/homozygous deletion of RB1, CDKN2A or CDKN2B, or amplification of CDK4. Moreover, 96 per cent of glioblastomas with abnormal G1–S transition control also have a deregulated p53 pathway, clearly demonstrating interplay between these two critical pathways.[457]

Loss of large regions at 10p, 10q23 and 10q25–26 loci, or loss of an entire copy of chromosome 10 are the most frequent genetic alterations in glioblastomas.[316,614,1178] Loss of the long arm, which appears more clearly involved in glioblastoma than the short arm, occurs equally in primary (70 per cent) and secondary (63 per cent) glioblastomas.[818] Of the various candidate genes on 10q, only PTEN has been definitively implicated. Although initially suggested as a tumour suppressor,[753] the DMBT1 gene does not appear to have a major role in glioblastoma.[991]

The PTEN (MMAC1) gene on chromosome 10q23.3[638,1079] is mutated in approximately 30 per cent of unselected glioblastomas.[98,250,925,1192] In one study, PTEN mutations were found almost exclusively in primary glioblastomas (32 per cent) and rarely (4 per cent) in secondary glioblastomas,[1133] while another study suggests that PTEN inactivation is involved in both pathways.[1267] Importantly, PTEN is central to a critical cellular pathway regulating growth and apoptosis, and possibly cell migration and angiogenesis. This pathway involves PI3 (phosphatidylinositol 3) kinase, PTEN, pAkt, tuberin/hamartin and mTOR as important regulatory molecules. PTEN itself plays a key role in inhibiting the activation state of signalling lipids, such as phosphoinositols, through removal of phosphates, whereas PI3 kinase has an opposing role

through phosphorylation and hence activation. As a result, this pathway has been evaluated extensively in glioblastomas. The vast majority of tumours have activation of one of the major downstream effectors, Akt,[439] and one gliosarcoma has been reported with AKT1 amplification.[558] In one comprehensive study, amplification of PIK3C2B on 1q32 was found in 6 per cent of glioblastomas, but there were no cases with amplification of PIK3CD (1p36.2) or PIK3CA (3q26.3).[558] The IRS1, PIK3R1, PIK3R2, AKT2, AKT3, FRAP1 and RPS6KB1 genes were neither amplified nor overexpressed. Additional mutational studies of some of the PI3 kinase gene subunits have yielded conflicting results, with some studies suggesting moderately frequent alterations of PIK3CA (but more so in high-grade oligodendroglial tumours)[113] and others finding very few mutations of these subunit genes.[394,751,765] Of note, one glioblastoma contained a 9-bp deletion that would truncate the inhibitory domain, resulting in increased PI3 kinase activity.[751] In general, alterations of the PI3K genes occur in those glioblastomas with wild-type PTEN,[394,558,751] demonstrating that PTEN inactivation and PI3 kinase activation are alternative means to activate the Akt pathway.

Loss of heterozygosity (LOH) on chromosome 19q occurs in 44 per cent of anaplastic astrocytomas and 21–24 per cent of glioblastomas.[1176,1180] The somewhat lower frequency in unselected glioblastomas may suggest that 19q loss primarily facilitates the pathway leading to secondary glioblastomas and allelic losses of 19q are more common in secondary (54 per cent) than in primary (6 per cent) glioblastomas.[764] The glioma-related gene or genes at the 19q13.3 locus remain to be identified.[393,1061]

## Prognosis

Extensive clinical trials have been conducted to determine prognostic factors for patients with glioblastoma. Most consistent is the correlation with the patient's age at the onset of the disease. Young patients (under 45 years of age) have a better prognosis than elderly patients.[127] Indeed, in older patients, age may obviate the importance of tumour grade, with patients over the age of 50 years following aggressive courses despite having 'lower-grade' tumours.[544]

Since the WHO and St Anne–Mayo schemes allow the diagnosis of glioblastoma in the presence of either microvascular proliferation or necrosis, one study evaluated the prognostic effect of necrosis. In a series of 275 glioblastomas, the absence of necrosis (in 12 per cent of cases) was associated with younger age, with less extensive surgical resection and with survival: patients without tumour necrosis had a median survival of 12.5 months, and those with tumour necrosis had a median survival of 10.9 months.[47] Other histological features have not proven strong prognostic variables, although some papers have

suggested better prognosis in the presence of an oligoden-droglioma component.[420,1020] Although many studies have shown a correlation between proliferative activity, as measured by Ki-67/MIB-1, and tumour grade,[620] proliferative potential has not been clearly shown to have additional prognostic importance in histopathologically defined glioblastomas.

Many studies have attempted to correlate molecular changes with prognosis in glioblastoma. Given the nearly uniformly poor prognosis of glioblastoma, such undertakings are difficult. One approach has involved defining groups of long- versus short-term survivors. For example, a CGH study of 39 glioblastomas from patients who had survived for longer than 3 years and of 24 glioblastomas from the far more common short-term survivors showed that 6q loss, 10q loss and 19q gain were associated with short survival time and loss of 19q possibly with long survival time.[136] Most investigations, however, evaluate series of glioblastomas and have focused on the common genetic changes, such as EGFR gene amplification and TP53 mutation, as well as their immunohistochemical correlates. To a large extent, these studies have not shown simple associations but have suggested complex interplays between patient age, genetic parameters and possibly treatment response. Associations between older age and EGFR gene amplification,[1178] as well as younger age and TP53 mutation[672] are strong; as mentioned above, age itself is a powerful prognostic factor.[127] For these reasons, complex interactions between such variables are not surprising. For example, in one report, EGFR amplification was an independent predictor of prolonged survival only in patients with glioblastoma who were older than 60 years of age.[1062] Another report demonstrated that EGFR overexpression detected by immunohistochemistry connoted worse prognosis only in the setting of patients under 55 years of age who lacked TP53 mutation or did not express p53 on immunohistochemistry.[1054] Furthermore, in addition to TP53 and EGFR alterations, the prognostic effects of CDKN2A/p16 deletions, which have been noted in at least two studies,[53,511] also appear dependent on the age of the patient, being more pronounced in patients older than 70 years of age.[53]

Predictive molecular parameters, i.e. those that address response to therapy rather than prognosis, have drawn less attention in glioblastomas than in oligodendroglioma, largely because measurable therapeutic responses are less common in glioblastomas. One small series of high-grade gliomas that were not pure oligodendrogliomas and that were selected for striking responses to therapy all showed 1p loss,[468] but a large study of astrocytic tumours found no prognostic importance for 1p loss,[1060] arguing against a role for 1p testing in glioblastoma management. The demonstration that concomitant temozolamide treatment provided a 2-month survival advantage in patients with glioblastoma[1088] has naturally prompted correlative studies of predicting alkylating agent responses, with some

promising results.[1201] For instance, one study demonstrated that patients with glioblastoma whose tumours had methylation of MGMT, which would be predicted to impede repair of DNA damage from alkylating agents, had better prognoses than those whose tumours did not have MGMT methylation; the survival differences reached significance in those patients whose tumours had MGMT methylation, but fell just short of significance in cases without MGMT methylation.[408] On the other hand, other studies have failed to show meaningful differences in survival and/or response to methylating agents between tumours with and without MGMT methylation,[83] and most studies have not investigated methylation of other genes that could play a role in survival or response to therapy.

Correlations have also been attempted for molecular parameters and response to radiation therapy. In a study of 170 glioblastomas, positive EGFR immunoreactivity predicted poor radiographically assessed radiation response, but there was no association between radiation response and p53 immunopositivity. Of note, 33 per cent of tumours with no EGFR immunoreactivity had good radiation responses (>50 per cent reduction in tumour size by neuroimaging).[49] Such data correlate with the observation that older patients have poorer responses to radiation therapy.[48] However, another study of 75 patients with glioblastoma treated with radiation therapy found no association between EGFR amplification and response to therapy, progression-free survival or overall survival, although age-dependent prognostic effects were observed for TP53 and CDKN2A/p16 alterations.[1046]

The advent of targeted molecular therapies holds promise that molecular markers will be powerful predictors of response. Given the role of EGFR in tumorigenesis, studies have investigated small molecule inhibitors of EGFR in glioblastoma therapy. Glioblastomas do not harbour the sensitizing EGFR mutations found in lung cancers.[679,942] However, in a series of 41 patients with malignant glioma treated with erlotinib, 8 responded to treatment and response was associated with EGFR expression and EGFR amplification (but not vIII mutant expression), particularly in the 29 patients with glioblastoma. Interestingly, none of the 22 tumours with high levels of phosphorylated PKB/Akt responded to erlotinib treatment, suggesting further that PI3-kinase–PTEN pathway disruption predicts poor response.[375] In this regard, it is noteworthy that activation of this pathway has also been correlated with poor response to radiation therapy in glioblastomas.[160]

Expression profiling at the mRNA level may also prove useful in estimating prognosis of malignant gliomas. A number of studies have shown promising results, but consistent and diagnostically practical expression 'signatures' have not materialized. Extensive differences in gene expression can be detected within glioblastomas. In one study, a set of approximately 70 genes separated glioblastomas into two groups that differed over four-fold in

median duration of survival.[641] Another study raised the possibility that prognostic differences in a set of 41 glioblastomas could be narrowed down to differential expression of three genes that overlapped in different models: osteonectin, doublecortex and semaphorin3B.[943] Another study explored diagnostically difficult cases, in which glioblastoma was not easily separated from anaplastic oligodendroglioma at a histological level, and demonstrated that a model of about 19 differentially expressed genes was superior in estimating prognosis than standard histopathological classification.[867] Moreover, directed approaches to expression profiling may generate markers in a more focused manner; profiling of palisading cells in glioblastomas has identified genes that provide prognostic information in series of glioblastoma.[244]

## GLIOBLASTOMA VARIANTS

### Gliosarcoma

Gliosarcoma is defined as a glioblastoma admixed with a 'sarcomatous' component.[283,284] Gliosarcomas constitute approximately 2 per cent of all glioblastomas.[283,323,721] A preferential location in the temporal lobe was observed in some studies[323,1058] but not in others.[721] The age and sex distribution are also similar to those of the typical glioblastoma.[323,720] Clinical features are similar to those of classic glioblastoma. In cases with a predominant sarcomatous component, the tumour appears as a well-demarcated hyperdense mass with homogeneous contrast enhancement, which may mimic a meningioma.

Essential for the diagnosis of the gliosarcoma is a biphasic tissue pattern with areas displaying gliomatous or mesenchymal differentiation (Figure 23.9b, page 1849). The glial portion usually exhibits the typical features of a glioblastoma. The mesenchymal tumour areas often show the typical herringbone pattern of fibrosarcomas, with densely packed long bundles of spindle cells. Occasionally, they resemble features of a malignant fibrous histiocytoma.[721,788] The sarcomatous part also shows signs of malignant transformation, such as nuclear atypia, mitotic activity and necrosis. It forms a reticulin network, which shows that the sarcomatous areas are usually well demarcated from the glial tumour part. The occasional occurrence of spindle cells within a glioblastoma does not justify the diagnosis of gliosarcoma. More frequently than the ordinary glioblastoma, gliosarcomas show a variety of additional lines of mesenchymal differentiation, for example the formation of cartilage, bone and muscle. Furthermore, epithelial metaplasia with clusters of keratinizing stratified epithelia and adenoid formations have been noted.[620]

Gliosarcomas show variable genetic aberrations similar to those occurring in glioblastomas, i.e. gain of chromosome 7, loss of chromosomes 10 and 17, deletions of the short arm of chromosome 9 and alterations of chromosome 3. TP53 mutations are common, as are PTEN mutations and CDKN2A deletions.[75,92,307,854,936] In one series, however, no gliosarcomas showed EGFR amplification or overexpression.[936]

The histogenesis of gliosarcomas has been studied using immunohistochemical and genetic approaches. Several immunohistochemical investigations demonstrated positivity for factor VIII-related antigen or Ulex europaeus I agglutinin (UEA-I), markers of endothelial cells, in endothelial and surrounding tumour cells, supporting the assumption that the sarcomatous component is of vascular origin.[1011,1058] In addition, sequential biopsies were reported in which transitions were observed from glioma to sarcoma, with an intermediate stage in which the glioma had blood vessels containing markedly atypical cells that stained for endothelial markers.[666,667] However, the sarcomatous portion may instead result from advanced tumour progression with loss of GFAP expression and acquisition of a sarcomatous phenotype.[498] Genetic analyses by fluorescence in situ hybridization (FISH)[92,854] and comparison of the mutational pattern in the gliomatous and sarcomatous components have demonstrated that each have identical TP53[75,936] and PTEN mutations,[936] strongly indicating a monoclonal origin from neoplastic glial cells.[92] Thus, the sarcomatous areas constitute a phenotypic change of glioma cells due to advanced genetic instability rather than a separate, additional neoplasm. Furthermore, the absence of TP53 mutations in the proliferating vascular cells of glomeruloid vessels in glioblastomas argues against the notion that the sarcomatous component could arise directly from the vasculature.[68,599]

### Giant cell glioblastoma

This histological variant has marked predominance of bizarre, multinucleated giant cells and, on occasion, an abundant stromal reticulin network (Figure 23.9c, page 1849). Historically, this lesion has been referred to as monstrocellular sarcoma,[1277] but the consistent expression of GFAP has firmly established its astrocytic nature and this is confirmed by the genetic profile.[860]

Giant cell glioblastomas are more circumscribed than other glioblastomas and often located subcortically in the temporal and parietal lobe. As a result, they may mimic a metastasis on neuroimaging. Some reports indicate that the prognosis is better than that of the ordinary glioblastoma,[59,128,695] possibly because of its less infiltrative character. On microscopic examination, the giant cells may be extremely bizarre and up to 400 μm in diameter. The number of nuclei varies from a few to more than 20. They are often angulated and may contain prominent nucleoli and, on occasion, cytoplasmic inclusions. Atypical mitoses can be observed, but the overall proliferation rate is similar to that of ordinary glioblastoma. Expression of GFAP is