# Exhibit 130:1997 Chronology entitled "Brain"

Prepared by Markowitz and Rosner setting forth an admittedly incomplete but annotated chronology of misconduct in the vinyl chloride industry relating to brain cancer that was, for the most part, lead by Dow Chemical and that references at least a few of the other attached exhibits and places in the rest in a proper context

Brain

* From the first presentation of Viola's cancer studies in 1970 it was noted that vinyl chloride affected the brain.
* In 1974 Dr. Thomas Mancuso noted that pathological changes in the brain, nerve cells and cerebellum.
* The MCA-TCA epidemiological study in 1974 reported five times the number of expected brain cancers.
* Also in that year Firestone, PPG and Ethyl noted brain cancer deaths among their workers.
* Information from NIOSH and Maltoni continued to accumulate indicating that vinyl chloride workers were at increased risk of brain cancer.
* Epidemiological studies by the MCA in the mid- to late 1970s tended to downplay the relationship of vinyl chloride to brain cancer.
* In 1979 newspapers reported a cluster of brain tumors among vinyl chloride workers at Union Carbide's Texas City plant and at other plants as well.
* In 1980 a report in Chemical and Engineering News noted that studies showed "an even greater incidence of brain cancers than liver cancers among workers...." while SPI's safety group reaffirmed the need to continue study.
* In 1980 Bell of PPG said that the finding of higher than normal brain tumors in the original [TCA epidemiological] study was never followed up as suggested.
* In 1986 update of the epidemiological study for CMA confirmed the relationship between occupational exposure to vinyl chloride and cancers of the liver, billiary tract, brain, and central nervous system.
* In 1991 Wong, et. al published the results of the EHA study noting "significant mortality excesses" of cancer of the brain and central nervous system in addition to the liver.
* The industry's response was to object directly to Wong regarding possible charges of breach of contract. Wong subsequently wrote a letter to the editor of the journal stating that his results might merely reflect " diagnostic bias." Similar language was used in a July 1992 statement written by CMA.

According to the documents, Viola's first papers on cancer noted vinyl chloride was associated with "degenerative processes" in the brain, among other organs. A year later, in 1971 a Union Carbide memo stated that a Dr. Lefevre theorized that vinyl chloride was absorbed in body fat and carried to the brain. After the crisis regarding angiosarcoma of the liver in 1974 Dr. Thomas Mancuso cautioned an audience at the OSHA Fact Finding Hearing that in addition to cancer of the liver, that pathological changes occurred in the brain, and nerve cells of the cerebellum. Shortly thereafter an MCA epidemiological study progress report noted that brain cancers occurred more than 5 times the expected. During 1974 reports from Firestone, Ethyl, and PPG noted brain cancer deaths among their workers. A follow-up to the MCA-TCA epidemiologic study noted a greater than expected occurrence of brain cancer although they said the excess was not statistically significant. In TCA's published version, of August 1974, brain cancer was noted to have occurred more often than expected in the population with the greatest exposure. "This, " they said, "is the first epidemiological study which suggests that in humans vinyl chloride may also be associated with cancer of multiple sites."

At the Rall Committee hearings Joe Wagoner of NIOSH also noted a greater than 5 times increased risk of brain cancer. This finding corroborated similar findings in Maltoni's and other animal studies. Information continued to accrue throughout 1975 that cancer of the brain was a risk among vinyl chloride workers.

The next set of epidemiological report prepared for MCA by Equitable Environmental Health in 1977 and 78 note the increased incidence of brain cancers, but tend to down play their significance. In fact they claim that there is less support for assuming that vinyl chloride was "a weak general carcinogen" than Tabershaw and Gaffey concluded in 1974. They suggest that brain cancers continue to be followed. It is particularly interesting to note that the MCA seemed to have played a role in shaping the final report, making suggestions that were incorporated by their consultants.

Shortly after, in early 1979, the Houston Post and other newspapers, reported an "unusually high number" of brain tumors among workers at the Texas City Plant of Union carbide. Reports of brain cancer also surfaced from other plants. At around this same time it was revealed that IBT's own animal studies had been "grossly inadequate." EHA planned to continue to follow the brain cancers identified in the Texas City plants in its broader epidemiological study. EHA worked closely with the companies in establishing a protocol for the study.

In early 1980 a report in Chemical and Engineering News

reported on Maltoni's studies and others that "indicate an even greater incidence of brain cancers than liver cancers among workers exposed to vinyl chloride." MCA's own reevaluation of IBT's incomplete data "confirms the findings of Maltoni." SPI's Safety Group reaffirmed the need to continue study. By 1980 Bell, of PPG wrote that "the finding of higher than normal brain tumors in the original [TCA epidemiological] study was never followed up as suggested."

**1970**

**Viola, observed "alterations of the skeleton, teguments, nervous system and hepatic function ... among workmen associated with vinyl chloride polymerization." He urges reduction of the TLV. Degenerative processes of the parenchyma were observed in the brain,** in the liver and in the kidneys.[1]

**Aug 12, 1970**

**Kenneth Johnson of MCA sent Viola's paper to MCA's Occupational Health Committee.**

"Attached hereto are copies of two papers on vinyl chloride toxicity by Professor Viola. We are informed that the journal Cancer will soon publish an article by Caputo and Viola describing in greater detail ... the paper Dr. Viola presented at Houston."[2]

**May 11, 1971**

**The Minutes of the Directors of the MCA recorded that the "Vinyl Chloride Producers ... are considering the need of further investigation of the cancer-inducing potential of vinyl chloride monomer. This consideration led to a conference with Dr. P.L. Viola."**[3]

**May, 1971**

**published version of preliminary Report given in Houston May 22-24, 1970**[4]

**Nov. 23, 1971**

In a Union Carbide Memo on the **MCA's Occupational Health Committee's VC Conference** they noted that they discussed the possible negative impact of the publication of Viola's

---

[1] Viola, "Pathology of VC," La Medicina Del Lavarro, 61(1970).

[2] Kenneth Johnson, MCA, to Occupational Health Committee.

[3] Minutes, Directors of the MCA.

[4] PL Viola, A. Bigotti, A. Caputo, "Oncogenic Response of Rats Skin, Lungs, and Bones to Vinyl Chloride," Cancer Research, 31(May, 1971), 516-522.

findings in U.S.

**Doctor LeFevre of Solvay "theorizes that vinyl chloride is absorbed in body fats and is carried to the brain."**[5]

**Feb. 15, 1974**

**At OSHA's Fact-finding hearing Dr. Thomas Mancuso, p. 132 "Although the focus is now on the experimental cancer-causing effect, it is very important to note that other pathological changes occur in the brain, degeneration of the nerve cells, of the cerebellum; severe chronic hepatitis, ..."**[6]

**Feb. 20, 1974.**

**Vinyl Chloride epidemiological Study**: "Percentage distribution by Selected Causes for 131 deaths in VC Workers, and Percentage Distribution for the Same Causes in U.S. Males."

| | U.S. Males, 1967 | VC Workers |
|---|---|---|
| Malignant Neoplasms: | 16.2 | 19.8 |
| Buccal Cavity | 0.5 | 2.3 |
| liver | 0.2 | 0.8 |
| respiratory system | 4.6 | 6.9 |
| **brain** | **0.4** | **2.3** |
| lymphosarcoma | 0.9 | 1.3[7] |

**Feb. 26, 1974**

**In a Shell report on the MCA Meeting on Vinyl Chloride they noted that a cancer of brain was identified.**[8]

**March 1, 1974**

**In Zeb Bell's (PPG) report on the same MCA Meeting "Air Products reports that they have two cancer deaths among**

---

[5] Union Carbide Memo on The Manufacturing Chemists Association Occupational Health Committee VC Conference.

[6] US, DOL, OSHA, "Informal Fact-Finding Hearing on Possible Hazards of Vinyl Chloride Manufacture and Use," Feb. 15, 1974.

[7] MCA, Minutes, Technical Task Group on VC Research. Vinyl Chloride epidemiological Study, Progress Report, Appendix B.

[8] Manager, Industrial Hygiene Head Office (Shell Oil Co.) to Memorandum of Meeting, MCA Meeting on Vinyl Chloride.

**employees -- one of the brain and one of the colon."[9]**

**April 15, 1974**

**In TCA's, "Epidemiological Study of Vinyl Chloride Workers" Final report crossed out and DRAFT put on every page:**

**p.1: "...there was a measurable excess of digestive cancers, especially liver, respiratory cancers and other unspecified cancers in which brains cancers predominated."[10]**

**May 1974**

**"Study Shows Death Rate Average for VC Workers," "Although the total number of cases was small, there did appear to be suggestive dose-related increases in the incidences of cancers of the urinary organ and the brain in the longer-exposed workers, as compared with their counterparts, who, at the time of death, had worked for shorter periods in jobs exposing them to vinyl chloride."[11]**

**May 3, 1974**

**"Epidemiological Study of Vinyl Chloride Workers, final Report," wrote that**

**"No cause of death showed a statistically significant excess over what would be expected in a comparable U.S. male population."**

**"Cancers of the liver (primarily angiosarcoma), respiratory system, brain, and cancers of unknown primary site, as well as lymphosarcoma, occurred more often than expected in those members of the study population with the greatest exposure,. Even though the excesses were not statistically significant, the findings warrant further study."( p. 1)**

"Mortality from digestive cancer, respiratory cancer, cancer of other and unspecified sites and lymphosarcoma, appear to be related to exposure as estimated in this study.[12]

---

[9] Zeb Bell (PPG) to Clapperton et. al. re: MCA Meeting on February 20, 1974, in Chicago, Illinois.

[10] TCA, "Epidemiological Study of Vinyl Chloride Workers" Final report crossed out and DRAFT put on every page.

[11] MCA News, May 1974.

[12] "Epidemiological Study of Vinyl Chloride Workers, final Report," to MCA by Tabershaw/Cooper Associates, Berkeley CA.

**August 1974**

**Published version of study: "This historical prospective mortality study of 8384 men who had at least one year of occupational exposure to vinyl chloride before December 31, 1972, demonstrated that cancers of the digestive system (primarily angiosarcoma), respiratory system, brain, and cancers of unknown site, as well as lymphomas, occurred more often than expected in those members of the study population with the greatest estimated exposure.**

**"This is the first epidemiological study which suggests that in humans vinyl chloride may also be associated with cancer of multiple sites."[13]**

**Nov. 12, 1974,**

**Torkelson, Dow wrote to Johnson, MCA about the meeting with the Rall Committee in Bethesda, November 7, 1974. Dr. Joe Wagoner of NIOSH found a five fold increase in brain tumors from what was expected which matched Maltoni's findings.**

**Wagoner "indicated that they had looked at two of the five facilities which they considered to have had the most intense exposure to Vinyl Chloride. These include the B.F. Goodrich plant in Louisville and the Firestone plant in Pottstown.** They studied the mortality rate in men who had had five or more years exposure to Vinyl Chloride starting at least ten years ago. They looked at 900 employees of which 285 were lost to follow up. Assuming that all 285 (or 31%) were still alive, they found that they had 109 deaths with 105 expected. He reported that virtually no effects were noted for the first 19 years.

| | Observed/615 Men | Expected/900 Men |
|---|---|---|
| Total Deaths | 109 | 105 |
| Total Cancer Deaths | 31* | 19.7* |
| Liver Cancer (Total) | 6* | 0.5 |
| Liver Angiosarcoma | 5 | --- |
| **Brain (Astrocytoma)** | **4** | **0.73** |
| Lung Cancer | 10 | 6.4 |
| Lymphoma | 4 | 2 |

---

[13] Irving R. Tabershaw and William R. Gaffey, "Mortality Study of Workers in the Manufacture of vinyl Chloride and its Polymers" Journal of Occupational Medicine, 16 (Aug. 1974), 509-518.

*P<0.05

Since the 285 were considered as though they were all still alive (probably erroneous), the actual number of deaths have been underestimated and will increase while the expected will remain the same. Hence the significance can only increase.

**Dr. Wagoner then went on to point out that the agreement between the data on the rat, mouse and hamsters was very good. Man had an eleven-fold increase in angiosarcomas which have been observed in all three species and five-fold increase in primary brain tumors which were seen in the rat by Maltoni.** Lung tumors also appeared to be increased.[14]

**1975**

**Maltoni found that "VC is a multipotential carcinogen...."(p. 122) with angiosarcomas in rats at concentrations as low as 25 ppm." and "Epidemiologic data had exposed a high incidence of brain tumors... [in humans]."**[15]

**Jan. 22, 1975**

**The Director of Occupational Health Surveillance and Biometrics of the CDC, wrote to Torkelson, Dow that "Preliminary findings from continuing epidemiological investigations of US polymerization workers indicates that these men also may be at high risks for other malignant neoplasms, particularly of the brain where a significant excess has been noted."**[16]

**Jan 28, 1975**

**SPI sent the VCM/PVC Producers Group a proposal by Greenburg of UNC, Jan. 3, 1975 re: possibility of feasibility study. The proposal notes that the 5 mortality studies of VC workers found: 1) most tumors manifested themselves 11-20 years after exposure to VC; 2) excess deaths not just due to angiosarcoma "but include cancers of the respiratory and the**

---

[14] Torkelson of Dow to Johnson, Manufacturing Chemists Association.

[15] Maltoni, "Vinyl Chloride Carcinogenicity: An Experimental Model for Carcinogenesis Studies."

[16] J. William Lloyd, Dir., Occupational Health surveillance and Biometrics, CDC, to T.R. Torkelson, Dow.

**hematopoietic systems and brain." 3) some angiosarcomas appear in low level, non occupational exposures "the possibility of excess lung cancers, lymphomas and brain cancers associated with low level occupational and non-occupational exposures must be seriously considered."**

**See Monson, Lancet, 2:397-398, 1974 -- 50% excess of deaths due to all cancers was found with the greatest excess in cancers of the liver, biliary tract, lung and brain.**[17]

**May 30, 1975**

**TCA's "Supplementary Epidemiological Study of Vinyl Chloride Workers I" Brain cancers now constitute about 42% of the deaths versus about 22 percent in US male deaths generally (p.4)** Commissioned on Nov. 4, 1974 by MCA to extend the mortality study, "Epidemiological Study of vinyl Chloride Workers of May 3, 1974[18]

**1976**

**A retrospective cohort study of vinyl chloride workers published in Annals of the New York Academy of Sciences found excessive number of deaths due to cancer in the liver, lung, central nervous system and the lymphatic system, the same as in the animal studies.**

p. 47: "Inhalation studies by Viola et al, Maltoni and Keplinger et al have demonstrated that vinyl chloride induces hepatic angiosarcoma, adenomas, and adenocarcinomas of the lung, neuroblastoma of the brain, lymphoma, and various other tumors in a variety of animal species.

"In the present study of workers exposed to vinyl chloride, an excessive number of deaths due to cancer of the same four sites was found, viz the liver, lung, and the lymphatic and central nervous system. The evidence, both epidemiologically and histopathologically, points to vinyl chloride as the causal agent in the etiology of such excessive cancer risk. The observation of the carcinogenicity of vinyl chloride, first in animals and subsequently in man, strongly supports the need for conducting animal bioassay prior to introduction of chemical and other agents into the industrial

---

[17] J. Lawrence of SPI to VCM/PVC Producers Group.

[18] "Supplementary Epidemiological Study of Vinyl Chloride Workers I" submitted to MCA by Tabershaw/Cooper Associates, Inc., Berkeley CA.

or community environs."[19]

**June 18, 1976**

**In an interoffice Ethyl memo: "Unless there is work underway which I have not discovered it is evident that the gaps in our knowledge regarding the biological effects of VCM will not soon be filled. Nor is there work underway that is likely to confirm some of the fundamental work that has already been done.**

**"Most of the biological and biochemical work on vinyl chloride that has been published is of the 'quick and dirty' variety. This is fine for early and quick approximations but inadequate for development of soundly based strategies aimed at preventing harm to exposed populations."**

**"... There are sufficient questions about the published work on reproductive effects and about the supposed chromosome effects to warrant careful review and evaluation and perhaps some additional studies.**

**"At present the epidemiological work has amply demonstrated an association between high exposures to VCM and an increase of angiosarcoma of the liver, brain and lung tumors. The liver tumors are the most evident. All have been demonstrated in rodents exposed to high concentrations of VCM. The specific mechanism of action, the actual carcinogenic agent the effect on germ cells in-vivo and whether a threshold for effect exists; none of these have been demonstrated satisfactorily. And the present research effort is unlikely to demonstrate in the foreseeable future."**

**"Present research is with a rare exception such as that at Dow, fragmented and superficial. It is unlikely to produce fundamental answers that will enable us to produce a soundly based threshold limit.**

**"Recommendation: convene a broadly based but small group to discuss and design the needed biological and bio-chemical research."[20]**

**August 1977**

**EEH, Epidemiological Study of Vinyl Chloride Workers, final Report**

**VII. SELECTED GROUPS OF DEATHS**

**<u>Tumors of Other and Unspecified Sites.</u> Table 23 summarizes information on the 28 deaths from tumors of other and unspecified sites. There were 12 deaths from tumors of the**

---

[19] Richard J. Waxweiler, William Stringer, Joseph K. Wagoner and James Jones, "Neoplastic Risk Among Workers Exposed to Vinyl Chloride," Annals of the New York Academy of Sciences, 271 (1976) "Occupational Carcinogenesis"

[20] Mitchell Zavon, MD, Ethyl to J.R. Lees, Interoffice memo.

**central nervous system in this group, where 4.5 or 4.6 deaths among 669 deaths would have been expected (age-corrected, based on 1962 and 1972 rates). Seven were in plants producing only PVC, 2 were in plants producing both PVC and VC (one of which also produced copolymers), 2 were in plants producing only homopolymers or copolymers, and 1 was in a plant producing one, VCM. There was no apparent relationship with maximum exposure or total integrated exposure: six deaths were in individuals whose maximum level of exposure was classified as "low," while three each occurred in categories "medium" and "high." Five deaths were in men whose time-weighted dose was calculated as having been less than 100.**

VII. DISCUSSION

There is less support for the hypothesis that vinyl chloride is a "weak general carcinogen" than there was in the report by Tabershaw & Gaffey (1974)... However, based on the observation ... miscellaneous cancers are still slightly higher in individuals with higher maximum exposures, higher integrated exposures, and in those with longer periods of possible latency, weak carcinogenic action in a number of sites must still be considered. Fox and Collier (1977), in a recently reported study from Great Britain, found no evidence to support the hypothesis that cancers other than those of the liver are associated with exposure to vinyl chloride monomer.

IX. SUMMARY & CONCLUSIONS

There is, nevertheless, still some support for the hypothesis that vinyl chloride may increase the incidence of cancer slightly in sites other than the liver. The principal evidence for this is the observation that the incidence of lung cancer and miscellaneous cancers appears to be higher in individuals with higher maximum exposures and those with longer exposure periods. This population should be studied again within the next 5 years. Since the time of observation after first exposures will be longer, and more deaths will be available for analysis, it is possible that some of the questions about cancer in sites other than the liver may be resolved.

Table 5

Observed/Expected Deaths and Standardized Mortality Ratios for Selected Causes of Death in 9,677 Vinyl Chloride Workers

| Cause of Death with ICD Number(a) | Obs./Exp | SMR (b) |
|---|---|---|
| All causes | 707/795.02 | 89** |

| | | |
|---|---|---|
| All malignancies (140-205) | 139/141.39 | 104 |
| Malignant neoplasms, other and unspecified sites | 28/ 20.18 | 147 |
| All other certified causes | 169/241.95 | 74**[21] |

Sept 2, 1977

Torkelson wrote to Bell, et al Dow Chemical Company. I sent the following comments to several Dow people interested in the Equitable Vinyl Report: The attached letter from Nick Wheeler pertains to the vinyl chloride epidemiological report sent to you August 25, 1977.

I have concern for three other parts of the report.

1. On page 19, the breakdown in cases of brain tumor 7+2+2 does not add up to 12. Furthermore, 12 deaths versus 4.6 expected merits a comment by the authors.

2. On page 21, the first paragraph starting on that page might better read, "There is less support than previously, for the hypothesis that vinyl chloride is a weak general carcinogen. However, based on the observation that lung cancer and miscellaneous cancers appear slightly higher in individuals with higher maximum exposures, higher integrated exposures, and in those with longer periods of possible latency, this hypothesis merits continued review."[22]

**Jan 1978 EEH "Epidemiological Study of Vinyl Chloride Workers, Final Report"**

**VII. SELECTED GROUPS OF DEATHS**

**Tumors of Brain and Other Parts of Nervous System.** **Table 23 summarizes information on the 28 deaths from tumors of other and unspecified sites, including 12 deaths from tumors of the brain, as opposed to 5.9 expected, giving an SMR of 203, significant at the 0.05 level.** Of these, 4 are classified as glioblastoma multiform, but only one of these 4 was definitely confirmed by autopsy, and in 2 cases, autopsy was certified as not performed. Five of the brain tumors were classified either as "malignant brain tumors" or

---

[21] EEH, Epidemiological Study of Vinyl Chloride Workers, final Report, Should be discarded was draft copy and revised 1/79, ZEB G. BELL JR., Prepared for Manufacturing Chemists Association.

[22] Torkelson to Bell, et al Dow Chemical Company

"carcinoma of the brain", but none of these diagnoses was definitely confirmed by autopsy, and in 3 cases the absence of autopsy was certified. Of the remaining 3 brain tumors, 2 were classified as astrocytoma, both confirmed by autopsy, and one as "ependymoma of the 4th ventricle" confirmed by craniotomy.

Of the 12 brain tumors, 7 occurred in workers from plants producing only PVC, 2 were in plants producing both PVC and VC (one of which also produced copolymers), 2 were in plants producing only homopolymer or copolymers, and one was in a plant producing only VC. There was no apparent relationship with maximum exposure or total integrated exposure: 6 deaths were in individuals whose maximum level of exposure was classified as "low", while 3 each occurred in categories "medium" and "high". Five deaths were in men whose time-weighted dose was calculated as having been less than 100.

It is difficult to interpret the significance of this finding of an apparent excess of brain tumors. In the absence of definite confirmation by either autopsy or craniotomy in 8 of the 12 cases, it is quite possible that some might have been secondary brain tumors, with unrecognized primary sites, or other non-malignant space-occupying lesions in the cranial cavity. It is of interest to note that an excess of malignant brain tumors was also reported by Waxweiler, R.J. at al of NIOSH (Annals of the New York Academy of Science, 271:40-48, 1976) from a much smaller study (136 deaths and 12,720 person-years), confined to 4 plants with at least 15 years history of operation in the polymerization of VC. These authors reported an SMR of 329 based on only 3 deaths, all from glioblastoma multiform, all histologically confined. In fact the NIOSH group claimed in this report to have identified altogether 9 histologically confirmed cases of glioblastoma multiform in workers exposed to vinyl chloride in U.S. industry. It is difficult to say to what extent their study population overlaps that of the presently reported EEH study.

In view of all the above, further investigation of the question of malignant brain tumors in workers exposed to vinyl chloride should be pursued.

VII. DISCUSSION

All SMR's based on more than five deaths were tested for statistical significance, and three were found to be significantly lower than 100 (see Table 5). In general, since the health of an employed population is better than that of the general United States population, these significantly small SMR's are not surprising. **With the single exception of the brain tumors, already discussed**

**above, none of the SMR's (based on more than five deaths) that exceeded 100 was significantly different from 100.** Inferences about the association between various causes of death and occupational exposure had to be based on the occurrence of excess mortality that increased as one or more measures of exposure increased.

There is less support for the hypothesis that vinyl chloride is a "weak general carcinogen" than there was in the report by Tabershaw & Gaffey (1974). However, based on the observation that lung cancer (uncorrected for smoking) and miscellaneous cancers are still slightly higher in individuals with higher maximum exposures, higher integrated exposures, and in those with longer periods of possible latency, weak carcinogenic action in a number of sites must still be considered. Fox and Collier (1977), in a recently reported study from Great Britain, found no evidence to support the hypothesis that cancers other than those of the liver are associated with exposure to vinyl chloride monomer.

IX. SUMMARY & CONCLUSIONS

**Brain tumors were found to be in excess, 12 observed vs. 5.9 expected (significant at the 0.05 level ) but the incidence was not related to either duration of exposure or to intensity of exposure to VCM.**

This population should be studied again within the next 5 years. Since the time of observation after first exposures will be longer, and more deaths will be available for analysis, it is possible that some of the questions about cancer in sites other than the liver may be resolved.

Table 5

Observed/Expected Deaths and Standardized Mortality Ratios for Selected Causes of Death in 9,677 Vinyl Chloride workers

| Cause of Death with ICD Number(a) | Obs./Exp. | SMR(b) |
|---|---|---|
| All causes | 707/795.02 | 89** |
| All malignancies (140-205) | 139/141.39 | 104 |
| Malignant neoplasms, other and unspecified sites (190-199) | 28/ 20.18 | 147 |
| **Malignant neoplasms, brain and other parts of nervous system (193)** | **12/ 5.90** | **203*** |
| Number of workers | 9,677 | |
| Number of person-years | 120,203[23] | |

[23] EEH "Epidemiological Study of Vinyl Chloride Workers, Final Report" Prepared for Manufacturing Chemists Association

Feb. 7, 1978

Torkelson writes to Joe Seawell, MCA Project Manager, Vinyl Chloride, "I have finished reading the Equitable Environmental Health report "Epidemiological Study of XXXXXXXXXX Report" dated January 1978. This document contains the modifications that Research Coordinators and Technical Panel suggested January 11 and 12 to separate and discuss the malignant neoplasms of the nervous system. These neoplasms appear to be of concern to the vinyl industry although the reports indicate they do not appear to be related to vinyl chloride per se.

This terminates the current epidemiological phase of the MCA coordinated research on vinyl chloride. Your help in picking up the project from previous managers and coordinating its conclusion is very much appreciated.

We hope that we can also complete the Industrial Bio-Test long term animal study soon. This will leave only the work at the University of Louisville as still uncompleted sponsored research. It is important that the Panel maintain its high interest in this study.[24]

**Feb and March 1979 various publications make announcement of a number of brain tumors at Union Carbide Texas City, TX plant much concern in the industry**

**Feb. 16, 1979 "U.S. Checking to see if deaths of workers Linked to Chemical," <u>Houston Post</u>**

**"An unusually high number of workers at Union Carbide's Texas City plant died of a type of brain tumor that has been linked to the cancer-causing agent, vinyl chloride, federal health authorities confirmed Thursday."medical certificates of at least 9 Texas City workers who died between 1962 and 1978 listed that type of tumor as the cause of death. -- plus one more alive and probably has tumor.**

---

1825 Connecticut Avenue, N.W. Washington, D.C. 20009 Prepared by Equitable Environmental Health, Inc. 6000 Executive Blvd., Suite 308 Rockville, Maryland 20852 January, 1978

[24] Torkelson to Joe Seawell, Project Manager, Vinyl Chloride MCA

**March 1, 1979,**

**F.C. Dehn writes to Bell, VC Research coordinator,"The association of brain cancer with VCM exposure is not new, This is, however, the first incidence I am aware of where such an intensive investigation is underway." He encloses "Gulf Plants Combed for Carcinogens," Wash Post, Feb. 19, 1979 -- "The investigation began after a Union Carbide employee, a victim of brain cancer related to vinyl chloride, complained in November to the federal Occupational safety and Health Administration." in addition at Monsanto plant in Texas City 4-5 workers have died from brain cancer.[25]**

**March 5, 1979**

John R. Lawrence, Tech Dir, SPI wrote to PVC Safety Group, enclosing, "for your internal use only, a copy of the Dow position on this subject"

Dow Position (for outside use as needed): "What we know about the health of Dow workers exposed to vinyl chloride enables us to conclude that such brain tumors are not a problem in our work force. Also, epidemiological studies on large worker populations in the United States and Great Britain show no correlation between such brain tumors and vinyl chloride exposure." facts incomplete in Texas City -- "it is too early to conclude that the cases of brain tumors were caused by vinyl chloride monomer."[26]

**March 7, 1979**

Conoco Interoffice communication, Confidential, that they are running an article in Chem News scheduled for March 21 --"because our employees need to be informed about the situation from Conoco Chemicals point of view...." "First, I don't believe that any Conoco Chemicals employees should be alarmed. No one has yet inferred that the present 1 ppm standard is not stringent enough to adequately protect employees. Quick scan of their employees revealed several instances of brain tumors but none of them are glioblastoma multiform or meningioma, the types of tumors discovered at

[25] F.C. Dehn, PPG, to Bell, [ VC Research coordinator] et al

[26] John R. Lawrence, Tech Dir, SPI to PVC Safety Group.

Union carbide."[27]

**March 14, 1979**

**Dehn of PPG writes to CMA staff that "Several epidemiological studies (U.S. and Canadian) have shown higher incidence of brain cancer when VCM is exposed. Monsanto in Texas has similar data to Union Carbide's -- about five brain tumors. There have been warnings of this type based on some of the animal studies, too."[28]**

**March 21, 1979**

**At the MCA VC Research Coordinators meeting told, "There are a total of 454 death certificates on file in the Texas City plant. Of this group of 454, there were 110 deaths due to cancers of all kinds and 11 of these are thought to be deaths from primary brain tumors. Ten of these are certain at this time, one is alive. However, none of these ten cases had a 'clear cut' exposure to VC nor were any of the ten included in the EEH epidemiological study.**

"Dr. Utidjian [Union Carbide] reported that everyone who participated in the initial investigation, with exception of Mr. Joseph Wagoner, agreed that the evidence acquired to date mitigated against primary brain tumors from vinyl chloride.

Dr. Utidjian further reported that NIOSH is anxious to conduct a case control study. A study protocol has been designed by Dr. Leffingwell and submitted to OSHA representatives. On March 21, 1979 NIOSH and OSHA officials met for the fifth time in a effort to attempt to finalize the protocol."

**have excerpts from Maltoni's research showing brain neuroblastomas in animals at 10,000 ppm, 6,000 ppm and 2,500 ppm.[29]**

May 1-2, 1979

CMA Meeting, Vinyl Chloride Audit Task Group on IBT

---

[27] D. A. Kuhn to Plant Managers, Conoco Interoffice communication, Confidential.

[28] F.C. Dehn, PPG to B.C. Brennan and R. E. Stack, CMA staff.

[29] MCA, Record of Meeting, Vinyl Chloride Research Coordinators.

study: "It is the opinion of the ATG that the technical conduct of this study has been grossly deficient as indicated by the following list of partial observations:

1) IBT failed to save most tissues as specified in the protocol.
2) IBT failed to conduct histopathologic examinations of many of the tissues that were saved.
3) Even though all currently available (according to the IBT conducted inventory) tissues were to be examined, the number would be grossly inadequate to complete the objective of the study
4) Failure to examine sufficient organs from sacrificed animals

**"As an example of observation 4) presented above, of 42 male rats in the top dose level (exposure concentration of 2,500 ppm) surviving at the end of one year exposure period, only brains from nine animals were saved for histopathologic examination. Of these, only four were worked up into microscopic slides and examined. Hence, 90 per cent of the brains of those animals surviving to the most critical period were never examined.**

"The Task Group concluded its auditing sessions with the following recommendation which carried unanimously:

We recommend that CMA proceed with the necessary steps to have IBT rerun the entire study or refund all funds paid to IBT by CMA under the research agreement on vinyl chloride. "The ATG agreed: That in arriving at the recorded recommendation the ATG had in large measure been guided by the report entitled "VINYL CHLORIDE PATHOLOGY REPORT" dated January 9, 1979, prepared by William M. Busey, D.V.M., Ph.D. of the Experimental Pathology Laboratories, Inc.

"The ATG further agree: That it concurs with Dr. Busey's recommendations as presented on pages 5 through 8 of the above-mentioned report."[30]

**Sept. 20, 1979**

**At the CMA Vinyl Chloride Research Coordinators meeting "Mr. R.N. Wheeler submitted a brief update on the Texas City tumor incidence and concluded his presentation with the opinion that it will be a least a year before anything definitive appears possible. Emphasis may be shifting to a study of the entire area. At this point in time there is no evidence that indicates vinyl chloride induces the formation**

[30] CMA, record of Meeting, Vinyl Chloride Audit Task Group.

**of glioblastomas. Mr. Wheeler called attention to the fact that the same kind of study (a joint Carbide, OSHA, and NIOSH investigation) is just beginning at south Charleston, West Virginia plant."[31]**

January 15, 1980

Environmental Health Associates, Inc to Joseph T. Seawell, CMA : This will confirm and summarize the points discussed in our telephone conversation concerning the vinyl chloride mortality study data and the work desired by the Chemical Manufacturers Association.

2) EHA is prepared to proceed immediately with a follow-up study of the 12 cases identified as "brain cancer" in the Equitable Environmental Health final mortality study report of 1978. Available information indicates that these 12 cases came from four of five separate plants. EHA will require early assistance from CMA in order to identify a contact person at each plant who will be responsible for expediting EHA requests for information.

EHA proposes to obtain copies of the following files for each case:

a) Company medical file,

b) Company personnel file,

c) Company of Insurance carrier Workers' Compensation file,

d) Additional information from supervisors or fellow workers concerning work history, previous employment, hobbies, et. the extent to which this can be done depends on information obtained from the company's files.

If adequate information is available from the above sources, EHA will attempt to obtain:

a) Pertinent medical history from personal physician

b) Surgical and/or autopsy histopathology results. When possible, this information will be obtained from sources which can be identified in the subsequent report. Where the information is obtained on a confidential basis, no source citation will be provided.

At CMA's option, EHA will contact the deceased's family for additional details. This may be decided on a case by case basis in consultation with the company involved. If a particular case has been adjudicated, there is little reason to avoid family contact as this

---

[31] CMA Vinyl Chloride Research Coordinators.

can be a valuable information source.

On the basis of the data collected for each case, EHA will establish to the extent possible:

a) verification of diagnosis;

b) histologic diagnosis;

c) complete job history including:

1) nature of vinyl chloride exposure (length, relative level, time since first exposure, time between last exposure, and onset of clinical illness (latency);

2) likelihood of exposure to other chemicals;

3) employment before and after vinyl chloride exposure; and

d) other sources of confounding exposures such as hobbies, etc. Information concerning the validity of the association between these 12 deaths and exposure to vinyl chloride will be evaluated by Drs. Whorton and Milby. The investigators will examine these data for commonality of exposure variables, time between onset of exposure and disease development, cell type, association with exposure to other agents, and other related matters.

Conclusions will be reported to CMA in a final technical report. No information will be submitted by EHA for publication without consultation with CMA on the manner in which the data are to be reported.

First, at the outset of the original study in 1972 it was recognized that this cohort was relatively young and thus would generate only a modest number of deaths for analysis. (Two thirds of the cohort contributed less than 20 years of observation since the onset of exposures). To offset this deficiency a large cohort was collected in an effort to generate sufficient person-years of observation to detect increases in short-latency diseases at an acceptable level of statistical significance. Nonetheless, the disease associations detected by this study were tenuous at best. While the original investigators were careful to report this fact, subsequent reporters have often failed to recognize the tentativeness of these conclusions, and some associations have been accepted at times as proven fact. The additional five years of observation now available of this population should begin to clarify the validity of the reported associations. Person-years of observation will be increased by 40%. An additional 350 to 400 deaths will be generated for analysis. While the population will still be at the front-end of its maturity curve, the additional data should prove to be very meaningful.

A second justification for further study of this population concerns the specific question of the association between death rates from brain tumors and exposure to vinyl chloride. The present data indicate the presence of a doubling of risk from this cause. If this association if real, the five-year follow-up should generate seven or eight additional brain tumor deaths. If only three or four are generated, the validity of this association will be diminished. Re-examination of the vinyl chloride population offers yet another opportunity to the chemical industry. The original data represent a working population exposed to relatively high levels of vinyl chloride monomer. At a single pont in time, this exposure level was dropped most dramatically. Employees entering this population beginning in 1972 experienced a substantially lower exposure than those employed in the industry prior to that time. With the passage of time, this difference should begin to manifest itself by a leveling off of certain cause-specific death rates if the suspected disease associations are valid. This process should continue into the future. Because of this unique situation, the present data base should be converted to a registry and individuals employed since December 31, 1972 should be added to the population for future investigation. The experience of the current 9,677 individuals then could be compared to the experience of those entering after 1972 with potentially striking results.

3) EHA prepared to proceed immediately with a follow-up study of the 12 cases identified as "brain cancer" in the Equitable Environmental Health final mortality study report of 1978. 12 cases from 4 or 5 separate plants

"When possible, this information will be obtained from sources which can be identified in the subsequent report. Where the information is obtained on a confidential basis, no source citation will be provided. "AT CMA's option, EHA will contact the deceased family for additional details, This may be decided on a case by case basis in consultation with the company involved. If a particular case has been adjudicated, there is little reason to avoid family contact as this can be a valuable information source."

"Conclusions will be reported to CMA in a final technical report. No information will be submitted by EHA for publication without consultation with CMA on the manner in which the data are to be reported."

"The final and most important phase of this work is the completion of a five-year follow-up study of the existing

vinyl chloride cohort."[32]

**March 4, 1980,**

"Action of the Panel and the Research Coordinators on the CMA Proposal and the EHA letter of January 15, 1980 included the following:..."
on EEH proposal

"Paragraph 3 on page 4 of the CMA proposal will be changed to read as follows:

"At CMA's option, EHA will contact the deceased family for additional details. This will be decided on a case-by-case basis and consultation with the company involved."[33]

**March 18, 1980**

**CMA Record of Meeting, Vinyl Chloride Project Panel**

**"Following a discussion of the research project conducted by Industrial Bio-Test, a motion was made, duly seconded and passed, to immediately conduct further pathologic analysis of all remaining brain tissue salvageable from the study.**

**"Following discussion of CMA's efforts to terminate the Industrial Bio-Test contract and to seek reimbursement of funds, it was the consensus of the Panel that no additional efforts were required at this time and that the CMA legal department would handle the remaining aspects of the matter."**

March 18, 1980 handwritten notes of above meeting:

"In late 1977 next level of activity began with revelations IBT in serious trouble. Audit team formed etc. Audit team gave good report on tissue accountability. Pathology work was reviewed by Bill _____; conclusions were positive on angiosarcoma (effect at all levels in mice)."

"1/9/79 Mtg of Audit Gp with Busey; the gp accepted his Report ... Texas City became of great concern."

**"Nothing has gone forward re recommendation re audit of brains."**

"Joe Wagoner - presentation of VCM at OSHA seminar. Thinks he now has proper document which will sink CMA.

---

32 Environmental Health Associates, Inc to Joseph T. Seawell, CMA Environmental health Associates, Inc.

33 CMA Vinyl Chloride Project Panel and Research Coordinators.

Overheard on plane ( ? may have been related to workmen's comp case at BFG. General counsel of SPI said 'something was cooking' and Wagoner Heard it would be at EPA, then Frank (CMA) heard it would wait until OSHA seminar."

"[Ed] Frost [legal counsel CMA] within CMA - Legal has gone through all CMA files. Discussion with Rold (Pres of CMA) and outside counsel (Peter Hut).

"Issues Frost -- Busey report should be made available to agencies ? promptly informed basis as per the handling of the interim report by some people. Possibility someone could say there is new disclosure in this report re B tumors in 6 brains. Huts advice is draft letter today & deliver it 3/19/80."

"Hatfield - where do you draw line re complete histological exam of all organs, etc. Some data ? ? tissue could be ? exciting re potential problem. Texas City incident re brains tends to spotlight doing the 17 brains."

"Wheeler - no connection established between VCM and tumors at Texas City"

March 19, 1980

Hasmukh C. Shah, Director special Projects, CMA to Frank D. Kover, Chief, EPA chemical Hazards Identification branch

apologies for not sending Busey report of Jan 9th, 1979 to EPA as requested by "Mr. Clark's letter of Jan 14, 1977." tell him about "3 suspect brain tumors" in male rats at high dose level. "These brain tumors, plus one at the lower dose level, were confirmed by pathology subsequently conducted by IBT and then by Dr. Busey. ... We have not identified any other findings that would appear to warrant further attempts to salvage other information from this study."

April 7, 1980

C&EN, "Studies Update Vinyl chloride Hazards" "Extensive Study Affirms Compound is Potent Animal Carcinogen; Epidemiological Studies Show elevated Rates of Certain Human Cancers"

Further Maltoni studies "main findings are that vinyl chloride is unquestionably an animal carcinogen. It is what Maltoni calls a multipotent carcinogen, which means that it produces tumors in many different organs and, in some cases, different types of tumors in a single organ."

Maltoni finds a dropping off in the incidence of tumors in animals receiving less than 10 ppm vinyl chloride by inhalation or 0.3 mg / kg by ingestion. He is quick to point out, however, that he does not interpret this decline as evidence for a threshold level below which vinyl chloride does not present a hazard to animals. 'After ten ppm, the effects seem to fall down, but in my own view this does not

imply at all there is a threshold in theoretical, biological terms,' he says. For one thing tumors are found below this level.

"In humans, too, the effects of vinyl chloride exposure do not appear to be limited to the liver. **Peter Infante, Director of the Carcinogen Identification Program at OSHA, summarize data from various human epidemiological studies on vinyl chloride. these studies show wide variations in findings, but taken together they indicate an even greater incidence of brain cancers than liver cancers among workers exposed to vinyl chloride.** Lung cancers, too, occurred at more than twice the predicted incidence among vinyl chloride workers in four of the studies."

**May 14 1980 "Pathology Report on the Brains from Mice, Hamsters, and Rats exposed to vinyl Chloride in IBT study 663-03222" [William Busey] Experimental Pathologies Laboratories, Inc.**

**"Confirms the findings of Maltoni of an oncogenic effect on the rat brain from vinyl chloride exposure."**

**May 28, 1980 CMA, "Vinyl Chloride Project Panel, Research Coordinators and Audit Task Group,"**

**"No gross or microscopic alterations... however, the number of brains available for examination represented a small percentage (3-14%) of the groups exposed at any given dose level..... Histopathological examination of the rats brains revealed olfactory neuroblastomas in seven animals... exposed to vinyl chloride at the highest dose level. This type of tumor is the same as that diagnosed by Maltoni as a "neuroblastoma" .... In addition, a single glioblastoma multiform was detected in one male rat exposed at 200 ppm, and a single astrocytoma was found in the brain of a female rat exposed to the same concentration.**

**Dr. Busey concluded that a causal relationship[ existed between vinyl chloride exposure and the development of olfactory neuroblastomas, as these tumor rarely occur spontaneously in the rat.**

**Dr. West IBT Audit Report: "The rapport indicated that the study was conducted using poor laboratory techniques. Perhaps the most disturbing finding was substantial evidence of animal replacement well into the course of the research...."**

**"confirmation of Maltoni's research...." "CMA will be**

**negotiating a settlement with IBT along the same lines as that being pursued for trichloroethylene."**

June 26, 1980 SPI, PVC Safety Group The Society of the Plastics Industry, Inc.

Summary of Conference to Reevaluate the Toxicity of Vinyl Chloride, Polyvinyl Chloride and Structural Analogues

The conference was a review of the real or alleged health hazards from vinyl chloride and polyvinyl chloride, in relation to the workplace and the community. There was little new information. Both industry and government have been long familiar with the important animal and epidemiological studies on vinyl chloride which formed the basis of this symposium.

**Some issues as possible future concern to the industry did arise:**

**The alleged relationship between vinyl chloride monomer and brain cancer: the possible new evidence, and new reorganizations of older evidence might be interpreted to give added strength to the argument for a link between VCM and brain cancer.**

**The symposium thoroughly reviewed the carcinogenicity of vinyl chloride monomer, and attempts were made to link VCM with brain and lung cancer, as well as hepatic angiosarcoma, in both animal and epidemiological studies (see discussion below.)**

Observations:

**VCM and brain cancer: Dr. Maltoni's testing suggested a causal relationship between VCM exposure and cancers of the brain, although Maltoni was not able to show a dose-response relationship. However, epidemiological studies, in particular the industry-sponsored EEH study, also showed a somewhat high incidence of brain cancer in workers with heavy VCM exposure.**

**The results suggest the need for further studies on VCM as a possible brain carcinogen.**

**Sept. 26, 1980**

**"The VCM Research Coordinators T/G met at the Dow Chemical offices at Washington D.C. on Sept 17, 1980, to discuss the environmental Health Associate's proposal to**

**update the Tabershaw-Cooper Equitable Environmental Health VCM/PVC study.**

**"The main interest in doing this seven year follow-up is to concentrate the effort on the whereabouts of the original (1972) cohort and for those that died to determine their cause of death.**

**"The finding of higher than normal brain tumors in the original study was never followed up as suggested.** Further, the link of vinyl chloride with lung cancer and cancer of the lymphatic system (leukemia) by governmental agencies is still unresolved. the proposed research will not shed any further data on angiosarcomas, but it may not support the animal data that vinyl chloride causes other types of cancer."[34]

**1981**

Article on Neurological effects of VC workers.[35]

**Early 1982**

Environmental Health Associates sign contract for update of epi study. Nov. 1980 20 companies agree to support update of TCA study; Each phase of project to have a separate contract. (2 phases) Maltoni still doing studies for Europeans.

**March 15, 1982,**

**Carol Stack CMA to VC Program Panel members. reviews epidemiological data; ready for phase one of new epidemiological study by EHA. also mentions brain tumors.**

**1982 William J,. Nicholson, (Mt Sinai), "Occupational Hazards of Vinyl Chloride in Styrene,"**

**"Analysis of 12 studies of VC production and polymerization workers demonstrate an enormously elevated risk of liver malignancies, the possibility of a 2 fold increased risk of brain and central nervous system tumors and perhaps, also, of malignancies of the lymphatic and hematopoietic system." Non-hepatoatic malignancies may also**

---

34 Zeb. Bell to F.C. Dehn (PPG)

35 Styblova, et al., "Neurological Changes in vinyl Chloride Exposed Workers," Journal of Hygiene, epidemiology, Microbiology, and Immunology, 25, 1981, No. 3, 233-243.

**be due to other agents. Believes that reduction to TLV in 1974 should eliminate further occurrence of liver cancer.**

**1983**

**Wagoner Study of toxicity of vinyl chloride and PVC published in Environmental Health Perspectives**

**"...target organs for VC now clearly include the liver, brain and the lung, and probably the lymphohematopoietic system."**

**"For brain cancer the excess risk is 4 fold."**

**Notes cases of angiosarcomas in people living close to plant.**[36]

**Nov. 8, 1984** B. Bennett, Site Medical Advisor, ICI to Dr. Carol Stack, CMA

"I have written to Sir Richard Doll, asking about the possibility of he himself reviewing all the epidemiological data base, in order to perform a critical review for industry. I will forward the reply when I receive it."

"Sir Richard Doll and myself are in the process of writing a Paper for publication with reference to the ASL Register. We are being helped by David Forman, who works for Sir Richard Doll...."

Stack writes to VC Program Panel on Nov. 26 enclosing above: "Those of us who met with Dr. Bennett expressed enthusiasm for such a project and encouraged contact with Dr. Doll We did not commit funds to the project; however, and will await Dr. Doll's reply to the proposal before approaching the Panel for funding approval."

**Nov. 8, 1984 B. Bennett to Sir Richard Doll**

Writes asking if Doll or someone he could recommend could review "all the epidemiological data base in order to provide a critical review of the VCM literature." Result of meeting with Johnson, Goodrich,; Stack, CMA; and speaking to Torkelson of Dow.

**1985**

An article in the Journal of Toxicology and Environmental Health, concluded that "Only in the case of

---

[36] Joseph K Wagoner, "Toxicity of Vinyl Chloride and Poly(Vinyl Chloride): a Critical Review," Environmental Health Perspectives, 52 (1983), 61-66.

vinyl chloride exposure has an occupational central nervous system carcinogen been identified."[37]

**April 12, 1985** B. Bennett to Sir Richard Doll

"I have now had the necessary confirmation from the Americans, and from the PVC/VCM Industries in the U.K., and we feel that we would be very grateful if you could undertake the proposed VCM epidemiological review. We will all be happy to reimburse you, as we have agreed.

**April 29, 1985** Torkelson to Harry Vershuuren, Horgen

On Doll study: "No strict protocol has been established but, very simply, Dr. Doll is to examine as many publications and reports as he can. He has been asked to look at their strengths and weaknesses, whether the data support their conclusions, how the data agree with other studies, and to draw general conclusions for the sponsors."

**May 22, 1985** Dr. B. Bennett, "VCM Epidemiological Review"

met with Doll and decided on protocol:

"Numerous studies of the health status and mortality of workers in the vinyl chloride monomer/polyvinyl chloride industry have been reported. It is the intent of this review to examine these reports, in order to determine their strengths and weaknesses, to look for consistencies and inconsistencies between them, and to draw conclusions about the existence or non-existence of the various occupational hazards, from consideration of the total available evidence.

"It is intended that the results of the review will be made public, and will be published in the Scientific Literature in the normal way."

to be completed about March 1986

agreed that six people would review it for him.

**August 5, 1986**

"The [EHA epidemiologic] study confirmed that the vinyl chloride workers experienced significant mortality excesses in angiosarcomas (15 deaths), cancer of the liver and biliary tract ... and cancer of the brain and other central nervous system (SMR - 180)."[38]

---

37 Andrew R. Moss, "Occupational Exposure and Brain tumors," Journal of Toxicology and Environmental Health," 16 (1985), 703-11.

38 Environmental Health Associates, Inc., "Draft Epidemiologic Study of Vinyl Chloride Workers,"

**Sept. 8, 1986**

The CMA VC Panel meeting with EHA: "EHA will revise the draft report based on the comments received and will submit the final report by the end of September."[39]

**October 17, 1986**

The EHA Final Report for CMA: "For cancer of the brain and other central nervous system, the cohort experienced an almost 2-fold risk."[40]

**April 13, 1987**

**Richard Doll, "Effects of Exposure to vinyl Chloride: An Assessment of the Evidence"**

p. 3:"The combined data show small excesses in the mortality from cancers of the brain and of the lymphatic and hematopoietic systems; but the excesses are not statistically significant and there is nothing to suggest that they are occupational in origin."

p. 5: "It is, however, still difficult to decide whether VC does produce risks of cancer in sites other than the liver that are small compared to those due to non-occupational causes, but which might, in total, cause almost as many deaths as angiosarcomas of the liver."

p. 6: "There is too little evidence either to confirm or refute the suggestion that VC might cause melanoma or cancers of the thyroid, brain, and lymphatic and hematopoietic systems."

p. 36: There is, however, some evidence that brain tumors can be produced in rats see Maltoni and Lafamine, 1984). the hypothesis that lymphomas and brain cancers might be produced by VC have been supported by the observation that both these types of cancer have caused death more often than might be expected from national mortality rates, but the excesses observed is the combined data from the four principal studies are small and not statistically significant and the hypotheses remain unproven. The small excess of brain cancer is particularly difficult to evaluate as mortality rates from this disease have changed rapidly over time in company with improved methods of diagnosis and the suspicion of an occupational hazard (which was raised in 1975) could have influenced the findings."

p. 41:"Small risk of lung cancer...." The balance of

---

[39] "CMA Record of Meeting of Vinyl Chloride Panel Meeting with Environmental Health Associates."

[40] "Final Report, An Update of an Epidemiologic Study of vinyl Chloride Workers, 1942-1982," EHA for CMA.

evidence does not support the idea that VC has caused cancer in any other organ, but it is impossible to state categorically that it has not."

**December 1987**

Ellen Kessler and Paul W. Brandt-Rauf, "Occupational Cancers of the Nervous System," Seminars in Occupational Medicine, 2, 4 (December 1987), 311-14.

Article in Seminars in Occupational Medicine: "The occurrence of nervous systems cancers has increased markedly over the past 40 years, particularly brain tumors among white males over the age of 55, which has raised the possibility of occupational contributions to etiology."

"Although the number of brain tumor cases in all these studies is relatively small, the results are generally regarded to be indicative of an association between vinyl chloride exposure and the development of brain malignancy; in particular glioblastoma multiform."

**Feb. 29, 1988** Doll to Bennett

Scandinavian Journal of Work, Environment and Health accepted his review of vinyl chloride

**March 17, 1989**

The Director of Toxicology, CONOCO, wrote an Interoffice memo to the Legal department about the effects of vinyl chloride: "You had asked for the above reviews to use as references when preparing for litigation. The attachments would indicate the following effects from chronic exposure to high concentrations of PVC or VC:"

"VC

"The Most common toxic effect is bone decay (mainly the fingers since they receive the highest exposure) and liver damage/cancer.

"Other toxic effects can include damage to the central (brain) or peripheral (hands, feet, etc.) nervous system and some tendency to cause cancer of the brain, lung, breast, and digestive tract."[41]

**February 3, 1990**

**The Environmental Quality Manager of Vista Chemical sends a list of 23 articles on PVC/VCM workers and brain tumors.** "Dr. Drumwirhgtr asked that I provide

---

[41] W.D. Broddle, EOHS, Dir. of Toxicology, to M.K. Pita, Legal, CONOCO Interoffice Communication, "Subject: Toxicity Review of Vinyl Chloride (VC) and Polyvinyl Chloride (PVC)

you with a listing of the articles we recently accumulated on PVC/VCM workers and brain tumors. Attached is a listing of the articles." list of 23 articles.[42]

**1991**

Otto Wong's article on the EHA epidemiology study:"The study confirmed that the vinyl chloride workers experience a significant mortality excesses in angiosarcoma (15 deaths), cancer of liver and biliary tract (SMR=641), and cancer of the brain and other central nervous system (SMR=180). In addition, the study also found a significant mortality excess in emphysema/chronic obstructive pulmonary disease (COPD) (SMR=179). On the other hand, the study did not find any excess in either respiratory cancer or lymphatic and hematopoietic cancer. This study also found an increase in biliary tract cancers, independent from liver cancers."[43]

**October 21, 1991**

Industry objects to Wong study:
in response to request objects to Wong study above because:

1) use 7th rather than 9th revision of Intl.. Classification of Disease -- so lump all brain cancers together

2) leave question of whether there is a relationship between VCM and brain cancer hanging

3)Mention Doll paper but fail to note his position that there is no consistency across studies

"Unfortunately, the authors failed to send a draft to the [CMA VCM] Panel for review prior to publication. when I discussed this with Dr. Shah at CMA, he indicated that CMA would notify them that they have violated their contract."

"The next step will be for the whole Panel to consider what corrective actions are necessary and/or appropriate. Hopefully, the authors will be agreeable to add some clarifying comments in a letter to the editor."[44]

**November 8, 1991**

---

[42] Thomas G. Grumbles, Environmental quality Manager, Vista Chemical Comp. to Bob Gree, Kember National Insurance

[43] Otto Wong, et al, "An Industry-Wide Epidemiologic Study of Vinyl Chloride Workers, 1942- 1982," American Journal of Industrial Medicine, 30 (1991), 317-334.

[44] Robert K Hinderer (Manager, Health and Toxicology Environment, Health and Safety Management systems, Goodrich) to Roy T. Gottesman, Vinyl Institute

"Bob's [Hinderer] recognition that the authors had apparently failed to have the CMA Panel review the report prior to publication by Wong led to his discussing this with Dr. Shah. It is my understanding that CMA will be addressing this with Dr. Wong.

"In any event, the study has been published and we must be cognizant of this when new litigation appears. Hopefully, clarification by Wong et al will receive adequate publication as well."[45]

**November 20, 1991**

Hasmukh C. Shah, Manager, Vinyl Chloride Panel wrote to the Vinyl Chloride Research Coordinators to "schedule a conference call during the week of December 1, 1991, to discuss the enclosed publication and the concerns expressed by Drs. Hindrer and Drumright, and to decide on a course of action."[46]

**July 16, 1992**

"If- Needed Statement" on Wong [seems to be a VISTA document]

Reviews CMA sponsoring of Wong study and publication. Issue of brain cancer. The report does not take into account that this apparent excess may be due in whole or in part to diagnostic bias; that is that the cases received more attention because the patient received better care, was located closer to quality care facilities, had better insurance coverage, or otherwise was scrutinized more closely. The VCM Panel believes that diagnostic bias may play an important role in the increased number of cases of brain and CNS cancers reported in the study."

"The CMA VCM Panel, which includes Vista and seven other U.S. VCM/PVC producers, discussed its concerns with Dr. Wong in a conference call on June 5, 1992. The panel is writing a letter outlining its concerns to the editor of the American Journal of Industrial Medicine. Dr. Wong agreed to respond to the letter." **"To be used only if asked"**[47]

**1993**

---

[45] J.R. Drumright, Manager, Medical, Vista Chemical Co. to Roy T. Gottesman, Vista Institute

[46] Hasmukh C. Shah, Manager, Vinyl Chloride Panel to the Vinyl Chloride Research Coordinators.

[47] "If- Needed Statement" on Wong [seems to be a VISTA document]

Hasmukh C. Shah, CMA letter to the Editor critique of Wong. Says that Greenwald, et al (1981) "have shown that an excess of brain cancer in Kodak employees was associated with more thorough diagnostic studies and access to comprehensive medical care, rather than with chemical exposure history. The study by Wong et al. [1991] does not discuss diagnostic bias as a possible explanation of special importance, all the more so since there is no firm confirmation of this finding in other studies [Doll, 1988]."[48]

**1993**

Otto Wong and M Donald Whorton, Letter to the Editor "Diagnostic Bias in Occupational Epidemiologic Studies: an Example Based on the vinyl chloride Literature," Issue of potential diagnostic bias on the brain cancer and emphysema findings in our recent paper...

Correct that there are "reports in the literature documenting the potential bias resulting from the more complete reporting and/or diagnoses of brain tumors in employees of large corporations than in the general population." "therefore, our finding of a brain cancer excess could very well have been subjected to this diagnostic sensitivity bias."

"Based on a cursory reading of the literature... one may be led to believe that there are consistent reports of an increased risk of brain cancer among vinyl chloride workers in this country. In reality, all the American cohort studies were based on the same population."

Need look at the strength of association "Even if the diagnostic sensitivity bias accounted for only 15% of the excess, the increase would no longer be statistically significant."

"As we stated in our 1991 paper, the brain cancer excess in the CMA cohort occurred at primarily two plants. Wu et al. [1989] conducted a detailed analysis of both brain cancer and liver cancer at these two plants, and found that the increased brain cancer mortality was not associated with vinyl chloride exposure. On the other hand, these authors demonstrated a significant association between liver cancer and vinyl chloride exposure. thus, no causal link between brain cancer and vinyl chloride exposure was found in the CMA report."

"studies from both Europe and Canada support out

[48] Hasmukh C. Shah, CMA letter to the Editor "Diagnostic Bias in Occupational Epidemiologic studies," American Journal of Industrial Medicine, 24 (1993), 249-50

interpretation of the CMA study in this country that the observed brain cancer excess was not related to vinyl chloride exposure."

"Doll study combined data from US UK, Canada, Italy and reported a small nonsignificant increased risk of brain cancer (29 observed vs. 19.54 expected; summary SMR = 1.48)....In Doll's combined data, our study was the only one reporting a statistically significant brain cancer excess. we conclude that our finding of an excess of brain cancer among US vinyl chloride workers reported earlier was not likely related to the chemical. the most likely explanation is that the excess was due either to chance [Doll, 1988] or to the diagnostic sensitivity bias discussed above [Greenwald et al., 1981]."[49]

**Nov. 30, 1993**

**A Vista interoffice memo on CMA's epidemiological update says that "an update is important to everyone in the VCM/PVC industry. If VCM is a problem it is not just Vista's problem. ... The study involves over 10,000 PVC/VCM workers.... Results of the 1982 update were not published until just a few years ago. Lead author was Otto Wong. The study covers all forms of cancer but we are most interested in brain cancer due to the two cases at LCVCM and two cases at Aberdeen. Dow was involved with a brain cancer case at Goodyear. As of 1982 the brain cancer incidence rate is not high enough to conclude that VCM is a brain cancer agent. Our workers are aware of the CMA study and ask why it hasn't been updated.**[50]

---

[49] Otto Wong and M Donald Whorton, Letter to the Editor "Diagnostic Bias in Occupational Epidemiologic Studies: an Example Based on the vinyl chloride Literature," American Journal of Industrial Medicine, 24 (1993), 251-256

[50] J.C. Ledvina, Vista to M.J. Schneider.